IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>IHEARTMEDIA, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 18-31274 (MI)<br><br>(Joint Administration Requested) |

## AFFIDAVIT OF SERVICE

I, Robert J. Rubel, depose and say that I am employed by Prime Clerk LLC ("**Prime Clerk**"), the proposed claims, noticing and solicitation agent for the Debtors in the above-captioned chapter 11 cases.

On March 15, 2018, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served by the method set forth on the Agenda Master Service List attached hereto as **Exhibit A**:

- Request for Emergency Consideration of Certain "First Day" Matters [Docket No. 26]

- Notice of Agenda for Hearing on First Day Motions Scheduled for March 15, 2018, at 2:00 p.m. (prevailing Central Time), Before the Honorable Marvin Isgur at the United States Bankruptcy Court for the Southern District of Texas, at Courtroom 404, 515 Rusk Street, Houston, Texas 77002 [Docket No. 29]

On March 15, 2018, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via Email on the First Day Master Service List attached hereto as **Exhibit B**:

- Debtors' Emergency Motion Seeking Entry of an Order (I) Directing Joint Administration of the Chapter 11 Cases and (II) Granting Related Relief [Docket No. 2]

- Notice of Designation as Complex Chapter 11 Bankruptcy Case [Docket No. 3]

---

[1] Due to the large number of Debtors in these chapter 11 cases, for which joint administration has been requested, a complete list of the Debtors and the last four digits of their tax identification, registration, or like numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.primeclerk.com/iheartmedia. The location of Debtor iHeartMedia, Inc.'s principal place of business and the Debtors' service address is: 20880 Stone Oak Parkway, San Antonio, Texas 78258.

- Debtors' Emergency Motion for Entry of an Order (I) Extending Time to File (A) Schedules of Assets and Liabilities, (B) Schedules of Current Income and Expenditures, (C) Schedules of Executory Contracts and Unexpired Leases, (D) Statements of Financial Affairs, and (E) Rule 2015.3 Financial Reports, (II) Waiving the Requirement to File a List of Equity Security Holders, and (III) Granting Related Relief [Docket No. 4]

- Debtors' Emergency Motion for Entry of an Order (A) Authorizing the Debtors to File a Consolidated List of Creditors and a Consolidated List of the 30 Largest Unsecured Creditors, (II) Authorizing the Debtors to Redact Certain Personal Identification Information, (III) Approving the Form and Manner of Notifying Creditors of the Commencement of These Chapter 11 Cases, and (IV) Granting Related Relief [Docket No. 5]

- Debtors' Emergency Motion for Entry of an Order (I) Approving Continuation of the Surety Bond Program and (II) Granting Related Relief [Docket No. 6]

- Debtors' Emergency Motion for Entry of an Order (I) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services, (III) Approving the Debtors' Proposed Procedures for Resolving Additional Assurance Requests, and (IV) Granting Related Relief [Docket No. 7]

- Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Payment of Certain Taxes and Fees and (II) Granting Related Relief [Docket No. 8]

- Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefits Programs and (II) Granting Related Relief [Docket No. 9]

- Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay or Honor Prepetition Claims and Obligations of On-Air Talent, Station Affiliates, and Copyright Owners and (II) Granting Related Relief [Docket No. 10]

- Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to (A) Continue Their Prepetition Insurance Coverage and Satisfy Prepetition Obligations Related Thereto and (B) Renew, Supplement, and Enter into New Insurance Policies and (II) Granting Related Relief [Docket No. 11]

- Debtors' Emergency Motion for Entry of Interim and Final Orders Approving Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Stock [Docket No. 12]

- Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Honor Certain Prepetition Obligations to Customers and Continue Certain Customer Programs in the Ordinary Course of Business and (II) Granting Related Relief [Docket No. 13]

- Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System and Maintain Existing Bank Accounts and (B) Continue to Perform Intercompany Transactions and (II) Granting Related Relief [Docket No. 14]

- Debtors' Motion for Entry of Stipulation and Order (I) Approving the Debtors' Stipulation with CitiBank N.A., and (II) Granting Adequate Protection to the Prepetition Secured Parties [Docket No. 15]

- Debtors' Application for Appointment of Prime Clerk LLC as Claims, Noticing, and Solicitation Agent [Docket No. 16]

- Debtors' Emergency Motion for Interim and Final Orders Authorizing (I) Postpetition Use of Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, and (III) Scheduling a Final Hearing [Docket No. 17]

- Debtors' Witness and Exhibit List for Hearing Scheduled for March 15, 2018 at 2:00 p.m. (prevailing Central Time) [Docket No. 18]

- Declaration of Brian Coleman, Senior Vice President and Treasurer of iHeartMedia, Inc., in Support of Chapter 11 Petitions and First Day Motions [Docket No. 25]

Dated: March 15, 2018

Robert J. Rubel

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on March 15, 2018, by Robert J. Rubel, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

PAUL PULLO
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires Nov. 15, 20 18

