IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| IHEARTMEDIA INC., ET AL., | § | Case No. 18-31274 |
| | § | |
| | § | |
| *Debtors.* | § | (Jointly Administered) |
| | § | |

**TAXING AUTHORITIES' NOTICE OF WITHDRAWAL OF OBJECTION TO DEBTORS' EMERGENCY MOTION FOR INTERIM AND FINAL ORDERS AUTHORIZING (I) POSTPETITION USE OF CASH COLLATERAL, (II) GRANTING ADEQUATE PROTECTION TO PREPETITION LENDERS PURSUANT TO 11 U.S.C. §§ 105, 361, 362, 363, AND 507, BANKRUPTCY RULES 2002, 4001, AND 9014, AND BANKRUPTCY LOCAL RULES 4001-1(b) AND 4002-1, AND (III) SCHEDULING A FINAL HEARING PURSUANT TO BANKRUPTCY RULE 4001(B))**

**YOU ARE HEREBY NOTIFIED** that Angelina County, Bexar County, Cameron County, Cleveland ISD, Cypress-Fairbanks ISD, Dallas County, City of El Paso, Fort Bend County, Frio Hospital District, Harris County, Hays County, Hidalgo County, Houston Liens, Irving ISD, Jefferson County, Lewisville ISD, City of McAllen, McLennan County, Nueces County, Pearsall ISD , Rockwall CAD, San Marcos CISD, San Patricio County, Smith County, Tarrant County, Tom Green CAD, and Victoria County's (the "Taxing Authorities") objection to *Debtors' Emergency Motion for Interim and Final Orders Authorizing (A) Postpetition Use of Cash Collateral, (B) Granting Adequate Protection to Prepetition Lenders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, and 507, Bankruptcy Rules 2002, 4001, and 9014, and Bankruptcy Local Rules 4001(b) and 4002-1, and (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b)* is **WITHDRAWN**.

Dated:  April 11, 2018

        Respectfully submitted,

        **LINEBARGER GOGGAN**
        **BLAIR & SAMPSON, LLP**

        */s/ John P. Dillman*
        **JOHN P. DILLMAN**
        Texas State Bar No. 05874400
        **TARA L. GRUNDEMEIER**
        Texas State Bar No. 24036691
        Post Office Box 3064
        Houston, Texas 77253-3064
        (713) 844-3478 *Telephone*
        (713) 844-3503 *Facsimile*
        *john.dillman@lgbs.com*
        *tara.grundemeier@lgbs.com*

        Counsel for the Taxing Authorities

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing was served upon the following entities by either electronic court filing or by United States Mail, first class, postage prepaid on April 11, 2018:

<u>Debtor</u>
HeartMedia, Inc.
20880 Stone Oak Parkway
San Antonio, TX 78258

<u>Counsel for Debtor</u>
Patricia Baron Tomasco
Jackson Walker LLP
1401 McKinney Street, Suite 1900
Houston, TX 77010

James H.M. Sprayregen, P.C.
Kirkland and Ellis LLP
Kirkland and Ellis International LLP
300 North LaSalle Street
Chicago, IL 606054

Christopher J. Marcus, Esq.
Kirkland and Ellis LLP
Kirkland and Ellis International LLP
601 Lexington Avenue
New York, NY 10022

<u>United States Trustee</u>
Hector Duran, Esq.
Stephen Douglas Statham, Esq.
Office of US Trustee
515 Rusk, Suite 3516
Houston, TX 77002

<u>Counsel to Official Committee</u>
<u>of Unsecured Creditors</u>
Charles R. Gibbs, Esq.
Akin Gump Strauss Hauer & Feld LLP
1700 Pacific Avenue, Suite 4100
Dallas, TX 75201

*/s/ Tara L. Grundemeier*
Tara L. Grundemeier