**Exhibit A**

Exhibit A
Agenda Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| Top 30 Creditor | Adswizz | Attn: Bill Feichtmann, Alexis van de Wyer<br>487 A S El Camino Real<br>San Mateo CA 94402 | | Bill.feichtmann@adswizz.com | Email |
| Top 30 Creditor | Ando Media LLC | Attn: Neal Schore<br>15303 Ventura Boulevard # 1500<br>Sherman Oaks CA 91403 | 818-990-0930 | brendan.collins@tritondigital.com | Fax and Email |
| Counsel to Wilmington Savings Fund Society, FSB, as successor indenture trustee | Andrews Kurth Kenyon LLP | Attn: Robin Russell, Timothy A. Davidson II, & Ashley L. Harper<br>600 Travis, Suite 4200<br>Houston TX 77002 | 713-220-4285 | rrussell@andrewskurth.com<br>taddavidson@andrewskurth.com<br>ashleyharper@andrewskurth.com | Fax and Email |
| Counsel to an ad hoc group of lenders under the Debtors' term loan credit facility | Arnold Porter Kay Scholer | Michael Messersmith and Sarah Gryll<br>70 West Madison Street<br>Suite 4200<br>Chicago IL 60602-4231 | 312-583-2360 | michael.messersmith@arnoldporter.com<br>sarah.gryll@arnoldporter.com | Fax and Email |
| Top 30 Creditor | ASCAP | Attn: Elizabeth Matthews<br>21678 Network Pl<br>Chicago IL 60673 | 212-621-8453 | | Fax |
| Top 30 Creditor | ASCAP | Attn: Elizabeth Matthews<br>21678 Network Pl<br>Chicago IL 60673 | | rnapakh@ascap.com | Email |
| Top 30 Creditor | Beasley Broadcast Group | Attn: Caroline Beasley<br>3033 Riviera Dr Ste 200<br>Naples FL 34103 | 239-263-8191 | | Fax |
| Indenture trustees for the Debtors' priority guarantee notes, 14.0% senior notes due 2021, 6.875% senior notes due 2018, and 7.25% senior notes due 2027, 6.875% Senior Note - 2018, Indenture trustees for the Debtors' priority guarantee notes, 14.0% senior notes due 2021, 6.875% senior notes due 2018, and 7.25% senior notes due 2027, 7.25% Senior Note - 2027, Top 30 Creditor | BNY Mellon | Attn: Moses Ballenger<br>601 Travis Street, 16th Floor Houston<br>Houston TX 77002 | 713-483-6979 | mosestidwell.ballenger@bnymellon.com | Fax and Email |
| Top 30 Creditor | Broadcast Music Inc. | Attn: Michael O'Neill<br>10 Music Square East<br>Nashville TN 37203-4399 | | srosen@bmi.com | Email |
| Top 30 Creditor | CBS | Attn: Legal Department<br>51 W. 52nd Street<br>New York NY 10019 | 212-975-4215 | | Fax |
| Top 30 Creditor | CBS | Attn: Leslie Moonves<br>1271 Avenue of the Americas<br>44th Floor<br>New York NY 10020 | 212-846-2790 | | Fax |
| Agent for the Debtors' term loan credit facility | Citibank, N.A. | Attn: Kirkwood R. Roland<br>390 Greenwich St, 1st Floor<br>New York NY 10013 | | kirkwood.roland@citi.com | Email |
| Top 30 Creditor | Cox Enterprises, Inc. | Attn: James C. Kennedy<br>2445 Baltimore Blvd<br>Finksburg MD 21048 | 678-645-5002 | | Fax |
| Top 30 Creditor | Creditor 1 | Address on File | | Email on File | Email |
| Top 30 Creditor | Creditor 2 | Address on File | | Email on File | Email |
| Top 30 Creditor | Creditor 3 | Address on File | | Email on File | Email |
| Top 30 Creditor | Cumulus Media, Inc. | Attn: Mary G. Berner<br>3280 Peachtree Rd NW<br>Atlanta GA 30305 | 404-949-0740 | | Fax |
| ENVIRONMENTAL PROTECTION AGENCY (TEXAS/LOUISIANA/OKLAHOMA) - REGION 6 | ENVIRONMENTAL PROTECTION AGENCY | ATTN: BANKRUPTCY DIVISION<br>1445 ROSS AVENUE STE 1200<br>DALLAS TX 75202 | 214-665-2146 | | Fax |
| Top 30 Creditor | Futuri Media | Attn: Daniel Anstandig<br>4141 Rockside Rd Ste 300<br>Seven Hills OH 44131 | | info@futurimedia.com | Email |

In re: iHeartMedia, Inc., et al.
Case No. 18-31274 (MI)

Page 1 of 6

Exhibit A
Agenda Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| Counsel to an ad hoc group of holders of 14.0% senior notes due 2021 | Gibson Dunn and Crutcher LLP | Robert Klyman<br>333 South Grand Avenue<br>Los Angeles CA 90071-3197 | 213-229-6562 | rklyman@gibsondunn.com | Fax and Email |
| Top 30 Creditor | Global Music Rights | Attn: Irving Azoff<br>1100 Glendon Ave Ste 2000<br>Los Angeles CA 90024 | | susan@globalmusicrights.com | Email |
| Top 30 Creditor | Hubbard Broadcasting | Attn: Dan Seeman<br>225 South Sixth Street<br>Suite 3500<br>Minneapolis MN 55402 | 651-647-2932 | | Fax |
| Top 30 Creditor | Icon International Inc | Attn: Gary Perlman<br>107 Elm St<br>4 Stamford Plaza<br>Stamford CT 06902 | 203-328-2333 | | Fax |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET STREET<br>PHILADELPHIA PA 19104-5016 | 855-235-6787 | | Fax |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION<br>P.O. BOX 7346<br>PHILADELPHIA PA 19101-7346 | 855-235-6787 | | Fax |
| Counsel to an ad hoc group of lenders under the Debtors' term loan credit facility and priority guarantee noteholders | Jones Day | Bruce Bennett, Joshua Mester, James Johnston<br>555 South Flower Street<br>Fiftieth Floor<br>Los Angeles CA 90071 | 213-243-2539 | jmester@jonesday.com<br>jjohnston@jonesday.com<br>bbennett@jonesday.com | Fax and Email |
| CO-COUNSEL TO DEBTOR | Kirkland & Ellis LLP | Attn: Christopher J. Marcus, P.C<br>601 Lexington Avenue<br>New York NY 10022 | | christopher.marcus@kirkland.com | Email |
| CO-COUNSEL TO DEBTOR | Kirkland & Ellis LLP | Attn: James H.M. Sprayregen, P.C., Anup Sathy, P.C., William A. Guerrieri, Brian D. Wolfe<br>300 North LaSalle Street<br>Chicago IL 60654 | | james.sprayregen@kirkland.com<br>anup.sathy@kirkland.com<br>will.guerrieri@kirkland.com<br>brian.wolfe@kirkland.com | Email |
| Indenture trustees for the Debtors' priority guarantee notes, 14.0% senior notes due 2021, 6.875% senior notes due 2018, and 7.25% senior notes due 2027, 14% Senior Note - 2021 | Law Debenture Trust Company | Attn: James Heaney<br>400 Madison Avenue<br>New York NY 10017 | 212-750-1361 | james.Heaney@LAWDEB.com | Fax and Email |
| Top 30 Creditor | Nielsen | Attn: Carol Hanley, Mitch Barnes<br>85 Broad St<br>New York NY 10004 | 212-887-1375 | | Fax |
| UNITED STATES TRUSTEE SOUTHERN DISTRICT OF TEXAS | OFFICE OF THE UNITED STATES TRUSTEE | ATTN: STEPHEN STATHAM<br>515 RUSK AVE<br>SUITE 3516<br>HOUSTON TX 77002 | 713-718-4670 | STEPHEN.STATHAM@USDOJ.GOV | Fax and Email |
| Counsel to Wilmington Savings Fund Society, FSB, as successor indenture trustee | Pryor Cashman LLP | Attn: Seth H. Lieberman, Patrick Sibley, & Matthew W. Silverman<br>7 Times Square<br>New York NY 10036 | 212-326-0806 | slieberman@pryorcashman.com<br>psibley@pryorcashman.com<br>msilverman@pryorcashman.com | Fax and Email |
| Top 30 Creditor | ReelWorld Productions Inc | Attn: Craig Wallace<br>2214 Queen Anne Ave N<br>Seattle WA 98109 | | craig.wallace@reelworld.com | Email |
| Top 30 Creditor | Salesforce Com Inc | Attn: Marc Benioff<br>The Landmark at One Market<br>Suite 300<br>San Francisco CA 94105 | 415-901-7040 | | Fax |
| SECURITIES AND EXCHANGE COMMISSION - HEADQUARTERS | SECURITIES & EXCHANGE COMMISSION | SECRETARY OF THE TREASURY<br>100 F ST NE<br>WASHINGTON DC 20549 | | SECBANKRUPTCY@SEC.GOV<br>NYROBANKRUPTCY@SEC.GOV | Email |

Exhibit A
Agenda Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - FORT WORTH OFFICE | DAVID WOODCOCK REGIONAL DIRECTOR<br>BURNETT PLAZA<br>801 CHERRY ST STE 1900 UNIT 18<br>FORT WORTH TX 76102 | | DFW@SEC.GOV | Email |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - NY OFFICE | ATTN: BANKRUPTCY DEPARTMENT<br>BROOKFIELD PLACE<br>200 VESEY STREET STE 400<br>NEW YORK NY 10281-1022 | | BANKRUPTCYNOTICESCHR@SEC.GOV | Email |
| Top 30 Creditor | SoundExchange Inc | Attn: Michael Huppe, Royalty Administration<br>733 10th St NW FL10<br>Washington DC 20001-4888 | 202-640-5859 | | Fax |
| Top 30 Creditor | Spotify USA, Inc. | Attn: Horacio Gutierrez<br>45 W. 18th Street<br>7th Floor<br>New York NY 10011 | | legal@spotify.com | Email |
| State of Alabama Attorney General | State of Alabama Attorney General | Attention Bankruptcy Dept<br>P.O. Box 300152<br>Montgomery AL 36130-0152 | 334-242-2433 | | Fax |
| State of Alaska Attorney General | State of Alaska Attorney General | Attention Bankruptcy Dept<br>P.O. Box 110300<br>Juneau AK 99811-0300 | 907-465-2075 | attorney.general@alaska.gov | Fax and Email |
| State of Arizona Attorney General | State of Arizona Attorney General | Attention Bankruptcy Dept<br>1275 W. Washington St.<br>Phoenix AZ 85007 | 602-542-4085 | aginfo@azag.gov | Fax and Email |
| State of Arkansas Attorney General | State of Arkansas Attorney General | Attention Bankruptcy Dept<br>323 Center St.<br>Suite 200<br>Little Rock AR 72201-2610 | 501-682-8084 | | Fax |
| State of California Attorney General | State of California Attorney General | Attention Bankruptcy Dept<br>P.O. Box 944255<br>Sacramento CA 94244-2550 | 916-323-5341 | bankruptcy@coag.gov | Fax and Email |
| State of Colorado Attorney General | State of Colorado Attorney General | Attention Bankruptcy Dept<br>Ralph L. Carr Colorado Judicial Center<br>1300 Broadway, 10th Floor<br>Denver CO 80203 | 720-508-6030 | Attorney.General@state.co.us | Fax and Email |
| State of Connecticut Attorney General | State of Connecticut Attorney General | Attention Bankruptcy Dept<br>55 Elm St.<br>Hartford CT 06106 | 860-808-5387 | attorney.general@po.state.ct.us | Fax and Email |
| State of Delaware Attorney General | State of Delaware Attorney General | Attention Bankruptcy Dept<br>Carvel State Office Bldg.<br>820 N. French St.<br>Wilmington DE 19801 | 302-577-6630 | Attorney.General@state.DE.US | Fax and Email |
| State of Florida Attorney General | State of Florida Attorney General | Attention Bankruptcy Dept<br>The Capitol, PL 01<br>Tallahassee FL 32399-1050 | 850-488-4872 | | Fax |
| State of Georgia Attorney General | State of Georgia Attorney General | Attention Bankruptcy Dept<br>40 Capital Square, SW<br>Atlanta GA 30334-1300 | 404-657-8733 | AGOlens@law.ga.gov | Fax and Email |
| State of Hawaii Attorney General | State of Hawaii Attorney General | Attention Bankruptcy Dept<br>425 Queen St.<br>Honolulu HI 96813 | 808-586-1239 | hawaiiag@hawaii.gov | Fax and Email |
| State of Idaho Attorney General | State of Idaho Attorney General | Attention Bankruptcy Dept<br>700 W. Jefferson Street<br>P.O. Box 83720<br>Boise ID 83720-1000 | 208-854-8071 | | Fax |

Exhibit A
Agenda Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| State of Illinois Attorney General | State of Illinois Attorney General | Attention Bankruptcy Dept<br>100 West Randolph Street<br>Chicago IL 60601 | | webmaster@atg.state.il.us | Email |
| State of Indiana Attorney General | State of Indiana Attorney General | Attention Bankruptcy Dept<br>Indiana Government Center South<br>302 W. Washington St., 5th Floor<br>Indianapolis IN 46204 | 317-232-7979 | Constituent@atg.in.gov | Fax and Email |
| State of Iowa Attorney General | State of Iowa Attorney General | Attention Bankruptcy Dept<br>1305 E. Walnut Street<br>Des Moines IA 50319 | 515-281-4209 | webteam@ag.state.ia.us | Fax and Email |
| State of Kansas Attorney General | State of Kansas Attorney General | Attention Bankruptcy Dept<br>120 SW 10th Ave., 2nd Floor<br>Topeka  KS 66612-1597 | 785 296-6296 | general@ksag.org | Fax and Email |
| State of Kentucky Attorney General | State of Kentucky Attorney General | Attention Bankruptcy Dept<br>700 Capitol Avenue, Suite 118<br>Frankfort  KY 40601 | 502-564-2894 | web@ag.ky.gov | Fax and Email |
| State of Louisiana Attorney General | State of Louisiana Attorney General | Attention Bankruptcy Dept<br>P.O. Box 94095<br>Baton Rouge LA 70804-4095 | 225-326-6499 | ConsumerInfo@ag.state.la.us | Fax and Email |
| State of Maine Attorney General | State of Maine Attorney General | Attention Bankruptcy Dept<br>6 State House Station<br>Augusta  ME 04333-0000 | | consumer.mediation@maine.gov | Email |
| State of Maryland Attorney General | State of Maryland Attorney General | Attention Bankruptcy Dept<br>200 St. Paul Place<br>Baltimore MD 21202-2202 | | oag@oag.state.md.us | Email |
| State of Massachusetts Attorney General | State of Massachusetts Attorney General | Attention Bankruptcy Dept<br>One Ashburton Place<br>Boston  MA 02108-1698 | | ago@state.ma.us | Email |
| State of Michigan Attorney General | State of Michigan Attorney General | Attention Bankruptcy Dept<br>G. Mennen Williams Building, 7th Floor<br>525 W. Ottawa St., P.O. Box 30212<br>Lansing MI 48909-0212 | 517 373-3042 | miag@michigan.gov | Fax and Email |
| State of Minnesota Attorney General | State of Minnesota Attorney General | Attention Bankruptcy Dept<br>1400 Bremer Tower<br>445 Minnesota Street<br>St. Paul MN 55101-2131 | | Attorney.General@ag.state.mn.us | Email |
| State of Missouri Attorney General | State of Missouri Attorney General | Attention Bankruptcy Dept<br>Supreme Court Building<br>207 W. High St.<br>Jefferson City MO 65102 | 573-751-0774 | attorney.general@ago.mo.gov | Fax and Email |
| State of Montana Attorney General | State of Montana Attorney General | Attention Bankruptcy Dept<br>215 N Sanders, Third Floor<br>PO Box 201401<br>Helena MT 59620-1401 | 406 444-3549 | contactdoj@mt.gov | Fax and Email |
| State of Nebraska Attorney General | State of Nebraska Attorney General | Attention Bankruptcy Dept<br>2115 State Capitol<br>2nd Fl, Rm 2115<br>Lincoln NE 68509-8920 | 402 471-3297 | ago.info.help@nebraska.gov | Fax and Email |
| State of Nevada Attorney General | State of Nevada Attorney General | Attention Bankruptcy Dept<br>100 North Carson Street<br>Carson City NV 89701 | 775 684-1108 | AgInfo@ag.nv.gov | Fax and Email |
| State of New Hampshire Attorney General | State of New Hampshire Attorney General | Attention Bankruptcy Dept<br>33 Capitol St.<br>Concord NH 03301-0000 | 603-271-2110 | attorneygeneral@doj.nh.gov | Fax and Email |

Exhibit A
Agenda Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| State of New Jersey Attorney General | State of New Jersey Attorney General | Attention Bankruptcy Dept<br>RJ Hughes Justice Complex<br>25 Market Street, P.O. Box 080<br>Trenton NJ 08625-0080 | 609-292-3508 | askconsumeraffairs@lps.state.nj.us | Fax and Email |
| State of New Mexico Attorney General | State of New Mexico Attorney General | Attention Bankruptcy Dept<br>P.O. Drawer 1508<br>Santa Fe NM 87504-1508 | 505 827-5826 | publicinformationoff@nmag.gov | Fax and Email |
| State of New York Attorney General | State of New York Attorney General | Attention Bankruptcy Dept<br>The Capitol<br>Albany  NY 12224-0341 | 866-413-1069 | | Fax |
| State of North Carolina Attorney General | State of North Carolina Attorney General | Attention Bankruptcy Dept<br>9001 Mail Service Center<br>Raleigh NC 27699-9001 | 919 716-6750 | | Fax |
| State of North Dakota Attorney General | State of North Dakota Attorney General | Attention Bankruptcy Dept<br>State Capitol<br>600 E Boulevard Ave Dept 125<br>Bismarck ND 58505-0040 | 701-328-2226 | ndag@nd.gov | Fax and Email |
| State of Ohio Attorney General | State of Ohio Attorney General | Attention Bankruptcy Dept<br>30 E. Broad St., 14th Floor<br>Columbus OH 43215 | 614-466-3813 | | Fax |
| State of Oklahoma Attorney General | State of Oklahoma Attorney General | Attention Bankruptcy Dept<br>313 NE 21st Street<br>Oklahoma City OK 73105 | 405 521-6246 | | Fax |
| State of Oregon Attorney General | State of Oregon Attorney General | Attention Bankruptcy Dept<br>1162 Court Street NE<br>Salem OR 97301 | 503 378-4017 | consumer.hotline@doj.state.or.us | Fax and Email |
| State of Pennsylvania Attorney General | State of Pennsylvania Attorney General | Attention Bankruptcy Dept<br>Strawberry Square<br>16th Floor<br>Harrisburg PA 17120 | 717-787-3391 | | Fax |
| State of South Carolina Attorney General | State of South Carolina Attorney General | Attention Bankruptcy Dept<br>P.O. Box 11549<br>Columbia SC 29211-1549 | | info@scattorneygeneral.com | Email |
| State of South Dakota Attorney General | State of South Dakota Attorney General | Attention Bankruptcy Dept<br>1302 East Highway 14<br>Suite 1<br>Pierre SD 57501-8501 | 605-773-4106 | consumerhelp@state.sd.us | Fax and Email |
| State of Tennessee Attorney General | State of Tennessee Attorney General | Attention Bankruptcy Dept<br>P.O. Box 20207<br>Nashville TN 37202-0207 | 615 741-2009 | consumer.affairs@tn.gov | Fax and Email |
| State of Texas Attorney General | State of Texas Attorney General | Attention Bankruptcy Dept<br>Capitol Station<br>PO Box 12548<br>Austin TX 78711-2548 | 512-475-2994 | public.information@oag.state.tx.us | Fax and Email |
| State of Utah Attorney General | State of Utah Attorney General | Attention Bankruptcy Dept<br>PO Box 142320<br>Salt Lake City UT 84114-2320 | 801 538-1121 | uag@utah.gov | Fax and Email |
| State of Vermont Attorney General | State of Vermont Attorney General | Attention Bankruptcy Dept<br>109 State St.<br>Montpelier VT 05609-1001 | 802-304-1014 | ago.info@state.vt.us | Fax and Email |
| State of Virginia Attorney General | State of Virginia Attorney General | Attention Bankruptcy Dept<br>900 East Main Street<br>Richmond  VA 23219 | 804-225-4378 | | Fax |
| State of West Virginia Attorney General | State of West Virginia Attorney General | Attention Bankruptcy Dept<br>State Capitol Bldg 1 Room E 26<br>Charleston WV 25305 | 304-558-0140 | consumer@wvago.gov | Fax and Email |

Exhibit A
Agenda Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| State of Wisconsin Attorney General | State of Wisconsin Attorney General | Attention Bankruptcy Dept<br>Wisconsin Department of Justice<br>State Capitol, Room 114 East, P. O. Box 7857<br>Madison WI 53707-7857 | 608-267-2779 | | Fax |
| State of Wyoming Attorney General | State of Wyoming Attorney General | Attention Bankruptcy Dept<br>123 Capitol Building<br>200 W. 24th Street<br>Cheyenne WY 82002 | 307 777-6869 | baylwa@state.wy.us | Fax and Email |
| Top 30 Creditor | Sun & Fun Media | Attn: Roger C. Fray<br>1315 S International Pkwy, Ste 1131<br>Lake Mary FL 32746 | | roger@sunfunmedia.com | Email |
| Top 30 Creditor | TomTom North America Inc | Attn: Senior Legal Counsel<br>11 Lafayette St<br>Lebanon NH 03766-1445 | 603-653-0249 | | Fax |
| Agent for the Debtors' Receivables Based Credit Facility | TPG Specialty Lending, Inc. | Attn: Alex Kneapler<br>888 7th Ave, 35th Floor<br>New York NY 10106 | | AKneapler@tpg.com | Email |
| UNITED STATES ATTORNEY FOR THE SOUTHERN DISTRICT OF TEXAS | UNITED STATES ATTORNEY FOR SOUTHERN DISTRICT OF TEXAS | ATTN: KENNETH MAGIDSON<br>ONE SHORELINE PLAZA SOUTH TOWER<br>800 N SHORELINE BLVD STE 500<br>CORPUS CHRISTI TX 78401 | 713-718-3300 | USATXS.ATTY@USDOJ.GOV | Fax and Email |
| Top 30 Creditor | Universal Music Group Inc | Attn: Lucian Grainge<br>825 8th Ave 28th Floor<br>New York NY 10019 | 310-865-7096 | lucian.grainge@umusic.com | Fax and Email |
| Top 30 Creditor | Univision Communications, Inc. | Attn: Jonathan Schwartz<br>5801 Truxtun Ave<br>Bakersfield CA 93309 | 646-964-6681 | | Fax |
| Top 30 Creditor | Urban One Inc. | Attn: Alfred C. Liggins, III<br>1010 Wayne Ave 14th Fl<br>Silver Spring MD 20910 | | fmiles@urban1.com | Email |
| Top 30 Creditor | Vertical Bridge Acquisitions, LLC | Attn: President or General Counsel<br>750 Park of Commerce Drive<br>Boca Raton FL 33487 | | ghess@verticalbridge.com | Email |
| Top 30 Creditor | Warner Music Group Services | Attn: Stephen F. Cooper<br>3400 W Olive Ave<br>Burbank CA 91505 | | steve.cooper@wmg.com | Email |
| Washington DC Attorney General | Washington DC Attorney General | Attention Bankruptcy Dept<br>441 4th Street, NW<br>Washington DC 20001 | 202 347-8922 | dc.oag@dc.gov | Fax and Email |
| Counsel to Equity Holders | Weil, Gotshal & Manges LLP | Attn: Matt Barr<br>767 Fifth Avenue<br>New York NY 10153-0119 | | matt.barr@weil.com | Email |
| Counsel to an ad hoc group of holders of 6.875% senior notes due 2018 and 7.25% senior notes due 2027 | White & Case LLP | Thomas Lauria and Harrison Denman<br>1221 Avenue of the Americas<br>New York NY 10020-1095 | 305-878-2034 | tlauria@whitecase.com<br>hdenman@whitecase.com | Fax and Email |
| Counsel to Wilmington Savings Fund Society, FSB, as successor indenture trustee | White & Case LLP | Attn: J. Christopher Shore, Harrison Denman, & Michele Meises<br>1221 Avenue of the Americas<br>New York NY 10020 | 212-354-8113 | cshore@whitecase.com<br>harrison.denman@whitecase.com<br>michele.meises@whitecase.com | Fax and Email |
| Counsel to Wilmington Savings Fund Society, FSB, as successor indenture trustee | White & Case LLP | Attn: Thomas E. Lauria & Jason Zakia<br>Southeast Financial Center, Suite 4900<br>200 South Biscayne Blvd<br>Miami FL 33131 | 305-358-5744 | tlauria@whitecase.com<br>jzakia@whitecase.com | Fax and Email |

## **Exhibit B**

Exhibit B
First Day Master Service List
Served via Email

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| Top 30 Creditor | Adswizz | Attn: Bill Feichtmann, Alexis van de Wyer<br>487 A S El Camino Real<br>San Mateo CA 94402 | Bill.feichtmann@adswizz.com |
| Top 30 Creditor | Ando Media LLC | Attn: Neal Schore<br>15303 Ventura Boulevard # 1500<br>Sherman Oaks CA 91403 | brendan.collins@tritondigital.com |
| Counsel to Wilmington Savings Fund Society, FSB, as successor indenture trustee | Andrews Kurth Kenyon LLP | Attn: Robin Russell, Timothy A. Davidson II, & Ashley L. Harper<br>600 Travis, Suite 4200<br>Houston TX 77002 | rrussell@andrewskurth.com<br>taddavidson@andrewskurth.com<br>ashleyharper@andrewskurth.com |
| Counsel to an ad hoc group of lenders under the Debtors' term loan credit facility | Arnold Porter Kay Scholer | Michael Messersmith and Sarah Gryll<br>70 West Madison Street<br>Suite 4200<br>Chicago IL 60602-4231 | michael.messersmith@arnoldporter.com<br>sarah.gryll@arnoldporter.com |
| Top 30 Creditor | ASCAP | Attn: Elizabeth Matthews<br>21678 Network Pl<br>Chicago IL 60673 | rnapakh@ascap.com |
| Indenture trustees for the Debtors' priority guarantee notes, 14.0% senior notes due 2021, 6.875% senior notes due 2018, and 7.25% senior notes due 2027, 6.875% Senior Note - 2018, Indenture trustees for the Debtors' priority guarantee notes, 14.0% senior notes due 2021, 6.875% senior notes due 2018, and 7.25% senior notes due 2027, 7.25% Senior Note - 2027, Top 30 Creditor | BNY Mellon | Attn: Moses Ballenger<br>601 Travis Street, 16th Floor Houston<br>Houston TX 77002 | mosestidwell.ballenger@bnymellon.com |
| Top 30 Creditor | Broadcast Music Inc. | Attn: Michael O'Neill<br>10 Music Square East<br>Nashville TN 37203-4399 | srosen@bmi.com |
| Agent for the Debtors' term loan credit facility | Citibank, N.A. | Attn: Kirkwood R. Roland<br>390 Greenwich St, 1st Floor<br>New York NY 10013 | kirkwood.roland@citi.com |
| Top 30 Creditor | Creditor 1 | Address on File | Email on File |
| Top 30 Creditor | Creditor 2 | Address on File | Email on File |
| Top 30 Creditor | Creditor 3 | Address on File | Email on File |
| Top 30 Creditor | Futuri Media | Attn: Daniel Anstandig<br>4141 Rockside Rd Ste 300<br>Seven Hills OH 44131 | info@futurimedia.com |
| Counsel to an ad hoc group of holders of 14.0% senior notes due 2021 | Gibson Dunn and Crutcher LLP | Robert Klyman<br>333 South Grand Avenue<br>Los Angeles CA 90071-3197 | rklyman@gibsondunn.com |
| Top 30 Creditor | Global Music Rights | Attn: Irving Azoff<br>1100 Glendon Ave Ste 2000<br>Los Angeles CA 90024 | susan@globalmusicrights.com |
| Counsel to an ad hoc group of lenders under the Debtors' term loan credit facility and priority guarantee noteholders | Jones Day | Bruce Bennett, Joshua Mester, James Johnston<br>555 South Flower Street<br>Fiftieth Floor<br>Los Angeles CA 90071 | jmester@jonesday.com<br>jjohnston@jonesday.com<br>bbennett@jonesday.com |
| CO-COUNSEL TO DEBTOR | Kirkland & Ellis LLP | Attn: Christopher J. Marcus, P.C<br>601 Lexington Avenue<br>New York NY 10022 | christopher.marcus@kirkland.com |

In re: iHeartMedia, Inc., et al.
Case No. 18-31274 (MI)

Page 1 of 6

Exhibit B
First Day Master Service List
Served via Email

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| CO-COUNSEL TO DEBTOR | Kirkland & Ellis LLP | Attn: James H.M. Sprayregen, P.C., Anup Sathy, P.C., William A. Guerrieri, Brian D. Wolfe<br>300 North LaSalle Street<br>Chicago IL 60654 | james.sprayregen@kirkland.com<br>anup.sathy@kirkland.com<br>will.guerrieri@kirkland.com<br>brian.wolfe@kirkland.com |
| Indenture trustees for the Debtors' priority guarantee notes, 14.0% senior notes due 2021, 6.875% senior notes due 2018, and 7.25% senior notes due 2027, 14% Senior Note - 2021 | Law Debenture Trust Company | Attn: James Heaney<br>400 Madison Avenue<br>New York NY 10017 | james.Heaney@LAWDEB.com |
| UNITED STATES TRUSTEE SOUTHERN DISTRICT OF TEXAS | OFFICE OF THE UNITED STATES TRUSTEE | ATTN:<br>515 RUSK AVE<br>SUITE 3516<br>HOUSTON TX 77002 | STEPHEN.STATHAM@USDOJ.GOV |
| Counsel to Wilmington Savings Fund Society, FSB, as successor indenture trustee | Pryor Cashman LLP | Attn: Seth H. Lieberman, Patrick Sibley, & Matthew W. Silverman<br>7 Times Square<br>New York NY 10036 | slieberman@pryorcashman.com<br>psibley@pryorcashman.com<br>msilverman@pryorcashman.com |
| Top 30 Creditor | ReelWorld Productions Inc | Attn: Craig Wallace<br>2214 Queen Anne Ave N<br>Seattle WA 98109 | craig.wallace@reelworld.com |
| SECURITIES AND EXCHANGE COMMISSION - HEADQUARTERS | SECURITIES & EXCHANGE COMMISSION | SECRETARY OF THE TREASURY<br>100 F ST NE<br>WASHINGTON DC 20549 | SECBANKRUPTCY@SEC.GOV<br>NYROBANKRUPTCY@SEC.GOV |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - FORT WORTH OFFICE | DAVID WOODCOCK REGIONAL DIRECTOR<br>BURNETT PLAZA<br>801 CHERRY ST STE 1900 UNIT 18<br>FORT WORTH TX 76102 | DFW@SEC.GOV |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - NY OFFICE | ATTN: BANKRUPTCY DEPARTMENT<br>BROOKFIELD PLACE<br>200 VESEY STREET STE 400<br>NEW YORK NY 10281-1022 | BANKRUPTCYNOTICESCHR@SEC.GOV |
| Top 30 Creditor | Spotify USA, Inc. | Attn: Horacio Gutierrez<br>45 W. 18th Street<br>7th Floor<br>New York NY 10011 | legal@spotify.com |
| State of Alaska Attorney General | State of Alaska Attorney General | Attention Bankruptcy Dept<br>P.O. Box 110300<br>Juneau AK 99811-0300 | attorney.general@alaska.gov |
| State of Arizona Attorney General | State of Arizona Attorney General | Attention Bankruptcy Dept<br>1275 W. Washington St.<br>Phoenix AZ 85007 | aginfo@azag.gov |
| State of California Attorney General | State of California Attorney General | Attention Bankruptcy Dept<br>P.O. Box 944255<br>Sacramento CA 94244-2550 | bankruptcy@coag.gov |
| State of Colorado Attorney General | State of Colorado Attorney General | Attention Bankruptcy Dept<br>Ralph L. Carr Colorado Judicial Center<br>1300 Broadway, 10th Floor<br>Denver CO 80203 | Attorney.General@state.co.us |
| State of Connecticut Attorney General | State of Connecticut Attorney General | Attention Bankruptcy Dept<br>55 Elm St.<br>Hartford CT 06106 | attorney.general@po.state.ct.us |

Exhibit B
First Day Master Service List
Served via Email

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| State of Delaware Attorney General | State of Delaware Attorney General | Attention Bankruptcy Dept<br>Carvel State Office Bldg.<br>820 N. French St.<br>Wilmington DE 19801 | Attorney.General@state.DE.US |
| State of Georgia Attorney General | State of Georgia Attorney General | Attention Bankruptcy Dept<br>40 Capital Square, SW<br>Atlanta GA 30334-1300 | AGOlens@law.ga.gov |
| State of Hawaii Attorney General | State of Hawaii Attorney General | Attention Bankruptcy Dept<br>425 Queen St.<br>Honolulu HI 96813 | hawaiiag@hawaii.gov |
| State of Illinois Attorney General | State of Illinois Attorney General | Attention Bankruptcy Dept<br>100 West Randolph Street<br>Chicago IL 60601 | webmaster@atg.state.il.us |
| State of Indiana Attorney General | State of Indiana Attorney General | Attention Bankruptcy Dept<br>Indiana Government Center South<br>302 W. Washington St., 5th Floor<br>Indianapolis IN 46204 | Constituent@atg.in.gov |
| State of Iowa Attorney General | State of Iowa Attorney General | Attention Bankruptcy Dept<br>1305 E. Walnut Street<br>Des Moines IA 50319 | webteam@ag.state.ia.us |
| State of Kansas Attorney General | State of Kansas Attorney General | Attention Bankruptcy Dept<br>120 SW 10th Ave., 2nd Floor<br>Topeka  KS 66612-1597 | general@ksag.org |
| State of Kentucky Attorney General | State of Kentucky Attorney General | Attention Bankruptcy Dept<br>700 Capitol Avenue, Suite 118<br>Frankfort  KY 40601 | web@ag.ky.gov |
| State of Louisiana Attorney General | State of Louisiana Attorney General | Attention Bankruptcy Dept<br>P.O. Box 94095<br>Baton Rouge LA 70804-4095 | ConsumerInfo@ag.state.la.us |
| State of Maine Attorney General | State of Maine Attorney General | Attention Bankruptcy Dept<br>6 State House Station<br>Augusta  ME 04333-0000 | consumer.mediation@maine.gov |
| State of Maryland Attorney General | State of Maryland Attorney General | Attention Bankruptcy Dept<br>200 St. Paul Place<br>Baltimore MD 21202-2202 | oag@oag.state.md.us |
| State of Massachusetts Attorney General | State of Massachusetts Attorney General | Attention Bankruptcy Dept<br>One Ashburton Place<br>Boston  MA 02108-1698 | ago@state.ma.us |
| State of Michigan Attorney General | State of Michigan Attorney General | Attention Bankruptcy Dept<br>G. Mennen Williams Building, 7th Floor<br>525 W. Ottawa St., P.O. Box 30212<br>Lansing MI 48909-0212 | miag@michigan.gov |
| State of Minnesota Attorney General | State of Minnesota Attorney General | Attention Bankruptcy Dept<br>1400 Bremer Tower<br>445 Minnesota Street<br>St. Paul MN 55101-2131 | Attorney.General@ag.state.mn.us |

Exhibit B
First Day Master Service List
Served via Email

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| State of Missouri Attorney General | State of Missouri Attorney General | Attention Bankruptcy Dept<br>Supreme Court Building<br>207 W. High St.<br>Jefferson City MO 65102 | attorney.general@ago.mo.gov |
| State of Montana Attorney General | State of Montana Attorney General | Attention Bankruptcy Dept<br>215 N Sanders, Third Floor<br>PO Box 201401<br>Helena MT 59620-1401 | contactdoj@mt.gov |
| State of Nebraska Attorney General | State of Nebraska Attorney General | Attention Bankruptcy Dept<br>2115 State Capitol<br>2nd Fl, Rm 2115<br>Lincoln NE 68509-8920 | ago.info.help@nebraska.gov |
| State of Nevada Attorney General | State of Nevada Attorney General | Attention Bankruptcy Dept<br>100 North Carson Street<br>Carson City NV 89701 | AgInfo@ag.nv.gov |
| State of New Hampshire Attorney General | State of New Hampshire Attorney General | Attention Bankruptcy Dept<br>33 Capitol St.<br>Concord NH 03301-0000 | attorneygeneral@doj.nh.gov |
| State of New Jersey Attorney General | State of New Jersey Attorney General | Attention Bankruptcy Dept<br>RJ Hughes Justice Complex<br>25 Market Street, P.O. Box 080<br>Trenton NJ 08625-0080 | askconsumeraffairs@lps.state.nj.us |
| State of New Mexico Attorney General | State of New Mexico Attorney General | Attention Bankruptcy Dept<br>P.O. Drawer 1508<br>Santa Fe NM 87504-1508 | publicinformationoff@nmag.gov |
| State of North Dakota Attorney General | State of North Dakota Attorney General | Attention Bankruptcy Dept<br>State Capitol<br>600 E Boulevard Ave Dept 125<br>Bismarck ND 58505-0040 | ndag@nd.gov |
| State of Oregon Attorney General | State of Oregon Attorney General | Attention Bankruptcy Dept<br>1162 Court Street NE<br>Salem OR 97301 | consumer.hotline@doj.state.or.us |
| State of South Carolina Attorney General | State of South Carolina Attorney General | Attention Bankruptcy Dept<br>P.O. Box 11549<br>Columbia SC 29211-1549 | info@scattorneygeneral.com |
| State of South Dakota Attorney General | State of South Dakota Attorney General | Attention Bankruptcy Dept<br>1302 East Highway 14<br>Suite 1<br>Pierre SD 57501-8501 | consumerhelp@state.sd.us |
| State of Tennessee Attorney General | State of Tennessee Attorney General | Attention Bankruptcy Dept<br>P.O. Box 20207<br>Nashville TN 37202-0207 | consumer.affairs@tn.gov |
| State of Texas Attorney General | State of Texas Attorney General | Attention Bankruptcy Dept<br>Capitol Station<br>PO Box 12548<br>Austin TX 78711-2548 | public.information@oag.state.tx.us |

Exhibit B
First Day Master Service List
Served via Email

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| State of Utah Attorney General | State of Utah Attorney General | Attention Bankruptcy Dept<br>PO Box 142320<br>Salt Lake City UT 84114-2320 | uag@utah.gov |
| State of Vermont Attorney General | State of Vermont Attorney General | Attention Bankruptcy Dept<br>109 State St.<br>Montpelier VT 05609-1001 | ago.info@state.vt.us |
| State of West Virginia Attorney General | State of West Virginia Attorney General | Attention Bankruptcy Dept<br>State Capitol Bldg 1 Room E 26<br>Charleston WV 25305 | consumer@wvago.gov |
| State of Wyoming Attorney General | State of Wyoming Attorney General | Attention Bankruptcy Dept<br>123 Capitol Building<br>200 W. 24th Street<br>Cheyenne WY 82002 | baylwa@state.wy.us |
| Top 30 Creditor | Sun & Fun Media | Attn: Roger C. Fray<br>1315 S International Pkwy, Ste 1131<br>Lake Mary FL 32746 | roger@sunfunmedia.com |
| Agent for the Debtors' Receivables Based Credit Facility | TPG Specialty Lending, Inc. | Attn: Alex Kneapler<br>888 7th Ave, 35th Floor<br>New York NY 10106 | AKneapler@tpg.com |
| UNITED STATES ATTORNEY FOR THE SOUTHERN DISTRICT OF TEXAS | UNITED STATES ATTORNEY FOR SOUTHERN DISTRICT OF TEXAS | ATTN: KENNETH MAGIDSON<br>ONE SHORELINE PLAZA SOUTH TOWER<br>800 N SHORELINE BLVD STE 500<br>CORPUS CHRISTI TX 78401 | USATXS.ATTY@USDOJ.GOV |
| Top 30 Creditor | Universal Music Group Inc | Attn: Lucian Grainge<br>825 8th Ave 28th Floor<br>New York NY 10019 | lucian.grainge@umusic.com |
| Top 30 Creditor | Urban One Inc. | Attn: Alfred C. Liggins, III<br>1010 Wayne Ave 14th Fl<br>Silver Spring MD 20910 | fmiles@urban1.com |
| Top 30 Creditor | Vertical Bridge Acquisitions, LLC | Attn: President or General Counsel<br>750 Park of Commerce Drive<br>Boca Raton FL 33487 | ghess@verticalbridge.com |
| Top 30 Creditor | Warner Music Group Services | Attn: Stephen F. Cooper<br>3400 W Olive Ave<br>Burbank CA 91505 | steve.cooper@wmg.com |
| Washington DC Attorney General | Washington DC Attorney General | Attention Bankruptcy Dept<br>441 4th Street, NW<br>Washington DC 20001 | dc.oag@dc.gov |
| Counsel to Equity Holders | Weil, Gotshal & Manges LLP | Attn: Matt Barr<br>767 Fifth Avenue<br>New York NY 10153-0119 | matt.barr@weil.com |
| Counsel to an ad hoc group of holders of 6.875% senior notes due 2018 and 7.25% senior notes due 2027 | White & Case LLP | Thomas Lauria and Harrison Denman<br>1221 Avenue of the Americas<br>New York NY 10020-1095 | tlauria@whitecase.com<br>hdenman@whitecase.com |
| Counsel to Wilmington Savings Fund Society, FSB, as successor indenture trustee | White & Case LLP | Attn: J. Christopher Shore, Harrison Denman, & Michele Meises<br>1221 Avenue of the Americas<br>New York NY 10020 | cshore@whitecase.com<br>harrison.denman@whitecase.com<br>michele.meises@whitecase.com |

Exhibit B
First Day Master Service List
Served via Email

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| Counsel to Wilmington Savings Fund Society, FSB, as successor indenture trustee | White & Case LLP | Attn: Thomas E. Lauria & Jason Zakia<br>Southeast Financial Center, Suite 4900<br>200 South Biscayne Blvd<br>Miami FL 33131 | tlauria@whitecase.com<br>jzakia@whitecase.com |