IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| IHEARTMEDIA, INC., *et al*.,[1] | ) | Case No. 18-31274 (MI) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

## GLOBAL NOTES, METHODOLOGY, AND SPECIFIC
## DISCLOSURES REGARDING THE DEBTORS' SCHEDULES OF
## ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

## Introduction

iHeartMedia, Inc. ("iHeart") and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), with the assistance of their advisors, have filed their respective Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "Statements," and together with the Schedules, the "Schedules and Statements") with the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court"), under section 521 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 1007-1 of the Bankruptcy Local Rules for the Southern District of Texas (the "Bankruptcy Local Rules").

These *Global Notes, Methodology, and Specific Disclosures Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of all of the Debtors' Schedules and Statements. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to be fully reconciled with the financial statements of each Debtor. Additionally, the Schedules and Statements contain unaudited information that is subject to further review and

---

[1]     Due to the large number of Debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the Debtors and the last four digits of their tax identification, registration, or like numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.www.primeclerk.com/iheartmedia. The location of Debtor iHeartMedia, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 20880 Stone Oak Parkway, San Antonio, Texas 78258.

potential adjustment and reflects the Debtors' reasonable efforts to report the assets and liabilities of each Debtor on an unconsolidated basis.

The Debtors and their agents, attorneys, and advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein.  While reasonable efforts have been made to provide accurate and complete information herein, inadvertent errors or omissions may exist.  The Debtors and their agents, attorneys, and advisors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised, or re-categorized.  In no event shall the Debtors or their agents, attorneys, and advisors be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtors or their agents, attorneys, and advisors are advised of the possibility of such damages.

Mr. Scott Hamilton, Senior Vice President, Chief Accounting Officer and Assistant Secretary of Debtor iHeartMedia, Inc., has signed each of the Schedules and Statements.  Mr. Hamilton is an authorized signatory for each of the Debtors.  In reviewing and signing the Schedules and Statements, Mr. Hamilton necessarily has relied upon the efforts, statements, and representations of various personnel employed by the Debtors and their advisors.  Mr. Hamilton has not (and could not have) personally verified the accuracy of each statement and representation contained in the Schedules and Statements, including statements and representations concerning amounts owed to creditors, classification of such amounts, and creditor addresses.

## Global Notes and Overview of Methodology

1.   **Reservation of Rights**.  Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements, but inadvertent errors or omissions may exist.  The Debtors reserve all rights to:  (i) amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including the right to amend the Schedules and Statements with respect to the description, designation, or Debtor against which any claim against a Debtor ("Claim")[2] is asserted; (ii) dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; (iii) subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or (iv) object to the extent, validity, enforceability, priority, or avoidability of any Claim (regardless of whether of such Claim is designated in the Schedules and Statements as "disputed," "contingent," or "unliquidated").  Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such Claim or amount is not "disputed," "contingent," or "unliquidated."

---

[2]   For the purposes of these Global Notes, the term Claim shall have the meaning as defined under section 101(5) of the Bankruptcy Code.

Listing a Claim does not constitute an admission of liability by the Debtor against which the Claim is listed or against any of the Debtors. Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to the Debtors' chapter 11 cases, including, issues involving Claims, substantive consolidation, defenses, equitable subordination, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation or rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph. Notwithstanding the foregoing, the Debtors shall not be required to update the Schedules and Statements.

2.  **Description of Cases and "As Of" Information Date**. On March 14, 2018 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.

    The asset information provided herein represents the asset data of the Debtors as of the Petition Date, except as otherwise noted. The liability information provided herein represents the outstanding pre-petition liabilities as of the date of filing the Schedules.

3.  **Net Book Value of Assets**. Unless otherwise indicated, the Debtors' Schedules and Statements reflect net book values as of March 14, 2018. The book values of certain assets may materially differ from their fair market values and/or the Debtors' enterprise valuation that will be prepared in connection with the disclosure statement to the Debtors' chapter 11 plan of reorganization. For the avoidance of doubt, nothing contained in the Schedules and Statements is indicative of the Debtors' enterprise value.

    Book values of assets prepared in accordance with GAAP generally do not reflect the current performance of the assets or the impact of the industry environment and may differ materially from the actual value and/or performance of the underlying assets.

4.  **Recharacterization**. Notwithstanding the Debtors' reasonable efforts to properly characterize, classify, categorize, or designate certain Claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors may nevertheless have improperly characterized, classified, categorized, designated, or omitted certain items due to the complexity and size of the Debtors' businesses. Accordingly, the Debtors reserve all of their rights to recharacterize, reclassify, recategorize, redesignate, add, or delete items reported in the Schedules and Statements at a later time as is necessary or appropriate as additional information becomes available, including, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

5.  **Liabilities**. The Debtors have sought to allocate liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change. Accordingly, the Debtors reserve all of

3

their rights to amend, supplement, or otherwise modify the Schedules and Statements as is necessary or appropriate.

6.   **Excluded Assets and Liabilities**.  The Debtors have excluded certain categories of assets, tax accruals, and liabilities from the Schedules and Statements, including, employee benefit accruals, and in some instances accrued accounts payable.  In addition, certain immaterial assets and liabilities may have been excluded.

The Bankruptcy Court has authorized (but not directed) the Debtors to pay, in their discretion, certain outstanding Claims on a postpetition basis.  As discussed below, prepetition liabilities that the Debtors have paid postpetition pursuant to relief granted by the court may not be listed in the Schedules and Statements.

7.   **Insiders**.  For purposes of the Schedules and Statements, the Debtors defined "insiders" pursuant to section 101(31) of the Bankruptcy Code as:  (a) directors; (b) officers; (c) persons in control of the Debtors; (d) relatives of the Debtors' directors, officers, or persons in control of the Debtors; and (e) debtor/non-debtor affiliates of the foregoing. Persons listed as "insiders" have been included for informational purposes only and by including them in the Schedules, shall not constitute an admission that those persons are insiders for purposes of section 101(31) of the Bankruptcy Code.  Moreover, the Debtors do not take any position with respect to:  (a) any insider's influence over the control of the Debtors; (b) the management responsibilities or functions of any such insider; (c) the decision making or corporate authority of any such insider; or (d) whether the Debtors or any such insider could successfully argue that he or she is not an "insider" under applicable law or with respect to any theories of liability or for any other purpose.

8.   **Personal Identification Information**.  Pursuant to the *Order (I) Authorizing the Debtors to File a Consolidated List of Creditors and a Consolidated List of the 30 Largest Unsecured Creditors, (II) Authorizing the Debtors to Redact Certain Personal Identification Information, (III) Approving the Form and Manner of Notifying Creditors of the Commencement of These Chapter 11 Cases, and (IV) Granting Related Relief* [Docket No. 114], the Debtors have redacted certain personal identification information contained in the Schedules and Statements.  Payments made to individuals, including insiders as discussed above, and certain other instances where personally identifiable information could otherwise be disclosed, have been reported without disclosing personally identifiable information.  In addition, payments to or for the benefit of insiders have been disclosed in aggregate amounts, without separately identifying amounts paid to a given insider or otherwise disclosing personally identifiable information.

9.   **Intellectual Property Rights**.  Exclusion of certain intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.  Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated or otherwise expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.  The Debtors have made every effort to attribute intellectual property to the rightful Debtor

4

owner.  However, in some instances intellectual property owned by one Debtor may, in fact, be owned by another.  Accordingly, the Debtors reserve all of their rights with respect to the legal status of any and all such intellectual property rights.

10.    **Executory Contracts**.    Although the Debtors made reasonable efforts to attribute an executory contract to its rightful Debtor, in certain instances, the Debtors may have inadvertently failed to do so due to the complexity and size of the Debtors' businesses. Accordingly, the Debtors reserve all of their rights with respect to the named parties of any and all executory contracts, including the right to amend Schedule G.

11.    **Classifications**.    Listing (a) a Claim on Schedule D as "secured," (b) a Claim on Schedule E/F as "priority," (c) a Claim on Schedule E/F as "unsecured," or (d) a contract on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the claimant or a waiver of the Debtors' rights to recharacterize or reclassify such Claims or contracts or to setoff of such Claims.

12.    **Claims Description**.    Schedules D and E/F permit each of the Debtors to designate a Claim as "disputed," "contingent," and/or "unliquidated."  Any failure to designate a Claim on a given Debtor's Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by that Debtor that such amount is not "disputed," "contingent," or "unliquidated," or that such Claim is not subject to objection.  The Debtors reserve all of their rights to dispute, or assert offsets or defenses to, any Claim reflected on their respective Schedules and Statements on any grounds, including liability or classification.    Additionally, the Debtors expressly reserve all of their rights to subsequently designate such Claims as "disputed," "contingent," or "unliquidated." Moreover, listing a Claim does not constitute an admission of liability by the Debtors.

13.    **Causes of Action**.    Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third parties as assets in the Schedules and Statements, including causes of action that are required to be kept confidential and causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers.  The Debtors reserve all of their rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross claim, counterclaim, or recoupment, and any claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law (collectively, "Causes of Action") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any claims or Causes of Action or in any way prejudice or impair the assertion of such claims or Causes of Action.

14.    **Summary of Significant Reporting Policies**.    The following is a summary of significant reporting policies:

5

- <u>Undetermined Amounts</u>.  The description of an amount as "unknown," "TBD," or "undetermined" is not intended to reflect upon the materiality of such amount.

- <u>Totals</u>.  All totals that are included in the Schedules and Statements represent totals of all known amounts.  To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

- <u>Paid Claims</u>.  The Debtors were authorized (but not directed) to pay certain outstanding prepetition Claims pursuant to various orders entered by the Bankruptcy Court.  Accordingly, certain outstanding liabilities that have been reduced by postpetition payments made on account of prepetition liabilities have been designated as contingent.  To the extent the Debtors pay any of the Claims listed in the Schedules and Statements pursuant to any orders entered by the Bankruptcy Court, the Debtors reserve all of their rights to amend or supplement the Schedules and Statements or take other action as is necessary or appropriate to avoid over-payment of or duplicate payments for any such liabilities.

- <u>Unknown Debtors</u>.  In certain instances, contracts do not specify a particular Debtor or include an incorrect legal entity as the contractual counterparty.  In addition, threatened litigation, on occasion, does not indicate the potentially liable Debtor(s).  In these instances, responses have been listed in the appropriate Statement or Schedule at iHeartMedia Management Services, Inc. out of an abundance of caution.

- <u>Business Unit Level</u>.  The Debtors have created business units that function as profit and cost centers for purposes of recording financial activities. Business units have been historically treated as discrete entities for accounting purposes, but such business units are not separate legal entities. Thus, business units have been combined within the relevant Debtor entity for purposes of reporting in the Statements and Schedules.

- <u>Liens</u>.  Property and equipment listed in the Schedules and Statements are presented without consideration of any liens that may attach (or have attached) to such property and equipment.

15. **Currency**.  All amounts are reflected in U.S. dollars.

16. **Intercompany Payables and Receivables**.  Intercompany payables and receivables between the Debtors as of the Petition Date are set forth on Schedule E/F or Schedule A/B, as applicable.

As described more fully in the *Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System and Maintain Existing Bank Accounts and (B) Continue to Perform Intercompany Transactions and (III) Granting Related Relief* [Docket No. 14] (the "<u>Cash Management Motion</u>"), the Debtors engage in a range of intercompany transactions in the ordinary course of business. Pursuant to the order granting the relief requested in the Cash Management Motion [Docket No. 454] (the "<u>Cash Management</u>

6

Order"), the Bankruptcy Court has granted the Debtors authority to continue the intercompany transactions in the ordinary course of business.

Intercompany transactions amongst the Debtors that result from operations are recorded in the Debtors' books and records in intercompany accounts receivable at the business unit level. As previously discussed, these business units combine into specific legal entities. Nearly all transactions performed by the Debtors result in an intercompany transaction, which are accretive to prior balances recorded in the Debtors' books and records. As discussed in the Cash Management Motion, all funds that enter the Debtors' cash management system are held in an account owned by iHeartMedia Management Services, Inc. Given the concentration of funds received on behalf of all Debtors into an account owned by iHeartMedia Management Services, Inc., and the subsequent distribution of funds therefrom for the benefit of all Debtors, or to accounts owned by other Debtors, for purposes of presentation of intercompany balances, the Debtors' have attributed all receivable and payable positions of the Debtors to iHeartMedia Management Services, Inc., for illustrative purposes solely for the purposes of the Schedules and Statements.

In addition to intercompany transactions that result from operations, the Debtors maintain certain notes payable, which reflect documented agreements amongst certain legal entities of the Debtors. For purposes of presentation, these amounts are shown as payables to or receivables from those legal entities specified in the agreements.

In connection with the cash management arrangements for Clear Channel Outdoor Holdings, Inc. ("CCOH"), the Debtors maintain an intercompany revolving promissory note payable to CCOH (the "Intercompany Note"), which matures on May 15, 2019. Pursuant to the Cash Management Order, as of March 14, 2018, the pre-petition balance of the Intercompany Note has been frozen.

The listing by the Debtors of any account between a Debtor and another Debtor or between a Debtor and a non-Debtor affiliate is a statement of what appears in a particular Debtor's books and records and does not reflect any admission or conclusion of the Debtors regarding the allowance, classification, characterization, validity, or priority of such account. The Debtors take no position in these Schedules and Statements as to whether such accounts would be allowed as a Claim, an Interest, or not allowed at all. The Debtors reserve all rights with respect to such accounts.

17.   **Setoffs**. The Debtors periodically incur certain setoffs in the ordinary course of business.

Setoffs in the ordinary course can result from various items including, but not limited to, intercompany transactions, pricing discrepancies, returns, warranties, credits, refunds, negotiations, and/or disputes between the Debtors and their vendors or customers, and other disputes between the Debtors and their customers and/or suppliers. These normal setoffs are consistent with the ordinary course of business in the Debtors' industry and can be particularly voluminous, making it unduly burdensome and costly for the Debtors to list such ordinary course setoffs. Therefore, although such setoffs and other similar rights may have been accounted for when scheduling certain amounts, these ordinary course setoffs are not independently accounted for, and as such, are or may be excluded from the Debtors' Schedules and Statements.

18.   **Global Notes Control**. In the event that the Schedules and Statements differ from these Global Notes, the Global Notes shall control.

## Specific Disclosures with Respect to the Debtors' Schedules

**Schedules Summary**.  Except as otherwise noted, the asset and liability information provided herein represents the Debtors' assets and liabilities as of the Petition Date.

For financial reporting purposes, the Debtors and certain of their non-Debtor affiliates ordinarily prepare consolidated financial statements.  Unlike the consolidated financial statements, the Schedules reflect the assets and liabilities of each Debtor on a nonconsolidated basis.  Accordingly, the totals listed in the Schedules will likely differ, at times materially, from the consolidated financial reports prepared by the Debtors for financial reporting purposes or otherwise.

The Schedules do not purport to represent financial statements prepared in accordance with GAAP, nor are they intended to be fully reconciled with the financial statements of each Debtor.  Certain write-downs, impairments, and other accounting adjustments may not be reflected in the Schedules.  Additionally, the Schedules contain unaudited information that is subject to further review and potential adjustment, and reflect the Debtors' reasonable best efforts to report the assets and liabilities of each Debtor on an unconsolidated basis.  Moreover, given, among other things, the uncertainty surrounding the collection and ownership of certain assets and the valuation and nature of certain liabilities, to the extent that a Debtor shows more assets than liabilities, this is not an admission that the Debtor was solvent as of the Petition Date or at any time before the Petition Date.  Likewise, to the extent a Debtor shows more liabilities than assets, this is not an admission that the Debtor was insolvent as of the Petition Date or at any time before the Petition Date.

**Schedule A/B.3**.  The bank account balances listed are as of the Petition Date and may vary from book balances.  While certain individual accounts may be listed in Schedule A/B.3 with a negative balance, the Debtors and their banks view the cash pool as a single aggregated system which has a net positive balance. Accounts listed include a variety of types, including one account at Fidelity ending in x1576, which holds assets for the Debtors' deferred compensation plan.

**Schedule A/B.10.** The Debtors own over 10,000 URL names, some of which they do not use. The Debtors have not listed all such URL names given the voluminous amount of information, but do not disclaim any ownership rights over such URL names, which rights are hereby reserved.  For any URLs listed for which ownership could not be determined, iHM Identity, Inc. was assigned as the owner.

**Schedule A/B.11**.  The Debtors allocate all accounts receivable attributable to radio station operations at iHeartMedia Management Services, Inc., while the corresponding allowance for doubtful accounts remains on the books of the Debtor entity that operates the applicable radio station(s).

**Schedule A/B.15**.  Equity interests in subsidiaries and affiliates primarily arise from common stock ownership or member or partnership interests.  For purposes of these Schedules, the Debtors have listed an undetermined value for the equity interests of all subsidiaries and affiliates.  Nothing in these Schedules is an admission by or conclusion of the Debtors regarding the value of such subsidiary and affiliate equity interests, which, under certain fair market or enterprise valuation analyses, may have value.  The book values of certain assets may materially differ from their fair

8

market values and/or the Debtors' enterprise valuation to be prepared in connection with the Disclosure Statement.

In the ordinary course of business, the Debtors engage in barter relationships by which they offer media, or advertising space, in exchange for equity in the company that will utilize the media or advertising space. For purposes of these Schedules, the Debtors have listed an undetermined value for these equity interests. Nothing in these Schedules is an admission or conclusion of the Debtors regarding the value of each equity interest.

Book values of assets prepared in accordance with GAAP generally do not reflect the current performance of the assets or the impact of the industry environment and may differ materially from the actual value and/or performance of the underlying assets.  As such, the value listed in these Schedules and Statements cannot be, and was not, used to determine the Debtors' enterprise valuation.

**Schedule A/B.55**.  It would be time consuming, an inefficient use of the Debtors' resources, or otherwise impracticable, to review and determine the jurisdictional treatment for each piece of property listed on Schedule A/B.55.  Consequently, the Debtors take no position as to the tax treatment for property listed on this schedule.

**Schedule A/B.72.** This amount includes all NOLs of the consolidated tax group of which iHeartMedia, Inc., is the parent, including certain amounts that, under the applicable consolidated tax return rules, are attributable to non-Debtor subsidiaries.

**Schedule A/B.77**.  The listing by the Debtors of any account between a Debtor and another Debtor or between a Debtor and a non-Debtor subsidiary or affiliate is a statement of what appears in a particular Debtor's books and records and does not reflect any admission or conclusion of the Debtors regarding the allowance, classification, characterization, validity, or priority of such account.  The Debtors take no position in these Schedules and Statements as to whether such accounts would be allowed as a Claim, an Interest, or not allowed at all.  The Debtors and all parties in interest reserve all rights with respect to such accounts.

**Schedule D**.  The Debtors have not included parties that may believe their Claims are secured through setoff rights, inchoate statutory lien rights, or other lien rights created by the laws of the various jurisdictions in which the Debtors operate.  Various Debtors are borrowers, and certain of the other Debtors are guarantors, under prepetition secured funded debt obligations.  Although there are numerous beneficial holders of such debt, only the administrative agents have been listed for purposes of Schedule D, where applicable.  For the avoidance of doubt, the funded debt amounts listed in Schedule D include obligations where the beneficial holder is another Debtor.  The amounts outstanding under the Debtors' prepetition secured debt reflect approximate amounts as of the Petition Date.

Descriptions provided on Schedule D are intended only to be a summary.  Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens.

**Schedule E/F**.  The listing by the Debtors of any account between a Debtor and another Debtor or between a Debtor and a non-Debtor subsidiary or affiliate is a statement of what appears in a

9

particular Debtor's books and records and does not reflect any admission or conclusion of the Debtors regarding the allowance, classification, characterization, validity, or priority of such account. The Debtors take no position in these Schedules and Statements as to whether such accounts would be allowed as a Claim, an Interest, or not allowed at all. The Debtors and all parties in interest reserve all rights with respect to such accounts. Various Debtors are borrowers, and certain of the other Debtors are guarantors, under prepetition funded obligations. Although there are numerous beneficial holders of such debt, only the administrative agents and indenture trustees, as applicable, have been listed for purposes of Schedule E/F, where applicable. For the avoidance of doubt, the funded debt amounts listed in Schedule E/F include obligations where the beneficial holder is another Debtor.

The claims of individual creditors for, among other things, goods, products, services, customer refunds, or taxes are listed as the amounts entered on the Debtors' books and records and may not reflect credits, allowances, or other adjustments due from such creditors to the Debtors. The Debtors reserve all of their rights with regard to such credits, allowances, and other adjustments, including the right to assert claims objections and/or setoffs with respect to the same.

Under the *Order (I) Authorizing the Payment of Certain Prepetition Taxes and Fees, and (II) Granting Related Relief* [Docket No. 106] (the "Tax Order"), the Bankruptcy Court granted the Debtors authority to pay the prepetition Claims of regulatory authorities on account of taxes and fees. The amounts accrued and payable on account of such Claims may not be reflected on the Schedule E/F.

Under the *Final Order (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses, and (B) Continue Employee Benefits Programs and (II) Granting Related Relief* [Docket No. 453] (the "Wages Order"), the Bankruptcy Court granted the Debtors authority to pay or honor certain prepetition obligations for employee wages, salaries, and other compensation, reimbursable employee expenses, and employee medical and similar benefits. The Debtors have not listed on Schedule E/F any wage or wage-related obligations that the Debtors have paid postpetition pursuant to relief granted by court order entered by the Bankruptcy Court.

Under the *Final Order (I) Authorizing the Debtors to Honor Certain Prepetition Obligations to Customers and Continue Certain Customer Programs in the Ordinary Course of Business and (II) Granting Related Relief* [Docket No. 105], the Bankruptcy Court granted the Debtors the authority to pay, honor, or maintain its customer programs (*i.e.*, ad sale obligations, customer refund obligations, prepaid event and newsletter obligations, and software and data obligations). The Debtors have not listed on Schedule E/F any customer or customer-related obligations that the Debtors have paid postpetition pursuant to relief granted by court order entered by the Bankruptcy Court.

Under the *Final Order (I) Authorizing the Debtors to Pay or Honor Prepetition Claims and Obligations of On-Air Talent, Station Affiliates, and Copyright Owners and (II) Granting Related Relief* [Docket No. 456], the Bankruptcy Court granted the Debtors the authority to pay or honor obligations with respect to its on-air talent (*i.e.*, paying talent, service fees, revenue sharing payments), payments due under affiliate contracts, obligations related to the Katz business, and royalty obligations. The Debtors have not listed on Schedule E/F any On-Air Talent, Station

10

Affiliate or Copyright obligations that the Debtors have paid postpetition pursuant to relief granted by court order entered by the Bankruptcy Court.

Schedule E/F does not include certain deferred charges, deferred liabilities, accruals, or general reserves. Such amounts are, however, reflected on the Debtors' books and records as required in accordance with GAAP. Such accruals are general estimates of liabilities and do not represent specific Claims as of the Petition Date. The Debtors have made every effort to include as contingent, unliquidated, or disputed the Claim of any vendor not included on the Debtors' open accounts payable that is associated with an account that has an accrual. Further, in addition to the items listed in Schedule E/F, certain of the Debtors, from time to time, provide performance guarantees of obligations of certain other Debtors or Debtor affiliates in connection with various contractual obligations, which may not be listed in the Schedules.

**Schedule G**. Although reasonable efforts have been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases, inadvertent errors, omissions or over-inclusion may have occurred in preparing Schedule G. Certain of the instruments reflected on Schedule G may contain renewal options, guarantees of payments, options to purchase, rights of first refusal, and other miscellaneous rights. Such rights, powers, duties, and obligations are not separately set forth on Schedule G. The Debtors hereby expressly reserve the right to assert that any instrument listed on Schedule G is an executory contract within the meaning of section 365 of the Bankruptcy Code. The Debtors reserve all of their rights, claims, and causes of action with respect to claims associated with any contracts and agreements listed on Schedule A/B, including their right to dispute or challenge the characterization or the structure of any transaction, document, or instrument (including any intercompany agreement) related to a creditor's claim.

Certain confidentiality, hold harmless, and non-compete agreements may not be listed on Schedule G. In addition, agreements and underlying documentation related to the Debtors' prepetition debt is not included in Schedule G. The Debtors reserve all of their rights with respect to such agreements.

Certain of the contracts and agreements listed on Schedule G may consist of several parts, including purchase orders, amendments, restatements, waivers, letters, and other documents that may not be listed on Schedule G or that may be listed as a single entry.

The Debtors are party to thousands of ordinary course contracts, terms and conditions, insertion orders, and similar agreements (written and oral) providing for the sale of advertising time to a customer (collectively the "Insertion Orders"). Insertion Orders are typically short-term contracts with terms of [three] months of less. It would be time consuming and an inefficient use of the Debtors' resources, or otherwise impracticable, to identify and review each Insertion Order. Consequently, Schedule G does not list Insertion Orders, even though some of the contracts on Schedule G may be Insertion Orders or other customer contracts.

The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda, and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents. Further, unless otherwise specified on Schedule G, each executory contract or

11

unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon.  In some cases, the same supplier or provider appears multiple times on Schedule G.  This multiple listing is intended to reflect distinct agreements between the applicable Debtor and such supplier or provider.

**Schedule H**.  Although there are multiple beneficial holders of the Debtors' prepetition debt, only the administrative agents and indenture trustees have been listed on Schedule H.

### Specific Disclosures with Respect to the Debtors' Statements

**Statement 2**.  For financial reporting purposes, the Debtors and certain of their non-Debtor affiliates historically prepare consolidated financial statements.  Unlike those consolidated financial statements, Statement 2 reflects the non-business revenue of each Debtor on a nonconsolidated basis.  Accordingly, non-business revenue reported for individual Debtors may be shown in the Statements as revenue for that Debtor, whereas on a consolidated basis, may be shown as a net expense.

**Statement 3**.  In Statement 3, disbursements made on account of multiple invoices may be reflected as a single payment.

All disbursements listed in Statement 3 are made through the Debtors' cash management system, more fully described in the Cash Management Motion.  Dates listed in Statement 3 reflect the dates upon which the Debtor transferred funds to the relevant payee or disbursing agent.  Certain disbursements may be excluded from Statement 3, including disbursements to insiders, disbursements to charities, and disbursements to certain retained professionals (reported elsewhere).

**Statement 4**.  Payments made to individual insiders have been reported in aggregate amounts by basis of distribution.  Such payments reflect expense reimbursements paid directly to the individual insider, and do not include business expenses incurred by the individual insider when paid directly by the company to a third party, including under corporate card programs.

Individual payments to Debtor affiliates are not reflected in Statement 4 due to their complexity and voluminous nature.  The Debtors have reported net intercompany positions in Statement 4 for the period 3/31/2017 to 3/14/2018.  In addition, intercompany payables and receivables as of the Petition Date can be found on Schedule E/F and Schedule AB.

**Statement 9.**  The Debtor's radio stations routinely offer in-kind donations of radio airtime to charities. This is not tracked for tax reporting purposes, and therefore not reported in this response.

**Statement 11**.  All disbursements listed in Statement 11 were initiated and disbursed by iHeartMedia Management Services, Inc. but were for the benefit of all of the Debtors.

12

**Statement 13**.  The Debtors do not take any position with respect to whether transfers identified in the response to Question 13 in the Statements are made in the ordinary course of business. Certain transfers listed in this response are included solely out of an abundance of caution.

**Statement 25**.  Information listed in Statement 25 is based on best historical corporate structure information available.  Certain dates of ownership may be approximate and certain historical address information may be unavailable for entities that no longer exist.  In the case of non-U.S. entities, U.S. tax ID numbers are not applicable.

**Statement 26b**.  The Debtors have listed Ernst & Young LLP, the independent registered public accounting firm that has audited their consolidated financial statements in Statement 26b for all Debtors.

**Statement 26d**.   Certain of the Debtors are registrants with the Securities and Exchange Commission (the "SEC") and file with such agency periodic financial reports on a consolidated basis.  These reports also contain information about those Debtors' finances and are available publicly through the Company's website.

**Statement 28**.  Ownership interests listed in Statement 28 reflect shares directly held.

*[Remainder of page intentionally left blank]*

13

**Fill in this information to identify the case:**

Debtor name  iHeartMedia Management Services, Inc.

United States Bankruptcy Court for the: Southern           District of Texas,
                                                           Houston
Case number (If known):  18-31301 (MI)                     Divison

☐ Check if this is an
   amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals          12/15

---

**Part 1:**  **Summary of Assets**

---

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
       Copy line 88 from *Schedule A/B* ................................................................

   $ ___37,122,074.00___
   + undetermined amounts

   1b. **Total personal property:**
       Copy line 91A from *Schedule A/B* ................................................................

   $ _15,276,672,414.25_
   + undetermined amounts

   1c. **Total of all property:**
       Copy line 92 from *Schedule A/B* ................................................................

   $ _15,313,794,488.25_
   + undetermined amounts

---

**Part 2:**  **Summary of Liabilities**

---

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ............................

   $ _____0.00
   + undetermined amounts

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F* ........................

   $ _____0.00
   + undetermined amounts

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ..........................

   **+** $ _21,623,210,139.86_
   + undetermined amounts

4. **Total liabilities** ................................................................................................................
   Lines 2 + 3a + 3b

   $ _21,623,210,139.86_
   + undetermined amounts

Official Form 206Sum        **Summary of Assets and Liabilities for Non-Individuals**          page 1

**Fill in this information to identify the case:**

Debtor name  iHeartMedia Management Services, Inc.

United States Bankruptcy Court for the: Southern _____ District of Texas, Houston Divison

Case number (If known): 18-31301 (MI)

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property
**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:  Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** — $ 1,250.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. See Attached Rider | | | $ 98,210,072.66 |
| 3.2. | | | $ |

4. **Other cash equivalents** *(Identify all)*

| 4.1. None | | $ 0.00 |
|---|---|---|
| 4.2. | | $ |

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. — $ 98,211,322.66

## Part 2:  Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☒ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

| Description, including name of holder of deposit | |
|---|---|
| 7.1. See Attached Rider | $ 4,838,712.17 |
| 7.2. | $ |

Debtor    iHeartMedia Management Services, Inc.                              Case number (if known) 18-31301 (MI)
                Name

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. See Attached Rider                                                                          $          66,393,832.44

8.2.                                                                                              $

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.                                                 $          71,232,544.59

## Part 3:   Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☒ Yes. Fill in the information below.

|  | | | | | | **Current value of debtor's interest** |
|---|---|---|---|---|---|---|

11. **Accounts receivable**

| 11a. 90 days old or less: | 437,143,244.00 | – | 0.00 | = ......➔ | $ | 437,143,244.00 |
|---|---|---|---|---|---|---|
|  | face amount | | doubtful or uncollectible accounts | | | |
| 11b. Over 90 days old: | 84,207,982.00 | – | -832,803.00 | = ......➔ | $ | 85,040,785.00 |
|  | face amount | | doubtful or uncollectible accounts | | | |

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.                             $         522,184,029.00

## Part 4:   Investments

13. **Does the debtor own any investments?**

☐ No. Go to Part 5.

☒ Yes. Fill in the information below.

|  | | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

| 14.1. None | | | $ | 0.00 |
|---|---|---|---|---|
| 14.2. | | | $ | |

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                       % of ownership:

| 15.1. See Attached Rider | % | | $ | 0.00 |
|---|---|---|---|---|
| 15.2. | % | | $ | + undetermined amounts |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

| 16.1. None | | | $ | 0.00 |
|---|---|---|---|---|
| 16.2. | | | $ | |

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.                                                $              0.00
                                                                                                    + undetermined amounts

---

Debtor    iHeartMedia Management Services, Inc.                    Case number (if known)  18-31301 (MI)
          Name

---

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☒ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| None | MM / DD / YYYY | $_____ | _____ | $_____0.00 |
| 20. **Work in progress** | | | | |
| Inventory | N/A  MM / DD / YYYY | $_____430,115.00 | Net Book Value | $_____430,115.00 |
| 21. **Finished goods, including goods held for resale** | | | | |
| None | MM / DD / YYYY | $_____ | _____ | $_____0.00 |
| 22. **Other inventory or supplies** | | | | |
| None | MM / DD / YYYY | $_____ | _____ | $_____0.00 |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

| $_____430,115.00 |
|---|

24. **Is any of the property listed in Part 5 perishable?**

☒ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value _____ Valuation method_____ Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☒ No

☐ Yes

---

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| | $_____ | _____ | $_____ |
| 29. **Farm animals** Examples: Livestock, poultry, farm-raised fish | | | |
| | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| | $_____ | _____ | $_____ |

Debtor ___iHeartMedia Management Services, Inc._____     Case number *(if known)*___18-31301 (MI)___
Name

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____0.00

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____   Valuation method _____   Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 7:**  **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| See Attached Rider | $ 4,903,829.00 | _____ | $ 4,903,829.00 |
| 40. **Office fixtures** | | | |
| See Question 39. | $_____ | | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| See Attached Rider | $ 71,789,399.00 | _____ | $ 71,789,399.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1  Various Recording Artist Memorabilia | $ Undetermined | N/A | $ Undetermined |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 76,693,228.00
+ undetermined amounts

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☒ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☒ No

☐ Yes

---

Debtor _____iHeartMedia Management Services, Inc._____     Case number (if known)____18-31301 (MI)_____
                 Name

**Part 8:   Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☒ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 See Attached Rider | $ 116,143.00 | | $ 116,143.00 |
| 47.2 | $ | | $ |
| 47.3 | $ | | $ |
| 47.4 | $ | | $ |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 None | $ | | $ 0.00 |
| 48.2 | $ | | $ |
| 49. **Aircraft and accessories** | | | |
| 49.1 Aircraft - Leasehold Improvements | $ 5,697,882.00 | Net Book Value | $ 5,697,882.00 |
| 49.2 | $ | | $ |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| See Attached Rider | $ 5,111,854.00 | | $ 5,111,854.00 |

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.                                           $ 10,925,879.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☒ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☒ No

☐ Yes

---

Official Form 206A/B            Schedule A/B: Assets — Real and Personal Property            page 5

Debtor   _iHeartMedia Management Services, Inc._____     Case number (if known)  __18-31301 (MI)_____
        Name

---

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

   ☐ No. Go to Part 10.

   ☒ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as<br>Assessor Parcel Number (APN), and type of property<br>(for example, acreage, factory, warehouse, apartment<br>or office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1 See Attached Rider | | $ 37,122,074.00 | | $ 37,122,074.00<br>+ undetermined amounts |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

56. **Total of Part 9.**

   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

   | $ 37,122,074.00 |
   |---|
   | + undetermined amounts |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

   ☐ No

   ☒ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

   ☒ No

   ☐ Yes

---

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No. Go to Part 11.

   ☒ Yes. Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>See Attached Rider | $ 0.00 | | $ 0.00<br>+ undetermined amounts |
| 61. **Internet domain names and websites**<br>None | $ | | $ 0.00 |
| 62. **Licenses, franchises, and royalties**<br>None | $ | | $ 0.00 |
| 63. **Customer lists, mailing lists, or other compilations**<br>None | $ | | $ 0.00 |
| 64. **Other intangibles, or intellectual property**<br>None | $ | | $ 0.00 |
| 65. **Goodwill**<br>Goodwill | $ 155,948,871.00 | Net Book Value | $ 155,948,871.00 |

66. **Total of Part 10.**

   Add lines 60 through 65. Copy the total to line 89.

   | $ 155,948,871.00 |
   |---|
   | + undetermined amounts |

---

Official Form 206A/B        Schedule A/B: Assets — Real and Personal Property        page 6

Debtor   iHeartMedia Management Services, Inc.                               Case number (if known)   18-31301 (MI)
             Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No
☒ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No
☒ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☒ No
☐ Yes

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☒ Yes. Fill in the information below.

|  | Current value of debtor's interest |
| --- | --- |

71. **Notes receivable**

Description (include name of obligor)

| Note Receivable Great Eastern Radio LLC | 42,391.00 — <br>Total face amount | — <br>doubtful or uncollectible amount | = ➡ | $ | 42,391.00 |

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

| None | | |
| --- | --- | --- |

| | Tax year _____ | $_____ 0.00 |
| --- | --- | --- |
| | Tax year _____ | $_____ |
| | Tax year _____ | $_____ |

73. **Interests in insurance policies or annuities**

| See Attached Rider | $_____ 0.00 |
| --- | --- |
| | + undetermined amounts |

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

| None | $_____ 0.00 |
| --- | --- |

Nature of claim          _____

Amount requested   $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

| None | $_____ 0.00 |
| --- | --- |

Nature of claim          _____

Amount requested   $_____

76. **Trusts, equitable or future interests in property**

| None | $_____ 0.00 |
| --- | --- |

77. **Other property of any kind not already listed** Examples: Season tickets, country club membership

| See Attached Rider | $   14,341,004,034.00 |
| --- | --- |
| | $_____ |

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

| | $   14,341,046,425.00 |
| --- | --- |
| | + undetermined amounts |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☒ No
☐ Yes

Debtor   iHeartMedia Management Services, Inc.    Case number (if known)   18-31301 (MI)
         Name

| Part 12: | Summary |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $        98,211,322.66 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $        71,232,544.59 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $       522,184,029.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $                0.00<br>+ undetermined amounts | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $         430,115.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $                0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $       76,693,228.00<br>+ undetermined amounts | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $        10,925,879.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* . ....................................➜ | | $      37,122,074.00<br>+ undetermined amounts |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $      155,948,871.00<br>+ undetermined amounts | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 14,341,046,425.00<br>+ undetermined amounts | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $  15,276,672,414.25<br>+ undetermined amounts | + 91b. $      37,122,074.00<br>+ undetermined amounts |
| 92. **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92. ........................................................................................... | | $  15,313,794,488.25<br>+ undetermined amounts |

Debtor Name: iHeartMedia Management Services, Inc.                    Case Number: 18-31301 (MI)

**Assets - Real and Personal Property**

**Part 1, Question 3:** Checking, savings, money market, or financial brokerage accounts

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|
| BANK OF AMERICA | Disbursement | 6812 | $212,203.78 |
| BANK OF AMERICA | Disbursement | 3953 | $999.55 |
| BANK OF AMERICA | Lockbox | 7481 | $0.00 |
| BANK OF AMERICA | Lockbox | 8238 | $0.00 |
| BANK OF AMERICA | Master Concentration | 6586 | $2,306,099.27 |
| BANK OF AMERICA | Lockbox | 6750 | $0.00 |
| BANK OF AMERICA | Master Disbursement | 1402 | $1,068,382.86 |
| BANK OF AMERICA | Disbursement | 7415 | $328,950.70 |
| CITIBANK | Deposit | 9359 | $257,332.72 |
| CITIBANK | Deposit | 5075 | $190,596.76 |
| CITIBANK | Deposit | 6001 | $223,941.72 |
| CITIBANK | Deposit | 1943 | $0.00 |
| CITIBANK | Escrow | 7601 | $0.00 |
| CITIBANK | Deposit | 9340 | $703,249.79 |
| FEDERATED INVESTORS | Investment | 3888 | $0.00 |
| FIDELITY | Investment | 8321 | $0.00 |
| FROST BANK | Deposit | 0148 | $6,254.93 |
| GOLDMAN SACHS | Investment | 2342 | $0.00 |
| GOLDMAN SACHS | Investment | 2340 | $0.00 |
| GOLDMAN SACHS | Investment | 5311 | $0.00 |
| GOLDMAN SACHS | Investment | 8552 | $0.00 |
| GOLDMAN SACHS | Investment | 5589 | $0.00 |
| GOLDMAN SACHS | Investment | 5775 | $0.00 |
| GOLDMAN SACHS | Postpetition Investment | 2344 | $0.00 |
| GOLDMAN SACHS | Investment | 5773 | $0.00 |
| GOLDMAN SACHS | Investment | 7265 | $0.00 |
| GOLDMAN SACHS | Investment | 0500 | $0.00 |
| GOLDMAN SACHS | Investment | 2341 | $0.00 |
| GOLDMAN SACHS | Investment | 5774 | $0.00 |
| GOLDMAN SACHS | Investment | 8616 | $0.00 |
| GOLDMAN SACHS | Investment | 2343 | $0.00 |

Debtor Name: iHeartMedia Management Services, Inc.                    Case Number: 18-31301 (MI)

**Assets - Real and Personal Property**

**Part 1, Question 3:** Checking, savings, money market, or financial brokerage accounts

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|
| GOLDMAN SACHS | Investment | 5711 | $0.00 |
| INVESCO | Postpetition Investment | 0266 | $0.00 |
| MERRILL LYNCH | Postpetition Investment | 0420 | $90,406,726.06 |
| STATE STREET | Investment | 1421 | $0.00 |
| STONE CASTLE CASH MANAGEMENT | Investment | 4539 | $0.00 |
| U.S. BANK | Master Funding | 0507 | $2,386,861.45 |
| U.S. BANK | Disbursement | 5450 | $0.00 |
| U.S. BANK | Payroll | 5138 | $2,154.41 |
| U.S. BANK | Disbursement | 5112 | $0.00 |
| U.S. BANK | Payroll | 1880 | $106,409.07 |
| U.S. BANK | Disbursement | 5146 | $0.00 |
| U.S. BANK | Payroll | 5120 | $0.00 |
| U.S. BANK | Disbursement | 5070 | $0.00 |
| U.S. BANK | Payroll | 1898 | $9,909.59 |
| U.S. BANK | Disbursement | 5088 | $0.00 |
| | | **TOTAL** | **$98,210,072.66** |

Debtor Name: iHeartMedia Management Services, Inc.                    Case Number:   18-31301 (MI)

**Assets - Real and Personal Property**

**Part 2, Question 7:** Deposits, including security deposits and utility deposits

| Description | Name of holder of deposit | Current value of debtor's interest |
|---|---|---|
| Utility Deposit | ADCO Electrical Corp | $1,837.88 |
| Travel Management Deposit | AMEX Global Business Travel | $30,000.00 |
| Bond | AON Risk Services Southwest Inc. | $147,220.23 |
| Political Consultant Deposit | Appian Consulting LLC | $5,483.87 |
| Other Deposit | Architecture Plus Information | $123,310.23 |
| Other Deposit | ASD | $10,125.00 |
| Lease Security Deposit | Avalon | $3,500.00 |
| Political Consultant Deposit | Beekeeper Group | $19,184.35 |
| Other Deposit | Beneville Studios Inc | $15,940.27 |
| Other Deposit | Betsch Associates Inc | $2,830.00 |
| Escrow | Bluegrass integrated Communications | $77,177.00 |
| Political Consultant Deposit | Bounceology Inc | $5,483.87 |
| Other Deposit | Chapman Construction Design Company | $8,910.00 |
| Political Consultant Deposit | Chartwell Strategy Group LLC | $5,483.87 |
| Utility Deposit | Con Edison | $3,970.00 |
| Legal Deposit | Covington  Burling LLP | $231,144.35 |
| Political Consultant Deposit | David Leach LLC | $5,448.50 |
| Advisor Deposit | Deloitte | $50,890.34 |
| Other Deposit | Dyer Brown & Associates Inc | $45,071.08 |
| Political Consultant Deposit | Epiphany Productions Inc | $2,193.55 |
| Advisor Deposit | Ernst & Young LLP | $32,012.90 |
| Advisor Deposit | Finsbury LLC | $236,451.61 |
| Business Aviation Deposit | Gama Aviation LLC | $1,036,902.36 |
| Legal Deposit | Garlick & Markison | $118,375.00 |
| Other Deposit | Heery International Inc | $1,400.00 |
| Business Aviation Deposit | Jetflite | $10,967.74 |
| Other Deposit | John Gallin & Son Inc | $55,062.00 |
| Legal Deposit | K&L Gates LLP | $60,479.70 |
| Legal Deposit | Kellogg Hansen Todd Figel & Frederick PL | $9,381.59 |
| Advance payment retainer | Kirkland & Ellis | $1,125,884.27 |
| Political Consultant Deposit | Lawrence Sidman | $4,387.10 |
| Legal Deposit | Littler Mendelson Pc | $21,610.67 |
| Legal Deposit | Loeb & Loeb LLP | $30,972.19 |
| Other Deposit | Malitz Construction Inc | $99,347.82 |
| Political Consultant Deposit | Mehlman Castagnetti Rosen & Thomas | $8,225.81 |
| Legal Deposit | Milbank (New York) | $29,267.50 |
| Other Deposit | Mitchell Contract Interiors Inc | $173,457.00 |
| Political Consultant Deposit | ONeill Athy & Casey PC | $6,580.65 |
| Other Deposit | Pape-Dawson Engineers Inc | $30,000.00 |
| Legal Deposit | Paul Hastings LLP | $82,254.92 |
| Office Rent Deposit | PK5 LLC transferred deposit from Barr Systems Inc. | $9,500.00 |
| Political Consultant Deposit | Polaris Consulting LLC | $19,193.55 |

Debtor Name: iHeartMedia Management Services, Inc.                Case Number:   18-31301 (MI)

**Assets - Real and Personal Property**

**Part 2, Question 7:** Deposits, including security deposits and utility deposits

| Description | Name of holder of deposit | Current value of debtor's interest |
|---|---|---|
| Advisor Deposit | Pricewaterhousecoopers LLP | $111,707.76 |
| Political Consultant Deposit | Public Affairs Support Services Inc | $10,756.99 |
| Legal Deposit | Repp Law Firm | $10,444.00 |
| Other Deposit | Scobey Moving & Storage | $9,145.00 |
| Legal Deposit | Seitz Ross Aronstam & Moritz LLP | $133,603.19 |
| Other Deposit | Sigma Solutions Inc. | $229,774.43 |
| Other Deposit | Smith & Wessel Associates Inc | $1,900.00 |
| Political Consultant Deposit | The Gibson Group LLC | $5,483.87 |
| Other Deposit | The Pinnacle Club | $36,179.26 |
| Legal Deposit | Thompson Hine | $13,072.70 |
| Legal Deposit | Tripp Scott | $70,758.00 |
| Political Consultant Deposit | TwinLogic Strategies LLP | $1,645.16 |
| Lease Security Deposits | Various locations | $13,910.00 |
| Other Deposit | WB Engineers Consultants | $34,892.50 |
| Legal Deposit | Wiley Rein LLP | $69,191.55 |
| Legal Deposit | Wilkinson Barker | $20,060.66 |
| Legal Deposit | Wilson Sonsini Goodrich & Rosati | $69,268.33 |
| | TOTAL | **$4,838,712.17** |

Page 2 of 2

Debtor Name: iHeartMedia Management Services, Inc.                               Case Number:   18-31301 (MI)

**Assets - Real and Personal Property**

**Part 2, Question 8:** Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent

| Description | Name of holder of prepayment | Current value of debtor's interest |
|---|---|---:|
| Software License | Adaptive Planning | $5,557.08 |
| Outside Research | Advertising Research Foundation Inc | $69,125.00 |
| Event | Agence Impact | $6,850.59 |
| Prepaid Expense | Agence Impact | $31,532.10 |
| Event | Aloft | $979.17 |
| Dues/Subscriptions | Amazon Web Services | $6,721.06 |
| Event | Amazon.com | $30,413.00 |
| Outside Services | Ando Media Triton | $150,999.98 |
| Event | Andrew Poland | $3,225.00 |
| Prepaid Radio | AP Invoices | $2,289,799.13 |
| Software | App Annie Feb18 - Aug18 | $7,403.49 |
| Software | App Annie Ltd | $20,628.44 |
| Music License Fees | ASCAP | $10,759,647.26 |
| Long-Term Prepaid Other | Atlassian | $40,705.72 |
| Software | Atlassian | $22,203.17 |
| Prepaid Expense | Auto Contact List | $2,000.00 |
| Prepaids Related To Trade Shows | AV Dimensions (Vendor related to Trade Show) | $2,376.20 |
| Software Annual License | BIA Financial | $9,186.14 |
| Event | Billy Gomes | $550.00 |
| Hitpredictor Royalty | BMI | $1,133.33 |
| Dues/Subscriptions | Boomi | $79,599.47 |
| Prepaids Related To Trade Shows | Booth Storage - MM | $189.65 |
| Prepaids Related To Trade Shows | Booth Storage - RCS | $217.08 |
| Event | Bootleggers Touring Inc | $5,000.00 |
| Other Prepaid Expense | Braze Inc | $42,000.00 |
| Event | Brian Kip McDonald | $1,263.00 |
| Music License Fees | Broadcast Music Inc | $2,949,040.25 |
| Prepaid Expense | Cannes Lions | $124,390.49 |
| A/C Maint. Contract | Carey & Walsh/Alpha Aire | $355.02 |
| Prepaids Related To Trade Shows | Catholic Radio Conf | $1.00 |
| Prepaid Expense | Ccinca Port De Cannes | $15,116.46 |
| Prepaids Related To Trade Shows | Central Canada B/E | $2,279.41 |
| Prepaids Related To Trade Shows | Christian Music B/C | $5,053.81 |
| Other Prepaid Expense | Circle Graphics Inc | $151,517.30 |
| Long-Term Prepaid Other | Civis Analytics | $205,000.00 |
| Outside Services | Clearslide | $30,912.93 |
| Event | Clint Thompson | $1,800.00 |
| Internet Data Provider | Competitrack | $74,056.25 |
| Event | Conde Nast | $277,852.48 |
| Prepaid Health Savings Account company contribution to employee accounts | ConnectYourCare | $3,274,670.72 |
| Outside Services | Cornerstone | $51,367.89 |
| Event | db Video LLC | $2,671.76 |

Page 1 of 5

Debtor Name: iHeartMedia Management Services, Inc.                    Case Number:   18-31301 (MI)

**Assets - Real and Personal Property**

**Part 2, Question 8:** Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent

| Description | Name of holder of prepayment | Current value of debtor's interest |
|---|---|---|
| Other Prepaid Expense | Delta | $10,991.67 |
| Event | Delta Airlines | $16,798.42 |
| Site Monitoring | Devolutions | $499.75 |
| Prepaids Related To Trade Shows | Digital Dealers Conf Tampa | $11,460.00 |
| Software License | Digital River Graphics S/W License | $2,907.69 |
| Prepaid Postage | Easypermit | $7,868.34 |
| Prepaid Expense | Edmiston & Co | $49,556.90 |
| Dues/Subscriptions | Elasticsearch Inc | $33,660.35 |
| Outside Research | eMarketer | $66,470.64 |
| Prepaid Payroll and Other Employee Costs | Employees | $10,739,843.57 |
| Prepaids Related To Trade Shows | Experient Exhibitor | $499.00 |
| Other Prepaid Expense | Facebook | $4,075.19 |
| Event | Fairmont Miramar Hotel Santa Monica | $31,478.00 |
| Outside Services | FIS AvantGard LLC | $26,879.90 |
| Outside Services | Flo Partner, Inc. | $18,000.00 |
| Long-Term Prepaid Other | FLO Partners, Inc | $16,500.00 |
| Prepaids Related To Trade Shows | Florida Ass'n of B/C | $300.00 |
| Subscription | Geotrust Subscription | $1,166.67 |
| Event | Giancarlo Curzi | $200.00 |
| Music License Fees | Global Music Rights | $1,249,999.98 |
| Monthly Expenses | Global Music Rights LLC | $0.31 |
| Music License Fees | Global Music Rights LLC | $1,666,666.67 |
| Dues/Subscriptions | Greenhouse Software Inc | $15,000.00 |
| Event | Henry C Warrick Jr | $1,500.00 |
| Other Prepaid Expense | Hits Magazine | $37,500.01 |
| Outside Services | Horizon Media Inc | $37,500.00 |
| Event | Hotel Du Cap Ede | $11,508.37 |
| Phone System Licenses | Huntel | $10,213.43 |
| Software | IBM | $2,710,088.68 |
| Software | Interactive Tracking | $9,000.00 |
| IT Maintenance agreements | IT Maintenance agreements | $5,412,115.14 |
| Prepaid Implementation Costs | Jaggaer | $37,811.46 |
| Other Prepaid Expense | Jeannette Tully | $20,500.00 |
| Software License | JetBrains ReSharper Ann License | $478.00 |
| Event | Juan Fiesta Corp | $12,500.00 |
| Newspaper Data | Kantar | $289.67 |
| Employee Exp Rept For Trade Show | Kevin Miller | $2,120.96 |
| Other Prepaid Expense | LinkedIn Corporation | $9,534.03 |
| Event | LIRR Mobile Ticketing | $7.50 |
| Dues/Subscriptions | List Partners | $14,166.66 |
| Other Prepaid Expense | Looker Data Sciences Inc | $51,824.50 |
| Folding Machine Lease | MailFinance | $1,595.11 |
| Event | Maria Valletta | $500.00 |

Debtor Name: iHeartMedia Management Services, Inc.                    Case Number:   18-31301 (MI)

**Assets - Real and Personal Property**

**Part 2, Question 8:** Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent

| Description | Name of holder of prepayment | Current value of debtor's interest |
|---|---|---|
| Outside Services | Marketing Science Consulting Group Inc | $1,666.67 |
| Outside Research | Media Rating Council Inc | $18,125.03 |
| Event | Meg Cameron Boes | $500.00 |
| Prepaid Expense | Misc. | $3,460.19 |
| Other Prepaid Expense | Mongo DB | $38,428.75 |
| Outside Services | Mouette LLC | $4,000.00 |
| Prepaids Related To Trade Shows | NADA (LV) | $2,425.40 |
| Prepaids Related To Trade Shows | National Association of Broadcasters | $3,435.00 |
| Prepaids Related To Trade Shows | Nat'l Ass'n of Broadcasters | $173,147.59 |
| Prepaids Related To Trade Shows | Nat'l Ass'n of Broadcasters | $45,082.00 |
| Prepaids Related To Trade Shows | Nat'l Ass'n of Broadcasters  Radio | $1,500.00 |
| Prepaids Related To Trade Shows | Nat'l Ass'n of Broadcasters  Radio | $799.66 |
| Prepaids Related To Trade Shows | Nat'l College Journalism Conf | $316.00 |
| Consultants For Software | NetatWork Consolidation Project | $2,000.00 |
| Software | NetBase | $254,221.88 |
| Outside Services | NetNet Inc | $45,193.75 |
| Prepaid Implementation Costs | Netsuite | $4,231,375.34 |
| Software | New Relic Inc | $216,389.00 |
| Prepaids Related To Trade Shows | NY Ass'n of B/C | $500.00 |
| Prepaid Implementation Costs | O365/Okta | $100,214.25 |
| Prepaids Related To Trade Shows | OAAA | $4,170.00 |
| Prepaids Related To Trade Shows | Oklahoma B/C | $500.00 |
| Prepaids Related To Trade Shows | Other | $3,573.20 |
| Mm Imaging Software | Paragon | $1,869.73 |
| Software | Parsely Inc | $89,375.01 |
| Prepaids Related To Trade Shows | PBS (show) | $7,000.00 |
| Software | Premiere Response LLC | $15,170.20 |
| Office Rent | Prepaid Expenses | $94,577.34 |
| Prepaid Insurance premiums | Prepaid insurance premiums | $832,301.00 |
| Prepaid International insurance premiums | Prepaid international insurance premiums | $88,310.52 |
| EMC & VNX Annual Maintenance | Presidio | $10,470.63 |
| MM Site Monitoring | Presidio | $1,861.96 |
| Dues/Subscriptions | PTTOW LLC | $37,500.00 |
| Prepaids Related To Trade Shows | RAB Board Meeting | $7,833.20 |
| Prepaids Related To Trade Shows | RAB Board Meeting | $7,250.00 |
| Dues/Subscriptions | Radius Intelligence | $75,000.00 |
| Dues/Subscriptions | RCS | $8,067.17 |
| Intercompany | RCS | $2,002,951.92 |
| Support Services | RCS Europe | $25,000.00 |
| Intercompany | RCS Media Monitors | $2,583,910.21 |
| Prepaids Related To Trade Shows | Response Expo | $595.00 |
| Other Prepaid Expense | Return Path Inc | $29,940.65 |
| Software | Return Path Inc | $14,879.58 |

Debtor Name: iHeartMedia Management Services, Inc.                    Case Number:   18-31301 (MI)

**Assets - Real and Personal Property**

**Part 2, Question 8:** Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent

| Description | Name of holder of prepayment | Current value of debtor's interest |
|---|---|---|
| Software | RL Polk | $122,145.82 |
| Event | Robert Bennett | $1,500.00 |
| Event | Row Crop LLC | $50,000.00 |
| Outside Research | S P Global Market Intelligence | $8,208.20 |
| Software Annual Support/ Maint | SAGE AccPac | $3,449.03 |
| Long-Term Prepaid Other | Salesforce | $1,334,035.44 |
| Software | Salesforce | $10,119.45 |
| Software | Salesforce Com Inc | $617,014.24 |
| Event | Second Star LLC | $27,500.00 |
| Software | ServiceNow | $58,139.13 |
| Event | Shannon Gamble | $1,100.00 |
| Event | Sheraton Austin | $13,000.00 |
| Software | Sigma Solutions Inc | $3,669.33 |
| Software | SintecMedia NYC Inc | $55,286.50 |
| Event | Sophie Koorhan | $438.90 |
| Event | Spike ODoyle Touring Inc. | $12,500.00 |
| Data | Sqad | $71,819.01 |
| Data | Sqad | $27,137.69 |
| Data | Sqad | $14,733.33 |
| Outside Research | Sqad LLC | $16,469.26 |
| Other Trade Prepayment | STX | $3,000,000.00 |
| Software | Tableau Software | $22,100.00 |
| Event | Taxi | $150.71 |
| Annual Support License | Teamviewer | $2,603.74 |
| Prepaid Expense | Tech Summit | $7,646.41 |
| SW Testing Program | Testcomplete 7 | $1,390.28 |
| Prepaids Related To Trade Shows | Texas A'ssn of Broadcasters | $1,530.00 |
| Prospect Data Base | The List | $6,755.38 |
| Software | TLIC - MB | $1,743.42 |
| Outside Research | Tracx US | $3,629.18 |
| Event | Travis A Jones | $1,500.00 |
| Dues/Subscriptions | Trustworthy Accountability Group Inc | $13,125.01 |
| Event | Uber | $216.31 |
| Event | United | $1,789.58 |
| Other Prepaid Expense | Universal Music Group Inc | $281,250.00 |
| Software | User Testing Inc | $60,890.63 |
| Corporate Prepaid Expenses | Various | $2,134,924.59 |
| Event | Viacom International Inc | $4,160.00 |
| Outside Services | Vinyl Development dba Zudy | $32,662.50 |
| Software Support | VMWare | $8,156.81 |
| Event | W Austin | $458.85 |
| Performance Royalties | Warner Brothers Records | $828,333.33 |
| Other Prepaid Expense | Warner Music Group | $30,000.00 |

Debtor Name: iHeartMedia Management Services, Inc.                    Case Number:   18-31301 (MI)

**Assets - Real and Personal Property**

**Part 2, Question 8:** Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent

| Description | Name of holder of prepayment | Current value of debtor's interest |
|---|---|---|
| Long-Term Prepaid Other | Westwood One | $1,700,222.27 |
| Outside Services | Westwood One/Cumulus | $1,457,333.33 |
| Software | Winforms Upgrade (DevExpress) | $899.97 |
| Other Trade Prepayment | WorldAdobe | $84,522.58 |
| Dues/Subscriptions | Wrike Inc | $49,569.00 |
| Outside Services | ZynBit.com | $16,148.00 |
| | **TOTAL** | **$66,393,832.44** |

Debtor Name: iHeartMedia Management Services, Inc.                                 Case Number: 18-31301 (MI)

**Assets - Real and Personal Property**

**Part 4, Question 15:** Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture

| Name of Entity | % of ownership | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| BUT Radio Computing Services, Inc. | 100.00% | | Undetermined |
| Radio Computing Services (India) Pvt Ltd. | 100.00% | | Undetermined |
| Radio Computing Services (Africa) Pty Ltd. | 100.00% | | Undetermined |
| Radio Computing Services (NZ) Ltd. | 100.00% | | Undetermined |
| Radio Computing Services (SEA) Pte Ltd. | 100.00% | | Undetermined |
| Radio Computing Services (Thailand) Ltd. | 100.00% | | Undetermined |
| Radio Computing Services (UK) Ltd. | 100.00% | | Undetermined |
| Radio Computing Services Canada Ltd. | 100.00% | | Undetermined |
| BORDER CITY MEDIA INC. | Undetermined | | Undetermined |
| Radio Computing Services of Australia Pty Ltd. | 100.00% | | Undetermined |
| RCS Europe SARL | 100.00% | | Undetermined |
| RCS Radio Computing China, Inc. | 100.00% | | Undetermined |
| Aircheck India Pvt Ltd. | 100.00% | | Undetermined |
| Media Monitors (M) Sdn. Bhd. | 100.00% | | Undetermined |
| Media Monitors Dominican Republic | 100.00% | | Undetermined |
| Clear Channel Real Estate Services, LLC | 100.00% | | Undetermined |
| | | **TOTAL** | **$0.00**<br>**+ undetermined amounts** |

Page 1 of 1

Debtor Name: iHeartMedia Management Services, Inc.                     Case Number: 18-31301 (MI)

**Assets - Real and Personal Property**

**Part 7, Question 39:** Office furniture

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Furniture & Fixtures | $15,548,765.00 | Net Book Value | $15,548,765.00 |
| Furniture & Fixtures - Clearing Account | $12,569.00 | Net Book Value | $12,569.00 |
| Furniture and Fixtures - Accumulated Depreciation | ($10,657,505.00) | Net Book Value | ($10,657,505.00) |
| | | **TOTAL** | **$4,903,829.00** |

Debtor Name:        iHeartMedia Management Services, Inc.                    Case Number:        18-31301 (MI)

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Computer Equipment | | | $333,737,506.00 | Net Book Value | $333,737,506.00 |
| Computer Equipment - Accumulated Depreciation | | | ($274,006,429.00) | Net Book Value | ($274,006,429.00) |
| Computer Equipment - Clearing Account | | | $118,927.00 | Net Book Value | $118,927.00 |
| Construction In Progress | | | $11,939,395.00 | Net Book Value | $11,939,395.00 |
| | | | | TOTAL | $71,789,399.00 |

Page 1 of 1

Debtor Name: iHeartMedia Management Services, Inc.                    Case Number: 18-31301 (MI)

**Assets - Real and Personal Property**

**Part 8, Question 47:** Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Automobiles | $668,473.00 | Net Book Value | $668,473.00 |
| Automobiles - Accumulated Depreciation | ($552,330.00) | Net Book Value | ($552,330.00) |
| | | **TOTAL** | **$116,143.00** |

Page 1 of 1

Debtor Name:        iHeartMedia Management Services, Inc.                    Case Number:        18-31301 (MI)

**Assets - Real and Personal Property**

**Part 8, Question 50:** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Other Accumulated Depreciation | | | ($457,186.00) | Net Book Value | ($457,186.00) |
| Studio Equipment | | | $14,334,540.00 | Net Book Value | $14,334,540.00 |
| Studio Equipment - Accumulated Depreciation | | | ($10,293,069.00) | Net Book Value | ($10,293,069.00) |
| Towers Transmitters And Equipment | | | $2,126,348.00 | Net Book Value | $2,126,348.00 |
| Towers, Transmitters and Equipment - Accumulated Depreciation | | | ($598,779.00) | Net Book Value | ($598,779.00) |
| | | | | TOTAL | $5,111,854.00 |

Debtor Name:          iHeartMedia Management Services, Inc.                    Case Number:          18-31301 (MI)

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property | Nature and extent of debtor's interest | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Building Improvements | | $525,208.00 | Net Book Value | $525,208.00 |
| Building Improvements - Accumulated Depreciation | | ($363,031.00) | Net Book Value | ($363,031.00) |
| Buildings | | $289,983.00 | Net Book Value | $289,983.00 |
| Buildings - Accumulated Depreciation | | ($109,503.00) | Net Book Value | ($109,503.00) |
| Land Total | | $1,532,643.00 | Net Book Value | $1,532,643.00 |
| Land Improvement - Accumulated Depreciation | | ($11,710.00) | Net Book Value | ($11,710.00) |
| Leasehold Improvements | | $70,568,019.00 | Net Book Value | $70,568,019.00 |
| Leasehold Improvements - Accumulated Depreciation | | ($35,309,535.00) | Net Book Value | ($35,309,535.00) |
| Office/Studio Lease - Gainesville, FL Florical Systems Office, 4500 NW 27th Avenue, Gainesville, FL 32606 | Leased | Undetermined | N/A | Undetermined |
| Office/Studio Lease - New York RCS HQ, 445 Hamilton Avenue, Suite 210, White Plains, NY 10601 | Leased | Undetermined | N/A | Undetermined |
| Owned Land - , Farm Tract 40, West & Adams Tract Subdivision, Weslaco, TX | Owned | Undetermined | N/A | Undetermined |
| Owned Land - Charlotte Studio Expansion Land, Lot 4D, Woodridge Center Dr., Charlotte, NC 28217 | Owned | Undetermined | N/A | Undetermined |
| Owned Land - Cincinnati Wharf Property, Campbell County Road, Brent, KY 41076 | Owned | Undetermined | N/A | Undetermined |
| Owned Land - Miami, FL Studio Parking Lot, 7601 Riviera Boulevard, Miramar, FL | Owned | Undetermined | N/A | Undetermined |
| Owned Land - Nashville, TN Studios (Parking), 59 Music Square West, Nashville, TN 37203 | Owned | Undetermined | N/A | Undetermined |
| Owned Land - New Orleans Studio Parking (915 Howard), 915 Howard Avenue, New Orleans, LA 70113 | Owned | Undetermined | N/A | Undetermined |
| Owned Land - New Orleans Studio Parking (953 Howard), 953 Howard Avenue, New Orleans, LA 70112 | Owned | Undetermined | N/A | Undetermined |
| Owned Office Property - 16651 Knott Avenue, La Mirada, CA 90638 | Owned | Undetermined | N/A | Undetermined |
| Owned Office Property - Greensboro, NC Studios, 236 N.C. Highway 68, Greensboro, NC 27409 | Owned | Undetermined | N/A | Undetermined |

Page 1 of 3

Debtor Name:        iHeartMedia Management Services, Inc.                    Case Number:        18-31301 (MI)

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property | Nature and extent of debtor's interest | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Owned Office Property - Ogallala Prophet Systems (111 3rd St.), 111 West 3rd Street, Ogallala, NE 69153 | Owned | Undetermined | N/A | Undetermined |
| Owned Office Property - Ogallala Prophet Systems (214 Spruce), 214 N. Spruce Street, Ogallala, NE | Owned | Undetermined | N/A | Undetermined |
| Owned Office Property - Ogallala Prophet Systems (216 Spruce), 216 N. Spruce Street, Ogallala, NE 69153 | Owned | Undetermined | N/A | Undetermined |
| Owned Office Property - Toledo, OH Studios, 125 South Superior Street, Toledo, OH 43602 | Owned | Undetermined | N/A | Undetermined |
| Owned Office Property - TTWN Boston Office, 99 Revere Beach Parkway, Medford, MA 02155 | Owned | Undetermined | N/A | Undetermined |
| Owned Parking Property - Huntington, WV Studio Parking, 148 Fourth Avenue, Huntington, WV | Owned | Undetermined | N/A | Undetermined |
| Owned Residential Property - Ogallala, NE Studios (Residence used by OM), 119 West 4th Street, Ogallala, NE 69153 | Owned | Undetermined | N/A | Undetermined |
| Owned Tower Property - , 195 Homestead Avenue, Rehoboth, MA | Owned | Undetermined | N/A | Undetermined |
| Owned Tower Property - KSME-FM Tower, 46870 County Road 13, Fort Collins, CO 80524 | Owned | Undetermined | N/A | Undetermined |
| Owned Tower Property - KTCN-AM Tower, County Road 84, Credit River, MN | Owned | Undetermined | N/A | Undetermined |
| Owned Tower Property - WBZ-AM Main Antenna Site, 45 Newport Road, Hull, MA | Owned | Undetermined | N/A | Undetermined |
| Owned Tower Property - WESC-FM Tower, Solomon Jones Road, Caesar's Head, SC 29635 | Owned | Undetermined | N/A | Undetermined |
| Owned Tower Property - WGRB-AM Tower (Albany), 8526-8610 S. Albany Avenue, Chicago, IL 60652 | Owned | Undetermined | N/A | Undetermined |
| Owned Tower Property - WGRB-AM Tower (Troy), 8524-61 S. Troy Street, Chicago, IL 60623 | Owned | Undetermined | N/A | Undetermined |
| Owned Tower Property - WHOF-FM Tower, Mt. Pleasant Road, Franklin, OH 44622 | Owned | Undetermined | N/A | Undetermined |
| Owned Tower Property - WIJD Tower, 2300 Smiley Lane, Prichard, AL | Owned | Undetermined | N/A | Undetermined |

Debtor Name:          iHeartMedia Management Services, Inc.                    Case Number:          18-31301 (MI)

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property | Nature and extent of debtor's interest | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Owned Tower Property - WIOD Relocation, Bird Drive Basis, Miami, FL | Owned | Undetermined | N/A | Undetermined |
| Owned Tower Property - WNTM-AM Tower, Industrial Parkway Extension, AL | Owned | Undetermined | N/A | Undetermined |
| Owned Tower Property - WPLV Transmitter, 1st Street & W. Smith Road, West Point, GA 31833 | Owned | Undetermined | N/A | Undetermined |
| Owned Tower Property - WRKO-AM Main Antenna Site, 8 Great Meadow Road, Burlington, MA | Owned | Undetermined | N/A | Undetermined |
| Owned Tower Property - WSYR Tower, 311 Brookside Drive, Onondaga, NY | Owned | Undetermined | N/A | Undetermined |
| Owned Tower Property - WWDM-FM Aux. Tower (Inner City), Tiveton Church , Middleton, SC | Owned | Undetermined | N/A | Undetermined |
| Owned Tower Property - WZRX-AM Tower, 2980 Forest Avenue Extension, Jackson, MS 39213-8132 | Owned | Undetermined | N/A | Undetermined |
| | | | **TOTAL** | **$37,122,074.00 + undetermined amounts** |

Debtor Name: iHeartMedia Management Services, Inc.                                      Case Number: 18-31301 (MI)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| COPYRIGHT NUMBER NP MICROFILM # V003483 P068, REGISTERED ON 4/1/2002 FOR HIWIRE AD INSERTION PROGRAM; COMPUTER SOFTWARE | Undetermined | N/A | Undetermined |
| COPYRIGHT NUMBER TX 7-060-070 , REGISTERED ON 10/17/2014 FOR VIERO TRANSACT | Undetermined | N/A | Undetermined |
| COPYRIGHT NUMBER TX 7-063-033 , REGISTERED ON 10/17/2014 FOR VIERO RADIO FUSION | Undetermined | N/A | Undetermined |
| COPYRIGHT NUMBER TX 7-063-387 , REGISTERED ON 4/28/2008 FOR VIERO BEST RATE | Undetermined | N/A | Undetermined |
| COPYRIGHT NUMBER TX 7-063-420 , REGISTERED ON 4/28/2008 FOR VIERO RMS | Undetermined | N/A | Undetermined |
| COPYRIGHT NUMBER TX 7-063-425 , REGISTERED ON 4/28/2008 FOR VIERO MERS | Undetermined | N/A | Undetermined |
| COPYRIGHT NUMBER TX07-060-092 , REGISTERED ON 10/17/2014 FOR VIERO E-PIF | Undetermined | N/A | Undetermined |
| PATENT NUMBER 11/139875 FOR INTEGRATED INVENTORY MANAGEMENT SYSTEM | Undetermined | N/A | Undetermined |
| PATENT NUMBER 12/121697 FOR METHOD AND SYSTEM FOR TRANSFERRING FULL-TRACK CONTENT MEDIA FILES FROM A SERVER COMPUTER SYSTEM TO A USER MOBILE DEVICE (ABANDONED) | Undetermined | N/A | Undetermined |
| PATENT NUMBER 12/239473 FOR DYNAMIC AUDIO FILE AND METHOD OF USE | Undetermined | N/A | Undetermined |
| PATENT NUMBER 12/316881 FOR SYSTEM AND METHOD FOR SCHEDULING AND DISTRIBUTING ADVERTISING CONTENT TO A NETWORK OF DIGITAL DISPLAYS (ABAONDED) | Undetermined | N/A | Undetermined |
| PATENT NUMBER 12/382636 FOR AUTOMATED QUOTE GENERATION AND ADVERTISING BUY PLACEMENTS | Undetermined | N/A | Undetermined |
| PATENT NUMBER 12/412313 FOR DELIVERING CONTENT RELATED TO A COMMERCIAL MEDIA PROGRAM (ABANDONED) | Undetermined | N/A | Undetermined |
| PATENT NUMBER 12/475375 FOR TRACKING PUBLIC PERFORMANCES USING UNIQUE IDENTIFIERS | Undetermined | N/A | Undetermined |
| PATENT NUMBER 12/502872 FOR MERGING CONTRACT VERSIONS (ABANDONED) | Undetermined | N/A | Undetermined |
| PATENT NUMBER 12/533872 FOR PROVIDING CONDITIONAL ADVERTISING | Undetermined | N/A | Undetermined |

Page 1 of 20

Debtor Name: iHeartMedia Management Services, Inc.                                                          Case Number: 18-31301 (MI)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NUMBER 12/539885 FOR DETERMINING AUDIENCE RESPONSE TO BROADCAST CONTENT | Undetermined | N/A | Undetermined |
| PATENT NUMBER 12/568670 FOR RULES-BASED USER PREFERENCE FOR STREAM SWITCHING IN AN INTERNET RADIO PLAYER (ABANDONED) | Undetermined | N/A | Undetermined |
| PATENT NUMBER 12/569375 FOR PROMOTION USING GEOPOSITIONING TECHNOLOGY | Undetermined | N/A | Undetermined |
| PATENT NUMBER 12/613264 FOR SYSTEM AND METHOD FOR INTEGRATED, AUTOMATED INVENTORY MANAGEMENT AND ADVERTISEMENT DELIVERY | Undetermined | N/A | Undetermined |
| PATENT NUMBER 12/622432 FOR AUTOMATED TRAFFIC CONTROL AND BILLING FOR BILLBOARD ADVERTISING | Undetermined | N/A | Undetermined |
| PATENT NUMBER 12/633346 FOR BROADCAST SYNCHRONIZATION | Undetermined | N/A | Undetermined |
| PATENT NUMBER 12/635616 FOR PUBLIC INSPECTION SYSTEM AND METHOD FOR FCC LICENSED MEDIA OUTLET (ABANDONED) | Undetermined | N/A | Undetermined |
| PATENT NUMBER 12/683269 FOR MAP-ASSISTED RADIO RATINGS ANALYSIS | Undetermined | N/A | Undetermined |
| PATENT NUMBER 12/917,596 FOR RULES BASED PLAYLIST GENERATION (ABANDED) | Undetermined | N/A | Undetermined |
| PATENT NUMBER 12/949600 FOR SYSTEM AND METHOD FOR PROFILING LISTENERS TO IMPROVE CONTENT DISTRIBUTION AND LISTENER RETENTION | Undetermined | N/A | Undetermined |
| PATENT NUMBER 13/050490 FOR DYNAMICALLY CONFIGURED GRAPHICAL USER INTERFACE FOR A SOFTWARE APPLICATION | Undetermined | N/A | Undetermined |
| PATENT NUMBER 13/096186 FOR INVENTORY AND REVENUE MAXIMIZATION METHOD AND SYSTEM (ABANDONED) | Undetermined | N/A | Undetermined |
| PATENT NUMBER 13/271278 FOR MEDIA POSTING SYSTEM AND METHOD | Undetermined | N/A | Undetermined |
| PATENT NUMBER 13/541023 FOR REAL-TIME INSERTION AND REPORTING OF MEDIA CONTENT | Undetermined | N/A | Undetermined |
| PATENT NUMBER 13/600552 FOR PROVIDING BROADCAST LISTENER PARTICIPATION | Undetermined | N/A | Undetermined |
| PATENT NUMBER 13/609825 FOR PROMOTION USING GEOPOSITIONING TECHNOLOGY (ABANDONED) | Undetermined | N/A | Undetermined |
| PATENT NUMBER 13/626,593 FOR ADVERTISING MONITORING SYSTEM (ABANDONED) | Undetermined | N/A | Undetermined |

Debtor Name: iHeartMedia Management Services, Inc.                                         Case Number: 18-31301 (MI)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NUMBER 13/656883 FOR PLAYLIST-BASED CONTENT ASSEMBLY | Undetermined | N/A | Undetermined |
| PATENT NUMBER 13/746400 FOR COMPUTER BASED METHOD AND SYSTEM FOR LOGGING IN A USER MOBILE DEVICE AT A SERVER COMPUTER SYSTEM | Undetermined | N/A | Undetermined |
| PATENT NUMBER 13/923966 FOR E-MAIL BASED DYNAMIC ADVERTISING | Undetermined | N/A | Undetermined |
| PATENT NUMBER 13/942,857 FOR COMPUTER-BASED METHOD AND SYSTEM FOR PROCESSING A FILE REQUEST IN RESPONSE TO A MESSAGE RECEIVED FROM A USER MOBILE DEVICE (ABANDONED) | Undetermined | N/A | Undetermined |
| PATENT NUMBER 14/057664 FOR AUTOMATED ADVERTISEMENT SYSTEM | Undetermined | N/A | Undetermined |
| PATENT NUMBER 14/076420 FOR SPLIT SPOT BREAKS | Undetermined | N/A | Undetermined |
| PATENT NUMBER 14/100649 FOR BROADCAST SYNCHRONIZATION | Undetermined | N/A | Undetermined |
| PATENT NUMBER 14/100689 FOR RADIO STATION MARKET ANALYSIS | Undetermined | N/A | Undetermined |
| PATENT NUMBER 14/109272 FOR DYNAMIC AUDIO FILE GENERATION | Undetermined | N/A | Undetermined |
| PATENT NUMBER 14/227087 FOR CUSTOMIZED ADVERTISEMENT SCHEDULING | Undetermined | N/A | Undetermined |
| PATENT NUMBER 14/230170 FOR LOGGING IN A USER MOBILE DEVICE AT A SERVER COMPUTER SYSTEM | Undetermined | N/A | Undetermined |
| PATENT NUMBER 14/231833 FOR CUSTOM VOICE TRACK | Undetermined | N/A | Undetermined |
| PATENT NUMBER 14/264274 FOR MEDIA DELIVERY TO LIMITED CAPABILITY PLATFORMS | Undetermined | N/A | Undetermined |
| PATENT NUMBER 14/319162 FOR PROVIDING ACCESS TO REGISTERED-USER WEBSITE | Undetermined | N/A | Undetermined |
| PATENT NUMBER 14/341234 FOR SCHEDULING ADVERTISING DURING RESTRICTED PERIODS | Undetermined | N/A | Undetermined |
| PATENT NUMBER 14/482106 FOR INTEGRATED INVENTORY MANAGEMENT SYSTEM FOR MEDIA ADVERTISING (ABANDONED) | Undetermined | N/A | Undetermined |
| PATENT NUMBER 14/505164 FOR ATTRIBUTING USERS TO AUDIENCE SEGMENTS | Undetermined | N/A | Undetermined |
| PATENT NUMBER 14/509861 FOR AUDIENCE RESPONSE DETERMINATION TO DIGITAL-MEDIA CONTENT | Undetermined | N/A | Undetermined |

Page 3 of 20

Debtor Name: iHeartMedia Management Services, Inc.                                    Case Number: 18-31301 (MI)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NUMBER 14/521722 FOR LIVE MEDIA STREAM INCLUDING PERSONALIZED NOTIFICATIONS | Undetermined | N/A | Undetermined |
| PATENT NUMBER 14/707,405 FOR LISTENER SURVEY TOOL WITH TIME STAMPING | Undetermined | N/A | Undetermined |
| PATENT NUMBER 14/717669 FOR TRACKING PUBLIC PERFORMANCES OF DIFFERENTLY INDEXED WORKS | Undetermined | N/A | Undetermined |
| PATENT NUMBER 14/721179 FOR PROGRAM AND SYNDICATED CONTENT DETECTION | Undetermined | N/A | Undetermined |
| PATENT NUMBER 14/816484 FOR CONTENT REPLACEMENT IN DOWNSTREAM STREAM PLAYER | Undetermined | N/A | Undetermined |
| PATENT NUMBER 14/837976 FOR METHOD AND SYSTEM FOR CONTROLLING A SCHEDULING ORDER OF MULTIMEDIA CONTENT FOR A BROADCAST | Undetermined | N/A | Undetermined |
| PATENT NUMBER 14/853225 FOR METHOD AND SYSTEM FOR CONTROLLING A SCHEDULING ORDER PER CATEGORY IN A MUSIC SCHEDULING SYSTEM | Undetermined | N/A | Undetermined |
| PATENT NUMBER 14/853401 FOR TRIGGERED CONTENT MODIFICATION | Undetermined | N/A | Undetermined |
| PATENT NUMBER 14/856776 FOR METHOD, SYSTEM AND GRAPHIC USER INTERFACE FOR ENABLING A CUSTOMER TO ACCESS AN UNPUBLISHED MEDIA FILE | Undetermined | N/A | Undetermined |
| PATENT NUMBER 14/880832 FOR RULES BASED PLAYLIST GENERATION | Undetermined | N/A | Undetermined |
| PATENT NUMBER 14/918739 FOR ALTERNATE MEDIA STATION SELECTION USING SITUATIONAL PARAMETER HISTORY (ABANDONED) | Undetermined | N/A | Undetermined |
| PATENT NUMBER 14/928145 FOR MANAGING LOCAL AND GENERAL ADVERTISEMENT SPOT ALLOCATIONS (ABANDONED) | Undetermined | N/A | Undetermined |
| PATENT NUMBER 14/953694 FOR IDENTIFICATION OF CHANGED BROADCAST MEDIA ITEMS | Undetermined | N/A | Undetermined |
| PATENT NUMBER 15/017952 FOR TUNING BASED IN HISTORICAL GEOGRAPHIC LOCATION | Undetermined | N/A | Undetermined |
| PATENT NUMBER 15/063927 FOR CUSTOMIZING PERISHABLE CONTENT OF A MEDIA CHANNEL | Undetermined | N/A | Undetermined |
| PATENT NUMBER 15/092908 FOR SYSTEM AND METHOD FOR MANAGING MEDIA ADVERTISING ENTERPRISE DATA | Undetermined | N/A | Undetermined |
| PATENT NUMBER 15/133802 FOR BROADCAST SYNCHRONIZATION | Undetermined | N/A | Undetermined |

Page 4 of 20

Debtor Name: iHeartMedia Management Services, Inc.                    Case Number: 18-31301 (MI)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NUMBER 15/135162 FOR MANAGING SPOT BLOCKS | Undetermined | N/A | Undetermined |
| PATENT NUMBER 15/145552 FOR MULTI-INPUT PLAYLIST SELECTION | Undetermined | N/A | Undetermined |
| PATENT NUMBER 15/148845 FOR SUBSTITUTING STREAMING STATION FOR OVER-THE-AIR BROADCAST | Undetermined | N/A | Undetermined |
| PATENT NUMBER 15/151578 FOR LICENSING AUTHORIZATION VIA MOBILE DEVICE | Undetermined | N/A | Undetermined |
| PATENT NUMBER 15/162951 FOR BROADCAST TRAFFIC INFORMATION BOUNDING AREAS | Undetermined | N/A | Undetermined |
| PATENT NUMBER 15/177699 FOR HEAD MOUNTED ADVERTISING RATINGS METHODS AND SYSTEMS | Undetermined | N/A | Undetermined |
| PATENT NUMBER 15/186622 FOR IDENTIFICATION OF BROADCAST SOURCE ASSOCIATED WITH UNKNOWN FINGERPRINT | Undetermined | N/A | Undetermined |
| PATENT NUMBER 15/199196 FOR STATION OVERRIDE OF REQUESTS FOR ENRICHING CONTENT | Undetermined | N/A | Undetermined |
| PATENT NUMBER 15/210137 FOR PROVIDER IDENTIFIER ANNOUNCEMENT INSERTION | Undetermined | N/A | Undetermined |
| PATENT NUMBER 15/218113 FOR MEDIA STREAM MONITOR | Undetermined | N/A | Undetermined |
| PATENT NUMBER 15/224999 FOR MEDIA SUBSTITUTION TRIGGERED BY BROADCAST WATERMARK | Undetermined | N/A | Undetermined |
| PATENT NUMBER 15/241874 FOR AUTOMATED CONTENT DELIVERY TO DISTRIBUTED MEDIA OUTLETS | Undetermined | N/A | Undetermined |
| PATENT NUMBER 15/256961 FOR GRAPHICAL USER INTERFACE FOR CONTENT MANAGEMENT | Undetermined | N/A | Undetermined |
| PATENT NUMBER 15/257027 FOR DYNAMIC ASSIGNMENT OF MEDIA ADVERTISING ORDERS TO BROADCAST INVENTORY | Undetermined | N/A | Undetermined |
| PATENT NUMBER 15/272794 FOR LIMITING CANDIDATE PLAYLISTS IN MULTI-SHOT SCHEDULING SYSTEM | Undetermined | N/A | Undetermined |
| PATENT NUMBER 15/279826 FOR DELIVERY OF ENHANCED CONTENT RELATED TO A BROADCAST WORK | Undetermined | N/A | Undetermined |
| PATENT NUMBER 15/282691 FOR UNORDERED MATCHING OF AUDIO FINGERPRINTS | Undetermined | N/A | Undetermined |
| PATENT NUMBER 15/296249 FOR INSERTION OF AD-SONG ADVERTISEMENTS | Undetermined | N/A | Undetermined |

Debtor Name: iHeartMedia Management Services, Inc.                                    Case Number: 18-31301 (MI)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NUMBER 15/333383 FOR MODIFYING MEDIA SCHEDULE BASED ON CROSS-PLATFORM DETECTION OF CONTENT TRIGGER | Undetermined | N/A | Undetermined |
| PATENT NUMBER 15/353837 FOR PROVIDING SUBSCRIPTION CONTENT USING HOSTED MEDIA PROFILE | Undetermined | N/A | Undetermined |
| PATENT NUMBER 15/435606 FOR SCHEDULE SUBSCRIPTION SYSTEM WITH VARIABLE RESTRICTIONS | Undetermined | N/A | Undetermined |
| PATENT NUMBER 15/447363 FOR ENTERPRISE DATA RE-MATCHING | Undetermined | N/A | Undetermined |
| PATENT NUMBER 15/494702 FOR MESSAGE CONTENT DELIVERY BASED ON USER INTERACTIONS | Undetermined | N/A | Undetermined |
| PATENT NUMBER 15/498408 FOR RULES BASED PLAYLIST GENERATION | Undetermined | N/A | Undetermined |
| PATENT NUMBER 15/594916 FOR AUDIENCE MIGRATION INFORMATION | Undetermined | N/A | Undetermined |
| PATENT NUMBER 15/606955 FOR MANAGING LOCAL AND GENERAL ADVERTISEMENT SPOT ALLOCATIONS | Undetermined | N/A | Undetermined |
| PATENT NUMBER 15/617700 FOR STATIC OR VARIABLE LOCATION PREFERENCE | Undetermined | N/A | Undetermined |
| PATENT NUMBER 15/637669 FOR DELIVERY OF CONTENT ASSOCIATED WITH A BROADCAST WORK | Undetermined | N/A | Undetermined |
| PATENT NUMBER 15/652716 FOR ADJUSTMENT OF ADVERTISING SCHEDULE USING PERFORMANCE TREND | Undetermined | N/A | Undetermined |
| PATENT NUMBER 15/652802 FOR MAXIMIZING ADVERTISING PERFORMANCE | Undetermined | N/A | Undetermined |
| PATENT NUMBER 15/657566 FOR PROXY-CONTROLLED REQUEST ROUTING | Undetermined | N/A | Undetermined |
| PATENT NUMBER 15/668935 FOR MEDIA BALANCER EMPLOYING SELECTABLE EVALUATION SOURCE | Undetermined | N/A | Undetermined |
| PATENT NUMBER 15/669526 FOR SIMULTANEOUS INJECTION OF BROADCAST INSTRUCTIONS | Undetermined | N/A | Undetermined |
| PATENT NUMBER 15/700419 FOR SEGMENTED WANCASTING | Undetermined | N/A | Undetermined |
| PATENT NUMBER 15/720348 FOR MEDIA ASSET DISTRIBUTION WITH PRIORITIZATION | Undetermined | N/A | Undetermined |
| PATENT NUMBER 15/725583 FOR SERVER CONTROL OF MULTIPLE MEDIA PLAYERS IN A PLAYBACK PAGE | Undetermined | N/A | Undetermined |
| PATENT NUMBER 15/844749 FOR SELECTION OF PREFERRED CONTENT | Undetermined | N/A | Undetermined |
| PATENT NUMBER 15/847176 FOR PODCAST INTERFACE | Undetermined | N/A | Undetermined |

Page 6 of 20

Debtor Name: iHeartMedia Management Services, Inc.                                    Case Number: 18-31301 (MI)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NUMBER 15/847546 FOR RULES BASED PLAYLIST GENERATION | Undetermined | N/A | Undetermined |
| PATENT NUMBER 15/963166 FOR SCHEDULE TEMPLATE FOR A DIGITAL DISPLAY | Undetermined | N/A | Undetermined |
| PATENT NUMBER 62/144825 FOR MANAGING LOCAL AND GENERAL ADVERTISEMENT SPOT ALLOCATIONS (EXPIRED) | Undetermined | N/A | Undetermined |
| PATENT NUMBER 9699232 FOR ADDING PERISHABLE CONTENT TO MEDIA STREAM BASED ON USER LOCATION PREFERENCE | Undetermined | N/A | Undetermined |
| PATENT NUMBER AU1998098276 FOR INVENTORY MANAGEMENT SYSTEM | Undetermined | N/A | Undetermined |
| PATENT NUMBER AU1999056936 FOR INTEGRATED INVENTORY MANAGEMENT SYSTEM | Undetermined | N/A | Undetermined |
| PATENT NUMBER AU2003264625 FOR INTEGRATED INVENTORY MANAGEMENT SYSTEM | Undetermined | N/A | Undetermined |
| PATENT NUMBER AU2013312344 FOR MULTI-INPUT PLAYLIST SELECTION | Undetermined | N/A | Undetermined |
| PATENT NUMBER AU2014281757 FOR E-MAIL BASED DYNAMIC ADVERTISING | Undetermined | N/A | Undetermined |
| PATENT NUMBER CA2306729 FOR INTEGRATED INVENTORY MANAGEMENT SYSTEM | Undetermined | N/A | Undetermined |
| PATENT NUMBER CA2613679 FOR METHOD AND APPARATUS FOR IMPROVING THE ISOLATION CHARACTERISTICS OF HD RADIO COMBINERS | Undetermined | N/A | Undetermined |
| PATENT NUMBER CA2887359 FOR MULTI-INPUT PLAYLIST SELECTION | Undetermined | N/A | Undetermined |
| PATENT NUMBER CA2914350 FOR E-MAIL BASED DYNAMIC ADVERTISING | Undetermined | N/A | Undetermined |
| PATENT NUMBER EP1656742 (FRANCE) FOR METHOD, APPARATUS AND ARTICLE FOR DATA REDUCTION | Undetermined | N/A | Undetermined |
| PATENT NUMBER EP1656742 (GERMANY) FOR METHOD, APPARATUS AND ARTICLE FOR DATA REDUCTION | Undetermined | N/A | Undetermined |
| PATENT NUMBER EP1656742 (IRELAND) FOR METHOD, APPARATUS AND ARTICLE FOR DATA REDUCTION | Undetermined | N/A | Undetermined |
| PATENT NUMBER EP1656742 (ITALY) FOR METHOD, APPARATUS AND ARTICLE FOR DATA REDUCTION | Undetermined | N/A | Undetermined |
| PATENT NUMBER EP1656742 (UK) FOR METHOD, APPARATUS AND ARTICLE FOR DATA REDUCTION | Undetermined | N/A | Undetermined |
| PATENT NUMBER EP2893472 FOR MULTI-INPUT PLAYLIST SELECTION | Undetermined | N/A | Undetermined |

Debtor Name: iHeartMedia Management Services, Inc.                                    Case Number: 18-31301 (MI)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NUMBER EP3011526 FOR E-MAIL BASED DYNAMIC ADVERTISING | Undetermined | N/A | Undetermined |
| PATENT NUMBER PCT/GB2014/050343 FOR DISPLAY CASE (EXPIRED) | Undetermined | N/A | Undetermined |
| PATENT NUMBER PCT/US2013/058571 FOR MULTI-INPUT PLAYLIST SELECTION (EXPIRED) | Undetermined | N/A | Undetermined |
| PATENT NUMBER US6061691 FOR METHOD AND SYSTEM FOR INVENTORY MANAGEMENT | Undetermined | N/A | Undetermined |
| PATENT NUMBER US6223210 FOR SYSTEM AND METHOD FOR AN AUTOMATED BROADCAST SYSTEM | Undetermined | N/A | Undetermined |
| PATENT NUMBER US6253187 FOR INTEGRATED INVENTORY MANAGEMENT SYSTEM | Undetermined | N/A | Undetermined |
| PATENT NUMBER US6260047 FOR INVENTORY MANAGEMENT SYSTEM | Undetermined | N/A | Undetermined |
| PATENT NUMBER US6567824 FOR INTEGRATED INVENTORY MANAGEMENT SYSTEM | Undetermined | N/A | Undetermined |
| PATENT NUMBER US6910220 FOR DEMAND-BASED GOAL-DRIVEN SCHEDULING SYSTEM | Undetermined | N/A | Undetermined |
| PATENT NUMBER US6920464 FOR SYSTEM FOR GENERATING AN ADVERTISING REVENUE PROJECTION | Undetermined | N/A | Undetermined |
| PATENT NUMBER US7386047 FOR METHOD FOR DETERMINING THE LIKELIHOOD OF A MATCH BETWEEN SOURCE DATA AND REFERENCE DATA | Undetermined | N/A | Undetermined |
| PATENT NUMBER US7386492 FOR INVENTORY AND REVENUE MAXIMIZATION METHOD AND SYSTEM | Undetermined | N/A | Undetermined |
| PATENT NUMBER US7577195 FOR METHOD FOR DETERMINING THE LIKELIHOOD OF A MATCH BETWEEN SOURCE DATA AND REFERENCE DATA | Undetermined | N/A | Undetermined |
| PATENT NUMBER US7636390 FOR REDUCTION OF INPUT FRAMES OF A SIGNAL | Undetermined | N/A | Undetermined |
| PATENT NUMBER US7689590 FOR INTEGRATED INVENTORY MANAGEMENT SYSTEM FOR MEDIA ADVERTISING | Undetermined | N/A | Undetermined |
| PATENT NUMBER US7711791 FOR USING MULTIPLE MEDIA PLAYERS TO INSERT DATA ITEMS INTO A MEDIA STREAM OF A STREAMING MEDIA | Undetermined | N/A | Undetermined |
| PATENT NUMBER US7787973 FOR GENERATING A COMPOSITE MEDIA STREAM | Undetermined | N/A | Undetermined |

Page 8 of 20

Debtor Name: iHeartMedia Management Services, Inc.                    Case Number: 18-31301 (MI)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NUMBER US7801778 FOR COMPUTER-IMPLEMENTED ENTERPRISE WIDE ADVERTISING INVENTORY MANAGEMENT SYSTEM | Undetermined | N/A | Undetermined |
| PATENT NUMBER US7831222 FOR METHOD AND APPARATUS FOR IMPROVING THE ISOLATION CHARACTERISTICS OF HD RADIO COMBINERS | Undetermined | N/A | Undetermined |
| PATENT NUMBER US7890368 FOR PROVIDING TARGETED ADVERTISING INVENTORY | Undetermined | N/A | Undetermined |
| PATENT NUMBER US7899390 FOR METHOD AND SYSTEM FOR SELECTIVELY BROADCASTING MEDIA | Undetermined | N/A | Undetermined |
| PATENT NUMBER US7941350 FOR INVENTORY AND REVENUE MAXIMIZATION METHOD AND SYSTEM | Undetermined | N/A | Undetermined |
| PATENT NUMBER US7966393 FOR SYSTEM AND METHOD FOR MEDIA STREAM MONITORING | Undetermined | N/A | Undetermined |
| PATENT NUMBER US8103681 FOR ASSOCIATING WORKS WITH UNIQUE IDENTIFIERS | Undetermined | N/A | Undetermined |
| PATENT NUMBER US8107876 FOR METHOD AND SYSTEM FOR SELECTIVELY BROADCASTING MEDIA | Undetermined | N/A | Undetermined |
| PATENT NUMBER US8230460 FOR REAL-TIME INSERTION AND REPORTING OF MEDIA CONTENT | Undetermined | N/A | Undetermined |
| PATENT NUMBER US8239376 FOR SUBSEQUENT TAILORING OF A SIGN-UP PAGE BASED ON A SEARCH ENGINE QUERY | Undetermined | N/A | Undetermined |
| PATENT NUMBER US8260193 FOR MODIFIED PLAYLISTS | Undetermined | N/A | Undetermined |
| PATENT NUMBER US8260230 FOR RADIO RECEIVER AND METHOD FOR RECEIVING AND PLAYING SIGNALS FROM MULTIPLE BROADCAST CHANNELS | Undetermined | N/A | Undetermined |
| PATENT NUMBER US8321041 FOR PLAYLIST-BASED CONTENT ASSEMBLY | Undetermined | N/A | Undetermined |
| PATENT NUMBER US8326215 FOR METHOD AND SYSTEM FOR SELECTIVELY BROADCASTING MEDIA | Undetermined | N/A | Undetermined |
| PATENT NUMBER US8356037 FOR PROCESSES TO LEARN ENTERPRISE DATA MATCHING | Undetermined | N/A | Undetermined |
| PATENT NUMBER US8359031 FOR COMPUTER BASED METHOD AND SYSTEM FOR LOGGING IN A USER MOBILE DEVICE AT A SERVER COMPUTER SYSTEM | Undetermined | N/A | Undetermined |

Page 9 of 20

Debtor Name: iHeartMedia Management Services, Inc.                                   Case Number: 18-31301 (MI)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NUMBER US8401974 FOR METHOD, SYSTEM AND GRAPHIC USER INTERFACE FOR ENABLING A CUSTOMER TO ACCESS A MEDIA FILE | Undetermined | N/A | Undetermined |
| PATENT NUMBER US8418182 FOR METHOD AND SYSTEM FOR CONTROLLING A SCHEDULING ORDER PER CATEGORY IN A MUSIC SCHEDULING SYSTEM | Undetermined | N/A | Undetermined |
| PATENT NUMBER US8443046 FOR AUTOMATED CONTENT DELIVERY TO DISTRIBUTED MEDIA OUTLETS | Undetermined | N/A | Undetermined |
| PATENT NUMBER US8489455 FOR ENTERPRISE DATA MATCHING | Undetermined | N/A | Undetermined |
| PATENT NUMBER US8490099 FOR METHOD AND SYSTEM FOR CONTROLLING A SCHEDULING ORDER PER DAYPART CATEGORY IN A MUSIC SCHEDULING SYSTEM | Undetermined | N/A | Undetermined |
| PATENT NUMBER US8495676 FOR MANAGING UNDER-FILLED SPOT BLOCKS | Undetermined | N/A | Undetermined |
| PATENT NUMBER US8527527 FOR CONTENT ENRICHMENT USING UNIFIED SYSTEM OF UNIQUE IDENTIFIERS | Undetermined | N/A | Undetermined |
| PATENT NUMBER US8532562 FOR METHOD AND SYSTEM FOR SELECTIVELY BROADCASTING MEDIA DURING DAYPARTS | Undetermined | N/A | Undetermined |
| PATENT NUMBER US8554787 FOR SECOND SEARCH ENGINE UTILIZING SELECTED RESULTS FROM FIRST SEARCH ENGINE | Undetermined | N/A | Undetermined |
| PATENT NUMBER US8565733 FOR COMPUTER-BASED METHOD AND SYSTEM FOR PROCESSING A FILE REQUEST IN RESPONSE TO A MESSAGE RECEIVED FROM A USER MOBILE DEVICE | Undetermined | N/A | Undetermined |
| PATENT NUMBER US8600813 FOR TECHNIQUE OF PROVIDING TARGETED MEDIA ITEMS | Undetermined | N/A | Undetermined |
| PATENT NUMBER US8606617 FOR METHOD FOR COMPUTING REACH OF AN ARBITRARY RADIO ADVERTISING SCHEDULE | Undetermined | N/A | Undetermined |
| PATENT NUMBER US8639178 FOR BROADCAST SOURCE IDENTIFICATION BASED ON MATCHING BROADCAST SIGNAL FINGERPRINTS | Undetermined | N/A | Undetermined |
| PATENT NUMBER US8666807 FOR SYSTEM AND METHOD FOR CREATING AND MANAGING MEDIA ADVERTISING PROPOSALS | Undetermined | N/A | Undetermined |
| PATENT NUMBER US8671214 FOR CUSTOMIZING PERISHABLE CONTENT OF A MEDIA CHANNEL | Undetermined | N/A | Undetermined |

Page 10 of 20

Debtor Name: iHeartMedia Management Services, Inc.                                        Case Number: 18-31301 (MI)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NUMBER US8682905 FOR ENTERPRISE DATA MATCHING | Undetermined | N/A | Undetermined |
| PATENT NUMBER US8706112 FOR COMPUTER BASED METHOD AND SYSTEM FOR LOGGING IN A USER MOBILE DEVICE AT A SERVER COMPUTER SYSTEM | Undetermined | N/A | Undetermined |
| PATENT NUMBER US8719080 FOR SYSTEM AND METHOD FOR SCHEDULING ADVERTISEMENTS | Undetermined | N/A | Undetermined |
| PATENT NUMBER US8719349 FOR SYSTEM AND METHOD FOR PROVIDING A RADIO-LIKE EXPERIENCE | Undetermined | N/A | Undetermined |
| PATENT NUMBER US8725742 FOR ENTERPRISE DATA MATCHING | Undetermined | N/A | Undetermined |
| PATENT NUMBER US8732577 FOR CONTEXTUAL FOCUS-BASED TRANSLATION FOR BROADCAST AUTOMATION SOFTWARE | Undetermined | N/A | Undetermined |
| PATENT NUMBER US8737910 FOR RADIO RECEIVER AND METHOD FOR RECEIVING AND PLAYING SIGNALS FROM MULTIPLE BROADCAST CHANNELS | Undetermined | N/A | Undetermined |
| PATENT NUMBER US8751497 FOR MULTI-SHOT SCHEDULING SYSTEM | Undetermined | N/A | Undetermined |
| PATENT NUMBER US8769652 FOR COMPUTER BASED METHOD AND SYSTEM FOR REGISTERING A USER AT A SERVER COMPUTER SYSTEM | Undetermined | N/A | Undetermined |
| PATENT NUMBER US8799095 FOR INVENTORY AND REVENUE MAXIMIZATION METHOD AND SYSTEM | Undetermined | N/A | Undetermined |
| PATENT NUMBER US8869182 FOR PRESENTING LISTENER INFORMATION (NOTE: CO-OWNED WITH NIELSEN COMPANY) | Undetermined | N/A | Undetermined |
| PATENT NUMBER US8892025 FOR RADIO RECEIVER AND METHOD FOR RECEIVING AND PLAYING SIGNALS FROM MULTIPLE BROADCAST CHANNELS | Undetermined | N/A | Undetermined |
| PATENT NUMBER US8949450 FOR USING MULTIPLE MEDIA PLAYERS TO INSERT DATA ITEMS INTO A MEDIA STREAM OF A STREAMING MEDIA | Undetermined | N/A | Undetermined |
| PATENT NUMBER US8977220 FOR DELIVERING CONTENT ASSOCIATED WITH A UNIQUE IDENTIFIER | Undetermined | N/A | Undetermined |
| PATENT NUMBER US9003286 FOR SYSTEM AND METHOD FOR PROVIDING BROADCAST LISTENER PARTICIPATION | Undetermined | N/A | Undetermined |
| PATENT NUMBER US9014615 FOR BROADCAST SOURCE IDENTIFICATION BASED ON MATCHING BROADCAST SIGNAL FINGERPRINTS | Undetermined | N/A | Undetermined |

Debtor Name: iHeartMedia Management Services, Inc.                                    Case Number: 18-31301 (MI)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NUMBER US9047256 FOR SYSTEM AND METHOD FOR MONITORING AUDIENCE IN RESPONSE TO SIGNAGE | Undetermined | N/A | Undetermined |
| PATENT NUMBER US9047286 FOR PROGRAM AND SYNDICATED CONTENT DETECTION | Undetermined | N/A | Undetermined |
| PATENT NUMBER US9082135 FOR THIRD PARTY DELIVERY OF PREFERRED PERISHABLE CONTENT | Undetermined | N/A | Undetermined |
| PATENT NUMBER US9092264 FOR METHOD AND SYSTEM FOR CONTROLLING A SCHEDULING ORDER PER CATEGORY IN A MUSIC SCHEDULING SYSTEM | Undetermined | N/A | Undetermined |
| PATENT NUMBER US9106654 FOR UNIFYING CONFLICTING MEDIA IDENTIFIERS | Undetermined | N/A | Undetermined |
| PATENT NUMBER US9117198 FOR LISTENER SURVEY TOOL WITH TIME STAMPING | Undetermined | N/A | Undetermined |
| PATENT NUMBER US9135061 FOR METHOD AND SYSTEM FOR CONTROLLING A SCHEDULING ORDER PER CATEGORY IN A MUSIC SCHEDULING SYSTEM | Undetermined | N/A | Undetermined |
| PATENT NUMBER US9135218 FOR SONG REPLACEMENT WITH CONTENT SCHEDULING IN STREAMING MEDIA | Undetermined | N/A | Undetermined |
| PATENT NUMBER US9143471 FOR METHOD, SYSTEM AND GRAPHIC USER INTERFACE FOR ENABLING A CUSTOMER TO ACCESS A MEDIA FILE | Undetermined | N/A | Undetermined |
| PATENT NUMBER US9152296 FOR METHOD AND SYSTEM FOR CONTROLLING A SCHEDULING ORDER | Undetermined | N/A | Undetermined |
| PATENT NUMBER US9164996 FOR RULES BASED PLAYLIST GENERATION | Undetermined | N/A | Undetermined |
| PATENT NUMBER US9203445 FOR MITIGATING MEDIA STATION INTERRUPTIONS | Undetermined | N/A | Undetermined |
| PATENT NUMBER US9203537 FOR MANAGING UNDER-FILLED SPOT BLOCKS | Undetermined | N/A | Undetermined |
| PATENT NUMBER US9203538 FOR BROADCAST SOURCE IDENTIFICATION BASED ON MATCHING BROADCAST SIGNAL FINGERPRINTS | Undetermined | N/A | Undetermined |
| PATENT NUMBER US9218415 FOR SYSTEM AND METHOD FOR PROVIDING BROADCAST LISTENER PARTICIPATION | Undetermined | N/A | Undetermined |
| PATENT NUMBER US9300618 FOR CUSTOMIZING PERISHABLE CONTENT OF A MEDIA CHANNEL | Undetermined | N/A | Undetermined |

Debtor Name: iHeartMedia Management Services, Inc.                                    Case Number: 18-31301 (MI)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NUMBER US9306884 FOR COMPUTER-BASED METHOD AND SYSTEM FOR PROCESSING A FILE REQUEST IN RESPONSE TO A MESSAGE RECEIVED FROM A USER MOBILE DEVICE | Undetermined | N/A | Undetermined |
| PATENT NUMBER US9311649 FOR SYSTEM AND METHOD FOR MANAGING MEDIA ADVERTISING ENTERPRISE DATA | Undetermined | N/A | Undetermined |
| PATENT NUMBER US9323788 FOR MANAGING UNDER-FILLED SPOT BLOCKS | Undetermined | N/A | Undetermined |
| PATENT NUMBER US9355174 FOR MULTI-INPUT PLAYLIST SELECTION | Undetermined | N/A | Undetermined |
| PATENT NUMBER US9361372 FOR SYSTEM AND METHOD FOR PROVIDING BROADCAST LISTENER PARTICIPATION | Undetermined | N/A | Undetermined |
| PATENT NUMBER US9373123 FOR WEARABLE ADVERTISING RATINGS METHODS AND SYSTEMS | Undetermined | N/A | Undetermined |
| PATENT NUMBER US9374183 FOR BROADCAST SOURCE IDENTIFICATION BASED ON MATCHING VIA BIT COUNT | Undetermined | N/A | Undetermined |
| PATENT NUMBER US9384465 FOR MERGING CONTRACT VERSIONS | Undetermined | N/A | Undetermined |
| PATENT NUMBER US9401813 FOR MEDIA STREAM MONITOR | Undetermined | N/A | Undetermined |
| PATENT NUMBER US9408042 FOR LOCATION-BASED OPERATIONAL CONTROL OF A TRANSMITTER | Undetermined | N/A | Undetermined |
| PATENT NUMBER US9426017 FOR AUTOMATED CONTENT DELIVERY TO DISTRIBUTED MEDIA OUTLETS | Undetermined | N/A | Undetermined |
| PATENT NUMBER US9444869 FOR ASSOCIATING UNIQUE IDENTIFIERS OF PRIMARY AND ENRICHING CONTENT | Undetermined | N/A | Undetermined |
| PATENT NUMBER US9454553 FOR MULTI-SHOT SCHEDULING SYSTEM | Undetermined | N/A | Undetermined |
| PATENT NUMBER US9460201 FOR UNORDERED MATCHING OF AUDIO FINGERPRINTS | Undetermined | N/A | Undetermined |
| PATENT NUMBER US9462023 FOR DELIVERY OF ENHANCED CONTENT RELATED TO A BROADCAST WORK | Undetermined | N/A | Undetermined |
| PATENT NUMBER US9495883 FOR PROCESS AND WORKFLOW FOR ENTERPRISE DATA MATCHING | Undetermined | N/A | Undetermined |
| PATENT NUMBER US9515754 FOR MEASURING AUDIENCE REACTION | Undetermined | N/A | Undetermined |
| PATENT NUMBER US9530158 FOR METHOD, SYSTEM AND GRAPHIC USER INTERFACE FOR ENABLING A CUSTOMER TO ACCESS INFORMATION ASSOCIATED WITH A HOSTED USER PROFILE | Undetermined | N/A | Undetermined |
| PATENT NUMBER US9549293 FOR PREEMPTIVE TUNING | Undetermined | N/A | Undetermined |

Debtor Name: iHeartMedia Management Services, Inc.                                      Case Number: 18-31301 (MI)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NUMBER US9584234 FOR SCHEDULE SUBSCRIPTION SYSTEM | Undetermined | N/A | Undetermined |
| PATENT NUMBER US9619821 FOR ENTERPRISE DATA RE-MATCHING | Undetermined | N/A | Undetermined |
| PATENT NUMBER US9665569 FOR CONTEXTUAL, FOCUS-BASED TRANSLATION FOR BROADCAST AUTOMATION SOFTWARE | Undetermined | N/A | Undetermined |
| PATENT NUMBER US9679302 FOR AUDIENCE MIGRATION INFORMATION | Undetermined | N/A | Undetermined |
| PATENT NUMBER US9727978 FOR MAXIMIZING ADVERTISING PERFORMANCE | Undetermined | N/A | Undetermined |
| PATENT NUMBER US9734152 FOR MEDIA BALANCER | Undetermined | N/A | Undetermined |
| PATENT NUMBER US9736259 FOR PLATFORM-AS-A-SERVICE WITH PROXY-CONTROLLED REQUEST ROUTING | Undetermined | N/A | Undetermined |
| PATENT NUMBER US9769770 FOR IN-BAND ON-CHANNEL BROADCASTING VIA MESH NETWORK | Undetermined | N/A | Undetermined |
| PATENT NUMBER US9781576 FOR SEGMENTED WANCASTING | Undetermined | N/A | Undetermined |
| PATENT NUMBER US9800636 FOR MEDIA ASSET DISTRIBUTION WITH PRIORITIZATION | Undetermined | N/A | Undetermined |
| PATENT NUMBER US9805396 FOR USING MULTIPLE MEDIA PLAYERS TO INSERT DATA ITEMS INTO A MEDIA STREAM OF A STREAMING MEDIA | Undetermined | N/A | Undetermined |
| PATENT NUMBER US9860000 FOR IDENTIFICATION OF CHANGED BROADCAST MEDIA ITEMS | Undetermined | N/A | Undetermined |
| PATENT NUMBER US9860288 FOR SYNCHRONIZATION OF PREFERRED PERISHABLE CONTENT | Undetermined | N/A | Undetermined |
| PATENT NUMBER US9898499 FOR MULTIMEDIA SCHEDULING FOR AIRPLAY WITH ALTERNATE CATEGORY SUPPORT | Undetermined | N/A | Undetermined |
| PATENT NUMBER US9904678 FOR CONTEXTUAL, FOCUS-BASED TRANSLATION | Undetermined | N/A | Undetermined |
| PATENT NUMBER US9913225 FOR EDGE TRANSCEIVER FOR IN-BAND ON-CHANNEL BROADCASTING (IBOC) MESH NETWORK | Undetermined | N/A | Undetermined |
| PATENT NUMBER US9913226 FOR IN-BAND ON-CHANNEL BROADCASTING DIFFERENT CONTENT BY DIFFERENT MESH NETWORK TRANSCEIVERS | Undetermined | N/A | Undetermined |
| PATENT NUMBER WO2014204842 FOR E-MAIL BASED DYNAMIC ADVERTISING (EXPIRED) | Undetermined | N/A | Undetermined |

Page 14 of 20

Debtor Name: iHeartMedia Management Services, Inc.                                    Case Number: 18-31301 (MI)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| TRADEMARK NUMBER 003178175, REGISTERED ON 4/14/2003 FOR MUSICPOINT DELIVERING NEW MUSIC & DESIGN | Undetermined | N/A | Undetermined |
| TRADEMARK NUMBER 005125901, REGISTERED ON 8/10/2007 FOR GSELECTOR & DESIGN | Undetermined | N/A | Undetermined |
| TRADEMARK NUMBER 011528395, REGISTERED ON 6/24/2013 FOR SELECTOR2GO | Undetermined | N/A | Undetermined |
| TRADEMARK NUMBER 011882735, REGISTERED ON 10/29/2013 FOR ZETTA SPLITS | Undetermined | N/A | Undetermined |
| TRADEMARK NUMBER 011950912, REGISTERED ON 11/27/2013 FOR ZETTA2GO | Undetermined | N/A | Undetermined |
| TRADEMARK NUMBER 013086269, REGISTERED ON 12/8/2014 FOR POWERPLAYLIST | Undetermined | N/A | Undetermined |
| TRADEMARK NUMBER 013223581, REGISTERED ON 1/26/2015 FOR AQUIRA2GO | Undetermined | N/A | Undetermined |
| TRADEMARK NUMBER 013223714, REGISTERED ON 1/26/2015 FOR RCS2GO | Undetermined | N/A | Undetermined |
| TRADEMARK NUMBER 013284773, REGISTERED ON 2/12/2015 FOR RCSNEWS | Undetermined | N/A | Undetermined |
| TRADEMARK NUMBER 015224231, REGISTERED ON 3/17/2016 FOR GSELECTOR | Undetermined | N/A | Undetermined |
| TRADEMARK NUMBER 1,533,984, REGISTERED ON 4/11/1989 FOR SELECTOR | Undetermined | N/A | Undetermined |
| TRADEMARK NUMBER 1,674,055, REGISTERED ON 2/4/1992 FOR PRO-RATE | Undetermined | N/A | Undetermined |
| TRADEMARK NUMBER 1,700,214, REGISTERED ON 7/14/1992 FOR MUSICBASE | Undetermined | N/A | Undetermined |
| TRADEMARK NUMBER 1,723,454, REGISTERED ON 10/13/1992 FOR LINKER | Undetermined | N/A | Undetermined |
| TRADEMARK NUMBER 1,723,455, REGISTERED ON 10/13/1992 FOR SONGTRACK | Undetermined | N/A | Undetermined |
| TRADEMARK NUMBER 1,775,013, REGISTERED ON 6/8/1993 FOR RCS (STYLIZED) | Undetermined | N/A | Undetermined |
| TRADEMARK NUMBER 1,780,086, REGISTERED ON 7/6/1993 FOR RCS | Undetermined | N/A | Undetermined |
| TRADEMARK NUMBER 1,812,731, REGISTERED ON 12/21/1993 FOR TRACKER | Undetermined | N/A | Undetermined |
| TRADEMARK NUMBER 1001502, REGISTERED ON 1/21/2015 FOR POWERPLAYLIST | Undetermined | N/A | Undetermined |

Debtor Name: iHeartMedia Management Services, Inc.                                    Case Number: 18-31301 (MI)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| TRADEMARK NUMBER 1004518, REGISTERED ON 3/4/2015 FOR RCS2GO | Undetermined | N/A | Undetermined |
| TRADEMARK NUMBER 1004520, REGISTERED ON 3/4/2015 FOR AQUIRA2GO | Undetermined | N/A | Undetermined |
| TRADEMARK NUMBER 1096081, REGISTERED ON 8/31/2006 FOR M MUSICPOINT DELIVERING NEW MUSIC & DESIGN | Undetermined | N/A | Undetermined |
| TRADEMARK NUMBER 1120775, REGISTERED ON 4/27/2007 FOR SPOT TEN | Undetermined | N/A | Undetermined |
| TRADEMARK NUMBER 1316606, REGISTERED ON 7/9/2010 FOR AIRCHECK | Undetermined | N/A | Undetermined |
| TRADEMARK NUMBER 1350666, REGISTERED ON 3/24/2011 FOR MEDIABASE | Undetermined | N/A | Undetermined |
| TRADEMARK NUMBER 1566087, REGISTERED ON 10/23/2013 FOR ZETTA2GO | Undetermined | N/A | Undetermined |
| TRADEMARK NUMBER 1582835, REGISTERED ON 1/29/2014 FOR AUDIENCE MIGRATION | Undetermined | N/A | Undetermined |
| TRADEMARK NUMBER 1582845, REGISTERED ON 1/29/2014 FOR AUDIENCE REACTION | Undetermined | N/A | Undetermined |
| TRADEMARK NUMBER 1634730, REGISTERED ON 10/22/2014 FOR POWERPLAYLIST | Undetermined | N/A | Undetermined |
| TRADEMARK NUMBER 1644817, REGISTERED ON 5/27/2015 FOR RCS2GO | Undetermined | N/A | Undetermined |
| TRADEMARK NUMBER 1644821, REGISTERED ON 2/6/2015 FOR AQUIRA2GO | Undetermined | N/A | Undetermined |
| TRADEMARK NUMBER 1648533, REGISTERED ON 2/6/2015 FOR RCSNEWS | Undetermined | N/A | Undetermined |
| TRADEMARK NUMBER 2,282,075, REGISTERED ON 9/28/1999 FOR HOT KEYS | Undetermined | N/A | Undetermined |
| TRADEMARK NUMBER 2,355,824, REGISTERED ON 6/6/2000 FOR RCS RADIOSHOW | Undetermined | N/A | Undetermined |
| TRADEMARK NUMBER 2,531,099, REGISTERED ON 1/22/2002 FOR MEDIABASE 24-7 | Undetermined | N/A | Undetermined |
| TRADEMARK NUMBER 2,535,200, REGISTERED ON 2/5/2002 FOR MEDIABASE | Undetermined | N/A | Undetermined |
| TRADEMARK NUMBER 2,880,934, REGISTERED ON 9/7/2004 FOR MUSICPOINT DELIVERING NEW MUSIC & DESIGN | Undetermined | N/A | Undetermined |
| TRADEMARK NUMBER 2,952,051, REGISTERED ON 5/17/2005 FOR LIVING LOG | Undetermined | N/A | Undetermined |

Page 16 of 20

Debtor Name: iHeartMedia Management Services, Inc.                                    Case Number: 18-31301 (MI)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| TRADEMARK NUMBER 2,986,539, REGISTERED ON 8/16/2005 FOR VIERO | Undetermined | N/A | Undetermined |
| TRADEMARK NUMBER 3,014,153, REGISTERED ON 11/8/2005 FOR SPOT TEN | Undetermined | N/A | Undetermined |
| TRADEMARK NUMBER 3,146,386, REGISTERED ON 9/19/2006 FOR MEDIA MONITORS & DESIGN (COLOR) | Undetermined | N/A | Undetermined |
| TRADEMARK NUMBER 3,158,656, REGISTERED ON 10/17/2006 FOR IVT | Undetermined | N/A | Undetermined |
| TRADEMARK NUMBER 3,180,153, REGISTERED ON 12/5/2006 FOR RATETHEMUSIC | Undetermined | N/A | Undetermined |
| TRADEMARK NUMBER 3,204,597, REGISTERED ON 1/30/2007 FOR GSELECTOR | Undetermined | N/A | Undetermined |
| TRADEMARK NUMBER 3,260,632, REGISTERED ON 7/10/2007 FOR NEXGEN DIGITAL | Undetermined | N/A | Undetermined |
| TRADEMARK NUMBER 3,263,171, REGISTERED ON 7/10/2007 FOR MISCELLANEOUS DESIGN (VIERO) | Undetermined | N/A | Undetermined |
| TRADEMARK NUMBER 3,326,499, REGISTERED ON 10/30/2007 FOR VIERO BEST RATE | Undetermined | N/A | Undetermined |
| TRADEMARK NUMBER 3,346,041, REGISTERED ON 11/27/2007 FOR VIERO BOOKING AGENT | Undetermined | N/A | Undetermined |
| TRADEMARK NUMBER 3,389,773, REGISTERED ON 2/26/2008 FOR THE BEST USE THE BEST. | Undetermined | N/A | Undetermined |
| TRADEMARK NUMBER 3,393,079, REGISTERED ON 3/4/2008 FOR VOICE TRACKER | Undetermined | N/A | Undetermined |
| TRADEMARK NUMBER 3,393,084, REGISTERED ON 3/4/2008 FOR SEGUE EDITOR | Undetermined | N/A | Undetermined |
| TRADEMARK NUMBER 3,406,401, REGISTERED ON 4/1/2008 FOR VIERO TRANSACT | Undetermined | N/A | Undetermined |
| TRADEMARK NUMBER 3,504,567, REGISTERED ON 9/23/2008 FOR LAN INTERNATIONAL & DESIGN | Undetermined | N/A | Undetermined |
| TRADEMARK NUMBER 3,551,576, REGISTERED ON 12/23/2008 FOR ZETTA | Undetermined | N/A | Undetermined |
| TRADEMARK NUMBER 3,553,185, REGISTERED ON 12/30/2008 FOR AQUIRA | Undetermined | N/A | Undetermined |
| TRADEMARK NUMBER 3,579,541, REGISTERED ON 2/24/2009 FOR MUSIC SCHEDULING REINVENTED | Undetermined | N/A | Undetermined |
| TRADEMARK NUMBER 3,693,904, REGISTERED ON 10/6/2009 FOR MSCORE | Undetermined | N/A | Undetermined |

Debtor Name: iHeartMedia Management Services, Inc.                                    Case Number: 18-31301 (MI)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| TRADEMARK NUMBER 3,701,615, REGISTERED ON 10/27/2009 FOR VIERO AUDIENCEPRO | Undetermined | N/A | Undetermined |
| TRADEMARK NUMBER 3,714,693, REGISTERED ON 11/24/2009 FOR Z-PLAYER | Undetermined | N/A | Undetermined |
| TRADEMARK NUMBER 3,816,788, REGISTERED ON 7/13/2010 FOR IPUSH | Undetermined | N/A | Undetermined |
| TRADEMARK NUMBER 3,883,098, REGISTERED ON 11/30/2010 FOR ACUITAS | Undetermined | N/A | Undetermined |
| TRADEMARK NUMBER 3,919,160, REGISTERED ON 2/15/2011 FOR SMART CENTRAL | Undetermined | N/A | Undetermined |
| TRADEMARK NUMBER 4,090,459, REGISTERED ON 1/24/2012 FOR TEST ALL MEDIA | Undetermined | N/A | Undetermined |
| TRADEMARK NUMBER 4,113,271, REGISTERED ON 3/13/2012 FOR SMART RIPPER | Undetermined | N/A | Undetermined |
| TRADEMARK NUMBER 4,148,961, REGISTERED ON 5/29/2012 FOR FLORICAL SYSTEMS | Undetermined | N/A | Undetermined |
| TRADEMARK NUMBER 4,182,060, REGISTERED ON 7/31/2012 FOR E-PIF | Undetermined | N/A | Undetermined |
| TRADEMARK NUMBER 4,217,444, REGISTERED ON 10/2/2012 FOR WANCASTING | Undetermined | N/A | Undetermined |
| TRADEMARK NUMBER 4,228,584, REGISTERED ON 10/23/2012 FOR RATETHEMUSIC & DESIGN | Undetermined | N/A | Undetermined |
| TRADEMARK NUMBER 4,248,916, REGISTERED ON 11/27/2012 FOR RCSREMOTE | Undetermined | N/A | Undetermined |
| TRADEMARK NUMBER 4,310,817, REGISTERED ON 3/26/2013 FOR PERFECT ROTATIONS ANYWHERE | Undetermined | N/A | Undetermined |
| TRADEMARK NUMBER 4,344,438, REGISTERED ON 5/28/2013 FOR THE LEADER IN LOCAL MEDIA MONITORING | Undetermined | N/A | Undetermined |
| TRADEMARK NUMBER 4,360,751, REGISTERED ON 7/2/2013 FOR SELECTOR2GO | Undetermined | N/A | Undetermined |
| TRADEMARK NUMBER 4,477,184, REGISTERED ON 2/4/2014 FOR ZETTA SPLITS | Undetermined | N/A | Undetermined |
| TRADEMARK NUMBER 4,477,873, REGISTERED ON 2/4/2014 FOR AUDIENCE REACTION | Undetermined | N/A | Undetermined |
| TRADEMARK NUMBER 4,477,874, REGISTERED ON 2/4/2014 FOR AUDIENCE MIGRATION | Undetermined | N/A | Undetermined |
| TRADEMARK NUMBER 4,691,306, REGISTERED ON 2/24/2015 FOR AQUIRA2GO | Undetermined | N/A | Undetermined |

Debtor Name: iHeartMedia Management Services, Inc.                    Case Number: 18-31301 (MI)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| TRADEMARK NUMBER 4,730,486, REGISTERED ON 5/5/2015 FOR RCSNEWS | Undetermined | N/A | Undetermined |
| TRADEMARK NUMBER 4,740,509, REGISTERED ON 5/19/2015 FOR POWERPLAYLIST | Undetermined | N/A | Undetermined |
| TRADEMARK NUMBER 4,873,142, REGISTERED ON 12/22/2015 FOR MM ANALYTICS | Undetermined | N/A | Undetermined |
| TRADEMARK NUMBER 4.394,909, REGISTERED ON 9/3/2013 FOR ADREV | Undetermined | N/A | Undetermined |
| TRADEMARK NUMBER 4.474,099, REGISTERED ON 1/28/2014 FOR ZETTA2GO | Undetermined | N/A | Undetermined |
| TRADEMARK NUMBER 5,041,254, REGISTERED ON 9/13/2016 FOR RCS2GO | Undetermined | N/A | Undetermined |
| TRADEMARK NUMBER 5,129,836, REGISTERED ON 1/24/2017 FOR ZCAST | Undetermined | N/A | Undetermined |
| TRADEMARK NUMBER 5,201,371, REGISTERED ON 5/9/2017 FOR MEDIABASE2GO | Undetermined | N/A | Undetermined |
| TRADEMARK NUMBER 5,201,554, REGISTERED ON 5/9/2017 FOR THE SELECTOR CLOUD | Undetermined | N/A | Undetermined |
| TRADEMARK NUMBER 5,258,067, REGISTERED ON 9/12/2017 FOR FIRSTALERT | Undetermined | N/A | Undetermined |
| TRADEMARK NUMBER 752094, REGISTERED ON 11/4/2009 FOR LAN INTERNATIONAL & DESIGN | Undetermined | N/A | Undetermined |
| TRADEMARK NUMBER 930569, REGISTERED ON 6/18/2013 FOR MUSICPOINT | Undetermined | N/A | Undetermined |
| TRADEMARK NUMBER 931,581, REGISTERED ON 3/14/2016 FOR AQUIRA2GO | Undetermined | N/A | Undetermined |
| TRADEMARK NUMBER 933,599, REGISTERED ON 4/4/2016 FOR RCSNEWS | Undetermined | N/A | Undetermined |
| TRADEMARK NUMBER 933635, REGISTERED ON 7/7/2003 FOR M MUSICPOINT DELIVERING NEW MUSIC & DESIGN | Undetermined | N/A | Undetermined |
| TRADEMARK NUMBER 952,650, REGISTERED ON 10/19/2016 FOR POWERPLAYLIST | Undetermined | N/A | Undetermined |
| TRADEMARK NUMBER 980143, REGISTERED ON 1/7/2014 FOR ZETTA2GO | Undetermined | N/A | Undetermined |
| TRADEMARK NUMBER R-30679, REGISTERED ON 9/6/2005 FOR RCS & DESIGN (7 BAR) | Undetermined | N/A | Undetermined |
| TRADEMARK NUMBER R-30680, REGISTERED ON 9/6/2005 FOR RCS | Undetermined | N/A | Undetermined |
| TRADEMARK NUMBER R-30686, REGISTERED ON 9/6/2005 FOR SELECTOR | Undetermined | N/A | Undetermined |

Debtor Name: iHeartMedia Management Services, Inc.                                    Case Number: 18-31301 (MI)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| TRADEMARK NUMBER R-30689, REGISTERED ON 9/6/2005 FOR HOT KEYS | Undetermined | N/A | Undetermined |
| TRADEMARK NUMBER S-19384, REGISTERED ON 9/6/2005 FOR RCS SOUND SOFTWARE & DESIGN | Undetermined | N/A | Undetermined |
| TRADEMARK NUMBER S-19386, REGISTERED ON 9/6/2005 FOR MEDIA MONITORS & DESIGN (VERTICAL) | Undetermined | N/A | Undetermined |
| TRADEMARK NUMBER S-19391, REGISTERED ON 9/6/2005 FOR SPOT TEN | Undetermined | N/A | Undetermined |
| | | **TOTAL** | **$0.00**<br>**+ undetermined amounts** |

Debtor Name: iHeartMedia Management Services, Inc.                                Case Number: 18-31301 (MI)

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Description | Policy type | Policy number | Current value of debtor's interest |
|---|---|---|---|
| Liberty Surplus Insurance Corporation | Environmental/Storage Tank | TXENYB1230011 7 | Undetermined |
| National Union Fire Insurance Company of Pittsburgh, PA through AIG | Aviation | GM 069810924-07 | Undetermined |
| Great American Insurance Company | Crime | UKA3001583.16 | Undetermined |
| Lloyd's & Company Markets | Individual Disability Insurance | DR1701577/003 | Undetermined |
| Zurich American Insurance Company | Property | PPR0113580-02 | Undetermined |
| National Union Fire Insurance Company of Pittsburgh | Crime | 01-863-44-35 | Undetermined |
| Illinois National Insurance Company | Fiduciary | 01-863-47-36 | Undetermined |
| Illinois National Insurance Company | Directors and Officers Liability (Primary) | 01-869-22-32 | Undetermined |
| Starr Indemnity & Liability Company | Directors and Officers Liability (Excess #1) | 1000059671171 | Undetermined |
| QBE Insurance Corporation | Directors and Officers Liability (Excess #2) | QPLO368669 | Undetermined |
| ACE American Insurance Company | Directors and Officers Liability (Excess #3) | G23661214 010 | Undetermined |
| Illinois National Insurance Company | Directors and Officers Liability (Excess #4) | 01-878-00-93 | Undetermined |
| Starpoint | Directors and Officers Liability (Excess #5) | FSUSC1701813 | Undetermined |
| XL Specialty Insurance Company | Directors and Officers Liability (Excess #6) | ELU151693-17 | Undetermined |
| Beazley Insurance Company, Inc. | Directors and Officers Liability (Excess #7) | V15UVV171001 | Undetermined |
| Axis Insurance Company | Directors and Officers Liability (Excess #8) | MNN738149/01/20 17 | Undetermined |
| Freedom Specialty Insurance Company | Directors and Officers Liability (Excess #9) | XMF1701856 | Undetermined |
| Navigators Insurance Company | Directors and Officers Liability (Excess #10) | IS17DOL300599I V | Undetermined |
| Lloyd's Of London | Directors and Officers Liability (Excess #11) | FSUSC1701814 | Undetermined |
| Allianz Global Risks US Insurance Company | Directors and Officers Liability (Excess #12) | DOX2009915 | Undetermined |
| Endurance American Insurance Company | Directors and Officers Liability (Excess #14) | DOX10007656302 | Undetermined |
| Illinois National Insurance Company | Directors and Officers Liability (Excess #15) | 01-877-99-68 | Undetermined |
| Beazley Insurance Company, Inc. | Directors and Officers Liability (Excess #16) | V1C679170201 | Undetermined |
| Old Republic Insurance Company | Directors and Officers Liability (Excess #17)- CCOH | ORPRO 39881 | Undetermined |
| Old Republic Insurance Company | Directors and Officers Liability (Excess #17)- iHM | ORPRO 39880 | Undetermined |
| Illinois National Insurance Company | Directors and Officers Liability (Excess #18)- CCOH | 01-888-35-53 | Undetermined |

Page 1 of 3

Debtor Name: iHeartMedia Management Services, Inc.

Case Number: 18-31301 (MI)

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Description | Policy type | Policy number | Current value of debtor's interest |
|---|---|---|---|
| Illinois National Insurance Company | Directors and Officers Liability (Excess #18)- iHM | 01-877-99-71 | Undetermined |
| Federal Insurance Company | Directors and Officers Liability (Excess #19)- CCOH | 8222-4648 | Undetermined |
| Federal Insurance Company | Directors and Officers Liability (Excess #19)- CCOH | 8210-5036 | Undetermined |
| Endurance American Insurance Company | Directors and Officers Liability (Excess #20)- CCOH | ADX10009783601 | Undetermined |
| Endurance American Insurance Company | Directors and Officers Liability (Excess #20)- CCOH | ADX10009783901 | Undetermined |
| XL Specialty Insurance Company | Directors and Officers Liability (Excess #21)- CCOH | ELU151689-17 | Undetermined |
| XL Specialty Insurance Company | Directors and Officers Liability (Excess #21)- CCOH | ELU151691-17 | Undetermined |
| Illinois National Insurance Company | Errors and Omissions | 02-580-92-16 | Undetermined |
| Axis Insurance Company | Errors and Omissions | MNN777323/01/20 17 | Undetermined |
| ACE American Insurance Company | Errors and Omissions | EON G21642794 016 | Undetermined |
| Lloyd's Of London | Umbrella Liability (1st Layer) | B1526CSUSA1702 781 | Undetermined |
| Fireman's Fund Insurance Company | Excess Liability (2nd Layer) | SHX00049000136 | Undetermined |
| XL Insurance America, Inc. | Excess Liability (3rd Layer) | US00066207LI17 A | Undetermined |
| Great American Insurance Company | Excess Liability (4th Layer) | EXC 2191688 | Undetermined |
| Travelers Property Casualty Company of America | Excess Liability (5th Layer-Shared) | ZUP-41M43414- 17-NF | Undetermined |
| Ohio Casualty Insurance Company | Excess Liability (5th Layer-Shared) | ECO (18) 5836 4311 | Undetermined |
| ACE American Insurance Company | General Liability- Foreign Package | CSZ G27173810 006 | Undetermined |
| Magna Carta Insurance Ltd | Punitives | CSUSA1702954 | Undetermined |
| Argo Re Ltd. | Directors and Officers Liability (Excess #13) | ARGO-FULL-17- 000930.2 | Undetermined |
| Zurich American Insurance Company | Property (Canada) | 8844182 | Undetermined |
| XL Insurance America, Inc. | Workers Compensation (All Other States) | RWD300052902 | Undetermined |
| XL Specialty Insurance Company | Workers Compensation (AK and WI) | RWR300053002 | Undetermined |
| Greenwich Insurance Company | General Liability | RGD300052802 | Undetermined |
| Greenwich Insurance Company | Auto Liability | RAD943770902 | Undetermined |
| Greenwich Insurance Company | Railroad Protective Liability | RGO943771003 | Undetermined |
| Greenwich Insurance Company | Railroad Protective Liability | RGO943771103 | Undetermined |
| Greenwich Insurance Company | Railroad Protective Liability | RGO943771203 | Undetermined |
| Greenwich Insurance Company | Railroad Protective Liability | RGO943771303 | Undetermined |

Debtor Name: iHeartMedia Management Services, Inc.                                    Case Number: 18-31301 (MI)

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Description | Policy type | Policy number | Current value of debtor's interest |
|---|---|---|---|
| Greenwich Insurance Company | Railroad Protective Liability | RGO943771403 | Undetermined |
| Greenwich Insurance Company | Railroad Protective Liability | RGO943771503 | Undetermined |
| Greenwich Insurance Company | Railroad Protective Liability | RGO943771603 | Undetermined |
| Greenwich Insurance Company | Railroad Protective Liability | RGO943771703 | Undetermined |
| Greenwich Insurance Company | Railroad Protective Liability | RGO943771803 | Undetermined |
| Greenwich Insurance Company | Railroad Protective Liability | RGO943771903 | Undetermined |
| Greenwich Insurance Company | Railroad Protective Liability | RGO943772003 | Undetermined |
| Greenwich Insurance Company | Railroad Protective Liability | RGO943772103 | Undetermined |
| Greenwich Insurance Company | Railroad Protective Liability | RGO943772203 | Undetermined |
| Greenwich Insurance Company | Railroad Protective Liability | RGO943772303 | Undetermined |
| Greenwich Insurance Company | Railroad Protective Liability | RGO943772403 | Undetermined |
| Greenwich Insurance Company | Railroad Protective Liability | RGO943772503 | Undetermined |
| Greenwich Insurance Company | Railroad Protective Liability | RGO943772603 | Undetermined |
| Greenwich Insurance Company | Railroad Protective Liability | RGO943772703 | Undetermined |
| Greenwich Insurance Company | Railroad Protective Liability | RGO943773403 | Undetermined |
| Greenwich Insurance Company | Railroad Protective Liability | RGO943774603 | Undetermined |
| Greenwich Insurance Company | Railroad Protective Liability | RGO943788201 | Undetermined |
| Lincoln Life Elements | Key Person Life Insurance | T400130248 | Undetermined |
|  |  | **TOTAL** | **$0.00**<br>**+ undetermined amounts** |

Page 3 of 3

Debtor Name:        iHeartMedia Management Services, Inc.                    Case Number:        18-31301 (MI)

**Assets - Real and Personal Property**

**Part 11, Question 77:** Other property of any kind not already listed

| Description | Current value of debtor's interest |
|---|---|
| Intercompany Receivable - AMFM Broadcasting Licenses, LLC | $606,351,947.00 |
| Intercompany Receivable - AMFM Operating, Inc. | $902,080,561.00 |
| Intercompany Receivable - AMFM Radio Licenses, LLC | $791,238,496.00 |
| Intercompany Receivable - AMFM Texas, LLC | $9,782.00 |
| Intercompany Receivable - AMFM Texas Licenses, LLC | $126,913,126.00 |
| Intercompany Receivable - Capstar TX, LLC | $703,547,418.00 |
| Intercompany Receivable - CC Finco Holdings, LLC | $112.00 |
| Intercompany Receivable - CC Licenses, LLC | $393,133,524.00 |
| Intercompany Receivable - Cine Guarantors Ii, Inc. | $10,000.00 |
| Intercompany Receivable - Citicasters Licenses, Inc. | $54,493,245.00 |
| Intercompany Receivable - Clear Channel Broadcasting Licenses, Inc. | $95,132,142.00 |
| Intercompany Receivable - Clear Channel Investments, Inc. | $33,604,177.00 |
| Intercompany Receivable - Clear Channel Metro, LLC | $19,354.00 |
| Intercompany Receivable - Clear Channel Real Estate, LLC | $7,061,116.00 |
| Intercompany Receivable - Critical Mass Media, Inc. | $15,547,173.00 |
| Intercompany Receivable - iHeartCommunications, Inc. | $10,482,552,385.00 |
| Intercompany Receivable - Katz Communications, Inc. | $102,071,416.00 |
| Intercompany Receivable - Katz Net Radio Sales, Inc. | $5,238,689.00 |
| Intercompany Receivable - Katz Millennium Sales & Marketing, Inc. | $5,963,192.00 |
| Intercompany Receivable - Terrestrial Rf Licensing, Inc. | $10,000.00 |
| Other Current Assets | $1,864,527.00 |
| Other Non Current Assets | $14,161,652.00 |
| **TOTAL** | **$14,341,004,034.00** |

Page 1 of 1

**Fill in this information to identify the case:**

Debtor name  iHeartMedia Management Services, Inc.

United States Bankruptcy Court for the:  Southern                District of  Texas, Houston Divison

Case number (If known):  18-31301 (MI)

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property        12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

**Part 1:**   **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1** **Creditor's name**
CIT BANK, N.A.

**Describe debtor's property that is subject to a lien**

$ _____ Undetermined        $ _____ Undetermined

**Creditor's mailing address**
10201 CENTURION PARKWAY NORTH
SUITE 100
JACKSONVILLE, FL 32256

**Describe the lien**
UCC Lien Number 17-0028378228 Dated 08/17/2017

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**  Undetermined

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

**2.2** **Creditor's name**
CITIBANK N.A., AS ADMINISTRATIVE AGENT

**Describe debtor's property that is subject to a lien**

$ _____ Undetermined        $ _____ Undetermined

**Creditor's mailing address**
CITIGROUP GLOBAL LOANS
2 PENNS WAY, SUITE 100
NEW CASTLE, DE 19720

**Describe the lien**
UCC Lien Number 09-0001380607 Dated 07/17/2013

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**  Undetermined

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$ _____ 0.00
+ undetermined amounts

| Debtor | iHeartMedia Management Services, Inc. | Case number (if known) | 18-31301 (MI) |
|--------|---------------------------------------|------------------------|---------------|
|        | Name                                  |                        |               |

| Part 1: | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** |
|---------|---------------------|---------|---------|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.3**

**Creditor's name**
CITIBANK N.A., AS ADMINISTRATIVE AGENT

**Creditor's mailing address**
CITIGROUP GLOBAL LOANS
2 PENNS WAY, SUITE 100
NEW CASTLE, DE 19720

**Creditor's email address, if known**

**Date debt was incurred**   Undetermined
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

[X] No

[ ] Yes. Have you already specified the relative priority?

    [ ] No. Specify each creditor, including this creditor, and its relative priority.

    [ ] Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

**Describe the lien**
UCC Lien Number 09-0001380607 Dated 10/01/2014

**Is the creditor an insider or related party?**
[X] No
[ ] Yes

**Is anyone else liable on this claim?**
[ ] No
[X] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
[X] Contingent
[X] Unliquidated
[ ] Disputed

$ Undetermined | $ Undetermined

---

**2.4**

**Creditor's name**
CITIBANK N.A., AS ADMINISTRATIVE AGENT

**Creditor's mailing address**
CITIGROUP GLOBAL LOANS
2 PENNS WAY, SUITE 100
NEW CASTLE, DE 19720

**Creditor's email address, if known**

**Date debt was incurred**   Undetermined
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

[X] No

[ ] Yes. Have you already specified the relative priority?

    [ ] No. Specify each creditor, including this creditor, and its relative priority.

    [ ] Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

**Describe the lien**
UCC Lien Number 09-0001444446 Dated 01/15/2009

**Is the creditor an insider or related party?**
[X] No
[ ] Yes

**Is anyone else liable on this claim?**
[ ] No
[X] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
[X] Contingent
[X] Unliquidated
[ ] Disputed

$ Undetermined | $ Undetermined

---

Official Form 206D | Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property** | Page 2 of 18

Debtor    iHeartMedia Management Services, Inc.
          _____
          Name

Case number (if known)  18-31301 (MI)
                        _____

| Part 1: | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.5 | **Creditor's name**<br>CITIBANK N.A., AS ADMINISTRATIVE AGENT | **Describe debtor's property that is subject to a lien** | $ Undetermined | $ Undetermined |

**Creditor's mailing address**
CITIGROUP GLOBAL LOANS
2 PENNS WAY, SUITE 100
NEW CASTLE, DE 19720

**Describe the lien**
UCC Lien Number 09-0001444446 Dated 07/17/2013

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**   Undetermined
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

| 2.6 | **Creditor's name**<br>CITIBANK N.A., AS ADMINISTRATIVE AGENT | **Describe debtor's property that is subject to a lien** | $ Undetermined | $ Undetermined |

**Creditor's mailing address**
CITIGROUP GLOBAL LOANS
2 PENNS WAY, SUITE 100
NEW CASTLE, DE 19720

**Describe the lien**
UCC Lien Number 09-0001444446 Dated 10/01/2014

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**   Undetermined
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

| Debtor | iHeartMedia Management Services, Inc. | Case number (if known) 18-31301 (MI) |
|--------|---------------------------------------|--------------------------------------|
|        | Name                                  |                                      |

**Part 1:**   **Additional Page**

| | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.7**

**Creditor's name**
CITIBANK N.A., AS ADMINISTRATIVE AGENT

**Creditor's mailing address**
CITIGROUP GLOBAL LOANS
2 PENNS WAY, SUITE 100
NEW CASTLE, DE 19720

**Creditor's email address, if known**

**Date debt was incurred**   Undetermined
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

**Describe the lien**
UCC Lien Number 08-0025553977 Dated 07/31/2008

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

$ Underdetermined | $ Underdetermined

---

**2.8**

**Creditor's name**
CITIBANK N.A., AS ADMINISTRATIVE AGENT

**Creditor's mailing address**
CITIGROUP GLOBAL LOANS
2 PENNS WAY, SUITE 100
NEW CASTLE, DE 19720

**Creditor's email address, if known**

**Date debt was incurred**   Undetermined
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

**Describe the lien**
UCC Lien Number 09-0001380607 Dated 01/14/2009

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

$ Underdetermined | $ Underdetermined

---

Debtor   iHeartMedia Management Services, Inc.
_____
Name

Case number (if known) __18-31301 (MI)__

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.9**

**Creditor's name**
CITIBANK N.A., AS ADMINISTRATIVE AGENT

**Creditor's mailing address**
CITIGROUP GLOBAL LOANS
2 PENNS WAY, SUITE 100
NEW CASTLE, DE 19720

**Creditor's email address, if known**

**Date debt was incurred**   Undetermined
**Last 4 digits of account
number**

**Do multiple creditors have an interest in the
same property?**

[X] No

[ ] Yes. Have you already specified the
relative priority?

   [ ] No. Specify each creditor, including
this creditor, and its relative priority.

   [ ] Yes. The relative priority of creditors is
specified on lines

**Describe debtor's property that is subject to a lien**

**Describe the lien**
UCC Lien Number 08-0025554110 Dated 10/01/2014

**Is the creditor an insider or related party?**
[X] No
[ ] Yes

**Is anyone else liable on this claim?**
[ ] No
[X] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
[X] Contingent
[X] Unliquidated
[ ] Disputed

$ Underdetermined   $ Underdetermined

---

**2.10**

**Creditor's name**
CITIBANK N.A., AS ADMINISTRATIVE AGENT

**Creditor's mailing address**
CITIGROUP GLOBAL LOANS
2 PENNS WAY, SUITE 100
NEW CASTLE, DE 19720

**Creditor's email address, if known**

**Date debt was incurred**   Undetermined
**Last 4 digits of account
number**

**Do multiple creditors have an interest in the
same property?**

[X] No

[ ] Yes. Have you already specified the
relative priority?

   [ ] No. Specify each creditor, including
this creditor, and its relative priority.

   [ ] Yes. The relative priority of creditors is
specified on lines

**Describe debtor's property that is subject to a lien**

**Describe the lien**
UCC Lien Number 08-0025554110 Dated 07/31/2008

**Is the creditor an insider or related party?**
[X] No
[ ] Yes

**Is anyone else liable on this claim?**
[ ] No
[X] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
[X] Contingent
[X] Unliquidated
[ ] Disputed

$ Underdetermined   $ Underdetermined

---

| Debtor | iHeartMedia Management Services, Inc. | Case number *(if known)* | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.11** **Creditor's name**
CITIBANK N.A., AS ADMINISTRATIVE AGENT

**Creditor's mailing address**
CITIGROUP GLOBAL LOANS
2 PENNS WAY, SUITE 100
NEW CASTLE, DE 19720

**Creditor's email address, if known**

**Date debt was incurred**   Undetermined
**Last 4 digits of account
number**

**Do multiple creditors have an interest in the
same property?**

☒ No
☐ Yes. Have you already specified the
relative priority?

   ☐ No. Specify each creditor, including
this creditor, and its relative priority.

   ☐ Yes. The relative priority of  creditors is
specified on lines

Describe debtor's property that is subject to a lien

**Describe the lien**
UCC Lien Number 08-0025553977 Dated 01/14/2009

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

$ Undetermined    $ Undetermined

**2.12** **Creditor's name**
CITIBANK N.A., AS ADMINISTRATIVE AGENT

**Creditor's mailing address**
CITIGROUP GLOBAL LOANS
2 PENNS WAY, SUITE 100
NEW CASTLE, DE 19720

**Creditor's email address, if known**

**Date debt was incurred**   Undetermined
**Last 4 digits of account
number**

**Do multiple creditors have an interest in the
same property?**

☒ No
☐ Yes. Have you already specified the
relative priority?

   ☐ No. Specify each creditor, including
this creditor, and its relative priority.

   ☐ Yes. The relative priority of  creditors is
specified on lines

Describe debtor's property that is subject to a lien

**Describe the lien**
UCC Lien Number 08-0025553977 Dated 10/01/2014

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

$ Undetermined    $ Undetermined

Debtor    iHeartMedia Management Services, Inc.                          Case number *(if known)*  18-31301 (MI)
          Name

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially
from the previous page.

| | | | |
|---|---|---|---|
| **2.13** | Creditor's name<br>CITIBANK N.A., AS ADMINISTRATIVE AGENT | Describe debtor's property that is subject to a lien | $ Undetermined | $ Undetermined |

Creditor's mailing address
CITIGROUP GLOBAL LOANS
2 PENNS WAY, SUITE 100
NEW CASTLE, DE 19720

Describe the lien
UCC Lien Number 08-0025553977 Dated 05/23/2013

Creditor's email address, if known

Is the creditor an insider or related party?

[X] No
[ ] Yes

Date debt was incurred    Undetermined
Last 4 digits of account
number

Is anyone else liable on this claim?

[ ] No
[X] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Do multiple creditors have an interest in the
same property?

[X] No
[ ] Yes. Have you already specified the
      relative priority?

     [ ] No. Specify each creditor, including
          this creditor, and its relative priority.

As of the petition date, the claim is:
Check all that apply.

[X] Contingent
[X] Unliquidated
[ ] Disputed

     [ ] Yes. The relative priority of  creditors is
          specified on lines

| | | | |
|---|---|---|---|
| **2.14** | Creditor's name<br>CITIBANK N.A., AS ADMINISTRATIVE AGENT | Describe debtor's property that is subject to a lien | $ Undetermined | $ Undetermined |

Creditor's mailing address
CITIGROUP GLOBAL LOANS
2 PENNS WAY, SUITE 100
NEW CASTLE, DE 19720

Describe the lien
UCC Lien Number 08-0025554110 Dated 01/14/2009

Creditor's email address, if known

Is the creditor an insider or related party?

[X] No
[ ] Yes

Date debt was incurred    Undetermined
Last 4 digits of account
number

Is anyone else liable on this claim?

[ ] No
[X] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Do multiple creditors have an interest in the
same property?

[X] No
[ ] Yes. Have you already specified the
      relative priority?

     [ ] No. Specify each creditor, including
          this creditor, and its relative priority.

As of the petition date, the claim is:
Check all that apply.

[X] Contingent
[X] Unliquidated
[ ] Disputed

     [ ] Yes. The relative priority of  creditors is
          specified on lines

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          Page 7 of 18

| Debtor | iHeartMedia Management Services, Inc. | Case number (if known) | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|

| | | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially
from the previous page.

---

**2.15**

**Creditor's name**
CITIBANK N.A., AS ADMINISTRATIVE AGENT

**Creditor's mailing address**
CITIGROUP GLOBAL LOANS
2 PENNS WAY, SUITE 100
NEW CASTLE, DE 19720

**Creditor's email address, if known**

**Date debt was incurred**    Undetermined
**Last 4 digits of account
number**

**Do multiple creditors have an interest in the
same property?**

☒ No
☐ Yes. Have you already specified the
relative priority?

    ☐ No. Specify each creditor, including
this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is
specified on lines

Describe debtor's property that is subject to a lien

**Describe the lien**
UCC Lien Number 08-0025554110 Dated 05/23/2013

Is the creditor an insider or related party?

☒ No
☐ Yes

Is anyone else liable on this claim?

☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition date, the claim is:
Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

$ Undetermined | $ Undetermined

---

**2.16**

**Creditor's name**
CITIBANK, N.A.

**Creditor's mailing address**
ATTN: KIRKWOOD R. ROLAND
390 GREENWICH ST, 1ST FLOOR
NEW YORK, NY 10013

**Creditor's email address, if known**
kirkwood.roland@citi.com

**Date debt was incurred**    Undetermined
**Last 4 digits of account
number**

**Do multiple creditors have an interest in the
same property?**

☒ No
☐ Yes. Have you already specified the
relative priority?

    ☐ No. Specify each creditor, including
this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is
specified on lines

Describe debtor's property that is subject to a lien
See Schedule D Disclosures

**Describe the lien**
Guarantor of Term Loan D, maturity date of January 30, 2019

Is the creditor an insider or related party?

☒ No
☐ Yes

Is anyone else liable on this claim?

☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition date, the claim is:
Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

$ Undetermined | $ Undetermined

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    Page 8 of 18

Debtor    iHeartMedia Management Services, Inc.
_____
Name

Case number (if known) _18-31301 (MI)_

| **Part 1:** | **Additional Page** | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially
from the previous page.

2.17  **Creditor's name**
CITIBANK, N.A.

**Creditor's mailing address**
ATTN: KIRKWOOD R. ROLAND
390 GREENWICH ST, 1ST FLOOR
NEW YORK, NY 10013

**Creditor's email address, if known**
kirkwood.roland@citi.com

**Date debt was incurred**   Undetermined
**Last 4 digits of account
number**

**Do multiple creditors have an interest in the
same property?**

☒ No
☐ Yes. Have you already specified the
relative priority?

    ☐ No. Specify each creditor, including
this creditor, and its relative priority.

    ☐ Yes. The relative priority of  creditors is
specified on lines

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

**Describe the lien**
Guarantor of Term Loan E, maturity date of July 30, 2019

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

$ Undetermined     $ Undetermined

---

2.18  **Creditor's name**
DEUTSCHE BANK TRUST COMPANY
AMERICAS, AS COLLATERAL AGENT

**Creditor's mailing address**
60 WALL STREET, 27TH FLOOR
MS: NYC60-2710
NEW YORK, NY 10005

**Creditor's email address, if known**

**Date debt was incurred**   Undetermined
**Last 4 digits of account
number**

**Do multiple creditors have an interest in the
same property?**

☒ No
☐ Yes. Have you already specified the
relative priority?

    ☐ No. Specify each creditor, including
this creditor, and its relative priority.

    ☐ Yes. The relative priority of  creditors is
specified on lines

**Describe debtor's property that is subject to a lien**

**Describe the lien**
UCC Lien Number 11-0005523178 Dated 02/23/2011

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

$ Undetermined     $ Undetermined

---

Official Form 206D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     Page 9 of 18

Debtor    iHeartMedia Management Services, Inc.                                      Case number (if known)   18-31301 (MI)
_____
Name

| Part 1: | **Additional Page** | | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral | Column B<br>**Value of collateral**<br>**that supports this**<br>**claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially
from the previous page.

---

2.19    **Creditor's name**
DEUTSCHE BANK TRUST COMPANY
AMERICAS, AS COLLATERAL AGENT

**Creditor's mailing address**
60 WALL STREET, 27TH FLOOR
MS: NYC60-2710
NEW YORK, NY 10005

**Describe debtor's property that is subject to a lien**                    $ Underdetermined        $ Underdetermined

**Describe the lien**
UCC Lien Number 13-0006614011 Dated 03/01/2013

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**    Undetermined
**Last 4 digits of account
number**

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the
same property?**
☒ No
☐ Yes. Have you already specified the
       relative priority?

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

   ☐ No. Specify each creditor, including
      this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is
      specified on lines

---

2.20    **Creditor's name**
DEUTSCHE BANK TRUST COMPANY
AMERICAS, AS COLLATERAL AGENT

**Creditor's mailing address**
60 WALL STREET, 27TH FLOOR
MS: NYC60-2710
NEW YORK, NY 10005

**Describe debtor's property that is subject to a lien**                    $ Underdetermined        $ Underdetermined

**Describe the lien**
UCC Lien Number 13-0006614011 Dated 10/01/2014

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**    Undetermined
**Last 4 digits of account
number**

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the
same property?**
☒ No
☐ Yes. Have you already specified the
       relative priority?

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

   ☐ No. Specify each creditor, including
      this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is
      specified on lines

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          Page 10 of 18

Debtor ___iHeartMedia Management Services, Inc.___
Name

Case number (if known) ___18-31301 (MI)___

| **Part 1:** | **Additional Page** | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.21**

**Creditor's name**
DEUTSCHE BANK TRUST COMPANY
AMERICAS, AS COLLATERAL AGENT

**Creditor's mailing address**
60 WALL STREET, 27TH FLOOR
MS: NYC60-2710
NEW YORK, NY 10005

**Creditor's email address, if known**

**Date debt was incurred** Undetermined
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

**Describe the lien**
UCC Lien Number 12-0033994293 Dated 08/15/2017

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

$ Undetermined | $ Undetermined

---

**2.22**

**Creditor's name**
DEUTSCHE BANK TRUST COMPANY
AMERICAS, AS COLLATERAL AGENT

**Creditor's mailing address**
60 WALL STREET, 27TH FLOOR
MS: NYC60-2710
NEW YORK, NY 10005

**Creditor's email address, if known**

**Date debt was incurred** Undetermined
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

**Describe the lien**
UCC Lien Number 11-0005523178 Dated 10/01/2014

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

$ Undetermined | $ Undetermined

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          Page 11 of 18

Debtor  iHeartMedia Management Services, Inc.
‎            Name

Case number (if known)  18-31301 (MI)

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral | Column B<br>**Value of collateral**<br>**that supports this**<br>**claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially
from the previous page.

---

**2.23**

**Creditor's name**
DEUTSCHE BANK TRUST COMPANY
AMERICAS, AS COLLATERAL AGENT

**Creditor's mailing address**
60 WALL STREET, 27TH FLOOR
MS: NYC60-2710
NEW YORK, NY 10005

**Creditor's email address, if known**

**Date debt was incurred**  Undetermined
**Last 4 digits of account**
**number**

**Do multiple creditors have an interest in the**
**same property?**

☒ No

☐ Yes. Have you already specified the
‎        relative priority?

‎    ☐ No. Specify each creditor, including
‎          this creditor, and its relative priority.

‎    ☐ Yes. The relative priority of creditors is
‎          specified on lines

Describe debtor's property that is subject to a lien

**Describe the lien**
UCC Lien Number 11-0005523178 Dated 08/27/2015

Is the creditor an insider or related party?

☒ No
☐ Yes

Is anyone else liable on this claim?

☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition date, the claim is:
Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

$ Underdetermined   |   $ Underdetermined

---

**2.24**

**Creditor's name**
DEUTSCHE BANK TRUST COMPANY
AMERICAS, AS COLLATERAL AGENT

**Creditor's mailing address**
60 WALL STREET, 27TH FLOOR
MS: NYC60-2710
NEW YORK, NY 10005

**Creditor's email address, if known**

**Date debt was incurred**  Undetermined
**Last 4 digits of account**
**number**

**Do multiple creditors have an interest in the**
**same property?**

☒ No

☐ Yes. Have you already specified the
‎        relative priority?

‎    ☐ No. Specify each creditor, including
‎          this creditor, and its relative priority.

‎    ☐ Yes. The relative priority of creditors is
‎          specified on lines

Describe debtor's property that is subject to a lien

**Describe the lien**
UCC Lien Number 12-0033994293 Dated 10/01/2014

Is the creditor an insider or related party?

☒ No
☐ Yes

Is anyone else liable on this claim?

☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition date, the claim is:
Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

$ Underdetermined   |   $ Underdetermined

---

Debtor   iHeartMedia Management Services, Inc.                                    Case number *(if known)*   18-31301 (MI)
_____
Name

| **Part 1:** | **Additional Page** | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially
from the previous page.

---

**2.25**

**Creditor's name**
DEUTSCHE BANK TRUST COMPANY
AMERICAS, AS COLLATERAL AGENT

**Creditor's mailing address**
60 WALL STREET, 27TH FLOOR
MS: NYC60-2710
NEW YORK, NY 10005

**Creditor's email address, if known**

**Date debt was incurred**   Undetermined
**Last 4 digits of account
number**

**Do multiple creditors have an interest in the
same property?**

☒ No
☐ Yes. Have you already specified the
        relative priority?

        ☐ No. Specify each creditor, including
            this creditor, and its relative priority.


        ☐ Yes. The relative priority of  creditors is
            specified on lines

**Describe debtor's property that is subject to a lien**

**Describe the lien**
UCC Lien Number 12-0033994293 Dated 10/26/2012

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

$ Undetermined        $ Undetermined

---

**2.26**

**Creditor's name**
DEUTSCHE BANK TRUST COMPANY
AMERICAS, AS COLLATERAL AGENT

**Creditor's mailing address**
60 WALL STREET, 16TH FLOOR
MS: NYC60-1630
NEW YORK, NY 10005

**Creditor's email address, if known**

**Date debt was incurred**   Undetermined
**Last 4 digits of account
number**

**Do multiple creditors have an interest in the
same property?**

☒ No
☐ Yes. Have you already specified the
        relative priority?

        ☐ No. Specify each creditor, including
            this creditor, and its relative priority.


        ☐ Yes. The relative priority of  creditors is
            specified on lines

**Describe debtor's property that is subject to a lien**

**Describe the lien**
UCC Lien Number 15-00059122669 Dated 02/26/2015

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

$ Undetermined        $ Undetermined

---

| Debtor | iHeartMedia Management Services, Inc. | | Case number *(if known)* | 18-31301 (MI) |
|---|---|---|---|---|
| | Name | | | |

| **Part 1:** | **Additional Page** | | Column A **Amount of claim** Do not deduct the value of collateral | Column B **Value of collateral that supports this claim** |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.27**

**Creditor's name**
DEUTSCHE BANK TRUST COMPANY
AMERICAS, AS COLLATERAL AGENT

**Creditor's mailing address**
60 WALL STREET, 16TH FLOOR
MS: NYC60-1630
NEW YORK, NY 10005

**Creditor's email address, if known**

**Date debt was incurred**   Undetermined
**Last 4 digits of account
number**

**Do multiple creditors have an interest in the
same property?**

☒ No

☐ Yes. Have you already specified the
relative priority?

  ☐ No. Specify each creditor, including
this creditor, and its relative priority.

  ☐ Yes. The relative priority of  creditors is
specified on lines

Describe debtor's property that is subject to a lien

**Describe the lien**
UCC Lien Number 14-0029050596 Dated 09/10/2014

Is the creditor an insider or related party?

☒ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

$ Underdetermined    $ Underdetermined

---

**2.28**   **Creditor's name**
DEUTSCHE BANK TRUST COMPANY
AMERICAS, AS COLLATERAL AGENT

**Creditor's mailing address**
60 WALL STREET, 16TH FLOOR
MS: NYC60-1630
NEW YORK, NY 10005

**Creditor's email address, if known**

**Date debt was incurred**   Undetermined
**Last 4 digits of account
number**

**Do multiple creditors have an interest in the
same property?**

☒ No

☐ Yes. Have you already specified the
relative priority?

  ☐ No. Specify each creditor, including
this creditor, and its relative priority.

  ☐ Yes. The relative priority of  creditors is
specified on lines

Describe debtor's property that is subject to a lien

**Describe the lien**
UCC Lien Number 14-0029050596 Dated 10/01/2014

Is the creditor an insider or related party?

☒ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

$ Underdetermined    $ Underdetermined

---

Debtor    iHeartMedia Management Services, Inc.
_____
Name

Case number (if known) _18-31301 (MI)_

| Part 1: | Additional Page | | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.29**

**Creditor's name**
PACIFIC OFFICE AUTOMATION

**Creditor's mailing address**
10201 CENTURION PARKWAY NORTH
SUITE 100
JACKSONVILLE, FL 32256

**Creditor's email address, if known**

**Date debt was incurred**  Undetermined
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

     ☐ No. Specify each creditor, including this creditor, and its relative priority.

     ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

**Describe the lien**
UCC Lien Number 17-0017184514 Dated 05/18/2017

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

Column A: $ Undetermined
Column B: $ Undetermined

---

**2.30**

**Creditor's name**
PACIFIC OFFICE AUTOMATION

**Creditor's mailing address**
10201 CENTURION PARKWAY NORTH
SUITE 100
JACKSONVILLE, FL 32256

**Creditor's email address, if known**

**Date debt was incurred**  Undetermined
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

     ☐ No. Specify each creditor, including this creditor, and its relative priority.

     ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

**Describe the lien**
UCC Lien Number 17-0021557997 Dated 06/23/2017

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

Column A: $ Undetermined
Column B: $ Undetermined

---

Debtor    iHeartMedia Management Services, Inc.      Case number *(if known)*   18-31301 (MI)
     Name

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially
from the previous page.

**2.31**

**Creditor's name**
PACIFIC OFFICE AUTOMATION

**Creditor's mailing address**
111 OLD EAGLE SCHOOL ROAD
WAYNE, PA 19087

**Creditor's email address, if known**

**Date debt was incurred**   Undetermined
**Last 4 digits of account
number**

**Do multiple creditors have an interest in the
same property?**

[X] No
[ ] Yes. Have you already specified the
relative priority?

    [ ] No. Specify each creditor, including
     this creditor, and its relative priority.

    [ ] Yes. The relative priority of creditors is
     specified on lines

**Describe debtor's property that is subject to a lien**

**Describe the lien**
UCC Lien Number 15-0027128369 Dated 08/24/2015

**Is the creditor an insider or related party?**
[X] No
[ ] Yes

**Is anyone else liable on this claim?**
[ ] No
[X] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
[X] Contingent
[X] Unliquidated
[ ] Disputed

$ Undetermined    $ Undetermined

**2.32**

**Creditor's name**
PACIFIC OFFICE AUTOMATION

**Creditor's mailing address**
111 OLD EAGLE SCHOOL ROAD
WAYNE, PA 19087

**Creditor's email address, if known**

**Date debt was incurred**   Undetermined
**Last 4 digits of account
number**

**Do multiple creditors have an interest in the
same property?**

[X] No
[ ] Yes. Have you already specified the
relative priority?

    [ ] No. Specify each creditor, including
     this creditor, and its relative priority.

    [ ] Yes. The relative priority of creditors is
     specified on lines

**Describe debtor's property that is subject to a lien**

**Describe the lien**
UCC Lien Number 16-0012934450 Dated 04/22/2016

**Is the creditor an insider or related party?**
[X] No
[ ] Yes

**Is anyone else liable on this claim?**
[ ] No
[X] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
[X] Contingent
[X] Unliquidated
[ ] Disputed

$ Undetermined    $ Undetermined

Debtor  iHeartMedia Management Services, Inc.                    Case number *(if known)*  18-31301 (MI)
_____                        _____
        Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral** |
| | | Do not deduct the value of collateral | **that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.33**

| | | |
|---|---|---|
| **Creditor's name** | **Describe debtor's property that is subject to a lien** | $ Undetermined |
| TPG SPECIALTY LENDING, INC. | See Schedule D Disclosures | $ Undetermined |

**Creditor's mailing address**
ATTN: ALEX KNEAPLER
888 7TH AVE, 35TH FLOOR
NEW YORK, NY 10106

**Describe the lien**
Guarantor of ABL Credit Agreement, maturity date of November 30, 2020

**Creditor's email address, if known**
AKneapler@tpg.com

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**  Undetermined
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of  creditors is specified on lines

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

Debtor    iHeartMedia Management Services, Inc.
_____
          Name

Case number (if known)    18-31301 (MI)
_____

---

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no other need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| CITIBANK, N.A.<br>ATTN: KIMBERLY M. SHELTON<br>1615 BRETT ROAD<br>NEW CASTLE, DE 19720 | Line 16 | |
| CITIBANK, N.A.<br>ATTN: KIMBERLY M. SHELTON<br>1615 BRETT ROAD<br>NEW CASTLE, DE 19720 | Line 17 | |

---

**Fill in this information to identify the case:**

Debtor     iHeartMedia Management Services, Inc.

United States Bankruptcy Court for the: Southern     District of Texas, Houston Divison

Case number 18-31301 (MI)
(If known)

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
CITY & COUNTY OF DENVER DEPT. OF FINANCE
201 W. COLFAX AVE.
DENVER, CO 80202-5329

**Date or dates debt was incurred**
Undetermined

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8____)

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
Tax Audit

**Is the claim subject to offset?**
☒ No
☐ Yes

$ _____ Undetermined     $ _____ Undetermined

---

**2.2** Priority creditor's name and mailing address
CITY & COUNTY OF DENVER DEPT. OF FINANCE
201 W. COLFAX AVE.
DENVER, CO 80202-5329

**Date or dates debt was incurred**
Undetermined

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8____)

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
Tax Audit

**Is the claim subject to offset?**
☒ No
☐ Yes

$ _____ Undetermined     $ _____ Undetermined

---

**2.3** Priority creditor's name and mailing address
CITY & COUNTY OF DENVER DEPT. OF FINANCE
201 W. COLFAX AVE.
DENVER, CO 80202-5329

**Date or dates debt was incurred**
Undetermined

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8____)

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
Tax Audit

**Is the claim subject to offset?**
☒ No
☐ Yes

$ _____ Undetermined     $ _____ Undetermined

---

Debtor ___iHeartMedia Management Services, Inc.___   Case number *(if known)* ___18-31301 (MI)___
         Name

## Part 1.   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

---

**2.4**

**Priority creditor's name and mailing address**

GEORGIA DEPARTMENT OF REVENUE
PO BOX 105408
ATLANTA, GA 30348-5408

$ Undetermined    $ Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Tax Audit

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.5**

**Priority creditor's name and mailing address**

MISSISSIPPI DEPARTMENT OF REVENUE
PO BOX 960
JACKSON, MS 39205

$ Undetermined    $ Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Tax Audit

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.6**

**Priority creditor's name and mailing address**

NORTH CAROLINA DEPARTMENT OF REVENUE
PO BOX 25000
RALEIGH, NC 27640-0700

$ Undetermined    $ Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Tax Audit

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.7**

**Priority creditor's name and mailing address**

NY STATE DEPT. OF TAXATION & FINANCE
BANKRUPTCY SECTION
PO BOX 5300
ALBANY , NY 12205-0300

$ Undetermined    $ Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Tax Audit

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

Debtor __iHeartMedia Management Services, Inc.__
Name

Case number *(if known)* __18-31301 (MI)__

---

**Part 1.**    **Additional Page**

| | Total claim | Priority amount |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

| 2.8 | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined |
|---|---|---|---|---|

NY STATE DEPT. OF TAXATION & FINANCE
BANKRUPTCY SECTION
PO BOX 5300
ALBANY , NY 12205-0300

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Tax Audit

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

☒ No
☐ Yes

---

| 2.9 | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined |
|---|---|---|---|---|

OFFICE OF FINANCE-CITY OF LOS ANGELES
PO BOX 513996
LOS ANGELES, CA 90051-3996

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Tax Audit

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

☒ No
☐ Yes

---

Debtor   iHeartMedia Management Services, Inc.                    Case number (if known) 18-31301 (MI)
         Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1**
Nonpriority creditor's name and mailing address
201 RISING SUN FALL CREEK LP
ATTN AP DEPT
9506 N SAM HOUSTON PKWY E #240
HUMBLE, TX 77396-4903

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 120.00

Basis for the claim: Voided Checks

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.2**
Nonpriority creditor's name and mailing address
343 PINE LLC
343 PINE ST STE 3
WILLIAMSPORT, PA 17701

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 876.00

Basis for the claim: Voided Checks

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.3**
Nonpriority creditor's name and mailing address
4 WHEEL PARTS-MEMPHIS
2369 COVINGTON PIKE
MEMPHIS, TN 38128

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,000.00

Basis for the claim: Voided Checks

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.4**
Nonpriority creditor's name and mailing address
605 WEST APARTMENTS
ATTN COMMUNITY MGR
605 WEST CHAPEL HILL ST
DURHAM, NC 27701

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 500.00

Basis for the claim: Voided Checks

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.5**
Nonpriority creditor's name and mailing address
84 LUMBER COMPANY
BLDG 8 SIGN SHOP
1019 ROUTE 519
EIGHTY FOUR, PA 15330

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 761.15

Basis for the claim: Voided Checks

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.6**
Nonpriority creditor's name and mailing address
84-86 WHITE STREET LLC
C/O WALLACK MANAGEMENT
POB 366
EMERSON, NJ 07630

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 96.56

Basis for the claim: Voided Checks

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 4 of 457

Debtor    iHeartMedia Management Services, Inc.          Case number (if known)   18-31301 (MI)
          Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.     **Amount of claim**
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.7** | Nonpriority creditor's name and mailing address | | $5,618.16

A & M TOWERS LLC
306 DENTON AVE
AUBURNDALE, FL 33823

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Voided Checks

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | | $600.00

A CLEANER IMAGE
POB 18252
HATTIESBURG, MS 39404

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Voided Checks

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | | $365.00

A1 MARKETING GROUP LLC
323 ZANDER LN
COLUMBUS, OH 43230

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Voided Checks

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | | $61.00

ABBOTT LABORATORIES
200 ABBOTT PARK RD
DEPT CIB2 BLDG AP52
ABBOTT PARK, IL 60064-6164

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Voided Checks

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | | $3,695.00

ABM PARKING SERVICES INC
3400 W OLIVE AVE STE 105
BURBANK, CA 91505

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Voided Checks

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          Page 5 of 457

Debtor   iHeartMedia Management Services, Inc.
         _____        Case number *(if known)*  18-31301 (MI)
         Name

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.     **Amount of claim**
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.12 | **Nonpriority creditor's name and mailing address** | | $87.52 |
|---|---|---|---|

AD RESULTS MEDIA LLC
ATTN ATHENA BATES
6110 CLARKSON LN
HOUSTON, TX 77055

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**                    **Is the claim subject to offset?**

**Last 4 digits of account number**                    ☐ No
                                                       ☐ Yes

| 3.13 | **Nonpriority creditor's name and mailing address** | | $70.00 |
|---|---|---|---|

AEC INVESTMENT GROUP LLC
401 COLORADO ST
AUGUSTA, GA 30901

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**                    **Is the claim subject to offset?**

**Last 4 digits of account number**                    ☐ No
                                                       ☐ Yes

| 3.14 | **Nonpriority creditor's name and mailing address** | | $7,000.00 |
|---|---|---|---|

TALENT NAME ON FILE 2018-156011
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**                    **Is the claim subject to offset?**

**Last 4 digits of account number**                    ☐ No
                                                       ☐ Yes

| 3.15 | **Nonpriority creditor's name and mailing address** | | $1,034.00 |
|---|---|---|---|

ALABAMA BROADCASTERS ASSOCIATION
2180 PARKWAY LAKE DR
HOOVER, AL 35244

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**                    **Is the claim subject to offset?**

**Last 4 digits of account number**                    ☐ No
                                                       ☐ Yes

| 3.16 | **Nonpriority creditor's name and mailing address** | | $600.00 |
|---|---|---|---|

VENDOR NAME ON FILE 2018-143824
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**                    **Is the claim subject to offset?**

**Last 4 digits of account number**                    ☐ No
                                                       ☐ Yes

| Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 6 of 457 |
|---|---|---|

Debtor ___iHeartMedia Management Services, Inc._____  Case number (if known) __18-31301 (MI)__
            Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.17 | Nonpriority creditor's name and mailing address | | $1,004.25 |
|---|---|---|---|

ALII BAIL BONDS
41 AKAMU PL
HONOLULU, HI 96817

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | | $104.00 |
|---|---|---|---|

VENDOR NAME ON FILE 2018-559241
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | | $109.14 |
|---|---|---|---|

ALTEX ELECTRONICS LTD
3215 BELMEADE
CARROLLTON, TX 75006

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | | $1,000.00 |
|---|---|---|---|

VENDOR NAME ON FILE 2018-559339
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | | $106.25 |
|---|---|---|---|

AMS PRODUCTIONS
8531 WINDERSGATE DR
OLIVE BRANCH, MS 38654-1232

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 7 of 457

| Debtor | iHeartMedia Management Services, Inc. | Case number *(if known)* 18-31301 (MI) |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.22 | **Nonpriority creditor's name and mailing address** | $500.00 |
|---|---|---|

INDIVIDUAL NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.23 | **Nonpriority creditor's name and mailing address** | $2,826.00 |
|---|---|---|

INDIVIDUAL NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.24 | **Nonpriority creditor's name and mailing address** | $1,631.04 |
|---|---|---|

APPALACHIAN POWER COMPANY
POB 24413
CANTON, OH 44701-4413

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.25 | **Nonpriority creditor's name and mailing address** | $160.00 |
|---|---|---|

ARISE WORSHIP CENTER
1322 US HWY 72 E
ATHENS, AL 35611

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.26 | **Nonpriority creditor's name and mailing address** | $20.00 |
|---|---|---|

ARRINGTON DENTAL LLC
C/O FONDREN DENTAL
4562 N STATE ST
JACKSON, MS 39206

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 8 of 457 |
|---|---|---|

Debtor __iHeartMedia Management Services, Inc.__ Case number (if known) __18-31301 (MI)__
       Name

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. **Amount of claim**
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.27** | **Nonpriority creditor's name and mailing address** | | $15,595.60

ASSEMBLY
ATTN SAHEED INRAHEEM
711 3RD AVE 3RD FL
NEW YORK, NY 10017

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address** | | $7,875.00

ATLANTIC RECORDS
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.29** | **Nonpriority creditor's name and mailing address** | | $502.80

AUDIO SOLUTIONS INC
311 INDUSTRIAL DR
GREENVILLE, SC 29607

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address** | | $750.00

BACK 40 TOURING INC
33 MUSIC SQ W STE 102B
NASHVILLE, TN 37203

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address** | | $31.98

BARRS HARDWARE
1254 W 4TH ST
WILLIAMSPORT, PA 17701

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 9 of 457

Debtor   iHeartMedia Management Services, Inc.
Name

Case number *(if known)*   18-31301 (MI)

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.32**   Nonpriority creditor's name and mailing address                                    $337.05

BAYCARE HEALTH SYSTEM
ATTN AP
2985 DREW ST
CLEARWATER, FL 33759

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.33**   Nonpriority creditor's name and mailing address                                   $2,205.00

BELL MEDIA
ATTN RITA CHAPLINSKY
969 ROBSON STE 500
VANCOUVER, BC V6Z 1X5
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.34**   Nonpriority creditor's name and mailing address                                   $6,000.00

BIG APPLE PY INC
34 3RD AVE #233
NEW YORK, NY 10003

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.35**   Nonpriority creditor's name and mailing address                                    $25.00

INDIVIDUAL NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.36**   Nonpriority creditor's name and mailing address                                    $595.00

BIMBO BAKERIES USA
1045 BRENTWOOD CT #130
LEXINGTON, KY 40511

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          Page 10 of 457

Debtor    iHeartMedia Management Services, Inc.        Case number *(if known)*   18-31301 (MI)
      Name

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

| 3.37 | **Nonpriority creditor's name and mailing address** | $650.00 |
| --- | --- | --- |

BIOLIFE PLASMA SERVICES
2426 VILLAGE VIEW CT
MIAMISBURG, OK 45342

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.38 | **Nonpriority creditor's name and mailing address** | $261.00 |
| --- | --- | --- |

BLOCK PARTY MEDIA INC
456 PROSPECT PL #2R
BROOKLYN, NY 11238

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.39 | **Nonpriority creditor's name and mailing address** | $939.25 |
| --- | --- | --- |

BLUE STAR MEDIA LLC
4660 CHURCHILL ST
SHOREVIEW, MN 55126

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.40 | **Nonpriority creditor's name and mailing address** | $5,123.00 |
| --- | --- | --- |

BOSTON MANCHESTER MKTING ASSOC CORP
EA DMA 506
482 MOODY ST ATTN AP DEPT
WALTHAM, MA 02453

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.41 | **Nonpriority creditor's name and mailing address** | $169.76 |
| --- | --- | --- |

BOTTLING GROUP LLC
1999 BRYAN ST
DALLAS, TX 75201

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor  iHeartMedia Management Services, Inc.
        Name

Case number *(if known)*  18-31301 (MI)

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.42** | **Nonpriority creditor's name and mailing address** | $288.00

BOW TIE BLACK CAR SERVICE
4740 N CUMBERLAND AVE STE 203
CHICAGO, IL 60656

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.43** | **Nonpriority creditor's name and mailing address** | $895.00

BROADCAST BIONICS
THE BARN HURSTWOOD GRANGE HURSTWOOD LN
HAYWARDS HEATH RH17 7QX
UNITED KINGDOM

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.44** | **Nonpriority creditor's name and mailing address** | $60.00

BROOME COUNTY CLERK
60 HAWLEY ST 3RD FL
POB 2062
BINGHAMTON, NY 13902

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.45** | **Nonpriority creditor's name and mailing address** | $432.00

INDIVIDUAL NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.46** | **Nonpriority creditor's name and mailing address** | $1,309.00

BUFFALO BROADCASTING LLC
POB 1729
YREKA, CA 96097

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    iHeartMedia Management Services, Inc.                    Case number *(if known)*   18-31301 (MI)
          Name

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.   **Amount of claim**
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.47 | **Nonpriority creditor's name and mailing address** | | $5.00 |
|---|---|---|---|

BUMBLE TRADING INC
ATTN AP
1209 N ORANGE ST
WILMINGTON, DE 19801

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.48 | **Nonpriority creditor's name and mailing address** | | $60.30 |
|---|---|---|---|

C R ESCAPE ZONE
425 WATT ST
JEFFERSONVILLE, IN 47130

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.49 | **Nonpriority creditor's name and mailing address** | | $1,320.00 |
|---|---|---|---|

INDIVIDUAL NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.50 | **Nonpriority creditor's name and mailing address** | | $175.00 |
|---|---|---|---|

CANAD INNS DESTINATION CENTRE
GRAND FORKS LP-ATTN AP DEPT
1000 S 42ND ST
GRAND FORKS, ND 58201

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.51 | **Nonpriority creditor's name and mailing address** | | $112.00 |
|---|---|---|---|

CANCER SERVICES OVERHEAD
ATTN AP DEPT
1100 CHARLOTTE AVE STE 800
NASHVILLE, TN 37203

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    Page 13 of 457

Debtor    iHeartMedia Management Services, Inc.                    Case number *(if known)*  18-31301 (MI)
           Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

| 3.52 | **Nonpriority creditor's name and mailing address** | | $1,384.50 |

CAPITOL RECORDS
3322 W END AVE 11TH FL
NASHVILLE, TN 37203

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.53 | **Nonpriority creditor's name and mailing address** | | $3,981.99 |

CARAT
POB 2516
SECAUCUS, NJ 07094

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.54 | **Nonpriority creditor's name and mailing address** | | $6,156.00 |

CAREER MARKETPLACE INC
ATTN STACY RICHARDSON
800 MARKET AVE N STE 400
CANTON, OH 44702

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.55 | **Nonpriority creditor's name and mailing address** | | $30.00 |

CARLOP MARKETING PRODUCTIONS INC
233 N MICHIGAN STE 2700
CHICAGO, IL 60601

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.56 | **Nonpriority creditor's name and mailing address** | | $1,162.95 |

CENTRAL GEORGIA EMC
923 S MULBERRY ST
JACKSON, GA 30233

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    iHeartMedia Management Services, Inc.    Case number *(if known)*    18-31301 (MI)
_____    _____
Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

| 3.57 | **Nonpriority creditor's name and mailing address** | $1,378.49 |

CERTIFIED STANDBY POWER
78 LORIMER ST
INDIAN ORCHARD, MA 01151

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.58 | **Nonpriority creditor's name and mailing address** | $714.00 |

CHARLOTTE RADIOLOGY PA
POB 36937
CHARLOTTE, NC 28236-6937

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.59 | **Nonpriority creditor's name and mailing address** | $50.00 |

CHRISTIAN MANUEL
22600 HALL RD STE 204
CLINTON TOWNSHIP, MI 48036

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.60 | **Nonpriority creditor's name and mailing address** | $587.91 |

VENDOR NAME ON FILE 2018-302946
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.61 | **Nonpriority creditor's name and mailing address** | $1,900.00 |

CIRV RADIO
ATTN MAGGIE MADEIROS
1087 DUNDAS ST W
TORONTO, ON M6J 1W9
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    Page 15 of 457

Debtor     iHeartMedia Management Services, Inc.          Case number *(if known)*  18-31301 (MI)
                    Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | **Amount of claim** |

---

**3.62** | **Nonpriority creditor's name and mailing address** | $3,721.50

CITY OF ATLANTA POLICE DEPT
BACKGROUND & RECRUITMENT UNIT
SUPPORT SERVICES DIVISION
226 PEACHTREE ST SW
ATLANTA, GA 30303

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.63** | **Nonpriority creditor's name and mailing address** | $1,220.00

CITY OF CHEYENNE
2101 ONEIL AVE
CHEYENNE, WY 82001

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.64** | **Nonpriority creditor's name and mailing address** | $421.20

CITYLINE MOTOR CARS
2040 STATE ST
SCHENECTADY, NY 12304

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.65** | **Nonpriority creditor's name and mailing address** | $1,800.00

CLOUDONE LLC
ATTN: JIM CROUSE
2105 C STREET
VANCOUVER, WA 98663

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.66** | **Nonpriority creditor's name and mailing address** | $150.00

CLUB EMOTIONS
143 BRICK HOUSE DR
HOLLY SPRINGS, MS 38635

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Official Form 206E/F           **Schedule E/F: Creditors Who Have Unsecured Claims**           Page 16 of 457

| Debtor | iHeartMedia Management Services, Inc. | Case number *(if known)* | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

**Part 2:** **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | | | |
|---|---|---|---|
| 3.67 | **Nonpriority creditor's name and mailing address** | | $34.75 |

CMG CORPORATE SERVICES
POB 105376
ATLANTA, GA 30348

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| | | | |
|---|---|---|---|
| 3.68 | **Nonpriority creditor's name and mailing address** | | $123.00 |

COLE & WEBER UNITED
221 YALE AVE N STE 600
SEATTLE, WA 98109-5430

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| | | | |
|---|---|---|---|
| 3.69 | **Nonpriority creditor's name and mailing address** | | $1,457.00 |

COLORADO STATE PATROL
700 KIPLING ST
LAKEWOOD, CO 80215

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| | | | |
|---|---|---|---|
| 3.70 | **Nonpriority creditor's name and mailing address** | | $2,625.00 |

COLUMBIA RECORDS
25 MADISON AVE
NEW YORK, NY 10010-8601

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| | | | |
|---|---|---|---|
| 3.71 | **Nonpriority creditor's name and mailing address** | | $252.25 |

COMCAST
PO BOX 15184
ATLANTA, GA 30348-5184

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| | | |
|---|---|---|
| Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 17 of 457 |

| Debtor | iHeartMedia Management Services, Inc. | Case number (if known) | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.72** | Nonpriority creditor's name and mailing address | $1,573.35

COMCORP OF EL PASO
104 HARDWICKE LN
LITTLE ELM, TX 75068

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.73** | Nonpriority creditor's name and mailing address | $200.00

CONVERGYS
1228 E ORMAN
PUEBLO, CO 81004

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.74** | Nonpriority creditor's name and mailing address | $365.00

CORRELL REFRIGERATION INC
210 S SPRUCE ST
OGALLALA, NE 69153

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.75** | Nonpriority creditor's name and mailing address | $350.00

VENDOR NAME ON FILE 2018-140601
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.76** | Nonpriority creditor's name and mailing address | $57.00

COUNTY OF SAN DIEGO RCS
5595 OVERLAND AVE STE 101
SAN DIEGO, CA 92123-1206

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Official Form 206E/F | Schedule E/F: Creditors Who Have Unsecured Claims | Page 18 of 457

Debtor __iHeartMedia Management Services, Inc._____     Case number (if known) __18-31301 (MI)__
　　　　　Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.77 | **Nonpriority creditor's name and mailing address** | | $483.00 |
|---|---|---|---|

COUNTY OF VENTURA
800 S VICTORIA AVE
VENTURA, CA 93009

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.78 | **Nonpriority creditor's name and mailing address** | | $1,050.00 |
|---|---|---|---|

COWESETT INN INC
226 COWESETT AVE
WEST WARWICK, RI 02893

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.79 | **Nonpriority creditor's name and mailing address** | | $500.00 |
|---|---|---|---|

TALENT NAME ON FILE 2018-119967
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.80 | **Nonpriority creditor's name and mailing address** | | $2,120.00 |
|---|---|---|---|

CREATIVE ARTIST AGENCY FSO THE OFFSPRING
2000 AVENUE OF THE STARS
LOS ANGELES, CA 90067

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.81 | **Nonpriority creditor's name and mailing address** | | $3,958.55 |
|---|---|---|---|

CREEDMOOR ROAD OFFICE CONDOMINIUM
8009 CREEDMOOR RD STE 300
RALEIGH, NC 27613

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 19 of 457 |
|---|---|---|

| Debtor | iHeartMedia Management Services, Inc. | Case number (if known) | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.82 | Nonpriority creditor's name and mailing address | | $700.00 |
|---|---|---|---|

CRICKET COMMUNICATIONS
7330 SAN PEDRO AVE
SAN ANTONIO, TX 78216

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.83 | Nonpriority creditor's name and mailing address | | $500.00 |
|---|---|---|---|

CRICKET COMMUNICATIONS INC
POB 501430
SAN DIEGO, CA 92150-1430

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.84 | Nonpriority creditor's name and mailing address | | $111.30 |
|---|---|---|---|

CRIDERS LAWN CARE
145 MICKS ST
GREENUP, KY 41144

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.85 | Nonpriority creditor's name and mailing address | | $1,000.00 |
|---|---|---|---|

CT REAL ESTATE INVESTORS ASSOCIATION
ATTN JOANNE BRISSETTE
43 HUNTER DR
WEST HARTFORD, CT 06107

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.86 | Nonpriority creditor's name and mailing address | | $31,426.29 |
|---|---|---|---|

CUSHMAN & WAKEFIELD
CORPORATE SERVICES - ATTN RACHEL AMADOR
55 WESTPORT PLZ STE 600
SAINT LOUIS, MO 63146

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | iHeartMedia Management Services, Inc. | Case number (if known) | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.87** Nonpriority creditor's name and mailing address $10.00

CUYAHOGA COUNTY COURT OF COMMON PLEAS
1 BRATENAHL PL
BRATENAHL, OH 44108

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Voided Checks

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

**3.88** Nonpriority creditor's name and mailing address $76.00

D3 INVESTMENT GROUP
25048 SPERRY DR
WESTLAKE, OH 44145

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Voided Checks

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

**3.89** Nonpriority creditor's name and mailing address $42.00

DA UNDERGROUND
2907 TWO NOTCH RD
COLUMBIA, SC 29204

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Voided Checks

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

**3.90** Nonpriority creditor's name and mailing address $160.00

LISTENER NAME ON FILE 2018-122157
ADDRESS ON FILE

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Voided Checks

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

**3.91** Nonpriority creditor's name and mailing address $100.00

INDIVIDUAL NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Voided Checks

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

Official Form 206E/F     Schedule E/F: Creditors Who Have Unsecured Claims     Page 21 of 457

| Debtor | iHeartMedia Management Services, Inc. | Case number (if known) | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

---

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.92 | **Nonpriority creditor's name and mailing address** | | $100.00 |
|---|---|---|---|

INDIVIDUAL NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.93 | **Nonpriority creditor's name and mailing address** | | $1,000.00 |
|---|---|---|---|

INDIVIDUAL NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.94 | **Nonpriority creditor's name and mailing address** | | $1,785.00 |
|---|---|---|---|

DAVIS ADVERTISING
ATTN LORI OCONNOR
1331 GRAFTON ST
WORCESTER, MA 01604

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.95 | **Nonpriority creditor's name and mailing address** | | $2,750.00 |
|---|---|---|---|

DAVIS SPECIALTY SERVICES
3995 CLEVE RD
WAYCROSS, GA 31503

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.96 | **Nonpriority creditor's name and mailing address** | | $1,500.00 |
|---|---|---|---|

DBA APB ENTERTAINMENT
407 E 7TH 208
AUSTIN, TX 78701

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 22 of 457 |
|---|---|---|

| Debtor | iHeartMedia Management Services, Inc. | Case number (if known) | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.97 | **Nonpriority creditor's name and mailing address** | | $885.75 |
|---|---|---|---|

DENTAL ASSISTING ACADEMY
400 BLANKENBAKER PKWY STE 100
LOUISVILLE, KY 40243-1882

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.98 | **Nonpriority creditor's name and mailing address** | | $97.97 |
|---|---|---|---|

DENVER MANAGER OF FINANCE
DENVER FIRE DEPARTMENT
ATTN INSPECTIONS
POB 40385
DENVER, CO 80204

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.99 | **Nonpriority creditor's name and mailing address** | | $250.00 |
|---|---|---|---|

INDIVIDUAL NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.100 | **Nonpriority creditor's name and mailing address** | | $84.00 |
|---|---|---|---|

DHARMA PRODUCTIONS & EVENTS
ATTN PRINCE ROMNEY
1462 PACIFIC ST 4C
BROOKLYN, NY 11213

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.101 | **Nonpriority creditor's name and mailing address** | | $903.00 |
|---|---|---|---|

DIAMOND POTOMAC TOWN CENTER L
OPERATING ACCOUNT
1730 RHODE ISLAND AVE NW 512
WASHINGTON, DC 20036

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 23 of 457 |
|---|---|---|

Debtor   iHeartMedia Management Services, Inc.
         Name

Case number (if known)   18-31301 (MI)

---

**Part 2:**   **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | **Amount of claim** |
|---|---|

**3.102**   Nonpriority creditor's name and mailing address — $120.00

DIOCESE OF COVINGTON
1125 MADISON AVE
COVINGTON, KY 41011

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Voided Checks

Date or dates debt was incurred

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

**3.103**   Nonpriority creditor's name and mailing address — $930.90

DIRECT ENERGY BUSINESS
POB 660749
DALLAS, TX 75266

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Voided Checks

Date or dates debt was incurred

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

**3.104**   Nonpriority creditor's name and mailing address — $279.56

DIXIE LP GAS INC
3711 WASHINGTON RD
MARTINEZ, GA 30907

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Voided Checks

Date or dates debt was incurred

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

**3.105**   Nonpriority creditor's name and mailing address — $446.00

DMV RENEWAL
POB 942894
SACRAMENTO, CA 94294

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Voided Checks

Date or dates debt was incurred

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

**3.106**   Nonpriority creditor's name and mailing address — $20,000.00

DUFOUR & CO PRODUCTIONS LLC
1901 N FORT MEYER DR STE 502
ARLINGTON, VA 22209

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Voided Checks

Date or dates debt was incurred

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

Official Form 206E/F   **Schedule E/F: Creditors Who Have Unsecured Claims**   Page 24 of 457

| Debtor | iHeartMedia Management Services, Inc. | Case number (if known) | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.107 | **Nonpriority creditor's name and mailing address** | | $5.36 |
|---|---|---|---|

DUKE CITY COMEDY
ATTN ROBERT FLIPPO
12205 HAINES AVE APT D
ALBUQUERQUE, NM 87112

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.108 | **Nonpriority creditor's name and mailing address** | | $7.00 |
|---|---|---|---|

DUPONT WEALTH SOLUTIONS
4386 SWENSON ST
HILLIARD, OH 43026

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.109 | **Nonpriority creditor's name and mailing address** | | $1,096.51 |
|---|---|---|---|

DUQUESNE LIGHT COMPANY
PAYMENT PROCESSING CENTER
POB 10
PITTSBURGH, PA 15230

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.110 | **Nonpriority creditor's name and mailing address** | | $2,590.00 |
|---|---|---|---|

EL FENIX CORPORATION
ATTN ANNE ALEXANDER
1845 WOODALL RODGERS FWY STE 1100
DALLAS, TX 75201

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.111 | **Nonpriority creditor's name and mailing address** | | $6,984.47 |
|---|---|---|---|

EL PASO ELECTRIC CO
POB 982
EL PASO, TX 79960-0982

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 25 of 457 |
|---|---|---|

Debtor    iHeartMedia Management Services, Inc.
          _____
          Name

Case number (if known)    18-31301 (MI)

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.112 | Nonpriority creditor's name and mailing address | | $2,880.85 |

ELITE HEATING & AIR
2114 58TH AVE E
BRADENTON, FL 34203-5059

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.113 | Nonpriority creditor's name and mailing address | | $300.75 |

ELITE PLUMBING
2114 58TH AVE E
BRADENTON, FL 34203-5059

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.114 | Nonpriority creditor's name and mailing address | | $104.00 |

VENDOR NAME ON FILE 2018-559237
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.115 | Nonpriority creditor's name and mailing address | | $1,851.30 |

EMKAY DESIGNS
1395 LAKELAND AVE - STE 35
BOHEMIA, NY 11716

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.116 | Nonpriority creditor's name and mailing address | | $4,500.00 |

INDIVIDUAL NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor ___iHeartMedia Management Services, Inc.___
         Name

Case number (if known) ___18-31301 (MI)___

---

**Part 2:**  **Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

---

**3.117** | **Nonpriority creditor's name and mailing address** | $124.95

ENTERTAINMENT MARKETING GROUP
8501 WILSHIRE BLVD
BEVERLY HILLS, CA 90211

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.118** | **Nonpriority creditor's name and mailing address** | $3.00

EQUINOX HOLDINGS INC
9465 WILSHIRE BLVD #200
BEVERLY HILLS, CA 90212-2616

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.119** | **Nonpriority creditor's name and mailing address** | $5,338.99

EVERSOURCE
POB 650031
DALLAS, TX 75265-0031

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.120** | **Nonpriority creditor's name and mailing address** | $55.00

EXELL WELDING & TANK REPAIR LLC
114 E ST S
GLEN ULLIN, ND 58631

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.121** | **Nonpriority creditor's name and mailing address** | $265.00

EXTRA SPACE STORAGE
5225 SEPULVEDA BLVD
SHERMAN OAKS, CA 91403

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 27 of 457

Debtor   iHeartMedia Management Services, Inc.
         _____
         Name

Case number *(if known)*   18-31301 (MI)

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.122** | **Nonpriority creditor's name and mailing address** | $135.00

EXTRA SPACE STORAGE OF SALINAS
311 W ROSSI ST
SALINAS, CA 93907

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.123** | **Nonpriority creditor's name and mailing address** | $325.00

F&M FARM
101 E MAIN
POB 588
WINCHESTER, IA 52057

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.124** | **Nonpriority creditor's name and mailing address** | $6.00

FANTASY ALARM COM
ATTN AL WILLIAMS
419 MAIN ST #130
HUNTINGTON BEACH, CA 92648

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.125** | **Nonpriority creditor's name and mailing address** | $133.00

FAO ENTERTAINMENT
3420 CLARINET DR
LOUISVILLE, KY 40216

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.126** | **Nonpriority creditor's name and mailing address** | $640.00

FARWEST CORPUS CHRISTI
227 NEW LAREDO HWY
SAN ANTONIO, TX 78211

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    iHeartMedia Management Services, Inc.        Case number *(if known)*  18-31301 (MI)
          Name

| Part 2: | Additional Page | |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. **Amount of claim**
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.127 | **Nonpriority creditor's name and mailing address** | | $375.00 |
|---|---|---|---|

FBR MANAGEMENT LLC
801 SPRINGDALE RD
AUSTIN, TX 78702

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**      **Is the claim subject to offset?**

**Last 4 digits of account number**      ☐ No
     ☐ Yes

| 3.128 | **Nonpriority creditor's name and mailing address** | | $10,000.00 |
|---|---|---|---|

FINAL TOUCH CONSTRUCTION AND REMODELING
21012 AURORA RD
BEDFORD, OH 44146

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**      **Is the claim subject to offset?**

**Last 4 digits of account number**      ☐ No
     ☐ Yes

| 3.129 | **Nonpriority creditor's name and mailing address** | | $37.40 |
|---|---|---|---|

FITZGERALD AND CO
333 PIEDMONT RD NE STE 1100
ATLANTA, GA 30305-1712

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**      **Is the claim subject to offset?**

**Last 4 digits of account number**      ☐ No
     ☐ Yes

| 3.130 | **Nonpriority creditor's name and mailing address** | | $10.00 |
|---|---|---|---|

FLASH BACK CRUISES
7901 HISPANOLA AVE APT 602
NORTH BAY VILLAGE, FL 33141-4153

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**      **Is the claim subject to offset?**

**Last 4 digits of account number**      ☐ No
     ☐ Yes

| 3.131 | **Nonpriority creditor's name and mailing address** | | $1,500.00 |
|---|---|---|---|

FLETCHER BABB
2100 ABBOTT KINNEY BLVD UNIT F
VENICE, CA 90291

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**      **Is the claim subject to offset?**

**Last 4 digits of account number**      ☐ No
     ☐ Yes

| Debtor | iHeartMedia Management Services, Inc. | Case number (if known) | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.132 | **Nonpriority creditor's name and mailing address** | | $25.12 |
|---|---|---|---|

FOREST CITY HAWAII LLC
5137 NIMITZ RD
HONOLULU, HI 96818-6234

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.133 | **Nonpriority creditor's name and mailing address** | | $22.52 |
|---|---|---|---|

FORREST AUTO SUPPLY
907 OAKWOOD AVE
NAPOLEON, OH 43545

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.134 | **Nonpriority creditor's name and mailing address** | | $31.30 |
|---|---|---|---|

FRIENDLY HONDA
1143 DUTCHESS TPKE
POUGHKEEPSIE, NY 12603

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.135 | **Nonpriority creditor's name and mailing address** | | $52.00 |
|---|---|---|---|

G S V PRODUCTIONS
POB 1016
MAPLEWOOD, NJ 07040

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.136 | **Nonpriority creditor's name and mailing address** | | $534.42 |
|---|---|---|---|

GEN-TECH INC
7901 N 70TH AVE
GLENDALE, AZ 85303

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| Official Form 206E/F | Schedule E/F: Creditors Who Have Unsecured Claims | Page 30 of 457 |
|---|---|---|

Debtor ____iHeartMedia Management Services, Inc.____    Case number *(if known)* __18-31301 (MI)__
Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

| 3.137 | **Nonpriority creditor's name and mailing address** | | $731.55 |
|---|---|---|---|

GOLD STAR CAR WASH INC
455 PATERSON AVE
WALLINGTON, NJ 07057

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.138 | **Nonpriority creditor's name and mailing address** | | $240.00 |
|---|---|---|---|

GRACE LIMOUSINE LLC
324 BENHAM
BRIDGEPORT, CT 06604

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.139 | **Nonpriority creditor's name and mailing address** | | $247.67 |
|---|---|---|---|

GREENBERG GRANT & RICHARDS INC
5858 WESTHEIMER STE 500
HOUSTON, TX 77057

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.140 | **Nonpriority creditor's name and mailing address** | | $410.25 |
|---|---|---|---|

GREG TUCKER LICENSE COMMISSIONER
CLINTON SOUTH COURTHOUSE ANNEX
100 S CLINTON ST STE B
ATHENS, AL 35611

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.141 | **Nonpriority creditor's name and mailing address** | | $2,068.05 |
|---|---|---|---|

GS & F INC
ATTN AP
209 10TH AVE S STE 222
NASHVILLE, TN 37203

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    Page 31 of 457

Debtor     iHeartMedia Management Services, Inc.
           _____
           Name                                              Case number *(if known)*  18-31301 (MI)

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.142** | **Nonpriority creditor's name and mailing address** | $1,400.07

HALL COMMUNICATIONS INC
70 JOY DR
SOUTH BURLINGTON, VT 05403

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.143** | **Nonpriority creditor's name and mailing address** | $498.21

HAPPY HOUR MEDIA GROUP
3400 188TH ST SW STE 300
LYNNWOOD, WA 98037

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.144** | **Nonpriority creditor's name and mailing address** | $135.00

HAPPY HOUR MEDIA LLC
3400 188TH ST SW STE 300
LYNWOOD, WA 98037

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.145** | **Nonpriority creditor's name and mailing address** | $478.70

HARBOR FREIGHT TOOLS
4001 S LAMAR BLVD STE #3
AUSTIN, TX 78704

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.146** | **Nonpriority creditor's name and mailing address** | $27,080.00

HARRINGTON RIGHTER & PARSONS LLC
ONE DAG HAMMARSKJOLD PLZ
885 SECOND AVE
NEW YORK, NY 10017

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    iHeartMedia Management Services, Inc.                          Case number (if known)    18-31301 (MI)
                    Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | | Amount of claim |
|---|---|---|

**3.147** | **Nonpriority creditor's name and mailing address** | $198.00

HARTMOOR ARENA
8151 N HARTMAN ARENA DR
PARK CITY, KS 67147

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**              **Is the claim subject to offset?**
                                                  ☐ No
**Last 4 digits of account number**               ☐ Yes

---

**3.148** | **Nonpriority creditor's name and mailing address** | $879.75

HARTMOOR ARENA LLC
ATTN ABBY MARR
10500 E BERKELEY SQUARE PKWY STE 100
WICHITA, KS 67206-6816

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**              **Is the claim subject to offset?**
                                                  ☐ No
**Last 4 digits of account number**               ☐ Yes

---

**3.149** | **Nonpriority creditor's name and mailing address** | $72.22

HAWAII VOICE KTV & LOUNGE
1021 SMITH ST 301
HONOLULU, HI 96817

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**              **Is the claim subject to offset?**
                                                  ☐ No
**Last 4 digits of account number**               ☐ Yes

---

**3.150** | **Nonpriority creditor's name and mailing address** | $59.00

HAY COULEE TRUCK & WELDING INC
JEFFREY L BRUNNER - TONY A KUMMER
101-125TH ST SE
SURREY, ND 58785

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**              **Is the claim subject to offset?**
                                                  ☐ No
**Last 4 digits of account number**               ☐ Yes

---

**3.151** | **Nonpriority creditor's name and mailing address** | $321.00

HAYNES HEATING & COOLING
MB HAYNES CORPORATION
POB 16589
ASHEVILLE, NC 28816

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**              **Is the claim subject to offset?**
                                                  ☐ No
**Last 4 digits of account number**               ☐ Yes

---

Debtor    iHeartMedia Management Services, Inc.
          _____        Case number (if known)   18-31301 (MI)
          Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.152** | **Nonpriority creditor's name and mailing address** | | $130.92

HEEIA PIER GENERAL STORE & DELI
902 MAUNAWILLI RD
KAILUA, HI 96734

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.153** | **Nonpriority creditor's name and mailing address** | | $21.00

HEJIMEN LLC
3601 S WESTERN AVE
OKLAHOMA CITY, OK 73109

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.154** | **Nonpriority creditor's name and mailing address** | | $2,500.00

HOLLYWOOD RECORDS
POB 101622
PASADENA, CA 91189-1622

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.155** | **Nonpriority creditor's name and mailing address** | | $1,702.75

HORIZON MEDIA INC
75 VARICK ST
NEW YORK, NY 10013

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.156** | **Nonpriority creditor's name and mailing address** | | $5,015.00

HOSPICE OF THE BLUEGRASS
2312 ALEXANDRIA DR
LEXINGTON, KY 40504-3277

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          Page 34 of 457

| Debtor | iHeartMedia Management Services, Inc. | Case number *(if known)* | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

### 3.157  Nonpriority creditor's name and mailing address
$3,900.00

ICE EXPRESS
8257 GULF FWY
HOUSTON, TX 77017

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

### 3.158  Nonpriority creditor's name and mailing address
$20,091.51

ID MEDIA
100 W 33RD ST
NEW YORK, NY 10001

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

### 3.159  Nonpriority creditor's name and mailing address
$208.00

VENDOR NAME ON FILE 2018-559218
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

### 3.160  Nonpriority creditor's name and mailing address
$570.00

INFOWORX DIRECT LLC
2255 GLADES RD STE 324A
BOCA RATON, FL 33431

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

### 3.161  Nonpriority creditor's name and mailing address
$139.00

INTEGER
ATTN AP DEPT
7245 W ALASKA DR
LAKEWOOD, CO 80226

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

Official Form 206E/F   **Schedule E/F: Creditors Who Have Unsecured Claims**   Page 35 of 457

| Debtor | iHeartMedia Management Services, Inc. | Case number (if known) | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.162 | **Nonpriority creditor's name and mailing address** | | $3,425.25 |
|---|---|---|---|

INTERNATIONAL EDUCATION CORPORATION
16485 LAGUNA CANYON RD STE 300
IRVINE, CA 92618

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.163 | **Nonpriority creditor's name and mailing address** | | $3.00 |
|---|---|---|---|

INVINCIBLE COMICS
1557 ATLANTIC AVE
RIPON, CA 95366

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.164 | **Nonpriority creditor's name and mailing address** | | $25.00 |
|---|---|---|---|

IOWA BROADCASTERS ASSOCIATION
POB 71186
DES MOINES, IA 50325

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.165 | **Nonpriority creditor's name and mailing address** | | $2,869.94 |
|---|---|---|---|

IOWA PUBLIC TELEVISION
POB 6450
JOHNSTON, IA 50131

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.166 | **Nonpriority creditor's name and mailing address** | | $100.00 |
|---|---|---|---|

INDIVIDUAL NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 36 of 457 |
|---|---|---|

Debtor    iHeartMedia Management Services, Inc.                          Case number *(if known)*   18-31301 (MI)
          Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.167 | Nonpriority creditor's name and mailing address | | $34.05 |

ISLAND CAFE & AMUSEMENTS
91-1310 KAIOKIA
EWA BEACH, HI 96706

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.168 | Nonpriority creditor's name and mailing address | | $29.04 |

J AND E PRODUCTIONS
720 ROSE AVE
LAUREL, MS 39440

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.169 | Nonpriority creditor's name and mailing address | | $1,524.00 |

J R PUTMAN INC
11330 SUNRISE PARK DR STE A
RANCHO CORDOVA, CA 95742

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.170 | Nonpriority creditor's name and mailing address | | $400.00 |

INDIVIDUAL NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.171 | Nonpriority creditor's name and mailing address | | $50.00 |

JAMAICA TOURIST BOARD
301 E 57TH ST
NEW YORK, NY 10022

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

Official Form 206E/F                  Schedule E/F: Creditors Who Have Unsecured Claims                  Page 37 of 457

| Debtor | iHeartMedia Management Services, Inc. | Case number (if known) | 18-31301 (MI) |
|--------|--------------------------------------|------------------------|---------------|
|        | Name                                 |                        |               |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.172** | Nonpriority creditor's name and mailing address | | $25.00

INDIVIDUAL NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.173** | Nonpriority creditor's name and mailing address | | $1,000.00

VENDOR NAME ON FILE 2018-301740
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.174** | Nonpriority creditor's name and mailing address | | $103.00

INDIVIDUAL NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.175** | Nonpriority creditor's name and mailing address | | $1,465.00

JANNUS LIVE
200 1ST AVE N STE 206
SAINT PETERSBURG, FL 33701-3335

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.176** | Nonpriority creditor's name and mailing address | | $140.00

JASMINE ENTERTAINMENT LLC
DBA COWBOY UP SALOON
702 EDWARDS DR
HARKER HEIGHTS, TX 76548

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | iHeartMedia Management Services, Inc. | Case number (if known) | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

### Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.177 | **Nonpriority creditor's name and mailing address** | | $256.00 |
|---|---|---|---|

INDIVIDUAL NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.178 | **Nonpriority creditor's name and mailing address** | | $3,640.00 |
|---|---|---|---|

JEFFERSON PERFORMING ARTS SOCIETY
1118 CLEARVIEW PKWY
METAIRIE, LA 70001

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.179 | **Nonpriority creditor's name and mailing address** | | $450.00 |
|---|---|---|---|

INDIVIDUAL NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.180 | **Nonpriority creditor's name and mailing address** | | $120.00 |
|---|---|---|---|

VENDOR NAME ON FILE 2018-559170
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.181 | **Nonpriority creditor's name and mailing address** | | $100.00 |
|---|---|---|---|

INDIVIDUAL NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 39 of 457 |
|---|---|---|

Debtor    iHeartMedia Management Services, Inc.                                    Case number *(if known)*    18-31301 (MI)
          Name

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.    **Amount of claim**
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.182 | Nonpriority creditor's name and mailing address | | $3.00 |
|---|---|---|---|

JEWELS BY SIMPSON
TRAVIS SIMPSON
3224 S BROADWAY ST 112
EDMOND, OK 73013

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.183 | Nonpriority creditor's name and mailing address | | $65.00 |
|---|---|---|---|

JF MEDIA LLC
1226 BERMUDA LAKES LN UNIT 307
KISSIMMEE, FL 34741

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.184 | Nonpriority creditor's name and mailing address | | $3,483.43 |
|---|---|---|---|

JL ELECTRIC
4113 WINDSOR DR
FARMINGTON, NM 87402

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.185 | Nonpriority creditor's name and mailing address | | $1,000.00 |
|---|---|---|---|

JOBE ENTERTAINMENT LLC
20701 N SCOTTSDALE RD STE 107-627
SCOTTSDALE, AZ 85255

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.186 | Nonpriority creditor's name and mailing address | | $182.00 |
|---|---|---|---|

INDIVIDUAL NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    Page 40 of 457

Debtor  iHeartMedia Management Services, Inc.
Name

Case number *(if known)*  18-31301 (MI)

**Part 2:   Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.187 | **Nonpriority creditor's name and mailing address** | | $5.00 |
|---|---|---|---|

INDIVIDUAL NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.188 | **Nonpriority creditor's name and mailing address** | | $2,000.00 |
|---|---|---|---|

JOHN WILLIAM POPE CIVITAS INST INC
100 S HARRINGTON ST
RALEIGH, NC 27603

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.189 | **Nonpriority creditor's name and mailing address** | | $360.00 |
|---|---|---|---|

JSR ADVERTISING
466 BRIDGEPORT AVE
SHELTON, CT 06484

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.190 | **Nonpriority creditor's name and mailing address** | | $320.00 |
|---|---|---|---|

KARISMATIC LLC
ATTN JASON HUNTER
22 LATHAM PARK
ELKINS PARK, PA 19027

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.191 | **Nonpriority creditor's name and mailing address** | | $1,000.00 |
|---|---|---|---|

VENDOR NAME ON FILE 2018-559243
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| Official Form 206E/F | Schedule E/F: Creditors Who Have Unsecured Claims | Page 41 of 457 |
|---|---|---|

| Debtor | iHeartMedia Management Services, Inc. | Case number *(if known)* | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.192** | **Nonpriority creditor's name and mailing address** | $2,916.67

KCAL FM
KCAL-FM KOLA-FM
ATTN JEFF PARKE
1940 ORANGE TREE LN STE 200
REDLANDS, CA 92374

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.193** | **Nonpriority creditor's name and mailing address** | $3,125.00

KD CABLE LTD
C/O KEN WILLIAMS
719 DOVE LN
GRAFORD, TX 76449

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.194** | **Nonpriority creditor's name and mailing address** | $13,722.83

KEZR-FM
ATTN: GENERAL MANAGER
190 PARK CENTER PLZ STE 200
SAN JOSE, CA 95113

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.195** | **Nonpriority creditor's name and mailing address** | $95.00

KIDS CAMPAIGN
3861 OCEAN DR
CORPUS CHRISTI, TX 78411-1255

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.196** | **Nonpriority creditor's name and mailing address** | $57.12

KIESUB ELECTRONICS INC
3185 S HIGHLAND STE 10
LAS VEGAS, NV 89109-1029

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 42 of 457

Debtor   iHeartMedia Management Services, Inc.
         Name

Case number (if known)   18-31301 (MI)

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.197 | Nonpriority creditor's name and mailing address | | $100.00 |

INDIVIDUAL NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Voided Checks

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | | $53.74 |

KIMMEL CORP
225 N SANDUSKY AVE
POB 96
UPPER SANDUSKY, OH 43351

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Voided Checks

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

| 3.199 | Nonpriority creditor's name and mailing address | | $53.74 |

KIMMEL CORPORATION
POB 98
UPPER SANDUSKY, OH 43351

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Voided Checks

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

| 3.200 | Nonpriority creditor's name and mailing address | | $800.00 |

KISSELL FIELD & TRANSPORTATION SERVICES
1596 COUNTY RD 109
CHEYENNE, WY 82009

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Voided Checks

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

| 3.201 | Nonpriority creditor's name and mailing address | | $8.00 |

KORN FERRY
2703 ABBOTTS GLEN PL NW
ACWORTH, GA 30101

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Voided Checks

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

| Debtor | iHeartMedia Management Services, Inc. | Case number (if known) | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.202 | Nonpriority creditor's name and mailing address | | $329.17 |
|---|---|---|---|

KRANZLER KINGSLEY COMMUNICATION LTD
DBA KK BOLD
POB 693
BISMARCK, ND 58502

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.203 | Nonpriority creditor's name and mailing address | | $100.00 |
|---|---|---|---|

INDIVIDUAL NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.204 | Nonpriority creditor's name and mailing address | | $1,072.38 |
|---|---|---|---|

LA GUARDIA COUNTYARD MARRIOTT
90-10 DITTMARS BLVD
EAST ELMHURST, NY 11369

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.205 | Nonpriority creditor's name and mailing address | | $500.00 |
|---|---|---|---|

INDIVIDUAL NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.206 | Nonpriority creditor's name and mailing address | | $400.00 |
|---|---|---|---|

LAKE CLOUD ENTERTAINMENT
ATTN AP DEPT
825 ROVER HWY
MOORESVILLE, NC 28117-9057

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| Official Form 206E/F | Schedule E/F: Creditors Who Have Unsecured Claims | Page 44 of 457 |
|---|---|---|

| Debtor | iHeartMedia Management Services, Inc. | Case number (if known) | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

<table>
<tr><td colspan="2">Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.</td><td>**Amount of claim**</td></tr>
</table>

**3.207** | **Nonpriority creditor's name and mailing address** | | $800.00

LEBANONS CAFE
1500 S CARROLLTON AVE
NEW ORLEANS, LA 70118

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.208** | **Nonpriority creditor's name and mailing address** | | $240.51

LEONARD TRUCK AND TRAILER
12800 LEONARD PKWY
NORTH JACKSON, OH 44451

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.209** | **Nonpriority creditor's name and mailing address** | | $56.10

LEWIS ADVERTISING
1050 COUNTRY CLUB RD
POB DRAWER L
ROCKY MOUNT, NC 27802

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.210** | **Nonpriority creditor's name and mailing address** | | $200.00

INDIVIDUAL NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.211** | **Nonpriority creditor's name and mailing address** | | $8.00

LINDYS DINER ON 4TH
431 N 4TH AVE
TUCSON, AZ 85705

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | iHeartMedia Management Services, Inc. | Case number (if known) | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

**Part 2: Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.212 | **Nonpriority creditor's name and mailing address** | | $8,704.56 |
|---|---|---|---|

LIST PARTNERS INC
3098 PIEDMONT RD NE STE 200
ATLANTA, GA 30305

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.213 | **Nonpriority creditor's name and mailing address** | | $149.50 |
|---|---|---|---|

LOYAL TERMITE & PEST CONTROL
ATTN NICK LUPIHI
2610 E PARHAM RD
RICHMOND, VA 23228-2932

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.214 | **Nonpriority creditor's name and mailing address** | | $465.00 |
|---|---|---|---|

LUCKY 88 INC
321 BENHAM AVE
BRIDGEPORT, CT 06604

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.215 | **Nonpriority creditor's name and mailing address** | | $15.00 |
|---|---|---|---|

LYCEUM SIX CINEMAS
7270 S BROADWAY
RED HOOK, NY 12571

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.216 | **Nonpriority creditor's name and mailing address** | | $460.00 |
|---|---|---|---|

MACON CHARTER ACADEMY INC
1314 WALNUT ST
MACON, GA 31201

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor _____iHeartMedia Management Services, Inc._____ Case number *(if known)* __18-31301 (MI)__
          Name

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.217 | Nonpriority creditor's name and mailing address | | $4,760.00 |
|---|---|---|---|

MAIN LINE FERTILITY CENTER
825 OLD LANCASTER RD #170
BRYN MAWR, PA 19010

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.218 | Nonpriority creditor's name and mailing address | | $625.00 |
|---|---|---|---|

MAIN STREET PROJECT LLC
50 N MAIN ST
WAYNESVILLE, NC 28786

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.219 | Nonpriority creditor's name and mailing address | | $1,194.00 |
|---|---|---|---|

MANHATTAN MINI STORAGE
POB 416345
BOSTON, MA 02241-6345

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.220 | Nonpriority creditor's name and mailing address | | $665.00 |
|---|---|---|---|

MANHEIM AUTO AUCTIONS
ATTN AP DEPT
7000 CENTRAL PKWY
ATLANTA, GA 30328

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.221 | Nonpriority creditor's name and mailing address | | $100.00 |
|---|---|---|---|

VENDOR NAME ON FILE 2018-302387
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | iHeartMedia Management Services, Inc. | Case number *(if known)* | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.222 | **Nonpriority creditor's name and mailing address** | | $100.00 |
|---|---|---|---|

INDIVIDUAL NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.223 | **Nonpriority creditor's name and mailing address** | | $594.04 |
|---|---|---|---|

MARTINELLI & ASSOCIATED
C/O EZ
2435 HWY 34
MANASQUAN, NJ 08736

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.224 | **Nonpriority creditor's name and mailing address** | | $11.00 |
|---|---|---|---|

MASTROILO LLC
DBA MALONEYS TAVERN
213 N 4TH AVE
TUCSON, AZ 85705

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.225 | **Nonpriority creditor's name and mailing address** | | $1,150.00 |
|---|---|---|---|

INDIVIDUAL NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.226 | **Nonpriority creditor's name and mailing address** | | $113.00 |
|---|---|---|---|

MCLANE FOODSERVICE INC
ATTN AP DEPT
2085 MIDWAY RD
CARROLLTON, TX 75006

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 48 of 457 |
|---|---|---|

Debtor   iHeartMedia Management Services, Inc.
_____
Name

Case number (if known)   18-31301 (MI)

## Part 2:   Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

| 3.227 | Nonpriority creditor's name and mailing address | | $70,591.20 |
|---|---|---|---|

MEDIA GENERAL
WYCW TV
250 INTERNATIONAL DR
SPARTANBURG, SC 29303

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.228 | Nonpriority creditor's name and mailing address | | $2,694.50 |
|---|---|---|---|

MEDIA MIX COMMUNICATIONS INC
4630 BAYARD PARK DR
EVANSVILLE, IN 47714

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.229 | Nonpriority creditor's name and mailing address | | $1,621.38 |
|---|---|---|---|

MEDIASMITH INCORPORATED
274 BRANNAN ST STE 601
SAN FRANCISCO, CA 94107

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.230 | Nonpriority creditor's name and mailing address | | $69,818.30 |
|---|---|---|---|

MEDIAVEST
1675 BROADWAY
NEW YORK, NY 10019

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.231 | Nonpriority creditor's name and mailing address | | $629.49 |
|---|---|---|---|

MEDIAVEST WORLDWIDE
27-01 QUEEN PLAZA N
LONG ISLAND CITY, NY 11101

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor ___iHeartMedia Management Services, Inc.___
        Name

Case number (if known) __18-31301 (MI)__

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.232**  **Nonpriority creditor's name and mailing address**                                    $49.00

MELISSAS SPECIALTY CAKES
200 JEFF DAVIS AVE STE 3
LONG BEACH, MS 39560

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.233**  **Nonpriority creditor's name and mailing address**                                    $1,000.00

VENDOR NAME ON FILE 2018-302624
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.234**  **Nonpriority creditor's name and mailing address**                                    $750.00

MEME VIDEO LTD
16 TIOMKIN ST
TEL AVIV 657-8317
ISRAEL

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.235**  **Nonpriority creditor's name and mailing address**                                    $211.22

MET PHOTO INC
1500 BROADWAY
NEW YORK, NY 10036

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.236**  **Nonpriority creditor's name and mailing address**                                    $867.71

METRO CASH REGISTER AMERICAN METRO
609 W COUNTY RD E
SHOREVIEW, MN 55126

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor  iHeartMedia Management Services, Inc.                          Case number (if known)  18-31301 (MI)
        Name

**Part 2:**   **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

|  |  | **Amount of claim** |
|---|---|---|

| 3.237 | Nonpriority creditor's name and mailing address | $250.00 |
|---|---|---|

METRO PARKS AND RECREATION
ATTN LISA KING SPECIAL EVENTS
POB 196340
NASHVILLE, TN 37219-6340

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Voided Checks

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

| 3.238 | Nonpriority creditor's name and mailing address | $34.55 |
|---|---|---|

INDIVIDUAL NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Voided Checks

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

| 3.239 | Nonpriority creditor's name and mailing address | $2,000.00 |
|---|---|---|

MID-WEST MANAGEMENT INC
730 RAYOVAC DR
MADISON, WI 53711

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Voided Checks

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

| 3.240 | Nonpriority creditor's name and mailing address | $1.70 |
|---|---|---|

INDIVIDUAL NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Voided Checks

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

| 3.241 | Nonpriority creditor's name and mailing address | $14.40 |
|---|---|---|

MMS AS PAYING COMPANY
27-01 QUEENS PLZ N
LONG ISLAND CITY, NY 11101

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Voided Checks

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          Page 51 of 457

Debtor    iHeartMedia Management Services, Inc.          Case number (if known)   18-31301 (MI)
        Name

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.242** | **Nonpriority creditor's name and mailing address** | $5,617.00

MOBS MARKETING LLC
3095 W 38TH AVE
DENVER, CO 80211

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.243** | **Nonpriority creditor's name and mailing address** | $140.00

MOSCATOS BELLA CUCINA
190 S GREENWOOD AVE
EASTON, PA 18042

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.244** | **Nonpriority creditor's name and mailing address** | $7,644.00

MT DIABLO GROUP INC
340 TOWNSEND ST 4TH FLOOR
SAN FRANCISCO, CA 94107

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.245** | **Nonpriority creditor's name and mailing address** | $8.00

MUSICAL ARTS CENTER
4626 WEDGEWOOD BLVD
FREDERICK, MD 21703

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.246** | **Nonpriority creditor's name and mailing address** | $180.00

MYLES RIVERA-FLAM
3100 PONTE MORINO DR STE 200
CAMERON PARK, CA 95682

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Official Form 206E/F      **Schedule E/F: Creditors Who Have Unsecured Claims**      Page 52 of 457

| Debtor | iHeartMedia Management Services, Inc. | Case number (if known) | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.247**   **Nonpriority creditor's name and mailing address**                         $4,320.32

NATIONAL GRID
POB 4710
SYRACUSE, NY 13221-4710

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.248**   **Nonpriority creditor's name and mailing address**                         $456.52

NATIONAL HERITAGE ACADEMIES
3850 BROADMOOR AVE SE STE 201
GRAND RAPIDS, MI 49512

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.249**   **Nonpriority creditor's name and mailing address**                         $20.00

NATIONAL MEDIA CONSULTANT
3124 AVIEMORE WAY
RICHFIELD, OH 44286

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.250**   **Nonpriority creditor's name and mailing address**                         $79.32

NCDMV
MECKLENBURG COUNTY TAX OFFICE
POB 36819
CHARLOTTE, NC 28236

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.251**   **Nonpriority creditor's name and mailing address**                         $102.13

NEW MEXICO BIG PRINTS
5659 JEFFERSON NE
ALBUQUERQUE, NM 87109

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Official Form 206E/F | Schedule E/F: Creditors Who Have Unsecured Claims | Page 53 of 457 |
|---|---|---|

Debtor ___iHeartMedia Management Services, Inc._____
      Name

Case number *(if known)* __18-31301 (MI)__

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.252 | **Nonpriority creditor's name and mailing address** | $15.00 |
|---|---|---|

NEXT LEVEL STUDIOS LLC
19907 LIVERPOOL DR #268
MACOMB, MI 48044

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.253 | **Nonpriority creditor's name and mailing address** | $4,500.00 |
|---|---|---|

NFL PARTNERS LLC
838 HOLLINGSWORTH RD
LAKELAND, FL 33801

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.254 | **Nonpriority creditor's name and mailing address** | $103.00 |
|---|---|---|

INDIVIDUAL NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.255 | **Nonpriority creditor's name and mailing address** | $100.00 |
|---|---|---|

NIKE INC
ATTN ABBY JENNINGS
550 N RUSH ST
CHICAGO, IL 60614

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.256 | **Nonpriority creditor's name and mailing address** | $104.74 |
|---|---|---|

NIMITZ FISH MARKET
1114 LUNALILO ST 7
HONOLULU, HI 96822

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 54 of 457 |
|---|---|---|

Debtor   iHeartMedia Management Services, Inc.
Name

Case number *(if known)*   18-31301 (MI)

**Part 2:    Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.257 | **Nonpriority creditor's name and mailing address** | | $250.00 |
|---|---|---|---|

NORCROSS SOFTBALL DIAMOND CLUB
NORCROSS HIGH SCHOOL SOFTBALL
5300 SPALDING DR
NORCROSS, GA 30092

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.258 | **Nonpriority creditor's name and mailing address** | | $3,699.40 |
|---|---|---|---|

NORTH STAR TECHNICAL SERVICES INC
POB 221992
HOLLYWOOD, FL 33022

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.259 | **Nonpriority creditor's name and mailing address** | | $12,938.71 |
|---|---|---|---|

NORTHEAST OHIO FULFILLMENT CENTER LLC
650 S PROSPECT AVE
HARTVILLE, OH 44632

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.260 | **Nonpriority creditor's name and mailing address** | | $10.00 |
|---|---|---|---|

NOTHING SHORT OF GLORY
1004 ARLINGTON ST
CLINTON, MS 39056

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.261 | **Nonpriority creditor's name and mailing address** | | $835.10 |
|---|---|---|---|

OCTAGON WORLDWIDE
472 THE NORTH CHACE
ATLANTA, GA 30328

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| Debtor | iHeartMedia Management Services, Inc. | Case number *(if known)* | 18-31301 (MI) |
|--------|----------------------------------------|---------------------------|---------------|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.262** | Nonpriority creditor's name and mailing address | $94.00

ODEON CONCERT CLUB LLC
1295 OLD RIVER RD
CLEVELAND, OH 44113

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Voided Checks

Date or dates debt was incurred

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.263** | Nonpriority creditor's name and mailing address | $155.41

OHIO GAS COMPANY
POB 49370
SAN JOSE, CA 95161-9370

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Voided Checks

Date or dates debt was incurred

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.264** | Nonpriority creditor's name and mailing address | $83.00

OLIVIA TUCSON LLC
3500 E SUNRISE DR
TUCSON, AZ 85718

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Voided Checks

Date or dates debt was incurred

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.265** | Nonpriority creditor's name and mailing address | $425.00

OMNIA AGENCY
115 HARRIS AVE
PROVIDENCE, RI 02903

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Voided Checks

Date or dates debt was incurred

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.266** | Nonpriority creditor's name and mailing address | $4.00

ONE TOWN PRODUCTIONS
5644 SYCAMORE RIDGE RD
MEMPHIS, TN 38134

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Voided Checks

Date or dates debt was incurred

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

| Official Form 206E/F | Schedule E/F: Creditors Who Have Unsecured Claims | Page 56 of 457 |
|---|---|---|

| Debtor | iHeartMedia Management Services, Inc. | Case number (if known) | 18-31301 (MI) |
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.267 | **Nonpriority creditor's name and mailing address** | | $102.00 |
|---|---|---|---|

ORION TRADING
POB 542035
OMAHA, NE 68154

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.268 | **Nonpriority creditor's name and mailing address** | | $80.00 |
|---|---|---|---|

OUTSIDE WORLD COLUMBUS LLC
1025 BROADWAY
COLUMBUS, GA 31901

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.269 | **Nonpriority creditor's name and mailing address** | | $917.76 |
|---|---|---|---|

PACIFIC RADIO ELECTRONICS
3031 THORNTON AVE
BURBANK, CA 91504

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.270 | **Nonpriority creditor's name and mailing address** | | $500.00 |
|---|---|---|---|

PALOMAR COMMUNICATIONS INC
2230 MICRO PL
ESCONDIDO, CA 92029

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.271 | **Nonpriority creditor's name and mailing address** | | $200.00 |
|---|---|---|---|

PARDY & RODRIGUEZ PA
OPERATING ACCOUNT
315 PARK LAKE CIR
ORLANDO, FL 32803-3923

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 57 of 457 |
|---|---|---|

Debtor     iHeartMedia Management Services, Inc.        Case number _(if known)_ _18-31301 (MI)_
       Name

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.272 | **Nonpriority creditor's name and mailing address** | $28.90 |
|---|---|---|

PATIENT ADVOCATE FOUNDATION
421 BUTLER FARM RD
HAMPTON, VA 23666

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.273 | **Nonpriority creditor's name and mailing address** | $1,500.00 |
|---|---|---|

PEACHTREE CITY
ATTN MARY CAMBURN
151 WILLOWBEND RD
PEACHTREE CITY, GA 30269

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.274 | **Nonpriority creditor's name and mailing address** | $151.96 |
|---|---|---|

PEPSI BEVERAGES COMPANY
355 BENTON ST
STRATFORD, CT 06615

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.275 | **Nonpriority creditor's name and mailing address** | $245.00 |
|---|---|---|

PERFECTIONS GENTLEMANS CLUB
6205 30TH AVE
WOODSIDE, NY 11377

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.276 | **Nonpriority creditor's name and mailing address** | $25.50 |
|---|---|---|

PHD
195 BROADWAY
NEW YORK, NY 10007

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | iHeartMedia Management Services, Inc. | | Case number *(if known)* | 18-31301 (MI) |
|---|---|---|---|---|
| | Name | | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.277** | **Nonpriority creditor's name and mailing address** | $971.92

PHD MEDIA LLC
220 E 42ND ST 7TH FL
NEW YORK, NY 10017-5806

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.278** | **Nonpriority creditor's name and mailing address** | $562.07

PIERCE 100 INC
4131 GUNN HWY
TAMPA, FL 33618

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.279** | **Nonpriority creditor's name and mailing address** | $5,500.00

PIONEER HI-BEND INTERNATIONAL INC
ATTN PAULA EASLEY
POB 257
JOHNSTON, IA 50131-0257

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.280** | **Nonpriority creditor's name and mailing address** | $2,548.00

PITTSBURGH STEELERS PREMIUM SEATS LP
PITTSBURGH STEELERS
POB 643203
PITTSBURGH, PA 15264-3203

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.281** | **Nonpriority creditor's name and mailing address** | $240.00

PRECISION PERSONNEL INC
ATTN AP DEPT
414 OAKNOOL DR
AMHERST, OH 44001

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor   iHeartMedia Management Services, Inc.
         _____
         Name

Case number (if known)   18-31301 (MI)

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.282**

**Nonpriority creditor's name and mailing address**                                     $190.00

PRODUCT DISTRIBUTION COMPANY
3925 PRODUCE RD
LOUISVILLE, KY 40218

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.283**

**Nonpriority creditor's name and mailing address**                                     $50.80

PROLAB GAMING
ATTN AP SEPT
9919 HAGEMAN RD STE 100
BAKERSFIELD, CA 93312

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.284**

**Nonpriority creditor's name and mailing address**                                     $10.00

PROTECT AMERICAS CONSUMERS
ATTN DANIEL CENTINELLO
1776 K ST NW
WASHINGTON, DC 20006-2304

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.285**

**Nonpriority creditor's name and mailing address**                                     $9.00

PSI MARKETING CONSULTANTS INC
3501 ALGONQUIN RD
ROLLING MEADOWS, IL 60008

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.286**

**Nonpriority creditor's name and mailing address**                                     $192.00

PSU LV THON
ATTN AP DEPT
3748 E VIEW DR
OREFIELD, PA 18069

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    Page 60 of 457

| Debtor | iHeartMedia Management Services, Inc. | | Case number *(if known)* | 18-31301 (MI) |
|---|---|---|---|---|
| | Name | | | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.287**  **Nonpriority creditor's name and mailing address**                                                    $575.00

PUEO TATTOO LLC
4993 RUSSELL PKWY STE 580
WARNER ROBINS, GA 31088

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.288**  **Nonpriority creditor's name and mailing address**                                                    $38.52

PYE-BARKER FIRE & SAFETY INC
POB 69
ROSWELL, GA 30077-0069

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.289**  **Nonpriority creditor's name and mailing address**                                                    $150.00

QUAKER STEAK & LUBE RESTAURANT
5800 INTERSTATE BLVD
AUSTINTOWN, OH 44515

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.290**  **Nonpriority creditor's name and mailing address**                                                    $75.00

RAPID DELIVERY SERVICE
POB 14511
BRADENTON, FL 34280

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.291**  **Nonpriority creditor's name and mailing address**                                                    $119.75

RATO & ERB LLC
C/O ERBELLIS
8744 E STATE RD 70 STE 301
BRADENTON, FL 34202-3720

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Official Form 206E/F                 Schedule E/F: Creditors Who Have Unsecured Claims                 Page 61 of 457

Debtor __iHeartMedia Management Services, Inc._____   Case number (if known) __18-31301 (MI)__
           Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.292**  **Nonpriority creditor's name and mailing address**                                                                 $2,932.50

RE RESOURCES ZENITH OPTIMEDIA
ATTN RITA PARRIZZI
27-01 QUEENS PLAZA N 3RD FL
LONG ISLAND CITY, NY 11101

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Voided Checks

Date or dates debt was incurred                       Is the claim subject to offset?
                                                       ☐ No
Last 4 digits of account number                       ☐ Yes

---

**3.293**  **Nonpriority creditor's name and mailing address**                                                                 $27.45

REECE PURCELL
CARNIVAL BEATS
5729 SMOKERANCH RD
LAS VEGAS, NV 89108

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Voided Checks

Date or dates debt was incurred                       Is the claim subject to offset?
                                                       ☐ No
Last 4 digits of account number                       ☐ Yes

---

**3.294**  **Nonpriority creditor's name and mailing address**                                                                 $15,000.00

REFINERY ROOFTOP
54 W 40TH ST OFFICE 919
NEW YORK, NY 10018

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Voided Checks

Date or dates debt was incurred                       Is the claim subject to offset?
                                                       ☐ No
Last 4 digits of account number                       ☐ Yes

---

**3.295**  **Nonpriority creditor's name and mailing address**                                                                 $147.00

REVOLUTION
600 W CHICAGO STE 220
CHICAGO, IL 60654

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Voided Checks

Date or dates debt was incurred                       Is the claim subject to offset?
                                                       ☐ No
Last 4 digits of account number                       ☐ Yes

---

**3.296**  **Nonpriority creditor's name and mailing address**                                                                 $140.00

RICHLAND COMMUNITY COMPLEX
11685 CR 350
SIDNEY, MT 59270

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Voided Checks

Date or dates debt was incurred                       Is the claim subject to offset?
                                                       ☐ No
Last 4 digits of account number                       ☐ Yes

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    Page 62 of 457

Debtor    iHeartMedia Management Services, Inc.                          Case number *(if known)*   18-31301 (MI)
          Name

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | Amount of claim
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.297 | **Nonpriority creditor's name and mailing address** | | $1,442.44 |
|---|---|---|---|

RIGHT STRATEGIES LLC
3176 SUMMIT SQUARE DR APT B10
OAKTON, VA 22124-2877

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.298 | **Nonpriority creditor's name and mailing address** | | $2,250.00 |
|---|---|---|---|

RNC MEDIA INC
ATTN FINANCE DEPARTMENT
171-A RUE JEAN-PROULX
GATINEAU, QC J8Z 1W5
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.299 | **Nonpriority creditor's name and mailing address** | | $522.00 |
|---|---|---|---|

INDIVIDUAL NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.300 | **Nonpriority creditor's name and mailing address** | | $10,000.00 |
|---|---|---|---|

RONALD MCDONALD HOUSE CHARITIES OF SO CA
9777 MISSION BLVD 5
RIVERSIDE, CA 92509

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.301 | **Nonpriority creditor's name and mailing address** | | $3,852.00 |
|---|---|---|---|

ROTTWEILER CLEANING SERVICE INC
8030 TIMBERLANE DR
TAMPA, FL 33615

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor   iHeartMedia Management Services, Inc.                     Case number *(if known)*   18-31301 (MI)
         Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.302** | **Nonpriority creditor's name and mailing address** | $182.50

RUMBA TROPICAL ISLAND BAY
2715 PATRICIAN CIR
KISSIMMEE, FL 34746

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.303** | **Nonpriority creditor's name and mailing address** | $1,575.00

SALEM RADIO PROPERTIES
ATTN BETH TUASON
4880 SANTA ROSA RD STE 300
CAMARILLO, CA 93012

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.304** | **Nonpriority creditor's name and mailing address** | $20.00

SAMS CLUB WEST JORDAN
7571 S 3800 W
WEST JORDAN, UT 84084-4319

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.305** | **Nonpriority creditor's name and mailing address** | $200.00

SAMSUNG
3245 146TH PL
BELLEVUE, WA 98007

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.306** | **Nonpriority creditor's name and mailing address** | $334.25

SANDERS WINGO ADVERTISING INC
221 N KANSAS ST STE 900
EL PASO, TX 79901

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor   iHeartMedia Management Services, Inc.          Case number *(if known)*   18-31301 (MI)
         Name

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.307 | **Nonpriority creditor's name and mailing address** | | $798.95 |
|---|---|---|---|

SANTA FE MAZDA VOLVO SUZUKI
2704 CERRILLOS RD
SANTA FE, NM 87507

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.308 | **Nonpriority creditor's name and mailing address** | | $350.00 |
|---|---|---|---|

VENDOR NAME ON FILE 2018-302997
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.309 | **Nonpriority creditor's name and mailing address** | | $100.00 |
|---|---|---|---|

INDIVIDUAL NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.310 | **Nonpriority creditor's name and mailing address** | | $500.00 |
|---|---|---|---|

VENDOR NAME ON FILE 2018-140586
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.311 | **Nonpriority creditor's name and mailing address** | | $8,000.00 |
|---|---|---|---|

SENIOR ROAD TOWER GROUP
POB 807
MISSOURI CITY, TX 77459

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 65 of 457 |
|---|---|---|

| Debtor | iHeartMedia Management Services, Inc. | Case number (if known) | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.312 | **Nonpriority creditor's name and mailing address** | | $13,121.60 |
|---|---|---|---|

SHARP ADVERTISING
1855 E SOUTHERN AVE STE 210
MESA, AZ 85204

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.313 | **Nonpriority creditor's name and mailing address** | | $20.00 |
|---|---|---|---|

SHIFT PROPERTY MANAGEMENT LLC
100 GRANDVILLE AVE SW 301
GRAND RAPIDS, MI 49503

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.314 | **Nonpriority creditor's name and mailing address** | | $6.80 |
|---|---|---|---|

SIERRA WEST ADVERTISING
1417 CROSBY DR
FORT WASHINGTON, PA 19034

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.315 | **Nonpriority creditor's name and mailing address** | | $20.00 |
|---|---|---|---|

SIN STUDIO TATTOO
645 ABBE RD S
ELYRIA, OH 44035

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.316 | **Nonpriority creditor's name and mailing address** | | $125.00 |
|---|---|---|---|

SISTER TRADE CONSIGNMENT
POB 4373
COLUMBUS, GA 31914-0373

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 66 of 457 |
|---|---|---|

| Debtor | iHeartMedia Management Services, Inc. | Case number (if known) | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.317 | Nonpriority creditor's name and mailing address | | $2,520.00 |
|---|---|---|---|

SJB SIMPLECAR GROUP LLC
ATTN AP DEPT
615 N GENERAL BRUCE DR
TEMPLE, TX 76504

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.318 | Nonpriority creditor's name and mailing address | | $1,186.16 |
|---|---|---|---|

SMG-TULSA LLC
2448 E 81ST ST STE 5500
TULSA, OK 74137

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.319 | Nonpriority creditor's name and mailing address | | $220.55 |
|---|---|---|---|

SOCALGAS
POB C
MONTEREY PARK, CA 91756-5111

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.320 | Nonpriority creditor's name and mailing address | | $8.00 |
|---|---|---|---|

INDIVIDUAL NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.321 | Nonpriority creditor's name and mailing address | | $500.00 |
|---|---|---|---|

SONY PICTURES ENTERTAINMENT
10202 W WASHINGTON BLVD
CULVER CITY, CA 90232

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 67 of 457 |
|---|---|---|

| Debtor | iHeartMedia Management Services, Inc. | Case number (if known) | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.322** Nonpriority creditor's name and mailing address $2.00

SOUL CENTRAL MAGAZINE
20 VINCENT ROAD WOOD GREEN
LONDON N22 6NY
UNITED KINGDOM

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.323** Nonpriority creditor's name and mailing address $750.00

SOUTHERN CITY BAND
513 WASHINGTON ST UNIT 1
BRIGHTON, MA 02135

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.324** Nonpriority creditor's name and mailing address $40.00

SOUTHERN ILLINOIS UNIVERSITY CARBONDALE
ATTN KRISTY BEIGHTS
1220 DOUGLAS DR
CARBONDALE, IL 62901

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.325** Nonpriority creditor's name and mailing address $387.50

SPARK COMMUNICATIONS
222 MERCHANDISE MART PLAZA, STE 550
CHICAGO, IL 60654

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.326** Nonpriority creditor's name and mailing address $142.80

SPONSORSHIP SOLUTIONS
902 RAYMOND AVE
OAKDALE, PA 15071

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 68 of 457 |

Debtor   iHeartMedia Management Services, Inc.                     Case number (if known)   18-31301 (MI)
         Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | **Amount of claim**
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.327 | **Nonpriority creditor's name and mailing address** | | $299.20 |

SPORTS MEDIA
ATTN LARRY SIEGEL
10685 HAZELHURST DR 17603
HOUSTON, TX 77043

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.328 | **Nonpriority creditor's name and mailing address** | | $32.99 |

SPOTLIGHT MEDIA INTERNATIONAL
6303 OWENSMOUTH AVE STE 1000
WOODLAND HILLS, CA 91367

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.329 | **Nonpriority creditor's name and mailing address** | | $7,685.00 |

SPRING INC
ATTN AP
41 E 11TH ST STE 17
NEW YORK, NY 10003

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.330 | **Nonpriority creditor's name and mailing address** | | $563.64 |

INDIVIDUAL NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.331 | **Nonpriority creditor's name and mailing address** | | $60.11 |

STARCOM
ATTN JEFFREY GRUBSTEIN
27-01 QUEENS PLZ N
LONG ISLAND, NY 11101

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    iHeartMedia Management Services, Inc.              Case number *(if known)*   18-31301 (MI)
        Name

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

| 3.332 | **Nonpriority creditor's name and mailing address** | $3,342.00 |
| --- | --- | --- |

STATE OF DELAWARE
BUREAU OF ABANDONED PROPERTY
PO BOX 8931
WILMINGTON, DE 19899

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.333 | **Nonpriority creditor's name and mailing address** | $139.50 |
| --- | --- | --- |

INDIVIDUAL NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.334 | **Nonpriority creditor's name and mailing address** | $599.00 |
| --- | --- | --- |

LISTENER NAME ON FILE 2018-135571
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.335 | **Nonpriority creditor's name and mailing address** | $500.00 |
| --- | --- | --- |

STEVE AMARAL DESIGN
4708 S LAND PARK DR
SACRAMENTO, CA 95822

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.336 | **Nonpriority creditor's name and mailing address** | $11.00 |
| --- | --- | --- |

STICKER SHOCK SIGNS
4023 E SPRAGUE AVE
SPOKANE, WA 99202

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor     iHeartMedia Management Services, Inc.           Case number *(if known)*   18-31301 (MI)
        Name

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.337** | **Nonpriority creditor's name and mailing address** | $51.00

STRATEGIC MEDIA SERVICES INC
1911 FORT MYER DR STE 400
ALEXANDRIA, VA 22209

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.338** | **Nonpriority creditor's name and mailing address** | $180.75

STRATEGIES 360
1505 WESTLAKE AVE N STE1000
SEATTLE, WA 98109

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.339** | **Nonpriority creditor's name and mailing address** | $1,000.00

INDIVIDUAL NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.340** | **Nonpriority creditor's name and mailing address** | $500.00

SUNNYSIDE HIGH SCHOOL
ATTN RICKY TORRES
1725 E BILBY RD
TUCSON, AZ 85707

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.341** | **Nonpriority creditor's name and mailing address** | $2,350.00

SUPERPUMPER INC
CORPORATE HEADQUARTERS
POB 1847
MINOT, ND 58702-1847

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | iHeartMedia Management Services, Inc. | Case number (if known) | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.342** | **Nonpriority creditor's name and mailing address** | $200.01

TAMPA ELECTRIC
TECO
POB 31318
TAMPA, FL 33631-3318

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.343** | **Nonpriority creditor's name and mailing address** | $8,697.00

TANDUM LLC
3212 WEST END AVE STE 401
NASHVILLE, TN 37203

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.344** | **Nonpriority creditor's name and mailing address** | $70.00

TAYLOR BOY RECORDS & ENTERTAINMENT
803 BROADACRE AVE
CLAWSON, MI 48017

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.345** | **Nonpriority creditor's name and mailing address** | $45.00

TC PRODUCTIONS
256 AVENUE B
PORT SAINT JOE, FL 32456-1508

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.346** | **Nonpriority creditor's name and mailing address** | $236.00

TC PROPERTIES AND DEVELOPMENT INC
ATTN AP DEPT
31 S REAL RD
BAKERSFIELD, CA 93309

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor   iHeartMedia Management Services, Inc.
_____
         Name

Case number (if known)   18-31301 (MI)

**Part 2:**   **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | |
|---|---|
| 3.347 | **Nonpriority creditor's name and mailing address** |

$839.12

TERRY LEE MCBROOM
CHERI MATYK
320 16TH AVE
INDIAN ROCKS BEACH, FL 33785

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| | |
|---|---|
| 3.348 | **Nonpriority creditor's name and mailing address** |

$75.00

TEXAS GAME WARDEN ASSOCIATION INC
ATTN AP DEPT
4367 FM 1047
HAMILTON, TX 76531

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| | |
|---|---|
| 3.349 | **Nonpriority creditor's name and mailing address** |

$150.00

THAI TOPAZ II LLC
ATTN SOMJIRA NAMARSA
2177-A NW MILITARY HWY
SAN ANTONIO, TX 78213

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| | |
|---|---|
| 3.350 | **Nonpriority creditor's name and mailing address** |

$39.00

THE BACKYARD - BOYNTON BEACH
POB 1340
BOYNTON BEACH, FL 33435

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| | |
|---|---|
| 3.351 | **Nonpriority creditor's name and mailing address** |

$17.00

THE DANCE ACADEMY OF CEDAR RAPIDS
ATTN AP
4840 ARMAR DR SE
CEDAR RAPIDS, IA 52403

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    Page 73 of 457

| Debtor | iHeartMedia Management Services, Inc. | Case number (if known) | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.352 | **Nonpriority creditor's name and mailing address** | | $400.00 |
|---|---|---|---|

THE FAMILY
5116 CITATION DR
RACINE, WI 53402

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.353 | **Nonpriority creditor's name and mailing address** | | $525.00 |
|---|---|---|---|

THE MCCONNELL GROUP
POB 156
LAKE LURE, NC 28746

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.354 | **Nonpriority creditor's name and mailing address** | | $90.00 |
|---|---|---|---|

THE NUMBER ONE FAST FOOD LLC
5425 SHELDON RD
TAMPA, FL 33615

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.355 | **Nonpriority creditor's name and mailing address** | | $1,543.00 |
|---|---|---|---|

THE REEF OF MYRTLE BEACH
2101 S OCEAN BLVD
MYRTLE BEACH, SC 29577

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.356 | **Nonpriority creditor's name and mailing address** | | $216.00 |
|---|---|---|---|

THE STONE HOUSE 343 PINE LLC
343 PINE ST STE 2
WILLIAMSPORT, PA 17701-6209

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | iHeartMedia Management Services, Inc. | Case number (if known) | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.357 | **Nonpriority creditor's name and mailing address** | | $868.42 |
|---|---|---|---|

THE TOMBRAS GROUP
POB 15151
KNOXVILLE, TN 37901-5151

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.358 | **Nonpriority creditor's name and mailing address** | | $418.39 |
|---|---|---|---|

THE UPS STORE
5692
2009 W BROADWAY AVE #400
FOREST LAKE, MN 55025

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.359 | **Nonpriority creditor's name and mailing address** | | $1,250.00 |
|---|---|---|---|

INDIVIDUAL NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.360 | **Nonpriority creditor's name and mailing address** | | $720.00 |
|---|---|---|---|

TIERNEY & PARTNERS OMAHA
POB 542001
OMAHA, NE 68154

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.361 | **Nonpriority creditor's name and mailing address** | | $17.00 |
|---|---|---|---|

TIFFANIS BOUTIQUE
C/O THE JOSEPH AGENCY
5 BURGEE CT
COLUMBIA, SC 29229

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 75 of 457 |
|---|---|---|

Debtor    iHeartMedia Management Services, Inc.
          _____
          Name

Case number *(if known)*    18-31301 (MI)

### Part 2:   Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

| 3.362 | Nonpriority creditor's name and mailing address | | $1,236.81 |
|---|---|---|---|

TOSHIBA FINANCIAL SERVICES
POB 790448
SAINT LOUIS, MO 63179-0448

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.363 | Nonpriority creditor's name and mailing address | | $4.00 |
|---|---|---|---|

TOWN OF NEW PALTZ
COMMUNITY PARTNERSHIP
POB 550 1 VETERANS DR
NEW PALTZ, NY 12561-0050

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.364 | Nonpriority creditor's name and mailing address | | $104.70 |
|---|---|---|---|

TOYOTA OF BROOKHAVEN
890 BROOKWAY BLVD
BROOKHAVEN, MS 39601

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.365 | Nonpriority creditor's name and mailing address | | $274.00 |
|---|---|---|---|

VENDOR NAME ON FILE 2018-135376
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.366 | Nonpriority creditor's name and mailing address | | $2,329.02 |
|---|---|---|---|

TREIBLE OFFICE PRODUCTS
2743 CASTRO VALLEY BLVD
CASTRO VALLEY, CA 94546

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Official Form 206E/F | Schedule E/F: Creditors Who Have Unsecured Claims | Page 76 of 457 |
|---|---|---|

Debtor  iHeartMedia Management Services, Inc.
_____
       Name

Case number (if known)  18-31301 (MI)

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.367** | **Nonpriority creditor's name and mailing address** | $10.00

TRUE TATTOO LLC
ATTN SCOTT CALCATERRA
6112 JAHNKE RD
RICHMOND, VA 23225

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.368** | **Nonpriority creditor's name and mailing address** | $2,520.00

TSG MUSIC INC
FSO THE GLORIOUS SONS
745 BURNETT ST
KINGSTON, ON K7M 5W2
CANADA

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.369** | **Nonpriority creditor's name and mailing address** | $740.00

TTR ENTERPRISES INC
DBA AIR SERVICES/ALL SERVICES PLUMBING
1617 E GRAND
SPRINGFIELD, MO 65804

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.370** | **Nonpriority creditor's name and mailing address** | $10.00

TWELVE OAKS MALL
DBA TWELVE OAKS - ATTN AP DEPT
27500 NOVI RD
NOVI, MI 48377

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.371** | **Nonpriority creditor's name and mailing address** | $143.05

UGI UTILITIES INC
POB 15503
WILMINGTON, DE 19886-5503

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 77 of 457

| Debtor | iHeartMedia Management Services, Inc. | | Case number (if known) | 18-31301 (MI) |
|---|---|---|---|---|
| | Name | | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.372** | **Nonpriority creditor's name and mailing address** | $3,800.00

ULTIMATE VACATIONS
650 IWILEI RD STE 400
HONOLULU, HI 96817

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.373** | **Nonpriority creditor's name and mailing address** | $1,500.00

TALENT NAME ON FILE 2018-144102
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.374** | **Nonpriority creditor's name and mailing address** | $136.26

UNIFIRST HOLDINGS INC
1514 FAIR PARK BLVD
HARLINGEN, TX 78550

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.375** | **Nonpriority creditor's name and mailing address** | $120.00

UNITED BANK
401 S SANDUSKY AVE
BUCYRUS, OH 44820

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.376** | **Nonpriority creditor's name and mailing address** | $2,500.00

UNIVERSAL MUSIC GROUP
PB 32152
CHICAGO, IL 60693-0321

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 78 of 457

| Debtor | iHeartMedia Management Services, Inc. | Case number (if known) | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.377 | **Nonpriority creditor's name and mailing address** | | $42.00 |
|---|---|---|---|

UNIVERSITY OF ALASKA
3211 PROVIDENCE DR ISB 101E
ANCHORAGE, AK 99508

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.378 | **Nonpriority creditor's name and mailing address** | | $2,050.00 |
|---|---|---|---|

UNIVERSITY OF SOUTH FLORIDA
5355 MEDPACE WAY
CINCINNATI, OH 45227

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.379 | **Nonpriority creditor's name and mailing address** | | $5.00 |
|---|---|---|---|

UTAH VALLEY GUN SHOW
1650 N 1250 W
PROVO, UT 84604

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.380 | **Nonpriority creditor's name and mailing address** | | $5,920.00 |
|---|---|---|---|

VANGUARD EMERGENCY MANAGEMENT
188 BROOKE RD STE 300
WINCHESTER, VA 22603-5798

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.381 | **Nonpriority creditor's name and mailing address** | | $15.00 |
|---|---|---|---|

VAPORS DREAM LLC
38 S STATE ST
GIRARD, OH 44420-2907

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor ___iHeartMedia Management Services, Inc._____   Case number *(if known)* ___18-31301 (MI)___
               Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

| 3.382 | **Nonpriority creditor's name and mailing address** | $174.00 |

VIABILITY INC
5 FRANKLIN ST
NORTHAMPTON, MA 01060

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.383 | **Nonpriority creditor's name and mailing address** | $14,875.00 |

TALENT NAME ON FILE 2018-124503
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.384 | **Nonpriority creditor's name and mailing address** | $2,255.11 |

VICTORY AUTO BODY & PAINT INC
4220 W MAGNOLIA BLVD
BURBANK, CA 91505

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.385 | **Nonpriority creditor's name and mailing address** | $202.30 |

VIDA RAE SMITH
304 BROAD ST
DERIDDER, LA 70634-3840

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.386 | **Nonpriority creditor's name and mailing address** | $32.00 |

VIDA SUPER
ATTN FREDERICO GONZALEZ
2750 OCEAN CLUB BLVD APT 206
HOLLYWOOD, FL 33019

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 80 of 457

| Debtor | iHeartMedia Management Services, Inc. | Case number (if known) | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.387** | **Nonpriority creditor's name and mailing address** | $369.00

VIRGINIA STATE
12132 PERCIVAL ST
CHESTER, VA 23831-4739

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.388** | **Nonpriority creditor's name and mailing address** | $34,112.57

VOICES INC
3550 WILSHIRE BLVD #916
LOS ANGELES, CA 90010

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.389** | **Nonpriority creditor's name and mailing address** | $31.41

WAKA KICKBALL
1359 W BARRY AVE
CHICAGO, IL 60657

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.390** | **Nonpriority creditor's name and mailing address** | $7.23

WASTE CONNECTIONS OF FLORIDA
POB 5278
CAROL STREAM, IL 60197-5278

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.391** | **Nonpriority creditor's name and mailing address** | $110.00

WATCHDOG PAC
ATTN JASON REDMOND
POB 52663
NEW ORLEANS, LA 70152

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 81 of 457

Debtor     iHeartMedia Management Services, Inc.
           Name

Case number *(if known)*   18-31301 (MI)

## Part 2:   Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

### 3.392  Nonpriority creditor's name and mailing address — $85.95

WATER REVENUE BUREAU
CITY OF PHILADELPHIA-DEPT OF REVENUE
POB 41496
PHILADELPHIA, PA 19101-1496

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

### 3.393  Nonpriority creditor's name and mailing address — $384.20

WEBER ADVERTISING & MARKETING INC
ATTN AP DEPT
633 JANET AVE
LANCASTER, PA 17601

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

### 3.394  Nonpriority creditor's name and mailing address — $150.00

WEBER SHANDWICK
600 BATTERY ST
SAN FRANCISCO, CA 94111

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

### 3.395  Nonpriority creditor's name and mailing address — $36.00

WEST CORPORATION
ATTN AP DEPT
1015 BELVIDERE ST
EL PASO, TX 79912

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

### 3.396  Nonpriority creditor's name and mailing address — $148.00

WHIZZYBABY ENTERTAINMENT
5343 CHARLOTTE AVE
NASHVILLE, TN 37209

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | iHeartMedia Management Services, Inc. | Case number (if known) | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.397 | **Nonpriority creditor's name and mailing address** | | $24,000.00 |
|---|---|---|---|

WHOLE FOODS MARKET
ATTN MELISSA TRAVERSE
250 FOREST ST
MARLBOROUGH, MA 01752

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.398 | **Nonpriority creditor's name and mailing address** | | $40.00 |
|---|---|---|---|

WICKED WAYS TATTOO
C/O CHRIS MILLER
4407 LOVERS LN NE
COMSTOCK PARK, MI 49321

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.399 | **Nonpriority creditor's name and mailing address** | | $100.00 |
|---|---|---|---|

WILD WOLF BREWING CO
2461 ROCKFISH VALLEY HWY
NELLYSFORD, VA 22958

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.400 | **Nonpriority creditor's name and mailing address** | | $345.00 |
|---|---|---|---|

WILTSHIRE FOR TROY
112 ARCADIA AVE
ALBANY, NY 12203

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.401 | **Nonpriority creditor's name and mailing address** | | $16.00 |
|---|---|---|---|

WITTY ENTERTAINMENT
314 TROUBADOUR DR
NORTHFIELD, OH 44067

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 83 of 457 |
|---|---|---|

| Debtor | iHeartMedia Management Services, Inc. | Case number *(if known)* | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.402 | **Nonpriority creditor's name and mailing address** | | $5,778.91 |
|---|---|---|---|

WKNR-AM
ATTN: SAM PINES
1301 E 9TH ST STE 252
CLEVELAND, OH 44114-1800

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.403 | **Nonpriority creditor's name and mailing address** | | $13,333.33 |
|---|---|---|---|

WKXW-FM
ATTN: GENERAL MANAGER
109 WATERS AVE.
TRENTON, NJ 08618

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.404 | **Nonpriority creditor's name and mailing address** | | $15,000.00 |
|---|---|---|---|

WORDEN SUMMIT LLC
POB 10660
ROCHESTER, NY 14610

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.405 | **Nonpriority creditor's name and mailing address** | | $1,275.50 |
|---|---|---|---|

WTRF TV
201 HUMBOLDT ST
ROCHESTER, NY 14610

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.406 | **Nonpriority creditor's name and mailing address** | | $138.45 |
|---|---|---|---|

WYCW TV
250 INTERNATIONAL DR
SPARTANBURG, SC 29303

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 84 of 457 |
|---|---|---|

| Debtor | iHeartMedia Management Services, Inc. | Case number (if known) | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.407**   **Nonpriority creditor's name and mailing address**                                                 $48.00

XTC CABARET
3501 ANDTREE BLVD
AUSTIN, TX 78724-2503

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.408**   **Nonpriority creditor's name and mailing address**                                                 $100.00

YEAR UP INC
93 SUMMER ST 5TH FL
BOSTON, MA 02110

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.409**   **Nonpriority creditor's name and mailing address**                                                 $513.62

YORK ENVIRONMENTAL SYSTEMS
35 CIDER HILL RD
YORK, ME 03909

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.410**   **Nonpriority creditor's name and mailing address**                                                 $13.95

ZENITH
C/O RESOURCES - ATTN KIRL DUVIVIER
27-01 QUEENS PLAZA N
LONG ISLAND CITY, NY 11101-4020

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.411**   **Nonpriority creditor's name and mailing address**                                                 $573.75

ZIMMERMAN ADVERTISING INC
600 N ANDREWS AVE
FORT LAUDERDALE, FL 33309

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Voided Checks

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    Page 85 of 457

| Debtor | iHeartMedia Management Services, Inc. | Case number (if known) | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.412**    **Nonpriority creditor's name and mailing address**            $519.35

1345 GARAGE
C/O FISHER BROS MGMT
299 PARK AVE
NEW YORK, NY 10171

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: Accrued Payable

Date or dates debt was incurred

Is the claim subject to offset?
☐ No
Last 4 digits of account number      ☐ Yes

---

**3.413**    **Nonpriority creditor's name and mailing address**            $20.00

1ON1 ENTERTAINMENT

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Client Refund

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
Last 4 digits of account number      ☐ Yes

---

**3.414**    **Nonpriority creditor's name and mailing address**            $4,960.28

2 LIGHTS MEDIA
26 THOMAS DR
WESTBROOK, ME 04092

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Client Refund

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
Last 4 digits of account number      ☐ Yes

---

**3.415**    **Nonpriority creditor's name and mailing address**            $1,500.00

254 CAPITAL GROUP LLC
3321 FRANKLIN AVE
WACO, TX 76710

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Client Refund

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
Last 4 digits of account number      ☐ Yes

---

**3.416**    **Nonpriority creditor's name and mailing address**            $1,360.00

26 DOT TWO LLC

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Client Refund

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
Last 4 digits of account number      ☐ Yes

---

| Debtor | iHeartMedia Management Services, Inc. | Case number (if known) | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

**Part 2:   Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.417**  **Nonpriority creditor's name and mailing address**  $1,623.65

365 SERVICES LLC
PO BOX 59715
LOS ANGELES, CA 90074-9715

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.418**  **Nonpriority creditor's name and mailing address**  $1,078.23

3CLOGIC
9201 CORPORATE BLVD STE 470
ROCKVILLE, MD 20850

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.419**  **Nonpriority creditor's name and mailing address**  $575.00

496720 BC LTD
58A THERESA AVE
CAPE TOWN, TX 78209

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.420**  **Nonpriority creditor's name and mailing address**  $632.14

4WALL LIGHTING ENTERTAINMENT
5435 W SAN FERNANDO RD
LOS ANGELES, CA 90039

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.421**  **Nonpriority creditor's name and mailing address**  $1,223.38

542 ENTERTAINMENT INC

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | iHeartMedia Management Services, Inc. | Case number (if known) | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.422 | **Nonpriority creditor's name and mailing address** | | $30.00 |
|---|---|---|---|

700 COLUMBUS INVESTMENTS LLC

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.423 | **Nonpriority creditor's name and mailing address** | | $667.76 |
|---|---|---|---|

84-86 WHITE STREET LLC
C/O WALLACK MANAGEMENT
POB 366
EMERSON, NJ 07630

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.424 | **Nonpriority creditor's name and mailing address** | | $536.00 |
|---|---|---|---|

9 BAR/ THE COMPLEX

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.425 | **Nonpriority creditor's name and mailing address** | | $3,732.50 |
|---|---|---|---|

A BETTER BAIL BOND DT
1416 WASHINGTON AVE
HOUSTON, TX 77002

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.426 | **Nonpriority creditor's name and mailing address** | | $2,100.00 |
|---|---|---|---|

A PLACE LIKE HOME II

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 88 of 457 |
|---|---|---|

| Debtor | iHeartMedia Management Services, Inc. | Case number (if known) | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.427 | **Nonpriority creditor's name and mailing address** | | $2,372.00 |
|---|---|---|---|

A POWERS ENTERPRISES LLC
3977 LAKE STAR DR
LEAGUE CITY, TX 77573

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.428 | **Nonpriority creditor's name and mailing address** | | $1,321.53 |
|---|---|---|---|

ABBYS PLACE FOR WOMEN

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.429 | **Nonpriority creditor's name and mailing address** | | $1,523.56 |
|---|---|---|---|

ABC PHONES OF NORTH CAROLINA INC
775 PRAIRIE CTR DR STE 420
EDEN PRAIRIE, MN 55344

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.430 | **Nonpriority creditor's name and mailing address** | | $499.01 |
|---|---|---|---|

ABCO PEERLESS FIRE SUPPRESSION
50 MIDLAND AVE
HICKSVILLE, NY 11801

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.431 | **Nonpriority creditor's name and mailing address** | | $7,788.38 |
|---|---|---|---|

ABELCINE
609 GREENWICH ST
NEW YORK, NY 10014

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | iHeartMedia Management Services, Inc. | Case number *(if known)* | 18-31301 (MI) |
| --- | --- | --- | --- |
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.432**

**Nonpriority creditor's name and mailing address**                                                    $9,916.69

ABELCINE GROUP LA
801 S MAIN ST
BURBANK, CA 91506

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.433**

**Nonpriority creditor's name and mailing address**                                                    $1,100.00

ABINGTON REPRODUCTIVE MEDICINE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.434**

**Nonpriority creditor's name and mailing address**                                                    $10,000.00

ABX
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.435**

**Nonpriority creditor's name and mailing address**                                                    $5,200.00

ACADEMICA MANAGEMENT LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.436**

**Nonpriority creditor's name and mailing address**                                                    $2,294.10

ACC BUSINESS
POB 105306
ATLANTA, GA 30348-5306

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor  iHeartMedia Management Services, Inc.  Case number *(if known)*  18-31301 (MI)
Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.437**

**Nonpriority creditor's name and mailing address**                                     $1,342.79

ACCENT FOOD SERVICES
16209 CENTRAL COMMERCE DR
PFLUGERVILLE, TX 78660

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.438**

**Nonpriority creditor's name and mailing address**                                     $115,500.00

ACCENTURE LLP
161 N CLARK ST
CHICAGO, IL 60601

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.439**

**Nonpriority creditor's name and mailing address**                                     $2,606.29

ACCESS POINT INC
POB 382828
PITTSBURGH, PA 15251

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.440**

**Nonpriority creditor's name and mailing address**                                     $4,720.00

ACCOUNTS PAYABLE MMI AGENCY
1712 PEASE ST
HOUSTON, TX 77003

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.441**

**Nonpriority creditor's name and mailing address**                                     $1,276.00

ACCU CHEK ROCHE DIABETES CARE
9115 HAGUE RD
INDIANAPOLIS, IN 46256

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    Page 91 of 457

| Debtor | iHeartMedia Management Services, Inc. | Case number (if known) | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.442**

**Nonpriority creditor's name and mailing address**                                    $6,015.79

ACCUSOFT CORPORATION
4001 N RIVERSIDE DR
TAMPA, FL 33603

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.443**

**Nonpriority creditor's name and mailing address**                                    $4,262.00

ACCUVANT

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.444**

**Nonpriority creditor's name and mailing address**                                    $3,206.67

ACCUVANT

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.445**

**Nonpriority creditor's name and mailing address**                                    $492.00

ACD2015 LLC
DBA IMAGE 360
162 N FRANKLIN STE 200
CHICAGO, IL 60606

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.446**

**Nonpriority creditor's name and mailing address**                                    $2,305.48

ACQUIA INC
DEPT 3550 POB 123550
DALLAS, TX 75312-3550

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | iHeartMedia Management Services, Inc. | Case number (if known) | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

**Part 2:    Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.447 | **Nonpriority creditor's name and mailing address** | | $9,032.26 |
|---|---|---|---|

ACQUIRE MEDIA
ACQUIRE MEDIA VENTURES INC
C/O 1ST CONSTITUTION BANK
POB 574
CRANBURY, NJ 08512

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.448 | **Nonpriority creditor's name and mailing address** | | $658.75 |
|---|---|---|---|

ACROBATIX WORLDWIDE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.449 | **Nonpriority creditor's name and mailing address** | | $497.25 |
|---|---|---|---|

ACS COMMUNICATIONS
POB 196666
ANCHORAGE, AK 99519-6666

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.450 | **Nonpriority creditor's name and mailing address** | | $15,423.96 |
|---|---|---|---|

ACT 1 SYSTEMS INC
21031 VENTURA BLVD STE 1020
WOODLAND HILLS, CA 91364

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.451 | **Nonpriority creditor's name and mailing address** | | $1,241.63 |
|---|---|---|---|

ACT ACADEMY CHARTER SCHOOL

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 93 of 457 |
|---|---|---|

Debtor    iHeartMedia Management Services, Inc.                     Case number *(if known)*   18-31301 (MI)
_____Name_____

| Part 2: | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | | **Amount of claim** |
|---|---|---|

| 3.452 | **Nonpriority creditor's name and mailing address** | $3,055.00 |
|---|---|---|

ACUITY MARKETING INC
2951 MARINA BAY DR STE 130-342
LEAGUE CITY, TX 77573

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number**

---

| 3.453 | **Nonpriority creditor's name and mailing address** | $1,189.11 |
|---|---|---|

AD PLACE MEDIA
ATTN BARB NIGHTINGALE-ACCTS RECEIVABLE
118 E MAIN ST 2ND FL
LOUISVILLE, KY 40202

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number**

---

| 3.454 | **Nonpriority creditor's name and mailing address** | $7,080.00 |
|---|---|---|

AD PRO PHIL LONG DEARLSHIPS INC
1212 MOTOR CITY DR
COLORADO SPRINGS, CO 80905

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number**

---

| 3.455 | **Nonpriority creditor's name and mailing address** | $17,258.06 |
|---|---|---|

AD-JUSTER INC

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number**

---

| 3.456 | **Nonpriority creditor's name and mailing address** | $2,103.75 |
|---|---|---|

ADAIR FLOORS N MOR INC
7441 S 27TH ST 100
ATTN SHELLY ADAIR
FRANKLIN, WI 53132

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          Page 94 of 457

| Debtor | iHeartMedia Management Services, Inc. | Case number (if known) | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.457 | **Nonpriority creditor's name and mailing address** | | $1,652.92 |
|---|---|---|---|

ADCO ELECTRICAL CORP
201 EDWARD CURRY AVE 3RD FL
STATEN ISLAND, NY 10314

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.458 | **Nonpriority creditor's name and mailing address** | | $4,745.22 |
|---|---|---|---|

ADOBE SYSTEMS INCORPORATED
29322 NETWORK PL
CHICAGO, IL 60673-1293

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.459 | **Nonpriority creditor's name and mailing address** | | $249.00 |
|---|---|---|---|

ADORAMA CAMERA INC
42 W 18TH ST
NEW YORK, NY 10011

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.460 | **Nonpriority creditor's name and mailing address** | | $1,025.00 |
|---|---|---|---|

ADRIFT FLOAT SPA
8315 PRESTON RD
DALLAS, TX 75225

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.461 | **Nonpriority creditor's name and mailing address** | | $10,936.80 |
|---|---|---|---|

ADSPEC MARKETING INC
14796 79TH PL N
MAPLE GROVE, MN 55311

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| Official Form 206E/F | Schedule E/F: Creditors Who Have Unsecured Claims | Page 95 of 457 |
|---|---|---|

| Debtor | iHeartMedia Management Services, Inc. | Case number *(if known)* | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2" style="background:black;color:white"><b>Part 2:</b></td><td><b>Additional Page</b></td></tr>
</table>

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

| 3.462 | **Nonpriority creditor's name and mailing address** | | $31,165.25 |
|---|---|---|---|

ADSTAFF MEDIA
POB 770806
MEMPHIS, TN 38177

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.463 | **Nonpriority creditor's name and mailing address** | | $335,136.61 |
|---|---|---|---|

ADSWIZZ INC
487 A S EL CAMINO REAL
SAN MATEO, CA 94402

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.464 | **Nonpriority creditor's name and mailing address** | | $521.51 |
|---|---|---|---|

ADVANCED LOCKSMITH INC
224 WEST 35TH ST - STE 306
NEW YORK, NY 10001

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.465 | **Nonpriority creditor's name and mailing address** | | $7,506.00 |
|---|---|---|---|

ADVANTECH WIRELESS INC
657 ORLY AVE
DORVAL, QC H9P 1G1
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.466 | **Nonpriority creditor's name and mailing address** | | $2,541.00 |
|---|---|---|---|

ADVENTIST HEALTH SYSTEM
902 INSPIRATION AVE
ALTAMONTE SPRINGS, FL 32714

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor  iHeartMedia Management Services, Inc.
_____
Name

Case number (if known)  18-31301 (MI)

**Part 2:  Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.467**   **Nonpriority creditor's name and mailing address**                                                   $1,031.90

ADVENTURE HOLDINGS LLC
2315 BEACH BLVD #203
JACKSONVILLE BEACH, FL 32250

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.468**   **Nonpriority creditor's name and mailing address**                                                   $5,000.00

ADVERTISING CLUB OF NEW YORK
989 AVENUE OF THE AMERICAS, 7TH FL
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.469**   **Nonpriority creditor's name and mailing address**                                                   $4,100.00

ADVERTISING RESEARCH FOUNDATION INC
432 PARK AVE S 4TH FL
NEW YORK, NY 10016

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.470**   **Nonpriority creditor's name and mailing address**                                                   $44,657.74

ADVOCATE NETWORKS
T-100 TERRACE LEVEL
6200 THE CORNERS PARKWAY
NORCROSS, GA 30092

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.471**   **Nonpriority creditor's name and mailing address**                                                   $1,517.25

AEG MANAGEMENT TWN LLC
600 1ST AVE N
MINNEAPOLIS, MN 55403

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor   iHeartMedia Management Services, Inc.
Name

Case number (if known)   18-31301 (MI)

---

**Part 2:**   **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | **Amount of claim** |
|---|---|

| 3.472 | **Nonpriority creditor's name and mailing address** | | $1,800.66 |
|---|---|---|---|

AEG PRESENTS LLC DBA AEG PRESENTS NORTHEAST
53 W 23RD ST FL 5
NEW YORK, NY 10010

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.473 | **Nonpriority creditor's name and mailing address** | | $2,894.00 |
|---|---|---|---|

AF HOLDING INC
6000 MONONA DR STE 204
MONONA, WI 53716

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.474 | **Nonpriority creditor's name and mailing address** | | $32,074.35 |
|---|---|---|---|

AFFLE GLOBAL PTE LTD
100 PASIR PANJANG ROAD 06-07
SINGAPORE 118518
SINGAPORE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.475 | **Nonpriority creditor's name and mailing address** | | $2,382.43 |
|---|---|---|---|

AGM CALIFORNIA INC
3620 SACRAMENTO DR STE 204
SAN LUIS OBISPO, CA 93401

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.476 | **Nonpriority creditor's name and mailing address** | | $5,074.50 |
|---|---|---|---|

AGM-CALIFORNIA
KISV-FM
POB 2700
BAKERSFIELD, CA 93303

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor __iHeartMedia Management Services, Inc._____   Case number *(if known)*  __18-31301 (MI)__
　　　　　　Name

## Part 2:　Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.477 | **Nonpriority creditor's name and mailing address** | | $144.00 |
|---|---|---|---|

AILEEN AGUILERA HERNANDEZ
5119 CARTHAGE AVE
CINCINNATI, OH 45212

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.478 | **Nonpriority creditor's name and mailing address** | | $20,263.62 |
|---|---|---|---|

AIRCRAFT COVERS INC
18850 ADAMS CT
MORGAN HILL, CA 95037-2816

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.479 | **Nonpriority creditor's name and mailing address** | | $373.16 |
|---|---|---|---|

AIRGAS USA LLC
POB 802576
CHICAGO, IL 60680-2576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.480 | **Nonpriority creditor's name and mailing address** | | $1,294.67 |
|---|---|---|---|

AJ MONIER & CO INC
1446 N FLORES ST
SAN ANTONIO, TX 78212

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.481 | **Nonpriority creditor's name and mailing address** | | $439.63 |
|---|---|---|---|

AKRON M COURT
217 S HIGH STREET, ROOM 830
AKRON, OH 44308

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 99 of 457 |
|---|---|---|

| Debtor | iHeartMedia Management Services, Inc. | Case number (if known) | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.482**  **Nonpriority creditor's name and mailing address** — $1,816.05

ALAMO PAWN SHOP

**As of the petition filing date, the claim is:**
Check all that apply.
- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number**

---

**3.483**  **Nonpriority creditor's name and mailing address** — $4,542.06

ALBERTSONS
STORE SUPPORT CENTER
POB 20
BOISE, ID 83726

**As of the petition filing date, the claim is:**
Check all that apply.
- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number**

---

**3.484**  **Nonpriority creditor's name and mailing address** — $52.10

ALG LLC

**As of the petition filing date, the claim is:**
Check all that apply.
- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number**

---

**3.485**  **Nonpriority creditor's name and mailing address** — $1,296.44

ALIANTE CASINO AND HOTEL ALIANTE GAMING
7300 ALIANTE PKWY
NORTH LAS VEGAS, NV 89084

**As of the petition filing date, the claim is:**
Check all that apply.
- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number**

---

**3.486**  **Nonpriority creditor's name and mailing address** — $546,362.77

ALIGHT SOLUTIONS LLC
POB 95135
CHICAGO, IL 60694-5135

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number**

---

Debtor    iHeartMedia Management Services, Inc.          Case number *(if known)*   18-31301 (MI)
       Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.487 | **Nonpriority creditor's name and mailing address** | | $8,120.00 |
|---|---|---|---|

ALL ACCESS LABS
825 NINA WAY
WARMINSTER, PA 18974

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.488 | **Nonpriority creditor's name and mailing address** | | $9,468.00 |
|---|---|---|---|

ALL AMERICAN QUALITY FOODS INC
125 EAGLES LANDING PKWY
STOCKBRIDGE, GA 30281

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.489 | **Nonpriority creditor's name and mailing address** | | $806.80 |
|---|---|---|---|

ALL CLEAN COMMERCIAL JANAITORIAL SERVICE
POB 4583
EL DORADO HILLS, CA 95762

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.490 | **Nonpriority creditor's name and mailing address** | | $1,935.92 |
|---|---|---|---|

ALLIANCE CONNECT
7760 OFFICE PLAZA DR S
WEST DES MOINES, IA 50266

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.491 | **Nonpriority creditor's name and mailing address** | | $540.42 |
|---|---|---|---|

ALLIED INTERSTATE INC
POB 361563
COLUMBUS, OH 43236

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| Debtor | iHeartMedia Management Services, Inc. | Case number *(if known)* 18-31301 (MI) |
|---|---|---|
| | Name | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.492** | **Nonpriority creditor's name and mailing address** | $3,101.56

ALLIED TELECOM
1400 CRYSTAL DR STE 700
ARLINGTON, VA 22202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.493** | **Nonpriority creditor's name and mailing address** | $540.02

ALLO COMMUNICATION
POB 2697
OMAHA, NE 68103-2697

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.494** | **Nonpriority creditor's name and mailing address** | $1,032.88

ALLO COMMUNICATIONS
PO BOX 2697
OMAHA, NE 68103

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.495** | **Nonpriority creditor's name and mailing address** | $22,274.25

ALMA DDB
2601 S BAYSHORE DR 4TH FL
COCONUT GROVE, FL 33133

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.496** | **Nonpriority creditor's name and mailing address** | $189,437.50

ALSBRIDGE INC
15303 DALLAS PKWY STE 200
ADDISON, TX 75001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor ___iHeartMedia Management Services, Inc.___  Case number *(if known)* ___18-31301 (MI)___
      Name

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | |
| --- | --- |
| 3.497 | **Nonpriority creditor's name and mailing address** |

ALTITUDE SPORTS AND ENTERTAINMENT
1000 CHOPPER CIR
DENVER, CO 80204

$5,316.05

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| | |
| --- | --- |
| 3.498 | **Nonpriority creditor's name and mailing address** |

ALWAYS MOUNTAIN TME LLC
5670 GREENWOOD PLAZA BLVD STE 506W
GREENWOOD VILLAGE, CA 80111

$1,500.00

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| | |
| --- | --- |
| 3.499 | **Nonpriority creditor's name and mailing address** |

ALZHEIMERS ASSOCIATION
225 N MICHIGAN AVE 17TH FL
CHICAGO, IL 60601

$3,700.00

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| | |
| --- | --- |
| 3.500 | **Nonpriority creditor's name and mailing address** |

AM PRODUCTIONS

$3,000.00

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| | |
| --- | --- |
| 3.501 | **Nonpriority creditor's name and mailing address** |

AMA CONSULTING ENGINEERS PC
250 W 39TH ST 9TH FL
NEW YORK, NY 10018

$256.10

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| Debtor | iHeartMedia Management Services, Inc. | Case number *(if known)* 18-31301 (MI) |
|---|---|---|
| | Name | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.502**

| Nonpriority creditor's name and mailing address | | $450.00 |
|---|---|---|

AMANDA WIDONIAK
1852 S SYCAMORE AVE
LOS ANGELES, CA 90019

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.503**

| Nonpriority creditor's name and mailing address | | $101.72 |
|---|---|---|

AMAZON COM
SYNCB/AMAZON
POB 530958
ATLANTA, GA 30353-0958

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.504**

| Nonpriority creditor's name and mailing address | | $1,493,189.27 |
|---|---|---|

AMAZON WEB SERVICES INC
410 TERRY AVE N
SEATTLE, WA 98109-5210

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.505**

| Nonpriority creditor's name and mailing address | | $2,655.00 |
|---|---|---|

AMER ASSOC FOR CANCER RESEARCH

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.506**

| Nonpriority creditor's name and mailing address | | $91,782.99 |
|---|---|---|

AMERICAN FINANCIAL MANAGEMENT INC
8755 W HIGGINS RD STE 610
CHICAGO, IL 60631

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 104 of 457 |
|---|---|---|

| Debtor | iHeartMedia Management Services, Inc. | Case number (if known) | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.507 | **Nonpriority creditor's name and mailing address** | | $920.00 |
|---|---|---|---|

AMERICAN RED CROSS LA REGION

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

| 3.508 | **Nonpriority creditor's name and mailing address** | | $1,470.00 |
|---|---|---|---|

AMERICAN SECURITY OF GREENVILLE LLC
POB 486
GREENVILLE, SC 29602

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

| 3.509 | **Nonpriority creditor's name and mailing address** | | $1,404.16 |
|---|---|---|---|

AMERICAN TELESIS
POB 6659
HILTON HEAD ISLAND, SC 29938

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

| 3.510 | **Nonpriority creditor's name and mailing address** | | $578,084,328.00 |
|---|---|---|---|

AMFM BROADCASTING, INC.
20880 STONE OAK PKWY
SAN ANTONIO, TX 78258

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Intercompany Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☒ Yes

| 3.511 | **Nonpriority creditor's name and mailing address** | | $155,100,235.00 |
|---|---|---|---|

AMFM TEXAS BROADCASTING, LP
20880 STONE OAK PKWY
SAN ANTONIO, TX 78258

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Intercompany Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☒ Yes

| Debtor | iHeartMedia Management Services, Inc. | Case number *(if known)* | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.512 | **Nonpriority creditor's name and mailing address** | | $2,780.35 |
|---|---|---|---|

AMG HOLDINGS LLC
114 S MAIN ST STE 100
GREENSBURG, PA 15601-3114

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.513 | **Nonpriority creditor's name and mailing address** | | $40,860.20 |
|---|---|---|---|

AMPLIFI
150 E 42ND ST
NEW YORK, NY 10017

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.514 | **Nonpriority creditor's name and mailing address** | | $263.88 |
|---|---|---|---|

AMY E ADCOCK COELLER&DETRICHPC
2727 E 21ST ST STE 200
TULSA, OK 74114

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.515 | **Nonpriority creditor's name and mailing address** | | $1,851,601.29 |
|---|---|---|---|

ANDO MEDIA LLC
POB 31001-2289
PASADENA, CA 91110-2289

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.516 | **Nonpriority creditor's name and mailing address** | | $373.90 |
|---|---|---|---|

ANGEL FIRE & SAFETY
5319 JACKWOOD
SAN ANTONIO, TX 78238

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor ___iHeartMedia Management Services, Inc._____
Name

Case number *(if known)* __18-31301 (MI)__

**Part 2:   Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.517 | **Nonpriority creditor's name and mailing address** | | $113.63 |
|---|---|---|---|

ANIXTER INC
POB 847428
DALLAS, TX 75284-7428

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.518 | **Nonpriority creditor's name and mailing address** | | $1,500.00 |
|---|---|---|---|

ANLIND OF TEMECULA INC
28964 OLD TOWN FRONT ST
TEMECULA, CA 92590

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.519 | **Nonpriority creditor's name and mailing address** | | $382.50 |
|---|---|---|---|

ANTHONY FUNERAL & CREMATIONS CHAPELS

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.520 | **Nonpriority creditor's name and mailing address** | | $1,136.45 |
|---|---|---|---|

APEX EXCHANGE
299 W HOUSTON ST
NEW YORK, NY 10014

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.521 | **Nonpriority creditor's name and mailing address** | | $26,172.87 |
|---|---|---|---|

API OUTSOURCING INC
2975 LONE OAK DR 100
EAGAN, MN 55121

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

Debtor  iHeartMedia Management Services, Inc.
Name
Case number *(if known)*  18-31301 (MI)

---

**Part 2:** **Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.522** | **Nonpriority creditor's name and mailing address** | $1,257.75

APOLLO PAINT & BODY
1 SUGAR CREEK BLVD #815
SUGARLAND, TX 77478

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.523** | **Nonpriority creditor's name and mailing address** | $63,046.88

APPLE COMPUTER INC
1 INFINITE LOOP
CUPERTINO, CA 95014

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.524** | **Nonpriority creditor's name and mailing address** | $145.21

APPLE INC
POB 846095
DALLAS, TX 75284-6095

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.525** | **Nonpriority creditor's name and mailing address** | $1,190.00

APPLETON LEARNING CORPORATION

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.526** | **Nonpriority creditor's name and mailing address** | $280.65

APPLIED TECHNOLOGY GROUP, INC
444 EASTON DRIVE
BAKERSFIELD, CA 93309

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 108 of 457

Debtor   iHeartMedia Management Services, Inc.
         Name

Case number *(if known)*   18-31301 (MI)

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.527**

**Nonpriority creditor's name and mailing address**

$29,638.05

ARAMARK REFRESHMENT SERVICES
17044 MONTANERO AVE UNIT 4
CARSON, CA 90746

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.528**

**Nonpriority creditor's name and mailing address**

$3,490.00

ARCHDIOCESE OF ST LOUIS

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.529**

**Nonpriority creditor's name and mailing address**

$12,988.55

ARCHITECTURE PLUS INFORMATION
16 W 22ND ST 11TH FL
NEW YORK, NY 10010

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.530**

**Nonpriority creditor's name and mailing address**

$630.00

ARDAVON
916 INDIANA AVE
SOUTH PASADENA, CA 91030

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.531**

**Nonpriority creditor's name and mailing address**

$1,629.39

ARIZONA COCKTAIL WEEK LLC
8734 E JASMINE ST
MESA, AZ 85207

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F

**Schedule E/F: Creditors Who Have Unsecured Claims**

Page 109 of 457

Debtor      iHeartMedia Management Services, Inc.
            Name

Case number *(if known)*   18-31301 (MI)

---

**Part 2:    Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.532** | **Nonpriority creditor's name and mailing address** | $54.48

ARMSTRONG
PO BOX 37749
PHILADELPHIA, PA 19101-5049

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: General Trade Payable

Date or dates debt was incurred Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.533** | **Nonpriority creditor's name and mailing address** | $112.54

ARMSTRONG CABLE SERVICES
POB 37749
PHILADELPHIA, PA 19101-5049

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: General Trade Payable

Date or dates debt was incurred Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.534** | **Nonpriority creditor's name and mailing address** | $459.50

ARNETT DESIGNS INC
23372 MADERO RD STE C
MISSION VIEJO, CA 92691

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: General Trade Payable

Date or dates debt was incurred Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.535** | **Nonpriority creditor's name and mailing address** | $170,934.08

ARNOLD & PORTER KAYE SCHOLER LLP
POB 759451
BALTIMORE, MD 21275-9451

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: Accrued Payable

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.536** | **Nonpriority creditor's name and mailing address** | $11.84

ARROW ELECTRONICS INC
75 REMITTANCE DR STE 6020
CHICAGO, IL 60675

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: General Trade Payable

Date or dates debt was incurred Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 110 of 457

| Debtor | iHeartMedia Management Services, Inc. | Case number (if known) | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.537 | **Nonpriority creditor's name and mailing address** | | $2,727.90 |
|---|---|---|---|

ARTICULATE GLOBAL INC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.538 | **Nonpriority creditor's name and mailing address** | | $2,250.00 |
|---|---|---|---|

ASPEN WEALTH MANAGEMENT
1540 W DRY CREEK RD
LITTLETON, CO 80120

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.539 | **Nonpriority creditor's name and mailing address** | | $4,184.25 |
|---|---|---|---|

ASSEMBLY
ATTN SAHEED INRAHEEM
711 3RD AVE 3RD FL
NEW YORK, NY 10017

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.540 | **Nonpriority creditor's name and mailing address** | | $3,175.00 |
|---|---|---|---|

ASSOCIATED CREDIT UNION
6251 CROOKED CREEK RD
NORCROSS, GA 30092-3028

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.541 | **Nonpriority creditor's name and mailing address** | | $39,018.12 |
|---|---|---|---|

ASSOCIATED PRESS
POB 414212
BOSTON, MA 02241-4212

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 111 of 457 |
|---|---|---|

| Debtor | iHeartMedia Management Services, Inc. | Case number (if known) | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.542 | **Nonpriority creditor's name and mailing address** | | $1,014.50 |
|---|---|---|---|

AT THE BEACH INC

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.543 | **Nonpriority creditor's name and mailing address** | | $280.38 |
|---|---|---|---|

AT&T

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.544 | **Nonpriority creditor's name and mailing address** | | $1,536,935.72 |
|---|---|---|---|

AT&T
4513 WESTERN AVE
LISLE, NE 60532

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.545 | **Nonpriority creditor's name and mailing address** | | $92.81 |
|---|---|---|---|

AT&T
PO BOX 525
CAROL STREAM, IL 60197-5025

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.546 | **Nonpriority creditor's name and mailing address** | | $35.23 |
|---|---|---|---|

AT&T
POB 105068
ATLANTA, GA 30348

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor   iHeartMedia Management Services, Inc.
_____
Name

Case number *(if known)*   18-31301 (MI)

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.547** | **Nonpriority creditor's name and mailing address** | $1,030.58

AT&T
POB 5011
CAROL STREAM, IL 60197

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.548** | **Nonpriority creditor's name and mailing address** | $2.79

AT&T
POB 78214
PHOENIX, AZ 85062

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.549** | **Nonpriority creditor's name and mailing address** | $45.27

AT&T
PO BOX 514
CAROL STREAM, IL 60197-5014

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.550** | **Nonpriority creditor's name and mailing address** | $38.80

AT&T (AMARILLO)
PO BOX 514
CAROL STREAM, IL 60197-5014

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.551** | **Nonpriority creditor's name and mailing address** | $289,060.33

AT&T MOBILITY
POB 5085
CAROL STREAM, IL 60197-5085

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    iHeartMedia Management Services, Inc.
          Name                                                    Case number (if known)   18-31301 (MI)

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | | **Amount of claim** |
| --- | --- | --- |

| 3.552 | **Nonpriority creditor's name and mailing address** | $11,896.51 |
| --- | --- | --- |

AT&T PRO-CABS
POB 105373
ATLANTA, GA 30348

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.553 | **Nonpriority creditor's name and mailing address** | $296.65 |
| --- | --- | --- |

AT&T TELECONFERENCE SERVICES
POB 5002
CAROL STREAM, IL 60197-5002

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.554 | **Nonpriority creditor's name and mailing address** | $1,453.24 |
| --- | --- | --- |

ATLANTECH ONLINE INC
1010 WAYNE AVE STE 630
SILVER SPRING, MD 20910-5620

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.555 | **Nonpriority creditor's name and mailing address** | $164.43 |
| --- | --- | --- |

ATLANTIC BROADBAND
POB 371801
PITTSBURGH, PA 15250-7801

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.556 | **Nonpriority creditor's name and mailing address** | $149.82 |
| --- | --- | --- |

ATMC
POB 580079
CHARLOTTE, NC 28258-0079

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          Page 114 of 457

Debtor ___iHeartMedia Management Services, Inc._____     Case number (if known)___18-31301 (MI)___
　　　　　Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | **Amount of claim**
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.557** | **Nonpriority creditor's name and mailing address** | | $1,140.21

ATT
POB 5094
CAROL STREAM, IL 60197

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.558** | **Nonpriority creditor's name and mailing address** | | $758.09

ATT
POB 5080
CAROL STREAM, IL 60197

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.559** | **Nonpriority creditor's name and mailing address** | | $25,271.93

AUDIATION INC
110 BOBOLINK RD
YONKERS, NY 10701

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.560** | **Nonpriority creditor's name and mailing address** | | $10,000.00

AUGUSTA A BUSCH & CO OF MASSACHUSETTS IN
440 RIVERSIDE AVE
MEDFORD, MA 02155

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.561** | **Nonpriority creditor's name and mailing address** | | $1,000.00

AUTO NATION
9055 W BELL RD
PEORIA, AZ 85382

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 115 of 457

Debtor ___iHeartMedia Management Services, Inc.___
       Name

Case number (if known) __18-31301 (MI)__

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.562 | Nonpriority creditor's name and mailing address | | $5,355.00 |
|---|---|---|---|

AUTOMATED LOGIC CONTRACTING SERVICES
POB 403257
ATLANTA, GA 30384-3257

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.563 | Nonpriority creditor's name and mailing address | | $13,312.00 |
|---|---|---|---|

AVANXO US LLC
1001 S DAIRY ASHFORD STE 100
HOUSTON, TX 77077

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.564 | Nonpriority creditor's name and mailing address | | $5,162.15 |
|---|---|---|---|

AVAYA INC
POB 5125
CAROL STREAM, IL 60197-5125

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.565 | Nonpriority creditor's name and mailing address | | $210,000.00 |
|---|---|---|---|

AVIANA GLOBAL TECHNOLOGIES INC
915 W IMPERIAL HWY STE 100
BREA, CA 92821

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.566 | Nonpriority creditor's name and mailing address | | $26,530.64 |
|---|---|---|---|

AXIS ENTERPRISES INC
POB 52501
NEWARK, NJ 07101-4402

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| Debtor | iHeartMedia Management Services, Inc. | Case number (if known) | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.567** | **Nonpriority creditor's name and mailing address** | $26,530.64

AXIS PROMOTIONS
POB 52501
NEWARK, NJ 07101-4402

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.568** | **Nonpriority creditor's name and mailing address** | $3,600.00

AYRES MANAGEMENT LP
355 BRISTOL ST STE A
COSTA MESA, CA 92626-9667

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.569** | **Nonpriority creditor's name and mailing address** | $1,312.47

AZ ELITE SPORTS AND GYM
3029 N ALMA SCHOOL RD 122
CHANDLER, AZ 85224

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.570** | **Nonpriority creditor's name and mailing address** | $ Undetermined

BACKGRID USA, INC.
C/O ONE LLP
ATTN: JOANNA ARDALAN
9301 WILSHIRE BLVD., PENTHOUSE SUITE
BEVERLY HILLS, CA 90210

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Demand Letter; Intelectual Property Infringement

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.571** | **Nonpriority creditor's name and mailing address** | $7,000.00

BAI BRANDS LLC
1800 E STATE ST STE 153
HAMILTON, NJ 08609

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 117 of 457 |
|---|---|---|

| Debtor | iHeartMedia Management Services, Inc. | Case number _(if known)_ 18-31301 (MI) |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.572** | **Nonpriority creditor's name and mailing address** | $2,371,643.10

BAIN

As of the petition filing date, the claim is:
*Check all that apply.*

- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Basis for the claim:** Accrued Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

**3.573** | **Nonpriority creditor's name and mailing address** | $1,218.50

BALANCE MARKETING GROUP
1000 WESTLAKES STE 110
BERWYN, PA 19312

As of the petition filing date, the claim is:
*Check all that apply.*

- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

**3.574** | **Nonpriority creditor's name and mailing address** | $8,654.70

BALCOM AGENCY LLC
ATTN NORMA RAMOS
1413 RIO GRANDE AVE
FORT WORTH, TX 76102

As of the petition filing date, the claim is:
*Check all that apply.*

- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

**3.575** | **Nonpriority creditor's name and mailing address** | $12,500.00

BANDPAGE INC
334 BRANNAN
SAN FRANCISCO, CA 94107

As of the petition filing date, the claim is:
*Check all that apply.*

- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

**3.576** | **Nonpriority creditor's name and mailing address** | $38.26

BASCOM
POB 316
BASCOM, OH 44809-0316

As of the petition filing date, the claim is:
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

Official Form 206E/F | Schedule E/F: Creditors Who Have Unsecured Claims | Page 118 of 457

Debtor    iHeartMedia Management Services, Inc.
          _____
          Name

Case number *(if known)*  18-31301 (MI)

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.577**  **Nonpriority creditor's name and mailing address**    $7,262.80

BASECAMP FRANCHISING
170 S 1000 E
SALT LAKE CITY, UT 84102

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.578**  **Nonpriority creditor's name and mailing address**    $3,000.00

BAUMANS HARVEST FESTIVAL LLC
12989 HOWELL PRAIRIE RD NE
GERVAIS, OR 97026

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.579**  **Nonpriority creditor's name and mailing address**    $20,026.98

BBH SOLUTIONS INC
PO BOX 349
GLENHEAD, NY 11545

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.580**  **Nonpriority creditor's name and mailing address**    $541.25

BCD JANITORIAL
24818 SHINING ARROW
SAN ANTONIO, TX 78258

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.581**  **Nonpriority creditor's name and mailing address**    $112.59

BCD JANITORIAL
24818 SHINING ARROW
SAN ANTONIO, TX 78258

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor  iHeartMedia Management Services, Inc.                    Case number *(if known)*  18-31301 (MI)
              Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.582**  **Nonpriority creditor's name and mailing address**                                    $64.10

BEK COMMUNICATIONS COOPERATIVE         **As of the petition filing date, the claim is:**
200 E BROADWAY POB 230                 *Check all that apply.*
STEELE, ND 58482
                                       ☐ Contingent
                                       ☐ Unliquidated
                                       ☐ Disputed

                                       **Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined      **Is the claim subject to offset?**

**Last 4 digits of account number**                   ☐ No
                                                      ☐ Yes

---

**3.583**  **Nonpriority creditor's name and mailing address**                                    $1,604.00

BEKAERT CORPORATION                    **As of the petition filing date, the claim is:**
1881 BEKAERT DR                        *Check all that apply.*
VAN BUREN, AR 72956
                                       ☒ Contingent
                                       ☐ Unliquidated
                                       ☐ Disputed

                                       **Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined      **Is the claim subject to offset?**

**Last 4 digits of account number**                   ☐ No
                                                      ☐ Yes

---

**3.584**  **Nonpriority creditor's name and mailing address**                                    $1,180.00

BELL VIEW PARTNERS LLC                 **As of the petition filing date, the claim is:**
3299 K ST NW 700                       *Check all that apply.*
WASHINGTON, DC 20007
                                       ☒ Contingent
                                       ☐ Unliquidated
                                       ☐ Disputed

                                       **Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined      **Is the claim subject to offset?**

**Last 4 digits of account number**                   ☐ No
                                                      ☐ Yes

---

**3.585**  **Nonpriority creditor's name and mailing address**                                    $24,130.22

BENEVILLE STUDIOS INC                  **As of the petition filing date, the claim is:**
9 E 19TH ST 4TH FL                     *Check all that apply.*
NEW YORK, NY 10003
                                       ☐ Contingent
                                       ☐ Unliquidated
                                       ☐ Disputed

                                       **Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined      **Is the claim subject to offset?**

**Last 4 digits of account number**                   ☐ No
                                                      ☐ Yes

---

**3.586**  **Nonpriority creditor's name and mailing address**                                    $4,107.03

BERKLEE COLLEGE OF MUSIC               **As of the petition filing date, the claim is:**
BERKLEENYC                             *Check all that apply.*
441 W 53RD ST.
NEW YORK, NY 10019                     ☐ Contingent
                                       ☐ Unliquidated
                                       ☐ Disputed

                                       **Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined      **Is the claim subject to offset?**

**Last 4 digits of account number**                   ☐ No
                                                      ☐ Yes

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          Page 120 of 457

Debtor   iHeartMedia Management Services, Inc.
          Name                                                    Case number (if known)   18-31301 (MI)

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | | Amount of claim |
|---|---|---|

**3.587** | **Nonpriority creditor's name and mailing address** | $1,350.00

BERKWOOD FARMS

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.588** | **Nonpriority creditor's name and mailing address** | $22.10

BERRY
POB 790250
SAINT LOUIS, MO 63179-0250

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.589** | **Nonpriority creditor's name and mailing address** | $13.70

BESTLINE COMMUNICATIONS LP
500 CAPITAL OF TEXAS HWY N BLDG 8 STE 200
AUSTIN, TX 78746

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.590** | **Nonpriority creditor's name and mailing address** | $1,200.00

BIG O TREE AND LAWN SERVICE INC
63 FLORY AVE
STUARTS DRAFT, VA 24477

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.591** | **Nonpriority creditor's name and mailing address** | $1,500.00

BIG RED INC
6500 RIVER PLACE BLVD BLDG 1 STE 450
AUSTIN, TX 78730

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F            **Schedule E/F: Creditors Who Have Unsecured Claims**            Page 121 of 457

Debtor   iHeartMedia Management Services, Inc.
         Name

Case number (if known)   18-31301 (MI)

---

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.592** | **Nonpriority creditor's name and mailing address** | $6,662.00

BIG Y FOODS INC
POB 3050
SPRINGFIELD, MA 01102

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.593** | **Nonpriority creditor's name and mailing address** | $6,636.00

BIGIDEA WRAPS SIGNS & GRAPHICS
2500 S PARK RD #4
HALLANDALE BEACH, FL 33009

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.594** | **Nonpriority creditor's name and mailing address** | $3,260.10

BILL KING FOR MAYOR
310 SUL ROSS
HOUSTON, TX 77006

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.595** | **Nonpriority creditor's name and mailing address** | $1,500.00

BILLS PAWN AND JEWELRY
2906 W COMMERCE ST
SAN ANTONIO, TX 78207

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.596** | **Nonpriority creditor's name and mailing address** | $2,004.00

BILLY BOBS TEXAS
2520 RODEO PLAZA
FORT WORTH, TX 76164

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor ___iHeartMedia Management Services, Inc.___
        Name

Case number (if known) __18-31301 (MI)__

---

**Part 2:  Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.597 | **Nonpriority creditor's name and mailing address** | | $1,000.00 |
|---|---|---|---|

BIOLIFE PLASMA SERVICES
2426 VILLAGE VIEW CT
MIAMISBURG, OK 45342

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.598 | **Nonpriority creditor's name and mailing address** | | $1,599.21 |
|---|---|---|---|

BIRCH COMMUNICATIONS
POB 105066
ATLANTA, GA 30348-5066

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.599 | **Nonpriority creditor's name and mailing address** | | $4,374.80 |
|---|---|---|---|

BIRCH COMMUNICATIONS
POB 105066
ATLANTA, GA 30348

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.600 | **Nonpriority creditor's name and mailing address** | | $1,500.00 |
|---|---|---|---|

BIRMINGHAM BARONS

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.601 | **Nonpriority creditor's name and mailing address** | | $2,014.48 |
|---|---|---|---|

BISMEAUX STUDIO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F

**Schedule E/F: Creditors Who Have Unsecured Claims**

Page 123 of 457

| Debtor | iHeartMedia Management Services, Inc. | Case number *(if known)* | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.602 | **Nonpriority creditor's name and mailing address** | | $1,013.41 |
|---|---|---|---|

BKD ENTERPRISES INC
2955 KENTUCKY AVE
INDIANAPOLIS, IN 46221

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.603 | **Nonpriority creditor's name and mailing address** | | $975.07 |
|---|---|---|---|

BLACK HILLS ENERGY
PO BOX 6001
RAPID CITY, SD 57709

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.604 | **Nonpriority creditor's name and mailing address** | | $4,996.00 |
|---|---|---|---|

BLACKSTONE SHOOTING SPORTS
2001 WILKINSON BLVD
CHARLOTTE, NC 28208

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.605 | **Nonpriority creditor's name and mailing address** | | $1,417.06 |
|---|---|---|---|

BLEAKLEY PLATT & SCHMIDT, LLP
ONE NORTH LEXINGTON AVE
PO BOX 5056
WHITE PLAINS, NY 10602-5056

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.606 | **Nonpriority creditor's name and mailing address** | | $770.00 |
|---|---|---|---|

BLOOD SYSTEMS INC
6210 E OAK ST
SCOTTSDALE, AZ 85257

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 124 of 457 |
|---|---|---|

Debtor    iHeartMedia Management Services, Inc.
          Name
                                                    Case number (if known)   18-31301 (MI)

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| 3.607 | **Nonpriority creditor's name and mailing address** | | $720.36 |

BLOOMBERG FINANCE LP
POB 416604
BOSTON, MA 02241-6604

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.608 | **Nonpriority creditor's name and mailing address** | | $509.52 |

BLOOMFIRE INC

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.609 | **Nonpriority creditor's name and mailing address** | | $5,100.00 |

BLUE MOUNTAIN SKI AREA
POB 216
PALMERTON, PA 18071

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.610 | **Nonpriority creditor's name and mailing address** | | $92.99 |

BLUE SKY SUPPLY
18 N MAYBELLE AVE
TULSA, OK 74127

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.611 | **Nonpriority creditor's name and mailing address** | | $2,098.00 |

BLUEGRASS HARLEY DAVIDSON
11701 GATEWIRTH WAY
LOUISVILLE, KY 40299

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          Page 125 of 457

Debtor   iHeartMedia Management Services, Inc.
Name

Case number (if known)   18-31301 (MI)

**Part 2:   Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.612 | Nonpriority creditor's name and mailing address | | $53,082.34 |
|---|---|---|---|

BLUEGRASS INTEGRATED COMMUNICATIONS
833 NANDINO BLVD
LEXINGTON, KY 40511

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.613 | Nonpriority creditor's name and mailing address | | $4,590.00 |
|---|---|---|---|

BMW OF COLUMBUS
6549 WHITTLESEY BLVD
COLUMBUS, GA 31909

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.614 | Nonpriority creditor's name and mailing address | | $106,132.63 |
|---|---|---|---|

BOOMI
POB 842848
BOSTON, MA 02284-2848

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.615 | Nonpriority creditor's name and mailing address | | $1,800.00 |
|---|---|---|---|

BOON DOCKS INC
14854 BAY VIEW CIR
PANAMA CITY, FL 32413

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.616 | Nonpriority creditor's name and mailing address | | $1,387.50 |
|---|---|---|---|

BOOST CREATIVE MARKETING
322 SE 3RD TERR
DANIA BEACH, FL 33004

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| Official Form 206E/F | Schedule E/F: Creditors Who Have Unsecured Claims | Page 126 of 457 |
|---|---|---|

| Debtor | iHeartMedia Management Services, Inc. | Case number *(if known)* | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | | |
|---|---|---|
| 3.617 | **Nonpriority creditor's name and mailing address** | $7,966.00 |

BOTTLING GROUP LLC
1999 BRYAN ST
DALLAS, TX 75201

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| | | |
|---|---|---|
| 3.618 | **Nonpriority creditor's name and mailing address** | $2,067.57 |

BOUNCEOLOGY INC
419 CLEVELAND CT
SAN ANTONIO, TX 78209

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| | | |
|---|---|---|
| 3.619 | **Nonpriority creditor's name and mailing address** | $1,252.00 |

BOWMAN ENTERPRISES INC GREAT DEALS MAGAZ
POB 1862
PORTAGE, MI 49081

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| | | |
|---|---|---|
| 3.620 | **Nonpriority creditor's name and mailing address** | $8,801.82 |

BP AIR CONDITIONING CORP
83-40 72ND DR
GLENDALE, NY 11385

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| | | |
|---|---|---|
| 3.621 | **Nonpriority creditor's name and mailing address** | $1,066.50 |

BRAND ADVANTAGE GROUP
3443 MOMENTUM PLACE
CHICAGO, IL 60689

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| | | |
|---|---|---|
| Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 127 of 457 |

Debtor    iHeartMedia Management Services, Inc.                    Case number *(if known)*   18-31301 (MI)
          Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.622 | **Nonpriority creditor's name and mailing address** | | $1,740.00 |

BRAND MORTGAGE GROUP LLC
1255 LAKES PKWY BLDG 300
LAWRENCEVILLE, GA 30043

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.623 | **Nonpriority creditor's name and mailing address** | | $49.22 |

BRANTLEY TELEPHONE COMPANY
POB 255
NAHUNTA, GA 31553-0255

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.624 | **Nonpriority creditor's name and mailing address** | | $700.00 |

BRAUNLIN LLC
1752 N KINGSLEY DR #106
LOS ANGELES, CA 90027

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.625 | **Nonpriority creditor's name and mailing address** | | $122,460.67 |

BRAZE INC
318 W 39TH ST 5TH FL
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.626 | **Nonpriority creditor's name and mailing address** | | $606.30 |

BRESCO SOLUTIONS LLC
423 E TOWN ST STE 100
COLUMBUS, OH 43215

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    Page 128 of 457

Debtor     iHeartMedia Management Services, Inc.                    Case number (if known)   18-31301 (MI)
           Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                          **Amount of claim**

| 3.627 | **Nonpriority creditor's name and mailing address** | | $1,892.95 |

BREVITY MEDIA INC
538 MORELAND RD
HUNTINGDON VALLEY, PA 19006

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.628 | **Nonpriority creditor's name and mailing address** | | $1,024.25 |

BREWER CARPET & DESIGN CENTER
300 S PORTLAND AVE
OKLAHOMA CITY, OK 73108

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.629 | **Nonpriority creditor's name and mailing address** | | $46.74 |

BRIGHT HOUSE NETWORKS
PO BOX 3171
TAMPA, FL 33631-3710

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.630 | **Nonpriority creditor's name and mailing address** | | $254.28 |

BRIGHT NETWORKS
POB 30262
TAMPA, FL 33630

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.631 | **Nonpriority creditor's name and mailing address** | | $500.00 |

BRIGHTON RESORT LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    Page 129 of 457

Debtor    iHeartMedia Management Services, Inc.
Name

Case number (if known)  18-31301 (MI)

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

### 3.632
**Nonpriority creditor's name and mailing address**                    $3,073.60

BROADCAST COMMUNICATIONS MEDIA INC
833 17TH ST #3
SANTA MONICA, CA 90403

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

### 3.633
**Nonpriority creditor's name and mailing address**                    $1,190.86

BROADCASTERS GENERAL STORE INC
POB 116084
ATLANTA, GA 30368-6084

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

### 3.634
**Nonpriority creditor's name and mailing address**                    $10,023.55

BROADVIEW NETWORKS
POB 9242
UNIONDALE, NY 11555-9242

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

### 3.635
**Nonpriority creditor's name and mailing address**                    $1,670.00

BROOKLYN CENTER FOR THE PERFORMING ARTS
POB 100843
BROOKLYN, NY 11210-0843

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

### 3.636
**Nonpriority creditor's name and mailing address**                    $1,002.00

BRUNNER FURNITURE
5680 WISCONSIN 60 TRUNK
HARTFORD, WI 53027

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | iHeartMedia Management Services, Inc. | Case number *(if known)* | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.637** | **Nonpriority creditor's name and mailing address** | $26.62

BTC BROADBAND
POB 720514
NORMAN, OK 73070-4377

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.638** | **Nonpriority creditor's name and mailing address** | $882.69

BUCKEYE BROADBAND
POB 10027
TOLEDO, OH 43699-0027

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.639** | **Nonpriority creditor's name and mailing address** | $10.36

BUCKEYE BROADBAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.640** | **Nonpriority creditor's name and mailing address** | $28.43

BUCKEYE MEDIA SERVICES
4216 VALLEY QUAIL BLVD SOUTH
WESTERVILLE, OH 43081

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.641** | **Nonpriority creditor's name and mailing address** | $888.48

BUCKEYE TELESYSTEM
POB 94536
CLEVELAND, OH 44101-4536

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| Debtor | iHeartMedia Management Services, Inc. | Case number (if known) | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.642 | **Nonpriority creditor's name and mailing address** | | $51.22 |
|---|---|---|---|

BUCKLAND TELEPHONE
105 S MAIN
BUCKLAND, OH 45819

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.643 | **Nonpriority creditor's name and mailing address** | | $2,218.50 |
|---|---|---|---|

BUDGET CAR SALES
61 MENDEL PKWY
MONTGOMERY, AL 36117

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.644 | **Nonpriority creditor's name and mailing address** | | $1,300.00 |
|---|---|---|---|

BURGER THEORY
1616 MAIN ST
HOUSTON, TX 77002

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.645 | **Nonpriority creditor's name and mailing address** | | $1,253.75 |
|---|---|---|---|

BURGES & BURGES STRATEGISTS INC
26100 LAKE SHORE BLVD
EUCLID, OH 44132-1111

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.646 | **Nonpriority creditor's name and mailing address** | | $2,034.90 |
|---|---|---|---|

BURKE ADVERTISING LLC
9 CEDARWOOD DR STE 11
BEDFORD, NH 03110

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

| Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 132 of 457 |
|---|---|---|

| Debtor | iHeartMedia Management Services, Inc. | Case number (if known) | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.647 | **Nonpriority creditor's name and mailing address** | | $1,395.00 |
|---|---|---|---|

BURKE PHARMACEUTICAL RESEARCH INC
3633 CENTRAL AVE 1
HOT SPRINGS, AR 71913

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.648 | **Nonpriority creditor's name and mailing address** | | $2,000.00 |
|---|---|---|---|

BURNT TO A CRISP LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.649 | **Nonpriority creditor's name and mailing address** | | $13,361.16 |
|---|---|---|---|

BURRELLESLUCE
30B VREELAND RD
POB 674
FLORHAM PARK, NJ 07932

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.650 | **Nonpriority creditor's name and mailing address** | | $580.86 |
|---|---|---|---|

BUTLER COUNTY COURT #3
9577 BECKETT RD STE 300
WEST CHESTER, OH 45069

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.651 | **Nonpriority creditor's name and mailing address** | | $1,740.50 |
|---|---|---|---|

BY THE YARD INC
16775 GREYSTONE LN
JORDAN, MN 55352

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    iHeartMedia Management Services, Inc.                          Case number *(if known)*   18-31301 (MI)
          _____
          Name

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | | **Amount of claim** |
|---|---|---|

| 3.652 | **Nonpriority creditor's name and mailing address** | $1,198.94 |
|---|---|---|

C SPIRE WIRELESS
POB 519
MEADVILLE, MS 39653-0519

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.653 | **Nonpriority creditor's name and mailing address** | $784.85 |
|---|---|---|

C6 DISPOSAL SYSTEMS INC
POB160489
SAN ANTONIO, TX 78280-2689

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.654 | **Nonpriority creditor's name and mailing address** | $45.17 |
|---|---|---|

CABLE ONE
PO BOX 78
PHOENIX, AZ 85062-8000

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.655 | **Nonpriority creditor's name and mailing address** | $139.35 |
|---|---|---|

CABLE ONE
PO BOX 919
LOUISVILLE, KY 40290-1009

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.656 | **Nonpriority creditor's name and mailing address** | $179.50 |
|---|---|---|

CABLE ONE
POB 9001009
LOUISVILLE, KY 40290-1009

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    iHeartMedia Management Services, Inc.
_____
          Name

Case number (if known)    18-31301 (MI)

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.657**    **Nonpriority creditor's name and mailing address**

CABLE ONE
PO BOX 78
PHOENIX, AZ 85062-8000

$45.02

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.658**    **Nonpriority creditor's name and mailing address**

CABLEVISION
POB 371378
PITTSBURGH, PA 15250-7378

$35.25

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.659**    **Nonpriority creditor's name and mailing address**

CAHILL GORDON & REINDEL
80 PINE ST
NEW YORK, NY 10005-1702

$135,090.70

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.660**    **Nonpriority creditor's name and mailing address**

CAHOON & CROSS INC
4012 RAINTREE RD STE 100B
CHESAPEAKE, VA 23321

$25.50

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.661**    **Nonpriority creditor's name and mailing address**

CALIFORNIA CEMENT
1850 NORTH CENTRAL AVE #1400
PHOENIX, AZ 85014

$5,535.29

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          Page 135 of 457

Debtor  iHeartMedia Management Services, Inc.
_____
Name

Case number (if known) __18-31301 (MI)__

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.662** | **Nonpriority creditor's name and mailing address** | | $14,128.00

CALIFORNIA MILK ADVISORY BOARD
2316 ORCHARD PKWY STE 200
TRACY, CA 95377

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.663** | **Nonpriority creditor's name and mailing address** | | $1,341.26

CAPE COD TITLE AND ESCROW
FIRST AMERICAN TITLE
185 DARTMOUTH ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.664** | **Nonpriority creditor's name and mailing address** | | $176.61

CAPITAL ONE BANK
4301 E PARHAM RD
HENRICO, VA 23228

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.665** | **Nonpriority creditor's name and mailing address** | | $3,301,276,152.00

CAPSTAR RADIO OPERATING COMPANY
20880 STONE OAK PKWY
SAN ANTONIO, TX 78258

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☒ Yes

**Last 4 digits of account number**

---

**3.666** | **Nonpriority creditor's name and mailing address** | | $16,095.94

CARBONITE INC
DEPT CH 17997
PALATINE, IL 60055-7997

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 136 of 457

Debtor    iHeartMedia Management Services, Inc.
          Name                                                      Case number *(if known)*  18-31301 (MI)

**Part 2:    Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

| 3.667 | **Nonpriority creditor's name and mailing address** | | $3,129.00 |
|---|---|---|---|

CAREFREE COMMUNITIES
6991 E CAMELBACK RD
SCOTTSDALE, AZ 85251

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.668 | **Nonpriority creditor's name and mailing address** | | $2,500.00 |
|---|---|---|---|

CARGILL INC
POB 502333
SAINT LOUIS, MO 63150-2333

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.669 | **Nonpriority creditor's name and mailing address** | | $967.74 |
|---|---|---|---|

CARONET MANAGED HOSTING, INC.
196 CROSS BEAM DR
SUITE 6
CHARLOTTE, NC 28217

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.670 | **Nonpriority creditor's name and mailing address** | | $6,144.46 |
|---|---|---|---|

CARPATHIA
C/O PNC BANK
POB 824144
PHILADELPHIA, PA 19182-4144

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.671 | **Nonpriority creditor's name and mailing address** | | $1,846.00 |
|---|---|---|---|

CARPET WORLD OF BATON ROUGE INC

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor   iHeartMedia Management Services, Inc.   Case number (if known)   18-31301 (MI)
Name

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.672 | Nonpriority creditor's name and mailing address | | $1,000.00 |
| --- | --- | --- | --- |

CARSANDTRUCKSDIRECT COM
33125 IH 10 W C
BOERNE, TX 78006

As of the petition filing date, the claim is:
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.673 | Nonpriority creditor's name and mailing address | | $51.98 |
| --- | --- | --- | --- |

CAS CABLE
1525 DUPONT RD
PARKERSBURG, WV 26101-9623

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.674 | Nonpriority creditor's name and mailing address | | $22,068.33 |
| --- | --- | --- | --- |

CATALINA MEDIA DEVELOPMENT II LLC
3000 W ALAMEDA AVE
BURBANK, CA 91505

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.675 | Nonpriority creditor's name and mailing address | | $1,060.56 |
| --- | --- | --- | --- |

CATAPULT STAFFING LLC
ATTN ALEX ANDERSON
1820 PRESTON PARK BLVD STE 1600
PLANO, TX 75093

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.676 | Nonpriority creditor's name and mailing address | | $1,394.00 |
| --- | --- | --- | --- |

CATHOLIC HEALTH INITIATIVES
PO BOX 636000
LITTLETON, CO 80163

As of the petition filing date, the claim is:
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | iHeartMedia Management Services, Inc. | Case number *(if known)* | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.677 | Nonpriority creditor's name and mailing address | | $30,875.18 |
|---|---|---|---|

CBRE HEERY INC

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number**

---

| 3.678 | Nonpriority creditor's name and mailing address | | $890.00 |
|---|---|---|---|

CCIFA

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Basis for the claim:** Accrued Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number**

---

| 3.679 | Nonpriority creditor's name and mailing address | | $801.01 |
|---|---|---|---|

CCINTEGRATION INC
DEPT LA 24351
PASADENA, CA 91185-4351

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number**

---

| 3.680 | Nonpriority creditor's name and mailing address | | $1,345.50 |
|---|---|---|---|

CEAR CREST HOSPITAL AND RTC
3500 S IH 35
BELTON, TX 76513

As of the petition filing date, the claim is:
*Check all that apply.*
- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number**

---

| 3.681 | Nonpriority creditor's name and mailing address | | $421.73 |
|---|---|---|---|

CEDAR WHITE BRADLEY CONSULTING
SHEIKH ZAYED RD POB66300
DUBAI, TX 78209

As of the petition filing date, the claim is:
*Check all that apply.*
- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number**

---

Debtor    iHeartMedia Management Services, Inc.                    Case number (if known)   18-31301 (MI)
          Name

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.682 | Nonpriority creditor's name and mailing address | | $16,114.84 |
|---|---|---|---|

CELTRA INC
545 BOYLSTON ST 11TH FL
BOSTON, MA 02116

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: General Trade Payable

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

| 3.683 | Nonpriority creditor's name and mailing address | | $1,500.00 |
|---|---|---|---|

CENTER FOR PRIMARY CARE
363 N BELAIR RD
EVANS, GA 30809

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Client Refund

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

| 3.684 | Nonpriority creditor's name and mailing address | | $4,159.67 |
|---|---|---|---|

CENTER FOR RELATIONSHIP EDUCATION
8101 E BELLVIEW AVE G
DENVER, CO 80237

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Client Refund

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

| 3.685 | Nonpriority creditor's name and mailing address | | $2,040.00 |
|---|---|---|---|

CENTRAL TRANSPORT
5210 MARYLAND WAY
BRENTWOOD, TN 37027

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Client Refund

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

| 3.686 | Nonpriority creditor's name and mailing address | | $2.07 |
|---|---|---|---|

CENTURYLINK
PO BOX 91155
SEATTLE, WA 98111-9255

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: General Trade Payable

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

| Debtor | iHeartMedia Management Services, Inc. | Case number *(if known)* | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.687 | **Nonpriority creditor's name and mailing address** | | $69.08 |
|---|---|---|---|

CENTURYLINK
PO BOX 91154
SEATTLE, WA 98111-9254

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.688 | **Nonpriority creditor's name and mailing address** | | $488.89 |
|---|---|---|---|

CENTURYLINK
POB 1319
CHARLOTTE, NC 28201-1319

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.689 | **Nonpriority creditor's name and mailing address** | | $844.98 |
|---|---|---|---|

CENTURYLINK
PO BOX 91154
SEATTLE, WA 98111-9254

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.690 | **Nonpriority creditor's name and mailing address** | | $74,959.03 |
|---|---|---|---|

CENTURYLINK
CENTURYLINK-ACCESS BILL
POB 4648
MONROE, LA 71211-4648

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.691 | **Nonpriority creditor's name and mailing address** | | $29.12 |
|---|---|---|---|

CENTURYLINK
POB 4300
CAROL STREAM, IL 60197

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 141 of 457 |
|---|---|---|

Debtor  iHeartMedia Management Services, Inc.
        Name

Case number (if known)  18-31301 (MI)

---

**Part 2:**   **Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.692** | Nonpriority creditor's name and mailing address | $35.32

CENTURYLINK
PO BOX 43
CAROL STREAM, IL 60197-4300

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.693** | Nonpriority creditor's name and mailing address | $26,033.94

CERIDIAN
POB 10989
NEWARK, NJ 07193

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.694** | Nonpriority creditor's name and mailing address | $728.07

CERTIFIED
286 MADISON AVE
NEW YORK, NY 10017

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.695** | Nonpriority creditor's name and mailing address | $634.08

CHAMBERLAIN HRDLICKA WHITE WILLIAMS & AUGHTRY
1200 SMITH ST STE 1400
HOUSTON, TX 77002-4310

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.696** | Nonpriority creditor's name and mailing address | $1,204.03

CHAMPION COURIER INC
POB 1196
NEW YORK, NY 10018-9998

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 142 of 457

Debtor   iHeartMedia Management Services, Inc.                Case number (if known)   18-31301 (MI)
         Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

| 3.697 | **Nonpriority creditor's name and mailing address** | | $329.40 |

CHAMPION ENERGY SERVICES LLC
1500 RANKIN RD STE 200
HOUSTON, TX 77073

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.698 | **Nonpriority creditor's name and mailing address** | | $4.00 |

CHARITIES UNLIMITED
1400 BROOKPARK RD
CLEVELAND, OH 44109

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.699 | **Nonpriority creditor's name and mailing address** | | $141.77 |

CHARTER COMMUNICATIONS
PO BOX 7426
CINCINNATI, OH 45274-2614

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.700 | **Nonpriority creditor's name and mailing address** | | $30.51 |

CHARTER COMMUNICATIONS
PO BOX 742616
CINCINNATI, OH 45274-2616

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.701 | **Nonpriority creditor's name and mailing address** | | $2,360.00 |

CHARTER COMMUNICATIONS
POB 790261
SAINT LOUIS, MO 63179-0261

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | iHeartMedia Management Services, Inc. | Case number (if known) | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.702** | **Nonpriority creditor's name and mailing address** | | $120.06

CHARTER COMMUNICATIONS
PO BOX 319
MILWAUKEE, WI 53201-3019

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.703** | **Nonpriority creditor's name and mailing address** | | $4,246.50

CHEROKEE NATION ENTERTAINMENT
POB 179
TAHLEQUAH, OK 74465

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.704** | **Nonpriority creditor's name and mailing address** | | $2,267.50

CHILDRENS HOSPITAL OF WISCONSIN
ATTN JULIE PEDRETTI - PUBLIC RELATIONS & MKTG
MS 956 POB 1997
MILWAUKEE, WI 53201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.705** | **Nonpriority creditor's name and mailing address** | | $1,000.00

CHOCTAW NATION OF OKLAHOMA
POB 1210
DURANT, OK 74702

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.706** | **Nonpriority creditor's name and mailing address** | | $7,019.00

CHOICE MARKETING LLC
501 E 7TH ST
JOPLIN, MO 64801

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Official Form 206E/F | Schedule E/F: Creditors Who Have Unsecured Claims | Page 144 of 457 |
|---|---|---|

| Debtor | iHeartMedia Management Services, Inc. | Case number (if known) | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.707** | **Nonpriority creditor's name and mailing address** | | $2,426.00

CHP INTERNATIONAL INC
1040 NORTH BLVD STE 220
OAK PARK, IL 60301

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.708** | **Nonpriority creditor's name and mailing address** | | $1,515.00

CHRISTMAS CITY HOTEL LLC DBA HOTEL BETHLEHEM
437 MAIN ST
BETHLEHEM, PA 18018

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.709** | **Nonpriority creditor's name and mailing address** | | $2,800.00

CHURCH OF THE BLESSED SACRAMENT

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.710** | **Nonpriority creditor's name and mailing address** | | $408.28

CHVRCHES
C/O PS BUSINESS MANAGEMENT
235 PARK AVE S 9TH FL
NEW YORK, NY 10003

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.711** | **Nonpriority creditor's name and mailing address** | | $305,431.69

CI&T
90 NASSAU ST 4TH FL
PRINCETON, NJ 08542

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | iHeartMedia Management Services, Inc. | Case number (if known) | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.712 | Nonpriority creditor's name and mailing address | | $7,540.00 |
|---|---|---|---|

CIELO
711 N 77 SUNSHINE STRIP
HARLINGEN, TX 78550

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.713 | Nonpriority creditor's name and mailing address | | $1,155.27 |
|---|---|---|---|

CIMCO COMMUNICATIONS INC
POB 95900
CHICAGO, IL 60694

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.714 | Nonpriority creditor's name and mailing address | | $35,621.08 |
|---|---|---|---|

CINCINNATI BELL
POB 748003
CINCINNATI, OH 45274-8003

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.715 | Nonpriority creditor's name and mailing address | | $174.25 |
|---|---|---|---|

CINCINNATI BELL
POB 748003
CINCINNATI, OH 45274

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.716 | Nonpriority creditor's name and mailing address | | $284.18 |
|---|---|---|---|

CINTAS CORPORATION
POB 631025
CINCINNATI, OH 45263-1025

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

Debtor __iHeartMedia Management Services, Inc.__
      Name

Case number (if known) __18-31301 (MI)__

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | | |
|---|---|---|
| 3.717 | **Nonpriority creditor's name and mailing address** | $840.00 |

CIRCLE COMPUTER RESOURCES, INC.
845 CAPITAL DRIVE SW
CEDAR RAPIDS, IA 52404

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| | | |
|---|---|---|
| 3.718 | **Nonpriority creditor's name and mailing address** | $344.52 |

CISION US INC
POB 98869
CHICAGO, IL 60693-8869

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| | | |
|---|---|---|
| 3.719 | **Nonpriority creditor's name and mailing address** | $770,798,430.00 |

CITICASTERS CO.
20880 STONE OAK PKWY
SAN ANTONIO, TX 78258

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☒ Yes

**Last 4 digits of account number**

| | | |
|---|---|---|
| 3.720 | **Nonpriority creditor's name and mailing address** | $1,000.00 |

CITY OF BUENA PARK
6650 BEACH BLVD BLDG 4
BUENA PARK, CA 90622

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| | | |
|---|---|---|
| 3.721 | **Nonpriority creditor's name and mailing address** | $1,655.00 |

CITY OF HELOTES GF OPERATING
POB 507
HELOTES, TX 78023-0507

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

Debtor   iHeartMedia Management Services, Inc.
Name

Case number *(if known)*  18-31301 (MI)

**Part 2:   Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.722 | **Nonpriority creditor's name and mailing address** | | $34,010.00 |
|---|---|---|---|

CITY OF HOPE NATIONAL MEDICAL CENTER
ATTN AP
1500 DUARTE RD FL 4
DUARTE, CA 91010

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.723 | **Nonpriority creditor's name and mailing address** | | $180.00 |
|---|---|---|---|

CITY OF NEW ORLEANS
1300 PERDIDO ST RM 1W15
NEW ORLEANS, LA 70112

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.724 | **Nonpriority creditor's name and mailing address** | | $275.17 |
|---|---|---|---|

CITY OF OGALLALA
411 EAST 2ND ST
OGALLALA, NE 69153

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.725 | **Nonpriority creditor's name and mailing address** | | $5,829.00 |
|---|---|---|---|

CITY VENTURES HOMEBUILDING LLC
3121 MICHELSON DR STE 150
IRVINE, CA 92612

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.726 | **Nonpriority creditor's name and mailing address** | | $798.41 |
|---|---|---|---|

CITYNET LLC
100 CITYNET DR
BRIDGEPORT, WV 26330

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

Debtor    iHeartMedia Management Services, Inc.
          _____
          Name

Case number *(if known)*  18-31301 (MI)

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.727**  **Nonpriority creditor's name and mailing address**                                    $167,100.84

CIVIS ANALYTICS INC
200 W MONROE ST STE 2200
ATTN ALAN FU
CHICAGO, IL 60606

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.728**  **Nonpriority creditor's name and mailing address**                                    $960.00

CLAROCISION RESEARCH & MARKETING
2818 N UNIVERSITY DR
CORAL SPRINGS, FL 33065

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.729**  **Nonpriority creditor's name and mailing address**                                    $14,676,048,769.00

CLEAR CHANNEL HOLDINGS, INC.
20880 STONE OAK PKWY
SAN ANTONIO, TX 78258

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☒ Yes

**Last 4 digits of account number**

---

**3.730**  **Nonpriority creditor's name and mailing address**                                    $4,544,379.00

CLEAR CHANNEL MEXICO HOLDINGS, INC.
20880 STONE OAK PKWY
SAN ANTONIO, TX 78258

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☒ Yes

**Last 4 digits of account number**

---

**3.731**  **Nonpriority creditor's name and mailing address**                                    $135.00

CLEAR COMMUNICATORS
20880 STONE OAK PKWY
SAN ANTONIO, TX 78258

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 149 of 457

| Debtor | iHeartMedia Management Services, Inc. | Case number *(if known)* | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.732** | **Nonpriority creditor's name and mailing address** | | $10,944.00

CLEAR SEARCH CONSULTING
2014 FLAMINGO
SAN ANTONIO, TX 78209

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.733** | **Nonpriority creditor's name and mailing address** | | $1,265.00

CLEAR VIEW GLASS AND TINT LLC
4500 E SPEEDWAY 67
TUCSON, AZ 85712

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.734** | **Nonpriority creditor's name and mailing address** | | $0.01

CLERK OF THE COURTLAWRENCE COUNTY
10916 COUNTY RD
CHESAPEAKE, OH 45619

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.735** | **Nonpriority creditor's name and mailing address** | | $1,126.49

CLINICAL RESEARCH MANAGEMENT

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.736** | **Nonpriority creditor's name and mailing address** | | $159,275.35

CLOUD TECHNOLOGY PARTNERS INC
321 SUMMER ST FIFTH FL
BOSTON, MA 02210

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 150 of 457

Debtor  iHeartMedia Management Services, Inc.
        _____
        Name

Case number (if known)  18-31301 (MI)

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.737** | **Nonpriority creditor's name and mailing address** | $24,064.31

CLOUDHEALTH TECHNOLOGIES INC

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.738** | **Nonpriority creditor's name and mailing address** | $2,192.00

COACHMANS INN ENTERPRISES INC

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.739** | **Nonpriority creditor's name and mailing address** | $2,205.00

COBB TECHNOLOGIES
1000 TECHNOLOGY PARK DR
GLEN ALLEN, VA 23059

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.740** | **Nonpriority creditor's name and mailing address** | $440.67

COCA-COLA OF NORTH PLATTE
4700 S LEWIS BLVD
PO BOX 3657
SIOUX CITY, IA 51102

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.741** | **Nonpriority creditor's name and mailing address** | $4,891.36

COGENT COMMUNICATIONS
POB 791087
BALTIMORE, MD 21279

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 151 of 457

Debtor  iHeartMedia Management Services, Inc.
Name

Case number (if known)  18-31301 (MI)

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.742 | **Nonpriority creditor's name and mailing address** | | $280.00 |

COGNIZANT TECHNOLOGY SOLUTIONS US CORP
24721 NETWORK PL
CHICAGO, IL 60673-1247

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.743 | **Nonpriority creditor's name and mailing address** | | $94,372.50 |

COGNIZANT TECHNOLOGY SOLUTIONS US CORP
24721 NETWORK PL
CHICAGO, IL 60673-1247

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.744 | **Nonpriority creditor's name and mailing address** | | $13,757.72 |

COLLINS BUILDING SERVICES INC
COURT SQUARE PLACE
24-01 44TH RD 15TH FLOOR
LONG ISLAND CITY, NY 11101

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.745 | **Nonpriority creditor's name and mailing address** | | $2,743.63 |

COLORADO STATE UNIVERSITY
SPONSORED PROGRAMS
601 S HOWES
FORT COLLINS, CO 80523

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.746 | **Nonpriority creditor's name and mailing address** | | $2,972.00 |

COLUMBIA DISTRIBUTING YOUNGS MARKET CO
6840 N CUTTER CIR
PORTLAND, OR 97217

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    iHeartMedia Management Services, Inc.
          Name

Case number (if known)   18-31301 (MI)

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.747 **Nonpriority creditor's name and mailing address**                                    $300.00

COLUMBUS INCOME TAX DIVISION
POB 182158
COLUMBUS, OH 43218

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.748 **Nonpriority creditor's name and mailing address**                                    $30.12

COMCAST
PO BOX 31
SOUTHEASTERN, PA 19398-3001

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.749 **Nonpriority creditor's name and mailing address**                                    $121.78

COMCAST
PO BOX 31
SOUTHEASTERN, PA 19398-3001

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.750 **Nonpriority creditor's name and mailing address**                                    $61.21

COMCAST
PO BOX 3517
SEATTLE, WA 98124

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.751 **Nonpriority creditor's name and mailing address**                                    $17.64

COMCAST
PO BOX 34744
SEATTLE, WA 98124-1744

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor   iHeartMedia Management Services, Inc.
         Name

Case number (if known)   18-31301 (MI)

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

### 3.752 Nonpriority creditor's name and mailing address
$49.93

COMCAST
PO BOX 31
SOUTHEASTERN, PA 19398-3001

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: General Trade Payable

Date or dates debt was incurred Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

### 3.753 Nonpriority creditor's name and mailing address
$6.55

COMCAST
PO BOX 15184
ATLANTA, GA 30348-5184

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: General Trade Payable

Date or dates debt was incurred Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

### 3.754 Nonpriority creditor's name and mailing address
$21.24

COMCAST
PO BOX 34744
SEATTLE, WA 98124-1744

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: General Trade Payable

Date or dates debt was incurred Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

### 3.755 Nonpriority creditor's name and mailing address
$142.52

COMCAST
PO BOX 1577
NEWARK, NJ

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: General Trade Payable

Date or dates debt was incurred Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

### 3.756 Nonpriority creditor's name and mailing address
$4.78

COMCAST
PO BOX 34744
SEATTLE, WA 98124-1744

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: General Trade Payable

Date or dates debt was incurred Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

Debtor    iHeartMedia Management Services, Inc.
          _____
          Name

Case number (if known) ___18-31301 (MI)___

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.757**   **Nonpriority creditor's name and mailing address**    $77.92

COMCAST

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.758**   **Nonpriority creditor's name and mailing address**    $116.37

COMCAST
POB 35170
SEATTLE, WA 98124-5170

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.759**   **Nonpriority creditor's name and mailing address**    $74.24

COMCAST
PO BOX 75
SOUTHEASTERN, PA 19398-3005

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.760**   **Nonpriority creditor's name and mailing address**    $148.33

COMCAST
PO BOX 5398
ATLANTA, GA 30353-0098

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.761**   **Nonpriority creditor's name and mailing address**    $154.97

COMCAST
PO BOX 34744
SEATTLE, WA 98124-1744

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    iHeartMedia Management Services, Inc.    Case number *(if known)*  18-31301 (MI)
          Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.762**  **Nonpriority creditor's name and mailing address**                                            $24.90

COMCAST
PO BOX 5398
ATLANTA, GA 30353-0098

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined      **Is the claim subject to offset?**

**Last 4 digits of account number**      ☐ No
                                         ☐ Yes

---

**3.763**  **Nonpriority creditor's name and mailing address**                                            $35.73

COMCAST
PO BOX 31
SOUTHEASTERN, PA 19398-3001

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined      **Is the claim subject to offset?**

**Last 4 digits of account number**      ☐ No
                                         ☐ Yes

---

**3.764**  **Nonpriority creditor's name and mailing address**                                            $6.37

COMCAST
PO BOX 5398
ATLANTA, GA 30353-0098

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined      **Is the claim subject to offset?**

**Last 4 digits of account number**      ☐ No
                                         ☐ Yes

---

**3.765**  **Nonpriority creditor's name and mailing address**                                            $14.17

COMCAST
PO BOX 31
SOUTHEASTERN, PA 19398-3001

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined      **Is the claim subject to offset?**

**Last 4 digits of account number**      ☐ No
                                         ☐ Yes

---

**3.766**  **Nonpriority creditor's name and mailing address**                                            $6.44

COMCAST
PO BOX 66618
DALLAS, TX 75266-0618

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined      **Is the claim subject to offset?**

**Last 4 digits of account number**      ☐ No
                                         ☐ Yes

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    Page 156 of 457

Debtor    iHeartMedia Management Services, Inc.
          _____
          Name                                            Case number *(if known)*  18-31301 (MI)

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.767** | **Nonpriority creditor's name and mailing address** | $49,448.19

COMCAST
POB 771929
DETROIT, MI 48277

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.768** | **Nonpriority creditor's name and mailing address** | $4.50

COMCAST
PO BOX 66618
DALLAS, TX 75266-0618

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.769** | **Nonpriority creditor's name and mailing address** | $15.06

COMCAST

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.770** | **Nonpriority creditor's name and mailing address** | $6.45

COMCAST
PO BOX 66618
DALLAS, TX 75266-0618

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.771** | **Nonpriority creditor's name and mailing address** | $107.89

COMCAST
PO BOX 5398
ATLANTA, GA 30353-0098

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 157 of 457

Debtor   iHeartMedia Management Services, Inc.
         Name

Case number (if known)  18-31301 (MI)

**Part 2:** **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | |
|---|---|
| 3.772 | **Nonpriority creditor's name and mailing address** |

$10.63

COMCAST
PO BOX 1577
NEWARK, NJ 07101-1577

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| | |
|---|---|
| 3.773 | **Nonpriority creditor's name and mailing address** |

$62.69

COMCAST
PO BOX 31
SOUTHEASTERN, PA 19398-3001

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| | |
|---|---|
| 3.774 | **Nonpriority creditor's name and mailing address** |

$81.52

COMCAST
PO BOX 31
SOUTHEASTERN, PA 19398

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| | |
|---|---|
| 3.775 | **Nonpriority creditor's name and mailing address** |

$51.72

COMCAST  CABLE
PO BOX 34744
SEATTLE, WA 98124-1744

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| | |
|---|---|
| 3.776 | **Nonpriority creditor's name and mailing address** |

$48.20

COMCAST BUSINES (BATTLE CREEK)
PO BOX 75
SOUTHEASTERN, PA 19398-7500

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Official Form 206E/F

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    iHeartMedia Management Services, Inc.
          Name

Case number (if known) 18-31301 (MI)

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.777** | **Nonpriority creditor's name and mailing address** | $33.78

COMCAST CABLE
PO BOX 15184
ATLANTA, GA 30348-5184

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.778** | **Nonpriority creditor's name and mailing address** | $9.80

COMCAST CABLE
PO BOX 34744
SEATTLE, WA 98124-1744

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.779** | **Nonpriority creditor's name and mailing address** | $58.53

COMCAST CABLE
PO BOX 34744
SEATTLE, WA 98124-1744

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.780** | **Nonpriority creditor's name and mailing address** | $32.51

COMCAST CABLE
PO BOX 5398
ATLANTA, GA 30353-0098

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.781** | **Nonpriority creditor's name and mailing address** | $794.59

COMCAST CABLE
POB 105184
ATLANTA, GA 30348-5184

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | iHeartMedia Management Services, Inc. | Case number *(if known)* | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.782**   **Nonpriority creditor's name and mailing address**                                                                     $3,570.08

COMCAST CABLE
1701 JOHN F KENNEDY BLVD #5
PHILADELPHIA, PA 19103

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.783**   **Nonpriority creditor's name and mailing address**                                                                     $1,015.00

COMIC RELIEF INC
2224 N 3RD ST
SAINT CHARLES, MO 63301

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.784**   **Nonpriority creditor's name and mailing address**                                                                     $332.00

COMMITTEE TO ELECT MAURO GARZA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.785**   **Nonpriority creditor's name and mailing address**                                                                     $3,000.00

COMMUNITY COLLEGE OF DENVER
800 CURTIS ST
DENVER, CO 80204

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.786**   **Nonpriority creditor's name and mailing address**                                                                     $8,980.00

COMPETITOR GROUP INC
3407 W MARTIN LUTHER KING JR BLVD #100
TAMPA, FL 33607

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    Page 160 of 457

Debtor    iHeartMedia Management Services, Inc.
          Name                                                    Case number (if known)  18-31301 (MI)

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.787**  **Nonpriority creditor's name and mailing address**                                          $24.80

COMPORIUM
POB 1042                                    **As of the petition filing date, the claim is:**
ROCK HILL, SC 29731-7042                    *Check all that apply.*

                                            ☐ Contingent
                                            ☐ Unliquidated
                                            ☐ Disputed

                                            **Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**
                                                    ☐ No
**Last 4 digits of account number**                 ☐ Yes

---

**3.788**  **Nonpriority creditor's name and mailing address**                                       $245,400.58

COMPUTER SOLUTIONS INC
POB 1847                                    **As of the petition filing date, the claim is:**
SAN ANTONIO, TX 78297-1847                  *Check all that apply.*

                                            ☐ Contingent
                                            ☐ Unliquidated
                                            ☐ Disputed

                                            **Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**
                                                    ☐ No
**Last 4 digits of account number**                 ☐ Yes

---

**3.789**  **Nonpriority creditor's name and mailing address**                                        $2,772.35

COMPUTERSHARE
DEPT CH 16934                               **As of the petition filing date, the claim is:**
PALATINE, IL 60055-9228                     *Check all that apply.*

                                            ☐ Contingent
                                            ☐ Unliquidated
                                            ☐ Disputed

                                            **Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**
                                                    ☐ No
**Last 4 digits of account number**                 ☐ Yes

---

**3.790**  **Nonpriority creditor's name and mailing address**                                       $11,472.47

COMSCORE INC
14140 COLLECTION CENTER DR                  **As of the petition filing date, the claim is:**
CHICAGO, IL 60693                           *Check all that apply.*

                                            ☐ Contingent
                                            ☐ Unliquidated
                                            ☐ Disputed

                                            **Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**
                                                    ☐ No
**Last 4 digits of account number**                 ☐ Yes

---

**3.791**  **Nonpriority creditor's name and mailing address**                                       $53,004.74

CON EDISON
JAF STATION POB 1701                        **As of the petition filing date, the claim is:**
NEW YORK, NY 10116-1701                     *Check all that apply.*

                                            ☐ Contingent
                                            ☐ Unliquidated
                                            ☐ Disputed

                                            **Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**
                                                    ☐ No
**Last 4 digits of account number**                 ☐ Yes

---

Debtor  iHeartMedia Management Services, Inc.                          Case number (if known)  18-31301 (MI)
         Name

---

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.792** | **Nonpriority creditor's name and mailing address** | $14,452.95

CONCUR TECHNOLOGIES INC
62157 COLLECTIONS CENTER DR
CHICAGO, IL 60693

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.793** | **Nonpriority creditor's name and mailing address** | $2,972.42

CONRAD NEW YORK

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.794** | **Nonpriority creditor's name and mailing address** | $1,302.41

CONSOLIDATED COMMUNICATIONS
POB 66523
SAINT LOUIS, MO 63166-6523

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.795** | **Nonpriority creditor's name and mailing address** | $431.21

CONSOLIDATED COMMUNICATIONS
POB 1408
DICKINSON, ND 58602-1408

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.796** | **Nonpriority creditor's name and mailing address** | $1,945.00

CONSOLIDATED COMMUNICATIONS
121 S 17TH ST
MATTOON, IL 61938

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    iHeartMedia Management Services, Inc.          Case number *(if known)*   18-31301 (MI)
          Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.797** | **Nonpriority creditor's name and mailing address** | $86.21

CONSOLIDATED COMMUNICATIONS
POB 3188
MILWAUKEE, WI 53201-3188

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.798** | **Nonpriority creditor's name and mailing address** | $19.66

CONSOLIDATED TELEPHONE
POB 6147
LINCOLN, NE 68506-0147

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.799** | **Nonpriority creditor's name and mailing address** | $30,850.00

CONTEXTLOGIC INC
ONE SANSOME ST 40TH FL
SAN FRANCISCO, CA 94104

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.800** | **Nonpriority creditor's name and mailing address** | $1,760.00

CONVENE INC
6983 E FOWLER AVE
TEMPLE TERRACE, FL 33617

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.801** | **Nonpriority creditor's name and mailing address** | $71.92

CORPORATE COFFEE SYSTEMS
745 SUMMA AVE
WESTBURY, NY 11590

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 163 of 457

Debtor    iHeartMedia Management Services, Inc.                     Case number *(if known)*   18-31301 (MI)
          Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.802** | **Nonpriority creditor's name and mailing address** | $1,689.75

CORPUS CHRISTI CONVENTION AND VISITORS
101 N SHORELINE BLVD 430
CORPUS CHRISTI, TX 78401

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.803** | **Nonpriority creditor's name and mailing address** | $5,700.00

CORRECTION OFFICER BENEVOLENT
ATTN AP
75 BROAD ST STE 810
NEW YORK, NY 10004-2415

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.804** | **Nonpriority creditor's name and mailing address** | $800.00

COSA INVESTMENTS

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.805** | **Nonpriority creditor's name and mailing address** | $1,150.00

COUCH AND THOMAS LLC
1686 NOTTING HILL DR
HERNANDO, MS 38632-8075

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.806** | **Nonpriority creditor's name and mailing address** | $675.00

COUNTRY CLUB HILLS FINANCE DEPARTMENT

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 164 of 457

Debtor   iHeartMedia Management Services, Inc.
Name

Case number *(if known)*   18-31301 (MI)

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.807 | **Nonpriority creditor's name and mailing address** | $1,118.00 |
|---|---|---|

COUNTRY THUNDER EAST LLC
730 GALLATIN PIKE N
MADISON, TN 37115

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.808 | **Nonpriority creditor's name and mailing address** | $1,223.40 |
|---|---|---|

COWBOYS FAR WEST LTD
3030 NE LOOP 410
SAN ANTONIO, TX 78218

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.809 | **Nonpriority creditor's name and mailing address** | $3,406.62 |
|---|---|---|

COX BUSINESS
POB 29650 DEPT 880101
PHOENIX, AZ 85038-9650

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.810 | **Nonpriority creditor's name and mailing address** | $129.04 |
|---|---|---|

COX BUSINESS

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.811 | **Nonpriority creditor's name and mailing address** | $606.00 |
|---|---|---|

COX BUSINESS SERVICES
POB 2742
OMAHA, NE 68103-2742

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

Official Form 206E/F   **Schedule E/F: Creditors Who Have Unsecured Claims**   Page 165 of 457

Debtor    iHeartMedia Management Services, Inc.
_____
           Name

Case number (if known) __18-31301 (MI)__

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.812 | Nonpriority creditor's name and mailing address | | $224.52 |
|---|---|---|---|

COX BUSINESS-NEW ORLEANS
PO BOX 6127
NEW ORLEANS, LA 70161-1027

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

| 3.813 | Nonpriority creditor's name and mailing address | | $190.82 |
|---|---|---|---|

COX COMMUNICATIONS
PO BOX 53214
PHOENIX, AZ 85072-3214

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

| 3.814 | Nonpriority creditor's name and mailing address | | $89.42 |
|---|---|---|---|

COX COMMUNICATIONS
DEPT 78114
PO BOX 78
DETROIT, MI 48278-1104

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

| 3.815 | Nonpriority creditor's name and mailing address | | $114.92 |
|---|---|---|---|

COX COMMUNICATIONS
PO BOX 248871
OKLAHOMA CITY, OK 73124-8871

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

| 3.816 | Nonpriority creditor's name and mailing address | | $55.39 |
|---|---|---|---|

COX COMMUNICATIONS
PO BOX 9178
LOUISVILLE, KY 40290-1078

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

Debtor ___iHeartMedia Management Services, Inc._____     Case number *(if known)* __18-31301 (MI)__
        Name

**Part 2:    Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.817 | **Nonpriority creditor's name and mailing address** | | $4,946.96 |
|---|---|---|---|

COX COMMUNICATIONS
POB 248876
OKLAHOMA CITY, OK 73124-8876

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.818 | **Nonpriority creditor's name and mailing address** | | $62.24 |
|---|---|---|---|

COX COMMUNICATIONS INC-MACON
PO BOX 6129
NEW ORLEANS, LA 70161-1029

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.819 | **Nonpriority creditor's name and mailing address** | | $4,264.12 |
|---|---|---|---|

COX COMMUNICATIONS PHOENIX
POB 53249
PHOENIX, AZ 85072-3249

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.820 | **Nonpriority creditor's name and mailing address** | | $142.50 |
|---|---|---|---|

COX COMMUNICATIONS ROANOKE
PO BOX 9188
LOUISVILLE, KY 40290-1088

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.821 | **Nonpriority creditor's name and mailing address** | | $1,629.84 |
|---|---|---|---|

COX COMMUNICATIONS SAN DIEGO
POB 53214
PHOENIX, AZ 85072-3214

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | iHeartMedia Management Services, Inc. | Case number (if known) | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.822 | **Nonpriority creditor's name and mailing address** | | $66.49 |
|---|---|---|---|

COX COMMUNICATIONS, INC.
PO BOX 9177
LOUISVILLE, KY 40290-1077

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.823 | **Nonpriority creditor's name and mailing address** | | $206.46 |
|---|---|---|---|

COX COMMUNICATIONS, INC.
PO BOX 248851
OKLAHOMA CITY, OK 73124-8851

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.824 | **Nonpriority creditor's name and mailing address** | | $368.83 |
|---|---|---|---|

COX COMMUNICATIONS
PO BOX 53249
PHOENIX, AZ 85072-3249

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.825 | **Nonpriority creditor's name and mailing address** | | $9,354.84 |
|---|---|---|---|

COX MEDIA GROUP
6205 PEACHTREE DUNWOODY RD
ATLANTA, GA 30328

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.826 | **Nonpriority creditor's name and mailing address** | | $31,056.10 |
|---|---|---|---|

COX RADIO INC

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 168 of 457 |
|---|---|---|

| Debtor | iHeartMedia Management Services, Inc. | Case number (if known) | 18-31301 (MI) |
|--------|--------------------------------------|------------------------|---------------|
|        | Name                                 |                        |               |

**Part 2:**  **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.827 | **Nonpriority creditor's name and mailing address** | | $154,134.75 |
|---|---|---|---|

CPS ENERGY
POB 2678
SAN ANTONIO, TX 78289-0001

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.828 | **Nonpriority creditor's name and mailing address** | | $3,612.90 |
|---|---|---|---|

CQ ROLL CALL
1625 I ST NW STE 200
WASHINGTON, DC 20006

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.829 | **Nonpriority creditor's name and mailing address** | | $11,457.41 |
|---|---|---|---|

CRAZY DUCK PRODUCTIONS INC
DBA CRAZY DUCK VIDEO + PHOTOGRAPHY
7 HACKENSACK AVE
WEEHAWKEN, NJ 07086

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.830 | **Nonpriority creditor's name and mailing address** | | $2,988.00 |
|---|---|---|---|

CREATIVE CIRCLE LLC
POB 74008799
CHICAGO, IL 60674-8799

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.831 | **Nonpriority creditor's name and mailing address** | | $44.62 |
|---|---|---|---|

CREDIT COLLECTIONS BUREAU
POB 778
BISMARCK, ND 58502

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | iHeartMedia Management Services, Inc. | Case number *(if known)* | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.832 | **Nonpriority creditor's name and mailing address** | | $324.80 |
|---|---|---|---|

CREDITORS SERVICE BUREAU
POB 255
SPRINGFIELD, IL 62705

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

| 3.833 | **Nonpriority creditor's name and mailing address** | | $3,650.00 |
|---|---|---|---|

CREWS CHEVROLET
8199 RIVERS AVE
NORTH CHARLESTON, SC 29406

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

| 3.834 | **Nonpriority creditor's name and mailing address** | | $1,583.00 |
|---|---|---|---|

CRICKET WIRELESS
ATTN A/P
5887 COPLEY DR
SAN DIEGO, CA 92111

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

| 3.835 | **Nonpriority creditor's name and mailing address** | | $456.95 |
|---|---|---|---|

CRITICAL HUB NETWORKS, INC.
PO BOX 11278
SAN JUAN, PR 910

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

| 3.836 | **Nonpriority creditor's name and mailing address** | | $1,166.00 |
|---|---|---|---|

CROSBY EQUIPMENT LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

| Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 170 of 457 |
|---|---|---|

Debtor  iHeartMedia Management Services, Inc.
Name

Case number (if known) 18-31301 (MI)

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | | Amount of claim |
|---|---|---|

---

**3.837** | Nonpriority creditor's name and mailing address | | $20,103.23

CROSS-SELL
ATTN 330148
325 JOHN KNOX RD BLDG L200
TALLAHASSEE, FL 32303

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: General Trade Payable

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.838** | Nonpriority creditor's name and mailing address | | $60.00

CROWN MEDIA SERVICE LLC

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Client Refund

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.839** | Nonpriority creditor's name and mailing address | | $2.30

CROWN PLAZA HOTEL CLEVELAND AIRPORT
7230 ENGLE RD
MIDDLEBURG HTS, OH 44130

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Unclaimed Property

Date or dates debt was incurred

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.840** | Nonpriority creditor's name and mailing address | | $59,980.09

CT CORPORATION
POB 4349
CAROL STREAM, IL 60197-4349

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: General Trade Payable

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.841** | Nonpriority creditor's name and mailing address | | $948.41

CUMMINS SALES AND SERVICE
3715 CLAY AVE SW
GRAND RAPIDS, MI 49548

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: General Trade Payable

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

Debtor    iHeartMedia Management Services, Inc.                    Case number *(if known)*   18-31301 (MI)
          Name

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | | Amount of claim |
|---|---|---|

| 3.842 | **Nonpriority creditor's name and mailing address** | $3,169.57 |
|---|---|---|

CUMMINS SOUTHERN PLAINS
POB 206039
DALLAS, TX 75320-6039

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.843 | **Nonpriority creditor's name and mailing address** | $1,042.10 |
|---|---|---|

CUMULUS ABILENE
3586 MOMENTUM PL
CHICAGO, IL 60689-5335

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.844 | **Nonpriority creditor's name and mailing address** | $591.60 |
|---|---|---|

CUMULUS ABILENE KCDD FM
3586 MOMENTUM PL
CHICAGO, IL 60689-5335

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.845 | **Nonpriority creditor's name and mailing address** | $408.00 |
|---|---|---|

CUMULUS ALBUQUERQUE
3629 MOMENTUM PL
CUMULUS-ALBUQUERQUE-KKOB-FM
CHICAGO, IL 60689-5336

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.846 | **Nonpriority creditor's name and mailing address** | $508.30 |
|---|---|---|

CUMULUS AMARILLO
3588 MOMENTUM PL
CHICAGO, IL 60689-5335

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| Debtor | iHeartMedia Management Services, Inc. | Case number (if known) 18-31301 (MI) |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.847** **Nonpriority creditor's name and mailing address** $6,009.50

CUMULUS ATLANTA
3664 MOMENTUM PL
CHICAGO, IL 60689-5336

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.848** **Nonpriority creditor's name and mailing address** $1,598.00

CUMULUS DALLAS
3670 MOMENTUM PL
CUMULUS - DALLAS KLIF AM
CHICAGO, IL 60689-5336

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.849** **Nonpriority creditor's name and mailing address** $5,151.00

CUMULUS LOS ANGELES
KLOS-FM
3581 MOMENTUM PL
CHICAGO, IL 60689-5335

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.850** **Nonpriority creditor's name and mailing address** $28,064.52

CUMULUS MEDIA INC
ATTN NICOLE WALLER VICE PRESIDENT
ASSISTANT GENERAL COUNSEL
3280 PEACHTREE RD STE 2300
ATLANTA, GA 30305

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.851** **Nonpriority creditor's name and mailing address** $7,250.50

CUMULUS MODESTO
3656 MOMENTUM PL
CHICAGO, IL 60689

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor   iHeartMedia Management Services, Inc.                     Case number *(if known)*   18-31301 (MI)
         Name

## Part 2:   Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

| 3.852 | Nonpriority creditor's name and mailing address | | $49,572.00 |
|---|---|---|---|

CUMULUS NEW YORK
3583 MOMENTUM PL
CUMULUS NEW YORK WPLJ-FM
CHICAGO, IL 60689-5335

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.853 | Nonpriority creditor's name and mailing address | | $1,258.00 |
|---|---|---|---|

CUMULUS RENO
KKOH AM
3652 MOMENTUM PL
CHICAGO, IL 60689-5336

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.854 | Nonpriority creditor's name and mailing address | | $416.50 |
|---|---|---|---|

CUMULUS-KNOXVILLE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.855 | Nonpriority creditor's name and mailing address | | $56,076.51 |
|---|---|---|---|

CURVATURE INC
14416 COLLECTIONS CENTER DR
CHICAGO, IL 60693

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.856 | Nonpriority creditor's name and mailing address | | $8,996.83 |
|---|---|---|---|

CURVATURE LLC
6500 HOLLISTER AVE STE 210
SANTA BARBARA, CA 93117

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | iHeartMedia Management Services, Inc. | Case number (if known) | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.857 | **Nonpriority creditor's name and mailing address** | | $607,846.53 |
|---|---|---|---|

CUSHMAN & WAKEFIELD
8925 STERLING ST STE 260
IRVING, TX 75063

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.858 | **Nonpriority creditor's name and mailing address** | | $21,000.20 |
|---|---|---|---|

CVENT INC
POB 822699
PHILADELPHIA, PA 19182-2699

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.859 | **Nonpriority creditor's name and mailing address** | | $10,782.00 |
|---|---|---|---|

CW MATTHEWS CONTRACTING CO INC
1600 KENVIEW DR
MARIETTA, GA 30060

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.860 | **Nonpriority creditor's name and mailing address** | | $11,176.23 |
|---|---|---|---|

CYBERSOURCE CORPORATION
POB 8999
SAN FRANCISCO, CA 94128

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.861 | **Nonpriority creditor's name and mailing address** | | $1,571.00 |
|---|---|---|---|

CYCLE COLLECTIVE LLC
55 WATER ST FL 5
BROOKLYN, NY 11201

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| Debtor | iHeartMedia Management Services, Inc. | Case number (if known) | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.862** Nonpriority creditor's name and mailing address — $600.00

CYRUS A MCNEAL
427 MONROE ST APT B
BROOKLYN, NY 11221

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: General Trade Payable

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

**3.863** Nonpriority creditor's name and mailing address — $5,093.50

D J WINDOW TINTING INC
7408 PRESTON HWY
LOUISVILLE, KY 40219

As of the petition filing date, the claim is: Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Client Refund

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

**3.864** Nonpriority creditor's name and mailing address — $32.23

DAF MARKETING
305 KNICKERBOCKER AVE STE 4
BOHEMIA, NY 11716

As of the petition filing date, the claim is: Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Unclaimed Property

Date or dates debt was incurred

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

**3.865** Nonpriority creditor's name and mailing address — $2,951.34

DAF MARKETING
305 KNICKERBOCKER AVE STE 4
BOHEMIA, NY 11716

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: General Trade Payable

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

**3.866** Nonpriority creditor's name and mailing address — $160.00

DAMRON CORPORATION

As of the petition filing date, the claim is: Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Client Refund

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

Debtor    iHeartMedia Management Services, Inc.    Case number (if known)   18-31301 (MI)
          Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.867** Nonpriority creditor's name and mailing address                                    $1,000.00

DANA LYNN PLEASANT PHOTOGRAPHY

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: General Trade Payable

Date or dates debt was incurred Undetermined        Is the claim subject to offset?

Last 4 digits of account number                     ☐ No
                                                    ☐ Yes

---

**3.868** Nonpriority creditor's name and mailing address                                    $50.00

DANIELS OIL COMPANY INC

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Client Refund

Date or dates debt was incurred Undetermined        Is the claim subject to offset?

Last 4 digits of account number                     ☐ No
                                                    ☐ Yes

---

**3.869** Nonpriority creditor's name and mailing address                                    $3,818.36

DANNY WIMMER PRESENTS LLC
10350 SANTA MONICA BLVD #350
LOS ANGELES, CA 90025

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Client Refund

Date or dates debt was incurred Undetermined        Is the claim subject to offset?

Last 4 digits of account number                     ☐ No
                                                    ☐ Yes

---

**3.870** Nonpriority creditor's name and mailing address                                    $2,917.00

DATA-TELE CONTRACTORS INC
657 MAPLE AVE
RIDGFIELD, NJ 07657

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: General Trade Payable

Date or dates debt was incurred Undetermined        Is the claim subject to offset?

Last 4 digits of account number                     ☐ No
                                                    ☐ Yes

---

**3.871** Nonpriority creditor's name and mailing address                                    $747.45

DATABANK
PO BOX 7322
DALLAS, TX 84065

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: General Trade Payable

Date or dates debt was incurred Undetermined        Is the claim subject to offset?

Last 4 digits of account number                     ☐ No
                                                    ☐ Yes

---

| Debtor | iHeartMedia Management Services, Inc. | Case number (if known) | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.872 | Nonpriority creditor's name and mailing address | | $642.11 |
|---|---|---|---|

DATACHAMBERS, LLC
CONTROLLERS DEPT.
331 OLD LEXINGTON RD
WINSTON-SALEM, NC 27107

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.873 | Nonpriority creditor's name and mailing address | | $3,122.91 |
|---|---|---|---|

DATADOG INC
ATTN AR
620 8TH AVE FL 45
NEW YORK, NY 10018-1741

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.874 | Nonpriority creditor's name and mailing address | | $1,968.20 |
|---|---|---|---|

DAVID A BANKS INC
25268 GOV STOCKLEY RD
GEORGETOWN, DE 19947

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.875 | Nonpriority creditor's name and mailing address | | $4,300.00 |
|---|---|---|---|

DAVID BRIGGS ENTERPRISES INC DBA JAZZ CITY ADVERTISING
641 PAPWORTH AVE
METAIRLE, LA 70005

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.876 | Nonpriority creditor's name and mailing address | | $10,758.00 |
|---|---|---|---|

DAVIS WRIGHT TREMAINE LLP
1201 THIRD AVE STE 2200
SEATTLE, WA 98101-3045

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Official Form 206E/F | Schedule E/F: Creditors Who Have Unsecured Claims | Page 178 of 457 |
|---|---|---|

Debtor ___iHeartMedia Management Services, Inc._____    Case number *(if known)* __18-31301 (MI)__
        Name

**Part 2:**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.877 | **Nonpriority creditor's name and mailing address** | | $1,128.00 |
|---|---|---|---|

DAY ENTERPRISES LP
774 WISSLER RD
QUICKSBURG, VA 22847

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.878 | **Nonpriority creditor's name and mailing address** | | $2,671.76 |
|---|---|---|---|

DB VIDEO LLC
632 W IRIS DR #B
NASHVILLE, TN 37204

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.879 | **Nonpriority creditor's name and mailing address** | | $1,165.00 |
|---|---|---|---|

DBS SOUND AND LIGHTING LLC
7142 SLAUSON AVE
COMMERCE, CA 90040

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.880 | **Nonpriority creditor's name and mailing address** | | $1,500.00 |
|---|---|---|---|

DCPRODUCTIONS INC
1015 BURCHWOOD AVE
NASHVILLE, TN 37216

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.881 | **Nonpriority creditor's name and mailing address** | | $1,500.00 |
|---|---|---|---|

DDR DB STONE OAK MRKT FUND
POB 228042
3300 ENTERPRISE PKWY
BEACHWOOD, OH 44122

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 179 of 457

Debtor    iHeartMedia Management Services, Inc.                    Case number (if known)  18-31301 (MI)
          Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.882 | **Nonpriority creditor's name and mailing address** | | $6,238.20 |

DEBRA-KUEMPEL
POB 701620
CINCINNATI, OH 45270-1620

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.883 | **Nonpriority creditor's name and mailing address** | | $26.00 |

DEFIANCE CITY INCOME TAX DEPT
POB 669
DEFIANCE, OH 43512

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.884 | **Nonpriority creditor's name and mailing address** | | $647.68 |

DELAWARE DIV OF REVENUE ATTNMS#1 TW
POB 8717
WILMINGTON, DE 19899

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.885 | **Nonpriority creditor's name and mailing address** | | $1,900.00 |

DELAWARE ELECTRIC COOPERATIVE
POB 600
GREENWOOD, DE 19950

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.886 | **Nonpriority creditor's name and mailing address** | | $69,062.19 |

DELOITTE CONSULTING LLP
LBX #844717
1950 N STEMMONS FWY STE 5010
DALLAS, TX 75207

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

Debtor   iHeartMedia Management Services, Inc.
         _____
         Name

Case number (if known)   18-31301 (MI)

**Part 2:   Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

| 3.887 | Nonpriority creditor's name and mailing address | | $11,917.72 |
|---|---|---|---|

DELTACOM 1058
POB 2252
BIRMINGHAM, AL 35246-1058

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.888 | Nonpriority creditor's name and mailing address | | $1,675.00 |
|---|---|---|---|

DENNEMEYER
2 N RIVERSIDE PLZ STE 1500
CHICAGO, IL 60606

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.889 | Nonpriority creditor's name and mailing address | | $2,146.00 |
|---|---|---|---|

DENTISTRY BY DESIGN
DR LELAND JUDD
4831 LARSON BEACH RD
MCFARLAND, WI 53558

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.890 | Nonpriority creditor's name and mailing address | | $200.00 |
|---|---|---|---|

DEPARTMENT OF JUSTICE
303 MARCONI BLVD STE 200
COLUMBUS, OH 43215

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.891 | Nonpriority creditor's name and mailing address | | $4,499.97 |
|---|---|---|---|

DEROSA MEDICAL PC

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

Debtor    iHeartMedia Management Services, Inc.        Case number *(if known)*   18-31301 (MI)
     Name

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

| 3.892 | **Nonpriority creditor's name and mailing address** | | $1,381.25 |
|---|---|---|---|

DESAUTEL HEGE
315 W RIVERSIDE STE 200
SPOKANE, WA 99201

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.893 | **Nonpriority creditor's name and mailing address** | | $2,163.30 |
|---|---|---|---|

DEVELOPER MARKETING AND MANAGEMENT CO LL
1381 WALD RD B
NEW BRAUNFELS, TX 78132

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.894 | **Nonpriority creditor's name and mailing address** | | $1,720.00 |
|---|---|---|---|

DEWBERRY FARM LLC
POB 1489
BROOKSHIRE, TX 77423

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.895 | **Nonpriority creditor's name and mailing address** | | $370.00 |
|---|---|---|---|

DEX MEDIA
POB 619009
DFW AIRPORT, TX 75261-9009

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.896 | **Nonpriority creditor's name and mailing address** | | $2,319.00 |
|---|---|---|---|

DFW VAPOR
720 VALLEY RIDGE CIR 20
LEWISVILLE, TX 75057

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| Debtor | iHeartMedia Management Services, Inc. | Case number *(if known)* | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.897 | **Nonpriority creditor's name and mailing address** | | $2,528.58 |
|---|---|---|---|

DIGICERT INC
2801 N THANKSGIVING WAY STE 500
LEHI, UT 84043

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.898 | **Nonpriority creditor's name and mailing address** | | $2,013.70 |
|---|---|---|---|

DIRECTEMPLOYERS
9002 N PURDUE RD STE 100
INDIANAPOLIS, IN 46268

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.899 | **Nonpriority creditor's name and mailing address** | | $6,300.00 |
|---|---|---|---|

DIRECTOR OF THE USPTO
ATTN DEPOSIT ACCOUNTS
2051 JAMIESON AVE STE 300
ALEXANDRIA, VA 22314

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.900 | **Nonpriority creditor's name and mailing address** | | $144.56 |
|---|---|---|---|

DIRECTV
PO BOX 15249
ATLANTA, GA 30348-5249

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.901 | **Nonpriority creditor's name and mailing address** | | $9,484.29 |
|---|---|---|---|

DIRECTV INC
POB 105249
ATLANTA, GA 30348-5249

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 183 of 457 |
|---|---|---|

| Debtor | iHeartMedia Management Services, Inc. | Case number (if known) | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.902 | **Nonpriority creditor's name and mailing address** | | $218.35 |
|---|---|---|---|

DISH
POB 94063
PALATINE, IL 60094-4063

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.903 | **Nonpriority creditor's name and mailing address** | | $9,974.35 |
|---|---|---|---|

DLA PIPER US LLP
POB 75190
BALTIMORE, MD 21275

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.904 | **Nonpriority creditor's name and mailing address** | | $1,500.00 |
|---|---|---|---|

DLR RESTAURANTS LLC
611 COMMERCE ST STE 2911
NASHVILLE, TN 37203

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.905 | **Nonpriority creditor's name and mailing address** | | $1,368.50 |
|---|---|---|---|

DOLABANY COMMUNCATIONS GROUP
325 WOOD RD STE 104
BRAINTREE, MA 02184

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.906 | **Nonpriority creditor's name and mailing address** | | $510.00 |
|---|---|---|---|

DOROTA KOSCIELNIAK
13408 S 88TH AVE
ORLAND PARK, IL 60462

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor __iHeartMedia Management Services, Inc.__
Name

Case number (if known) __18-31301 (MI)__

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.907 | Nonpriority creditor's name and mailing address | | $4,196.46 |

DOUBLEVERIFY INC
POB 392268
PITTSBURGH, PA 15251-9268

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.908 | Nonpriority creditor's name and mailing address | | $1,696.00 |

DOW AGROSCIENCES
6750 WESTOWN PKWY
WEST DES MOINES, IA 50266

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.909 | Nonpriority creditor's name and mailing address | | $15,000.00 |

DOW JONES & COMPANY
HARBORSIDE FINANCIAL CTR
800 PLAZA TWO
JERSEY CITY, NJ 07311

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.910 | Nonpriority creditor's name and mailing address | | $4,575.00 |

DOWNTOWN TRAVEL INC DBA CRUISE & TOUR
POB 398
WATERFORD, WI 53185

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.911 | Nonpriority creditor's name and mailing address | | $1,810.78 |

DR FORTRESS, LLC
3375 KOAPAKA STREET
STE D198
HONOLULU, HI 96819

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | iHeartMedia Management Services, Inc. | Case number (if known) | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.912** | **Nonpriority creditor's name and mailing address** | $5,090.00

DR MEMAR DERMATOLOGY
50 E WASHINGTON ST STE 200
CHICAGO, IL 60602

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.913** | **Nonpriority creditor's name and mailing address** | $23,778.30

DR2MARKETING
62 MAIN ST STE 110
COLLEYVILLE, TX 76034

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.914** | **Nonpriority creditor's name and mailing address** | $6,809.64

DROPBOX
DEPT LA 24086
PASADENA, CA 91185-4086

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.915** | **Nonpriority creditor's name and mailing address** | $1,445.00

DRURY UNIVERSITY
900 N BENTON AVE
SPRINGFIELD, MO 65802-3791

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.916** | **Nonpriority creditor's name and mailing address** | $31,549.83

DSG INTERNATIONAL
105 EUCALYPTUS DR
EL SEGUNDO, CA 90245

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor  iHeartMedia Management Services, Inc.
Name

Case number (if known)  18-31301 (MI)

**Part 2:** **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | |
|---|---|
| 3.917 | **Nonpriority creditor's name and mailing address** |

$500.00

DTS INC
5220 LAS VIRGENES RD
CALABASAS, CA 91302

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.918  **Nonpriority creditor's name and mailing address**

$12,500.00

DUCERA PARTNERS LLC
499 PARK AVE 16TH FL
NEW YORK, NY 10022

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.919  **Nonpriority creditor's name and mailing address**

$5,000.00

DUCHARME MCMILLEN & ASSOCIATES INC
POB 914
MIDDLETOWN, OH 45044-0914

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.920  **Nonpriority creditor's name and mailing address**

$4,843.83

DUKE ENERGY
POB 1004
CHARLOTTE, NC 28201-1004

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.921  **Nonpriority creditor's name and mailing address**

$117,537.60

DUN & BRADSTREET
POB 75434
CHICAGO, IL 60675-5434

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    iHeartMedia Management Services, Inc.
                Name
                                                                        Case number *(if known)*   18-31301 (MI)

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.922** | Nonpriority creditor's name and mailing address | $1,700.00

DX MEDIA DIRECT
ATTN AP DEPT
3514 ELM BOTTOM CIR
AUBREY, TX 76227

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.923** | Nonpriority creditor's name and mailing address | $300.00

DYKEMA GOSSETT PLLC
400 RENAISSANCE CENTER
38TH FL - ACCOUNTING
DETROIT, MI 48243

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.924** | Nonpriority creditor's name and mailing address | $157,719.00

DYNAMIC LOGIC
POB 7247-7413
PHILADELPHIA, PA 19170-7413

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.925** | Nonpriority creditor's name and mailing address | $650.55

E-XPEDIENT
PO BOX 64529
PITTSBURGH, PA 15264-5209

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.926** | Nonpriority creditor's name and mailing address | $1,096.98

EARTHLINK BUSINESS
POB 88104
CHICAGO, IL 60680-1104

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

Is the claim subject to offset?
☐ No
☐ Yes

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 188 of 457

Debtor    iHeartMedia Management Services, Inc.          Case number *(if known)*   18-31301 (MI)
          Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.927** | **Nonpriority creditor's name and mailing address** | | $200.00

EASYSTREET
PO BOX 4544
PORTLAND, OR 97208-4544

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.928** | **Nonpriority creditor's name and mailing address** | | $2,015.00

EBY-BROWN COMPANY LLC
1415 W DIEHL RD STE 300 N
NAPERVILLE, IL 60583-1197

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.929** | **Nonpriority creditor's name and mailing address** | | $3,349.89

ECOGUARD PEST CONTROL

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.930** | **Nonpriority creditor's name and mailing address** | | $150.75

EDELMAN FINANCIAL SERVICES LLC
ATTN ACCTS RCVBL
4000 LEGATO RD FL 9
FAIRFAX, VA 22033-4055

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.931** | **Nonpriority creditor's name and mailing address** | | $6,908.00

EDNY ASSOCIATES INC
204 E 83RD ST 2ND FL
NEW YORK, NY 10028

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Official Form 206E/F            **Schedule E/F: Creditors Who Have Unsecured Claims**            Page 189 of 457

Debtor   iHeartMedia Management Services, Inc.
Name

Case number *(if known)*  18-31301 (MI)

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.932 | Nonpriority creditor's name and mailing address | | $200.00 |
|---|---|---|---|

EDUCATION CORPORATION OF AMERICA
MEDICAL CAREER CENTER
3660 GRANDVIEW PKWY STE 300
BIRMINGHAM, AL 35243

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Client Refund

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

| 3.933 | Nonpriority creditor's name and mailing address | | $8,352.00 |
|---|---|---|---|

EDUCATIONAL PLAY CARE LTD
POB 129
WEST SIMSBURY, CT 06092

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Client Refund

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

| 3.934 | Nonpriority creditor's name and mailing address | | $2,092.50 |
|---|---|---|---|

EGS CUSTOMER CARE INC
2201 WAUKEGAN RD 300
BANNOCKBURN, IL 60015

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Client Refund

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

| 3.935 | Nonpriority creditor's name and mailing address | | $6,042.43 |
|---|---|---|---|

ELDER BRAY & BANKLER PC
755 E MULBERRY STE 450
SAN ANTONIO, TX 78212

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: General Trade Payable

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

| 3.936 | Nonpriority creditor's name and mailing address | | $59,404.91 |
|---|---|---|---|

ELECTRA LINK INC
POB 4346 DEPT 467
HOUSTON, TX 77210-4346

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: General Trade Payable

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

Debtor    iHeartMedia Management Services, Inc.                          Case number (if known)   18-31301 (MI)
          Name

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.937 | **Nonpriority creditor's name and mailing address** | | $30,000.00 |
|---|---|---|---|

ELEVATE RECRUITING GROUP
ATTN ACCOUNTS PAYABLE
POB 977
SUN VALLEY, ID 83353

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.938 | **Nonpriority creditor's name and mailing address** | | $1,190.00 |
|---|---|---|---|

ELITE AIRWAYS LLC
4607 LAKEVIEW CANYON RD #588
WESTLAKE VILLAGE, CA 91361

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.939 | **Nonpriority creditor's name and mailing address** | | $24,000.00 |
|---|---|---|---|

ELITE ANALYTICS LLC
11782 JOLLYVILLE RD STE 216
AUSTIN, TX 78759

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.940 | **Nonpriority creditor's name and mailing address** | | $191.13 |
|---|---|---|---|

ELLIOTT ELECTRIC SUPPLY INC
POB 206524
DALLAS, TX 75320-6524

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.941 | **Nonpriority creditor's name and mailing address** | | $288.38 |
|---|---|---|---|

EMBARQ UNITED TELE OF OHIO-11
CARRIER ACCESS BILLING
POB 4648
MONROE, LA 71211-4648

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    iHeartMedia Management Services, Inc.                    Case number (if known)   18-31301 (MI)
          Name

**Part 2:**   **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | **Amount of claim** |
|---|---|

| 3.942 | **Nonpriority creditor's name and mailing address** | | $1,202.11 |
|---|---|---|---|

EMERSON GROUP

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

**Last 4 digits of account number**
☐ No
☐ Yes

| 3.943 | **Nonpriority creditor's name and mailing address** | | $15,599.99 |
|---|---|---|---|

EMG
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

**Last 4 digits of account number**
☒ No
☐ Yes

| 3.944 | **Nonpriority creditor's name and mailing address** | | $18,299.71 |
|---|---|---|---|

EMG
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

**Last 4 digits of account number**
☒ No
☐ Yes

| 3.945 | **Nonpriority creditor's name and mailing address** | | $24.00 |
|---|---|---|---|

EMI RESEARCH SOLUTIONS
8280 MONTGOMERY RD STE 200
CINCINNATI, OH 45236

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

**Last 4 digits of account number**
☐ No
☐ Yes

| 3.946 | **Nonpriority creditor's name and mailing address** | | $39,150.00 |
|---|---|---|---|

EMMIS OPERATING CO
25673 NETWORK PL
CHICAGO, IL 60673-1256

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

**Last 4 digits of account number**
☐ No
☐ Yes

Official Form 206E/F         **Schedule E/F: Creditors Who Have Unsecured Claims**         Page 192 of 457

| Debtor | iHeartMedia Management Services, Inc. | Case number *(if known)* | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.947 | Nonpriority creditor's name and mailing address | | $735.00 |
|---|---|---|---|

EMPIRE DISTRIBUTORS INC

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.948 | Nonpriority creditor's name and mailing address | | $23,465.23 |
|---|---|---|---|

EMPLOYEE NAME ON FILE 2017-2782877
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** First Quarter Bonus

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.949 | Nonpriority creditor's name and mailing address | | $4,056.02 |
|---|---|---|---|

EMPLOYEE NAME ON FILE 2017-2783238
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** First Quarter Bonus

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.950 | Nonpriority creditor's name and mailing address | | $4,046.21 |
|---|---|---|---|

EMPLOYEE NAME ON FILE 2017-2783340
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** First Quarter Bonus

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.951 | Nonpriority creditor's name and mailing address | | $99.64 |
|---|---|---|---|

EMPLOYEE NAME ON FILE 2017-2784241
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** First Quarter Bonus

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

Debtor   iHeartMedia Management Services, Inc.
         _____
         Name

Case number (if known)   18-31301 (MI)

**Part 2:   Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.952 | Nonpriority creditor's name and mailing address | $25,323.54 |
|---|---|---|

EMPLOYEE NAME ON FILE 2017-2784256
ADDRESS ON FILE

As of the petition filing date, the claim is:
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: First Quarter Bonus

Date or dates debt was incurred Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

| 3.953 | Nonpriority creditor's name and mailing address | $4,007.71 |
|---|---|---|

EMPLOYEE NAME ON FILE 2017-2784264
ADDRESS ON FILE

As of the petition filing date, the claim is:
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: First Quarter Bonus

Date or dates debt was incurred Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

| 3.954 | Nonpriority creditor's name and mailing address | $837.49 |
|---|---|---|

EMPLOYEE NAME ON FILE 2017-2784340
ADDRESS ON FILE

As of the petition filing date, the claim is:
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: First Quarter Bonus

Date or dates debt was incurred Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

| 3.955 | Nonpriority creditor's name and mailing address | $22,759.93 |
|---|---|---|

EMPLOYEE NAME ON FILE 2017-2784614
ADDRESS ON FILE

As of the petition filing date, the claim is:
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: First Quarter Bonus

Date or dates debt was incurred Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

| 3.956 | Nonpriority creditor's name and mailing address | $18.66 |
|---|---|---|

EMPLOYEE NAME ON FILE 2017-2784623
ADDRESS ON FILE

As of the petition filing date, the claim is:
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: First Quarter Bonus

Date or dates debt was incurred Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Official Form 206E/F      **Schedule E/F: Creditors Who Have Unsecured Claims**      Page 194 of 457

Debtor    iHeartMedia Management Services, Inc.
          Name

Case number (if known)   18-31301 (MI)

---

### Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | |
|---|---|
| 3.957 | **Nonpriority creditor's name and mailing address** |

$81,371.48

EMPLOYEE NAME ON FILE 2017-2784679
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Outstanding Severance Balance as of April Month End

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| | |
|---|---|
| 3.958 | **Nonpriority creditor's name and mailing address** |

$4,007.71

EMPLOYEE NAME ON FILE 2017-2784835
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** First Quarter Bonus

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| | |
|---|---|
| 3.959 | **Nonpriority creditor's name and mailing address** |

$3,916.46

EMPLOYEE NAME ON FILE 2017-2784839
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** First Quarter Bonus

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| | |
|---|---|
| 3.960 | **Nonpriority creditor's name and mailing address** |

$7,056.33

EMPLOYEE NAME ON FILE 2017-2784900
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** First Quarter Bonus

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| | |
|---|---|
| 3.961 | **Nonpriority creditor's name and mailing address** |

$18,554.71

EMPLOYEE NAME ON FILE 2017-2784949
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Outstanding Severance Balance as of April Month End

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          Page 195 of 457

Debtor    iHeartMedia Management Services, Inc.
          Name                                                    Case number *(if known)*  18-31301 (MI)

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.962 | **Nonpriority creditor's name and mailing address** | | $152.55 |

EMPLOYEE NAME ON FILE 2017-2784979
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** First Quarter Bonus

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.963 | **Nonpriority creditor's name and mailing address** | | $608.45 |

EMPLOYEE NAME ON FILE 2017-2785035
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** First Quarter Bonus

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.964 | **Nonpriority creditor's name and mailing address** | | $192.33 |

EMPLOYEE NAME ON FILE 2017-2785040
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** First Quarter Bonus

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.965 | **Nonpriority creditor's name and mailing address** | | $24,182.70 |

EMPLOYEE NAME ON FILE 2017-2785094
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** First Quarter Bonus

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.966 | **Nonpriority creditor's name and mailing address** | | $3,627.50 |

EMPLOYEE NAME ON FILE 2017-2785274
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** First Quarter Bonus

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 196 of 457

Debtor    iHeartMedia Management Services, Inc.                    Case number (if known)   18-31301 (MI)
          Name

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | **Amount of claim** |
|---|---|

**3.967** | **Nonpriority creditor's name and mailing address** | $186.26

EMPLOYEE NAME ON FILE 2017-2785356
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** First Quarter Bonus

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.968** | **Nonpriority creditor's name and mailing address** | $24,239.19

EMPLOYEE NAME ON FILE 2017-2785404
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** First Quarter Bonus

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.969** | **Nonpriority creditor's name and mailing address** | $16,892.92

EMPLOYEE NAME ON FILE 2017-2785475
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** First Quarter Bonus

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.970** | **Nonpriority creditor's name and mailing address** | $23,771.48

EMPLOYEE NAME ON FILE 2017-2785500
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** First Quarter Bonus

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.971** | **Nonpriority creditor's name and mailing address** | $21,242.60

EMPLOYEE NAME ON FILE 2017-2785531
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** First Quarter Bonus

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | iHeartMedia Management Services, Inc. | Case number *(if known)* | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.972** | **Nonpriority creditor's name and mailing address** | | $20,897.22

EMPLOYEE NAME ON FILE 2017-2785607
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** First Quarter Bonus

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.973** | **Nonpriority creditor's name and mailing address** | | $51.02

EMPLOYEE NAME ON FILE 2017-2785630
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** First Quarter Bonus

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.974** | **Nonpriority creditor's name and mailing address** | | $27,817.69

EMPLOYEE NAME ON FILE 2017-2785932
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** First Quarter Bonus

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.975** | **Nonpriority creditor's name and mailing address** | | $5,698.10

EMPLOYEE NAME ON FILE 2017-2786012
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** First Quarter Bonus

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.976** | **Nonpriority creditor's name and mailing address** | | $18.66

EMPLOYEE NAME ON FILE 2017-2786022
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** First Quarter Bonus

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    iHeartMedia Management Services, Inc.
          _____
          Name

Case number (if known)  18-31301 (MI)

**Part 2:    Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.977 | **Nonpriority creditor's name and mailing address** | | $3.00 |
|---|---|---|---|

EMPLOYEE NAME ON FILE 2017-2786033
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** First Quarter Bonus

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.978 | **Nonpriority creditor's name and mailing address** | | $15,161.26 |
|---|---|---|---|

EMPLOYEE NAME ON FILE 2017-2786078
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** First Quarter Bonus

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.979 | **Nonpriority creditor's name and mailing address** | | $63.88 |
|---|---|---|---|

EMPLOYEE NAME ON FILE 2017-2786247
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** First Quarter Bonus

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.980 | **Nonpriority creditor's name and mailing address** | | $8,064.38 |
|---|---|---|---|

EMPLOYEE NAME ON FILE 2017-2786340
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** First Quarter Bonus

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.981 | **Nonpriority creditor's name and mailing address** | | $21,046.39 |
|---|---|---|---|

EMPLOYEE NAME ON FILE 2017-2786390
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** First Quarter Bonus

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          Page 199 of 457

Debtor    iHeartMedia Management Services, Inc.       Case number *(if known)*   18-31301 (MI)
Name

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | **Amount of claim**
If no additional NONPRIORITY creditors exist, do not fill out or submit this page. |

| 3.982 | **Nonpriority creditor's name and mailing address** | | $577.28 |
|-------|-----------------------------------------------------|---|---------|

EMPLOYEE NAME ON FILE 2017-2786399
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** First Quarter Bonus

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.983 | **Nonpriority creditor's name and mailing address** | | $30.99 |
|-------|-----------------------------------------------------|---|--------|

EMPLOYEE NAME ON FILE 2017-2786452
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** First Quarter Bonus

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.984 | **Nonpriority creditor's name and mailing address** | | $4,189.96 |
|-------|-----------------------------------------------------|---|-----------|

EMPLOYEE NAME ON FILE 2017-2786606
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** First Quarter Bonus

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.985 | **Nonpriority creditor's name and mailing address** | | $15,105.64 |
|-------|-----------------------------------------------------|---|------------|

EMPLOYEE NAME ON FILE 2017-2786897
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Outstanding Severance Balance as of April Month End

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.986 | **Nonpriority creditor's name and mailing address** | | $3,527.42 |
|-------|-----------------------------------------------------|---|-----------|

EMPLOYEE NAME ON FILE 2017-2787025
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** First Quarter Bonus

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor   iHeartMedia Management Services, Inc.
         Name

Case number *(if known)* 18-31301 (MI)

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.987 | **Nonpriority creditor's name and mailing address** | | $2,918.58 |
|---|---|---|---|

EMPLOYEE NAME ON FILE 2017-2787072
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** First Quarter Bonus

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.988 | **Nonpriority creditor's name and mailing address** | | $274.98 |
|---|---|---|---|

EMPLOYEE NAME ON FILE 2017-2787123
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** First Quarter Bonus

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.989 | **Nonpriority creditor's name and mailing address** | | $2,603.67 |
|---|---|---|---|

EMPLOYEE NAME ON FILE 2017-2787157
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** First Quarter Bonus

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.990 | **Nonpriority creditor's name and mailing address** | | $27,591.42 |
|---|---|---|---|

EMPLOYEE NAME ON FILE 2017-2787183
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Outstanding Severance Balance as of April Month End

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.991 | **Nonpriority creditor's name and mailing address** | | $21,594.97 |
|---|---|---|---|

EMPLOYEE NAME ON FILE 2017-2787235
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Outstanding Severance Balance as of April Month End

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

Debtor   iHeartMedia Management Services, Inc.
         Name

Case number (if known)   18-31301 (MI)

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.992** | Nonpriority creditor's name and mailing address | $1,593.58

EMPLOYEE NAME ON FILE 2017-2787263
ADDRESS ON FILE

As of the petition filing date, the claim is:
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: First Quarter Bonus

Date or dates debt was incurred Undetermined

Is the claim subject to offset?

☒ No
☐ Yes

Last 4 digits of account number

---

**3.993** | Nonpriority creditor's name and mailing address | $112.06

EMPLOYEE NAME ON FILE 2017-2787389
ADDRESS ON FILE

As of the petition filing date, the claim is:
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: First Quarter Bonus

Date or dates debt was incurred Undetermined

Is the claim subject to offset?

☒ No
☐ Yes

Last 4 digits of account number

---

**3.994** | Nonpriority creditor's name and mailing address | $23,771.48

EMPLOYEE NAME ON FILE 2017-2787528
ADDRESS ON FILE

As of the petition filing date, the claim is:
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: First Quarter Bonus

Date or dates debt was incurred Undetermined

Is the claim subject to offset?

☒ No
☐ Yes

Last 4 digits of account number

---

**3.995** | Nonpriority creditor's name and mailing address | $306.47

EMPLOYEE NAME ON FILE 2017-2787737
ADDRESS ON FILE

As of the petition filing date, the claim is:
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: First Quarter Bonus

Date or dates debt was incurred Undetermined

Is the claim subject to offset?

☒ No
☐ Yes

Last 4 digits of account number

---

**3.996** | Nonpriority creditor's name and mailing address | $27,205.53

EMPLOYEE NAME ON FILE 2017-2787952
ADDRESS ON FILE

As of the petition filing date, the claim is:
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: First Quarter Bonus

Date or dates debt was incurred Undetermined

Is the claim subject to offset?

☒ No
☐ Yes

Last 4 digits of account number

---

Debtor   iHeartMedia Management Services, Inc.
_____
Name

Case number (if known)   18-31301 (MI)

---

**Part 2:**   **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | **Amount of claim** |
|---|---|

| 3.997 | **Nonpriority creditor's name and mailing address** | | $17,561.18 |
|---|---|---|---|

EMPLOYEE NAME ON FILE 2017-2788209
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** First Quarter Bonus

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.998 | **Nonpriority creditor's name and mailing address** | | $45,483.78 |
|---|---|---|---|

EMPLOYEE NAME ON FILE 2017-2788220
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** First Quarter Bonus

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.999 | **Nonpriority creditor's name and mailing address** | | $343.52 |
|---|---|---|---|

EMPLOYEE NAME ON FILE 2017-2788240
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** First Quarter Bonus

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.1000 | **Nonpriority creditor's name and mailing address** | | $6,412.34 |
|---|---|---|---|

EMPLOYEE NAME ON FILE 2017-2788413
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** First Quarter Bonus

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.1001 | **Nonpriority creditor's name and mailing address** | | $23,402.42 |
|---|---|---|---|

EMPLOYEE NAME ON FILE 2017-2788425
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** First Quarter Bonus

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F   **Schedule E/F: Creditors Who Have Unsecured Claims**   Page 203 of 457

Debtor    iHeartMedia Management Services, Inc.
          Name

Case number (if known)   18-31301 (MI)

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.1002**   Nonpriority creditor's name and mailing address          $16,159.46

EMPLOYEE NAME ON FILE 2017-2788450
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: First Quarter Bonus

Date or dates debt was incurred Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

**3.1003**   Nonpriority creditor's name and mailing address          $8,079.73

EMPLOYEE NAME ON FILE 2017-2788471
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: First Quarter Bonus

Date or dates debt was incurred Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

**3.1004**   Nonpriority creditor's name and mailing address          $6,736.07

EMPLOYEE NAME ON FILE 2017-2788516
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: First Quarter Bonus

Date or dates debt was incurred Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

**3.1005**   Nonpriority creditor's name and mailing address          $440.61

EMPLOYEE NAME ON FILE 2017-2788727
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: First Quarter Bonus

Date or dates debt was incurred Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

**3.1006**   Nonpriority creditor's name and mailing address          $20,231.04

EMPLOYEE NAME ON FILE 2017-2788742
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: First Quarter Bonus

Date or dates debt was incurred Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Debtor  iHeartMedia Management Services, Inc.
Name

Case number (if known)  18-31301 (MI)

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.1007 | **Nonpriority creditor's name and mailing address** | | $62.41 |
|---|---|---|---|

EMPLOYEE NAME ON FILE 2017-2788746
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** First Quarter Bonus

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.1008 | **Nonpriority creditor's name and mailing address** | | $806.76 |
|---|---|---|---|

EMPLOYEE NAME ON FILE 2017-2788752
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** First Quarter Bonus

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.1009 | **Nonpriority creditor's name and mailing address** | | $21.10 |
|---|---|---|---|

EMPLOYEE NAME ON FILE 2017-2788814
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** First Quarter Bonus

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.1010 | **Nonpriority creditor's name and mailing address** | | $396.29 |
|---|---|---|---|

EMPLOYEE NAME ON FILE 2017-2788883
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** First Quarter Bonus

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.1011 | **Nonpriority creditor's name and mailing address** | | $4,258.21 |
|---|---|---|---|

EMPLOYEE NAME ON FILE 2017-2788950
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** First Quarter Bonus

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

Official Form 206E/F                     **Schedule E/F: Creditors Who Have Unsecured Claims**                     Page 205 of 457

Debtor    iHeartMedia Management Services, Inc.                    Case number _(if known)_  18-31301 (MI)
          _____
          Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | **Amount of claim**
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.1012 | **Nonpriority creditor's name and mailing address** | | $10,557.16 |

EMPLOYEE NAME ON FILE 2017-2788962
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
_Check all that apply._

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** First Quarter Bonus

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.1013 | **Nonpriority creditor's name and mailing address** | | $19,719.75 |

EMPLOYEE NAME ON FILE 2017-2789165
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
_Check all that apply._

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** First Quarter Bonus

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.1014 | **Nonpriority creditor's name and mailing address** | | $19,391.35 |

EMPLOYEE NAME ON FILE 2017-2789405
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
_Check all that apply._

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** First Quarter Bonus

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.1015 | **Nonpriority creditor's name and mailing address** | | $24,239.19 |

EMPLOYEE NAME ON FILE 2017-2789430
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
_Check all that apply._

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** First Quarter Bonus

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.1016 | **Nonpriority creditor's name and mailing address** | | $23,265.70 |

EMPLOYEE NAME ON FILE 2017-2789488
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
_Check all that apply._

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** First Quarter Bonus

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

Debtor iHeartMedia Management Services, Inc.
Name

Case number (if known) 18-31301 (MI)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.1017 | Nonpriority creditor's name and mailing address | | $280.05 |
|---|---|---|---|

EMPLOYEE NAME ON FILE 2017-2789607
ADDRESS ON FILE

As of the petition filing date, the claim is:
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: First Quarter Bonus

Date or dates debt was incurred Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

| 3.1018 | Nonpriority creditor's name and mailing address | | $49,609.20 |
|---|---|---|---|

EMPLOYEE NAME ON FILE 2017-2789617
ADDRESS ON FILE

As of the petition filing date, the claim is:
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Outstanding Severance Balance as of April Month End

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

| 3.1019 | Nonpriority creditor's name and mailing address | | $6,843.75 |
|---|---|---|---|

EMPLOYEE NAME ON FILE 2017-2789623
ADDRESS ON FILE

As of the petition filing date, the claim is:
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: First Quarter Bonus

Date or dates debt was incurred Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

| 3.1020 | Nonpriority creditor's name and mailing address | | $7,756.25 |
|---|---|---|---|

EMPLOYEE NAME ON FILE 2017-2789636
ADDRESS ON FILE

As of the petition filing date, the claim is:
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: First Quarter Bonus

Date or dates debt was incurred Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

| 3.1021 | Nonpriority creditor's name and mailing address | | $6,451.50 |
|---|---|---|---|

EMPLOYEE NAME ON FILE 2017-2790226
ADDRESS ON FILE

As of the petition filing date, the claim is:
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: First Quarter Bonus

Date or dates debt was incurred Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | iHeartMedia Management Services, Inc. | Case number (if known) | 18-31301 (MI) |
|--------|------------------|---------|---------|
| | Name | | |

---

**Part 2:  Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.1022 | **Nonpriority creditor's name and mailing address** | | $6,221.64 |
|---|---|---|---|

EMPLOYEE NAME ON FILE 2017-2790295
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** First Quarter Bonus

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.1023 | **Nonpriority creditor's name and mailing address** | | $22,623.24 |
|---|---|---|---|

EMPLOYEE NAME ON FILE 2017-2790297
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** First Quarter Bonus

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.1024 | **Nonpriority creditor's name and mailing address** | | $409.25 |
|---|---|---|---|

EMPLOYEE NAME ON FILE 2017-2790637
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** First Quarter Bonus

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.1025 | **Nonpriority creditor's name and mailing address** | | $5,367.73 |
|---|---|---|---|

EMPLOYEE NAME ON FILE 2017-2791131
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** First Quarter Bonus

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.1026 | **Nonpriority creditor's name and mailing address** | | $35,156.60 |
|---|---|---|---|

EMPLOYEE NAME ON FILE 2017-2792155
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** First Quarter Bonus

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 208 of 457 |
|---|---|---|

Debtor    iHeartMedia Management Services, Inc.                     Case number (if known)   18-31301 (MI)
          Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

| 3.1027 | Nonpriority creditor's name and mailing address | $52,898.00 |

EMPLOYEE NAME ON FILE 2017-2793918
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Outstanding Severance Balance as of April Month End

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.1028 | Nonpriority creditor's name and mailing address | $13,555.59 |

EMPLOYEE NAME ON FILE 2017-2798964
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Outstanding Severance Balance as of April Month End

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.1029 | Nonpriority creditor's name and mailing address | $2,830.36 |

EMPLOYEE NAME ON FILE 2017-2801000
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** First Quarter Bonus

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.1030 | Nonpriority creditor's name and mailing address | $4,687.41 |

EMPLOYEE NAME ON FILE 2018-620859
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** First Quarter Bonus

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.1031 | Nonpriority creditor's name and mailing address | $7,260.52 |

EMPLOYEE NAME ON FILE 2018-620860
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** First Quarter Bonus

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    iHeartMedia Management Services, Inc.
          Name

Case number *(if known)*    18-31301 (MI)

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

| 3.1032 | Nonpriority creditor's name and mailing address | $9,929.83 |

EMPLOYEE NAME ON FILE 2018-620861
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** First Quarter Bonus

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.1033 | Nonpriority creditor's name and mailing address | $12,163.74 |

EMPLOYEE NAME ON FILE 2018-620862
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** First Quarter Bonus

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.1034 | Nonpriority creditor's name and mailing address | $9,775.04 |

EMPLOYEE NAME ON FILE 2018-620863
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** First Quarter Bonus

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.1035 | Nonpriority creditor's name and mailing address | $12,561.34 |

EMPLOYEE NAME ON FILE 2018-620864
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** First Quarter Bonus

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.1036 | Nonpriority creditor's name and mailing address | $1,218.90 |

EMPORIUM PRESENTS
3819 SENTINEL DR
NASHVILLE, TN 37209

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    Page 210 of 457

| Debtor | iHeartMedia Management Services, Inc. | Case number (if known) | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1037**   **Nonpriority creditor's name and mailing address**                                              $93.79

EPB FIBER OPTICS
POB 182251
CHATTANOOGA, TN 37422-7251

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1038**   **Nonpriority creditor's name and mailing address**                                              $1,127.08

EQUINIX, INC.
4252 SOLUTIONS CENTER
CHICAGO, IL 60677-4002

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1039**   **Nonpriority creditor's name and mailing address**                                              $1,993.00

EQUIPMENT DEPOT
POB 974287
DALLAS, TX 75397

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1040**   **Nonpriority creditor's name and mailing address**                                              $1,886.21

ERB TRANSPORT

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1041**   **Nonpriority creditor's name and mailing address**                                              $1,500.00

ERIC MATTHEW VAJDA
E-V PRODUCTIONS LLC
3804 FRANKLIN BLVD
CLEVELAND, OH 44113

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Official Form 206E/F | Schedule E/F: Creditors Who Have Unsecured Claims | Page 211 of 457 |
|---|---|---|

Debtor    iHeartMedia Management Services, Inc.
          _____
          Name                                           Case number (if known) __18-31301 (MI)__

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1042**  **Nonpriority creditor's name and mailing address**                                    $35,198.00

ESPLANADE BUILDERS INC
23820 HAWTHORNE BLVD STE 100 - 101          **As of the petition filing date, the claim is:**
TORRANCE, CA 90505                          *Check all that apply.*

                                            ☐ Contingent
                                            ☐ Unliquidated
                                            ☐ Disputed

                                            **Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined      **Is the claim subject to offset?**

**Last 4 digits of account number**                   ☐ No
                                                      ☐ Yes

---

**3.1043**  **Nonpriority creditor's name and mailing address**                                    $43,559.20

EVAN M GREENSPAN INC
LICENSE ACCOUNT                             **As of the petition filing date, the claim is:**
4181 SUNSWEPT DR 2ND FL                     *Check all that apply.*
STUDIO CITY, CA 91604
                                            ☐ Contingent
                                            ☐ Unliquidated
                                            ☐ Disputed

                                            **Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined      **Is the claim subject to offset?**

**Last 4 digits of account number**                   ☐ No
                                                      ☐ Yes

---

**3.1044**  **Nonpriority creditor's name and mailing address**                                    $1,700.00

EVERLASTING INC
1850 S STEWART AVE                          **As of the petition filing date, the claim is:**
SPRINGFIELD, MO 65804                       *Check all that apply.*

                                            ☒ Contingent
                                            ☐ Unliquidated
                                            ☐ Disputed

                                            **Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined      **Is the claim subject to offset?**

**Last 4 digits of account number**                   ☐ No
                                                      ☐ Yes

---

**3.1045**  **Nonpriority creditor's name and mailing address**                                    $3,960.00

EXCELLERENT TECHNOLOGY SOLUTIONS INC
875 GREENTREE RD                            **As of the petition filing date, the claim is:**
7 PKWY CENTER STE 180                       *Check all that apply.*
PITTSBURGH, PA 15220
                                            ☐ Contingent
                                            ☐ Unliquidated
                                            ☐ Disputed

                                            **Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined      **Is the claim subject to offset?**

**Last 4 digits of account number**                   ☐ No
                                                      ☐ Yes

---

**3.1046**  **Nonpriority creditor's name and mailing address**                                    $1,482.50

EXECUTIVE MOTORS
8967 NW 182ND TER                           **As of the petition filing date, the claim is:**
HIALEAH, FL 33018                           *Check all that apply.*

                                            ☒ Contingent
                                            ☐ Unliquidated
                                            ☐ Disputed

                                            **Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined      **Is the claim subject to offset?**

**Last 4 digits of account number**                   ☐ No
                                                      ☐ Yes

---

| Debtor | iHeartMedia Management Services, Inc. | Case number (if known) | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1047** | Nonpriority creditor's name and mailing address | $29,335.02

EXECUTIVE/MANAGER 069
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** First Quarter Bonus

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1048** | Nonpriority creditor's name and mailing address | $35,493.14

EXECUTIVE/MANAGER 087
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** First Quarter Bonus

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1049** | Nonpriority creditor's name and mailing address | $10,572.80

EXECUTIVE/MANAGER 088
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** First Quarter Bonus

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1050** | Nonpriority creditor's name and mailing address | $6,310.11

EXECUTIVE/MANAGER 105
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** First Quarter Bonus

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1051** | Nonpriority creditor's name and mailing address | $5,059.98

EXECUTIVE/MANAGER 116
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** First Quarter Bonus

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | iHeartMedia Management Services, Inc. | Case number (if known) | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

**Part 2:**   **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | | |
|---|---|---|
| 3.1052 | **Nonpriority creditor's name and mailing address** | $4,050.07 |

EXECUTIVE/MANAGER 134
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** First Quarter Bonus

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| | | |
|---|---|---|
| 3.1053 | **Nonpriority creditor's name and mailing address** | $11,890.05 |

EXECUTIVE/MANAGER 136
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** First Quarter Bonus

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| | | |
|---|---|---|
| 3.1054 | **Nonpriority creditor's name and mailing address** | $4,007.71 |

EXECUTIVE/MANAGER 137
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** First Quarter Bonus

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| | | |
|---|---|---|
| 3.1055 | **Nonpriority creditor's name and mailing address** | $9,618.50 |

EXECUTIVE/MANAGER 138
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** First Quarter Bonus

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| | | |
|---|---|---|
| 3.1056 | **Nonpriority creditor's name and mailing address** | $9,620.98 |

EXECUTIVE/MANAGER 139
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** First Quarter Bonus

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| | | |
|---|---|---|
| Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 214 of 457 |

Debtor _iHeartMedia Management Services, Inc._ Case number (if known) _18-31301 (MI)_
Name

**Part 2:   Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.1057 | Nonpriority creditor's name and mailing address | $37,933.21 |

EXECUTIVE/MANAGER 272
ADDRESS ON FILE

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: First Quarter Bonus

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number

---

| 3.1058 | Nonpriority creditor's name and mailing address | $5,372.12 |

EXECUTIVE/MANAGER 277
ADDRESS ON FILE

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: First Quarter Bonus

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number

---

| 3.1059 | Nonpriority creditor's name and mailing address | $2,887.61 |

EXECUTIVE/MANAGER 284
ADDRESS ON FILE

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: First Quarter Bonus

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number

---

| 3.1060 | Nonpriority creditor's name and mailing address | $30,228.37 |

EXECUTIVE/MANAGER 308
ADDRESS ON FILE

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: First Quarter Bonus

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number

---

| 3.1061 | Nonpriority creditor's name and mailing address | $11,342.96 |

EXECUTIVE/MANAGER 322
ADDRESS ON FILE

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: First Quarter Bonus

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number

---

Debtor    iHeartMedia Management Services, Inc.                    Case number *(if known)*   18-31301 (MI)
          Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

| | |
|---|---|
| 3.1062 | Nonpriority creditor's name and mailing address | $35,268.10 |

EXECUTIVE/MANAGER 385
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: First Quarter Bonus

Date or dates debt was incurred Undetermined

Is the claim subject to offset?

☒ No
☐ Yes

Last 4 digits of account number

| 3.1063 | Nonpriority creditor's name and mailing address | $13,018.60 |

EXECUTIVE/MANAGER 394
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: First Quarter Bonus

Date or dates debt was incurred Undetermined

Is the claim subject to offset?

☒ No
☐ Yes

Last 4 digits of account number

| 3.1064 | Nonpriority creditor's name and mailing address | $13,062.72 |

EXECUTIVE/MANAGER 405
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: First Quarter Bonus

Date or dates debt was incurred Undetermined

Is the claim subject to offset?

☒ No
☐ Yes

Last 4 digits of account number

| 3.1065 | Nonpriority creditor's name and mailing address | $28,867.75 |

EXECUTIVE/MANAGER 450
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: First Quarter Bonus

Date or dates debt was incurred Undetermined

Is the claim subject to offset?

☒ No
☐ Yes

Last 4 digits of account number

| 3.1066 | Nonpriority creditor's name and mailing address | $32,875.45 |

EXECUTIVE/MANAGER 455
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: First Quarter Bonus

Date or dates debt was incurred Undetermined

Is the claim subject to offset?

☒ No
☐ Yes

Last 4 digits of account number

Debtor   iHeartMedia Management Services, Inc.                    Case number (if known)   18-31301 (MI)
         Name

---

**Part 2:**   **Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.1067** | Nonpriority creditor's name and mailing address | | $6,156.97

EXECUTIVE/MANAGER 471
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** First Quarter Bonus

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.1068** | Nonpriority creditor's name and mailing address | | $5,696.82

EXECUTIVE/MANAGER 486
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** First Quarter Bonus

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.1069** | Nonpriority creditor's name and mailing address | | $30,346.57

EXECUTIVE/MANAGER 489
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** First Quarter Bonus

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.1070** | Nonpriority creditor's name and mailing address | | $1.05

EXELL COMPANIES
POB 5393
JACKSON, MS 39296-5393

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1071** | Nonpriority creditor's name and mailing address | | $1,666.00

EXPLORE COMMUNICATIONS

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 217 of 457

Debtor  iHeartMedia Management Services, Inc.
        _____
        Name

Case number (if known)  18-31301 (MI)

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1072** | Nonpriority creditor's name and mailing address | $5,426.94

EXPRESS
9155 TRADE PL
SAN DIEGO, CA 92126

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: General Trade Payable

Date or dates debt was incurred Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.1073** | Nonpriority creditor's name and mailing address | $2,500.00

EYE CARE ONE
3152 WASHINGTON RD
ATTN COLLEEN SYRIA
AUGUSTA, GA 30907

As of the petition filing date, the claim is:
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Client Refund

Date or dates debt was incurred Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.1074** | Nonpriority creditor's name and mailing address | $1,063.93

EYECARE SERVICE PARTNERS MANAGEMENT

As of the petition filing date, the claim is:
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Client Refund

Date or dates debt was incurred Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.1075** | Nonpriority creditor's name and mailing address | $8,472.25

F R C ENTERPRISES INC

As of the petition filing date, the claim is:
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Client Refund

Date or dates debt was incurred Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.1076** | Nonpriority creditor's name and mailing address | $4,037.50

F W R WISCONSIN LLC DBA VERLO MASTRESS FACOTRY STORES
301 N BROADWAY 300
MILWAUKEE, WI 53202

As of the petition filing date, the claim is:
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Client Refund

Date or dates debt was incurred Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

| Debtor | iHeartMedia Management Services, Inc. | | Case number *(if known)* | 18-31301 (MI) |
|---|---|---|---|---|
| | Name | | | |

---

**Part 2:**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.1077** | **Nonpriority creditor's name and mailing address** | | $3,724.31

FACE LITE COMMUNICATIONS

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1078** | **Nonpriority creditor's name and mailing address** | | $1,099.34

FAIRPOINT COMMUNICATIONS
POB 580028
CHARLOTTE, NC 28258-0028

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1079** | **Nonpriority creditor's name and mailing address** | | $26.87

FAIRPOINT COMMUNICATIONS
PO BOX 1121
LEWISTON, ME 63179-0086

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1080** | **Nonpriority creditor's name and mailing address** | | $1,629.86

FAITH CATHEDRAL FELLOWSHIP INC
POB 691
WALTERBORO, SC 29488

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1081** | **Nonpriority creditor's name and mailing address** | | $1,750.00

FANCY PANTS GROUP
ATTN LISA YU
145 W 28TH ST 4TH FL
NEW YORK, NY 10001

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor   iHeartMedia Management Services, Inc.
         _____         Case number (if known) _18-31301 (MI)_
         Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1082** | **Nonpriority creditor's name and mailing address** | $3,178.28

FAST FORWARD GROUP LLC
34 REID AVE
PORT WASHINGTON, NY 11050

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1083** | **Nonpriority creditor's name and mailing address** | $312,198.98

FASTLY INC
475 BRANNAN ST STE 300
SAN FRANCISCO, CA 94107

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.1084** | **Nonpriority creditor's name and mailing address** | $3,825.00

FASTPITCH PARTNERS LLC
ATTN STACY CORP
1575 FIRESTONE PKWY
AKRON, OH 44301-1645

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1085** | **Nonpriority creditor's name and mailing address** | $184,361.90

FATHERLY INC

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1086** | **Nonpriority creditor's name and mailing address** | $ Undetermined

FCC ENFORCEMENT BUREAU FEDERAL COMMUNICATIONS COMMISSION
445 12TH STREET SW
WASHINGTON, DC 20554

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation; Telephone Rule

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 220 of 457

Debtor    iHeartMedia Management Services, Inc.                    Case number (if known)   18-31301 (MI)
          Name

### Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.1087 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

FCC ENFORCEMENT BUREAUFEDERAL COMMUNICATIONS
COMMISSION
445 12TH STREET SW
WASHINGTON, DC 20554

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation Matter

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.1088 | **Nonpriority creditor's name and mailing address** | | $8.92 |
|---|---|---|---|

FEARWORM

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.1089 | **Nonpriority creditor's name and mailing address** | | $7.22 |
|---|---|---|---|

FEDEX
200 W 57TH ST
NEW YORK, NY 10019

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.1090 | **Nonpriority creditor's name and mailing address** | | $148,812.42 |
|---|---|---|---|

FEDEX ERS
ATTN EDI PAYMENT
POB 371741
PITTSBURGH, PA 15250-7741

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.1091 | **Nonpriority creditor's name and mailing address** | | $1,707.65 |
|---|---|---|---|

FELD ENTERTAINMENT INC
ATTN MICHELLE WEIGHT A/P
2001 US HWY 301
PALMETTO, FL 34221

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          Page 221 of 457

Debtor  iHeartMedia Management Services, Inc.
         Name

Case number (if known)  18-31301 (MI)

**Part 2:   Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

---

**3.1092** | **Nonpriority creditor's name and mailing address** | $384.05

FIBER COMM
POB 416
SIOUX CITY, IA 51102-0416

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1093** | **Nonpriority creditor's name and mailing address** | $424.06

FIBERPIPE, INC.
10215 W. EMERALD DRIVE
SUITE 160
BOISE, ID 83704

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1094** | **Nonpriority creditor's name and mailing address** | $62,683.61

FIDELITY INVESTMENTS INSTITUTIONAL
OPERATIONS COMPANY INC
POB 73307
CHICAGO, IL 60673-7307

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1095** | **Nonpriority creditor's name and mailing address** | $615.40

FIELD MARKETING SOLUTIONS
ATTN ACCOUNTS PAYABLE
4651 BABCOCK ST NE
PALM BAY, FL 32905

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1096** | **Nonpriority creditor's name and mailing address** | $1,200.00

FINDLAY
POB 3459
1885 E EDMONTON AVE
POST FALLS, ID 83877

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 222 of 457

Debtor   iHeartMedia Management Services, Inc.

Name

Case number *(if known)*   18-31301 (MI)

---

**Part 2:   Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1097** | Nonpriority creditor's name and mailing address | | $2,681.04

FINEST TECHNICAL GROUP INC
112 KATAN AVE
STATEN ISLAND, NY 10308

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1098** | Nonpriority creditor's name and mailing address | | $244.97

FIRE EXTINGUISHER SERVICE CO INC
255 40TH ST
BROOKLYN, NY 11232

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1099** | Nonpriority creditor's name and mailing address | | $1,299.00

FIRESIDE CHALETS LLC
POB 602
PIGEON FORGE, TN 37868

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1100** | Nonpriority creditor's name and mailing address | | $1,878.89

FIRETROL PROTECTION SYSTEMS INC
105 WINDY MEADOWS DR BLDG 1
SCHERTZ, TX 78154

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1101** | Nonpriority creditor's name and mailing address | | $10,360.00

FIRST 5 LA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 223 of 457

Debtor     iHeartMedia Management Services, Inc.                                    Case number *(if known)*   18-31301 (MI)
           Name

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | | Amount of claim |
|---|---|---|

| 3.1102 | **Nonpriority creditor's name and mailing address** | $3,165.00 |
|---|---|---|

FIRST BAPTSIST CHURCH OF HOUSTON
7401 KATY FREEWAY
HOUSTON, TX 77024

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.1103 | **Nonpriority creditor's name and mailing address** | $683.95 |
|---|---|---|

FIRST CHOICE COFFEE SERVICES
5610 W SLIGH AVE SUITE 106
TAMPA, FL 33634

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.1104 | **Nonpriority creditor's name and mailing address** | $113.94 |
|---|---|---|

FIRST CHOICE TECHNOLOGY
POB 95311
GRAPEVINE, TX 76099-9734

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.1105 | **Nonpriority creditor's name and mailing address** | $97.79 |
|---|---|---|

FIRST COMMUNICATIONS LLC
POB 772069
DETROIT, MI 48277-0269

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.1106 | **Nonpriority creditor's name and mailing address** | $1,020.00 |
|---|---|---|

FIRST ELECTRIC COOPERATIVE
1000 S JP WRIGHT LOOP RD
JACKSONVILLE, AR 72076

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 224 of 457

Debtor ___iHeartMedia Management Services, Inc.___ Case number *(if known)* ___18-31301 (MI)___
     Name

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

**3.1107** | **Nonpriority creditor's name and mailing address** | $2,730.00

FIRST STAGE
325 W WALNUT ST
MILWAUKEE, WI 53212

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1108** | **Nonpriority creditor's name and mailing address** | $1,411.66

FIRSTLIGHT
POB 11019
LEWISTON, ME 04243-9470

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1109** | **Nonpriority creditor's name and mailing address** | $63,941.92

FIS AVANTGARD LLC
BANK OF AMERICA
14044 COLLECTIONS CENTER DR
CHICAGO, IL 60693

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1110** | **Nonpriority creditor's name and mailing address** | $19,000.00

FISCOWL LLC
88 E MAIN ST STE 125
MENDHAM, NJ 07945

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1111** | **Nonpriority creditor's name and mailing address** | $2,844.00

FIVE STAR CAL CENTERS
4901 E 26TH ST
SIOUX FALLS, SD 57110

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 225 of 457

| Debtor | iHeartMedia Management Services, Inc. | Case number *(if known)* | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

**Part 2:** | **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1112** | **Nonpriority creditor's name and mailing address** | $3,330.00

FIVEFIFTY
3001 BRIGHTON BLVD #2793
DENVER, CO 80216

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1113** | **Nonpriority creditor's name and mailing address** | $1,060.00

FLIGHT TRAMPOLINE PARK
3514 N POWER RD
MESA, AZ 85215

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1114** | **Nonpriority creditor's name and mailing address** | $6,490.08

FLIXEL INC
C/O GRAND CENTRAL TECH
335 MADISON AVE FL4
NEW YORK, NY 10017

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1115** | **Nonpriority creditor's name and mailing address** | $137.50

FLORIDA HIGH SPEED INTERNET
1311 BEDFORD DR
MELBOURNE, FL 32940

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1116** | **Nonpriority creditor's name and mailing address** | $3,014.00

FLORIDA HOUSE EXPERIENCE
505 S FEDERAL HWY
DEERFIELD BEACH, FL 33441

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    iHeartMedia Management Services, Inc.                    Case number (if known)  18-31301 (MI)
          Name

---

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.1117 | **Nonpriority creditor's name and mailing address** | | $3,034.00 |
|---|---|---|---|

FLORIDA INTERNATIONAL AIRSHOW INC

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.1118 | **Nonpriority creditor's name and mailing address** | | $29.50 |
|---|---|---|---|

FLORIDA MOBILE TELECOM INC
1711 S DIVISION AVE
ORLANDO, FL 32805

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.1119 | **Nonpriority creditor's name and mailing address** | | $5,500.00 |
|---|---|---|---|

FLORIN ROEBIG PA
777 ALDERMAN RD
PALM HARBOR, FL 34683-2604

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.1120 | **Nonpriority creditor's name and mailing address** | | $9,423.80 |
|---|---|---|---|

FOCUS BRANDS INC
5620 GLENRIDGE DR NE
ATLANTA, GA 30342

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.1121 | **Nonpriority creditor's name and mailing address** | | $2,250.00 |
|---|---|---|---|

FORCE ONE ENTERTAINMENT NY LA INC
POB 366
TARRYTON, NY 10591

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    iHeartMedia Management Services, Inc.       Case number *(if known)*   18-31301 (MI)
Name

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.1122 | **Nonpriority creditor's name and mailing address** | | $3,995.00 |
|---|---|---|---|

FORTUNE BAY RESORT AND CASINO DBA THE WILDERNESS GOLF CASINO
1450 BOLS FORTE RD
TOWER, MN 55790

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.1123 | **Nonpriority creditor's name and mailing address** | | $1,750.00 |
|---|---|---|---|

FOUR SEASONS VETERINARY SPECIALIST LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.1124 | **Nonpriority creditor's name and mailing address** | | $25,000.00 |
|---|---|---|---|

FOURSQUARE LABS INC
POB 392184
PITTSBURGH, PA 15251-9184

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.1125 | **Nonpriority creditor's name and mailing address** | | $50,000.00 |
|---|---|---|---|

FOX BROADCASTING COMPANY
10201 W PICO BLVD. BLDG 100 RM 2400
LOS ANGELES, CA 90064

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.1126 | **Nonpriority creditor's name and mailing address** | | $310.31 |
|---|---|---|---|

FOX SERVICE COMPANY II LLC
DBA FOX SERVICE COMPANY
POB 19047
AUSTIN, TX 78760

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

Official Form 206E/F      **Schedule E/F: Creditors Who Have Unsecured Claims**      Page 228 of 457

Debtor    iHeartMedia Management Services, Inc.          Case number *(if known)*   18-31301 (MI)
      Name

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.1127 | **Nonpriority creditor's name and mailing address** | | $2,690.65 |
|---|---|---|---|

FRACKERS BASEBALL
100 W BROADWAY
FARMINGTON, NM 87401

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.1128 | **Nonpriority creditor's name and mailing address** | | $1,868.43 |
|---|---|---|---|

FRANCESCA PICASSO
400 CHAMBERS STREET #6E
NEW YORK, NY 10282

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.1129 | **Nonpriority creditor's name and mailing address** | | $2,270.00 |
|---|---|---|---|

FRANCIS DRILLING FLUIDS LTD

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.1130 | **Nonpriority creditor's name and mailing address** | | $3,190.00 |
|---|---|---|---|

FRANK B FUHRER WHOLESALE COMPANY
3100 E CARSON ST
PITTSBURGH, PA 15203

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.1131 | **Nonpriority creditor's name and mailing address** | | $30,000.00 |
|---|---|---|---|

FRANK RECRUITMENT GROUP
ATTN ACCOUNTS RECEIVABLE
110 WILLIAM ST 21ST FL
NEW YORK, NY 10038

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

Debtor   iHeartMedia Management Services, Inc.                      Case number (if known)   18-31301 (MI)
         Name

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.1132 | Nonpriority creditor's name and mailing address | | $36.89 |
|---|---|---|---|

FRANKLIN COUNTY CLERKS OFFICE CIVIL DIV
375 S HIGH ST 3RD FL
COLUMBUS, OH 43215

**As of the petition filing date, the claim is:**
Check all that apply.

- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

| 3.1133 | Nonpriority creditor's name and mailing address | | $1,833.45 |
|---|---|---|---|

FRED HAAS TOYOTA COUNTRY

**As of the petition filing date, the claim is:**
Check all that apply.

- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

| 3.1134 | Nonpriority creditor's name and mailing address | | $2,010.24 |
|---|---|---|---|

FREEDOM FITNESS
POB 60267
CORPUS CHRISTI, TX 78466

**As of the petition filing date, the claim is:**
Check all that apply.

- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

| 3.1135 | Nonpriority creditor's name and mailing address | | $1,000.00 |
|---|---|---|---|

FRESNO BASEBALL CLUB LLC
1800 TULARE ST
FRESNO, CA 93721

**As of the petition filing date, the claim is:**
Check all that apply.

- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

| 3.1136 | Nonpriority creditor's name and mailing address | | $645.00 |
|---|---|---|---|

FRIENDS OF THE ROSAMOND GIFFORD ZOO

**As of the petition filing date, the claim is:**
Check all that apply.

- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

Official Form 206E/F                 **Schedule E/F: Creditors Who Have Unsecured Claims**                 Page 230 of 457

Debtor    iHeartMedia Management Services, Inc.           Case number *(if known)* 18-31301 (MI)
         Name

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1137**   **Nonpriority creditor's name and mailing address**             $11,976.99

FRONTIER
POB 740407
CINCINNATI, OH 45274

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1138**   **Nonpriority creditor's name and mailing address**             $1,539.12

FRONTIER CITIZENS COMM OF IL
ATTN ACCESS BILLING
POB 92713
ROCHESTER, NY 14692

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1139**   **Nonpriority creditor's name and mailing address**             $3,000.00

FSH OF SAN ANTONIO
14000 N PORTLAND 204
OKLAHOMA CITY, OK 73134

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1140**   **Nonpriority creditor's name and mailing address**             $72.80

FTC
POB 743076
ATLANTA, GA 30374

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1141**   **Nonpriority creditor's name and mailing address**             $2,272.00

FTS INTERNATIONAL INC
777 MAIN ST STE 300
FORT WORTH, TX 76102

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | iHeartMedia Management Services, Inc. | Case number (if known) | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.1142** Nonpriority creditor's name and mailing address      $1,998.00

FUSION SURPLUS SOLUTIONS INC
330 2ND ST 301
OAKLAND, CA 94607

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Client Refund

Date or dates debt was incurred Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.1143** Nonpriority creditor's name and mailing address      $3,000.00

FUTURE AFFAIRS PRODUCTION
95 GRAND AVE
PAWTUCKET, RI 02861

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: General Trade Payable

Date or dates debt was incurred Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.1144** Nonpriority creditor's name and mailing address      $21,540.00

FW STRASSER ASSOCIATES LLC
409 SECOND AVE
BRADLEY BEACH, NJ 07720

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: General Trade Payable

Date or dates debt was incurred Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.1145** Nonpriority creditor's name and mailing address      $7,500.00

FW WEBB COMPANY
160 MIDDLESEX TURNPIKE
BEDFORD, MA 01730

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Client Refund

Date or dates debt was incurred Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.1146** Nonpriority creditor's name and mailing address      $4,421.70

GALEANA CHRYSLER JEEP KIA

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Client Refund

Date or dates debt was incurred Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

Debtor ___iHeartMedia Management Services, Inc.___
Name

Case number (if known) __18-31301 (MI)__

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.1147 | **Nonpriority creditor's name and mailing address** | | $122.39 |
|---|---|---|---|

GALLAGHER BASSETT SERVICES INC
15763 COLLECTIONS CENTER DR
CHICAGO, IL 60693

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.1148 | **Nonpriority creditor's name and mailing address** | | $2,403.62 |
|---|---|---|---|

GANN PR
904 MANZANO ST NE
ALBUQUERQUE, NM 87110

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.1149 | **Nonpriority creditor's name and mailing address** | | $70,835.70 |
|---|---|---|---|

GARTNER INC
POB 911319
DALLAS, TX 75391-1319

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.1150 | **Nonpriority creditor's name and mailing address** | | $2,380.00 |
|---|---|---|---|

GATEWAY WIRELESS LLC DBA CRICKET WIRELESS
412 WILLOW CREEK DR
FARMINGTON, MO 63640-9238

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.1151 | **Nonpriority creditor's name and mailing address** | | $800.00 |
|---|---|---|---|

GAVIN HAMMON LLC
567 WEST J ST
BENICIA, CA 94510

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor _____iHeartMedia Management Services, Inc._____   Case number (if known) ___18-31301 (MI)___
      Name

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1152** | **Nonpriority creditor's name and mailing address** | $3,230.44

GCI
POB 99001
ANCHORAGE, AK 99509-9001

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1153** | **Nonpriority creditor's name and mailing address** | $13,949.80

GEICO INDEMNITY CO
ONE GEICO CTR
MACON, GA 31296-0001

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1154** | **Nonpriority creditor's name and mailing address** | $98.15

GENERAL REVENUE CORP
POB 495999-1AWG
CINCINNATI, OH 45249

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1155** | **Nonpriority creditor's name and mailing address** | $239.01

GENERALSESSIONS COURTCLERK
POB 682247
FRANKLIN, TN 37068

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1156** | **Nonpriority creditor's name and mailing address** | $5,010.00

GEODIS
7101 EXECUTIVE CTR DR SITE 333
BRENTWOOD, TN 37027

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | iHeartMedia Management Services, Inc. | Case number *(if known)* | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.1157 | **Nonpriority creditor's name and mailing address** | | $340.00 |
|---|---|---|---|

GEOMETRY GLOBAL

As of the petition filing date, the claim is:
*Check all that apply.*
- [X] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

**Last 4 digits of account number**

---

| 3.1158 | **Nonpriority creditor's name and mailing address** | | $7.11 |
|---|---|---|---|

GEORGE R KLEIN NEWS CO
2635 PAYNE AVE
CLEVELAND, OH 44114

As of the petition filing date, the claim is:
*Check all that apply.*
- [X] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

**Last 4 digits of account number**

---

| 3.1159 | **Nonpriority creditor's name and mailing address** | | $27.00 |
|---|---|---|---|

GERICO MARKETING SERVICES INC

As of the petition filing date, the claim is:
*Check all that apply.*
- [X] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

**Last 4 digits of account number**

---

| 3.1160 | **Nonpriority creditor's name and mailing address** | | $4,237.50 |
|---|---|---|---|

GETTY IMAGES INC
605 5TH AVE S STE 400
SEATTLE, WA 96104

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

**Last 4 digits of account number**

---

| 3.1161 | **Nonpriority creditor's name and mailing address** | | $9,822.00 |
|---|---|---|---|

GLAMSQUAD
54 W 21ST ST STE 301
NEW YORK, NY 10010

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

**Last 4 digits of account number**

---

| Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 235 of 457 |
|---|---|---|

Debtor   iHeartMedia Management Services, Inc.                              Case number (if known)   18-31301 (MI)
         Name

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.1162** | **Nonpriority creditor's name and mailing address** | $48,387.18

GLC ADVISORS & CO LLC
451 JACKSON ST 2ND FL
SAN FRANCISCO, CA 94111

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1163** | **Nonpriority creditor's name and mailing address** | $21,099.19

GLOBAL APP TESTING
BASE KX - 103C CAMLEY ST
LONDON N1C 4PF
UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1164** | **Nonpriority creditor's name and mailing address** | $98.38

GLOBAL CAPACITY
POB 674041
DALLAS, TX 75267

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1165** | **Nonpriority creditor's name and mailing address** | $5,419.35

GLOBAL RISK & INVESTIGATIVE DILIGENCE
CARNEGIE HALL TOWER
152 W 57TH ST 56TH FLOOR
NEW YORK, NY 10019

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1166** | **Nonpriority creditor's name and mailing address** | $351.12

GLOBALSTAR USA INC
POB 30519
LOS ANGELES, CA 90030

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Official Form 206E/F        **Schedule E/F: Creditors Who Have Unsecured Claims**        Page 236 of 457

Debtor    iHeartMedia Management Services, Inc.
          _____        Case number *(if known)*  18-31301 (MI)
          Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.1167** | **Nonpriority creditor's name and mailing address** | $549.00

GM FINANCIAL LEASING
75 REMITTANCE DR STE 1738
CHICAGO, IL 60675-1738

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1168** | **Nonpriority creditor's name and mailing address** | $1,275.00

GMLV LLC
POB 32010
NEWARK, NJ 07102

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1169** | **Nonpriority creditor's name and mailing address** | $4,233.00

GO AUTO LOW COST CAR INSURANCE
POB 83728
BATON ROUGE, LA 70884

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1170** | **Nonpriority creditor's name and mailing address** | $1,840.00

GOALS INTERNATIONAL LLC
DBA JOHN MORGAN SEMINARS
1902 HOLLOWAY RD
PLANT CITY, FL 33567-2518

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1171** | **Nonpriority creditor's name and mailing address** | $1,431.40

GODWINS GATORLAND INC
14501 S ORANGE BLOSSOM TRL
ORLANDO, FL 32837

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor ___iHeartMedia Management Services, Inc._____     Case number *(if known)* __18-31301 (MI)__
         Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.1172**  **Nonpriority creditor's name and mailing address**                                    $1,135.50

GOLDBERG & JONES PLLC
1200 WESTLAKE AVE N STE 700
SEATTLE, WA 98109-3529

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1173**  **Nonpriority creditor's name and mailing address**                                    $1,071.00

GOLDEN NUGGET LAKE CHARLES LLC
2550 GOLDEN NUGGET BLVD
LAKE CHARLES, LA 70601

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1174**  **Nonpriority creditor's name and mailing address**                                    $1,637.00

GOLDS HOLDING CORP
4001 MAPLE AVE STE 200
DALLAS, TX 75219

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1175**  **Nonpriority creditor's name and mailing address**                                    $32,896.36

GOOGLE LLC
DEPT 33654 POB 39000
SAN FRANCISCO, CA 94139

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1176**  **Nonpriority creditor's name and mailing address**                                    $1,325.00

GOVCONNECTION INC
7503 STANDISH PL
ROCKVILLE, MD 20855

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    iHeartMedia Management Services, Inc.
          Name                                                    Case number (if known)   18-31301 (MI)

**Part 2:    Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.1177 | **Nonpriority creditor's name and mailing address** | $46,027.40 |
|---|---|---|

GRACENOTE INC

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.1178 | **Nonpriority creditor's name and mailing address** | $2,558.39 |
|---|---|---|

GRACENOTE MEDIA SERVICES LLC
PO BOX 29421
CHICAGO, IL 60673-0877

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.1179 | **Nonpriority creditor's name and mailing address** | $85,946.90 |
|---|---|---|

GRANITE TELECOMMUNICATIONS
POB 983119
CLIENT ID #311
BOSTON, MA 02298-3119

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.1180 | **Nonpriority creditor's name and mailing address** | $1,110.00 |
|---|---|---|

GREAT BAY DISTRIBUTORS INC
2310 STARKEY RD
LARGO, FL 33771

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.1181 | **Nonpriority creditor's name and mailing address** | $6,299.00 |
|---|---|---|

GREAT HEARTS AMERICA TEXAS
824 BROADWAY ST STE101
SAN ANTONIO, TX 78215

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

Debtor  iHeartMedia Management Services, Inc.
Name

Case number (if known)  18-31301 (MI)

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.1182 | **Nonpriority creditor's name and mailing address** | | $600.00 |

GREATER CHANGE CATHEDRAL
3542 SUSAN LN
STEGER, IL 60475

As of the petition filing date, the claim is:
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

Is the claim subject to offset?
☐ No
☐ Yes

---

| 3.1183 | **Nonpriority creditor's name and mailing address** | | $412.81 |

GREATER CINCINNATI WATER WORKS
POB 5487
CAROL STREAM, IL 60197-5487

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

Is the claim subject to offset?
☐ No
☐ Yes

---

| 3.1184 | **Nonpriority creditor's name and mailing address** | | $1,685.00 |

GREATER HARVEST MB CHURCH
5141 S STATE ST
CHICAGO, IL 60609

As of the petition filing date, the claim is:
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

Is the claim subject to offset?
☐ No
☐ Yes

---

| 3.1185 | **Nonpriority creditor's name and mailing address** | | $1,008.00 |

GREATER WORKS THAN THESE MINISTRIES INC
POB 983
BRUNSWICK, GA 31521

As of the petition filing date, the claim is:
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

Is the claim subject to offset?
☐ No
☐ Yes

---

| 3.1186 | **Nonpriority creditor's name and mailing address** | | $898.25 |

GREENBERG GRANT & RICHARDS INC
5858 WESTHEIMER STE 500
HOUSTON, TX 77057

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

Is the claim subject to offset?
☐ No
☐ Yes

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          Page 240 of 457

| Debtor | iHeartMedia Management Services, Inc. | Case number *(if known)* | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.1187 | Nonpriority creditor's name and mailing address | | $39,000.00 |
|---|---|---|---|

GREENBERG KIRSHENBAUM INC
1133 BROADWAY STE 1204
NEW YORK, NY 10010

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.1188 | Nonpriority creditor's name and mailing address | | $473.60 |
|---|---|---|---|

GREENBERG TRAURIG
333 SE 2ND AVE STE 4400
MIAMI, FL 33131

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.1189 | Nonpriority creditor's name and mailing address | | $328.90 |
|---|---|---|---|

GREENVIEW BREWING LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.1190 | Nonpriority creditor's name and mailing address | | $2,500.00 |
|---|---|---|---|

GRONBACH FOOD SYSTEMS LLC
2525 RIDGMAR BLVD STE 250
FORT WORTH, TX 76116

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.1191 | Nonpriority creditor's name and mailing address | | $2,142.00 |
|---|---|---|---|

GROUP WEST ADVERTISING & PUBLIC RELATION

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor     iHeartMedia Management Services, Inc.
           _____
           Name

Case number (if known)  18-31301 (MI)

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1192**  Nonpriority creditor's name and mailing address          $87,955.94

GTT COMMUNICATIONS INC
7900 TYSONS ONE PL STE 1450
MCLEAN, VA 22102

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: General Trade Payable

Date or dates debt was incurred Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.1193**  Nonpriority creditor's name and mailing address          $3,999.92

GUEST HOUSE AT GRACELAND LLC

As of the petition filing date, the claim is:
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Client Refund

Date or dates debt was incurred Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.1194**  Nonpriority creditor's name and mailing address          $7,559.66

GULF COAST PAPER CO INC
POB 4227
VICTORIA, TX 77903-4227

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: General Trade Payable

Date or dates debt was incurred Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.1195**  Nonpriority creditor's name and mailing address          $1,725.94

GWM
4500 PALMYRA ST
NEW ORLEANS, LA 70119

As of the petition filing date, the claim is:
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Client Refund

Date or dates debt was incurred Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.1196**  Nonpriority creditor's name and mailing address          $2,608.00

H20 CREATIVE GROUP LLC
1206 NEWCASTLE ST
BRUNSWICK, GA 31520

As of the petition filing date, the claim is:
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Client Refund

Date or dates debt was incurred Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

Debtor  iHeartMedia Management Services, Inc.  Case number (if known)  18-31301 (MI)
Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1197** | **Nonpriority creditor's name and mailing address** | $2,343.65

HABITAT FOR HUMANITY
ATTN LYNN ZUCKER
370 E MARK ST
MARION, OH 43302

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1198** | **Nonpriority creditor's name and mailing address** | $4,000.00

HAGADONE PHOTOGRAPHY BLUE 541
319 FRONT AVE
COEUR D ALENE, ID 83814

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1199** | **Nonpriority creditor's name and mailing address** | $1,513.85

HALL MEDIA INC
ATTN LARRY HALL
1795 AYSHEBA WAY STE 3203
LEXINGTON, KY 40509-2280

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1200** | **Nonpriority creditor's name and mailing address** | $6.68

HAMILTON COUNTY MUNICIPAL COURT
1000 MAIN ST #115
CINCINNATI, OH 45202

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1201** | **Nonpriority creditor's name and mailing address** | $2,106.80

HANDYMAN MATTERS

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 243 of 457

Debtor   iHeartMedia Management Services, Inc.   Case number *(if known)*  18-31301 (MI)
_____   _____
Name

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | | |
|---|---|---|
| 3.1202 | **Nonpriority creditor's name and mailing address** | $1,500.00 |

HARD ROCK CAFE
2606 SAWGRASS MILLS CIR
SUNRISE, FL 33323

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| | | |
|---|---|---|
| 3.1203 | **Nonpriority creditor's name and mailing address** | $2,015.45 |

HARD ROCK CAFE INTERNATIONAL STP INC
6100 OLD PARK LN
ORLANDO, FL 32835

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| | | |
|---|---|---|
| 3.1204 | **Nonpriority creditor's name and mailing address** | $234.58 |

HARGRAY
POB 100116
COLUMBIA, SC 29202-3116

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| | | |
|---|---|---|
| 3.1205 | **Nonpriority creditor's name and mailing address** | $5,352.34 |

HARPER+SCOTT INC
524 BROADWAY 11TH FL
NEW YORK, NY 10012

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| | | |
|---|---|---|
| 3.1206 | **Nonpriority creditor's name and mailing address** | $4,710.00 |

HARTE HANKS
2 EXECUTIVE DR STE 103
CHELMSFORD, MA 01824

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | iHeartMedia Management Services, Inc. | Case number (if known) | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

### Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1207** | **Nonpriority creditor's name and mailing address** | $7,347.00

HARVARD BUSINESS SCHOOL PUBLIS

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [X] Unliquidated
- [ ] Disputed

Basis for the claim: Accrued Payable

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
- [ ] No
- [ ] Yes

---

**3.1208** | **Nonpriority creditor's name and mailing address** | $1,236.66

HARWOOD FINANCIAL GROUP
13191 STARKEY RD STE 1
LARGO, FL 33773

As of the petition filing date, the claim is:
*Check all that apply.*
- [X] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: Client Refund

Date or dates debt was incurred Undetermined

Last 4 digits of account number

Is the claim subject to offset?
- [ ] No
- [ ] Yes

---

**3.1209** | **Nonpriority creditor's name and mailing address** | $17,000.00

HAVAS MEDIA
200 HUDSON ST
NEW YORK, NY 10013

As of the petition filing date, the claim is:
*Check all that apply.*
- [X] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: Client Refund

Date or dates debt was incurred Undetermined

Last 4 digits of account number

Is the claim subject to offset?
- [ ] No
- [ ] Yes

---

**3.1210** | **Nonpriority creditor's name and mailing address** | $1,000.00

HAVEN HILL BRANDS
88 WILSON AVE
KINGSTON, NY 12401

As of the petition filing date, the claim is:
*Check all that apply.*
- [X] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: Client Refund

Date or dates debt was incurred Undetermined

Last 4 digits of account number

Is the claim subject to offset?
- [ ] No
- [ ] Yes

---

**3.1211** | **Nonpriority creditor's name and mailing address** | $3,809.29

HAWAII PACIFIC HEALTH
55 MERCHANT ST 24TH FLOOR
HONOLULU, HI 96813

As of the petition filing date, the claim is:
*Check all that apply.*
- [X] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: Client Refund

Date or dates debt was incurred Undetermined

Last 4 digits of account number

Is the claim subject to offset?
- [ ] No
- [ ] Yes

---

| Debtor | iHeartMedia Management Services, Inc. | Case number *(if known)* | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | | **Amount of claim** |
|---|---|---|

---

**3.1212**  **Nonpriority creditor's name and mailing address**  $5,143.85

HAWAIIAN TELCOM
POB 30770
HONOLULU, HI 96820-0770

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1213**  **Nonpriority creditor's name and mailing address**  $7,912.00

HEALTH QUEST SYSTEMS INC
ATTN ALICIA FLORES
54 PAGE PARK DR
POUGHKEEPSIE, NY 12603

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1214**  **Nonpriority creditor's name and mailing address**  $9,664.50

HEARD CITY
16 W 22ND ST 5TH FL
NEW YORK, NY 10010

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1215**  **Nonpriority creditor's name and mailing address**  $23,544.36

HEERY INTERNATIONAL INC
999 PEACHTREE ST NE
ATLANTA, GA 30309

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1216**  **Nonpriority creditor's name and mailing address**  $3,040.00

HERIRLOOM BED CO
1150 N LOOP 1604 W 108-612
SAN ANTONIO, TX 78248

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Official Form 206E/F | Schedule E/F: Creditors Who Have Unsecured Claims | Page 246 of 457 |
|---|---|---|

Debtor  iHeartMedia Management Services, Inc.
        Name

Case number (if known)  18-31301 (MI)

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | |
|---|---|
| 3.1217 | **Nonpriority creditor's name and mailing address** |

$2,900.00

HIGH WIRE PRODUCTIONS LLC
2925 RIVER BEND DR
NASHVILLE, TN 37214

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| | |
|---|---|
| 3.1218 | **Nonpriority creditor's name and mailing address** |

$2,970.00

HIGHLAND FALLS LLC
ATTN ANGELA CARON
183 WATER ST
WILLIAMSTOWN, MA 01267

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| | |
|---|---|
| 3.1219 | **Nonpriority creditor's name and mailing address** |

$71.37

HIGHSPEEDLINK
1528 COUNTRY CLUB RD
HARRISONBURG, VA 22802

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| | |
|---|---|
| 3.1220 | **Nonpriority creditor's name and mailing address** |

$19,974.91

HILL HOLLIDAY LLC
53 STATE ST
BOSTON, MA 02109

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| | |
|---|---|
| 3.1221 | **Nonpriority creditor's name and mailing address** |

$1,900.50

HINCKLEY ALLEN & SNYDER LLP
28 STATE ST
BOSTON, MA 02109-1775

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | iHeartMedia Management Services, Inc. | Case number (if known) | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.1222 | **Nonpriority creditor's name and mailing address** | | $5,000.00 |
|---|---|---|---|

HIRAKATA FARMS & PRODUCE LLC 06 12
22161 CR CC
ROCKY FORD, CO 81067

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.1223 | **Nonpriority creditor's name and mailing address** | | $6,554.19 |
|---|---|---|---|

HIRERIGHT LLC
POB 847891
DALLAS, TX 75284-7891

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.1224 | **Nonpriority creditor's name and mailing address** | | $21,395.00 |
|---|---|---|---|

HOFFMAN LEWIS CORPORATION
353 SACRAMENTO ST 21ST FL
SAN FRANCISCO, CA 94111

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.1225 | **Nonpriority creditor's name and mailing address** | | $45.16 |
|---|---|---|---|

HOLIDAY INTERIORS
POB 241498
SAN ANTONIO, TX 78224

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.1226 | **Nonpriority creditor's name and mailing address** | | $1,350.00 |
|---|---|---|---|

HOLLOWAYS APPLIANCES LLC
1430 HOPMEADOW ST
SIMSBURY, CT 06070

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor   iHeartMedia Management Services, Inc.
         _____
         Name

Case number *(if known)*  18-31301 (MI)

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1227** | **Nonpriority creditor's name and mailing address** | $459.95

HOME DEPOT CREDIT SERVICES
POB 9001043
LOUISVILLE, KY 40290-1043

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1228** | **Nonpriority creditor's name and mailing address** | $233.62

HOME LIFE STORIES
223 W ERIE STE 5EC
CHICAGO, IL 60610

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1229** | **Nonpriority creditor's name and mailing address** | $3,703.00

HOPE FOODS LLC DBA HOPE HUMMUS
1850 DOGWOOD ST
LOUISVILLE, CO 80027

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1230** | **Nonpriority creditor's name and mailing address** | $590.24

HORIZON
POB 480
CHILLICOTHE, OH 45601-0480

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1231** | **Nonpriority creditor's name and mailing address** | $38,032.26

HORTONWORKS INC
5470 GREAT AMERICA PKWY
SANTA CLARA, CA 95054

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor   iHeartMedia Management Services, Inc.
         Name

Case number (if known)   18-31301 (MI)

## Part 2:   Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

| 3.1232 | Nonpriority creditor's name and mailing address | | $2,010.29 |
|---|---|---|---|

HOSTIRIAN
PO BOX 28336
SAINT LOUIS, MO 63146

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.1233 | Nonpriority creditor's name and mailing address | | $171.17 |
|---|---|---|---|

HOTWIRE COMMUNICATIONS
POB 57330
PHILADELPHIA, PA 19111-7330

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.1234 | Nonpriority creditor's name and mailing address | | $1,080.00 |
|---|---|---|---|

HOUSTON COUNTY HEALTH DEPARTMENT
DBA NORTH CENTRAL HEALTH DISTRICT
201 2ND ST STE 1100
MACON, GA 31201-6328

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.1235 | Nonpriority creditor's name and mailing address | | $918.32 |
|---|---|---|---|

HTC
PO DRAWER 1820
CONWAY, SC 29528

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.1236 | Nonpriority creditor's name and mailing address | | $1,200.00 |
|---|---|---|---|

HUG PREOWNED
11727 HWY 71 S
FORT SMITH, AR 72916

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

Debtor    iHeartMedia Management Services, Inc.                                    Case number (if known)  18-31301 (MI)
          Name

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.    **Amount of claim**
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | |
|---|---|
| 3.1237 | **Nonpriority creditor's name and mailing address**  $3,000.00 |

HUNTSVILLE MADISON COUNTY CONVENTION
500 CHURCH ST NW STE A
HUNTSVILLE, AL 35801

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| | |
|---|---|
| 3.1238 | **Nonpriority creditor's name and mailing address**  $1,979.00 |

HYDE PARK SCHOOLS
POB 4486
AUSTIN, TX 78765

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| | |
|---|---|
| 3.1239 | **Nonpriority creditor's name and mailing address**  $140.30 |

I WIRELESS SERVICES LP
PAYMENT PROCESSING CENTER
POB 402003
DES MOINES, IA 50940-2003

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| | |
|---|---|
| 3.1240 | **Nonpriority creditor's name and mailing address**  $506.00 |

I-10 RACE PROMOTIONS INC
302 N SHERIDAN ST
CORONA, CA 92880

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| | |
|---|---|
| 3.1241 | **Nonpriority creditor's name and mailing address**  $18,469.60 |

IAB
116 E 27TH ST 7TH FLR
NEW YORK, NY 10016

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | iHeartMedia Management Services, Inc. | Case number (if known) | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1242** **Nonpriority creditor's name and mailing address** $21,053.06

IBM
POB 676673
DALLAS, TX 75267-6673

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1243** **Nonpriority creditor's name and mailing address** $329,902.66

ID&A INC
ATTN ACCOUNTS RECEIVABLE
1700 S FIFTH ST
LOUISVILLE, KY 40208

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1244** **Nonpriority creditor's name and mailing address** $1,050.00

IDEA GARDEN ADVERTISING LLC
865 16TH PLACE
VERO BEACH, FL 32960-5513

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1245** **Nonpriority creditor's name and mailing address** $1,320,877,633.00

IHEARTMEDIA + ENTERTAINMENT, INC.
20880 STONE OAK PKWY
SAN ANTONIO, TX 78258

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.1246** **Nonpriority creditor's name and mailing address** $25,629,870.00

IHEARTMEDIA, INC.
20880 STONE OAK PKWY
SAN ANTONIO, TX 78258

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

Debtor   iHeartMedia Management Services, Inc.
_____
Name

Case number *(if known)*   18-31301 (MI)

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1247**   **Nonpriority creditor's name and mailing address**   $79,978,105.00

IHM IDENTITY, INC.
20880 STONE OAK PKWY
SAN ANTONIO, TX 78258

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.1248**   **Nonpriority creditor's name and mailing address**   $100.00

ILLINOIS SECRETARY OF STATE
501 S 2ND ST RM 350
SPRINGFIELD, IL 62756

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1249**   **Nonpriority creditor's name and mailing address**   $1,000.00

IMAGE MODELS INC
4959 HAMILTON BLVD
ALLENTOWN, PA 18106

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1250**   **Nonpriority creditor's name and mailing address**   $303.55

IMMEDION, LLC
PO BOX 6335
CHARLOTTE, NC 28260-3350

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1251**   **Nonpriority creditor's name and mailing address**   $2,558.16

IMMUNO TEK PLASMA LLC
5711 JOHNSTON ST
LAFAYETTE, LA 70503

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    iHeartMedia Management Services, Inc.
          _____
          Name

Case number (if known)   18-31301 (MI)

---

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | **Amount of claim** |
|---|---|

**3.1252**  Nonpriority creditor's name and mailing address                                             $449.54

IMON COMMUNICATIONS
POB 3446
CEDAR RAPIDS, IA 52406-3446

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

Date or dates debt was incurred Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.1253**  Nonpriority creditor's name and mailing address                                             $1,168.26

IMPACT PARTNERSHIP ALLIED WEALTH
13810 CHAMPION FOREST DR
HOUSTON, TX 77069

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

Date or dates debt was incurred Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.1254**  Nonpriority creditor's name and mailing address                                             $170.54

IMPACT TELECOM
POB 981038
BOSTON, MA 02298-1038

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

Date or dates debt was incurred Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.1255**  Nonpriority creditor's name and mailing address                                             $34.82

INCONTACT INC
PAYMENT CENTER #5450 POB 410468
SALT LAKE CITY, UT 84141

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

Date or dates debt was incurred Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.1256**  Nonpriority creditor's name and mailing address                                             $7.73

INCONTACT INC
PAYMENT CENTER #5450 POB 410468
SALT LAKE CITY, UT 84141

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

| Debtor | iHeartMedia Management Services, Inc. | Case number (if known) | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.1257** Nonpriority creditor's name and mailing address — $700.00

INDIVIDUAL NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: General Trade Payable

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

**3.1258** Nonpriority creditor's name and mailing address — $372.34

INDIVIDUAL NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Unclaimed Property

Date or dates debt was incurred

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

**3.1259** Nonpriority creditor's name and mailing address — $550.00

INDIVIDUAL NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: General Trade Payable

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

**3.1260** Nonpriority creditor's name and mailing address — $10.00

INDIVIDUAL NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Unclaimed Property

Date or dates debt was incurred

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

**3.1261** Nonpriority creditor's name and mailing address — $4,061.21

INDIVIDUAL NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Client Refund

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

| Debtor | iHeartMedia Management Services, Inc. | Case number _(if known)_ | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.1262 | Nonpriority creditor's name and mailing address | $75.00 |
|---|---|---|

INDIVIDUAL NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Client Refund

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

| 3.1263 | Nonpriority creditor's name and mailing address | $76,972.22 |
|---|---|---|

INDIVIDUAL NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: Accrued Payable

Date or dates debt was incurred

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

| 3.1264 | Nonpriority creditor's name and mailing address | $30,000.00 |
|---|---|---|

INDIVIDUAL NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: General Trade Payable

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

| 3.1265 | Nonpriority creditor's name and mailing address | $3,706.00 |
|---|---|---|

INDIVIDUAL NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Client Refund

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

| 3.1266 | Nonpriority creditor's name and mailing address | $1,100.00 |
|---|---|---|

INDIVIDUAL NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Client Refund

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

| Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 256 of 457 |
|---|---|---|

Debtor ___iHeartMedia Management Services, Inc._____     Case number *(if known)* ___18-31301 (MI)___
Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.1267** | **Nonpriority creditor's name and mailing address** | $7,262.40

INDIVIDUAL NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1268** | **Nonpriority creditor's name and mailing address** | $2,431.00

INDIVIDUAL NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1269** | **Nonpriority creditor's name and mailing address** | $600.00

INDIVIDUAL NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1270** | **Nonpriority creditor's name and mailing address** | $200.00

INDIVIDUAL NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1271** | **Nonpriority creditor's name and mailing address** | $200.00

INDIVIDUAL NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor   iHeartMedia Management Services, Inc.
         _____
         Name

Case number (if known)   18-31301 (MI)

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

| 3.1272 | **Nonpriority creditor's name and mailing address** | $600.00 |

INDIVIDUAL NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.1273 | **Nonpriority creditor's name and mailing address** | $750.00 |

INDIVIDUAL NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.1274 | **Nonpriority creditor's name and mailing address** | $2,500.00 |

INDIVIDUAL NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.1275 | **Nonpriority creditor's name and mailing address** | $1,000.00 |

INDIVIDUAL NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.1276 | **Nonpriority creditor's name and mailing address** | $650.00 |

INDIVIDUAL NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    iHeartMedia Management Services, Inc.
          _____
          Name

Case number *(if known)* __18-31301 (MI)__

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.1277 | **Nonpriority creditor's name and mailing address** | | $1,500.00 |
| --- | --- | --- | --- |

INDIVIDUAL NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.1278 | **Nonpriority creditor's name and mailing address** | | $1,083.15 |
| --- | --- | --- | --- |

INDIVIDUAL NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.1279 | **Nonpriority creditor's name and mailing address** | | $9.24 |
| --- | --- | --- | --- |

INDIVIDUAL NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.1280 | **Nonpriority creditor's name and mailing address** | | $675.00 |
| --- | --- | --- | --- |

INDIVIDUAL NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.1281 | **Nonpriority creditor's name and mailing address** | | $1,200.00 |
| --- | --- | --- | --- |

INDIVIDUAL NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| Debtor | iHeartMedia Management Services, Inc. | Case number (if known) | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1282** | **Nonpriority creditor's name and mailing address** | $1,050.00

INDIVIDUAL NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1283** | **Nonpriority creditor's name and mailing address** | $675.00

INDIVIDUAL NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1284** | **Nonpriority creditor's name and mailing address** | $1,000.00

INDIVIDUAL NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1285** | **Nonpriority creditor's name and mailing address** | $250.00

INDIVIDUAL NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1286** | **Nonpriority creditor's name and mailing address** | $930.00

INDIVIDUAL NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | iHeartMedia Management Services, Inc. | Case number (if known) | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.1287** | **Nonpriority creditor's name and mailing address** | $175.00

INDIVIDUAL NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1288** | **Nonpriority creditor's name and mailing address** | $1,089.00

INDIVIDUAL NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1289** | **Nonpriority creditor's name and mailing address** | $750.00

INDIVIDUAL NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1290** | **Nonpriority creditor's name and mailing address** | $500.00

INDIVIDUAL NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1291** | **Nonpriority creditor's name and mailing address** | $700.00

INDIVIDUAL NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 261 of 457 |
|---|---|---|

Debtor ___iHeartMedia Management Services, Inc._____   Case number *(if known)* __18-31301 (MI)__
Name

**Part 2:    Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.1292**   **Nonpriority creditor's name and mailing address**                                                $200.00

INDIVIDUAL NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1293**   **Nonpriority creditor's name and mailing address**                                              $1,856.40

INDIVIDUAL NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1294**   **Nonpriority creditor's name and mailing address**                                              $5,500.00

INDIVIDUAL NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1295**   **Nonpriority creditor's name and mailing address**                                                $237.30

INDIVIDUAL NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1296**   **Nonpriority creditor's name and mailing address**                                              $1,342.00

INDIVIDUAL NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    iHeartMedia Management Services, Inc.                          Case number (if known)  18-31301 (MI)
                Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.1297** | **Nonpriority creditor's name and mailing address** | $9.97

INDIVIDUAL NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.1298** | **Nonpriority creditor's name and mailing address** | $368.52

INDIVIDUAL NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.1299** | **Nonpriority creditor's name and mailing address** | $1,000.00

INDIVIDUAL NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.1300** | **Nonpriority creditor's name and mailing address** | $4,398.75

INDIVIDUAL NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.1301** | **Nonpriority creditor's name and mailing address** | $7,014.00

INDIVIDUAL NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

Is the claim subject to offset?
☐ No
☐ Yes

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 263 of 457

Debtor    iHeartMedia Management Services, Inc.                    Case number (if known)   18-31301 (MI)
          Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.1302 | **Nonpriority creditor's name and mailing address** | | $3,190.00 |

INDIVIDUAL NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

Is the claim subject to offset?
☐ No
☐ Yes

---

| 3.1303 | **Nonpriority creditor's name and mailing address** | | $1,803.00 |

INDIVIDUAL NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

Is the claim subject to offset?
☐ No
☐ Yes

---

| 3.1304 | **Nonpriority creditor's name and mailing address** | | $1,500.00 |

INDIVIDUAL NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

Is the claim subject to offset?
☐ No
☐ Yes

---

| 3.1305 | **Nonpriority creditor's name and mailing address** | | $600.00 |

INDIVIDUAL NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

Is the claim subject to offset?
☐ No
☐ Yes

---

| 3.1306 | **Nonpriority creditor's name and mailing address** | | $44.82 |

INDIVIDUAL NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☐ No
☐ Yes

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    Page 264 of 457

Debtor ___iHeartMedia Management Services, Inc.___   Case number *(if known)* __18-31301 (MI)__
         Name

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.1307 | Nonpriority creditor's name and mailing address | | $446.45 |
|---|---|---|---|

INDIVIDUAL NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Unclaimed Property

Date or dates debt was incurred

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

| 3.1308 | Nonpriority creditor's name and mailing address | | $392.60 |
|---|---|---|---|

INDIVIDUAL NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Unclaimed Property

Date or dates debt was incurred

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

| 3.1309 | Nonpriority creditor's name and mailing address | | $653.67 |
|---|---|---|---|

INDIVIDUAL NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Unclaimed Property

Date or dates debt was incurred

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

| 3.1310 | Nonpriority creditor's name and mailing address | | $1,261.00 |
|---|---|---|---|

INDIVIDUAL NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: General Trade Payable

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

| 3.1311 | Nonpriority creditor's name and mailing address | | $1,000.00 |
|---|---|---|---|

INDIVIDUAL NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: General Trade Payable

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          Page 265 of 457

Debtor   iHeartMedia Management Services, Inc.                              Case number (if known)  18-31301 (MI)
                  Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

| 3.1312 | Nonpriority creditor's name and mailing address | $100.00 |

INDIVIDUAL NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Client Refund

Date or dates debt was incurred  Undetermined

Last 4 digits of account number

Is the claim subject to offset?
- ☐ No
- ☐ Yes

| 3.1313 | Nonpriority creditor's name and mailing address | $1,650.00 |

INDIVIDUAL NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: General Trade Payable

Date or dates debt was incurred  Undetermined

Last 4 digits of account number

Is the claim subject to offset?
- ☐ No
- ☐ Yes

| 3.1314 | Nonpriority creditor's name and mailing address | $1,116.00 |

INDIVIDUAL NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: General Trade Payable

Date or dates debt was incurred  Undetermined

Last 4 digits of account number

Is the claim subject to offset?
- ☐ No
- ☐ Yes

| 3.1315 | Nonpriority creditor's name and mailing address | $75,900.00 |

INDIVIDUAL NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Accrued Payable

Date or dates debt was incurred  Undetermined

Last 4 digits of account number

Is the claim subject to offset?
- ☒ No
- ☐ Yes

| 3.1316 | Nonpriority creditor's name and mailing address | $1,146.00 |

INDIVIDUAL NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Client Refund

Date or dates debt was incurred  Undetermined

Last 4 digits of account number

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Official Form 206E/F                Schedule E/F: Creditors Who Have Unsecured Claims                Page 266 of 457

Debtor   iHeartMedia Management Services, Inc.

Name

Case number *(if known)*   18-31301 (MI)

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1317**   Nonpriority creditor's name and mailing address                        $1,500.00

INDIVIDUAL NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Client Refund

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.1318**   Nonpriority creditor's name and mailing address                        $800.00

INDIVIDUAL NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: General Trade Payable

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.1319**   Nonpriority creditor's name and mailing address                        $1,428.00

INDIVIDUAL NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Client Refund

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.1320**   Nonpriority creditor's name and mailing address                        $1,149.99

INFINITY MARKETING SOLUTIONS INC
874 S PLEASANTBURG DR
GREENVILLE, SC 29607

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Client Refund

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.1321**   Nonpriority creditor's name and mailing address                        $9,755.91

INFORMATICA LLC
POB 741089
LOS ANGELES, CA 90074-1089

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: General Trade Payable

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

Official Form 206E/F                Schedule E/F: Creditors Who Have Unsecured Claims                Page 267 of 457

Debtor | iHeartMedia Management Services, Inc. | Case number *(if known)* 18-31301 (MI)
| Name |

**Part 2:    Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

| 3.1322 | **Nonpriority creditor's name and mailing address** | | $859.00 |

INGORMATION INTEGRATION INC
2225 TOM LYNN ST
RICHMOND, VA 23230

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.1323 | **Nonpriority creditor's name and mailing address** | | $4,480.00 |

INNOVATIVE INFORMATION TECHNOLOGIES INC
200 METROPLEX DR STE 408
EDISON, NJ 08817

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.1324 | **Nonpriority creditor's name and mailing address** | | $2,498.55 |

INNOVID INC
POB 347961
PITTSBURGH, PA 15251-4961

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.1325 | **Nonpriority creditor's name and mailing address** | | $38,995.34 |

INSIDESALES COM
POB 30015 DEPT 408
SALT LAKE CITY, UT 84130

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.1326 | **Nonpriority creditor's name and mailing address** | | $100.00 |

INSTA PHOTO LLC
8711 BURNET RD
AUSTIN, TX 78757

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor __iHeartMedia Management Services, Inc.__ Case number *(if known)* __18-31301 (MI)__
      Name

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | **Amount of claim** |
|---|---|

| 3.1327 | Nonpriority creditor's name and mailing address | | $2,000.00 |
|---|---|---|---|

INSTA PHOTO LLC
8711 BURNET RD
SUITE A4
AUSTIN, TX 78757

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.1328 | Nonpriority creditor's name and mailing address | | $4,755.00 |
|---|---|---|---|

INSTITUTE OF MEDICAL CAREERS INC
5617 W RIDGE RD
ERIE, PA 16506

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.1329 | Nonpriority creditor's name and mailing address | | $7,763.77 |
|---|---|---|---|

INTEGRA TELECOM
POB 2966
MILWAUKEE, WI 53201-2966

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.1330 | Nonpriority creditor's name and mailing address | | $3,139.37 |
|---|---|---|---|

INTEGRAL AD SCIENCE INC
POB 200197
PITTSBURGH, PA 15251-0197

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.1331 | Nonpriority creditor's name and mailing address | | $300.00 |
|---|---|---|---|

INTELLIGENT LIGHTING LLC
POB 402217
MIAMI BEACH, FL 33140

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor __iHeartMedia Management Services, Inc.__
Name

Case number (if known) __18-31301 (MI)__

**Part 2:** **Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.1332** | **Nonpriority creditor's name and mailing address** | $10.75

INTELLIVERSE
POB 678495
DALLAS, TX 75267-8495

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1333** | **Nonpriority creditor's name and mailing address** | $913.03

INTERCALL
POB 281866
ATLANTA, GA 30384-1866

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1334** | **Nonpriority creditor's name and mailing address** | $2,000.00

INTERIOR FEDERAL CREDIT UNION
1849 C ST NW RM B038
WASHINGTON, DC 20240

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1335** | **Nonpriority creditor's name and mailing address** | $4,502.71

INTERNAP NETWORK SERVICES
DEPT 0526 POB 120526
DALLAS, TX 75312-0526

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1336** | **Nonpriority creditor's name and mailing address** | $6,925.00

INTERNATIONAL SPY MUSEUM INC
ATTN REBEKAN BRANNAN
800 F ST NW
WASHINGTON, DC 20004

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    iHeartMedia Management Services, Inc.    Case number *(if known)*  18-31301 (MI)
_____          _____
          Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.1337** | **Nonpriority creditor's name and mailing address** | | $4,607.18

INTRALINKS INC
POB 392134
PITTSBURGH, PA 15251-9134

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1338** | **Nonpriority creditor's name and mailing address** | | $2,218.50

INVESTAR BANK
7244 PERKINS RD
BATON ROUGE, LA 70808

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1339** | **Nonpriority creditor's name and mailing address** | | $17,589.75

IOOF TEMPLE
419 7TH ST NW STE 404
WASHINGTON, DC 20004

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.1340** | **Nonpriority creditor's name and mailing address** | | $2,850.00

IOWA PORK PRODUCERS ASSOCIATION
BOX 71009
CLIVE, IA 50325-0009

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1341** | **Nonpriority creditor's name and mailing address** | | $16,911.91

IRON MOUNTAIN
POB 601002
PASADENA, CA 91189-1002

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor  iHeartMedia Management Services, Inc.
Name

Case number *(if known)* 18-31301 (MI)

**Part 2:   Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | |
|---|---|
| **3.1342** | **Nonpriority creditor's name and mailing address** |

IRON MOUNTAIN INTELLECTUAL PROPERTY MGT
POB 27131
NEW YORK, NY 10087-7131

$2,000.00

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1343   Nonpriority creditor's name and mailing address**

IRONSOURCE MOBILE LTD
AZRIELI SARONA TOWER
DERECH MENACHEM BEGIN 121
TEL AVIV 370-1318
ISRAEL

$1,162.25

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.1344   Nonpriority creditor's name and mailing address**

IRTS FOUNDATION
1697 BROADWAY 10TH FL
NEW YORK, NY 10019

$250.00

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1345   Nonpriority creditor's name and mailing address**

IRVS PUB
801 E CHOCOLATE AVE
HERSHEY, PA 17033

$1,942.00

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1346   Nonpriority creditor's name and mailing address**

ITS TELECOMMUNICATIONS SYSTEMS INC
POB 308
INDIANTOWN, FL 34956

$18.85

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | iHeartMedia Management Services, Inc. | Case number *(if known)* | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.1347 | **Nonpriority creditor's name and mailing address** | | $1,100.00 |
|---|---|---|---|

J V RESTAURANT

**As of the petition filing date, the claim is:**
*Check all that apply.*

- [X] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

**Last 4 digits of account number**

---

| 3.1348 | **Nonpriority creditor's name and mailing address** | | $520.00 |
|---|---|---|---|

J&J CLEANING SERVICES
697 BURNT CREEK WAY
LILBURN, GA 30047

**As of the petition filing date, the claim is:**
*Check all that apply.*

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

**Last 4 digits of account number**

---

| 3.1349 | **Nonpriority creditor's name and mailing address** | | $36,618.00 |
|---|---|---|---|

JA WILSON INC
10555 NEWKIRK RD STE 500
DALLAS, TX 75220

**As of the petition filing date, the claim is:**
*Check all that apply.*

- [X] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

**Last 4 digits of account number**

---

| 3.1350 | **Nonpriority creditor's name and mailing address** | | $1,600.00 |
|---|---|---|---|

JACK B KELLEY INC
801 S FILLMORE ST 505
AMARILLO, TX 79101

**As of the petition filing date, the claim is:**
*Check all that apply.*

- [X] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

**Last 4 digits of account number**

---

| 3.1351 | **Nonpriority creditor's name and mailing address** | | $28,057.86 |
|---|---|---|---|

JACK NADEL INTERNATIONAL
POB 8342
PASADENA, CA 91109-8342

**As of the petition filing date, the claim is:**
*Check all that apply.*

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

**Last 4 digits of account number**

---

Debtor    iHeartMedia Management Services, Inc.
          Name                                                    Case number *(if known)*   18-31301 (MI)

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    **Amount of claim**

| | |
|---|---|
| 3.1352 | **Nonpriority creditor's name and mailing address** | $1,568.00 |

JACKSON STATE UNIVERSITY
POB 17250
JACKSON, MS 39217-0250

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.1353   **Nonpriority creditor's name and mailing address**                    $2,869.00

JARDINES DE SAN JUAN
15190 OAK HILL DR
SALINAS, CA 93907

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.1354   **Nonpriority creditor's name and mailing address**                    $1,419.00

JBI HOLDINGS LLC
POB 55838
LITTLE ROCK, AR 72215

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.1355   **Nonpriority creditor's name and mailing address**                    $1,500.00

JCCR
4085 UNIVERSITY BLVD 1
JACKSONVILLE, FL 32216

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.1356   **Nonpriority creditor's name and mailing address**                    $6,480.00

JDM MANAGEMENT CORP

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          Page 274 of 457

Debtor ___iHeartMedia Management Services, Inc.___
Name

Case number (if known) ___18-31301 (MI)___

### Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | | **Amount of claim** |
|---|---|---|

**3.1357**   **Nonpriority creditor's name and mailing address**     $4,246.00

JEFF RUBY CULINARY ENTERTAINMENT INC
700 WALNUT ST STE 200
CINCINNATI, OH 45202-2015

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1358**   **Nonpriority creditor's name and mailing address**     $3,242.89

JEFFERSON CANO ALLISON BARKLEY PLLC
112 E PECAN ST STE 1650
SAN ANTONIO, TX 78205

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1359**   **Nonpriority creditor's name and mailing address**     $1,277,344.74

JELLI INC
703 S B ST
SAN MATEO, CA 94401

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1360**   **Nonpriority creditor's name and mailing address**     $1,000.00

JESSE WELCH
6976 VENTURE CIR
ORLANDO, FL 32807

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1361**   **Nonpriority creditor's name and mailing address**     $1,125.00

JIMS MEAT MARKET INC
1436 NORTHPORT DR
MADISON, WI 53704

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    iHeartMedia Management Services, Inc.                                Case number (if known)  18-31301 (MI)
          Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.1362** | Nonpriority creditor's name and mailing address | | $1,003.00

JJ KELLER & ASSOCIATES INC
POB 6614
CAROL STREAM, IL 60197-6614

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1363** | Nonpriority creditor's name and mailing address | | $2,424.48

JOE W FLY CO INC
POB 560666
DALLAS, TX 75356-0666

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1364** | Nonpriority creditor's name and mailing address | | $1,898.00

JOHN YURCONIC AGENCY
5910 HAMILTON BLVD
ALLENTOWN, PA 18106

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1365** | Nonpriority creditor's name and mailing address | | $9,761.80

JOHNSON MEDIA SERVICES INC
OUTGOING II
3751 HARTS MILLS CT
CHAMBLEE, GA 30341

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1366** | Nonpriority creditor's name and mailing address | | $3,000.00

JONES LANG LASALLE AMERICAS INC
POB 45799
SAN FRANCISCO, CA 94145-0799

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 276 of 457

Debtor    iHeartMedia Management Services, Inc.
          Name

Case number (if known)  18-31301 (MI)

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | |
|---|---|
| 3.1367 | **Nonpriority creditor's name and mailing address** |

JORDAN SALES AND SERVICE INC

**Amount of claim** $599.00

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| | |
|---|---|
| 3.1368 | **Nonpriority creditor's name and mailing address** |

JRP SERVICES
8411 MOSSHANG CT
HOUSTON, TX 77040

**Amount of claim** $1,190.50

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| | |
|---|---|
| 3.1369 | **Nonpriority creditor's name and mailing address** |

JUN GROUP PRODUCTIONS LLC
650 FIFTH AVE FL 27
NEW YORK, NY 10019

**Amount of claim** $93,308.56

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| | |
|---|---|
| 3.1370 | **Nonpriority creditor's name and mailing address** |

JW PLAYER - LONGTAIL AD SOLUTIONS INC
2 PARK AVE FL 10
NEW YORK, NY 10016

**Amount of claim** $24,145.83

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| | |
|---|---|
| 3.1371 | **Nonpriority creditor's name and mailing address** |

KANTAR MEDIA-INTELLIGENCE
POB 7247-9301
PHILADELPHIA, PA 19170-9301

**Amount of claim** $86,935.04

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor   iHeartMedia Management Services, Inc.   Case number (if known)   18-31301 (MI)
_____   _____
Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1372**   **Nonpriority creditor's name and mailing address**   $5,879.25

KARA PAINTING & WALLPAPERING CORP
4540 CENTER BLVD 1404
LONG ISLAND CITY, NY 11109

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1373**   **Nonpriority creditor's name and mailing address**   $273,612,561.00

KATZ MEDIA GROUP, INC.
20880 STONE OAK PKWY
SAN ANTONIO, TX 78258

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☒ Yes

**Last 4 digits of account number**

---

**3.1374**   **Nonpriority creditor's name and mailing address**   $6,028.75

KAUFF MCGUIRE & MARGOLIS LLP
950 THIRD AVE 14TH FLOOR
NEW YORK, NY 10022

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1375**   **Nonpriority creditor's name and mailing address**   $3,282.70

KAUFFMAN CREATIVE SERVICES INC
250 LYNDEL DR
PALMYRA, PA 17078

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1376**   **Nonpriority creditor's name and mailing address**   $1,520.00

KAYTON COMPANY
1045 GRAPE ST
WHITEHALL, PA 18052

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor ___iHeartMedia Management Services, Inc._____   Case number *(if known)* __18-31301 (MI)__
         Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1377**

**Nonpriority creditor's name and mailing address**                                          $175.00

KB VOICEOVERS LLC
2061 EXPERIMENT STATION RD STE 301
WATKINSVILLE, GA 30677

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1378**

**Nonpriority creditor's name and mailing address**                                          $20,651.76

KEATING MUETHING & KLEKAMP PLL
1 E FOURTH ST STE 1400
CINCINNATI, OH 45202

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1379**

**Nonpriority creditor's name and mailing address**                                          $1,000.00

KEC LLC DBA REUNITED AUTO SALES
2425 BROAD RIVER RD
COLUMBIA, SC 29210

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1380**

**Nonpriority creditor's name and mailing address**                                          $266.80

KEITH COUNTY COURT
POB 358
OGALLALA, NE 69153

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1381**

**Nonpriority creditor's name and mailing address**                                          $1,000.00

KELLER ISD ATHLETIC ASSOCIATION

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 279 of 457

Debtor   iHeartMedia Management Services, Inc.                    Case number *(if known)*   18-31301 (MI)
         Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1382** | **Nonpriority creditor's name and mailing address** | $54,017.17

KELLEY DRYE & WARREN LLP
ATTN TREASURERS DEPARTMENT
101 PARK AVE
NEW YORK, NY 10178

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1383** | **Nonpriority creditor's name and mailing address** | $3,030.13

KELLEY UUSTAL PLC
500 N FEDERAL HWY STE 200
FORT LAUDERDALE, FL 33301

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1384** | **Nonpriority creditor's name and mailing address** | $7,350.50

KELLY SCOTT & MADISON INC
303 E WACKER DR 8TH FL
CHICAGO, IL 60601-5212

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1385** | **Nonpriority creditor's name and mailing address** | $1,266.25

KELLY SCOTT AND MADISON INC
303 E WACKER DR 8TH FL
CHICAGO, IL 60601

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1386** | **Nonpriority creditor's name and mailing address** | $80.00

KENDALL COUNTY FAIR ASSOCIATION

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 280 of 457

Debtor        iHeartMedia Management Services, Inc.                     Case number *(if known)*   18-31301 (MI)
              Name

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

**3.1387** | Nonpriority creditor's name and mailing address | | $139.00

KEYSTONE CONSTRUCTION & EXCAVATION LLC

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1388** | Nonpriority creditor's name and mailing address | | $9,231.00

KFMB
7677 ENGINEER RD
SAN DIEGO, CA 92111

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1389** | Nonpriority creditor's name and mailing address | | $2,499.36

KFORCE INC
POB 277997
ATLANTA, GA 30384-7997

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1390** | Nonpriority creditor's name and mailing address | | $25.50

KGKL-FM

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1391** | Nonpriority creditor's name and mailing address | | $1,722.50

KIA OF LAUREL
ATTN WESLEY ARMSTRONG
2018 HWY 15 N
LAUREL, MS 39440

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 281 of 457

Debtor   iHeartMedia Management Services, Inc.                          Case number *(if known)*   18-31301 (MI)
         Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.1392 | **Nonpriority creditor's name and mailing address** | | $1,657.50 |
|---|---|---|---|

KILMER KILMER MARSHALL DURAN INC
125 TRUMAN NE
ALBUQUERQUE, NM 87108

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.1393 | **Nonpriority creditor's name and mailing address** | | $2,500.00 |
|---|---|---|---|

KIMPTON HOTELS & RESTAURANTS
ATTN ACCOUNTS RECEIVABLE
2021 BROADWAY
NASHVILLE, TN 37203

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.1394 | **Nonpriority creditor's name and mailing address** | | $50,932.63 |
|---|---|---|---|

KING & SPALDING LLP
POB 116133
ATLANTA, GA 30368-6133

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.1395 | **Nonpriority creditor's name and mailing address** | | $21.43 |
|---|---|---|---|

KMTELECOM
18 2ND AVE NW
KASSON, MN 55944-1491

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.1396 | **Nonpriority creditor's name and mailing address** | | $45.06 |
|---|---|---|---|

KMTELECOM
18 2ND AVE NW
KASSON, MN 55944

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 282 of 457

Debtor    iHeartMedia Management Services, Inc.
          _____          Case number (if known)  18-31301 (MI)
          Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.1397** | **Nonpriority creditor's name and mailing address** | $819.02

KNOLOGY
POB 70999
CHARLOTTE, NC 28272-0999

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1398** | **Nonpriority creditor's name and mailing address** | $5.00

KNOWLEDGE LEARNING CORPORATION
6140 KRUSE DR
SOLON, OH 44139

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1399** | **Nonpriority creditor's name and mailing address** | $2,002.00

KOINONIA FOSTER HOMES INC
POB 1403
LOOMIS, CA 95650-1403

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1400** | **Nonpriority creditor's name and mailing address** | $95.00

KOKEA CENTER
600 KAPIOLANI BLVD #200
HONOLULU, HI 96813

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1401** | **Nonpriority creditor's name and mailing address** | $34,813.63

KP HOLDINGS LLC
POB 978733
DALLAS, TX 75397-8733

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 283 of 457

Debtor    iHeartMedia Management Services, Inc.
          _____          Case number (if known) _18-31301 (MI)_
          Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.1402** | **Nonpriority creditor's name and mailing address** | $12,240.51

KS MANAGEMENT SERVICES LLC DBA KELSEY SEYBOLD CLINIC
11511 SHADOW CREEK PKWY
PEARLAND, TX 77584

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1403** | **Nonpriority creditor's name and mailing address** | $2,345.00

KTG USA INC
400 MAHANNAH AVE
MEMPHIS, TN 38107

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1404** | **Nonpriority creditor's name and mailing address** | $30.60

KZII-FM

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1405** | **Nonpriority creditor's name and mailing address** | $2,400.00

LAHAINA ARCHITECTS
3268 GOVERNOR DR #141
SAN DIEGO, CA 92122

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1406** | **Nonpriority creditor's name and mailing address** | $1,515.00

LAKE BUSINESS GROUP
W229 N1433 WESTWOOD DR 106
WAUKESHA, WI 53186

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 284 of 457

Debtor   iHeartMedia Management Services, Inc.

Name

Case number (if known)   18-31301 (MI)

**Part 2:**   **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | |
|---|---|
| 3.1407 **Nonpriority creditor's name and mailing address** | $1,515.00 |

LAKES BUSINESS GROUP
W1362 S SHORE DR
PALMYRA, WI 53156

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| | |
|---|---|
| 3.1408 **Nonpriority creditor's name and mailing address** | $1,778.00 |

LAMAR UNIVERSITY
DISBURSEMENT ACCOUNT
POB 10011
BEAUMONT, TX 77710

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| | |
|---|---|
| 3.1409 **Nonpriority creditor's name and mailing address** | $7,490.00 |

LANGUAGE LOGIC LLC
POB 638946
CINCINNATI, OH 45263-8946

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| | |
|---|---|
| 3.1410 **Nonpriority creditor's name and mailing address** | $1,740.00 |

LAREDO WESTERN WEAR
2080 PEACHTREE IND CT STE 103
CHAMBLEE, GA 30341

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| | |
|---|---|
| 3.1411 **Nonpriority creditor's name and mailing address** | $1,050.00 |

LARIMER CO DEPT OF HEALTH & ENVIRONMENT
1525 BLUE SPRUCE DR
FORT COLLINS, CO 80524

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

Official Form 206E/F   **Schedule E/F: Creditors Who Have Unsecured Claims**   Page 285 of 457

Debtor   iHeartMedia Management Services, Inc.
         _____
         Name

Case number *(if known)* __18-31301 (MI)__

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1412**   **Nonpriority creditor's name and mailing address**                                      $3,250.00

LAS VEGAS KILT LLC
3545 S LAS VEGAS BLVD L26
LAS VEGAS, NV 89109

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1413**   **Nonpriority creditor's name and mailing address**                                      $1,813.67

LATHAM & WATKINS
POB 894256
LOS ANGELES, CA 90189-4256

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1414**   **Nonpriority creditor's name and mailing address**                                      $18.75

LATINWORKS MARKETING
ATTN KENDAL KLEIN
2500 BEE CAVES RD BLDG 2 STE 300
AUSTIN, TX 78746

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1415**   **Nonpriority creditor's name and mailing address**                                      $44,056.45

LAUNCHSQUAD LLC
340 PINE ST #100
SAN FRANCISCO, CA 94104

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1416**   **Nonpriority creditor's name and mailing address**                                      $1,704.00

LAURELWOOD SHOPPING CENTER INC
C/O THOMAS R PREWILT JR
422 GROVE PARK RD
MEMPHIS, TN 38117

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    Page 286 of 457

| Debtor | iHeartMedia Management Services, Inc. | Case number *(if known)* 18-31301 (MI) |
|---|---|---|
| | Name | |

---

**Part 2:  Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.1417 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

LAW DEBENTURE TRUST COMPANY
ATTN: JAMES HEANEY
400 MADISON AVENUE
NEW YORK, NY 10017

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantor of 14% Senior Notes, maturity date of February 1, 2021

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.1418 | **Nonpriority creditor's name and mailing address** | | $1,680.00 |
|---|---|---|---|

LAW OFFICE OF CARLOS WILLIAMS
616 S BOSTON AVE
TULSA, OK 74119

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.1419 | **Nonpriority creditor's name and mailing address** | | $10,115.00 |
|---|---|---|---|

LAW OFFICES OF MARK A REDMOND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.1420 | **Nonpriority creditor's name and mailing address** | | $3,862.19 |
|---|---|---|---|

LAW OFFICES OF ROBERT WHEATLEY
14661 FRANKLIN AVE STE 100
TUSTIN, CA 92780

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.1421 | **Nonpriority creditor's name and mailing address** | | $2,300.00 |
|---|---|---|---|

LEADSRX INC
333 NW 9TH AVE STE 809
PORTLAND, OR 97209

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

Debtor  iHeartMedia Management Services, Inc.                              Case number *(if known)* 18-31301 (MI)
        _____
        Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.1422 | **Nonpriority creditor's name and mailing address** | $5,364.52 |

LEADSRX INC
333 NW 9TH AVE STE 809
PORTLAND, OR 97209

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.1423 | **Nonpriority creditor's name and mailing address** | $1,246.63 |

LEAF
POB 742647
CINCINNATI, OH 45274-2647

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.1424 | **Nonpriority creditor's name and mailing address** | $1,366.50 |

LEAH MORIYAMA
2133 DIVINE DR
MONTEREY PARK, CA 91754

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.1425 | **Nonpriority creditor's name and mailing address** | $1,000.00 |

LEAH MORIYAMA PHOTOGRAPHY
2133 DIVINE DR
MONTEREY PARK, CA 91754

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.1426 | **Nonpriority creditor's name and mailing address** | $24,683.62 |

LEVEL 3 COMMUNICATIONS LLC
POB 931843
ATLANTA, GA 31193-1843

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| Debtor | iHeartMedia Management Services, Inc. | Case number *(if known)* | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

### 3.1427

**Nonpriority creditor's name and mailing address**

LEVINE BLASZAK BLOCK
2001 L STREET NW STE 900
WASHINGTON, DC 20036

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Amount of claim** $1,776.00

### 3.1428

**Nonpriority creditor's name and mailing address**

LEWIS LLP
5 CHAUNCEY LANE
LONDON, TX 78209

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Amount of claim** $1,795.20

### 3.1429

**Nonpriority creditor's name and mailing address**

LEXMARK ENTERPRISE SOFTWARE
POB 846261
DALLAS, TX 75284-6261

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Amount of claim** $18,315.67

### 3.1430

**Nonpriority creditor's name and mailing address**

LGI HOMES INC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Amount of claim** $5,794.75

### 3.1431

**Nonpriority creditor's name and mailing address**

LIEBER LAWYERS
1181 STARR AVE APT 402
SAINT HELENA, CA 94574

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Amount of claim** $110.00

Debtor   iHeartMedia Management Services, Inc.                  Case number *(if known)*  18-31301 (MI)
         Name

---

## Part 2:   Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

| 3.1432 | **Nonpriority creditor's name and mailing address** | | $1,550.00 |
|---|---|---|---|

LIFE STYLE STAFFING
POB 2508
MADISON, WI 53701

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.1433 | **Nonpriority creditor's name and mailing address** | | $541.94 |
|---|---|---|---|

LIGHTBOUND
731 W HENRY ST
SUITE 21
INDIANAPOLIS, IN 46225

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.1434 | **Nonpriority creditor's name and mailing address** | | $3,247.33 |
|---|---|---|---|

LIGHTHOUSE COMMUNICATIONS
27049 SANTA CLARITA RD
SANTA CLARITA, CA 91350

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.1435 | **Nonpriority creditor's name and mailing address** | | $630.00 |
|---|---|---|---|

LIGHTING CONTROL SOLUTIONS
369 W MARIGOLD ST
ALTADENA, CA 91001

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.1436 | **Nonpriority creditor's name and mailing address** | | $1,037.00 |
|---|---|---|---|

LILA W PREZIOSO DBA PARTNERS INK SALES & MARKETING
2 BRUCEWOOD DR
PITTSBURGH, PA 15228

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    iHeartMedia Management Services, Inc.                          Case number *(if known)*  18-31301 (MI)
          Name

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.1437 | **Nonpriority creditor's name and mailing address** | | $2,680.67 |
|---|---|---|---|

LINE SYSTEMS INC
POB 826590
PHILADELPHIA, PA 19182

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.1438 | **Nonpriority creditor's name and mailing address** | | $4,349.79 |
|---|---|---|---|

LINK SYSTEMS INC
ONE DOCK ST
STAMFORD, CT 06902

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.1439 | **Nonpriority creditor's name and mailing address** | | $5,000.00 |
|---|---|---|---|

LIPMAN BROTHERS DISTRIBUTING

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.1440 | **Nonpriority creditor's name and mailing address** | | $200.00 |
|---|---|---|---|

LIST PARTNERS INC
3098 PIEDMONT RD NE STE 200
ATLANTA, GA 30305

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.1441 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

LITIGATION PARTY - NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation; Employment Matter

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| Official Form 206E/F | Schedule E/F: Creditors Who Have Unsecured Claims | Page 291 of 457 |
|---|---|---|

| Debtor | iHeartMedia Management Services, Inc. | Case number *(if known)* | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1442** Nonpriority creditor's name and mailing address                                    $ Undetermined

LITIGATION PARTY - NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Demand Letter; Employment Matter

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number

---

**3.1443** Nonpriority creditor's name and mailing address                                    $ Undetermined

LITIGATION PARTY - NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Litigation; Employment Matter, Case Number 49-124681

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number

---

**3.1444** Nonpriority creditor's name and mailing address                                    $2,087.92

LIVEINTENT INC
BOX 83398
WOBURN, MA 01813-3398

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: General Trade Payable

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.1445** Nonpriority creditor's name and mailing address                                    $5,852.65

LIVEMORE AUTO GROUP
2566 KITTY HAWK RD
LIVERMORE, CA 94551

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Client Refund

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.1446** Nonpriority creditor's name and mailing address                                    $1,690.00

LIVIN PURPOSE CHRISTIAN CHURCH
8477 SPOTTED FAWN DR
BARTLETT, TN 38133

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Client Refund

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

Debtor    iHeartMedia Management Services, Inc.                         Case number *(if known)*   18-31301 (MI)
          Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.       **Amount of claim**
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.1447**   **Nonpriority creditor's name and mailing address**                                                    $2,448.75

LMS INC                                      **As of the petition filing date, the claim is:**
POB 35747                                    *Check all that apply.*
HOUSTON, TX 77235
                                             ☒ Contingent
                                             ☐ Unliquidated
                                             ☐ Disputed

                                             **Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined     **Is the claim subject to offset?**

**Last 4 digits of account number**                  ☐ No
                                                     ☐ Yes

---

**3.1448**   **Nonpriority creditor's name and mailing address**                                                    $49,000.00

LOCALYTICS                                   **As of the petition filing date, the claim is:**
2 CENTER PLAZA 3RD FL                         *Check all that apply.*
BOSTON, MA 02108
                                             ☐ Contingent
                                             ☐ Unliquidated
                                             ☐ Disputed

                                             **Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined     **Is the claim subject to offset?**

**Last 4 digits of account number**                  ☐ No
                                                     ☐ Yes

---

**3.1449**   **Nonpriority creditor's name and mailing address**                                                    $79,711.63

LOEWS SANTA MONICA BEACH HOTEL               **As of the petition filing date, the claim is:**
1700 OCEAN AVE                                *Check all that apply.*
SANTA MONICA, CA 90401
                                             ☐ Contingent
                                             ☐ Unliquidated
                                             ☐ Disputed

                                             **Basis for the claim:** Accrued Payable

**Date or dates debt was incurred** Undetermined     **Is the claim subject to offset?**

**Last 4 digits of account number**                  ☒ No
                                                     ☐ Yes

---

**3.1450**   **Nonpriority creditor's name and mailing address**                                                    $496.78

LOGICAL SOLUTIONS                            **As of the petition filing date, the claim is:**
PO BOX 266                                    *Check all that apply.*
YELLOW SPRINGS, OH 45387
                                             ☐ Contingent
                                             ☐ Unliquidated
                                             ☐ Disputed

                                             **Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined     **Is the claim subject to offset?**

**Last 4 digits of account number**                  ☐ No
                                                     ☐ Yes

---

**3.1451**   **Nonpriority creditor's name and mailing address**                                                    $76,634.03

LOGICALIS                                     **As of the petition filing date, the claim is:**
POB 67000                                     *Check all that apply.*
DEPARTMENT #172301
DETROIT, MI 48267-1723                       ☐ Contingent
                                             ☐ Unliquidated
                                             ☐ Disputed

                                             **Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined     **Is the claim subject to offset?**

**Last 4 digits of account number**                  ☐ No
                                                     ☐ Yes

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          Page 293 of 457

| Debtor | iHeartMedia Management Services, Inc. | Case number (if known) | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1452** | **Nonpriority creditor's name and mailing address** | | $600.00

LOHRE PAINTING COMPANY INC
1750 HARDING RD
NORTHFIELD, IL 60093

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1453** | **Nonpriority creditor's name and mailing address** | | $1,008.00

LONESTAR FAMILY FARM
990 N OLLIE ST
STEPHENVILLE, TX 76401

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1454** | **Nonpriority creditor's name and mailing address** | | $41.45

LONG DISTANCE CONSOLIDATED BILLING CO
4010 W WALTON BLVD STE B
WATERFORD, MI 48329

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1455** | **Nonpriority creditor's name and mailing address** | | $30.00

LOS ANGELES COUNTY
110 N GRANDE AVE RM 525
LOS ANGELES, CA 90012

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1456** | **Nonpriority creditor's name and mailing address** | | $2,000.00

LOS ANGELES FIRE DEPARTMENT
HISTORICAL SOCIETY
1355 N CAHUENGA BLVD
HOLLYWOOD, CA 90028

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor   iHeartMedia Management Services, Inc.
         Name

Case number (if known)   18-31301 (MI)

**Part 2:   Additional Page**

| | |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.1457**   Nonpriority creditor's name and mailing address                                    $400.00

LOST HIGHWAY TOURING
POB 3876
TEQUESTA, FL 33469

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: General Trade Payable

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.1458**   Nonpriority creditor's name and mailing address                                    $267,527.66

LOTAME SOLUTIONS INC
8850 STANFORD BLVD STE 4000
COLUMBIA, MD 21045

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: General Trade Payable

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.1459**   Nonpriority creditor's name and mailing address                                    $1,442.00

LOVE WORTH FINDING MINISTRIES
POB 38300
MEMPHIS, TN 38183

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Client Refund

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.1460**   Nonpriority creditor's name and mailing address                                    $170.00

LUCID HOLDINGS LLC
365 CANAL ST STE 700
NEW ORLEANS, LA 70130

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: General Trade Payable

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.1461**   Nonpriority creditor's name and mailing address                                    $4,000.00

LUCKYS PUB HOUSTON LP
801 ST EMANUEL ST
HOUSTON, TX 77003

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Client Refund

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

Debtor   iHeartMedia Management Services, Inc.                    Case number *(if known)*   18-31301 (MI)
         Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.1462 | **Nonpriority creditor's name and mailing address** | | $2,148.00 |

LUCY PRODUCTIONS
366 JACKSON ST 101
SAINT PAUL, MN 55101

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.1463 | **Nonpriority creditor's name and mailing address** | | $4,643.25 |

LUMOS NETWORKS
POB 11171
CHARLESTON, WV 25339-1171

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.1464 | **Nonpriority creditor's name and mailing address** | | $2,901.56 |

LUNA MAR RECORDS INC
705 W 9TH ST APT 3401
LOS ANGELES, CA 90015

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.1465 | **Nonpriority creditor's name and mailing address** | | $1,312.99 |

LUTHER BLOOMINGTON HYUNDAI
4801 AMERICAN BLVD W
BLOOMINGTON, MN 55437

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.1466 | **Nonpriority creditor's name and mailing address** | | $9,000.00 |

LUX BOND & GREEN
ATTN ACCOUNTS PAYABLE
POB 330250
WEST HARTFORD, CT 06133-0250

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    iHeartMedia Management Services, Inc.                         Case number *(if known)*  18-31301 (MI)
          Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.1467** | Nonpriority creditor's name and mailing address | | $2,850.00

LYNCHBURG B CORPORATION
POB 10213
LYNCHBURG, VA 24506

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1468** | Nonpriority creditor's name and mailing address | | $666,981.00

M STREET CORPORATION
20880 STONE OAK PKWY
SAN ANTONIO, TX 78258

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.1469** | Nonpriority creditor's name and mailing address | | $18,360.00

M11 MOTORS LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1470** | Nonpriority creditor's name and mailing address | | $979.96

MACHOL & JOHANNES LLC
717 17TH ST STE 2300
DENVER, CO 80202

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1471** | Nonpriority creditor's name and mailing address | | $574.30

MACRO TEK LLC DBA ATLANTA PRO AUDIO
POB 1103
DECATUR, GA 30031

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    iHeartMedia Management Services, Inc.  
Name

Case number *(if known)* 18-31301 (MI)

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1472**   **Nonpriority creditor's name and mailing address**      $273.23

MAGNA5
PO BOX 784
PHILADELPHIA, PA 19178-0410

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1473**   **Nonpriority creditor's name and mailing address**      $2,062.50

MAGUIRE
370 ELMIRA RD
ITHICA, NY 14850

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1474**   **Nonpriority creditor's name and mailing address**      $1,760.00

MAIN LINE FERTILITY CENTER
825 OLD LANCASTER RD #170
BRYN MAWR, PA 19010

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1475**   **Nonpriority creditor's name and mailing address**      $18,405.05

MAIN STREET MEDIA GROUP
ATTN ACCOUNTS PAYABLE
POB 25093
ALEXANDRIA, VA 22313

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1476**   **Nonpriority creditor's name and mailing address**      $2,472.00

MAKE MATH WORK LLC
30033 DE PORTOLA RD
TEMECULA, CA 92592

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Official Form 206E/F      **Schedule E/F: Creditors Who Have Unsecured Claims**      Page 298 of 457

Debtor   iHeartMedia Management Services, Inc.
         Name

Case number (if known)   18-31301 (MI)

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.1477 | Nonpriority creditor's name and mailing address | | $13,518.00 |
|---|---|---|---|

MAKE MATH WORK LLC
30033 DE PORTOLA RD
TEMECULA, CA 92592

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.1478 | Nonpriority creditor's name and mailing address | | $5,775.16 |
|---|---|---|---|

MALDONADO NURSERY & LANDSCAPING
16348 NACOGDOCHES
SAN ANTONIO, TX 78247

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.1479 | Nonpriority creditor's name and mailing address | | $402.95 |
|---|---|---|---|

MALLORY HEADSETS INC
679 N MAIN ST
WEST BRIDGEWATER, MA 02379

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.1480 | Nonpriority creditor's name and mailing address | | $855.00 |
|---|---|---|---|

MANAGEMENT & TRAINING CORPORATION

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.1481 | Nonpriority creditor's name and mailing address | | $13.87 |
|---|---|---|---|

MARCUS COMMUNICATIONS LLC
POB 1498
MANCHESTER, CT 06045

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          Page 299 of 457

Debtor ___iHeartMedia Management Services, Inc._____   Case number *(if known)* __18-31301 (MI)__
     Name

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.1482 | **Nonpriority creditor's name and mailing address** | | $1,632.00 |
|---|---|---|---|

MARCUS THOMAS LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.1483 | **Nonpriority creditor's name and mailing address** | | $49,273.26 |
|---|---|---|---|

MARINA DEL REY HOTEL
MARINA DEL REY HOTEL & MARINA
13534 BALI WAY
MARINA DEL REY, CA 90292

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1484 | **Nonpriority creditor's name and mailing address** | | $6,400.00 |
|---|---|---|---|

MARK BUSINESS INTELLIGENCE SYSTEMS LLC
WELLS FARGO DEPOSITS
14595 N SCOTTSDALE RD
SCOTTSDALE, AZ 85254-3457

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.1485 | **Nonpriority creditor's name and mailing address** | | $5,000.00 |
|---|---|---|---|

MARKETING SCIENCE CONSULTING GROUP INC
425 5TH AVE #33A
NEW YORK, NY 10016

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.1486 | **Nonpriority creditor's name and mailing address** | | $1,500.00 |
|---|---|---|---|

MARKETING SPRINGS INC
17 JUNCTION DR STE 163
GLEN CARBON, IL 62034

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor     iHeartMedia Management Services, Inc.                          Case number (if known)   18-31301 (MI)
           Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                                    **Amount of claim**

---

**3.1487** | **Nonpriority creditor's name and mailing address** | $75.00

MARKETSPHERE
EMMSPHERE LLC
POB 30031
OMAHA, NE 68103-1223

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1488** | **Nonpriority creditor's name and mailing address** | $1,825.00

MARKETSPHERE
EMMSPHERE LLC
POB 30031
OMAHA, NE 68103-1223

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1489** | **Nonpriority creditor's name and mailing address** | $5,067.57

MARKMONITOR INC
POB 71398
CHICAGO, IL 60694-1398

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1490** | **Nonpriority creditor's name and mailing address** | $1,790.40

MARLOW MOTOR COMPANY INC
707 COMMERCE AVE
FRONT ROVAL, VA 22630

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1491** | **Nonpriority creditor's name and mailing address** | $2,080.00

MARSHALL SHREDDING CO
POB 91139
SAN ANTONIO, TX 78209

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    iHeartMedia Management Services, Inc.
          Name

Case number (if known)  18-31301 (MI)

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1492** Nonpriority creditor's name and mailing address                                      $202.20

MASHELL TELECOM INC
ATTN CABS PROCESSING
POB 639 104 WASHINGTON AVE N
EATONVILLE, WA 98328-0639

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: General Trade Payable

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.1493** Nonpriority creditor's name and mailing address                                      $2,097.62

MASS HOUSING

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Client Refund

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.1494** Nonpriority creditor's name and mailing address                                      $1,860.00

MASSA AUTO PAWN INC
7801 W COLFAX AVE
LAKEWOOD, CO 80214

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Client Refund

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.1495** Nonpriority creditor's name and mailing address                                      $3,016.00

MASTER DATA CENTER
POB 673451
DETROIT, MI 48267-3451

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: General Trade Payable

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.1496** Nonpriority creditor's name and mailing address                                      $20.06

MATANUSKA TELEPHONE ASSOCIATION
POB 3009
PALMER, AK 99645-3009

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: General Trade Payable

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

Debtor __iHeartMedia Management Services, Inc._____   Case number _(if known)_ __18-31301 (MI)__
         Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | **Amount of claim** |

---

**3.1497** | Nonpriority creditor's name and mailing address | | $1,413.90

MATTRESS FIRM
10201 S MAIN ST
HOUSTON, TX 77025

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.1498** | Nonpriority creditor's name and mailing address | | $6,987.10

MAXXISS COMMUNICATIONS
1951 VENTURA BLVD
SUITE 216
TARZANA, CA 91356

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.1499** | Nonpriority creditor's name and mailing address | | $656.51

MAY DEPARTMENT STORE
307 ALBERMARLE DRIVE
CHESAPEAKE, VA 23322

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.1500** | Nonpriority creditor's name and mailing address | | $1,780.00

MAYBURY ASSOCIATES INC

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.1501** | Nonpriority creditor's name and mailing address | | $2,962.50

MBC GRAND BROADCASTING INC
300 E ROCK RD
ALLENTOWN, PA 18103-7519

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

Is the claim subject to offset?
☐ No
☐ Yes

---

| Debtor | iHeartMedia Management Services, Inc. | Case number (if known) | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

### 3.1502

**Nonpriority creditor's name and mailing address**                                     $191.25

MBM RADIO LP

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

### 3.1503

**Nonpriority creditor's name and mailing address**                                     $1,460.89

MCI
MCI COMM SERVICE
POB 15043
ALBANY, NY 12212-5043

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

### 3.1504

**Nonpriority creditor's name and mailing address**                                     $1,024.25

MCLAINE FOOD SERVICES
1985 HEBRON WAY
HEBRON, KY 41048

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

### 3.1505

**Nonpriority creditor's name and mailing address**                                     $14,993.75

MCLIFF COFFEE + VENDING
5807 RITTIMAN PLAZA #103
SAN ANTONIO, TX 78218

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

### 3.1506

**Nonpriority creditor's name and mailing address**                                     $539.86

MCMASTER-CARR SUPPLY CO
POB 7690
CHICAGO, IL 60680-7690

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 304 of 457 |
|---|---|---|

| Debtor | iHeartMedia Management Services, Inc. | Case number (if known) | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

**Part 2:  Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1507** **Nonpriority creditor's name and mailing address** $11,806.50

MCNEELY PIGOTT & FOX PUBLIC RELATIONS
CITY SPACE
611 COMMERCE ST STE 3000
NASHVILLE, TN 37203

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1508** **Nonpriority creditor's name and mailing address** $5,000.00

MEALS ON WHEELS PEOPLE INC
POB 19477
PORTLAND, OR 97280

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1509** **Nonpriority creditor's name and mailing address** $3,000.00

MEDI WEIGHT CLINIC
230 BROWNS WAY RD
MIDLOTHIAN, VA 20853

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1510** **Nonpriority creditor's name and mailing address** $1,356.00

MEDIA BUYING SERVICES
ATTN JAN MCGRATH
362 ARBOR WAY
CHARLOTTE, NC 28211

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1511** **Nonpriority creditor's name and mailing address** $2,622.25

MEDIA CONNECTION LLC

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Official Form 206E/F | Schedule E/F: Creditors Who Have Unsecured Claims | Page 305 of 457 |
|---|---|---|

Debtor    iHeartMedia Management Services, Inc.
          _____          Case number *(if known)*  18-31301 (MI)
          Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.1512**  Nonpriority creditor's name and mailing address                                          $17,400.00

MEDIA RATING COUNCIL INC
420 LEXINGTON AVE STE 343                   As of the petition filing date, the claim is:
NEW YORK, NY 10170                          *Check all that apply.*
                                            ☐ Contingent
                                            ☐ Unliquidated
                                            ☐ Disputed

                                            **Basis for the claim:** General Trade Payable

Date or dates debt was incurred Undetermined   **Is the claim subject to offset?**
                                               ☐ No
Last 4 digits of account number                ☐ Yes

---

**3.1513**  Nonpriority creditor's name and mailing address                                          $16,777.76

MEDIA SOLUTIONS
100 NORTHCREEK #250                          As of the petition filing date, the claim is:
ATLANTA, GA 30327                            *Check all that apply.*
                                            ☒ Contingent
                                            ☐ Unliquidated
                                            ☐ Disputed

                                            **Basis for the claim:** Client Refund

Date or dates debt was incurred Undetermined   **Is the claim subject to offset?**
                                               ☐ No
Last 4 digits of account number                ☐ Yes

---

**3.1514**  Nonpriority creditor's name and mailing address                                          $100.00

MEDIA SPECIALISTS LLC
                                            As of the petition filing date, the claim is:
                                            *Check all that apply.*
                                            ☒ Contingent
                                            ☐ Unliquidated
                                            ☐ Disputed

                                            **Basis for the claim:** Client Refund

Date or dates debt was incurred Undetermined   **Is the claim subject to offset?**
                                               ☐ No
Last 4 digits of account number                ☐ Yes

---

**3.1515**  Nonpriority creditor's name and mailing address                                          $1,198.50

MEDIA VENUE
                                            As of the petition filing date, the claim is:
                                            *Check all that apply.*
                                            ☒ Contingent
                                            ☐ Unliquidated
                                            ☐ Disputed

                                            **Basis for the claim:** Client Refund

Date or dates debt was incurred Undetermined   **Is the claim subject to offset?**
                                               ☐ No
Last 4 digits of account number                ☐ Yes

---

**3.1516**  Nonpriority creditor's name and mailing address                                          $563.23

MEDIACOM
POB 5744                                     As of the petition filing date, the claim is:
CAROL STREAM, IL 60197-5744                 *Check all that apply.*
                                            ☐ Contingent
                                            ☐ Unliquidated
                                            ☐ Disputed

                                            **Basis for the claim:** General Trade Payable

Date or dates debt was incurred Undetermined   **Is the claim subject to offset?**
                                               ☐ No
Last 4 digits of account number                ☐ Yes

---

Official Form 206E/F            **Schedule E/F: Creditors Who Have Unsecured Claims**            Page 306 of 457

Debtor   iHeartMedia Management Services, Inc.
_____
Name

Case number (if known) _18-31301 (MI)___

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | | Amount of claim |
|---|---|---|

| 3.1517 | **Nonpriority creditor's name and mailing address** | $34.80 |

MEDIACOM
PO BOX 5744
CAROL STREAM, IL 60197-5744

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.1518 | **Nonpriority creditor's name and mailing address** | $34,375.00 |

MEDIALINK LLC
1901 AVENUE OF THE STARS STE 1775
LOS ANGELES, CA 90067

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.1519 | **Nonpriority creditor's name and mailing address** | $171,612.91 |

MEDIAOCEAN
120 S RIVERSIDE PLZ 19TH FL
CHICAGO, IL 60606

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.1520 | **Nonpriority creditor's name and mailing address** | $19,355.96 |

MEDIAVEST
1675 BROADWAY
NEW YORK, NY 10019

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.1521 | **Nonpriority creditor's name and mailing address** | $2,329.00 |

MEDIAWORX
4 CORPORATE DR STE 380
SHELTON, CT 06484

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | iHeartMedia Management Services, Inc. | Case number (if known) | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.1522 | Nonpriority creditor's name and mailing address | | $244.77 |
|---|---|---|---|

MEGAPATH INC
POB 150421 DEPT 111023
HARTFORD, CT 06115

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.1523 | Nonpriority creditor's name and mailing address | | $442.66 |
|---|---|---|---|

MELTWATER NEWS US INC
DEPT LA 23721
PASADENA, CA 91185-3721

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.1524 | Nonpriority creditor's name and mailing address | | $1,000.00 |
|---|---|---|---|

MERCHANTS AUTOMOTIVE GROUP
1278 HOOKSETT RD
HOOKSETT, NH 03106-1839

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.1525 | Nonpriority creditor's name and mailing address | | $2,314.18 |
|---|---|---|---|

MEREDITH CORPORATION
1716 LOCUST ST
DES MOINES, IA 50309-3023

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.1526 | Nonpriority creditor's name and mailing address | | $3,000.00 |
|---|---|---|---|

MERIT MEDICAL
SYSTEMS
1600 MERIT PKWY
SOUTH JORDAN, UT 84095

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

Debtor __iHeartMedia Management Services, Inc.__ Case number *(if known)* __18-31301 (MI)__
      Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.1527 | **Nonpriority creditor's name and mailing address** | | $3,357.32 |
|---|---|---|---|

MET PHOTO INC
1500 BROADWAY
NEW YORK, NY 10036

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.1528 | **Nonpriority creditor's name and mailing address** | | $2,091.00 |
|---|---|---|---|

METRO
600 NE GRAND AVE
PORTLAND, OR 97232

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.1529 | **Nonpriority creditor's name and mailing address** | | $1,500.00 |
|---|---|---|---|

METRO BEAUTY ACADEMY LLC
4977 MEDICAL CTR CIR
ALLENTOWN, PA 18106

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.1530 | **Nonpriority creditor's name and mailing address** | | $1,200.00 |
|---|---|---|---|

METRO FORD OF MADISON
5422 WAYNE TER
MADISON, WI 53718

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.1531 | **Nonpriority creditor's name and mailing address** | | $1,448.00 |
|---|---|---|---|

METRO UNITED WAY INC
POB 950148 DEPT 52860
LOUISVILLE, KY 40295-0148

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor      iHeartMedia Management Services, Inc.                                 Case number (if known)   18-31301 (MI)
            Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.        **Amount of claim**
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.1532**  Nonpriority creditor's name and mailing address                                                       $3,631.20

METROCARE SERVICES
1345 RIVER BEND DR
DALLAS, TX 75247

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

Date or dates debt was incurred Undetermined           **Is the claim subject to offset?**

Last 4 digits of account number                        ☐ No
                                                       ☐ Yes

---

**3.1533**  Nonpriority creditor's name and mailing address                                                       $69.96

METROCAST CABLEVISION
POB 9253
CHELSEA, MA 02150-9253

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

Date or dates debt was incurred Undetermined           **Is the claim subject to offset?**

Last 4 digits of account number                        ☐ No
                                                       ☐ Yes

---

**3.1534**  Nonpriority creditor's name and mailing address                                                       $25.00

METROPOLITAN APOSTOLIC COMMUNITY CHURCH

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

Date or dates debt was incurred Undetermined           **Is the claim subject to offset?**

Last 4 digits of account number                        ☐ No
                                                       ☐ Yes

---

**3.1535**  Nonpriority creditor's name and mailing address                                                       $2,370.00

MFOUR MOBILE RESEARCH INC
POB 748727
LOS ANGELES, CA 90074-8727

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

Date or dates debt was incurred Undetermined           **Is the claim subject to offset?**

Last 4 digits of account number                        ☐ No
                                                       ☐ Yes

---

**3.1536**  Nonpriority creditor's name and mailing address                                                       $3,302.14

MHC SOFTWARE INC
POB 1749
BURNSVILLE, MN 55337

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Payable

Date or dates debt was incurred                        **Is the claim subject to offset?**

Last 4 digits of account number                        ☐ No
                                                       ☐ Yes

---

Debtor __iHeartMedia Management Services, Inc.__
Name

Case number (if known) __18-31301 (MI)__

**Part 2:**   **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | **Amount of claim** |
|---|---|

---

**3.1537**   **Nonpriority creditor's name and mailing address**                                   $2,000.05

MIAMI DADE COUNTY PUBLIC SCHOOLS
1450 NE SCOND AVE
MEDLEY, FL 33178

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1538**   **Nonpriority creditor's name and mailing address**                                   $48,557.86

MICROSOFT CORP
POB 842103
DALLAS, TX 75284-2103

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1539**   **Nonpriority creditor's name and mailing address**                                   $351.55

MID-HUDSON CABLEVISION
POB 1354
WILLISTON, VT 05495-1354

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1540**   **Nonpriority creditor's name and mailing address**                                   $863.78

MIDCONTINENT COMMUNICATIONS
POB 5010
SIOUX FALLS, SD 57117

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1541**   **Nonpriority creditor's name and mailing address**                                   $3,442.50

MIDWEST EVENT SERVICES INC
ATTN SHANNON MEYER
201 S CAPITOL AVE STE 600
INDIANAPOLIS, IN 46225

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F                 **Schedule E/F: Creditors Who Have Unsecured Claims**                 Page 311 of 457

| Debtor | iHeartMedia Management Services, Inc. | | Case number (if known) | 18-31301 (MI) |
|---|---|---|---|---|
| | Name | | | |

<table>
<tr><td colspan="2"><b>Part 2:</b></td><td><b>Additional Page</b></td></tr>
</table>

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.1542** Nonpriority creditor's name and mailing address $2,681.80

MIKE PERRIN PRODUCTIONS

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1543** Nonpriority creditor's name and mailing address $1,113.00

MILLBROOK PIONEERS ATHLETIC ASSOCIATION
251 FIRST WOODS DR
WINCHESTER, VA 22603

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1544** Nonpriority creditor's name and mailing address $387.50

MILLSTONE FARM & GARDEN CENTER LLC
13788 COLUMBIANA CANFIELD RD
COLUMBIANA, OH 44408

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1545** Nonpriority creditor's name and mailing address $6,897.00

MILLWARD BROWN DIGITAL
11 MADISON AVE
NEW YORK, NY 10010

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1546** Nonpriority creditor's name and mailing address $1,250.00

MILROSE CONSULTANTS INC
ATTN ACCOUNTS RECEIVABLE
498 SEVENTH AVE 17TH FL
NEW YORK, NY 10018

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor   iHeartMedia Management Services, Inc.
         _____
         Name

Case number (if known) __18-31301 (MI)__

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1547**   **Nonpriority creditor's name and mailing address**                                            $308.42

MISSION COURIER
2101 LOCKHILL-SELMA RD STE 202
SAN ANTONIO, TX 78213

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1548**   **Nonpriority creditor's name and mailing address**                                            $1,883.55

MISSION RESTAURANT SUPPLY
1227 S ST MARYS
SAN ANTONIO, TX 78210

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1549**   **Nonpriority creditor's name and mailing address**                                            $249.52

MITCHELL'S NY
PO BOX 439
SUNNYSIDE, NY 11104

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1550**   **Nonpriority creditor's name and mailing address**                                            $11,917.00

MITTCOM
300 FIRST AVE STE 204
NEEDHAM, MA 02494

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1551**   **Nonpriority creditor's name and mailing address**                                            $1,000.00

MITTON MEDIA
846 MERRICK DR
SUGAR LAND, TX 77478

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor   iHeartMedia Management Services, Inc.
_____
Name

Case number (if known)   18-31301 (MI)

---

**Part 2:   Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1552**  Nonpriority creditor's name and mailing address                                      $36,132.18

MMS AS PAYING COMPANY
27-01 QUEENS PLZ N
LONG ISLAND CITY, NY 11101

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Client Refund

Date or dates debt was incurred Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.1553**  Nonpriority creditor's name and mailing address                                      $14,571.70

MOBIUS PARTNERS
1711 CITADEL PLZ
SAN ANTONIO, TX 78209

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: Accrued Payable

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.1554**  Nonpriority creditor's name and mailing address                                      $2,000.00

MODESTO IRRIGATION DISTRICT
POB 5355
MODESTO, CA 95352

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Client Refund

Date or dates debt was incurred Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.1555**  Nonpriority creditor's name and mailing address                                      $19,633.50

MODIS
DEPT CH 10682
PALATINE, IL 60055-0682

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: General Trade Payable

Date or dates debt was incurred Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.1556**  Nonpriority creditor's name and mailing address                                      $1,632.00

MOLALLA BUCKAROO ASSOCIATION
ATTN VAUGHN HANSEN
POB 601
MOLALLA, OR 97038

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Client Refund

Date or dates debt was incurred Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

| Debtor | iHeartMedia Management Services, Inc. | Case number *(if known)* | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1557**   **Nonpriority creditor's name and mailing address**   $30.70

MON-CRE TELEPHONE COOPERATIVE INC
POB 125
RAMER, AL 36069

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.1558**   **Nonpriority creditor's name and mailing address**   $18,480.98

MONGO DB
4365 POB 894365
LOS ANGELES, CA 90189-4365

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.1559**   **Nonpriority creditor's name and mailing address**   $31,712.66

MOOD MEDIA
POB 71070
CHARLOTTE, NC 28272-1070

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.1560**   **Nonpriority creditor's name and mailing address**   $3,000.00

MOOYAH ADFUND LLC
6865 WINDCREST DR STE 400
PLANO, TX 75024

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.1561**   **Nonpriority creditor's name and mailing address**   $3,000.00

MORGAN & MORGAN
POB 57007
ATLANTA, GA 30343-1007

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| Official Form 206E/F | Schedule E/F: Creditors Who Have Unsecured Claims | Page 315 of 457 |
|---|---|---|

Debtor      iHeartMedia Management Services, Inc.                      Case number (if known)    18-31301 (MI)
            Name

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.1562 | **Nonpriority creditor's name and mailing address** | | $1,234.10 |
|---|---|---|---|

MORRIS GROUP INC

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.1563 | **Nonpriority creditor's name and mailing address** | | $21.88 |
|---|---|---|---|

MOSAIC TELECOM
POB 664
CAMERON, WI 54822

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.1564 | **Nonpriority creditor's name and mailing address** | | $2.50 |
|---|---|---|---|

MOUNT HOREB TELEPHONE COMPANY
POB 65
MOUNT HOREB, WI 53572

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.1565 | **Nonpriority creditor's name and mailing address** | | $275.71 |
|---|---|---|---|

MR ELECTRIC OF BATON ROUGE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.1566 | **Nonpriority creditor's name and mailing address** | | $200.00 |
|---|---|---|---|

MSG FORUM LLC
C/O EVELYN CARRION
3900 W MANCHESTER BLVD
INGLEWOOD, CA 90305

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          Page 316 of 457

Debtor  iHeartMedia Management Services, Inc.
        _____
        Name

Case number *(if known)*  18-31301 (MI)

---

**Part 2:**   **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | **Amount of claim** |
|---|---|

**3.1567** | **Nonpriority creditor's name and mailing address** | $1,036.55

MSG HOLDING LP
2 PENNSYLVANIA PLAZA
NEW YORK, NY 10121-0091

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1568** | **Nonpriority creditor's name and mailing address** | $21.49

MT VERNON TELEPHONE COMPANY
ATTN BRENDA WENDT
NW 8702 POB 1450
MINNEAPOLIS, MN 55485-8702

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1569** | **Nonpriority creditor's name and mailing address** | $7,348.75

MU2 PRODUCTIONS
239 SE 34TH AVE
BOYNTON BEACH, FL 33435

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1570** | **Nonpriority creditor's name and mailing address** | $2,147.25

MUHAMMADS HOLY TEMPLE OF ISLAM
7351 S STONY ISLAND AVE
CHICAGO, IL 60649-3106

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1571** | **Nonpriority creditor's name and mailing address** | $425.00

MUNN-REESE INC
POB 220
COLDWATER, MI 49036

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 317 of 457

| Debtor | iHeartMedia Management Services, Inc. | Case number (if known) | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.1572 | **Nonpriority creditor's name and mailing address** | | $2,127.87 |
|---|---|---|---|

MUNSCH HARDT
500 N AKARD ST
3800 LINCOLN PLZ
DALLAS, TX 75201

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.1573 | **Nonpriority creditor's name and mailing address** | | $1,185.75 |
|---|---|---|---|

MURIEL HONS MEDIA CONSULTANTS INC
POB 127
WALLINGFORD, PA 19086

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.1574 | **Nonpriority creditor's name and mailing address** | | $3,500.00 |
|---|---|---|---|

MUSCOGEE CREEK NATION CASINO
POB 70833
TULSA, OK 74170

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.1575 | **Nonpriority creditor's name and mailing address** | | $1,500.00 |
|---|---|---|---|

MUSIC BUSINESS AFFAIRS
620 N ORCHARD DR
BURBANK, CA 91506

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.1576 | **Nonpriority creditor's name and mailing address** | | $0.00 |
|---|---|---|---|
| | | | + Undetermined |

MUSIC REPORTS INC
2112 ERWIN ST
WOODLAND HILLS, CA 91367

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 318 of 457 |
|---|---|---|

Debtor    iHeartMedia Management Services, Inc.                    Case number (if known)  18-31301 (MI)
          _____
          Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.1577 | **Nonpriority creditor's name and mailing address** | $9,169.03 |
|---|---|---|

MUSICOVERY
16 BIS RUE MAYET
PARIS 75006
FRANCE

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.1578 | **Nonpriority creditor's name and mailing address** | $2,796.00 |
|---|---|---|

MY FLOOR BY PRINTS AND PAIN ATTENTION
ATTN LAURA SMITH
888 BUCYRUS RD
GALION, OH 44833

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.1579 | **Nonpriority creditor's name and mailing address** | $1,700.00 |
|---|---|---|

MY HAIR CLOSET
12529 S STONEBROOK CIR
DAVIE, FL 33330

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.1580 | **Nonpriority creditor's name and mailing address** | $252.03 |
|---|---|---|

N CAROLINA STATE EDUCATION
POB 14109
RESEARCH TRIANGLE PA, NC 27709

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.1581 | **Nonpriority creditor's name and mailing address** | $1,440.00 |
|---|---|---|

NAFB
1100 PLATTE FALLS RD
PLATTE CITY, MO 64079

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor ___iHeartMedia Management Services, Inc._____  Case number (if known) __18-31301 (MI)__
          Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | **Amount of claim** |

---

**3.1582** | Nonpriority creditor's name and mailing address | | $1,500.00

NAKATO JAPANESE STEAKHOUSE
2615 S GLENSTONE AVE
SPRINGFIELD, MO 65804

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Client Refund

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.1583** | Nonpriority creditor's name and mailing address | | $27,503.23

NATIONAL ASSOCIATION OF BROADCASTERS
1771 N ST NW
WASHINGTON, DC 20036

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: General Trade Payable

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.1584** | Nonpriority creditor's name and mailing address | | $3,550.00

NATIONAL AUTO SALES INC
831 COBB PKWY N
MARIETTA, GA 30062

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Client Refund

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.1585** | Nonpriority creditor's name and mailing address | | $1,825.00

NATIONAL COMMUUTES
6991 E CAMELBACK
SCOTTSDALE, AZ 85251

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Client Refund

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.1586** | Nonpriority creditor's name and mailing address | | $38,965.00

NATIONAL DISTRIBUTING COMPANY
ONE NATIONAL DR SW
ATLANTA, GA 30336

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Client Refund

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

Official Form 206E/F | Schedule E/F: Creditors Who Have Unsecured Claims | Page 320 of 457

| Debtor | iHeartMedia Management Services, Inc. | Case number (if known) | 18-31301 (MI) |
|--------|----------------------------------------|------------------------|---------------|
|        | Name |  |  |

### Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1587** | **Nonpriority creditor's name and mailing address** | | $2,500.00

NATIONSWELL COUNCIL
394 BROADWAY
NEW YORK, NY 10013

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1588** | **Nonpriority creditor's name and mailing address** | | $20,217.75

NATIVEX
1900 MEDICAL ARTS AVE S STE 200
SARTELL, MN 55377

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1589** | **Nonpriority creditor's name and mailing address** | | $18,667.42

NBPA BROADCAST
180 N STETSON AVE STE 2525
CHICAGO, IL 60601

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1590** | **Nonpriority creditor's name and mailing address** | | $8,500.00

NBPA BROADCAST
180 N STETSON AVE STE 2525
CHICAGO, IL 60601

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1591** | **Nonpriority creditor's name and mailing address** | | $4,855.90

NEBRASKA PUBLIC POWER DIST
PO BOX 2860
OMAHA, NE 68103-2860

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F | Schedule E/F: Creditors Who Have Unsecured Claims | Page 321 of 457

Debtor    iHeartMedia Management Services, Inc.                                    Case number (if known)    18-31301 (MI)
          Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1592** | Nonpriority creditor's name and mailing address | $1,630.00

NEIGHBORCARE PHAMACY OF VIRGINIA
8575 MAGELLAN PKWY 100
RICHMOND, VA 23227

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Client Refund

Date or dates debt was incurred Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.1593** | Nonpriority creditor's name and mailing address | $41,654.93

NEO @ OGILVY
636 11TH AVE
NEW YORK, NY 10036

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Client Refund

Date or dates debt was incurred Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.1594** | Nonpriority creditor's name and mailing address | $92,500.00

NET NET INC
ATTN AR
217 E 24TH ST STE 010
HOLLAND, MI 49423

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: General Trade Payable

Date or dates debt was incurred Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.1595** | Nonpriority creditor's name and mailing address | $1,415.00

NEVER HUNG OVER LLC
POB 30428
LAS VEGAS, NV 89173

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Client Refund

Date or dates debt was incurred Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.1596** | Nonpriority creditor's name and mailing address | $1,051.60

NEW AMERICAN FUNDING
233 MILFORD RD
CORONA DEL MAR, CA 92625

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Client Refund

Date or dates debt was incurred Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

Debtor    iHeartMedia Management Services, Inc.                    Case number *(if known)*  18-31301 (MI)
          _____                _____
          Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1597** | **Nonpriority creditor's name and mailing address** | $60,865.59

NEW RELIC INC
POB 101812
PASADENA, CA 91189-1812

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1598** | **Nonpriority creditor's name and mailing address** | $149,300.71

NEW SKIES SATELLITES BV
DEPT 781848
POB 78000
DETROIT, MI 48278-1848

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1599** | **Nonpriority creditor's name and mailing address** | $17,411.94

NEW SKIES SATELLITES BV
DEPT 781848
POB 78000
DETROIT, MI 48278-1848

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1600** | **Nonpriority creditor's name and mailing address** | $1,160.00

NEW YORK CITY DEPARTMENT OF BUILDINGS
280 BROADWAY 5TH FL
NEW YORK, NY 10007

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1601** | **Nonpriority creditor's name and mailing address** | $5.00

NEW YORK PUBLIC RADIO
160 VARICK ST
NEW YORK, NY 10013

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    iHeartMedia Management Services, Inc.
          _____
          Name

Case number (if known)   18-31301 (MI)

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1602** | Nonpriority creditor's name and mailing address | | $58.00

NEWEGG BUSINESS INC
ATTN ACCOUNTS RECEIVABLE
17560 ROWLAND ST
CITY OF INDUSTRY, CA 91748

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1603** | Nonpriority creditor's name and mailing address | | $2,637.72

NEWROADS TELECOM
POB 2670
FORT SMITH, AR 72902-2670

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1604** | Nonpriority creditor's name and mailing address | | $1,450.00

NEXCAR LLC DBA CHAMPION AUTOMOTIVE
7220 AIRPORT BLVD
MOBILE, AL 36608

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1605** | Nonpriority creditor's name and mailing address | | $5,444.00

NEXSTAR BROADCASTING INC
KXMC KXMB KXMD KXMA
POB 1686
MINOT, ND 58702

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1606** | Nonpriority creditor's name and mailing address | | $1,016.00

NEXT VAPOR LLC
3201 SUMMERVILLE RD
TEXARKANA, TX 75503

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 324 of 457

Debtor   iHeartMedia Management Services, Inc.
         _____
         Name

Case number (if known)   18-31301 (MI)
                         _____

**Part 2:**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.1607 | **Nonpriority creditor's name and mailing address** | | $333.42 |
|---|---|---|---|

NEXTUP BASEBALL ACADEMY

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.1608 | **Nonpriority creditor's name and mailing address** | | $4,435.00 |
|---|---|---|---|

NICHOLS STORE INC
1980 MOUNT HOLLY RD
ROCK HILL, SC 29730

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.1609 | **Nonpriority creditor's name and mailing address** | | $349,349.00 |
|---|---|---|---|

NIELSEN
NIELSEN MEDIA RESEARCH
85 BROAD ST
NEW YORK, NY 10004

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.1610 | **Nonpriority creditor's name and mailing address** | | $1,339.00 |
|---|---|---|---|

NISSAN OF SOUTH ATLANTA LLC

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.1611 | **Nonpriority creditor's name and mailing address** | | $10.00 |
|---|---|---|---|

NOBLE FINANCE CORP DBA FIRST CAPITAL FINANCE
2420 W WACO DR
WACO, TX 76701

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          Page 325 of 457

Debtor    iHeartMedia Management Services, Inc.          Case number (if known)   18-31301 (MI)
          Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1612** | Nonpriority creditor's name and mailing address | | $4,875.88

NOCTEL COMMUNICATIONS
11575 SW PACIFIC HWY #189
PORTLAND, OR 97223

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1613** | Nonpriority creditor's name and mailing address | | $54.89

NOLAND HAMERLY ETIENNE & HOSS
333 SALINAS ST
SALINAS, CA 93901

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1614** | Nonpriority creditor's name and mailing address | | $32,679,649.00

NON-FILING ENTITIES
20880 STONE OAK PKWY
SAN ANTONIO, TX 78258

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☒ Yes

**Last 4 digits of account number**

---

**3.1615** | Nonpriority creditor's name and mailing address | | $2,400.00

NON-LINEAR SOLUTIONS LLC
6656 BUTTONWOOD AVE
OAK PARK, CA 91377

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1616** | Nonpriority creditor's name and mailing address | | $1,050.00

NONE BIOGEN
125 CHUBB AVE
LYNDHURST, NJ 07071

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          Page 326 of 457

Debtor     iHeartMedia Management Services, Inc.
           Name

Case number (if known)   18-31301 (MI)

**Part 2:**   **Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

---

**3.1617**   **Nonpriority creditor's name and mailing address**                                          $3,165.06

NORTH STATE COMMUNICATIONS
POB 612
HIGH POINT, NC 27261

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1618**   **Nonpriority creditor's name and mailing address**                                          $2,499.00

NORTH WEST ARKANSAS MALL
4201 N SHILOH DR
FAYETTEVILLE, AR 72703

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1619**   **Nonpriority creditor's name and mailing address**                                          $1,836.00

NORTH WOODS ADVERTISING
119 NORTH 4TH STREET
200 TEXTILE BUILDING
MINNEAPOLIS, MN 55401

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1620**   **Nonpriority creditor's name and mailing address**                                          $705.32

NORTHLAND COMMUNICATIONS
POB 419
HOLLAND PATENT, NY 13354

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1621**   **Nonpriority creditor's name and mailing address**                                          $2,194.96

NORTHSTAR HEALTHCARE ACQUISITIONS LLC
11700 KATY FRWY STE 300
HOUSTON, TX 77079

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | iHeartMedia Management Services, Inc. | Case number *(if known)* | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.1622 | Nonpriority creditor's name and mailing address | | $1,140.00 |
|---|---|---|---|

NOVACOPY INC
5520 SHELBY OAKS DR
MEMPHIS, TN 38134

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.1623 | Nonpriority creditor's name and mailing address | | $139.12 |
|---|---|---|---|

NTS COMMUNICATIONS
PO BOX 173
LUBBOCK, TX 79408-3730

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.1624 | Nonpriority creditor's name and mailing address | | $709.05 |
|---|---|---|---|

NU WAY PEST CONTROL LLC
POB 680072
SAN ANTONIO, TX 78268-0072

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.1625 | Nonpriority creditor's name and mailing address | | $66.65 |
|---|---|---|---|

NULINK
POB 23076
COLUMBUS, GA 31902-3076

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.1626 | Nonpriority creditor's name and mailing address | | $291.76 |
|---|---|---|---|

NUNN TELEPHONE COMPANY
POB 249
NUNN, CO 80648-0249

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Official Form 206E/F | Schedule E/F: Creditors Who Have Unsecured Claims | Page 328 of 457 |
|---|---|---|

Debtor      iHeartMedia Management Services, Inc.                          Case number (if known)    18-31301 (MI)
            Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.   **Amount of claim**
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.1627**   **Nonpriority creditor's name and mailing address**                                                      $1,725.00

NW ARKANSAS MALL REALTY LLC              **As of the petition filing date, the claim is:**
C/O NAMDAR REALTY LLC                    *Check all that apply.*
150 GREAT NECK RD STE 304
GREAT NECK, NY 11021                     ☒ Contingent
                                         ☐ Unliquidated
                                         ☐ Disputed

                                         **Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**

**Last 4 digits of account number**                 ☐ No
                                                    ☐ Yes

---

**3.1628**   **Nonpriority creditor's name and mailing address**                                                      $858.07

NYI                                      **As of the petition filing date, the claim is:**
WALL STREET STATION                      *Check all that apply.*
PO BOX 172
NEW YORK, NY 10268-1702                  ☐ Contingent
                                         ☐ Unliquidated
                                         ☐ Disputed

                                         **Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**

**Last 4 digits of account number**                 ☐ No
                                                    ☐ Yes

---

**3.1629**   **Nonpriority creditor's name and mailing address**                                                      $100.00

NYS DEPARTMENT OF STATE                  **As of the petition filing date, the claim is:**
99 WASHINGTON AVE                        *Check all that apply.*
ALBANY, NY 12231
                                         ☒ Contingent
                                         ☐ Unliquidated
                                         ☐ Disputed

                                         **Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**                 **Is the claim subject to offset?**

**Last 4 digits of account number**                 ☐ No
                                                    ☐ Yes

---

**3.1630**   **Nonpriority creditor's name and mailing address**                                                      $95.94

NYSE MARKET INC                          **As of the petition filing date, the claim is:**
BOX 223695                               *Check all that apply.*
PITTSBURGH, PA 15251-2695
                                         ☐ Contingent
                                         ☐ Unliquidated
                                         ☐ Disputed

                                         **Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**

**Last 4 digits of account number**                 ☐ No
                                                    ☐ Yes

---

**3.1631**   **Nonpriority creditor's name and mailing address**                                                      $1,020.00

O TOOLES RESTAURANT                      **As of the petition filing date, the claim is:**
KOHLS PLAZA 1814 CENTRAL AVE             *Check all that apply.*
ALBANY, NY 12205
                                         ☒ Contingent
                                         ☐ Unliquidated
                                         ☐ Disputed

                                         **Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**

**Last 4 digits of account number**                 ☐ No
                                                    ☐ Yes

---

Debtor  iHeartMedia Management Services, Inc.
         Name
                                                    Case number (if known)  18-31301 (MI)

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.1632**  **Nonpriority creditor's name and mailing address**                                             $4,003.00

OAKTOPIA LLC
4880 LONG PRAIRIE RD STE 200
FLOWER MOUND, TX 75028

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1633**  **Nonpriority creditor's name and mailing address**                                             $1,000.00

OBSCENE SOUNDS LLC
JONATHAN GARCIA
11360 SW 52 ST
MIAMI, FL 33165

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1634**  **Nonpriority creditor's name and mailing address**                                             $327.78

OCEANIC TIME WARNER CABLE
POB 30050
HONOLULU, HI 96820-0050

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1635**  **Nonpriority creditor's name and mailing address**                                             $19,400.00

OCUCOM CORP
333 MAMARONECK AVE STE 434
WHITE PLAINS, NY 10605

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1636**  **Nonpriority creditor's name and mailing address**                                             $285.60

OFFICE OF THE CIRCUIT CLERK
POB 16994
CLAYTON, MO 63105

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    iHeartMedia Management Services, Inc.
          Name

Case number *(if known)*  18-31301 (MI)

**Part 2:**  **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | |
|---|---|
| 3.1637 | **Nonpriority creditor's name and mailing address** |

$7.00

OFFICE OF VITAL RECORDS
421 5TH AVE N - CENTRAL SERVICES BLDG 1S
NASHVILLE, TN 37243

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| | |
|---|---|
| 3.1638 | **Nonpriority creditor's name and mailing address** |

$365.00

OKLAHOMA TAX COMMISSION
POB 26920
OKLAHOMA CITY, OK 73126

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| | |
|---|---|
| 3.1639 | **Nonpriority creditor's name and mailing address** |

$316,117.20

OKTA
301 BRANNAN ST STE 100
SAN FRANCISCO, CA 94107

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| | |
|---|---|
| 3.1640 | **Nonpriority creditor's name and mailing address** |

$1,776.00

OMAHA MAGAZINE LTD

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| | |
|---|---|
| 3.1641 | **Nonpriority creditor's name and mailing address** |

$1,935.00

OMAHA STEAKS
318 FRIENDSHIP CHURCH RD
COLUMBIA, MS 39429

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor      iHeartMedia Management Services, Inc.                          Case number *(if known)*  18-31301 (MI)
                     Name

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

| 3.1642 | **Nonpriority creditor's name and mailing address** | | $20,000.00 |
| --- | --- | --- | --- |

OMNICOM GROUP INC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.1643 | **Nonpriority creditor's name and mailing address** | | $1,000.00 |
| --- | --- | --- | --- |

OMNISOURCE CORPORATION SOUTHERN INDIANA
2115 S WEST ST
INDIANAPOLIS, IN 46206

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.1644 | **Nonpriority creditor's name and mailing address** | | $6,228.25 |
| --- | --- | --- | --- |

ONE CLIPBOARD INC
DBA SPLASH ATTN ACCOUNTING DEPT
122 W 26TH ST 4TH FL
NEW YORK, NY 10001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.1645 | **Nonpriority creditor's name and mailing address** | | $683.75 |
| --- | --- | --- | --- |

OPENPATH PRODUCTS LLC
2065 GENERALS HIGHWAY
ANNAPOLIS, MD 21401

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.1646 | **Nonpriority creditor's name and mailing address** | | $1,652.00 |
| --- | --- | --- | --- |

OPINIONROUTE LLC
ATTN FINANCE
20620 JOHN CARROLL BLVD STE 202
CLEVELAND, OH 44118

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | iHeartMedia Management Services, Inc. | Case number *(if known)* | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1647** | Nonpriority creditor's name and mailing address | $62.23

OPTIMUM

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1648** | Nonpriority creditor's name and mailing address | $54.74

OPTIMUM

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1649** | Nonpriority creditor's name and mailing address | $330.61

OPUS BEAUTY
6442 SANTA MONICA BLVD #200B
LOS ANGELES, CA 90038

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1650** | Nonpriority creditor's name and mailing address | $367,867.65

ORACLE AMERICA INC
C/O ORACLE-MOAT
POB 44471
SAN FRANCISCO, CA 94144-4471

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1651** | Nonpriority creditor's name and mailing address | $11,400.00

ORACLE USA INC
POB 44471
SAN FRANCISCO, CA 94144

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    iHeartMedia Management Services, Inc.                    Case number (if known)   18-31301 (MI)
          Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1652**  **Nonpriority creditor's name and mailing address**                                          $26.27

OTELCO
DEPT #0700 POB 2252
OTELCO TELEPHONE LLC
BIRMINGHAM, AL 35246-0700

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1653**  **Nonpriority creditor's name and mailing address**                                          $19,220.00

OXFORD ROAD
ATTN CHRISTINA WONG
6430 W SUNSET BLVD STE 600
LOS ANGELES, CA 90028-7909

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1654**  **Nonpriority creditor's name and mailing address**                                          $1,000.00

P F HARRIS MANUFACTURING CO LLC
POB 1922
CATERSVILLE, GA 30120

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1655**  **Nonpriority creditor's name and mailing address**                                          $3,331.32

PA CYBER CHARTER SCHOOL
652 MIDLAND AVE
MIDLAND, PA 15059

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1656**  **Nonpriority creditor's name and mailing address**                                          $38,278.41

PACIFIC OFFICE AUTOMATION
POB 41602
PHILADELPHIA, PA 19101-1602

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | iHeartMedia Management Services, Inc. | Case number *(if known)* | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1657** | **Nonpriority creditor's name and mailing address** | $776.49

PACIFIC WIRELESS SYSTEMS LLC
POB 1250
RICHLAND, WA 99352

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1658** | **Nonpriority creditor's name and mailing address** | $99,875.90

PAETEC
POB 9001013
LOUISVILLE, KY 40290-1013

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1659** | **Nonpriority creditor's name and mailing address** | $14,141.90

PALISADES EAST LLC
C/O ELV ASSOC INC
POB 845812
BOSTON, MA 02284-5812

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1660** | **Nonpriority creditor's name and mailing address** | $4,244.83

PALMER PROFESSIONAL CENTRE LLC
ATTN ACCOUNTING DEPT
3108 PONTE MORINO DR STE 110
CAMERON PARK, CA 95682

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1661** | **Nonpriority creditor's name and mailing address** | $1,761.00

PANCARE OF FLORIDA INC
403 E 11TH ST
PANAMA CITY, FL 32401

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

| Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 335 of 457 |
|---|---|---|

Debtor      iHeartMedia Management Services, Inc.
            _____
            Name

Case number (if known)  18-31301 (MI)

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1662**  **Nonpriority creditor's name and mailing address**                                    $1,861.50

PAPA JOHNS ST LOUIS DMA
ATTN MISSIE WEIS
2002 PAPA JOHNS BLVD
LOUISVILLE, KY 40299

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1663**  **Nonpriority creditor's name and mailing address**                                    $3,300.00

PAPERLYTE LLC
122 E 5TH ST STE A
DALLAS, TX 75203

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1664**  **Nonpriority creditor's name and mailing address**                                    $963.00

PARADIGM NORMAN PROPERTY LLC
DBA CAMPUS LODGE LP
220 N MAIN ST
GAINESVILLE, FL 32601

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1665**  **Nonpriority creditor's name and mailing address**                                    $40.00

PARADIGM SAMPLE LLC
921 PORT WASHINGTON BLVD STE 11
PORT WASHINGTON, NY 11050

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1666**  **Nonpriority creditor's name and mailing address**                                    $2,300.00

PARK N FLY INC
2060 MT PARAN RD NW - STE 207
ATLANTA, GA 30327

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor   iHeartMedia Management Services, Inc.
         Name

Case number (if known)   18-31301 (MI)

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1667**  **Nonpriority creditor's name and mailing address**  $1,200.00

PAROLE ANNAPOLIS ROTARY FOUNDATION INC
NAPTOWN BARBAYQ
POB 6327
ANNAPOLIS, MD 21401

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1668**  **Nonpriority creditor's name and mailing address**  $109,991.34

PARSELY INC
POB 674900
DETROIT, MI 48267-4900

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1669**  **Nonpriority creditor's name and mailing address**  $1,270.00

PASO ROBLES CAB COLLECTIVE
6169 AIRPORT RD
PASO ROBLES, CA 93446

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1670**  **Nonpriority creditor's name and mailing address**  $112.60

PATRICK CHEVROLET
4806 P MILE ROAD
RICHMOND, VA 23223

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1671**  **Nonpriority creditor's name and mailing address**  $26,079.39

PATTERSONBROADCAST

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Official Form 206E/F                Schedule E/F: Creditors Who Have Unsecured Claims                Page 337 of 457

Debtor _iHeartMedia Management Services, Inc._____     Case number _(if known)_ _18-31301 (MI)_
Name

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | **Amount of claim**
If no additional NONPRIORITY creditors exist, do not fill out or submit this page. |

| | |
|---|---|
| 3.1672 **Nonpriority creditor's name and mailing address** | $2,125.00 |

PAUL COLLURAFICL INC
DBA TATTOO FACTORY
4441 N BROADWAY
CHICAGO, IL 60640-5659

**As of the petition filing date, the claim is:**
_Check all that apply._
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| | |
|---|---|
| 3.1673 **Nonpriority creditor's name and mailing address** | $153.80 |

PAULS AUTO COLLISION

**As of the petition filing date, the claim is:**
_Check all that apply._
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| | |
|---|---|
| 3.1674 **Nonpriority creditor's name and mailing address** | $343,035.78 |

PC CONNECTION SALES CORP
DBA CONNECTION
POB 536472
PITTSBURGH, PA 15253-5906

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| | |
|---|---|
| 3.1675 **Nonpriority creditor's name and mailing address** | $2,430.00 |

PDRA RACING LLC
1111 JULIAD CT
FREDERICKSBURG, VA 22406

**As of the petition filing date, the claim is:**
_Check all that apply._
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| | |
|---|---|
| 3.1676 **Nonpriority creditor's name and mailing address** | $5,661.50 |

PE STONE INC
ELECTRICAL CONSTRUCTION
50 WATTS ST
NEW YORK, NY 10013-1912

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| | | |
|---|---|---|
| Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 338 of 457 |

Debtor   iHeartMedia Management Services, Inc.   Case number *(if known)*  18-31301 (MI)
　　　　　Name

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1677** | **Nonpriority creditor's name and mailing address** | $925.00

PEACH CITY FILMS
POB 49827
IVY CHIU
AUSTIN, TX 78765

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1678** | **Nonpriority creditor's name and mailing address** | $85.92

PEAK 10, INC.
PO BOX 53439
ATLANTA, GA 30353-4390

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1679** | **Nonpriority creditor's name and mailing address** | $591.00

PENN POWER SYSTEMS
PENN POWER GROUP
8330 STATE RD
PHILADELPHIA, PA 19136

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1680** | **Nonpriority creditor's name and mailing address** | $2,345.00

PENNWELL CORPORATION
1421 S SHERIDAN RD
TULSA, OK 74112

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1681** | **Nonpriority creditor's name and mailing address** | $888.91

PENTELEDATA LTD
POB 401
PALMERTON, PA 18071-0401

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | iHeartMedia Management Services, Inc. | Case number (if known) | 18-31301 (MI) |
|--------|----------------------------------------|------------------------|---------------|
| | Name | | |

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.1682 | **Nonpriority creditor's name and mailing address** | | $1,945.00 |
|--------|---|---|---|

PEPIN DISTRIBUTING COMPANY
4121 N 50TH ST
TAMPA, FL 33610

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.1683 | **Nonpriority creditor's name and mailing address** | | $1,320.00 |
|--------|---|---|---|

PEPPER SOURCE
POB 8056
METAIRIE, LA 70011

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.1684 | **Nonpriority creditor's name and mailing address** | | $925.10 |
|--------|---|---|---|

PEPSI BEVERAGES CO
6500 W SUNSET
LAS VEGAS, NV 89117

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.1685 | **Nonpriority creditor's name and mailing address** | | $2,248.15 |
|--------|---|---|---|

PEPSI BEVERAGES COMPANY
355 BENTON ST
STRATFORD, CT 06615

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.1686 | **Nonpriority creditor's name and mailing address** | | $4,600.00 |
|--------|---|---|---|

PERI MARKETING & PUBLIC RELATIONS INC
1777 LARIMER ST
DENVER, CO 80202

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| Official Form 206E/F | Schedule E/F: Creditors Who Have Unsecured Claims | Page 340 of 457 |
|---|---|---|

| Debtor | iHeartMedia Management Services, Inc. | Case number (if known) | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.1687** | Nonpriority creditor's name and mailing address | $1,164.00

PERSONAL CAPITAL CORP
POB 5166
BELMONT, CA 94002

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Client Refund

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.1688** | Nonpriority creditor's name and mailing address | $2,992.02

PETTUS ADVERTISING INC
101 N SHORELINE BLVD STE 200
CORPUS CHRISTI, TX 78401

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Client Refund

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.1689** | Nonpriority creditor's name and mailing address | $1,016.40

PHD
195 BROADWAY
NEW YORK, NY 10007

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Client Refund

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.1690** | Nonpriority creditor's name and mailing address | $2,000.00

PHILADELPHIA SCHOOL PARTNERSHIP
150 S INDEPENDENCE MALL W1200
PHILADELPHIA, PA 19106

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Client Refund

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.1691** | Nonpriority creditor's name and mailing address | $1,350.00

PHOENIX INTERNET
2922 W CLARENDON AVE
PHOENIX, AZ 85017-4609

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: General Trade Payable

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

Debtor　iHeartMedia Management Services, Inc.
Name

Case number (if known)　18-31301 (MI)

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1692**　Nonpriority creditor's name and mailing address　$5,501.00

PIAZZA HONDA OF READING
ATTN ROB SCHIEGEL
915 LANCASTER AVE
READING, PA 19607

As of the petition filing date, the claim is:
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Client Refund

Date or dates debt was incurred Undetermined

Is the claim subject to offset?

☐ No
☐ Yes

Last 4 digits of account number

---

**3.1693**　Nonpriority creditor's name and mailing address　$77.20

PIEDMONT RURAL TELEPHONE COOPERATIVE INC
POB 1026
LAURENS, SC 29360-1026

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: General Trade Payable

Date or dates debt was incurred Undetermined

Is the claim subject to offset?

☐ No
☐ Yes

Last 4 digits of account number

---

**3.1694**　Nonpriority creditor's name and mailing address　$1,998.00

PILOT GROUP MANAGER LLC
C/O GREG BUDIN & ASSOCIATES LLC
245 8TH AVE #195
NEW YORK, NY 10011

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: General Trade Payable

Date or dates debt was incurred Undetermined

Is the claim subject to offset?

☐ No
☐ Yes

Last 4 digits of account number

---

**3.1695**　Nonpriority creditor's name and mailing address　$9,887.50

PIN CHASERS INC
6506 E FOWLER AVE
TAMPA, FL 33617

As of the petition filing date, the claim is:
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Client Refund

Date or dates debt was incurred Undetermined

Is the claim subject to offset?

☐ No
☐ Yes

Last 4 digits of account number

---

**3.1696**　Nonpriority creditor's name and mailing address　$1,474.75

PINNACLE PRODUCTION GROUP
4390 ROUND LAKE RD
WEST ARDEN HILLS, MN 55112

As of the petition filing date, the claim is:
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Client Refund

Date or dates debt was incurred Undetermined

Is the claim subject to offset?

☐ No
☐ Yes

Last 4 digits of account number

---

| Debtor | iHeartMedia Management Services, Inc. | Case number *(if known)* | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

**Part 2:**   **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1697**   **Nonpriority creditor's name and mailing address**   $257.07

PIONEER CREDIT RECOVERY INC
POB 205
ARCADE, NY 14056

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1698**   **Nonpriority creditor's name and mailing address**   $12,278.57

PITNEY BOWES GLOBAL FINANCIAL SVCS LLC
POB 371887
PITTSBURGH, PA 15250-7887

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1699**   **Nonpriority creditor's name and mailing address**   $4,438.16

PJ MECHANICAL SERVICE & MAINTENANCE CO
55 BROAD ST 4TH FL
NEW YORK, NY 10004-2501

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1700**   **Nonpriority creditor's name and mailing address**   $30,127.26

PLACED INC
1501 4TH AVE STE 2500
SEATTLE, WA 98101

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1701**   **Nonpriority creditor's name and mailing address**   $1,763.75

PLAN A ADVERTISING LLC
3710 SHIPYARD BLVD STE B
WILMINGTON, NC 28403

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor___iHeartMedia Management Services, Inc.___  Case number (if known)___18-31301 (MI)___
      Name

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1702** | Nonpriority creditor's name and mailing address | | $123.52

PLANET GREEN
5873 S BRENTWOOD ST
LOS ANGELES, CA 90003

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1703** | Nonpriority creditor's name and mailing address | | $1,677.90

PLATFORM ADVERTISING
15500 W 113TH ST STE 200
SHAWNEE MISSION, KS 66219

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1704** | Nonpriority creditor's name and mailing address | | $15,484.00

PLURALSIGHT LLC
DEPT CH 19719
PALATINE, IL 60055-9719

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1705** | Nonpriority creditor's name and mailing address | | $600.00

PLUSWORKS
81 PROSPECT ST
BROOKLYN, NY 11201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1706** | Nonpriority creditor's name and mailing address | | $11,290.32

POLARIS CONSULTING LLC
POB 1304
DBA POLARIS GOVERNMENT RELATIONS
ALEXANDRIA, VA 22313

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor   iHeartMedia Management Services, Inc.
_____
Name

Case number (if known)   18-31301 (MI)
_____

<table>
<tr><td style="background:black;color:white">**Part 2:**</td><td>**Additional Page**</td></tr>
</table>

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.1707 | **Nonpriority creditor's name and mailing address** | | $415.00 |
|---|---|---|---|

POMPER & GOODMAN

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.1708 | **Nonpriority creditor's name and mailing address** | | $1,225.00 |
|---|---|---|---|

PORT AUTHORITY OF SAN ANTONIO
907 BILLY MITCHELL BLVD
SAN ANTONIO, TX 78226

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.1709 | **Nonpriority creditor's name and mailing address** | | $7,500.00 |
|---|---|---|---|

PORTLAND BREWERS FESTIVAL ASSOCIATION
5019 SW LOWELL ST
PORTLAND, OR 97221-2053

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.1710 | **Nonpriority creditor's name and mailing address** | | $2,176.00 |
|---|---|---|---|

PORTSIDE ADVERTISING INC
POB 2683
DAPHNE, AL 36526

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.1711 | **Nonpriority creditor's name and mailing address** | | $20,427.82 |
|---|---|---|---|

POSTUP DIGITAL LLC
75 REMITTANCE DR DEPT 6865
CHICAGO, IL 60675-6865

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor      iHeartMedia Management Services, Inc.                          Case number *(if known)*   18-31301 (MI)
            Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1712** | **Nonpriority creditor's name and mailing address** | | $4,680.00

PPG PAINTS
400 BERTHA LAMME DR
CRANBERRY TOWNSHIP, PA 16066

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1713** | **Nonpriority creditor's name and mailing address** | | $119.18

PR NEWSWIRE
PR NEWSWIRE/MULTIVU
GPO BOX 6584
NEW YORK, NY 10249-6584

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1714** | **Nonpriority creditor's name and mailing address** | | $1,564.00

PRAIRIE MEADOWS

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1715** | **Nonpriority creditor's name and mailing address** | | $2,619.00

PRATERS MILL FOUNDATION
POB H
VARNELL, GA 30756

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1716** | **Nonpriority creditor's name and mailing address** | | $225.00

PRECISION SAMPLE LLC
3461 RINGSBY CT STE 240
DENVER, CO 80216

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor   iHeartMedia Management Services, Inc.     Case number (if known)   18-31301 (MI)
    Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.1717**   **Nonpriority creditor's name and mailing address**       $1,700.00

PREMIER MENS MEDICAL CENTER
6261 NW 6TH WAY STE 206
ATTN JACOB CORRAL
FORT LAUDERDALE, FL 33309

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1718**   **Nonpriority creditor's name and mailing address**       $14,020.00

PREMIER PLUS MANAGEMENT
POB 23476
WACO, TX 76702

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1719**   **Nonpriority creditor's name and mailing address**       $591.04

PREMIERE CREDIT OF NORTH AMERICA LLC
POB 19309
INDIANAPOLIS, IN 46219

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1720**   **Nonpriority creditor's name and mailing address**       $100,875.94

PREMIERE GLOBAL SERVICES
POB 404351
ATLANTA, GA 30384-4351

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1721**   **Nonpriority creditor's name and mailing address**       $153.39

PREMIERE GLOBAL SERVICES

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor __iHeartMedia Management Services, Inc.__     Case number *(if known)* __18-31301 (MI)__
Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1722** Nonpriority creditor's name and mailing address                                    $84,684,448.00

PREMIERE NETWORKS, INC.
20880 STONE OAK PKWY
SAN ANTONIO, TX 78258

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

**Date or dates debt was incurred** Undetermined        **Is the claim subject to offset?**
☐ No
**Last 4 digits of account number**                       ☒ Yes

---

**3.1723** Nonpriority creditor's name and mailing address                                    $29,234.89

PREMIERE RESPONSE LLC
POB 150482 DEPT 101026
HARTFORD, CT 06115-0482

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined        **Is the claim subject to offset?**
☐ No
**Last 4 digits of account number**                       ☐ Yes

---

**3.1724** Nonpriority creditor's name and mailing address                                    $3,592.74

PRESSREADER
#2-13111 VANIER PLACE
RICHMOND, BC V6V 2J1
CANADA

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined        **Is the claim subject to offset?**
☐ No
**Last 4 digits of account number**                       ☐ Yes

---

**3.1725** Nonpriority creditor's name and mailing address                                    $208.69

PRESTIGE FINANCIAL SERVICE
1420 S 500 W
SALT LAKE CITY, UT 84115

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**                       **Is the claim subject to offset?**
☐ No
**Last 4 digits of account number**                       ☐ Yes

---

**3.1726** Nonpriority creditor's name and mailing address                                    $346.50

PRESTO MARKETING ADVERTISING

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined        **Is the claim subject to offset?**
☐ No
**Last 4 digits of account number**                       ☐ Yes

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 348 of 457

Debtor     iHeartMedia Management Services, Inc.                          Case number *(if known)*   18-31301 (MI)
           Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                                    **Amount of claim**

| 3.1727 | **Nonpriority creditor's name and mailing address** | | $1,155.00 |

PRETTY PROPER HAIR
1169 FLATBUSH AVE
BROOKLYN, NY 11226

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.1728 | **Nonpriority creditor's name and mailing address** | | $4,692.00 |

PRIMACY
1577 NEW BRITAIN AVE
FARMINGTON, CT 06032

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.1729 | **Nonpriority creditor's name and mailing address** | | $223.23 |

PRIMUS
POB 3246
MILWAUKEE, WI 53201

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.1730 | **Nonpriority creditor's name and mailing address** | | $31,647.82 |

PRITCHARD INDUSTRIES INC
150 E 42ND ST 7TH FL
NEW YORK, NY 10017

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.1731 | **Nonpriority creditor's name and mailing address** | | $78.00 |

PRO TECH AUTO SALES

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| Official Form 206E/F | Schedule E/F: Creditors Who Have Unsecured Claims | Page 349 of 457 |

Debtor   iHeartMedia Management Services, Inc.

Name

Case number (if known)   18-31301 (MI)

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.1732 | **Nonpriority creditor's name and mailing address** | | $10,731.91 |
|---|---|---|---|

PRODEGE LLC
DEPT LA 24252
PASADENA, CA 91185-4252

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.1733 | **Nonpriority creditor's name and mailing address** | | $6,110.00 |
|---|---|---|---|

PRODUCTION NETWORKING INC

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.1734 | **Nonpriority creditor's name and mailing address** | | $2,927.46 |
|---|---|---|---|

PRODUCTION RESOURCE GROUP LLC
POB 419470
BOSTON, MA 02241

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.1735 | **Nonpriority creditor's name and mailing address** | | $6,756.54 |
|---|---|---|---|

PROFORMA
POB 640814
CINCINNATI, OH 45264-0814

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.1736 | **Nonpriority creditor's name and mailing address** | | $1,224.93 |
|---|---|---|---|

PROSHRED SECURITY
5 W MAIN ST
ELMSFORD, NY 10523

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 350 of 457 |
|---|---|---|

Debtor   iHeartMedia Management Services, Inc.
         Name

Case number (if known)   18-31301 (MI)

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | |
|---|---|
| 3.1737 | **Nonpriority creditor's name and mailing address** |

$124,377.19

PROSKAUER ROSE LLP
ATTN ACCOUNTS RECEIVABLE
ELEVEN TIMES SQUARE
NEW YORK, NY 10036

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| | |
|---|---|
| 3.1738 | **Nonpriority creditor's name and mailing address** |

$45,915.53

PROSYS
28545 NETWORK PL
CHICAGO, IL 60673-1285

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| | |
|---|---|
| 3.1739 | **Nonpriority creditor's name and mailing address** |

$1,990.00

PROVIDENCE HEALTH & SERVICES
POB 389672 CUST# 1307
SEATTLE, WA 98138-9672

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| | |
|---|---|
| 3.1740 | **Nonpriority creditor's name and mailing address** |

$299.00

PRYOR LEARNING SOLUTIONS

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| | |
|---|---|
| 3.1741 | **Nonpriority creditor's name and mailing address** |

$1,778.58

PSAV
23918 NETWORK PL
CHICAGO, IL 60673-1239

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 351 of 457

| Debtor | iHeartMedia Management Services, Inc. | Case number (if known) | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1742** | **Nonpriority creditor's name and mailing address** | $79.86

PSE&G CO
POB 14444
NEW BRUNSWICK, NJ 08906-4444

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1743** | **Nonpriority creditor's name and mailing address** | $4,935.48

PUBLIC AFFAIRS SUPPORT SERVICES INC
1950 ROLAND CLARKE PLACE STE 300
RESTON, VA 20191

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1744** | **Nonpriority creditor's name and mailing address** | $1,149.60

PUBLIC BROADCASTING OF COLORADO CO PUBLIC RADIO
7409 S ALTON CT
CENTENIAL, CO 80112

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1745** | **Nonpriority creditor's name and mailing address** | $1,017.00

PUBLIC SERVICE CREDIT UNION
7055 E EVANS AVE
DENVER, CO 80224

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1746** | **Nonpriority creditor's name and mailing address** | $12,500.00

PULLSTRING INC
77 MAIDEN LN 3RD FL
SAN FRANCISCO, CA 94108

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    iHeartMedia Management Services, Inc.                    Case number *(if known)*    18-31301 (MI)
          Name

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | | Amount of claim |
|---|---|---|

| 3.1747 | **Nonpriority creditor's name and mailing address** | $1,326.00 |
|---|---|---|

PURCELLS WALLPAPER & PAINT CO INC
5900 BRIDGE ST
EAST SYRACUSE, NY 13057

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.1748 | **Nonpriority creditor's name and mailing address** | $869.35 |
|---|---|---|

QUALITY TECHNOLOGY SERVICES METRO II, LLC
PO BOX 74524
CLEVELAND, OH 44194-4524

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.1749 | **Nonpriority creditor's name and mailing address** | $213.55 |
|---|---|---|

QUANTUMLINK COMMUNICATIONS
POB 98820
LAS VEGAS, NV 89193-8820

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.1750 | **Nonpriority creditor's name and mailing address** | $237.25 |
|---|---|---|

QWEST
POB 29040
PHOENIX, AZ 85038-9040

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.1751 | **Nonpriority creditor's name and mailing address** | $1,887.39 |
|---|---|---|

R&M SERVICES
POB 3484
PFLUGERVILLE, TX 78660

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

Debtor    iHeartMedia Management Services, Inc.              Case number *(if known)*   18-31301 (MI)
               Name

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim**

---

**3.1752**   **Nonpriority creditor's name and mailing address**          $370.33

RACKSPACE
PO BOX 73759
DALLAS, TX 75373-0759

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1753**   **Nonpriority creditor's name and mailing address**          $103.17

RACOM CORPORATION
201 W STATE
MARSHALLTOWN, IA 50158

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1754**   **Nonpriority creditor's name and mailing address**          $174,322.00

RADIO ADVERTISING BUREAU INC
POB 972036
DALLAS, TX 75397-2036

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1755**   **Nonpriority creditor's name and mailing address**          $1,817.30

RADIO COMMUNICATIONS SYSTEMS
4445 ROBARDS LN
LOUISVILLE, KY 40218

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1756**   **Nonpriority creditor's name and mailing address**          $ Undetermined

RADIODNS LIMITED
96A CURTAIN ROAD
LONDON EC2A 3AA
UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F      **Schedule E/F: Creditors Who Have Unsecured Claims**      Page 354 of 457

Debtor    iHeartMedia Management Services, Inc.                    Case number _(if known)_  18-31301 (MI)
          Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

| 3.1757 | **Nonpriority creditor's name and mailing address** | | $37,127.07 |

RADIUS INTELLIGENCE INC
255 BUSH ST 12TH FL
SAN FRANCISCO, CA 94104

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.1758 | **Nonpriority creditor's name and mailing address** | | $1,892.00 |

RAIN FOR RENT
5101 OFFICE PARK DR
BAKERSFIELD, CA 93309

**As of the petition filing date, the claim is:**
_Check all that apply._

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.1759 | **Nonpriority creditor's name and mailing address** | | $17.40 |

RAINIER CONNECT
POB 34540
SEATTLE, WA 98124-1540

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.1760 | **Nonpriority creditor's name and mailing address** | | $1,031.90 |

RAISING CANES
100 N ST STE 802
BATON ROUGE, LA 70802

**As of the petition filing date, the claim is:**
_Check all that apply._

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.1761 | **Nonpriority creditor's name and mailing address** | | $51.70 |

RAJU SHAH
200 EAST BASSE
SAN ANTONIO, TX 78209

**As of the petition filing date, the claim is:**
_Check all that apply._

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 355 of 457

| Debtor | iHeartMedia Management Services, Inc. | Case number (if known) | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1762**  Nonpriority creditor's name and mailing address                                    $300.00

RAMADA PLAZA
28600 RIDGEHILLS DR
WICKLIFFE, OH 44092

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.1763**  Nonpriority creditor's name and mailing address                                    $3,500.70

RAMSEY MEDIA WORKS LLC
ATTN AMANDA MARTIN
POB 279
JOPLIN, MO 64802

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

Date or dates debt was incurred Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.1764**  Nonpriority creditor's name and mailing address                                    $379.26

RAYFIELD COMMUNICATIONS INC
2018 W WOODLAND
SPRINGFIELD, MO 65807

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

Date or dates debt was incurred Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.1765**  Nonpriority creditor's name and mailing address                                    $24,000.00

RCA RECORDS
550 MADISON AVE 10TH FL
NEW YORK, NY 10022

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.1766**  Nonpriority creditor's name and mailing address                                    $7,050.00

RCM ENTERTAINMENT LP

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

Date or dates debt was incurred Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          Page 356 of 457

Debtor   iHeartMedia Management Services, Inc.
      Name

Case number (if known)   18-31301 (MI)

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.1767 | **Nonpriority creditor's name and mailing address** | | $414.62 |
|---|---|---|---|

RCN
POB 11816
NEWARK, NJ 07101-8116

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.1768 | **Nonpriority creditor's name and mailing address** | | $1,000.00 |
|---|---|---|---|

RDM PRODUCTIONS
160 POWERS ST 2
BROOKLYN, NY 11211

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.1769 | **Nonpriority creditor's name and mailing address** | | $1,000.00 |
|---|---|---|---|

REAL WIRELESS INC
ATTN FELIX FERNANDEZ
3115 S GARNETT RD
TULSA, OK 74146

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.1770 | **Nonpriority creditor's name and mailing address** | | $1,728.10 |
|---|---|---|---|

RED MOUNTAIN ENTERTAINMENT INC
2107 5TH AVE N
BIRMINGHAM, AL 35203

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.1771 | **Nonpriority creditor's name and mailing address** | | $1,350.20 |
|---|---|---|---|

RED RIVER SKI AREA INC
POB 990
RED RIVER, NM 87558

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor   iHeartMedia Management Services, Inc.
         _____
         Name

Case number *(if known)*  18-31301 (MI)

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1772**  **Nonpriority creditor's name and mailing address**                                    $5,200.45

REED SMITH LLP
POB 844487
DALLAS, TX 75284-4487

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1773**  **Nonpriority creditor's name and mailing address**                                    $120,000.00

REHABSTUDIO INC
118 COMMERCIAL ST
LONDON E1 6NF
UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1774**  **Nonpriority creditor's name and mailing address**                                    $825.03

REID & REIGE PC
ONE FINANCIAL PLAZA
HARTFORD, CT 06103

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1775**  **Nonpriority creditor's name and mailing address**                                    $80,898.39

RELAUNCH RADIO LLC
POB 210
WEXFORD, PA 15090

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1776**  **Nonpriority creditor's name and mailing address**                                    $1,134.87

RENEW RECOVERY LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 358 of 457

Debtor    iHeartMedia Management Services, Inc.          Case number *(if known)*   18-31301 (MI)
          Name

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.1777 | **Nonpriority creditor's name and mailing address** | | $4,241.34 |
|---|---|---|---|

RESEARCH NOW INC
POB 974063
DALLAS, TX 75397-4063

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.1778 | **Nonpriority creditor's name and mailing address** | | $1,500.00 |
|---|---|---|---|

RESIDENCE INN PITTSBURGH UNIV
3896 BIGELOW BLVD
PITTSBURGH, PA 15213

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.1779 | **Nonpriority creditor's name and mailing address** | | $457.03 |
|---|---|---|---|

RETELE COMMUNICATIONS INC
POB 920391
NEEDHAM, MA 02492

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.1780 | **Nonpriority creditor's name and mailing address** | | $4,369.00 |
|---|---|---|---|

REVELWOOD INC

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.1781 | **Nonpriority creditor's name and mailing address** | | $175,507.69 |
|---|---|---|---|

REVENUE ANALYTICS INC
300 GALLERIA PKWY SE STE 1900
ATLANTA, GA 30339

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    iHeartMedia Management Services, Inc.
          _____
          Name

Case number (if known) __18-31301 (MI)__

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1782**   **Nonpriority creditor's name and mailing address**                           $135,247.50

RICOH USA INC
POB 660342
DALLAS, TX 75266-0342

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1783**   **Nonpriority creditor's name and mailing address**                           $1,099.00

RIDE ON MOTO INC
4110 VALLEY PIKE
WINCHESTER, VA 22602

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1784**   **Nonpriority creditor's name and mailing address**                           $1,312.00

RIDERSVILLE HONDA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1785**   **Nonpriority creditor's name and mailing address**                           $1,409.94

RIGEL PEST CONTROL INC
POB 720834
JACKSON HEIGHTS, NY 11372

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1786**   **Nonpriority creditor's name and mailing address**                           $14,858.00

RIPPE KEANE MARKETING INC
ATTN JUDY GIBSON
525 JUNCTION RD STE 8200
MADISON, WI 53717-2157

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 360 of 457

Debtor   iHeartMedia Management Services, Inc.
         Name

Case number (if known)   18-31301 (MI)

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | |
|---|---|
| 3.1787 | **Nonpriority creditor's name and mailing address** |

$33.70

RISE BROADBAND
POB 844580
BOSTON, MA 02284-4580

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| | |
|---|---|
| 3.1788 | **Nonpriority creditor's name and mailing address** |

$1,911.72

RITA REGIONAL INCOME TAX AGENCY
POB 477900
BROADVIEW HEIGHTS, OH 44147

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| | |
|---|---|
| 3.1789 | **Nonpriority creditor's name and mailing address** |

$140,257.66

RIVERSAND TECHNOLOGIES INC
2929 BRIARPARK DR STE 200
HOUSTON, TX 77042

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| | |
|---|---|
| 3.1790 | **Nonpriority creditor's name and mailing address** |

$201.16

ROADRUNNER AUTO & TRUCK SERVICE CENTER
213 PEPPERTOWN PLZ
FULTON, MS 38843

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| | |
|---|---|
| 3.1791 | **Nonpriority creditor's name and mailing address** |

$37.22

ROADRUNNER WIRELESS SERVICES INC
5722 2ND ST NW
ALBUQUERQUE, NM 87107

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | iHeartMedia Management Services, Inc. | Case number (if known) | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.1792 | **Nonpriority creditor's name and mailing address** | | $366.00 |
|---|---|---|---|

ROBERT HALF FINANCE & ACCOUNTING
POB 743295
LOS ANGELES, CA 90074-3295

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Payable

| **Date or dates debt was incurred** | **Is the claim subject to offset?** |
|---|---|
| **Last 4 digits of account number** | ☐ No ☐ Yes |

| 3.1793 | **Nonpriority creditor's name and mailing address** | | $8,767.50 |
|---|---|---|---|

ROBERT HALF MANAGEMENT RESOURCES
POB 743295
LOS ANGELES, CA 90074-3295

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Payable

| **Date or dates debt was incurred** | **Is the claim subject to offset?** |
|---|---|
| **Last 4 digits of account number** | ☐ No ☐ Yes |

| 3.1794 | **Nonpriority creditor's name and mailing address** | | $1,212.00 |
|---|---|---|---|

ROBERT HALF TECHNOLOGY
POB 743295
LOS ANGELES, CA 90074-3295

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

| **Date or dates debt was incurred** Undetermined | **Is the claim subject to offset?** |
|---|---|
| **Last 4 digits of account number** | ☐ No ☐ Yes |

| 3.1795 | **Nonpriority creditor's name and mailing address** | | $1,135.00 |
|---|---|---|---|

ROBERTSON WEALTH MANAGEMENT
5120 WOODWAY STE 9029
HOUSTON, TX 77056

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

| **Date or dates debt was incurred** Undetermined | **Is the claim subject to offset?** |
|---|---|
| **Last 4 digits of account number** | ☐ No ☐ Yes |

| 3.1796 | **Nonpriority creditor's name and mailing address** | | $1,750.96 |
|---|---|---|---|

ROCKETRIP
14 E 38TH ST 2ND FL
NEW YORK, NY 10016

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

| **Date or dates debt was incurred** Undetermined | **Is the claim subject to offset?** |
|---|---|
| **Last 4 digits of account number** | ☐ No ☐ Yes |

| Debtor | iHeartMedia Management Services, Inc. | Case number (if known) | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.1797 | **Nonpriority creditor's name and mailing address** | | $1,910.00 |
|---|---|---|---|

ROCKINGHAM COOPERATIVE
1044 HIGH ST
HARRISONBURG, VA 22801

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.1798 | **Nonpriority creditor's name and mailing address** | | $2,000.00 |
|---|---|---|---|

ROCKY MOUNTAIN
MARKETING & PROMOTIONS IN
300 S JACKSON ST 400
DENVER, CO 80209

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.1799 | **Nonpriority creditor's name and mailing address** | | $2,140.00 |
|---|---|---|---|

ROCKYS AUTO INC
6360 N. FEDERAL BLVD
DENVER, CO 80221

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.1800 | **Nonpriority creditor's name and mailing address** | | $2,600.00 |
|---|---|---|---|

RON HOOVER RV & MARINE
1510 W MARKET ST
ROCKPORT, TX 78382

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.1801 | **Nonpriority creditor's name and mailing address** | | $200.00 |
|---|---|---|---|

RONALD MCDONALD CHARITIES OF

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 363 of 457 |
|---|---|---|

Debtor ___iHeartMedia Management Services, Inc._____     Case number *(if known)*___18-31301 (MI)___
        Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1802**  **Nonpriority creditor's name and mailing address**                                    $3,175.00

ROSWELL PARK CANCER INSTITUTE CORP
666 ELM ST
ELM & CARLTON ST
BUFFALO, NY 14263

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1803**  **Nonpriority creditor's name and mailing address**                                    $15,669.93

ROTH STAFFING

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1804**  **Nonpriority creditor's name and mailing address**                                    $1,582.50

ROUND ROCK TOYOTA
POB 1568
ROUND ROCK, TX 78680

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1805**  **Nonpriority creditor's name and mailing address**                                    $118,225.48

ROVI DATA SOLUTIONS INC
POB 202624
DALLAS, TX 75320-2624

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1806**  **Nonpriority creditor's name and mailing address**                                    $1,272.96

ROYAL WASTE SERVICES INC
187-40 HOLLIS AVE
HOLLIS, NY 11423

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    iHeartMedia Management Services, Inc.
          _____
          Name

Case number (if known) ___18-31301 (MI)___

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.1807** | Nonpriority creditor's name and mailing address | $675.00

RR DONNELLEY
7810 SOLUTION CENTER
CHICAGO, IL 60677-7008

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1808** | Nonpriority creditor's name and mailing address | $3,304.00

RUDYS OF LAKE ONTARIO INC
78 COUNTY RTE 89
OSWEGO, NY 13126

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1809** | Nonpriority creditor's name and mailing address | $1,098.00

RUTH REYES ELECTION COMMITTEE

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1810** | Nonpriority creditor's name and mailing address | $1,652.70

RYANS SPORT SHOP INC
406 W MAIN ST
DURAND, WI 54736-1046

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1811** | Nonpriority creditor's name and mailing address | $50.86

RYE TELEPHONE CO
POB 19048
COLORADO CITY, CO 81019

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    iHeartMedia Management Services, Inc.                    Case number (if known)  18-31301 (MI)
          Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1812**  Nonpriority creditor's name and mailing address                                    $11,726.00

S&P GLOBAL MARKET INTELLIGENCE
33356 COLLECTION CENTER DR
CHICAGO, IL 60693-0333

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: General Trade Payable

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.1813**  Nonpriority creditor's name and mailing address                                    $132.24

SACRED WIND COMMUNICATIONS INC
POB 4011
YATAHEY, NM 87375-4011

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: General Trade Payable

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.1814**  Nonpriority creditor's name and mailing address                                    $1,323.00

SADIBOU TOURE OR GREEN GATORS
9202 ANDERSON RD
TAMPA, FL 33634

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Client Refund

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.1815**  Nonpriority creditor's name and mailing address                                    $400.50

SAFESHRED INC
9505 JOHNNY MORRIS RD
AUSTIN, TX 78724

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: General Trade Payable

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.1816**  Nonpriority creditor's name and mailing address                                    $552.79

SAFESITE INC
9505 JOHNNY MORRIS RD
AUSTIN, TX 78724

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: General Trade Payable

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          Page 366 of 457

Debtor  iHeartMedia Management Services, Inc.
_____
Name

Case number (if known) _18-31301 (MI)_

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | **Amount of claim** |
|---|---|

**3.1817** | **Nonpriority creditor's name and mailing address** | | $5,298.84

SAGE SOFTWARE INC
14855 COLLECTIONS CENTER DR
CHICAGO, IL 60693

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1818** | **Nonpriority creditor's name and mailing address** | | $77,466.67

SAILPOINT TECHNOLOGIES INC
11305 FOUR POINTS DR
BLDG 2 STE 100
AUSTIN, TX 78726

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1819** | **Nonpriority creditor's name and mailing address** | | $4,645.25

SALEM COMMUNICAITONS HOLDING CORP
SALEM MEDIA GROUP SALEM ATLANTA
POB 932029
ATLANTA, GA 31193-2029

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1820** | **Nonpriority creditor's name and mailing address** | | $1,000.00

SALEM COMMUNITY CORPORATION

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1821** | **Nonpriority creditor's name and mailing address** | | $4,007.26

SALEM MEDIA CORP
777 TERRACE SVE
HASBROUCK HEIGHTS, NJ 07604

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor   iHeartMedia Management Services, Inc.
         _____
         Name

Case number (if known)   18-31301 (MI)

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.1822** | Nonpriority creditor's name and mailing address | $4,699.75

SALES MANAGER 013
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** First Quarter Bonus

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.1823** | Nonpriority creditor's name and mailing address | $6,412.34

SALES MANAGER 063
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** First Quarter Bonus

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.1824** | Nonpriority creditor's name and mailing address | $72,753.10

SALESFORCE COM INC
POB 203141
DALLAS, TX 75320-3141

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1825** | Nonpriority creditor's name and mailing address | $468.52

SALT EXCHANGE INC
4231 DIRECTOR DR
SAN ANTONIO, TX 78219

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1826** | Nonpriority creditor's name and mailing address | $2,883.22

SAN ANTONIO WATER SYSTEM
POB 2990
SAN ANTONIO, TX 78299-2990

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | iHeartMedia Management Services, Inc. | Case number (if known) | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.1827 | **Nonpriority creditor's name and mailing address** | | $250.00 |
|---|---|---|---|

SANKOFA SAFE CHILD INITIATIVE

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number**

---

| 3.1828 | **Nonpriority creditor's name and mailing address** | | $56,019.75 |
|---|---|---|---|

SAP AMERICA INC

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number**

---

| 3.1829 | **Nonpriority creditor's name and mailing address** | | $400.00 |
|---|---|---|---|

SASS MAGAZINE LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number**

---

| 3.1830 | **Nonpriority creditor's name and mailing address** | | $8,165.52 |
|---|---|---|---|

SAUL EWING LLP
1500 MARKET ST 38TH FL
CENTRE SQUARE WEST
PHILADELPHIA, PA 19102-2186

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number**

---

| 3.1831 | **Nonpriority creditor's name and mailing address** | | $576.26 |
|---|---|---|---|

SAV ON PRINTING & SIGNS
9924 N GARNETT RD
OWASSO, OK 74055

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number**

---

| Debtor | iHeartMedia Management Services, Inc. | Case number (if known) | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

<div style="background:black;color:white;">Part 2:</div>  **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.1832**  Nonpriority creditor's name and mailing address                                    $1,000.00

SAWYER AUTOMOTIVE FOUNDATION INC
166 ULSTER AVE
SAUGERTIES, NY 12477

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1833**  Nonpriority creditor's name and mailing address                                    $13,473.00

SCENTSIBLE LLC
DBA POOPOURRI - ATTN AP DEPT
4901 KELLER SPRINGS RD STE 106D
ADDISON, TX 75001-6354

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1834**  Nonpriority creditor's name and mailing address                                    $1,237.50

SCHEELS
4550 15TH AVE S
FARGO, ND 58103

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1835**  Nonpriority creditor's name and mailing address                                    $8,100.00

SCHUSTER CONCRETE READY MIX LLC

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1836**  Nonpriority creditor's name and mailing address                                    $2,765.05

SCHWARTZ DIRECT WOODBRIDGE WEALTH
14225 VENTURA BLVD STE 100
SHERMAN OAKS, CA 91423

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    iHeartMedia Management Services, Inc.
_____
Name

Case number (if known)   18-31301 (MI)

---

**Part 2:    Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

| 3.1837 | **Nonpriority creditor's name and mailing address** | | $5,500.00 |
|---|---|---|---|

SCHWEGMAN LUNDBERG & WOESSNER P A
1600 TCF TOWER
1600 S 8TH ST
MINNEAPOLIS, MN 55402

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.1838 | **Nonpriority creditor's name and mailing address** | | $11,187.50 |
|---|---|---|---|

SCOBEY MOVING & STORAGE
9625 N BROADWAY POB 17269
SAN ANTONIO, TX 78217

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.1839 | **Nonpriority creditor's name and mailing address** | | $2,258.06 |
|---|---|---|---|

SCOOP MARKETING
15821 VENTURA BLVD #270
ENCINO, CA 91436

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.1840 | **Nonpriority creditor's name and mailing address** | | $1,779.96 |
|---|---|---|---|

SCREAMER DESIGN LLC DBA SCREAMER CO
107 LELAND ST STE 3
AUSTIN, TX 78704-4379

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.1841 | **Nonpriority creditor's name and mailing address** | | $1,495.00 |
|---|---|---|---|

SEATTLE THEATRE GROUP
911 PINE ST STE 900
SEATTLE, WA 98101

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor  iHeartMedia Management Services, Inc.
_____
Name

Case number (if known)  18-31301 (MI)

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | Amount of claim |
|---|---|

**3.1842** | **Nonpriority creditor's name and mailing address** | **$903.23**

SEGMANTA LTD
45 ROTHSCHILD BLVD
TEL AVIV 668-8304
ISRAEL

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.1843** | **Nonpriority creditor's name and mailing address** | **$520.00**

SELECT CONNECT COMMUNICATIONS LLC
1960 MCCULLOUGH BLVD
TUPELO, MS 38801

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.1844** | **Nonpriority creditor's name and mailing address** | **$14.18**

SERVICE ELECTRIC BROADBAND CABLE
SERVICE ELECTRIC CABLE TV OF NJ INC
75 REMITTANCE DR DEPT 6769
CHCAGO, IL 60675-6769

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.1845** | **Nonpriority creditor's name and mailing address** | **$2,045.54**

SERVICE ELECTRIC TELEPHONE CO
4242 MAUCH CHUNK RD
COPLAY, PA 18037-2198

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.1846** | **Nonpriority creditor's name and mailing address** | **$1,667.67**

SHANDI CHAVEZ
100 CHOPPER CIR
DENVER, CO 80204

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

Is the claim subject to offset?
☐ No
☐ Yes

---

Debtor    iHeartMedia Management Services, Inc.          Case number (if known)   18-31301 (MI)
          Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | | |
|---|---|---|
| 3.1847 | **Nonpriority creditor's name and mailing address** | $7,000.00 |

SHAREABLEE INC
123 WILLIAMS ST 19TH FL
NEW YORK, NY 10038

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| | | |
|---|---|---|
| 3.1848 | **Nonpriority creditor's name and mailing address** | $1,000.00 |

SHAW STOCKTON LOWRIDER SUPER SHOW
355 E MCGLINCY
CAMPBELL, CA 95008

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| | | |
|---|---|---|
| 3.1849 | **Nonpriority creditor's name and mailing address** | $2,668.00 |

SHE'S HAPPY HAIR
3280 S LOOP W
HOUSTON, TX 77025

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| | | |
|---|---|---|
| 3.1850 | **Nonpriority creditor's name and mailing address** | $630.00 |

SHELDON DAVIS VIRGIN HAIR COLLECTION

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| | | |
|---|---|---|
| 3.1851 | **Nonpriority creditor's name and mailing address** | $84.99 |

SHENTEL
POB 37014
BALTIMORE, MD 21297-3014

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

Official Form 206E/F               **Schedule E/F: Creditors Who Have Unsecured Claims**               Page 373 of 457

| Debtor | iHeartMedia Management Services, Inc. | Case number *(if known)* | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1852** | **Nonpriority creditor's name and mailing address** | | $82.81

SHERWOOD MUTUAL TELEPHONE ASSOC INC
105 WEST VINE ST POB 4572
SHERWOOD, OH 43556-0572

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1853** | **Nonpriority creditor's name and mailing address** | | $2,500.00

SHINERS HOSPITALS FOR CHILDREN
FAIRFAX RD AT VIRGINA ST
SALT LAKE CITY, UT 84103

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1854** | **Nonpriority creditor's name and mailing address** | | $1,150.00

SHIPYARD BREW PUB I LLC
POB 446
ELIOT, ME 03903

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1855** | **Nonpriority creditor's name and mailing address** | | $1,496.00

SHORR JOHNSON MAGNUS MEDIA ACCOUNT
100 N 20TH STE 201
PHILADELPHIA, PA 19103

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1856** | **Nonpriority creditor's name and mailing address** | | $1,610.00

SHOTTENKIRK CHEVROLET
755 HWY 6
WAUKEE, IA 50263

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor   iHeartMedia Management Services, Inc.                              Case number *(if known)*  18-31301 (MI)
         Name

**Part 2:**   **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | | **Amount of claim** |
|---|---|---|

---

| 3.1857 | **Nonpriority creditor's name and mailing address** | $1,501.00 |
|---|---|---|

SHOWPALACE
1411 SPENCER HWY S
HOUSTON, TX 77587

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.1858 | **Nonpriority creditor's name and mailing address** | $1,020.00 |
|---|---|---|

SHURE-LINE ELECTRICAL INC
100 ARTISAN DR
SMYRNA, DE 19977

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.1859 | **Nonpriority creditor's name and mailing address** | $16,705.64 |
|---|---|---|

SIEMENS INDUSTRY INC
C/O CITIBANK (BLDG TECH)
POB 2134
CAROL STREAM, IL 60132-2134

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.1860 | **Nonpriority creditor's name and mailing address** | $82,445.06 |
|---|---|---|

SIGMA SOLUTIONS INC
SIGMA TECHNOLOGY SOLUTIONS INC
POB 733113
DALLAS, TX 75373-3113

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.1861 | **Nonpriority creditor's name and mailing address** | $2,694.66 |
|---|---|---|

SIGN A RAMA
540 MERRICK RD
BALDWIN, NY 11510

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 375 of 457

Debtor   iHeartMedia Management Services, Inc.
         Name

Case number (if known)   18-31301 (MI)

---

**Part 2:   Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1862** | **Nonpriority creditor's name and mailing address** | $524.40

SIGN RAMA
1004 8TH AVE S
NASHVILLE, TN 37203

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1863** | **Nonpriority creditor's name and mailing address** | $7,180.31

SIGNARAMA
540 MERRICK RD
BALDWIN, NY 11510

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1864** | **Nonpriority creditor's name and mailing address** | $4,501.00

SIGNATURE BANK OF ARKANSAS
POB 8550
PAYETTEVILLE, AR 72703

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1865** | **Nonpriority creditor's name and mailing address** | $17,733.75

SIGNATURE PRODUCTIONS
ATTN AP DEPT
12750 JEFFERSON DAVIS HWY
CHESTER, VA 23831-5308

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1866** | **Nonpriority creditor's name and mailing address** | $1,150.35

SILSBEE KIA
1565 HWY 96 BYPASS
SILSBEE, TX 77656

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 376 of 457

| Debtor | iHeartMedia Management Services, Inc. | Case number (if known) | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | | **Amount of claim** |
|---|---|---|

---

**3.1867**   **Nonpriority creditor's name and mailing address**             $1,138.12

SILVER STAR TELECOM
16420 SE MCGILLIVRAY STE 103-233
VANCOUVER, WA 98683-3461

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1868**   **Nonpriority creditor's name and mailing address**             $72.00

SILVER WRAPPER

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1869**   **Nonpriority creditor's name and mailing address**             $1,205.00

SILVER WRAPPER INC
5352 N LOCKWOOD AVE
CHESTER, VA 23831

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1870**   **Nonpriority creditor's name and mailing address**             $5,000.00

SIMCOS OPERATING ACCOUNT
12220 BIRMINGHAM HWY BLDG 60
MILTON, GA 30004

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1871**   **Nonpriority creditor's name and mailing address**             $14,047.16

SIMPLEREACH INC
POB 203823
DALLAS, TX 75320-3823

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor   iHeartMedia Management Services, Inc.
         Name

Case number *(if known)* 18-31301 (MI)

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.1872** Nonpriority creditor's name and mailing address                           $1,965.00

SIMSBURY REAL ESTATE HOLDINGS LLC
POB 578
SIMSBURY, CT 06070-0578

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1873** Nonpriority creditor's name and mailing address                           $2,587.68

SINCLAIR BROADCAST
C/O WLOS
POB 206270
DALLAS, TX 75320-6270

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1874** Nonpriority creditor's name and mailing address                           $12,681.04

SINCLAIR BROADCAST GROUP INC
C/O WTWC
POB 206270
DALLAS, TX 75320-6270

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1875** Nonpriority creditor's name and mailing address                           $596.16

SINGLETARY
POB 587
JACKSON, MS 39205

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1876** Nonpriority creditor's name and mailing address                           $2,980.15

SINGLETON & PARTNERS
740 W SUPERIOR AVE STE 102
CLEVELAND, OH 44113

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          Page 378 of 457

Debtor ___iHeartMedia Management Services, Inc._____  Case number *(if known)* __18-31301 (MI)__
　　　　　Name

## Part 2:　Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | | Amount of claim |
|---|---|---|

**3.1877** | **Nonpriority creditor's name and mailing address** | $259,550.48

SINTECMEDIA NYC INC
BOX 200663
PITTSBURGH, PA 15251-2662

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1878** | **Nonpriority creditor's name and mailing address** | $1,455.00

SIOUX CITY SYMPHONY ORCHESTRA
518 PIERCE ST
SIOUX CITY, IA 51101

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1879** | **Nonpriority creditor's name and mailing address** | $5.91

SIRIUS XM RADIO INC
PO BOX 91399
LOUISVILLE, KY 40290-1399

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1880** | **Nonpriority creditor's name and mailing address** | $30.41

SIRIUS XM RADIO INC
PO BOX 91399
LOUISVILLE, KY 40290-1399

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1881** | **Nonpriority creditor's name and mailing address** | $23.52

SIRIUS XM RADIO INC
PO BOX 91399
LOUISVILLE, KY 40290-1399

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Official Form 206E/F　　　　**Schedule E/F: Creditors Who Have Unsecured Claims**　　　　Page 379 of 457

Debtor ___iHeartMedia Management Services, Inc.___
        Name

Case number (if known) __18-31301 (MI)__

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1882** | **Nonpriority creditor's name and mailing address** | | $899.58

SIZMEK TECHNOLOGIES INC
POB 206848
DALLAS, TX 75320-6848

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1883** | **Nonpriority creditor's name and mailing address** | | $7,141.41

SJG AIR INC
STEVEN J GREY
4121 SW 31ST DR
WEST PARK, FL 33023

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1884** | **Nonpriority creditor's name and mailing address** | | $3,565.00

SKECHERS USA INC
228 MANHATTEN BEACH BLVD
MANHATTAN BEACH, CA 90266

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1885** | **Nonpriority creditor's name and mailing address** | | $302.09

SKYTEL
POB 5749
CAROL STREAM, IL 60197-5749

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1886** | **Nonpriority creditor's name and mailing address** | | $3,500.00

SKYVENTURE MANAGEMENT LLC
6034 W COUNTRYARD DR STE 135
AUSTIN, TX 78730

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor ___iHeartMedia Management Services, Inc.___      Case number _(if known)_ __18-31301 (MI)__
         Name

**Part 2:    Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.1887 | **Nonpriority creditor's name and mailing address** | | $1,670.81 |
|---|---|---|---|

SLACK TECHNOLOGIES INC
155 5TH ST 6TH FL
SAN FRANCISCO, CA 94103

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.1888 | **Nonpriority creditor's name and mailing address** | | $772.92 |
|---|---|---|---|

SMARTCOM TELEPHONE
POB 3097
MCALLEN, TX 78502-3097

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.1889 | **Nonpriority creditor's name and mailing address** | | $5,845.50 |
|---|---|---|---|

SMARTSHEET
DEPT 3421 POB 123421
DALLAS, TX 75312-3421

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.1890 | **Nonpriority creditor's name and mailing address** | | $212.50 |
|---|---|---|---|

SMG/OSCEOLA HERITAGE PARK

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.1891 | **Nonpriority creditor's name and mailing address** | | $3,414.00 |
|---|---|---|---|

SMILE DOCTORS LLC
285 SE INNERLOOP STE 110
GEORGETOWN, TX 78626

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 381 of 457

Debtor   iHeartMedia Management Services, Inc.

Name

Case number *(if known)*   18-31301 (MI)

**Part 2:   Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | |
|---|---|
| 3.1892 | **Nonpriority creditor's name and mailing address** |

$38,514.40

SMS SYSTEMS MAINTENANCE SERVICES INC
14416 COLLECTIONS CENTER DR
CHICAGO, IL 60693

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| | |
|---|---|
| 3.1893 | **Nonpriority creditor's name and mailing address** |

$266,769.74

SNAP INC
POB 845502
LOS ANGELES, CA 90084-5502

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| | |
|---|---|
| 3.1894 | **Nonpriority creditor's name and mailing address** |

$91,981.45

SNAP INC
POB 845502
LOS ANGELES, CA 90084-5502

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| | |
|---|---|
| 3.1895 | **Nonpriority creditor's name and mailing address** |

$1,200.00

SOAR ADVENTURE TOWER LLC
3794 CAROTHERS PKWY
FRANKLIN, TN 37067

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| | |
|---|---|
| 3.1896 | **Nonpriority creditor's name and mailing address** |

$1,620.00

SOARING WINGS HQ LLC DBA WING
7491 ULMERTON RD STE B
LARGO, FL 33771

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F

**Schedule E/F: Creditors Who Have Unsecured Claims**

Page 382 of 457

Debtor    iHeartMedia Management Services, Inc.                    Case number *(if known)*   18-31301 (MI)
          Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1897** | **Nonpriority creditor's name and mailing address** | $40,963.92

SOCIALFLOW INC
52 VANDERBILT AVE 12TH FL
NEW YORK, NY 10017

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1898** | **Nonpriority creditor's name and mailing address** | $5,059.49

SOLS SYSTEM INC
535 FIFTH AVE 30TH FL
NEW YORK, NY 10017

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1899** | **Nonpriority creditor's name and mailing address** | $1,500.00

SONY CLASSICS
550 MADISON AVE 8TH FLOOR
NEW YORK, NY 10022

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1900** | **Nonpriority creditor's name and mailing address** | $12,250.00

SONY ENTERTAINMENT
550 MADISON AVE 23RD FL
NEW YORK, NY 10022

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1901** | **Nonpriority creditor's name and mailing address** | $3,500.00

SONY ENTERTAINMENT
550 MADISON AVE
NEW YORK, NY 10022

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor   iHeartMedia Management Services, Inc.                     Case number (if known)  18-31301 (MI)
         Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1902**  **Nonpriority creditor's name and mailing address**                                   $2,384.00

SOUND LIVE MUSIC GROUP LLC
ATTN JANE ROGERS
3262 N SUMMIT POINTE DR
TOPANGA, CA 90290-4468

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Client Refund

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.1903**  **Nonpriority creditor's name and mailing address**                                $2,284,829.99

SOUNDEXCHANGE INC
DEPT 4037
WASHINGTON, DC 20042-4037

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Accrued Payable

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number

---

**3.1904**  **Nonpriority creditor's name and mailing address**                                   $1,995.00

SOUTH COAST WINERY & RESORT LLC

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Client Refund

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.1905**  **Nonpriority creditor's name and mailing address**                                   $1,500.00

SOUTHEAST GEORGIA HEALTH SYSTEM
POB 1518
BRUNSWICK, GA 31521

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Client Refund

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.1906**  **Nonpriority creditor's name and mailing address**                                      $54.66

SOUTHERN CALIFORNIA BROADCASTERS ASSOC I
13351 RIVERSIDE DR #669
SHERMAN OAKS, CA 91423

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: General Trade Payable

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          Page 384 of 457

| Debtor | iHeartMedia Management Services, Inc. | Case number (if known) 18-31301 (MI) |
|---|---|---|
| | Name | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.1907 | Nonpriority creditor's name and mailing address | | $1,540.80 |
|---|---|---|---|

SOUTHERN LIGHT LLC
107 SAINT FRANCIS ST STE 1800
MOBILE, AL 36602

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.1908 | Nonpriority creditor's name and mailing address | | $361.69 |
|---|---|---|---|

SOUTHWEST CYBERPORT
521 INDIAN SCHOOL NE
SUITE 6
ALBUQUERQUE, NM 87110-3950

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.1909 | Nonpriority creditor's name and mailing address | | $23,532.40 |
|---|---|---|---|

SOUTHWEST KIA ROUND ROCK
600 JEFFREY WAY
ROUND ROCK, TX 78665

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.1910 | Nonpriority creditor's name and mailing address | | $4,367.30 |
|---|---|---|---|

SPA PALACE
4275 N NEVADA AVE
COLORADO SPRINGS, CO 80907-4305

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.1911 | Nonpriority creditor's name and mailing address | | $1,913.99 |
|---|---|---|---|

SPARK FOUNDRY
ATTN RUBEN DIAZ - AP
27-01 QUEENS PLAZA N
LONG ISLAND CIATY, NY 11101-4020

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 385 of 457 |
|---|---|---|

Debtor   iHeartMedia Management Services, Inc.                           Case number (if known)   18-31301 (MI)
         Name

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1912**   **Nonpriority creditor's name and mailing address**                                      $165,124.86

SPEAKR INC FKA TWTMOB INC                    **As of the petition filing date, the claim is:**
1680 N VINE ST STE 1112                      *Check all that apply.*
HOLLYWOOD, CA 90028
                                             ☐ Contingent
                                             ☐ Unliquidated
                                             ☐ Disputed

                                             **Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined   **Is the claim subject to offset?**

**Last 4 digits of account number**          ☐ No
                                             ☐ Yes

---

**3.1913**   **Nonpriority creditor's name and mailing address**                                      $26.25

SPECTRUM BUSINESS                            **As of the petition filing date, the claim is:**
PO BOX 742614                                *Check all that apply.*
CINCINNATI, OH 45274-2614
                                             ☐ Contingent
                                             ☐ Unliquidated
                                             ☐ Disputed

                                             **Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined   **Is the claim subject to offset?**

**Last 4 digits of account number**          ☐ No
                                             ☐ Yes

---

**3.1914**   **Nonpriority creditor's name and mailing address**                                      $9.55

SPECTRUM BUSINESS                            **As of the petition filing date, the claim is:**
PO BOX 742614                                *Check all that apply.*
CINCINNATI, OH 45274-2614
                                             ☐ Contingent
                                             ☐ Unliquidated
                                             ☐ Disputed

                                             **Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined   **Is the claim subject to offset?**

**Last 4 digits of account number**          ☐ No
                                             ☐ Yes

---

**3.1915**   **Nonpriority creditor's name and mailing address**                                      $150.00

SPEKULOR CORP                                **As of the petition filing date, the claim is:**
2851 W 120TH ST STE E273                     *Check all that apply.*
HAWTHORNE, CA 90250
                                             ☐ Contingent
                                             ☐ Unliquidated
                                             ☐ Disputed

                                             **Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined   **Is the claim subject to offset?**

**Last 4 digits of account number**          ☐ No
                                             ☐ Yes

---

**3.1916**   **Nonpriority creditor's name and mailing address**                                      $1,126.01

SPIRIT COMMUNICATIONS                        **As of the petition filing date, the claim is:**
POB 603030                                   *Check all that apply.*
CHARLOTTE, NC 28260-3030
                                             ☐ Contingent
                                             ☐ Unliquidated
                                             ☐ Disputed

                                             **Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined   **Is the claim subject to offset?**

**Last 4 digits of account number**          ☐ No
                                             ☐ Yes

---

Debtor  iHeartMedia Management Services, Inc.
        _____
        Name

Case number (if known)  18-31301 (MI)

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.1917 | Nonpriority creditor's name and mailing address | | $1,806.45 |
|---|---|---|---|

SPLASH NEWS & PICTURE AGENCY LLC
POB 515777
LOS ANGELES, CA 90051-5220

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: General Trade Payable

Date or dates debt was incurred Undetermined

Is the claim subject to offset?

☐ No
☐ Yes

Last 4 digits of account number

---

| 3.1918 | Nonpriority creditor's name and mailing address | | $2,519.34 |
|---|---|---|---|

SPORTECH VENUES CT
600 LONG WHARF DR
NEW HAVEN, CT 06450

As of the petition filing date, the claim is:
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Client Refund

Date or dates debt was incurred Undetermined

Is the claim subject to offset?

☐ No
☐ Yes

Last 4 digits of account number

---

| 3.1919 | Nonpriority creditor's name and mailing address | | $6,000.00 |
|---|---|---|---|

SPORTS DIRECT INC
211 HORSESHOE LAKE DR
HALIFAX, NS B3S 0B9
CANADA

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: General Trade Payable

Date or dates debt was incurred Undetermined

Is the claim subject to offset?

☐ No
☐ Yes

Last 4 digits of account number

---

| 3.1920 | Nonpriority creditor's name and mailing address | | $1,000.00 |
|---|---|---|---|

SPORTS INFORMATION
12 SE 10TH AVE
FORT LAUDERDALE, FL 33301

As of the petition filing date, the claim is:
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Client Refund

Date or dates debt was incurred Undetermined

Is the claim subject to offset?

☐ No
☐ Yes

Last 4 digits of account number

---

| 3.1921 | Nonpriority creditor's name and mailing address | | $17.90 |
|---|---|---|---|

SPRING VALLEY TELEPHONE
131 S MCKAY AVE
POB 220
SPRING VALLEY, WI 54767

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: General Trade Payable

Date or dates debt was incurred Undetermined

Is the claim subject to offset?

☐ No
☐ Yes

Last 4 digits of account number

---

Official Form 206E/F                  Schedule E/F: Creditors Who Have Unsecured Claims                  Page 387 of 457

| Debtor | iHeartMedia Management Services, Inc. | Case number (if known) | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.1922 | Nonpriority creditor's name and mailing address | | $3,378.00 |
|---|---|---|---|

SPRINGFREE TRAMPOLINE USA INC
1875 NW POPLAR WAY STE 1
ISSAQUAH, WA 98027

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.1923 | Nonpriority creditor's name and mailing address | | $3,967.31 |
|---|---|---|---|

SPRINT
POB 4191
CAROL STREAM, IL 60197-4191

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.1924 | Nonpriority creditor's name and mailing address | | $8,186.77 |
|---|---|---|---|

SQAD LLC
303 S BROADWAY STE 130
TARRYTOWN, NY 10591-5410

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.1925 | Nonpriority creditor's name and mailing address | | $3,195.86 |
|---|---|---|---|

SRT COMMUNICATIONS
POB 2027
MINOT, ND 58702

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.1926 | Nonpriority creditor's name and mailing address | | $3,500.00 |
|---|---|---|---|

SSAE 16 PROFESSIONALS LLP
8502 E CHAPMAN AVE STE 301
ORANGE, CA 92869

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| Official Form 206E/F | Schedule E/F: Creditors Who Have Unsecured Claims | Page 388 of 457 |
|---|---|---|

Debtor | iHeartMedia Management Services, Inc. | Case number (if known) | 18-31301 (MI)
Name

---

**Part 2:**   **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1927** | **Nonpriority creditor's name and mailing address** | $2,930.00

ST ANDREWS VILLAGE
13801 E YALE AVE
AURORA, CO 80014

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1928** | **Nonpriority creditor's name and mailing address** | $3,005.00

ST BASIL THE GREAT GREEK ORTHODOX CHURCH
1100 ELDRIDGE PKWY
HOUSTON, TX 77077

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1929** | **Nonpriority creditor's name and mailing address** | $1,040.00

ST PAUL AREA ASSOC OF REALTORS
325 EAST ROSELAWN AVE
ST PAUL, MN 55117

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1930** | **Nonpriority creditor's name and mailing address** | $408,839.94

STAPLES NATIONAL ADVANTAGE
DEPT SNA
POB 415256
BOSTON, MA 02241-5256

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1931** | **Nonpriority creditor's name and mailing address** | $14,647.37

STAPLES PRINT SOLUTIONS
POB 71928
CHICAGO, IL 60694

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 389 of 457

Debtor ___iHeartMedia Management Services, Inc.___
          Name

Case number (if known)___18-31301 (MI)___

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1932**  **Nonpriority creditor's name and mailing address**                                                              $440.63

STAR 2 STAR COMMUNICATIONS
DEPT CH16873
PALATINE, IL 60055-6873

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1933**  **Nonpriority creditor's name and mailing address**                                                           $15,000.00

STARCOM MEDIAVEST GROUP INC
POB 3369
CAROL STREAM, IL 60132-3369

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1934**  **Nonpriority creditor's name and mailing address**                                                           $14,622.59

STATE & FEDERAL COMMUNICATIONS INC
80 S SUMMIT ST STE 100
AKRON, OH 44308

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1935**  **Nonpriority creditor's name and mailing address**                                                              $450.00

STELLA WEB SOLUTIONS LLC
518-7 OLD POST RD #293
EDISON, NJ 08817

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1936**  **Nonpriority creditor's name and mailing address**                                                            $1,075.00

STEPHEN M PERLITSH
110 W 34TH ST ST 300
NEW YORK, NY 10001

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F               **Schedule E/F: Creditors Who Have Unsecured Claims**               Page 390 of 457

Debtor   iHeartMedia Management Services, Inc.
_____
Name

Case number (if known) ___ 18-31301 (MI)

---

**Part 2:**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.1937**   **Nonpriority creditor's name and mailing address**                                                                  $286.39

STERLING CHURCH FURNITURE STORE INC
2425 NIMMO PKWY B
VIRGINIA BEACH, VA 23456

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Unclaimed Property

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.1938**   **Nonpriority creditor's name and mailing address**                                                                  $1,088.00

STOCKMENS SUPPLY WEST
1716 40TH AVE SE
MANDAN, ND 58554

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Client Refund

Date or dates debt was incurred Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.1939**   **Nonpriority creditor's name and mailing address**                                                                  $1,200.00

STONE BALLOON 1ST STATE VENTURE LLC
115 E MAIN ST
NEWARK, DE 19711

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Client Refund

Date or dates debt was incurred Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.1940**   **Nonpriority creditor's name and mailing address**                                                                  $67,177.93

STONE OAK 17 TX LLC
ATTN WP CARE INC
50 ROCKEFELLER PLAZA 2ND FL
NEW YORK, NY 10020

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: Accrued Payable

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.1941**   **Nonpriority creditor's name and mailing address**                                                                  $2,258.75

STONEYBROOK SANITATION FULLER
SEPTIC SERVICES
2051 BOWES RD
LOWELL, MI 49331

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Client Refund

Date or dates debt was incurred Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    Page 391 of 457

Debtor    iHeartMedia Management Services, Inc.          Case number *(if known)*   18-31301 (MI)
        Name

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1942**    **Nonpriority creditor's name and mailing address**                  $43,838.61

STRATA MARKETING INC
23608 NETWORK PLACE
CHICAGO, IL 60673

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

**3.1943**    **Nonpriority creditor's name and mailing address**                  $6,693.50

STRATEGIC AMERICA
6600 WESTOWN PKWY STE 100
WEST DES MOINES, IA 50266

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

**3.1944**    **Nonpriority creditor's name and mailing address**                  $3,078.00

STRATEGIC AMERICA INC
6600 WESTOWN PKWY STE 100
WEST DES MOINES, IA 50266

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

**3.1945**    **Nonpriority creditor's name and mailing address**                  $4,309.20

STRIKEIRON INC
POB 347948
PITTSBURGH, PA 15251-4948

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Basis for the claim:** Accrued Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

**3.1946**    **Nonpriority creditor's name and mailing address**                  $5,000.00

STUDIO MOVIE GRILL
805 TOWN & COUNTRY BLVD
HOUSTON, TX 77024

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

Debtor    iHeartMedia Management Services, Inc.                     Case number *(if known)*   18-31301 (MI)
          Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1947**   **Nonpriority creditor's name and mailing address**                                                   $175.00

STUDIO PARTNERS INC                                **As of the petition filing date, the claim is:**
                                                   *Check all that apply.*

                                                   ☐ Contingent
                                                   ☐ Unliquidated
                                                   ☐ Disputed

                                                   **Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**

**Last 4 digits of account number**                ☐ No
                                                   ☐ Yes

---

**3.1948**   **Nonpriority creditor's name and mailing address**                                                   $1,642.24

SUBURBAN NOIZE RECORDS INC                         **As of the petition filing date, the claim is:**
22110 CLARENDON ST STE 103                         *Check all that apply.*
WOODLAND HILLS, CA 91367
                                                   ☒ Contingent
                                                   ☐ Unliquidated
                                                   ☐ Disputed

                                                   **Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**                **Is the claim subject to offset?**

**Last 4 digits of account number**                ☐ No
                                                   ☐ Yes

---

**3.1949**   **Nonpriority creditor's name and mailing address**                                                   $40.66

SUDDENLINK                                         **As of the petition filing date, the claim is:**
POB 660365                                         *Check all that apply.*
DALLAS, TX 75266-0365
                                                   ☐ Contingent
                                                   ☐ Unliquidated
                                                   ☐ Disputed

                                                   **Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**

**Last 4 digits of account number**                ☐ No
                                                   ☐ Yes

---

**3.1950**   **Nonpriority creditor's name and mailing address**                                                   $2,214.00

SUITE TREATMENTS                                   **As of the petition filing date, the claim is:**
1100 57TH AVE                                      *Check all that apply.*
OAKLAND, CA 94621
                                                   ☒ Contingent
                                                   ☐ Unliquidated
                                                   ☐ Disputed

                                                   **Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**                **Is the claim subject to offset?**

**Last 4 digits of account number**                ☐ No
                                                   ☐ Yes

---

**3.1951**   **Nonpriority creditor's name and mailing address**                                                   $2,923.04

SULLIVAN UNIVERSITY SYSTEM INC                     **As of the petition filing date, the claim is:**
3101 BARDSTOWN RD                                  *Check all that apply.*
LOUISVILLE, KY 40205
                                                   ☒ Contingent
                                                   ☐ Unliquidated
                                                   ☐ Disputed

                                                   **Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**

**Last 4 digits of account number**                ☐ No
                                                   ☐ Yes

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**               Page 393 of 457

Debtor      iHeartMedia Management Services, Inc.                    Case number (if known)    18-31301 (MI)
            Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1952**  **Nonpriority creditor's name and mailing address**                                        $1,076.73

SUMMIT MEDIA INC                          **As of the petition filing date, the claim is:**
                                          *Check all that apply.*
                                          ☒ Contingent
                                          ☐ Unliquidated
                                          ☐ Disputed

                                          **Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined   **Is the claim subject to offset?**
                                          ☐ No
**Last 4 digits of account number**              ☐ Yes

---

**3.1953**  **Nonpriority creditor's name and mailing address**                                        $1,914.00

SUN COUNTRY AIRLINES                      **As of the petition filing date, the claim is:**
GROUP DEPARTMENT                          *Check all that apply.*
1300 CORPORATE CENTER CURVE               ☒ Contingent
EAGAN, MN 55121                           ☐ Unliquidated
                                          ☐ Disputed

                                          **Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined   **Is the claim subject to offset?**
                                          ☐ No
**Last 4 digits of account number**              ☐ Yes

---

**3.1954**  **Nonpriority creditor's name and mailing address**                                        $57,707.00

SUN HIGHLANDS PLAZA LLC                   **As of the petition filing date, the claim is:**
C/O BALKE BROWN TRANSWESTERN              *Check all that apply.*
1001 HIGHLANDS PLAZA DR WEST STE 150      ☐ Contingent
SAINT LOUIS, MO 63110                     ☐ Unliquidated
                                          ☐ Disputed

                                          **Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined   **Is the claim subject to offset?**
                                          ☐ No
**Last 4 digits of account number**              ☐ Yes

---

**3.1955**  **Nonpriority creditor's name and mailing address**                                        $6,765.00

SUN TAN CITY                              **As of the petition filing date, the claim is:**
POB 275                                   *Check all that apply.*
AUGUSTA, ME 04332                         ☒ Contingent
                                          ☐ Unliquidated
                                          ☐ Disputed

                                          **Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined   **Is the claim subject to offset?**
                                          ☐ No
**Last 4 digits of account number**              ☐ Yes

---

**3.1956**  **Nonpriority creditor's name and mailing address**                                        $312.50

SUNGARD AVAILABILITY SERVICES             **As of the petition filing date, the claim is:**
91233 COLLECTION CENTER DRIVE             *Check all that apply.*
CHICAGO, IL 60693                         ☐ Contingent
                                          ☐ Unliquidated
                                          ☐ Disputed

                                          **Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined   **Is the claim subject to offset?**
                                          ☐ No
**Last 4 digits of account number**              ☐ Yes

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          Page 394 of 457

| Debtor | iHeartMedia Management Services, Inc. | Case number (if known) | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1957**   **Nonpriority creditor's name and mailing address**                                                          $4,000.00

SUNSHINE DIVISION INC
687 N THOMPSON ST
PORTLAND, OR 97227

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1958**   **Nonpriority creditor's name and mailing address**                                                          $2,774.01

SUNSHINE SACHS WEST
C/O SUNSHINE SACHS
136 MADISON AVE 17TH FL
NEW YORK, NY 10016

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1959**   **Nonpriority creditor's name and mailing address**                                                          $68.85

SUNVEN ENTERTAINMENT GROUP

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1960**   **Nonpriority creditor's name and mailing address**                                                          $527.44

SUPERIOR OFFICE SYSTEMS
49 W 37TH ST 3RD FLR
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1961**   **Nonpriority creditor's name and mailing address**                                                          $1,520.00

SURVEY SAMPLING INTERNATIONAL
ACCOUNT # 2000031628378
POB 8500-7741
PHILADELPHIA, PA 19178-7741

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    Page 395 of 457

| Debtor | iHeartMedia Management Services, Inc. | Case number *(if known)* | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.1962 | **Nonpriority creditor's name and mailing address** | | $909.50 |
|---|---|---|---|

SUSAN SWENSON HEALTH & LIFESTYLE NETWORK
2988 BLAZING STAR DR
THOUSAND OAKS, CA 91362

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.1963 | **Nonpriority creditor's name and mailing address** | | $3,763.29 |
|---|---|---|---|

SWEET SPOT MUSIC INC
35 E 9TH ST
NEW YORK, NY 10003

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.1964 | **Nonpriority creditor's name and mailing address** | | $24,919.00 |
|---|---|---|---|

SWELL SHARK LLC
55 W 39TH ST 18TH FL
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.1965 | **Nonpriority creditor's name and mailing address** | | $161.99 |
|---|---|---|---|

SYNCB NEWEGG
POB 965055
ORLANDO, FL 32896-5055

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.1966 | **Nonpriority creditor's name and mailing address** | | $1,536.00 |
|---|---|---|---|

SYRACUSE UNIVERSITY HOTEL & CONFERENCE CENTER LLC
801 UNIVERSITY AVE
SYRACUSE, NY 13210-1720

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 396 of 457 |
|---|---|---|

| Debtor | iHeartMedia Management Services, Inc. | Case number *(if known)* | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.1967** | **Nonpriority creditor's name and mailing address** | | $5,632.00

T AND D TECHNOLOGIES LLC
2608 N WALKER DR
LEANDER, TX 78641

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1968** | **Nonpriority creditor's name and mailing address** | | $1,542.50

T MEDIA LLC
620 CALLE MIRAMAR
REDONDO BEACH, CA 90277

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1969** | **Nonpriority creditor's name and mailing address** | | $11,752.10

T REX PLANET PROMOTIONS
7636 TERNES ST
DEARBORN, MI 48126

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1970** | **Nonpriority creditor's name and mailing address** | | $1,968.22

T-MOBILE USA INC
POB 742596
CINCINNATI, OH 45274-2596

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1971** | **Nonpriority creditor's name and mailing address** | | $1,511.25

T3 COMMUNICATIONS INC
2401 FIRST ST STE 300
FORT MYERS, FL 33901

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | iHeartMedia Management Services, Inc. | Case number (if known) | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

**Part 2:   Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.1972** Nonpriority creditor's name and mailing address — **$1,010.00**

TACTICAL PRO SHOP
2416 W VICTORY BLVD
BURBANK, CA 91506

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Client Refund

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

**3.1973** Nonpriority creditor's name and mailing address — **$355,262.72**

TALENT NAME ON FILE 2018-120017
ADDRESS ON FILE

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Accrued Payable

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number

**3.1974** Nonpriority creditor's name and mailing address — **$12,548.27**

TALENT NAME ON FILE 2018-124033
ADDRESS ON FILE

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: General Trade Payable

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

**3.1975** Nonpriority creditor's name and mailing address — **$3,612.90**

TALENT NAME ON FILE 2018-127739
ADDRESS ON FILE

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: General Trade Payable

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

**3.1976** Nonpriority creditor's name and mailing address — **$10,501.00**

TALENT NAME ON FILE 2018-128933
ADDRESS ON FILE

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: Accrued Payable

Date or dates debt was incurred

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

Debtor  iHeartMedia Management Services, Inc.                              Case number (if known)  18-31301 (MI)
         Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

| 3.1977 | Nonpriority creditor's name and mailing address | $3,217.21 |

TALENT NAME ON FILE 2018-134860
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.1978 | Nonpriority creditor's name and mailing address | $800.00 |

TALENT NAME ON FILE 2018-140270
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.1979 | Nonpriority creditor's name and mailing address | $171,921.37 |

TALENT NAME ON FILE 2018-145928
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.1980 | Nonpriority creditor's name and mailing address | $1,500.00 |

TALENT NAME ON FILE 2018-152259
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.1981 | Nonpriority creditor's name and mailing address | $1,239.25 |

TALLASSEE AUTOMOTIVE INC
1618 GILMER AVE
TALLASSEE, AL 36078

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    Page 399 of 457

Debtor　iHeartMedia Management Services, Inc.
Name

Case number (if known)　18-31301 (MI)

## Part 2:　Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | **Amount of claim** |
|---|---|

---

**3.1982** | **Nonpriority creditor's name and mailing address** | $319.05

TALX CORPORATION
4076 PAYSPHERE CIR
CHICAGO, IL 60674-4076

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1983** | **Nonpriority creditor's name and mailing address** | $1,000.00

TAMPA METROPOLITAN AREA YMCA

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1984** | **Nonpriority creditor's name and mailing address** | $14,332.16

TAPJOY INC
DEPT CH 19729
PALATINE, IL 60055-9729

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1985** | **Nonpriority creditor's name and mailing address** | $273,669.96

TAPTICA INC
115 SANSOME ST STE 801
SAN FRANCISCO, CA 94104

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1986** | **Nonpriority creditor's name and mailing address** | $2,326.58

TARGET BROADCAST SALES INC
280 AVENUE RD
TORONTO, ON M4V 2G7
CANADA

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    iHeartMedia Management Services, Inc.                          Case number *(if known)*   18-31301 (MI)
          _____                          _____
          Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.1987**  **Nonpriority creditor's name and mailing address**                                    $55,972.37

TATA AMERICA INTERNATIONAL CORP    **As of the petition filing date, the claim is:**
12977 COLLECTIONS CENTER DR        *Check all that apply.*
CHICAGO, IL 60693
                                   ☐ Contingent
                                   ☐ Unliquidated
                                   ☐ Disputed

                                   **Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**

**Last 4 digits of account number**                ☐ No
                                                    ☐ Yes

---

**3.1988**  **Nonpriority creditor's name and mailing address**                                    $1,776.00

TAX RESOURCE CENTER                **As of the petition filing date, the claim is:**
18010 ISLE ROYALE CT               *Check all that apply.*
HUMBLE, TX 77346
                                   ☒ Contingent
                                   ☐ Unliquidated
                                   ☐ Disputed

                                   **Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**

**Last 4 digits of account number**                ☐ No
                                                    ☐ Yes

---

**3.1989**  **Nonpriority creditor's name and mailing address**                                    $4,513.91

TCAA                               **As of the petition filing date, the claim is:**
                                   *Check all that apply.*
                                   ☒ Contingent
                                   ☐ Unliquidated
                                   ☐ Disputed

                                   **Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**

**Last 4 digits of account number**                ☐ No
                                                    ☐ Yes

---

**3.1990**  **Nonpriority creditor's name and mailing address**                                    $240.90

TCCNETWORKS                        **As of the petition filing date, the claim is:**
125 FIREWORKS CIR UNIT 5           *Check all that apply.*
BRIDGEWATER, MA 02324
                                   ☐ Contingent
                                   ☐ Unliquidated
                                   ☐ Disputed

                                   **Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**

**Last 4 digits of account number**                ☐ No
                                                    ☐ Yes

---

**3.1991**  **Nonpriority creditor's name and mailing address**                                    $1,847.93

TCG SERVICES LLC                   **As of the petition filing date, the claim is:**
POB 632                            *Check all that apply.*
EL DORADO, KS 67042
                                   ☐ Contingent
                                   ☐ Unliquidated
                                   ☐ Disputed

                                   **Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**

**Last 4 digits of account number**                ☐ No
                                                    ☐ Yes

---

| Debtor | iHeartMedia Management Services, Inc. | Case number *(if known)* | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1992** | **Nonpriority creditor's name and mailing address** | | $1,008.10

TCI MEDIA INC
7878 N 16TH ST
PHOENIX, AZ 85020

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1993** | **Nonpriority creditor's name and mailing address** | | $1,650.00

TD TOUCH POINT MARKETING LLC
20906 N 38TH PL
PHOENIX, AZ 85050

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1994** | **Nonpriority creditor's name and mailing address** | | $5,648.28

TDS
POB 94510
PALATINE, IL 60094-4510

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1995** | **Nonpriority creditor's name and mailing address** | | $4,516.13

TEAM OF SCIENTISTS
382 MCGUINNESS BLVD 2
BROOKLYN, NY 11222

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1996** | **Nonpriority creditor's name and mailing address** | | $560.90

TEC
POB 940
JACKSON, MS 39205

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    iHeartMedia Management Services, Inc.
        Name

Case number *(if known)*    18-31301 (MI)

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.1997** | **Nonpriority creditor's name and mailing address** | $1,253.01

TECH VALLEY COMMUNICATIONS INC
41 STATE ST 10TH FL
ALBANY, NY 12207-2838

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1998** | **Nonpriority creditor's name and mailing address** | $561.97

TEL WEST NETWORK SERVICES
POB 123279 DEPARTMENT 3279
DALLAS, TX 75312

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1999** | **Nonpriority creditor's name and mailing address** | $4,319.41

TELEPACIFIC COMMUNICATIONS
POB 509013
SAN DIEGO, CA 92150-9013

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2000** | **Nonpriority creditor's name and mailing address** | $640.54

TELMAR INFORMATION SERVICES CORP
711 THIRD AVE 15TH FL
NEW YORK, NY 10017

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2001** | **Nonpriority creditor's name and mailing address** | $112.69

TELRITE CORPORATION
POB 60093
NEW ORLEANS, LA 70160

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    Page 403 of 457

Debtor    iHeartMedia Management Services, Inc.                        Case number (if known)  18-31301 (MI)
                  Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

| 3.2002 | Nonpriority creditor's name and mailing address | | $7,944.75 |

TEMPUS TECHNOLOGIES INC
635 W 11TH ST
AUBURN, IN 46706

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.2003 | Nonpriority creditor's name and mailing address | | $9,000.00 |

TEXAS DERMATOLOGY & LASER SPECIALISTS
3320 OAKWELL CT
SAN ANTONIO, TX 78218-3019

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.2004 | Nonpriority creditor's name and mailing address | | $3,890.00 |

THE BATTERMAN GROUP INC
263 EVANTE ST
LAS VEGAS, NV 89138

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.2005 | Nonpriority creditor's name and mailing address | | $1,980.00 |

THE BLIND FACTORY

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.2006 | Nonpriority creditor's name and mailing address | | $9,237.25 |

THE BOSCO
1182 FLUSHING AVE STE 308
BROOKLYN, NY 11237

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

Debtor    iHeartMedia Management Services, Inc.                          Case number *(if known)*   18-31301 (MI)
          Name

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.2007 | **Nonpriority creditor's name and mailing address** | | $4,145.00 |
|---|---|---|---|

THE CARPET MAN INC
ATTN CHRIS JACKSON
1988 WELLS RD
ORANGE PARK, FL 32073

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.2008 | **Nonpriority creditor's name and mailing address** | | $1,806.45 |
|---|---|---|---|

THE CONRAD GROUP
415 NEW JERSEY AVE SE UNIT 1
WASHINGTON, DC 20003

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.2009 | **Nonpriority creditor's name and mailing address** | | $1,806.45 |
|---|---|---|---|

THE CONRAD GROUP
415 NEW JERSEY AVE SE UNIT 1
WASHINGTON, DC 20003

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.2010 | **Nonpriority creditor's name and mailing address** | | $1,530.00 |
|---|---|---|---|

THE DAVIS GROUP

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.2011 | **Nonpriority creditor's name and mailing address** | | $3,550.00 |
|---|---|---|---|

THE DISTILLERY MUSIC
ATTN CARL BARC
9 CONSELYEA ST 3
BROOKLYN, NY 11211

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          Page 405 of 457

Debtor    iHeartMedia Management Services, Inc.                          Case number *(if known)*   18-31301 (MI)
          Name

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.2012 | Nonpriority creditor's name and mailing address | | $1,000.00 |
|---|---|---|---|

THE EMPORIUM
200 PERRY ST
CASTLE ROCK, CO 80104

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.2013 | Nonpriority creditor's name and mailing address | | $8,180.70 |
|---|---|---|---|

THE ERIC RYAN CORPORATION
POB 473
ELLWOOD CITY, PA 16117

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.2014 | Nonpriority creditor's name and mailing address | | $1,054.00 |
|---|---|---|---|

THE FINAL FINISH INC
180 N MAIN ST
BRANFORD, CT 06405-3021

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.2015 | Nonpriority creditor's name and mailing address | | $1,350.00 |
|---|---|---|---|

THE GULF COAST CENTER
4444 W MAIN
LEAGUE CITY, TX 77573

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.2016 | Nonpriority creditor's name and mailing address | | $180.65 |
|---|---|---|---|

THE INTERNET CONNECTION, INC DBA GOT.NET
33 POTRERO ST
SUITE 4-E
SANTA CRUZ, CA 95060

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor   iHeartMedia Management Services, Inc.            Case number *(if known)*   18-31301 (MI)
         _____              _____
         Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | **Amount of claim**
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.2017 | **Nonpriority creditor's name and mailing address** | | $1,831.09 |

THE INTERPUBLIC GROUP OF COMPANIES INC
13801 FNB PKWY
POB 542011
OMAHA, NE 68154

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.2018 | **Nonpriority creditor's name and mailing address** | | $600.00 |

THE MARKETING GROUP
1025 16TH AVE S STE 102
NASHVILLE, TN 37174

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.2019 | **Nonpriority creditor's name and mailing address** | | $1,319.00 |

THE MARQUEE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.2020 | **Nonpriority creditor's name and mailing address** | | $20.00 |

THE MATTRESS STORE
500 W. MAINE
HENDERSONVILLE, TN 37075

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.2021 | **Nonpriority creditor's name and mailing address** | | $6,600.00 |

THE OAKS GOLF COURSE
4740 PIERCEVILLLE RD
COTTAGE GROVE, WI 53527

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 407 of 457

Debtor   iHeartMedia Management Services, Inc.
     Name

Case number *(if known)*   18-31301 (MI)

**Part 2:**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

| 3.2022 | **Nonpriority creditor's name and mailing address** | | $2,091.15 |
| --- | --- | --- | --- |

THE PAUL WILKINSON LAW FIRM LLC
3900 E MEXICO AVE 500
DENVER, CO 80210

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.2023 | **Nonpriority creditor's name and mailing address** | | $516.00 |
| --- | --- | --- | --- |

THE PEDDLER GROUP INC
3440 LAKE DR
SMYRNA, GA 30082

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.2024 | **Nonpriority creditor's name and mailing address** | | $1,381.25 |
| --- | --- | --- | --- |

THE PM GROUP
7550 IH-10 W STE 510
SAN ANTONIO, TX 78229

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.2025 | **Nonpriority creditor's name and mailing address** | | $9,513.20 |
| --- | --- | --- | --- |

THE PRESTIGIOUS MARK
8603 N NEW BRAUNFELS
SAN ANTONIO, TX 78217

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.2026 | **Nonpriority creditor's name and mailing address** | | $3,593.30 |
| --- | --- | --- | --- |

THE SALVATION ARMY
855 ASYLUM AVE
HARTFORD, CT 06142

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Official Form 206E/F      **Schedule E/F: Creditors Who Have Unsecured Claims**      Page 408 of 457

| Debtor | iHeartMedia Management Services, Inc. | Case number *(if known)* | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.2027** | **Nonpriority creditor's name and mailing address** | | $79,950.00

THE SAVO GROUP
222 W MERCHANDISE MART PLZ STE 1710
CHICAGO, IL 60654

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2028** | **Nonpriority creditor's name and mailing address** | | $1,080.00

THE SPICY OLIVE
761 COX LN
WEST CHESTER, OH 45069

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2029** | **Nonpriority creditor's name and mailing address** | | $1,000.00

THE SPINNING WHEEL RESTAURANT INC

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2030** | **Nonpriority creditor's name and mailing address** | | $5,765.92

THE SWITCH
POB 12018
LEWISTON, ME 04243-9494

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2031** | **Nonpriority creditor's name and mailing address** | | $1,019.00

THE UNIVERSITY OF OKLAHOMA
ATTN PAM WHITNEY
660 PARRINGTON OVAL RM 303
NORMAN, OK 73019

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor   iHeartMedia Management Services, Inc.
         Name

Case number (if known)   18-31301 (MI)

**Part 2:   Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

| 3.2032 | **Nonpriority creditor's name and mailing address** | | $8,092.00 |
|---|---|---|---|

THE WATER COOLER GROUP

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.2033 | **Nonpriority creditor's name and mailing address** | | $2,260.00 |
|---|---|---|---|

THE WEEKLEY GROUP OF COMPANIES
1111 N POST OAK RD
HOUSTON, TX 77055

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.2034 | **Nonpriority creditor's name and mailing address** | | $9,036.46 |
|---|---|---|---|

THE WEEKS-LERMAN GROUP LLC
58 38 PAGE PL
MASPETH, NY 11378

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.2035 | **Nonpriority creditor's name and mailing address** | | $5,200.00 |
|---|---|---|---|

THEOREM CREATIONS

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.2036 | **Nonpriority creditor's name and mailing address** | | $20,310.96 |
|---|---|---|---|

THIS IS HIT INC
DBA BROKEN BOW RECORDS
65 MUSIC SQUARE W
NASHVILLE, TN 37203

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    iHeartMedia Management Services, Inc.
Name

Case number *(if known)*    18-31301 (MI)

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.2037**  **Nonpriority creditor's name and mailing address**

THOMAS & BETTS POWER SOLUTIONS
27583 NETWORK PL
CHICAGO, IL 60673-1275

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$498.22

---

**3.2038**  **Nonpriority creditor's name and mailing address**

THOMAS H LEE MANAGEMENT COMPANY LLC
100 FEDERAL ST 35TH FL
BOSTON, MA 02110

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$2,483,654.72

---

**3.2039**  **Nonpriority creditor's name and mailing address**

THOMAS ROAD BAPTIST CHURCH

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$70.00

---

**3.2040**  **Nonpriority creditor's name and mailing address**

THOMSON REUTERS
THOMSON REUTERS GRC PAYMENT CENTER
POB 6292
CAROL STREAM, IL 60197-6292

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$1,297.27

---

**3.2041**  **Nonpriority creditor's name and mailing address**

THOMSON REUTERS
MASTER DATA CENTER
POB 673451
DETROIT, MI 48267-3451

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$39,291.15

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    Page 411 of 457

Debtor   iHeartMedia Management Services, Inc.
Name

Case number *(if known)*   18-31301 (MI)

## Part 2:   Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

| 3.2042 | Nonpriority creditor's name and mailing address | | $2,041.60 |
|---|---|---|---|

THOUSANDEYES
201 MISSION ST STE 1700
SAN FRANCISCO, CA 94105

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.2043 | Nonpriority creditor's name and mailing address | | $113,094.20 |
|---|---|---|---|

THRIVE GLOBAL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.2044 | Nonpriority creditor's name and mailing address | | $2,357.40 |
|---|---|---|---|

THYSSENKRUPP ELEVATOR
3660 THOUSAND OAKS DR STE 210
SAN ANTONIO, TX 78247

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.2045 | Nonpriority creditor's name and mailing address | | $1,467.75 |
|---|---|---|---|

TIERPOINT OKLAHOMA, LLC
12444 POWERSCOURT DR
STE 45
ST. LOUIS, MO 63131

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.2046 | Nonpriority creditor's name and mailing address | | $95.00 |
|---|---|---|---|

TIERPOINT, LLC
PO BOX 8267
LINCOLN, NE 68501

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

Debtor   iHeartMedia Management Services, Inc.
         _____
         Name

Case number (if known) _18-31301 (MI)_

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.2047** | Nonpriority creditor's name and mailing address | $1,500.00

TIFFS TREATS HOUSTON INC
8900 SHOAL CREEK BLVD STE 127
AUSTIN, TX 78757

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Client Refund

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.2048** | Nonpriority creditor's name and mailing address | $1,000.00

TIM LEE FOR CHAIRMAN
1480 BENTCREEK DR
MARIETTA, GA 30062

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Client Refund

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.2049** | Nonpriority creditor's name and mailing address | $153.84

TIME WARNER CABLE
PO BOX 7872
CHARLOTTE, NC 28272-0872

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: General Trade Payable

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.2050** | Nonpriority creditor's name and mailing address | $199.93

TIME WARNER CABLE
PO BOX 16
CAROL STREAM, IL 60132-1060

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: General Trade Payable

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.2051** | Nonpriority creditor's name and mailing address | $29.16

TIME WARNER CABLE
PO BOX 674
CITY OF INDUSTRY, CA 91716-0074

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: General Trade Payable

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 413 of 457

Debtor   iHeartMedia Management Services, Inc.
         _____
         Name

Case number (if known)   18-31301 (MI)

---

**Part 2:   Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.2052** | **Nonpriority creditor's name and mailing address** | $81.48

TIME WARNER CABLE
PO BOX 4639
CAROL STREAM, IL 60197-4639

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2053** | **Nonpriority creditor's name and mailing address** | $1,362.72

TIME WARNER CABLE
PO BOX 674
CITY OF INDUSTRY, CA 91716-0074

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2054** | **Nonpriority creditor's name and mailing address** | $554.03

TIME WARNER CABLE
PO BOX 674
CITY OF INDUSTRY, CA 91716-0074

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2055** | **Nonpriority creditor's name and mailing address** | $265.26

TIME WARNER CABLE
PO BOX 916
CAROL STREAM, IL 60132-0916

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2056** | **Nonpriority creditor's name and mailing address** | $33.52

TIME WARNER CABLE
PO BOX 674
CITY OF INDUSTRY, CA 91716-0074

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor   iHeartMedia Management Services, Inc.
_____
Name

Case number (if known)   18-31301 (MI)
_____

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | | **Amount of claim** |
|---|---|---|

---

**3.2057**    **Nonpriority creditor's name and mailing address**      $58.04

TIME WARNER CABLE
PO BOX 674
CITY OF INDUSTRY, CA 91716-0074

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2058**    **Nonpriority creditor's name and mailing address**      $12,908.28

TIME WARNER CABLE
POB 70872
CHARLOTTE, NC 28272-0872

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2059**    **Nonpriority creditor's name and mailing address**      $6.64

TIME WARNER CABLE
PO BOX 674
CITY OF INDUSTRY, CA 91716-0074

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2060**    **Nonpriority creditor's name and mailing address**      $185.70

TIME WARNER CABLE-NORTHEAST
PO BOX 91
CAROL STREAM, IL 60132-0901

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2061**    **Nonpriority creditor's name and mailing address**      $305.42

TIME WARNER CABLE-SWO DIVISION
PO BOX 16
CAROL STREAM, IL 60132-1060

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    iHeartMedia Management Services, Inc.                    Case number *(if known)*  18-31301 (MI)
          _____
          Name

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.2062** | **Nonpriority creditor's name and mailing address** | | $28.62

TIME WARNER CABLE-SWO DIVISION
PO BOX 16
CAROL STREAM, IL 60132-1060

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2063** | **Nonpriority creditor's name and mailing address** | | $953.39

TIME WARNER COMMUNICATIONS
6555 QUINCE RD STE 400
MEMPHIS, TN 38119

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2064** | **Nonpriority creditor's name and mailing address** | | $3,593.00

TIY ACADEMY LLC
411 UNIVERSITY RDG STE 220
GREENVILLE, SC 29601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2065** | **Nonpriority creditor's name and mailing address** | | $1,706.00

TMART OPERATIONS I LLC
POB 120
WISCONSIN DELLS, WI 53965

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2066** | **Nonpriority creditor's name and mailing address** | | $616.56

TNCI
POB 981038
BOSTON, MA 02298-1038

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Official Form 206E/F | Schedule E/F: Creditors Who Have Unsecured Claims | Page 416 of 457

Debtor    iHeartMedia Management Services, Inc.
Name

Case number (if known) 18-31301 (MI)

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | **Amount of claim** |

---

**3.2067** | **Nonpriority creditor's name and mailing address** | $1,254.00

TOBIN CENTER FOR THE PERFORMING ARTS
ATTN CHRIS NOVASAK
115 AUDITORIUM CIR
SAN ANTONIO, TX 78205

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2068** | **Nonpriority creditor's name and mailing address** | $20,300.00

TOLER LAW GROUP PC
8500 BLUFFSTONE COVE STE A201
AUSTIN, TX 78759

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2069** | **Nonpriority creditor's name and mailing address** | $585.00

TOM AHL CHRYSLER DODGE INC

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2070** | **Nonpriority creditor's name and mailing address** | $1,250.00

TOM STRAIN & SONS
5105 HILL AVE
TOLEDO, OH 43616

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2071** | **Nonpriority creditor's name and mailing address** | $1,000.00

TOP BRASS RANGERS LLC
105 DUANE ST 34G
NEW YORK, NY 10007

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 417 of 457

Debtor    iHeartMedia Management Services, Inc.                     Case number *(if known)*  18-31301 (MI)
          Name

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | **Amount of claim**
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.2072 | **Nonpriority creditor's name and mailing address** | | $27.82 |
|---|---|---|---|

TOTAH COMMUNICATIONS INC
POB 269069
OKLAHOMA CITY, OK 73126

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.2073 | **Nonpriority creditor's name and mailing address** | | $219.63 |
|---|---|---|---|

TOTAL RECORDS INFORMATION MANAGEMENT LLC
371 STARKE RD
CARLSTADT, NJ 07072

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.2074 | **Nonpriority creditor's name and mailing address** | | $50.00 |
|---|---|---|---|

TOWERS ENTERPRISES
4450 SW 53RD PL
TRENTON, FL 32693

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.2075 | **Nonpriority creditor's name and mailing address** | | $1,285.00 |
|---|---|---|---|

TOWNSQUARE MEDIA WEST CENTRAL
ATTN ACCOUNTS RECEIVABLE
240 GREENWICH AVE
GREENWICH, CT 06830

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.2076 | **Nonpriority creditor's name and mailing address** | | $2,399.99 |
|---|---|---|---|

TOYOTA OF HOLLYWOOD

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    Page 418 of 457

Debtor   iHeartMedia Management Services, Inc.
         Name

Case number (if known)   18-31301 (MI)

---

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.2077** | **Nonpriority creditor's name and mailing address** | $1,037.00

TOYOTA REDLANDS
ATTN GAYLE IN A/P
921 NEW YORK ST
REDLANDS, CA 92374

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2078** | **Nonpriority creditor's name and mailing address** | $1,022.53

TPX COMMUNICATIONS
PO BOX 5913
SAN DIEGO, CA 92150-9013

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2079** | **Nonpriority creditor's name and mailing address** | $1,600.00

TRACTOR SUPPLY CO
5401 VIRGINIA WAY
BRENTWOOD, TN 37027

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2080** | **Nonpriority creditor's name and mailing address** | $3,700.44

TRACX US INC
DEPT CH 19926
PALATINE, IL 60055-9926

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2081** | **Nonpriority creditor's name and mailing address** | $1,585.50

TRANSAMERICAN AUTO PARTS
400 W ARTESIA BLVD
COMPTON, CA 90220-5103

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    iHeartMedia Management Services, Inc.
          Name

Case number (if known)  18-31301 (MI)

---

**Part 2:    Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.2082**  **Nonpriority creditor's name and mailing address**  $1,660.00

TREASURER TOWNSHIP OF LOWER MERION
75 E LANCASTER AVE
ARDMORE, PA 19003

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2083**  **Nonpriority creditor's name and mailing address**  $1,164.90

TRIBUNE MEDIA
435 N MICHIGAN AVE 8TH FL
CHICAGO, IL 60611

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2084**  **Nonpriority creditor's name and mailing address**  $4,265.00

TRINA HEALTH
10700 SANTA MONICA BLVD
LOS ANGELES, CA 90025

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2085**  **Nonpriority creditor's name and mailing address**  $1,142.71

TRISPARK MEDIA GROUP
5400 S UNIVERSITY DR STE 208
DAVIE, FL 33328

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2086**  **Nonpriority creditor's name and mailing address**  $3.00

TRITON HEALTH SYSTEMS LLC

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          Page 420 of 457

Debtor   iHeartMedia Management Services, Inc.   Case number *(if known)*   18-31301 (MI)
       Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.2087** | **Nonpriority creditor's name and mailing address** | | $1,552.00

TROY CROSSINGS LLC
2405 15TH ST
TROY, NY 12180

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2088** | **Nonpriority creditor's name and mailing address** | | $275.40

TRUCKEE TAHOE RADIO LLC
KTKE FM
12030 DONNER PASS RD #5
TRUCKEE, CA 96161

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2089** | **Nonpriority creditor's name and mailing address** | | $961.51

TSC
POB 408
WAPAKONETA, OH 45895

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2090** | **Nonpriority creditor's name and mailing address** | | $162,524,132.00

TTWN MEDIA NETWORKS, LLC
20880 STONE OAK PKWY
SAN ANTONIO, TX 78258

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☒ Yes

**Last 4 digits of account number**

---

**3.2091** | **Nonpriority creditor's name and mailing address** | | $117,441,506.00

TTWN NETWORKS, LLC
20880 STONE OAK PKWY
SAN ANTONIO, TX 78258

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☒ Yes

**Last 4 digits of account number**

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 421 of 457

Debtor    iHeartMedia Management Services, Inc.          Case number *(if known)* __18-31301 (MI)__
Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.2092**   **Nonpriority creditor's name and mailing address**              $2,912.50

TULSA COMMUNITY FOUNDATION
ATTN JESSICA LEE
7030 S YALE STE 600
TULSA, OK 74136

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2093**   **Nonpriority creditor's name and mailing address**              $2,124.12

TUNE INC
2200 WESTERN AVE STE 200
SEATTLE, WA 98121

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2094**   **Nonpriority creditor's name and mailing address**              $151.80

TUNNEL TO TOWERS FOUNDATION
2361 HYLAN BLVD
STATEN ISLAND, NY 10306

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2095**   **Nonpriority creditor's name and mailing address**              $206,193.54

TURNER BROADCASTING SYSTEM INC
ATTN AYESHA KARDAR
3500 W OLIVE AVE 9TH FL
BURBANK, CA 91505

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.2096**   **Nonpriority creditor's name and mailing address**              $115.07

TWINLOGIC STRATEGIES LLP
6313 EVERMAY DR
MCLEAN, VA 22101-2309

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor   iHeartMedia Management Services, Inc.                     Case number (if known)   18-31301 (MI)
         Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.2097** Nonpriority creditor's name and mailing address $650.00

TWOMATOS INC
16260 SW 81 ST
MIAMI, FL 33193

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: General Trade Payable

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.2098** Nonpriority creditor's name and mailing address $200.00

TYPE E DESIGN
6924 STONEYBROOKE LN
ALEXANDRIA, VA 22306

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: General Trade Payable

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.2099** Nonpriority creditor's name and mailing address $1,620.00

TYPHOON TEXAS
5306 BEACON DR H
AUSTIN, TX 78734

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Client Refund

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.2100** Nonpriority creditor's name and mailing address $317.03

U PULL R PARTS

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Client Refund

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.2101** Nonpriority creditor's name and mailing address $5,866.56

ULINE
ATTN ACCOUNTS RECEIVABLE
POB 88741
CHICAGO, IL 60680-1741

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: General Trade Payable

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

Official Form 206E/F                     Schedule E/F: Creditors Who Have Unsecured Claims                     Page 423 of 457

| Debtor | iHeartMedia Management Services, Inc. | Case number (if known) | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

### Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.2102** | **Nonpriority creditor's name and mailing address** | $ Undermined

UMB BANK
ATTN: LAURA ROBERSON
2 SOUTH BROADWAY SUITE 600
ST. LOUIS, MO 63102

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantor of 11.25% Priority Guarantee Notes, maturity date of March 1, 2021

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.2103** | **Nonpriority creditor's name and mailing address** | $15.46

UNCLAIMED PROPERTY OWNER 2018-615100
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2104** | **Nonpriority creditor's name and mailing address** | $1,000.00

UNCLAIMED PROPERTY OWNER 2018-615154
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2105** | **Nonpriority creditor's name and mailing address** | $351.64

UNCLAIMED PROPERTY OWNER 2018-615342
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2106** | **Nonpriority creditor's name and mailing address** | $54.17

UNCLAIMED PROPERTY OWNER 2018-615405
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor   iHeartMedia Management Services, Inc.                    Case number *(if known)*   18-31301 (MI)
         Name

**Part 2:   Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.2107** | Nonpriority creditor's name and mailing address | $36.50

UNCLAIMED PROPERTY OWNER 2018-615568
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2108** | Nonpriority creditor's name and mailing address | $114.36

UNCLAIMED PROPERTY OWNER 2018-615781
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2109** | Nonpriority creditor's name and mailing address | $57.10

UNCLAIMED PROPERTY OWNER 2018-615827
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2110** | Nonpriority creditor's name and mailing address | $1,003.36

UNCLAIMED PROPERTY OWNER 2018-616155
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2111** | Nonpriority creditor's name and mailing address | $181.80

UNCLAIMED PROPERTY OWNER 2018-616218
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          Page 425 of 457

| Debtor | iHeartMedia Management Services, Inc. | Case number (if known) | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.2112 | **Nonpriority creditor's name and mailing address** | | $20.00 |
|---|---|---|---|

UNCLAIMED PROPERTY OWNER 2018-616234
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.2113 | **Nonpriority creditor's name and mailing address** | | $140.37 |
|---|---|---|---|

UNCLAIMED PROPERTY OWNER 2018-616362
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.2114 | **Nonpriority creditor's name and mailing address** | | $81.32 |
|---|---|---|---|

UNCLAIMED PROPERTY OWNER 2018-616372
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.2115 | **Nonpriority creditor's name and mailing address** | | $97.57 |
|---|---|---|---|

UNCLAIMED PROPERTY OWNER 2018-616453
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.2116 | **Nonpriority creditor's name and mailing address** | | $1,000.00 |
|---|---|---|---|

UNCLAIMED PROPERTY OWNER 2018-616530
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 426 of 457 |
|---|---|---|

Debtor    iHeartMedia Management Services, Inc.
          _____          Case number *(if known)*   18-31301 (MI)
          Name

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.2117** | Nonpriority creditor's name and mailing address | $212.08

UNCLAIMED PROPERTY OWNER 2018-616737
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2118** | Nonpriority creditor's name and mailing address | $90.20

UNCLAIMED PROPERTY OWNER 2018-616926
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2119** | Nonpriority creditor's name and mailing address | $350.00

UNCLAIMED PROPERTY OWNER 2018-616962
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2120** | Nonpriority creditor's name and mailing address | $8.00

UNCLAIMED PROPERTY OWNER 2018-617108
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2121** | Nonpriority creditor's name and mailing address | $500.00

UNCLAIMED PROPERTY OWNER 2018-617136
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    Page 427 of 457

Debtor      iHeartMedia Management Services, Inc.                    Case number (if known)   18-31301 (MI)
            Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.2122 | Nonpriority creditor's name and mailing address | | $17.22 |

UNCLAIMED PROPERTY OWNER 2018-617323
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Unclaimed Property

Date or dates debt was incurred                Is the claim subject to offset?

Last 4 digits of account number               ☐ No
                                              ☐ Yes

| 3.2123 | Nonpriority creditor's name and mailing address | | $37.93 |

UNCLAIMED PROPERTY OWNER 2018-617501
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Unclaimed Property

Date or dates debt was incurred                Is the claim subject to offset?

Last 4 digits of account number               ☐ No
                                              ☐ Yes

| 3.2124 | Nonpriority creditor's name and mailing address | | $800.00 |

UNCLAIMED PROPERTY OWNER 2018-617572
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Unclaimed Property

Date or dates debt was incurred                Is the claim subject to offset?

Last 4 digits of account number               ☐ No
                                              ☐ Yes

| 3.2125 | Nonpriority creditor's name and mailing address | | $46.87 |

UNCLAIMED PROPERTY OWNER 2018-617696
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Unclaimed Property

Date or dates debt was incurred                Is the claim subject to offset?

Last 4 digits of account number               ☐ No
                                              ☐ Yes

| 3.2126 | Nonpriority creditor's name and mailing address | | $1,987.66 |

UNCLAIMED PROPERTY OWNER 2018-617804
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Unclaimed Property

Date or dates debt was incurred                Is the claim subject to offset?

Last 4 digits of account number               ☐ No
                                              ☐ Yes

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          Page 428 of 457

Debtor   iHeartMedia Management Services, Inc.          Case number (if known)   18-31301 (MI)
         Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.2127** | Nonpriority creditor's name and mailing address | | $118.20

UNCLAIMED PROPERTY OWNER 2018-617963
ADDRESS ON FILE

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Unclaimed Property

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

**3.2128** | Nonpriority creditor's name and mailing address | | $21.12

UNCLAIMED PROPERTY OWNER 2018-618070
ADDRESS ON FILE

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Unclaimed Property

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

**3.2129** | Nonpriority creditor's name and mailing address | | $167.20

UNCLAIMED PROPERTY OWNER 2018-618159
ADDRESS ON FILE

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Unclaimed Property

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

**3.2130** | Nonpriority creditor's name and mailing address | | $65.32

UNCLAIMED PROPERTY OWNER 2018-618194
ADDRESS ON FILE

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Unclaimed Property

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

**3.2131** | Nonpriority creditor's name and mailing address | | $53.85

UNCLAIMED PROPERTY OWNER 2018-618922
ADDRESS ON FILE

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Unclaimed Property

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

Official Form 206E/F | Schedule E/F: Creditors Who Have Unsecured Claims | Page 429 of 457

| Debtor | iHeartMedia Management Services, Inc. | Case number (if known) | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

**Part 2:** **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.2132** Nonpriority creditor's name and mailing address — $35.82

UNCLAIMED PROPERTY OWNER 2018-619136
ADDRESS ON FILE

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Unclaimed Property

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

**3.2133** Nonpriority creditor's name and mailing address — $1,200.00

UNCLAIMED PROPERTY OWNER 2018-619249
ADDRESS ON FILE

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Unclaimed Property

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

**3.2134** Nonpriority creditor's name and mailing address — $93.25

UNCLAIMED PROPERTY OWNER 2018-619394
ADDRESS ON FILE

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Unclaimed Property

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

**3.2135** Nonpriority creditor's name and mailing address — $250.00

UNCLAIMED PROPERTY OWNER 2018-619424
ADDRESS ON FILE

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Unclaimed Property

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

**3.2136** Nonpriority creditor's name and mailing address — $5.29

UNCLAIMED PROPERTY OWNER 2018-619493
ADDRESS ON FILE

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Unclaimed Property

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

Official Form 206E/F   Schedule E/F: Creditors Who Have Unsecured Claims   Page 430 of 457

| Debtor | iHeartMedia Management Services, Inc. | Case number *(if known)* | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.2137 | **Nonpriority creditor's name and mailing address** | | $212.77 |
|---|---|---|---|

UNCLAIMED PROPERTY OWNER 2018-619516
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.2138 | **Nonpriority creditor's name and mailing address** | | $600.00 |
|---|---|---|---|

UNCLAIMED PROPERTY OWNER 2018-619664
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.2139 | **Nonpriority creditor's name and mailing address** | | $147.76 |
|---|---|---|---|

UNCLAIMED PROPERTY OWNER 2018-619857
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.2140 | **Nonpriority creditor's name and mailing address** | | $540.17 |
|---|---|---|---|

UNCLAIMED PROPERTY OWNER 2018-620301
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.2141 | **Nonpriority creditor's name and mailing address** | | $1,650.00 |
|---|---|---|---|

UNCLAIMED PROPERTY OWNER 2018-620464
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 431 of 457 |
|---|---|---|

Debtor    iHeartMedia Management Services, Inc.                           Case number (if known)   18-31301 (MI)
          Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    **Amount of claim**

| 3.2142 | Nonpriority creditor's name and mailing address | | $186,276.75 |

UNIFIED ENTERPRISES CORP

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: General Trade Payable

Date or dates debt was incurred Undetermined          Is the claim subject to offset?

Last 4 digits of account number                       ☐ No
                                                      ☐ Yes

| 3.2143 | Nonpriority creditor's name and mailing address | | $6,373.00 |

UNIQLO USA LLC
165 POLITO AVE
LYNDHURST, NJ 07071

As of the petition filing date, the claim is:
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Client Refund

Date or dates debt was incurred Undetermined          Is the claim subject to offset?

Last 4 digits of account number                       ☐ No
                                                      ☐ Yes

| 3.2144 | Nonpriority creditor's name and mailing address | | $10,865.08 |

UNITED ASSET RECOVERY
640 GRAND AVE STE C
CARLSBAD, CA 92008

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: Accrued Payable

Date or dates debt was incurred                       Is the claim subject to offset?

Last 4 digits of account number                       ☐ No
                                                      ☐ Yes

| 3.2145 | Nonpriority creditor's name and mailing address | | $59.25 |

UNITED LAW CENTER

As of the petition filing date, the claim is:
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Client Refund

Date or dates debt was incurred Undetermined          Is the claim subject to offset?

Last 4 digits of account number                       ☐ No
                                                      ☐ Yes

| 3.2146 | Nonpriority creditor's name and mailing address | | $1,595.00 |

UNITED WATER
200 OLD HOOK RD
HARRINGTON PARK, NJ 07640

As of the petition filing date, the claim is:
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Client Refund

Date or dates debt was incurred Undetermined          Is the claim subject to offset?

Last 4 digits of account number                       ☐ No
                                                      ☐ Yes

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          Page 432 of 457

| Debtor | iHeartMedia Management Services, Inc. | Case number *(if known)* 18-31301 (MI) |
|---|---|---|
| | Name | |

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | **Amount of claim** |
|---|---|

---

**3.2147** | **Nonpriority creditor's name and mailing address** | $302,389.12

UNIVERSAL MUSIC GROUP INC
2220 COLORADO AVE
SANTA MONICA, CA 90404

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.2148** | **Nonpriority creditor's name and mailing address** | $2,252.00

UNIVERSITY OF COLORADO HEALTH
C/O POUDRE VALLEY HEALTH CARE INC
2315 E HARMONY RD STE 200
FORT COLLINS, CO 80528

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2149** | **Nonpriority creditor's name and mailing address** | $2,165.00

UNIVERSITY OF TEXAS MEDICAL BR
301 UNIVERSITY BLVD
GALVESTON, TX 77555

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2150** | **Nonpriority creditor's name and mailing address** | $53,980.10

UNIVISION RECEIVABLES CO LLC
POB 740721
LOS ANGELES, CA 90074-0721

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2151** | **Nonpriority creditor's name and mailing address** | $99.00

UNSI
75 REMITTANCE DR
CHICAGO, IL 60675

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor __iHeartMedia Management Services, Inc._____   Case number (if known) __18-31301 (MI)__
　　　　　　Name

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | | **Amount of claim** |
| --- | --- | --- |

| 3.2152 | **Nonpriority creditor's name and mailing address** | $191,677.87 |

UPLAND SOFTWARE INC
POB 205921
DALLAS, TX 75320-5921

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.2153 | **Nonpriority creditor's name and mailing address** | $1,510.93 |

UPS
LOCKBOX 577
CAROL STREAM, IL 60132-0577

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.2154 | **Nonpriority creditor's name and mailing address** | $390.00 |

UPTOWN LIVE CHARLOTTE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.2155 | **Nonpriority creditor's name and mailing address** | $ Undetermined |

US BANK
ATTN: KRISTEL D. RICHARDS
13737 NOEL ROAD, SUITE 800
DALLAS, TX 75240

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantor of 10.625% Priority Guarantee Notes, maturity date of March 15, 2023

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.2156 | **Nonpriority creditor's name and mailing address** | $686.97 |

US CELLULAR
DEPT 0205
PALATINE, IL 60055-0205

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F     **Schedule E/F: Creditors Who Have Unsecured Claims**     Page 434 of 457

| Debtor | iHeartMedia Management Services, Inc. | | Case number (if known) | 18-31301 (MI) |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.2157** | **Nonpriority creditor's name and mailing address** | | $1,321.75

US INTERNATIONAL MEDIA LLC
1201 ALTA LOMA RD
LOS ANGELES, CA 90069

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2158** | **Nonpriority creditor's name and mailing address** | | $3,748.20

US PONY HOLDINGS LLC
1450 BROADWAY 3RD FLOOR
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2159** | **Nonpriority creditor's name and mailing address** | | $6,420.00

US STARS
147 SEALE RD
SAN ANTONIO, TX 78219

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2160** | **Nonpriority creditor's name and mailing address** | | $150.00

UTAH SMILE CLINIC

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2161** | **Nonpriority creditor's name and mailing address** | | $2,000.00

UTC MALL
4545 LA JOLLA VILLAGE DR STE E25
SAN DIEGO, CA 92122

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 435 of 457

Debtor      iHeartMedia Management Services, Inc.                                     Case number (if known)    18-31301 (MI)
            Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.2162**  | **Nonpriority creditor's name and mailing address** | | $458.58

UTILITY TELEPHONE
POB 8489
STOCKTON, CA 95208-9998

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2163**  | **Nonpriority creditor's name and mailing address** | | $1.00

VA HEALTHCARE
950 CAMPBELL AVE
WEST HAVEN, CT 06516

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2164**  | **Nonpriority creditor's name and mailing address** | | $2,038.00

VALLEY POOL & SPA
1520 N DELPHINE AVE
WAYNESBORO, VA 22980-1910

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2165**  | **Nonpriority creditor's name and mailing address** | | $1,702.60

VANGUARD EM

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2166**  | **Nonpriority creditor's name and mailing address** | | $10,997.70

VANTRIX CORPORATION
910 PEEL ST STE G1
MONTREAL, QC H3C 2H8
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor　iHeartMedia Management Services, Inc.
Name

Case number (if known)　18-31301 (MI)

**Part 2:**   **Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

---

**3.2167** | Nonpriority creditor's name and mailing address | | $987.00

VENDOR NAME ON FILE 2018-141585
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2168** | Nonpriority creditor's name and mailing address | | $637.49

VENDOR NAME ON FILE 2018-302871
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2169** | Nonpriority creditor's name and mailing address | | $496.12

VERACITY NETWORKS
170 ELECTION RD STE 200
DRAPER, UT 84020-6420

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2170** | Nonpriority creditor's name and mailing address | | $80,331.25

VERITONE ENTERPRISE LLC
575 ANTON BLVD STE 900
COSTA MESA, CA 92626

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2171** | Nonpriority creditor's name and mailing address | | $8,490.65

VERITONE MEDIA INC
3560 DUNHILL ST STE 120
SAN DIEGO, CA 92121

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 437 of 457

| Debtor | iHeartMedia Management Services, Inc. | Case number (if known) | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.2172 | Nonpriority creditor's name and mailing address | $216.33 |
|---|---|---|

VERIZON

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: General Trade Payable

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

| 3.2173 | Nonpriority creditor's name and mailing address | $58,567.54 |
|---|---|---|

VERIZON
POB 660818
DALLAS, TX 75266-0818

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: General Trade Payable

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

| 3.2174 | Nonpriority creditor's name and mailing address | $4,399.70 |
|---|---|---|

VERIZON BUSINESS
PO BOX 1543
ALBANY, NY 12212-5043

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: General Trade Payable

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

| 3.2175 | Nonpriority creditor's name and mailing address | $103,981.46 |
|---|---|---|

VERIZON BUSINESS
POB 15043
ALBANY, NY 12212-5043

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: General Trade Payable

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

| 3.2176 | Nonpriority creditor's name and mailing address | $62.81 |
|---|---|---|

VERIZON BUSINESS
PO BOX 1543
ALBANY, NY 12212-5043

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: General Trade Payable

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

| Official Form 206E/F | Schedule E/F: Creditors Who Have Unsecured Claims | Page 438 of 457 |
|---|---|---|

Debtor   iHeartMedia Management Services, Inc.
_____
Name

Case number (if known)   18-31301 (MI)

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.2177** | Nonpriority creditor's name and mailing address | | $7,845.14

VERIZON CABS
POB 4832
TRENTON, NJ 08650-4832

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: General Trade Payable

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.2178** | Nonpriority creditor's name and mailing address | | $610.02

VERIZON WIRELESS
POB 21074
TULSA, OK 74121-1074

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Client Refund

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.2179** | Nonpriority creditor's name and mailing address | | $110.96

VERIZON WIRELESS
PO BOX 48
NEWARK, NJ 07101-0408

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: General Trade Payable

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.2180** | Nonpriority creditor's name and mailing address | | $408.18

VERIZON WIRELESS
PO BOX 25505
LEHIGH VALLEY, PA 18002-5505

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: General Trade Payable

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.2181** | Nonpriority creditor's name and mailing address | | $104.59

VERIZON WIRELESS

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: General Trade Payable

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

Debtor    iHeartMedia Management Services, Inc.            Case number *(if known)*   18-31301 (MI)
         Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.2182**   **Nonpriority creditor's name and mailing address**                  $ Undetermined

VERTICAL BRIDGE
POB 748551
LOS ANGELES, CA 90074-8551

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Costs Pursuant to Transition Services Agreement

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.2183**   **Nonpriority creditor's name and mailing address**                  $2,269,742.16

VERTICAL BRIDGE CC FM LLC
951 BROKEN SOUND PARKWAY STE 320
BOCA RATON, FL 33487

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.2184**   **Nonpriority creditor's name and mailing address**                  $30.41

VERTICAL BRIDGE CC FM LLC
951 BROKEN SOUND PARKWAY STE 320
BOCA RATON, FL 33487

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2185**   **Nonpriority creditor's name and mailing address**                  $3,954.00

VESTAR PROPERTIES INC ITF VESTAR GREEN
VALLEY LLC
2425 CAMELBACK RD STE 750
PHOENIX, AZ 85016

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2186**   **Nonpriority creditor's name and mailing address**                  $16,000.00

VETTERY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          Page 440 of 457

Debtor  iHeartMedia Management Services, Inc.
_____
Name

Case number (if known)  18-31301 (MI)

---

**Part 2:  Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.2187** | Nonpriority creditor's name and mailing address | $2,091.96

VIA MEDIA
4009 48TH AVE S
SEATTLE, WA 98118

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2188** | Nonpriority creditor's name and mailing address | $50.26

VIAERO WIRELESS
1228 W PLATTE AVE
FORT MORGAN, CO 80701-2949

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2189** | Nonpriority creditor's name and mailing address | $5,840.55

VIAWEST,  INC.
PO BOX 732368
DALLAS, TX 75373-2368

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2190** | Nonpriority creditor's name and mailing address | $7,500.00

VIBRANT DESIGN LLC
521 12TH ST 2R
BROOKLYN, NY 11215

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2191** | Nonpriority creditor's name and mailing address | $400.00

VICTOR CHUN
4140 ARCH DR 102
STUDIO CITY, CA 91604

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor   iHeartMedia Management Services, Inc.
Name

Case number *(if known)*   18-31301 (MI)

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.2192** | **Nonpriority creditor's name and mailing address** | $412.50

VINYL DEVELOPMENT DBA ZUDY
POB 2727
ORLEANS, MA 02653

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2193** | **Nonpriority creditor's name and mailing address** | $1,200.00

VIOLA & SHARI TALENT GROUP LLC
34 MILL ST
MOUNT HOLLY, NJ 08060

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2194** | **Nonpriority creditor's name and mailing address** | $50.00

VIRGINIA DEPARTMENT OF TAXATION
POB 27407
RICHMOND, VA 23261

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2195** | **Nonpriority creditor's name and mailing address** | $243.88

VIRTUAL INTERACTIVE CENTER
ATTN: ACCOUNTING DEPT
PO BOX 36
KNOXVILLE, TN 37901-0306

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2196** | **Nonpriority creditor's name and mailing address** | $6,815.30

VISION MEDIA
795 RIDGELAKE BLVD
ATTN SHANE NORMAN
MEMPHIS, TN 38120

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 442 of 457

| Debtor | iHeartMedia Management Services, Inc. | Case number *(if known)* | 18-31301 (MI) |
|--------|------|------|------|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.2197** | **Nonpriority creditor's name and mailing address** | $528.00

VISIONARY COMMUNICATIONS, INC.
PO BOX 2799
GILLETTE, WY 82717-2799

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2198** | **Nonpriority creditor's name and mailing address** | $400.00

VISUAL EDGE INC

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2199** | **Nonpriority creditor's name and mailing address** | $1,664.00

VITO C QUASTELA MD PLLC
973 E AVE
ROCHESTER, NY 14607

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2200** | **Nonpriority creditor's name and mailing address** | $5,882.21

VIVA LIFE LLC
5955 CARNEGIE BLVD STE 300
CHARLOTTE, NC 28209

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2201** | **Nonpriority creditor's name and mailing address** | $34,587.13

VMWARE INC
27575 NETWORK PL
CHICAGO, IL 60673-1275

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Official Form 206E/F | Schedule E/F: Creditors Who Have Unsecured Claims | Page 443 of 457 |
|---|---|---|

Debtor _____iHeartMedia Management Services, Inc._____   Case number *(if known)* __18-31301 (MI)__
         Name

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | **Amount of claim**
If no additional NONPRIORITY creditors exist, do not fill out or submit this page. |

| 3.2202 | **Nonpriority creditor's name and mailing address** | | $2,550.00 |
|---|---|---|---|

VTECH ELECTRONICS NORTH AMERICA LLC
1156 W SHURE DR 200
ARLINGTON HEIGHTS, IL 60004

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.2203 | **Nonpriority creditor's name and mailing address** | | $2,035.87 |
|---|---|---|---|

VXCHNGE
PO BOX 825534
PHILADELPHIA, PA 19182-5534

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.2204 | **Nonpriority creditor's name and mailing address** | | $2,562.50 |
|---|---|---|---|

WADE COLLEGE
1950 N STEMMONS FWY
DALLAS, TX 75207

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.2205 | **Nonpriority creditor's name and mailing address** | | $11,512.50 |
|---|---|---|---|

WALMART
705 SW 8TH ST
BENTONVILLE, AR 72716-6299

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.2206 | **Nonpriority creditor's name and mailing address** | | $6,897.75 |
|---|---|---|---|

WAMJ-FM - WUMJ-FM
POB 603441
CHARLOTTE, NC 28260-3441

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 444 of 457 |
|---|---|---|

| Debtor | iHeartMedia Management Services, Inc. | Case number (if known) | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

### Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. **Amount of claim**

---

**3.2207** | **Nonpriority creditor's name and mailing address** | $375.00

WARNERCHAPPELL MUSIC INC
10585 SANTA MONICA BLVD
LOS ANGELES, CA 90025

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2208** | **Nonpriority creditor's name and mailing address** | $4,552.40

WARREN DISTRIBUTING CO

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2209** | **Nonpriority creditor's name and mailing address** | $136.44

WASTE CONNECTIONS INC
OGALLALA DISTRICT
100 EAST 11TH
OGALLALA, NE 69153

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2210** | **Nonpriority creditor's name and mailing address** | $266.91

WATCH COMMUNICATIONS
POB 76835
CLEVELAND, OH 44101-5500

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2211** | **Nonpriority creditor's name and mailing address** | $364.20

WATERLOGIC
POB 677867
DALLAS, TX 75267-7867

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 445 of 457

Debtor    iHeartMedia Management Services, Inc.    Case number *(if known)*  18-31301 (MI)
_____    _____
Name

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.    **Amount of claim**

| 3.2212 | **Nonpriority creditor's name and mailing address** | | $1,442.04 |
|---|---|---|---|

WAUSAU SUPPLY COMPANY

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number**

| 3.2213 | **Nonpriority creditor's name and mailing address** | | $738.75 |
|---|---|---|---|

WAVE HELLO INC
315 MELROSE ST UNIT 3L
BROOKLYN, NY 11237

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number**

| 3.2214 | **Nonpriority creditor's name and mailing address** | | $30.04 |
|---|---|---|---|

WCOIL
215 N ELIZABETH ST
LIMA, OH 45801

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number**

| 3.2215 | **Nonpriority creditor's name and mailing address** | | $145.15 |
|---|---|---|---|

WE LL FLOOR U INC

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number**

| 3.2216 | **Nonpriority creditor's name and mailing address** | | $248.08 |
|---|---|---|---|

WEATHERALPHA LLC
3451 SLADE RUN DR
FALLS CHURCH, VA 22042

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number**

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    Page 446 of 457

| Debtor | iHeartMedia Management Services, Inc. | Case number (if known) | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.2217** | **Nonpriority creditor's name and mailing address** | $420.00

WEBER S WORLDWIDE
676 N ST CLAIR #1000
CHICAGO, IL 60611

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2218** | **Nonpriority creditor's name and mailing address** | $125,406.17

WELLNESS CORPORATE SOLUTIONS
7617 ARLINGTON RD
BETHESDA, MD 20814

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2219** | **Nonpriority creditor's name and mailing address** | $200,302.96

WELLS FARGO VENDOR FINANCIAL SERVICES
POB 931088
ATLANTA, GA 31193-1088

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2220** | **Nonpriority creditor's name and mailing address** | $1,810.00

WEST DAIRY TRANSPORT LLC
POB 590
CABOOL, MO 65689

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2221** | **Nonpriority creditor's name and mailing address** | $45.19

WEST UNIFIED COMMUNICATIONS SERVICES INC
POB 281866
ATLANTA, GA 30384-1866

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Official Form 206E/F | Schedule E/F: Creditors Who Have Unsecured Claims | Page 447 of 457

Debtor   iHeartMedia Management Services, Inc.                     Case number (if known)   18-31301 (MI)
_____Name_____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.2222**   **Nonpriority creditor's name and mailing address**                                                   $48.26

WEST WISCONSIN TELECOM
POB 115
DOWNSVILLE, WI 54735

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2223**   **Nonpriority creditor's name and mailing address**                                                   $2,034.65

WESTERN ALLIED CORPORATION
POB 3628
SANTA FE SPRINGS, CA 90670-1628

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2224**   **Nonpriority creditor's name and mailing address**                                                   $18.75

WESTERN IOWA TELEPHONE
POB 38
LAWTON, IA 51030-0038

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2225**   **Nonpriority creditor's name and mailing address**                                                   $10,500.00

WESTFIELD LLC
2049 CENTURY PARK E STE 4100
LOS ANGELES, CA 90067-3216

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2226**   **Nonpriority creditor's name and mailing address**                                                   $2,350.00

WESTON SANTOS
6117 SIMPSON AVE
DBA THE BOYZ PHOTOS
NORTH HOLLYWOOD, CA 91606

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F              **Schedule E/F: Creditors Who Have Unsecured Claims**              Page 448 of 457

| Debtor | iHeartMedia Management Services, Inc. | Case number *(if known)* | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.2227**   Nonpriority creditor's name and mailing address                                                    $12,250.00

WHITE GREER & MAGGARD PSC

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

Date or dates debt was incurred Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number

---

**3.2228**   Nonpriority creditor's name and mailing address                                                    $76.19

WI SCTF
BOX 74400
MILWAUKEE, WI 53274

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

Date or dates debt was incurred

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number

---

**3.2229**   Nonpriority creditor's name and mailing address                                                    $499.12

WILINE NETWORKS INC
DEPT LA 24599
PASADENA, CA 91185-4599

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

Date or dates debt was incurred Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number

---

**3.2230**   Nonpriority creditor's name and mailing address                                                    $4,306.50

WILKINS FINSTON FRIEDMAN
12001 CENTRAL EXPY STE 1150
DALLAS, TX 75243

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

Date or dates debt was incurred Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number

---

**3.2231**   Nonpriority creditor's name and mailing address                                                    $ Undetermined

WILMINGTON TRUST
ATTN: JACK NEEDHAM
1100 N. MARKET STREET
WILMINGTON, DE 19890

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantor of 9% Priority Guarantee Notes, maturity date of
September 15, 2022

Date or dates debt was incurred Undetermined

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number

---

Debtor   iHeartMedia Management Services, Inc.                    Case number *(if known)*   18-31301 (MI)
         Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.2232** | **Nonpriority creditor's name and mailing address** | $ Undetermined

WILMINGTON TRUST
ATTN: JACK NEEDHAM
1100 N. MARKET STREET
WILMINGTON, DE 19890

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantor of 9% Priority Guarantee Notes, maturity date of December 15, 2019

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.2233** | **Nonpriority creditor's name and mailing address** | $ Undetermined

WILMINGTON TRUST
ATTN: JACK NEEDHAM
1100 N. MARKET STREET
WILMINGTON, DE 19890

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantor of 9% Priority Guarantee Notes, maturity date of March 1, 2021

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.2234** | **Nonpriority creditor's name and mailing address** | $14,179.95

WILSHIRE CHAUFFEURED SERVICES
11231 S LA CIENEGA BLVD
LOS ANGELES, CA 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2235** | **Nonpriority creditor's name and mailing address** | $118.00

WILSON ELSER MOSKOWITZ EDELMAN &  DICKER
150 E 42ND ST
NEW YORK, NY 10017

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2236** | **Nonpriority creditor's name and mailing address** | $400.00

WINDERMERE REAL ESTATE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor   iHeartMedia Management Services, Inc.   Case number *(if known)*  18-31301 (MI)
_____        _____
Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.2237** **Nonpriority creditor's name and mailing address** | $599.63

WINDHAM PROFESSIONALS INC
380 MAIN ST
SALEM, NH 03079

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2238** **Nonpriority creditor's name and mailing address** | $995.00

WINDSOUTH CREDIT UNION FINANCIAL SVCS

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2239** **Nonpriority creditor's name and mailing address** | $10,743.66

WINDSTREAM
POB 9001013
LOUISVILLE, KY 40290-1013

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2240** **Nonpriority creditor's name and mailing address** | $19,999.46

WINDSTREAM
POB 9001908
LOUISVILLE, KY 40290-1908

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2241** **Nonpriority creditor's name and mailing address** | $4,177.70

WINDSTREAM COMMUNICATIONS
POB 843006
KANSAS CITY, MO 64184-3006

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor   iHeartMedia Management Services, Inc.

Name

Case number *(if known)*   18-31301 (MI)

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.2242** **Nonpriority creditor's name and mailing address** $270.71

WINDSTREAM KENTUCKY EAST LLC
POB 9001908
LOUISVILLE, KY 40290-1908

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2243** **Nonpriority creditor's name and mailing address** $15,056.31

WINGSTOP DALLAS-FORT WORTH COOP
WDFW
POB 48000
DENVER, CO 80204-8000

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2244** **Nonpriority creditor's name and mailing address** $11,526.50

WINSTON & STRAWN LLP
36235 TREASURY CENTER
CHICAGO, IL 60694-6200

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2245** **Nonpriority creditor's name and mailing address** $722.58

WISPER ISP
9711 FUESSER RD
MASCOUTAH, IL 62258

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2246** **Nonpriority creditor's name and mailing address** $578.26

WISPER ISP INC
9711 FUESSER RD
MASCOUTAH, IL 62258

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | iHeartMedia Management Services, Inc. | Case number (if known) | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.2247** | Nonpriority creditor's name and mailing address | | $10,002.48

WOCHIT INC
12 E 33RD ST 4TH FL
NEW YORK, NY 10016

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: General Trade Payable

Date or dates debt was incurred Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.2248** | Nonpriority creditor's name and mailing address | | $94.13

WOFPOFF
702 KING FARM BLVD
ROCKVILLE, MD 20850

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Unclaimed Property

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.2249** | Nonpriority creditor's name and mailing address | | $1,520.00

WOODCRAFT
3028 BLAKE JAMES DR
LEXINGTON, KY 40509

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Client Refund

Date or dates debt was incurred Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.2250** | Nonpriority creditor's name and mailing address | | $44,000.00

WORKIVA INC
2900 UNIVERSITY BLVD
AMES, IA 50010

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: General Trade Payable

Date or dates debt was incurred Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.2251** | Nonpriority creditor's name and mailing address | | $8,555.59

WORLD WIDE TECHNOLOGY INC
POB 957653
SAINT LOUIS, MO 63195-7653

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: Accrued Payable

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

Debtor   iHeartMedia Management Services, Inc.
         _____
         Name

Case number (if known)  18-31301 (MI)

---

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.2252 | **Nonpriority creditor's name and mailing address** | $1,275.25 |
|---|---|---|

WWE INC
1241 E MAIN ST
STAMFORD, CT 06902-3520

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.2253 | **Nonpriority creditor's name and mailing address** | $43.68 |
|---|---|---|

XPO LOGISTICS
29564 NETWORK PL
CHICAGO, NY 60673-1564

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.2254 | **Nonpriority creditor's name and mailing address** | $226,737.63 |
|---|---|---|

YOUAPPI INC
2 EMBARCADERO CTR STE 2310
SAN FRANCISCO, CA 94111-3919

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.2255 | **Nonpriority creditor's name and mailing address** | $15,000.00 |
|---|---|---|

YOUNG AUDIENCES NEW YORK
1 E 53RD ST
NEW YORK, NY 10022

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.2256 | **Nonpriority creditor's name and mailing address** | $16,738.20 |
|---|---|---|

YOUNGBLOOD AUTO
3505 S CAMPBELL AVE
SPRINGFIELD, MO 65807

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 454 of 457

| Debtor | iHeartMedia Management Services, Inc. | Case number (if known) | 18-31301 (MI) |
| | Name | | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.2257**   Nonpriority creditor's name and mailing address   $2,839.00

ZACHRY ASSOCIATES
POB 1739
ABILENE, TX 79604

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

Date or dates debt was incurred Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.2258**   Nonpriority creditor's name and mailing address   $872.95

ZAYO COLOCATION, INC.
PO BOX 952136
DALLAS, TX 75395-2136

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

Date or dates debt was incurred Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.2259**   Nonpriority creditor's name and mailing address   $44,398.29

ZIMMERMAN AXELRAD MEYER STERN WISE PC
3040 POST OAK BLVD STE 1300
HOUSTON, TX 77056

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

Date or dates debt was incurred Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.2260**   Nonpriority creditor's name and mailing address   $1,000.00

ZONA ROZA 1
6237 BELLAIRE BLVD
HOUSTON, TX 77081

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client Refund

Date or dates debt was incurred Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

Debtor     iHeartMedia Management Services, Inc.         Case number *(if known)*   18-31301 (MI)
Name

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4.  List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

Debtor   iHeartMedia Management Services, Inc.                          Case number (if known) 18-31301 (MI)
_____Name_____

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a.  **Total claims from Part 1** | 5a. | $_____0.00 <br> + undetermined amounts |
| 5b.  **Total claims from Part 2** | 5b.  **+** | $_____21,623,210,139.86 <br> + undetermined amounts |
| 5c.  **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $_____21,623,210,139.86 <br> + undetermined amounts |

**Fill in this information to identify the case:**

Debtor name   iHeartMedia Management Services, Inc.

United States Bankruptcy Court for the: Southern          District of   Texas,  Houston Divison

Case number (If known):   18-31301 (MI)          Chapter   11

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Non-Disclosure Agreement Dated 01/09/2017 | 3CLOGIC INC.<br>9201 CORPORATE BLVD<br>SUITE 470<br>ROCKVILLE, MD 20850 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Service Order Dated 04/07/2017 | 3CLOGIC, INC.<br>9201 CORPORATE BLVD., SUITE 470<br>ROCKVILLE, MD 20850 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement Dated 04/07/2017 | 3CLOGIC, INC.<br>9201 CORPORATE BLVD., SUITE 470<br>ROCKVILLE, MD 20850 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | Software Quote | 4WARD<br>ATTN: ACCOUNTS PAYABLE<br>12 PENNS TRAIL<br>NEWTOWN, PA 18950 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | 4Ward Terms of Service | 4WARD SRL<br>4WARD USA<br>ATTN: CARL BAUMANN<br>CEO<br>12 PENNS TRAIL<br>NEWTOWN , PA 18950 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   _iHeartMedia Management Services, Inc._
Name

Case number *(if known)* __18-31301 (MI)__

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | 4Ward Terms of Service | 4WARD SRL<br>4WARD USA<br>ATTN: CARL BAUMANN<br>CEO<br>12 PENNS TRAIL<br>NEWTOWN , PA 18950 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | 4ward Terms of Service Dated 08/31/2016 | 4WARD SRL<br>4WARD USA<br>ATTN: CARL BAUMANN<br>CEO<br>12 PENNS TRAIL<br>NEWTOWN , PA 18950 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | Invoice 3 Dated 08/31/2016 | 4WARD USA<br>12 PENNS TRAIL<br>NEWTOWN, PA 18940 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | Non-Disclosure and Confidentiality Agreement Dated 04/08/2009 | A-CONNECT (US) INC.<br>ATTN: NINA EIGERMAN<br>TALENT PARTNER<br>100 FRANKLIN STREET<br>6TH FLOOR<br>BOSTON, MA 02110 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | Consulting Services Agreement Dated 03/24/2009 | A-CONNECT (US) INC.<br>ATTN: NINA EIGERMAN<br>TALENT PARTNER<br>100 FRANKLIN ST.<br>6TH FLOOR<br>BOSTON, MA 02110 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | Consulting Services Agreement Dated 03/24/2009 | A-CONNECT (US) INC.<br>ATTN: NINA EIGERMAN<br>100 FRANKLIN ST.<br>6TH FLOOR<br>BOSTON , MA 02110 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | ServiceNow Requirements Gathering and Implementation Services Dated 11/28/2016 | ACCENTURE LLP<br>ATTN: JASON WOJAHN<br>SENIOR VICE PRESIDENT |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor _____iHeartMedia Management Services, Inc._____
          Name

Case number (if known) __18-31301 (MI)__

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.13** | State what the contract or lease is for and the nature of the debtor's interest | Lean Master Services Agreement Dated 11/29/2016 | ACCENTURE LLP ATTN: JASON WOJAHN MANAGING DIRECTOR |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.14** | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement Dated 10/10/2017 | ACCENTURE, LLP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.15** | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement  Dated 10/10/2017 | ACCENTURE, LLP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.16** | State what the contract or lease is for and the nature of the debtor's interest | Mutual Confidentiality and Non-Disclosure Agreement  Dated 12/17/2016 | ACCENTURE, LLP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.17** | State what the contract or lease is for and the nature of the debtor's interest | Mutual Confidentiality and Non-Disclosure Agreement Dated 12/07/2016 | ACCENTURE, LLP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.18** | State what the contract or lease is for and the nature of the debtor's interest | Letter Service Agreement Dated 02/16/2010 | ACCRETIVE SOLUTIONS ATTN: DOUG MZYK VP, MARKET LEADER 300 CONVENT STREET SUITE 2460 SAN ANTONIO , TX 78205 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.19** | State what the contract or lease is for and the nature of the debtor's interest | Licensing Agreement - Invoice Dated 05/26/2015 | ACCUVANT 1125 17TH STREET SUITE 1700 DENVER, CO 80202 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor ___iHeartMedia Management Services, Inc.___
Name

Case number *(if known)* ___18-31301 (MI)___



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.20 | State what the contract or lease is for and the nature of the debtor's interest | License Agreement - Order Dated 11/01/2017 | ACQUIA, INC.<br>53 STATE STREET, 10TH FLOOR<br>BOSTON, MA 02109 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.21 | State what the contract or lease is for and the nature of the debtor's interest | Subscription and Services Agreement Dated 03/11/2016 | ACQUIA, INC.<br>ATTN: JOSEPH BULENS<br>VP OF FINANCE<br>53 STATE STREET<br>BOSTON , MA 02109 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.22 | State what the contract or lease is for and the nature of the debtor's interest | Limited License Agreement  Dated 01/01/2013 | ACT 1 SYSTEMS, INC.<br>21031 VENTURA  BOULEVARD<br>SUITE 1020<br>WOODLAND HILLS , CA 91364 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.23 | State what the contract or lease is for and the nature of the debtor's interest | Confidentiality Agreement Dated 10/12/2009 | ADDUCCO CONSULTING , LLC<br>ATTN: DEAN BROWN<br>20079 STONE OAK PARKWAY<br>SAN ANTONIO , TX 78259 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.24 | State what the contract or lease is for and the nature of the debtor's interest | Exhibit A Statement of Work | ADECCO<br>ATTN: SY HASAN<br>36 DISCOVERY<br>#250<br>IRVINE, CA 92618 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.25 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 10/11/2016 | ADECCO<br>ATTN: SY HASAN<br>36 DISCOVERY<br>#250<br>IRVINE, CA 92618 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.26 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 12/01/2013 | ADITI TECHNOLOGIES PVT. LTD.<br>ATTN: VINEET KUMAR ARORA<br>CHIEF OPERATING OFFICER<br>C-4 BLOCK, WING -A<br>MANYATA EMBASSY BUSINESS PARK<br>BANGALORE, KARNATAKA 560 045<br>INDIA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    iHeartMedia Management Services, Inc.
          Name

Case number (if known)   18-31301 (MI)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.27 | State what the contract or lease is for and the nature of the debtor's interest | Sales Order  Dated 06/01/2017 | ADOBE SYSTEMS INCORPORATED<br>345 PARK AVENUE<br>SAN JOSE, CA 95110-2704 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.28 | State what the contract or lease is for and the nature of the debtor's interest | Sales Order | ADOBE SYSTEMS INCORPORATED<br>ATTN: CONTRACT ADMINISTRATION GROUP - RG<br>345 PARK AVENUE<br>SAN JOSE, CA 95110 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.29 | State what the contract or lease is for and the nature of the debtor's interest | Adobe Enterprise Term License Agreement - Sales Order Dated 05/30/2014 | ADOBE SYSTEMS INCORPORATED<br>345 PARK AVENUE<br>SAN JOSE , CA 95110 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.30 | State what the contract or lease is for and the nature of the debtor's interest | License Agreement  Dated 05/29/2014 | ADOBE SYSTEMS INCORPORATED<br>ATTN: CONTRACT ADMINISTRATION GROUP - RG<br>345 PARK AVENUE<br>SAN JOSE , CA 95110 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.31 | State what the contract or lease is for and the nature of the debtor's interest | Term License Agreement Sales Order Dated 05/30/2014 | ADOBE SYSTEMS INCORPORATED<br>ATTN: GREG SIMPSON<br>DIRECTOR OF FINANCE ASSIST. CONTROLLER<br>345 PARK AVENUE<br>SAN JOSE, CA 95110 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.32 | State what the contract or lease is for and the nature of the debtor's interest | Adobe Sales Order  Dated 05/30/2017 | ADOBE SYSTEMS INCORPORATED<br>345 PARK AVENUE<br>SAN JOSE , CA 95110-2704 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.33 | State what the contract or lease is for and the nature of the debtor's interest | Amendment to License Agreement | ADOBE SYSTEMS INCORPORATED<br>ATTN: CONTRACT OPERATIONS GROUP<br>345 PARK AVENUE<br>SAN JOSE, CA 95110 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    iHeartMedia Management Services, Inc.
          Name

Case number (if known)   18-31301 (MI)

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.34 | State what the contract or lease is for and the nature of the debtor's interest | Adobe Sales Order Dated 05/30/2017 | ADOBE SYSTEMS INCORPORATED ATTN: ERIC PIZIALI WW DIRECTOR OF REVENUE OPERATIONS 345 PARK AVENUE SAN JOSE , CA 95110 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.35 | State what the contract or lease is for and the nature of the debtor's interest | Sales Order  Dated 05/30/2014 | ADOBE SYSTEMS INCORPORATED 345 PARK AVENUE SAN JOSE, CA 95110-2704 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.36 | State what the contract or lease is for and the nature of the debtor's interest | Sales Order | ADOBE SYSTEMS SOFTWARE IRELAND 4-6 RIVERWALK, CITY WEST BUSINESS CAMPUS DUBLIN 24 IRELAND (EIRE) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.37 | State what the contract or lease is for and the nature of the debtor's interest | Adobe Enterprise Term License Agreement - Sales Order Dated 05/30/2014 | ADOBE SYSTEMS SOFTWARE IRELAND 4-6 RIVERWALK CITY WEST BUSINESS CAMPUS DUBLIN 24 IRELAND (EIRE) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.38 | State what the contract or lease is for and the nature of the debtor's interest | License Agreement  Dated 05/29/2014 | ADOBE SYSTEMS SOFTWARE IRELAND 4-6 RIVERWALK CITY WEST BUSINESS CAMPUS DUBLIN 24 IRELAND (EIRE) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.39 | State what the contract or lease is for and the nature of the debtor's interest | Sales Order  Dated 05/30/2014 | ADOBE SYSTEMS SOFTWARE IRELAND 4-6 RIVERWALK, CITY WEST BUSINESS CAMPUS DUBLIN 24 IRELAND (EIRE) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.40 | State what the contract or lease is for and the nature of the debtor's interest | Adobe Sales Order  Dated 05/30/2017 | ADOBE SYSTEMS SOFTWARE IRELAND LIMITED 4-6 RIVERWALK CITY WEST BUSINESS CAMPUS DUBLIN 24 IRELAND (EIRE) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    iHeartMedia Management Services, Inc.
          Name

Case number (if known)   18-31301 (MI)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.41 | State what the contract or lease is for and the nature of the debtor's interest | Data Model Maintenance Agreement Dated 08/06/2012 | ADRM SOFTWARE INC. 2360 CORPORATE CIRCLE SUITE 400 HENDERSON , NV 89074-7739 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.42 | State what the contract or lease is for and the nature of the debtor's interest | Data Model Maintenance Agreement Dated 08/06/2012 | ADRM SOFTWARE, INC. 2360 CORPORATE CIRCLE SUITE 400 HENDERSON, NV 89074-7739 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.43 | State what the contract or lease is for and the nature of the debtor's interest | Data Model Maintenance Agreement Dated 08/06/2012 | ADRM SOFTWARE, INC. 2360 CORPORATE CIRCLE SUITE 400 HENDERSON, NV 89074-7739 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.44 | State what the contract or lease is for and the nature of the debtor's interest | Non-Disclosure Agreement Dated 09/05/2014 | ADVERTISING RED BOOKS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.45 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement Dated 01/30/2015 | ADVOCATE NETWORKS, LLC D/B/A ADVOCATE ERS PARKWAY T-100 NORCROSS, GA 30092 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.46 | State what the contract or lease is for and the nature of the debtor's interest | Letter of Authorization/Consultant NDA Dated 09/15/2017 | ADVOCATE NETWORKS, LLC DBA ADVOCATE INSIDERS ATTN: TOM MCLEAN 6200 THE CORNERS PARKWAY SUITE T100 NORCROSS , GA 30092 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.47 | State what the contract or lease is for and the nature of the debtor's interest | Letter of Engagement  Dated 02/17/2015 | ADVOCATES NETWORKS, LLC 6200 THE CORNERS PARKWAY SUITE T-100 NORCROSS, GA 30092 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    iHeartMedia Management Services, Inc.
              Name

Case number (if known)   18-31301 (MI)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.48 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 11/13/2015 | ADVOCATES NETWORKS, LLC<br>6200 THE CORNERS PARKWAY<br>SUITE T-100<br>NORCROSS, GA 30092 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.49 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 11/23/2015 | ADVOCATES NETWORKS, LLC<br>6200 THE CORNERS PARKWAY<br>SUITE T-100<br>NORCROSS, GA 30092 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.50 | State what the contract or lease is for and the nature of the debtor's interest | Addendum to Connectivity Lifecycle Management Statement of Work Dated 12/01/2015 | ADVOCATES NETWORKS, LLC<br>6200 THE CORNERS PARKWAY<br>SUITE T-100<br>NORCROSS, GA 30092 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.51 | State what the contract or lease is for and the nature of the debtor's interest | Engagement Letter to provide professional services  Dated 09/09/2014 | ADVOCATES NETWORKS, LLC<br>6200 THE CORNERS PARKWAY<br>SUITE T-100<br>NORCROSS, GA 30092 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.52 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 07/01/2015 | ADVOCATES NETWORKS, LLC<br>6200 THE CORNERS PARKWAY<br>SUITE T-100<br>NORCROSS, GA 30092 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.53 | State what the contract or lease is for and the nature of the debtor's interest | Amendment #2 to Professional Services Agreement  Dated 01/29/2018 | ADVOCATES NETWORKS, LLC<br>6200 THE CORNERS PARKWAY<br>SUITE T-100<br>NORCROSS, GA 30092 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.54 | State what the contract or lease is for and the nature of the debtor's interest | Addendum to Connectivity Statement of Work Dated 11/30/2015 | ADVOCATES NETWORKS, LLC<br>6200 THE CORNERS PARKWAY<br>SUITE T-100<br>NORCROSS, GA 30092 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    iHeartMedia Management Services, Inc.                          Case number (if known)  18-31301 (MI)
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.55 | State what the contract or lease is for and the nature of the debtor's interest | Connectivity Lifecycle Services Exhibits | ADVOCATES NETWORKS, LLC<br>6200 THE CORNERS PARKWAY<br>SUITE T-100<br>NORCROSS, GA 30092 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.56 | State what the contract or lease is for and the nature of the debtor's interest | Addendum to Statement of Work Dated 11/30/2015 | ADVOCATES NETWORKS, LLC<br>6200 THE CORNERS PARKWAY<br>SUITE T-100<br>NORCROSS, GA 30092 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.57 | State what the contract or lease is for and the nature of the debtor's interest | Amended and Restated Statement of Work  Dated 02/01/2018 | ADVOCATES NETWORKS, LLC<br>6200 THE CORNERS PARKWAY<br>SUITE T-100<br>NORCROSS, GA 30092 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.58 | State what the contract or lease is for and the nature of the debtor's interest | Letter of Engagement  Dated 01/08/2014 | ADVOCATES NETWORKS, LLC<br>6200 THE CORNERS PARKWAY<br>SUITE T-100<br>NORCROSS, GA 30092 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.59 | State what the contract or lease is for and the nature of the debtor's interest | Electric Service Agreement  Dated 10/13/2014 | AEP ENERGY, INC.<br>225 WEST WACKER DRIVE<br>SUITE 700<br>CHICAGO , IL 60606 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.60 | State what the contract or lease is for and the nature of the debtor's interest | Electric Service Agreement. Dated 10/13/2014 | AEP ENERGY, INC.<br>225 WEST WACKER DRIVE<br>SUITE 700<br>CHICAGO , IL 60606 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.61 | State what the contract or lease is for and the nature of the debtor's interest | NCOA Processing Acknowledgement Form  Dated 12/21/2010 | AEXIOM CORPORATION<br>LARRY HORTON<br>PRODUCT DATA SPECIALIST |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Official Form 206G          **Schedule G: Executory Contracts and Unexpired Leases**          Page 9 of 244

Debtor ___iHeartMedia Management Services, Inc.___     Case number *(if known)* __18-31301 (MI)__
         Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.62 | State what the contract or lease is for and the nature of the debtor's interest | Agreement for Electric Service | AIKEN ELECTRIC COOP INC<br>POB 417<br>AIKEN, SC 29802 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.63 | State what the contract or lease is for and the nature of the debtor's interest | Mutual Confidentiality and Non-Disclosure Agreement  Dated 12/07/2016 | ALEKSTRA, INC. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.64 | State what the contract or lease is for and the nature of the debtor's interest | Non-Disclosure Agreement Dated 02/28/2017 | ALIENVAULT INC.<br>1875 S GRANT STREET<br>SUITE 200<br>SAN MATEO, CA 94402 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.65 | State what the contract or lease is for and the nature of the debtor's interest | Corporate Incentive Agreement Dated 03/01/2014 | ALITALIA  - SOCIETA AEREA ITALIANA S.P.A<br>FIUMICINO (RM)<br>POSTCODE 00054<br>VIA A. NASSETTI S.N.C. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.66 | State what the contract or lease is for and the nature of the debtor's interest | Amendment to the Corporate Agreement.  Dated 01/15/2016 | ALITALIA  - SOCIETA AEREA ITALIANA S.P.A<br>FIUMICINO (RM)<br>POSTCODE 00054<br>VIA A. NASSETTI S.N.C. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.67 | State what the contract or lease is for and the nature of the debtor's interest | Mutual Confidentiality and Non-Disclosure Agreement Dated 04/15/2014 | ALIXPARTNERS, LLP<br>2000 TOWN CENTER<br>SUITE 2400<br>SOUTHFIELD, MI 48075 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.68 | State what the contract or lease is for and the nature of the debtor's interest | Letter Agreement  Dated 10/07/2016 | ALLIEDBARTON SECURITY SERVICES,  LLC<br>9583 GREENTHREAD DRIVE<br>ZIONSVILLE, IN 46077 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor ___iHeartMedia Management Services, Inc.___ Case number *(if known)* __18-31301 (MI)__
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.69 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement Dated 04/01/2013 | ALPHA PROFESSIONAL SERVICES ATTN: MOGEN NAIDOO 900 108TH AVE NE #206 BELLEVUE, WA 98004 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.70 | **State what the contract or lease is for and the nature of the debtor's interest** | Exhibit A Statement of Work Dated 11/10/2014 | ALPHA PROFESSIONAL SERVICES ATTN: MOGEN NAIDOO MANAGING PARTNER 7336 LAVERY DRIVE PLANO , TX 75025 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.71 | **State what the contract or lease is for and the nature of the debtor's interest** | Exhibit B Change Order No. 1 Dated 01/14/2014 | ALPHA PROFESSIONAL SERVICES ATTN: MOGEN NAIDOO DIRECTOR 800 108TH AVE NE #208 BELLEVUE, WA 98004 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.72 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Service Agreement Dated 04/01/2013 | ALPHA PROFESSIONAL SERVICES ATTN: MOGEN NAIDOO DIRECTOR 800 108TH AVE NE #208 BELLEVUE, WA 98004 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.73 | **State what the contract or lease is for and the nature of the debtor's interest** | Exhibit A Statement of Work Dated 05/13/2013 | ALPHA PROFESSIONAL SERVICES ATTN: MOGEN NAIDOO DIRECTOR 800 108TH AVE NE #208 BELLEVUE, WA 98004 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.74 | **State what the contract or lease is for and the nature of the debtor's interest** | Exhibit B Change Order No. 2 Dated 06/03/2014 | ALPHA PROFESSIONAL SERVICES ATTN: MOGEN NAIDOO MANAGING PARTNER 7336 LAVERY DRIVE PLANO, TX 75025 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.75 | **State what the contract or lease is for and the nature of the debtor's interest** | Exhibit B Change Order No. 6 Dated 09/17/2015 | ALPHA PROFESSIONAL SERVICES ATTN: MOGEN NAIDOO MANAGING PARTNER 7336 LAVERY DRIVE PLANO, TX 75025 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor    iHeartMedia Management Services, Inc.
          Name

Case number (if known)   18-31301 (MI)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.76 | **State what the contract or lease is for and the nature of the debtor's interest** | Statement of Work Dated 07/17/2017 | ALPHA PROFESSIONAL SERVICES ATTN: MOGEN NAIDOO MANAGING PARTNER 7336 LAVERY DRIVE PLANO, TX 75025 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.77 | **State what the contract or lease is for and the nature of the debtor's interest** | Exhibit A Statement of Work Dated 04/01/2013 | ALPHA PROFESSIONAL SERVICES ATTN: MOGEN NAIDOO MANAGING PARTNER 7336 LAVERY DRIVE PLANO, TX 75025 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.78 | **State what the contract or lease is for and the nature of the debtor's interest** | Change Order No. 1 Dated 07/07/2014 | ALPHA PROFESSIONAL SERVICES ATTN: MOGEN NAIDOO MANAGING PARTNER 7336 LAVERY DRIVE PLANO, TX 75025 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.79 | **State what the contract or lease is for and the nature of the debtor's interest** | Change Order No. 6 Dated 09/26/2015 | ALPHA PROFESSIONAL SERVICES ATTN: MOGEN NAIDOO MANAGING PARTNER 7336 LAVERY DRIVE PLANO, TX 75025 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.80 | **State what the contract or lease is for and the nature of the debtor's interest** | Exhibit B Change Order No. 5 Dated 07/01/2015 | ALPHA PROFESSIONAL SERVICES ATTN: MOGEN NAIDOO MANAGING PARTNER 7336 LAVERY DRIVE PLANO, TX 75025 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.81 | **State what the contract or lease is for and the nature of the debtor's interest** | Exhibit A Statement of Work Dated 03/14/2013 | ALPHA PROFESSIONAL SERVICES ATTN: MOGEN NAIDOO MANAGING PARTNER 7336 LAVERY DRIVE PLANO, TX 75025 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.82 | **State what the contract or lease is for and the nature of the debtor's interest** | Exhibit B Change Order No. 2 Dated 12/16/2014 | ALPHA PROFESSIONAL SERVICES ATTN: MOGEN NAIDOO MANAGING PARTNER 7336 LAVERY DRIVE PLANO, TX 75025 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor ___iHeartMedia Management Services, Inc.___ Case number *(if known)* __18-31301 (MI)__
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.83 | State what the contract or lease is for and the nature of the debtor's interest | Exhibit B - Change Order No. 5 Dated 07/01/2015 | ALPHA PROFESSIONAL SERVICES ATTN: MOGEN NAIDOO MANAGING PARTNER 7336 LAVERY DRIVE PLANO, TX 75025 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.84 | State what the contract or lease is for and the nature of the debtor's interest | Exhibit B - Change Order No. 3 Dated 01/02/2015 | ALPHA PROFESSIONAL SERVICES ATTN: MOGEN NAIDOO MANAGING PARTNER 7336 LAVERY DRIVE PLANO, TX 75025 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.85 | State what the contract or lease is for and the nature of the debtor's interest | Exhibit B - Change Order No. 4 Dated 04/01/2015 | ALPHA PROFESSIONAL SERVICES ATTN: MOGEN NAIDOO MANAGING PARTNER 7336 LAVERY DRIVE PLANO, TX 75025 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.86 | State what the contract or lease is for and the nature of the debtor's interest | Exhibit B Change Order No.2 Dated 01/02/2015 | ALPHA PROFESSIONAL SERVICES ATTN: MOGEN NAIDOO MANAGING PARTNER 7336 LAVERY DRIVE PLANO, TX 75025 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.87 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 06/06/2016 | ALPHA PROFESSIONAL SERVICES ATTN: MOGEN NAIDOO MANAGING PARTNER 7336 LAVERY DRIVE PLANO, TX 75025 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.88 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work #4 Dated 02/13/2017 | ALSBRIDGE, INC. 15303 DALLAS PARKWAY SUITE 200 ADDISON , TX 75001 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.89 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work #3.0  Dated 09/27/2016 | ALSBRIDGE, INC. 15303 DALLAS PARKWAY SUITE 200 ADDISON , TX 75001 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor ___iHeartMedia Management Services, Inc.___    Case number (if known) __18-31301 (MI)__
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.90 | State what the contract or lease is for and the nature of the debtor's interest | Software License Agreement - Order Form Dated 09/01/2017 | ALSBRIDGE, INC. 15303 DALLAS PARKWAY SUITE 200 ADDISON, TX 75001 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.91 | State what the contract or lease is for and the nature of the debtor's interest | Software License Agreement Dated 12/31/2015 | ALSBRIDGE, INC. 15303 DALLAS PARKWAY SUITE 200 ADDISON, TX 75001 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.92 | State what the contract or lease is for and the nature of the debtor's interest | Software License Agreement Dated 12/31/2016 | ALSBRIDGE, INC. 15303 DALLAS PARKWAY SUITE 200 ADDISON, TX 75001 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.93 | State what the contract or lease is for and the nature of the debtor's interest | Software License Agreement - Order Form Dated 12/31/2016 | ALSBRIDGE, INC. 15303 DALLAS PARKWAY SUITE 200 ADDISON, TX 75001 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.94 | State what the contract or lease is for and the nature of the debtor's interest | Consulting Services Agreement - Contract to Hire Dated 08/12/2011 | AMER TECHNOLOGY INC ATTN: BALWINDER DHILLON 5717 NW PARKWAY SUITE 103 SAN ANTONIO, TX 78249 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.95 | State what the contract or lease is for and the nature of the debtor's interest | Corporate Travel Agreement - Terms and Conditions  Dated 11/10/2016 | AMERICAN AIRLINES 4255 AMON CARTER BLVD. FORT WORTH, TX 76155 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.96 | State what the contract or lease is for and the nature of the debtor's interest | Letter Agreement Dated 10/15/2012 | AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC. WORLD FINANCIAL CENTER AMERICAN EXPRESS TOWER NEW YORK, NY 10285 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    iHeartMedia Management Services, Inc.               Case number *(if known)*   18-31301 (MI)
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.97 | State what the contract or lease is for and the nature of the debtor's interest | Letter - Agreement for American Express Card Acceptance  Dated 10/15/2012 | AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC. WORLD FINANCIAL CENTER AMERICAN EXPRESS TOWER NEW YORK, NY 10285 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.98 | State what the contract or lease is for and the nature of the debtor's interest | Confidentiality Agreement Dated 06/21/2012 | AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC. WORLD FINANCIAL CENTER AMERICAN EXPRESS TOWER NEW YORK, NY 10285 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.99 | State what the contract or lease is for and the nature of the debtor's interest | Letter Agreement Dated 10/15/2012 | AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC. ATTN: DEPARTMENT 87 PO BOX 299051 FORT LAUDERDALE, FL 33329 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.100 | State what the contract or lease is for and the nature of the debtor's interest | Letter Agreement and Agreement for American Express Card Acceptance Dated 10/15/2012 | AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC. ATTN: DEPARTMENT 87 PO BOX 299051 FORT LAUDERDALE, FL 33329 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.101 | State what the contract or lease is for and the nature of the debtor's interest | Confidentiality Agreement  Dated 06/21/2012 | AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC. WORLD FINANCIAL CENTER, AMERICAN EXPRESS TOWER NEW YORK , NY 10285 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.102 | State what the contract or lease is for and the nature of the debtor's interest | Agreement for  American Express Card Acceptance  Dated 10/15/2012 | AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC. ATTN: DEPARTMENT 87 PO BOX 299051 FORT LAUDERDALE , FL 33329 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.103 | State what the contract or lease is for and the nature of the debtor's interest | Amendment #5 Dated 07/08/2016 | AMERICAN TELECONFERENCING SERVICES LTD D/B/A PREMIERE GLOBAL SERVICES 3280 PEACHTREE ROAD NE SUITE 1000 ATLANTA, GA 30305 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Official Form 206G      **Schedule G: Executory Contracts and Unexpired Leases**      Page 15 of 244

Debtor ___iHeartMedia Management Services, Inc.___
Name

Case number (if known) __18-31301 (MI)__

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.104 | State what the contract or lease is for and the nature of the debtor's interest | PGI Amendment #4 Dated 08/05/2015 | AMERICAN TELECONFERENCING SERVICES, LTD. D/B/A PREMIERE GLOBAL SERVICES 3280 PEACHTREE ROAD NE SUITE 1000 ATLANTA , GA 30305-2422 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.105 | State what the contract or lease is for and the nature of the debtor's interest | Exhibit B - Change Order No. 002 Dated 01/01/2013 | APEX SYSTEMS INC 4400 COX ROAD SUITE 200 GLEN ALLEN, VA 23060 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.106 | State what the contract or lease is for and the nature of the debtor's interest | Exhibit B - Change Order No. 003 Dated 02/01/2013 | APEX SYSTEMS INC 4400 COX ROAD SUITE 200 GLEN ALLEN, VA 23060 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.107 | State what the contract or lease is for and the nature of the debtor's interest | Technical Staffing Master Service Agreement Dated 05/09/2008 | APEX SYSTEMS INC 4400 COX ROAD SUITE 200 GLEN ALLEN, VA 23060 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.108 | State what the contract or lease is for and the nature of the debtor's interest | Exhibit B Change Order No 001 Dated 10/01/2012 | APEX SYSTEMS INC 4400 COX ROAD SUITE 200 GLEN ALLEN, VA 23060 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.109 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 05/29/2012 | APEX SYSTEMS INC 4400 COX ROAD SUITE 200 GLEN ALLEN, VA 23060 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.110 | State what the contract or lease is for and the nature of the debtor's interest | Consultant Contractor Services Agreement Dated 08/10/2017 | APEX SYSTEMS INC 4400 COX ROAD SUITE 200 GLEN ALLEN, VA 23060 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    iHeartMedia Management Services, Inc.
          Name

Case number *(if known)*   18-31301 (MI)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.111 | **State what the contract or lease is for and the nature of the debtor's interest** | Statement of Work Dated 06/08/2016 | APEX SYSTEMS INC<br>4400 COX ROAD<br>SUITE 200<br>GLEN ALLEN, VA 23060 |
| | **State the term remaining**<br>**List the contract number of any government contract** | Undetermined | |
| 2.112 | **State what the contract or lease is for and the nature of the debtor's interest** | Consultant Contractor Services Agreement Dated 06/01/2016 | APEX SYSTEMS INC<br>4400 COX ROAD<br>SUITE 200<br>GLEN ALLEN, VA 23060 |
| | **State the term remaining**<br>**List the contract number of any government contract** | Undetermined | |
| 2.113 | **State what the contract or lease is for and the nature of the debtor's interest** | App Dynamics Inc End User License Agreement | APP DYNAMICS INC<br>303 SECOND STREET NORTH TOWER<br>8TH FLOOR<br>SAN FRANCISCO, CA 94107 |
| | **State the term remaining**<br>**List the contract number of any government contract** | Undetermined | |
| 2.114 | **State what the contract or lease is for and the nature of the debtor's interest** | App Dynamics Inc End User License Agreement Dated 10/11/2016 | APP DYNAMICS INC<br>ATTN: DAN WRIGHT<br>303 SECOND STREET<br>NORTH TOWER 8TH FLOOR<br>SAN FRANCISCO , CA 94107 |
| | **State the term remaining**<br>**List the contract number of any government contract** | Undetermined | |
| 2.115 | **State what the contract or lease is for and the nature of the debtor's interest** | AppDynamics Inc - End User License Agreement Dated 10/11/2016 | APP DYNAMICS INC<br>303 SECOND STREET<br>NORTH TOWER 8TH FLOOR<br>SAN FRANCISCO, CA |
| | **State the term remaining**<br>**List the contract number of any government contract** | Undetermined | |
| 2.116 | **State what the contract or lease is for and the nature of the debtor's interest** | AppDynamics Inc End User License Agreement Dated 10/11/2016 | APP DYNAMICS INC<br>303 SECOND STREET<br>NORTH TOWER 8TH FLOOR<br>SAN FRANCISCO, CA 94107 |
| | **State the term remaining**<br>**List the contract number of any government contract** | Undetermined | |
| 2.117 | **State what the contract or lease is for and the nature of the debtor's interest** | Order Form  Dated 01/26/2017 | APP DYNAMICS INC<br>303 SECOND STREET<br>NORTH TOWER 8TH FLOOR<br>SAN FRANCISCO, CA 94107 |
| | **State the term remaining**<br>**List the contract number of any government contract** | Undetermined | |

Debtor    iHeartMedia Management Services, Inc.                    Case number *(if known)*   18-31301 (MI)
          Name

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.118 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 07/03/2012 | APPIRIO INC.<br>ATTN: RITU BHATNAGAR<br>760 MARKET STREET<br>SAN FRANCISCO , CA 94102 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| 2.119 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 01/01/2013 | APPIRIO INC.<br>ATTN: RITU BHATNAGAR<br>760 MARKET STREET<br>SAN FRANCISCO, CA 94102 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| 2.120 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work #7 Dated 02/26/2013 | APPIRIO INC.<br>RBHATNAGAR@APPIRIO.COM<br>760 MARKET STREET<br>SAN FRANCISCO, CA 94102 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| 2.121 | State what the contract or lease is for and the nature of the debtor's interest | Change Order #4 Dated 09/11/2013 | APPIRIO INC.<br>ATTN: RITU BHATNAGAR<br>760 MARKET STREET<br>SAN FRANCISCO, CA 94102 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| 2.122 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work #6 Dated 02/01/2013 | APPIRIO INC.<br>ATTN: RITU BHATNAGAR<br>760 MARKET STREET<br>SAN FRANCISCO, CA 94102 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| 2.123 | State what the contract or lease is for and the nature of the debtor's interest | Change Order Dated 06/28/2012 | APPIRIO INC.<br>ATTN: RITU BHATNAGAR<br>760 MARKET STREET<br>SAN FRANCISCO, CA 94102 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| 2.124 | State what the contract or lease is for and the nature of the debtor's interest | Change Order #3 Dated 03/14/2013 | APPIRIO INC.<br>ATTN: RITU BHATNAGAR<br>760 MARKET STREET<br>SAN FRANCISCO, CA 94102 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |

Debtor    iHeartMedia Management Services, Inc.                           Case number *(if known)*  18-31301 (MI)
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.125** | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work #2 Dated 07/03/2012 | APPIRIO INC.<br>760 MARKET STREET<br>SAN FRANCISCO , CA 94102 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.126** | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 06/28/2012 | APPIRIO INC.<br>ATTN: RITU BHATNAGAR<br>760 MARKET STREET<br>SAN FRANCISCO , CA 94102 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.127** | State what the contract or lease is for and the nature of the debtor's interest | Technology-Enabled Services Agreement (for Technology-Enabled Services Dated 06/28/2012 | APPIRIO INC.<br>ATTN: RITU BHATNAGAR<br>760 MARKET STREET<br>SAN FRANCISCO, CA 94102 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.128** | State what the contract or lease is for and the nature of the debtor's interest | Change Order #4 Dated 09/11/2013 | APPIRIO INC.<br>ATTN: RITU BHATNAGAR<br>760 MARKET STREET<br>SAN FRANCISCO, CA 94102 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.129** | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work #4 Dated 11/28/2012 | APPIRIO INC.<br>ATTN: RITU BHATNAGAR<br>760 MARKET STREET<br>SAN FRANCISCO, CA 94102 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.130** | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work #8 Dated 03/07/2013 | APPIRIO INC.<br>ATTN: RITU BHATNAGAR<br>760 MARKET STREET<br>SAN FRANCISCO, CA 94102 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.131** | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work #9 Dated 03/14/2013 | APPIRIO INC.<br>760 MARKET STREET<br>SAN FRANCISCO, CA 94102 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor ___iHeartMedia Management Services, Inc.___
Name

Case number (if known) __18-31301 (MI)__



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.132 | State what the contract or lease is for and the nature of the debtor's interest | Change Order Dated 04/01/2013 | APPIRIO INC.<br>ATTN: RITU BHATNAGAR<br>760 MARKET STREET<br>SAN FRANCISCO, CA 94102 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.133 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work #3 Dated 10/30/2012 | APPIRIO INC.<br>ATTN: RITU BHATNAGAR<br>760 MARKET STREET<br>SAN FRANCISCO, CA 94102 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.134 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work #5 Dated 12/31/2012 | APPIRIO INC.<br>ATTN: RITU BHATNAGAR<br>760 MARKET STREET<br>SAN FRANCISCO, CA 94102 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.135 | State what the contract or lease is for and the nature of the debtor's interest | Technology-Enabled Services Agreement for Technology-Enabled Services Dated 06/28/2012 | APPIRIO INC.<br>760 MARKET STREET<br>SAN FRANCISCO, CA 94102 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.136 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work #1 Dated 06/28/2012 | APPIRIO, INC.<br>ATTN: GENERAL COUNSEL<br>760 MARKET STREET<br>SAN FRANCISCO , CA 94102 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.137 | State what the contract or lease is for and the nature of the debtor's interest | Technology-Enabled Services Agreement  Dated 06/28/2012 | APPIRIO, INC.<br>760 MARKET STREET<br>SAN FRANCISCO , CA 94102 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.138 | State what the contract or lease is for and the nature of the debtor's interest | Credit Application  Dated 08/25/2015 | APPLE, INC.<br>ATTN: U.S. CONTRACTS OPERATIONS<br>1 INFINITE LOOP<br>M/S 318-6 OPS<br>CUPERTINO , CA 95014 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor     iHeartMedia Management Services, Inc.
           Name

Case number *(if known)*   18-31301 (MI)

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.139 | **State what the contract or lease is for and the nature of the debtor's interest** | Self - Servicing Account Agreement Dated 11/15/2015 | APPLE, INC.<br>ATTN: U.S. CONTRACTS OPERATIONS<br>1 INFINITE LOOP<br>M/S 318-6 OPS<br>CUPERTINO , CA 95014 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.140 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Disclosure Agreement Dated 06/14/2017 | APPNEXUS INC.<br>ATTN: LEGAL DEPARTMENT<br>28 WEST 23RD STREET<br>4TH FLOOR<br>NEW YORK, NY 10010 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.141 | **State what the contract or lease is for and the nature of the debtor's interest** | Schedule No. 1 to Subscription Services Agreement Dated 06/30/2011 | APPTIO INC<br>225 108TH AVE NE<br>SUITE 200<br>BELLEVUE , WA 98004 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.142 | **State what the contract or lease is for and the nature of the debtor's interest** | Mutual Confidentiality and Non-Disclosure Agreement Dated 08/23/2016 | APPTIO INC<br>225 108TH AVE NE<br>SUITE 200<br>BELLEVUE, WA 98004 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.143 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement related to Evaluation Material Dated 06/01/2011 | APPTIO INC<br>225 108TH AVE NE<br>SUITE 200<br>BELLEVUE, WA 98004 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.144 | **State what the contract or lease is for and the nature of the debtor's interest** | Apptio Inc Subscription Services Agreement Dated 07/29/2011 | APPTIO INC<br>225 108TH AVE NE<br>SUITE 200<br>BELLEVUE, WA 98004 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.145 | **State what the contract or lease is for and the nature of the debtor's interest** | Mutual Confidentiality and Non-Disclosure Agreement Dated 08/23/2016 | APPTIO INC<br>225 108TH AVE NE<br>SUITE 200<br>BELLEVUE, WA 98004 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Official Form 206G          **Schedule G: Executory Contracts and Unexpired Leases**          Page 21 of 244

Debtor _____iHeartMedia Management Services, Inc._____
Name

Case number *(if known)* __18-31301 (MI)__

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.146 | State what the contract or lease is for and the nature of the debtor's interest | Exhibit 1 Statement of Work #1 - Service Costing and Bill of IT Configuration Dated 06/30/2011 | APPTIO INC 225 108TH AVE NE SUITE 200 BELLEVUE, WA 98004 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.147 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 10/23/2012 | AQUENT LLC ATTN: DAYNA GILLIARD 711 BOYLSTON STREET BOSTON, MA 02116 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.148 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 10/22/2012 | AQUENT LLC ATTN: DAYNA GILLIARD 711 BOYLSTON STREET BOSTON, MA 02116 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.149 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 10/22/2012 | AQUENT LLC ATTN: DAYNA GILLIARD 711 BOYLSTON STREET BOSTON, MA 02116 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.150 | State what the contract or lease is for and the nature of the debtor's interest | License and Services Agreement Dated 04/01/2013 | ARBITRON, INC. 9705 PATUXENT WOODS DRIVE COLUMBIA, MD 21046 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.151 | State what the contract or lease is for and the nature of the debtor's interest | Data Model License Agreement Dated 08/06/2012 | ARDM SOFTWARE, INC. 2360 CORPORATE CIRCLE SUITE 400 HENDERSON, NV 89074-7722 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.152 | State what the contract or lease is for and the nature of the debtor's interest | Non-Disclosure Agreement Dated 08/09/2016 | ARISTA NETWORKS INC. 5453 GREAT AMERICA PARKWAY SANTA CLARA, CA 95054 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor     iHeartMedia Management Services, Inc.          Case number *(if known)*   18-31301 (MI)
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.153 | State what the contract or lease is for and the nature of the debtor's interest | Amendment to Pricing Schedule Dated 06/30/2015 | AT&T ATTN: MARK BANIGAN 712 E. HUNTLAND AUSTIN, TX 78752 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.154 | State what the contract or lease is for and the nature of the debtor's interest | Amendment to ILEC Interstate Services Pricing Schedule Dated 05/26/2015 | AT&T ATTN: MARK BANIGAN 712 E. HUNTLAND AUSTIN, TX 78752 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.155 | State what the contract or lease is for and the nature of the debtor's interest | AVPN Service Level Agreement Attachment | AT&T ATTN: MARK BANIGAN 712 E. HUNTLAND AUSTIN, TX 78752 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.156 | State what the contract or lease is for and the nature of the debtor's interest | Amendment to ILEC Intrastate Services Pricing Schedule Dated 05/26/2015 | AT&T ATTN: MARK BANIGAN 712 E. HUNTLAND AUSTIN, TX 78752 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.157 | State what the contract or lease is for and the nature of the debtor's interest | Service Level Agreement Attachment | AT&T ATTN: MARK BANIGAN 712 E. HUNTLAND AUSTIN, TX 78752 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.158 | State what the contract or lease is for and the nature of the debtor's interest | Amendment to Pricing Schedule for ILEC Services  Dated 06/30/2015 | AT&T ATTN: MARK BANIGAN 712 E. HUNTLAND AUSTIN, TX 78752 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.159 | State what the contract or lease is for and the nature of the debtor's interest | ILEC Network Services Discount Pricing Schedule Provided Pursuant to Custom Terms Dated 09/15/2009 | AT&T ATTN: CONNIE MOORE 712 E HUNTLAND DR. RM. 13 AUSTIN, TX 78752 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Official Form 206G      **Schedule G: Executory Contracts and Unexpired Leases**      Page 23 of 244

Debtor    iHeartMedia Management Services, Inc.      Case number *(if known)*   18-31301 (MI)
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.160 | State what the contract or lease is for and the nature of the debtor's interest | Addendum to Pricing Schedule Dated 05/29/2015 | AT&T ALABAMA<br>2180 LAKE BLVD<br>7TH FLOOR<br>ATLANTA, GA 30319 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.161 | State what the contract or lease is for and the nature of the debtor's interest | Teleconference Services Pricing Schedule Dated 09/18/2009 | AT&T CORP<br>ATTN: MARK BANIGAN<br>712 E HUNTLAND<br>RM 313<br>AUSTIN, TX 78752 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.162 | State what the contract or lease is for and the nature of the debtor's interest | Pricing Schedule - Change Order Dated 12/05/2017 | AT&T CORP.<br>ATTN: GENERAL ATTORNEY<br>ONE AT&T WAY<br>BEDMINSTER, NJ 07921-0752 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.163 | State what the contract or lease is for and the nature of the debtor's interest | VPN Service Pricing Addendum Dated 07/15/2016 | AT&T CORP.<br>ATTN: JOE MARSHALL<br>7159 SAN PEDRO AVE.<br>SAN ANTONIO, TX 78216 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.164 | State what the contract or lease is for and the nature of the debtor's interest | Pricing Schedule Dated 08/21/2009 | AT&T CORP.<br>ATTN:  MASTER AGREEMENT SUPPORT TEAM<br>ONE AT&T WAY<br>BEDMINSTER, NJ 07921-0752 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.165 | State what the contract or lease is for and the nature of the debtor's interest | Pricing Schedule and Addendum Dated 03/01/2010 | AT&T CORP.<br>7159 SAN PEDRO AVE<br>SAN ANTONIO, TX 78216 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.166 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement Amendment Number 1 Dated 11/03/2015 | AT&T CORP.<br>712 E HUNTLAND DR.<br>AUSTIN, TX 78752 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor      iHeartMedia Management Services, Inc.                    Case number (if known)   18-31301 (MI)
            Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.167 | State what the contract or lease is for and the nature of the debtor's interest | Pricing Schedule  Dated 08/11/2009 | AT&T CORP.<br>712 E HUNTLAND DR<br>ROOM 313<br>AUSTIN, TX 78752 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| 2.168 | State what the contract or lease is for and the nature of the debtor's interest | SDN OneNet BTB Pricing Schedule and Addendum Dated 03/10/2010 | AT&T CORP.<br>712 E HUNTLAND DR.<br>AUSTIN, TX 78752 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| 2.169 | State what the contract or lease is for and the nature of the debtor's interest | Pricing Schedule Dated 09/15/2009 | AT&T CORP.<br>712 E HUNTLAND DRIVE<br>ROOM 13<br>AUSTIN, TX 78752 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| 2.170 | State what the contract or lease is for and the nature of the debtor's interest | Pricing Schedule Dated 03/01/2010 | AT&T CORP.<br>712 HUNTLAND DR.<br>AUSTIN, TX 78752 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| 2.171 | State what the contract or lease is for and the nature of the debtor's interest | Pricing Schedule Dated 08/11/2009 | AT&T CORP.<br>ATTN:  MASTER AGREEMENT SUPPORT TEAM<br>ONE AT&T WAY<br>BEDMINSTER, NJ 07921-0752 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| 2.172 | State what the contract or lease is for and the nature of the debtor's interest | License Agreement - Change Request Form Dated 12/05/2017 | AT&T CORP.<br>ONE AT&T WAY<br>BEDMINSTER, NJ 07921-0752 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| 2.173 | State what the contract or lease is for and the nature of the debtor's interest | Pricing Schedule  Dated 09/18/2009 | AT&T CORP.<br>ONE AT&T WAY<br>BEDMINSTER, NJ 07921-0752 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |

Debtor ___iHeartMedia Management Services, Inc.___          Case number (if known) __18-31301 (MI)__
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.174 | State what the contract or lease is for and the nature of the debtor's interest | Pricing Schedule Dated 09/03/2009 | AT&T CORP.<br>ONE AT&T WAY<br>BEDMINSTER, NJ 07921-0752 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.175 | State what the contract or lease is for and the nature of the debtor's interest | Service Level Agreement Attachment | AT&T CORP.<br>ONE AT&T WAY<br>BEDMINSTER, NJ 07921-0752 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.176 | State what the contract or lease is for and the nature of the debtor's interest | Pricing Schedule  Dated 08/11/2009 | AT&T CORP.<br>ONE AT&T WAY<br>BEDMINSTER, NJ 07921-0752 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.177 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement  Dated 08/24/2009 | AT&T CORP.<br>ONE AT&T WAY<br>BEDMINSTER, NJ 07921-0752 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.178 | State what the contract or lease is for and the nature of the debtor's interest | Pricing Schedule Dated 08/11/2009 | AT&T CORP.<br>ONE AT&T WAY<br>BEDMINSTER, NJ 07921-0752 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.179 | State what the contract or lease is for and the nature of the debtor's interest | Local Switched Services Pricing Schedule Dated 08/19/2009 | AT&T CORP.<br>ONE AT&T WAY<br>BEDMINSTER, NJ 07921-0752 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.180 | State what the contract or lease is for and the nature of the debtor's interest | Pricing Schedule  Dated 09/15/2009 | AT&T CORP.<br>ONE AT&T WAY<br>BEDMINSTER, NJ 07921-0752 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   iHeartMedia Management Services, Inc.
Name

Case number (if known)   18-31301 (MI)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.181 | State what the contract or lease is for and the nature of the debtor's interest | Trial Agreement Dated 09/29/2017 | AT&T CORP.<br>ATTN: JOE MARSHALL<br>7159 SAN PEDRO AVE.<br>SAN ANTONIO, TX 78216 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.182 | State what the contract or lease is for and the nature of the debtor's interest | Pricing Schedule Dated 03/01/2010 | AT&T CORP.<br>ATTN: MASTER AGREEMENT SUPPORT TEAM<br>ONE AT&T WAY<br>BEDMINSTER, NJ 07921-0752 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.183 | State what the contract or lease is for and the nature of the debtor's interest | Pricing Schedule for ILEC Services SW & MW Dated 09/03/2009 | AT&T CORP.<br>ATTN: MASTER AGREEMENT SUPPORT TEAM<br>ONE AT&T WAY<br>BEDMINSTER, NJ 07921-0752 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.184 | State what the contract or lease is for and the nature of the debtor's interest | Network Integration Services Pricing Schedule Dated 08/11/2009 | AT&T CORP.<br>ATTN: MASTER AGREEMENT SUPPORT TEAM<br>ONE AT&T WAY<br>BEDMINSTER , NJ 07921-0752 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.185 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement Dated 08/11/2009 | AT&T CORP.<br>ATTN: MASTER AGREEMENT SUPPORT TEAM<br>ONE AT&T WAY<br>BEDMINSTER, NJ 07921-0752 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.186 | State what the contract or lease is for and the nature of the debtor's interest | License Agreement - Change Order Dated 04/17/2017 | AT&T CORP.<br>ATTN: MASTER AGREEMENT SUPPORT TEAM<br>ONE AT&T WAY<br>BEDMINSTER, NJ 07921-0752 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.187 | State what the contract or lease is for and the nature of the debtor's interest | Pricing Schedule Dated 03/01/2010 | AT&T CORP.<br>1010 N. SAINT MARYS ST.<br>SAN ANTONIO, TX 78215 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor ___iHeartMedia Management Services, Inc.___   Case number *(if known)* __18-31301 (MI)__
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.188 | State what the contract or lease is for and the nature of the debtor's interest | VPN Service Pricing Addendum Dated 08/31/2011 | AT&T CORP.<br>ATTN: ROBERT WALLACE<br>7159 SAN PEDRO AVE<br>SAN ANTONIO, TX 78216 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.189 | State what the contract or lease is for and the nature of the debtor's interest | Pricing Addendum Dated 03/09/2012 | AT&T CORP.<br>7159 SAN PEDRO AVE<br>SAN ANTONIO, TX 78216 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.190 | State what the contract or lease is for and the nature of the debtor's interest | Corporate Digital Advantage Pricing Schedule Dated 08/11/2009 | AT&T CORP.<br>ATTN: MASTER AGREEMENT SUPPORT TEAM<br>ONE AT&T WAY<br>BEDMINSTER, NJ 07921-0752 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.191 | State what the contract or lease is for and the nature of the debtor's interest | Addendum to AT&T ILEC Intrastate Pricing Schedule  Dated 05/29/2015 | AT&T CORP.<br>ONE AT&T WAY<br>BEDMINSTER , NJ 07921-0752 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.192 | State what the contract or lease is for and the nature of the debtor's interest | Pricing Schedule and Addendum Dated 03/01/2010 | AT&T CORP.<br>7159 SAN PEDRO<br>SAN ANTONIO, TX 78216 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.193 | State what the contract or lease is for and the nature of the debtor's interest | Amendment Number 1  Dated 01/05/2016 | AT&T CORP.<br>712 E HUNTLAND DR<br>AUSTIN, TX 78752 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.194 | State what the contract or lease is for and the nature of the debtor's interest | Pricing Schedule Dated 07/12/2016 | AT&T CORP.<br>10999 W IH 10<br>SAN ANTONIO, TX 78230-1300 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor ___iHeartMedia Management Services, Inc.___   Case number *(if known)* __18-31301 (MI)__
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.195 | State what the contract or lease is for and the nature of the debtor's interest | Pricing Addendum  Dated 03/20/2015 | AT&T CORP.<br>7159 SAN PEDRO AVE<br>SAN ANTONIO, TX 78216 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| 2.196 | State what the contract or lease is for and the nature of the debtor's interest | Addendum to At&T ILEC Intrastate Pricing Schedule  Dated 05/29/2015 | AT&T CORP.<br>ONE AT&T WAY<br>BEDMINSTER , NJ 07921-0752 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| 2.197 | State what the contract or lease is for and the nature of the debtor's interest | AT&T VPN Service Pricing Addendum  Dated 03/20/2015 | AT&T CORP.<br>ATTN: BOB WALLACE<br>7159 SAN PEDRO AVE<br>SAN ANTONIO , TX 78216 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| 2.198 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement  Dated 08/11/2009 | AT&T CORP.<br>ATTN: MASTER AGREEMENT SUPPORT TEAM<br>ONE AT&T WAY<br>BEDMINSTER, NJ 07921-0752 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| 2.199 | State what the contract or lease is for and the nature of the debtor's interest | Pricing Addendum Dated 08/25/2011 | AT&T CORP.<br>7159 SAN PEDRO AVE<br>SAN ANTONIO, TX 78216 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| 2.200 | State what the contract or lease is for and the nature of the debtor's interest | Pricing Schedule - Change Order Dated 12/05/2017 | AT&T CORP.<br>ATTN: GENERAL ATTORNEY<br>ONE AT&T WAY<br>BEDMINSTER, NJ 07921-0752 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| 2.201 | State what the contract or lease is for and the nature of the debtor's interest | Network Integration Services Pricing Schedule Dated 07/15/2016 | AT&T CORP.<br>ATTN: GENERAL ATTORNEY<br>ONE AT&T WAY<br>BEDMINSTER, NJ 07920-0752 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |

Debtor ____iHeartMedia Management Services, Inc.____
Name

Case number (if known) __18-31301 (MI)__

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.202 | State what the contract or lease is for and the nature of the debtor's interest | Managed Internet Service Pricing Addendum Dated 03/09/2012 | AT&T CORP. ATTN: ROBERT A WALLACE 7159 SAN PEDRO AVE SAN ANTONIO, TX 78216 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.203 | State what the contract or lease is for and the nature of the debtor's interest | Pricing Schedule  Dated 12/28/2011 | AT&T CORP. 7159 SAN PEDRO AVE SAN ANTONIO, TX 78216 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.204 | State what the contract or lease is for and the nature of the debtor's interest | Pricing Schedule  Dated 07/31/2009 | AT&T CORP. 2200 N. GREENVILLE AVENUE RICHARDSON, TX 75082 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.205 | State what the contract or lease is for and the nature of the debtor's interest | Pricing Schedule Dated 08/11/2009 | AT&T CORP. 1010 N SAINT MARYS ST. SAN ANTONIO, TX 78215 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.206 | State what the contract or lease is for and the nature of the debtor's interest | Network Integration Pricing Schedule Dated 07/15/2016 | AT&T CORP. ATTN: GENERAL ATTORNEY ONE AT&T WAY BEDMINSTER, NJ 07921-0752 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.207 | State what the contract or lease is for and the nature of the debtor's interest | SDN OneNet BTB Pricing Schedule and Addendum Dated 03/01/2010 | AT&T CORP. 712 E HUNTLAND DR. AUSTIN, TX 78752 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.208 | State what the contract or lease is for and the nature of the debtor's interest | Pricing Schedule Dated 07/12/2016 | AT&T CORP. ATTN: RICHARD VILLASANA 10999 W IH 10 SAN ANTONIO, TX 78230-1300 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor ___iHeartMedia Management Services, Inc.___ Case number *(if known)* __18-31301 (MI)__
　　　　Name



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.209** | State what the contract or lease is for and the nature of the debtor's interest | Pricing Addendum Dated 07/15/2016 | AT&T CORP.<br>7519 SAN PEDRO AVENUE<br>SAN ANTONIO, TX 78216 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.210** | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement Amendment Number 1 Dated 01/05/2016 | AT&T CORP.<br>712 E HUNTLAND DR.<br>AUSTIN, TX 78752 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.211** | State what the contract or lease is for and the nature of the debtor's interest | IP Flexible Reach and IP Toll Free Pricing Schedule Dated 07/08/2016 | AT&T CORP.<br>ATTN: RICHARD VILLASANA<br>10999 W IH 10<br>SAN ANTONIO, TX 78230-1300 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.212** | State what the contract or lease is for and the nature of the debtor's interest | Amendment Number 1  Dated 11/03/2015 | AT&T CORP.<br>712 E HUNTLAND DRIVE<br>AUSTIN, TX 78752 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.213** | State what the contract or lease is for and the nature of the debtor's interest | Pricing Schedule  Dated 07/15/2016 | AT&T CORP.<br>ONE AT&T WAY<br>BEDMINISTER, NJ 07921-0752 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.214** | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement Dated 08/24/2009 | AT&T CORP.<br>ATTN: MASTER AGREEMENT SUPPORT TEAM<br>ONE AT&T WAY<br>BEDMINSTER, NJ 07921-0752 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.215** | State what the contract or lease is for and the nature of the debtor's interest | Addendum to Pricing Schedule Dated 05/29/2015 | AT&T CORP.<br>2180 LAKE BLVD<br>7TH FLOOR<br>ATLANTA, GA 30319 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    iHeartMedia Management Services, Inc.                     Case number (if known)  18-31301 (MI)
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.216 | State what the contract or lease is for and the nature of the debtor's interest | ILEC Intrastate Service Pricing Schedule Provided Pursuant to Custom Terms Dated 12/29/2011 | AT&T ILEC SERVICE-PROVIDING AFFILIATE(S)<br>ATTN: BOB WALLACE<br>7159 SAN PEDRO<br>SAN ANTONIO, TX 78216 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.217 | State what the contract or lease is for and the nature of the debtor's interest | Amendment No. 2 to Corporate Digital Advantage Pricing Schedule Dated 06/17/2014 | AT&T MOBILITY NATIONAL ACCOUNTS LLC |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.218 | State what the contract or lease is for and the nature of the debtor's interest | Amendment No. 2  Dated 06/17/2014 | AT&T MOBILITY NATIONAL ACCOUNTS, LLC |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.219 | State what the contract or lease is for and the nature of the debtor's interest | Amendment No. 3 Dated 03/17/2014 | AT&T MOBILITY NATIONAL ACCOUNTS, LLC |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.220 | State what the contract or lease is for and the nature of the debtor's interest | Amendment No. 3 to Corporate Digital Advantage Agreement  Dated 03/17/2014 | AT&T MOBILITY NATIONAL ACCOUNTS, LLC |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.221 | State what the contract or lease is for and the nature of the debtor's interest | Intrastate Service Pricing Schedule Dated 08/11/2009 | AT&T SALES CONTACT<br>ATTN: CONNIE MOORE<br>712 E HUNTLAND<br>RM. 313<br>AUSTIN, TX 78752 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.222 | State what the contract or lease is for and the nature of the debtor's interest | Non Disclosure Agreement Dated 07/11/2017 | AUTH0, INC.<br>10900 NE 8TH STREET<br>SUITE 70<br>BELLEVUE, WA 98004 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    iHeartMedia Management Services, Inc.
          Name

Case number (if known)   18-31301 (MI)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.223 | State what the contract or lease is for and the nature of the debtor's interest | Mutual Confidentiality Agreement Dated 07/11/2012 | AVANADE INC. 818 STEWART STREET SUITE 400 SEATTLE, WA 98101 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.224 | State what the contract or lease is for and the nature of the debtor's interest | Mutual Confidentiality Agreement Dated 07/11/2012 | AVANADE INC. 818 STEWART ST. SUITE 400 SEATTLE, WA 98101 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.225 | State what the contract or lease is for and the nature of the debtor's interest | Consultant Contractor Services Agreement Dated 06/22/2017 | AVANXO BERMUDA LTD 31 VICTORIA PLACE HAMILTON BERMUDA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.226 | State what the contract or lease is for and the nature of the debtor's interest | Non-Disclosure Agreement Dated 06/01/2017 | AVANXO BERMUDA LTD 31 VICTORIA PLACE HAMILTON BERMUDA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.227 | State what the contract or lease is for and the nature of the debtor's interest | Consultant Contractor Services Agreement Dated 06/22/2017 | AVANXO US LLC 1001 SOUTH DAIRY ASHFORD HOUSTON, TX 77077 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.228 | State what the contract or lease is for and the nature of the debtor's interest | Change Order Request Dated 11/01/2017 | AVANXO US LLC 1001 SOUTH DAIRY ASHFORD HOUSTON, TX 77077 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.229 | State what the contract or lease is for and the nature of the debtor's interest | Consultant Contractor Services Agreement Dated 06/22/2017 | AVANXO US LLC 1001 SOUTH DAIRY ASHFORD HOUSTON, TX 77077 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Official Form 206G          **Schedule G: Executory Contracts and Unexpired Leases**          Page 33 of 244

Debtor ___iHeartMedia Management Services, Inc.___ Case number *(if known)* __18-31301 (MI)__
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.230 | State what the contract or lease is for and the nature of the debtor's interest | Consultant Contractor Services Agreement Dated 06/22/2017 | AVANXO US LLC ATTN: JAUN DAVID GARZON TOBON 1001 SOUTH DAIRY ASHFORD, TX 77077 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.231 | State what the contract or lease is for and the nature of the debtor's interest | Termination Letter Confirmation Dated 12/01/2017 | AVAYA INC. ATTN: VICE PRESIDENT, LAW 211 MOUNT AIRY RD. BASKING RIDGE, NJ 07920 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.232 | State what the contract or lease is for and the nature of the debtor's interest | Termination Letter Dated 04/06/2017 | AVAYA, INC. PO BOX 5125 CAROL STREAM, IL 60197-5125 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.233 | State what the contract or lease is for and the nature of the debtor's interest | Termination Letter Dated 04/06/2017 | AVAYA, INC. PO BOX 5125 CAROL STREAM, IL 60197-5125 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.234 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement Invoices Dated 12/01/2016 | AVAYA, INC. PO BOX 5125 CAROL STREAM, IL 60197-5125 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.235 | State what the contract or lease is for and the nature of the debtor's interest | Change Order Dated 07/01/2013 | AVENTINE HILL PARTNERS INC ATTN: ERICA BAKER 13750 SAN PEDRO AVENUE SUITE 370 SAN ANTONIO, TX 78232 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.236 | State what the contract or lease is for and the nature of the debtor's interest | Change Order Dated 07/01/2013 | AVENTINE HILL PARTNERS INC ATTN: ERICA BAKER 13750 SAN PEDRO AVENUE SUITE 370 SAN ANTONIO, TX 78232 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor ___iHeartMedia Management Services, Inc.___ Case number (if known) __18-31301 (MI)__
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.237 | State what the contract or lease is for and the nature of the debtor's interest | Change Order Dated 10/01/2013 | AVENTINE HILL PARTNERS INC ATTN: ERICA BAKER 13750 SAN PEDRO AVENUE SUITE 370 SAN ANTONIO, TX 78232 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.238 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 05/31/2012 | AVENTINE HILL PARTNERS INC ATTN: ERICA BAKER 13750 SAN PEDRO AVENUE SUITE 370 SAN ANTONIO, TX 78232 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.239 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 05/10/2012 | AVENTINE HILL PARTNERS INC ATTN: ERICA BAKER 13750 SAN PEDRO AVENUE SUITE 370 SAN ANTONIO, TX 78232 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.240 | State what the contract or lease is for and the nature of the debtor's interest | Change Order Dated 04/01/2013 | AVENTINE HILL PARTNERS INC ATTN: ERICA BAKER 13750 SAN PEDRO AVENUE SUITE 370 SAN ANTONIO, TX 78232 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.241 | State what the contract or lease is for and the nature of the debtor's interest | Change Order Dated 01/01/2013 | AVENTINE HILL PARTNERS INC ATTN: ERICA BAKER 13750 SAN PEDRO AVENUE SUITE 370 SAN ANTONIO, TX 78232 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.242 | State what the contract or lease is for and the nature of the debtor's interest | Change Order Dated 01/01/2013 | AVENTINE HILL PARTNERS INC ATTN: ERICA BAKER 13750 SAN PEDRO AVENUE SUITE 370 SAN ANTONIO, TX 78232 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.243 | State what the contract or lease is for and the nature of the debtor's interest | Change Order Dated 03/02/2015 | AVENTINE HILL PARTNERS INC ATTN: ERICA BAKER 13750 SAN PEDRO AVENUE SUITE 370 SAN ANTONIO, TX 78232 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor       iHeartMedia Management Services, Inc.                                Case number *(if known)*   18-31301 (MI)
             Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.244 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 05/20/2013 | AVENTINE HILL PARTNERS INC ATTN: ERICA BAKER 13750 SAN PEDRO AVENUE SUITE 370 SAN ANTONIO, TX 78232 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.245 | State what the contract or lease is for and the nature of the debtor's interest | Change Order Dated 06/10/2014 | AVENTINE HILL PARTNERS INC ATTN: ERICA BAKER 13750 SAN PEDRO AVENUE SUITE 370 SAN ANTONIO, TX 78232 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.246 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 12/09/2013 | AVENTINE HILL PARTNERS INC ATTN: ERICA BAKER 13750 SAN PEDRO AVENUE SUITE 370 SAN ANTONIO, TX 78232 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.247 | State what the contract or lease is for and the nature of the debtor's interest | Change Order Dated 07/01/2013 | AVENTINE HILL PARTNERS INC ATTN: ERICA BAKER 13750 SAN PEDRO AVENUE SUITE 370 SAN ANTONIO, TX 78232 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.248 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 07/17/2012 | AVENTINE HILL PARTNERS INC ATTN: ERICA BAKER 13750 SAN PEDRO AVENUE SUITE 370 SAN ANTONIO, TX 78232 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.249 | State what the contract or lease is for and the nature of the debtor's interest | Change Order Dated 02/06/2015 | AVENTINE HILL PARTNERS INC ATTN: ERICA BAKER 13750 SAN PEDRO AVENUE SUITE 370 SAN ANTONIO, TX 78232 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.250 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 10/10/2012 | AVENTINE HILL PARTNERS INC ATTN: ERICA BAKER 13750 SAN PEDRO AVENUE SUITE 370 SAN ANTONIO, TX 78232 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    iHeartMedia Management Services, Inc.
          Name                                                    Case number (if known)   18-31301 (MI)

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.251 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 12/03/2013 | AVENTINE HILL PARTNERS INC ATTN: ERICA BAKER 13750 SAN PEDRO AVENUE SUITE 370 SAN ANTONIO, TX 78232 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.252 | State what the contract or lease is for and the nature of the debtor's interest | Change Order Dated 08/28/2012 | AVENTINE HILL PARTNERS INC ATTN: ERICA BAKER 13750 SAN PEDRO AVENUE SUITE 370 SAN ANTONIO, TX 78232 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.253 | State what the contract or lease is for and the nature of the debtor's interest | Change Order Dated 01/02/2014 | AVENTINE HILL PARTNERS INC ATTN: ERICA BAKER 13750 SAN PEDRO AVENUE SUITE 370 SAN ANTONIO, TX 78232 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.254 | State what the contract or lease is for and the nature of the debtor's interest | Change Order Dated 05/02/2012 | AVENTINE HILL PARTNERS INC ATTN: ERICA BAKER 13750 SAN PEDRO AVENUE SUITE 370 SAN ANTONIO, TX 78232 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.255 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 07/17/2012 | AVENTINE HILL PARTNERS INC ATTN: ERICA BAKER 13750 SAN PEDRO AVENUE SUITE 370 SAN ANTONIO, TX 78232 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.256 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 11/03/2014 | AVENTINE HILL PARTNERS INC ATTN: ERICA BAKER 13750 SAN PEDRO AVENUE SUITE 370 SAN ANTONIO, TX 78232 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.257 | State what the contract or lease is for and the nature of the debtor's interest | Change Order Dated 04/01/2013 | AVENTINE HILL PARTNERS INC ATTN: ERICA BAKER 13750 SAN PEDRO AVENUE SUITE 370 SAN ANTONIO, TX 78232 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Official Form 206G          **Schedule G: Executory Contracts and Unexpired Leases**          Page 37 of 244

Debtor    iHeartMedia Management Services, Inc.          Case number (if known)   18-31301 (MI)
          Name

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.258 | State what the contract or lease is for and the nature of the debtor's interest | Change Order Dated 07/01/2013 | AVENTINE HILL PARTNERS INC<br>ATTN: ERICA BAKER<br>13750 SAN PEDRO AVENUE<br>SUITE 370<br>SAN ANTONIO, TX 78232 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.259 | State what the contract or lease is for and the nature of the debtor's interest | Change Order Dated 01/02/2015 | AVENTINE HILL PARTNERS INC<br>ATTN: ERICA BAKER<br>13750 SAN PEDRO AVENUE<br>SUITE 370<br>SAN ANTONIO, TX 78232 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.260 | State what the contract or lease is for and the nature of the debtor's interest | Change Order Dated 01/02/2015 | AVENTINE HILL PARTNERS INC<br>ATTN: ERICA BAKER<br>13750 SAN PEDRO AVENUE<br>SUITE 370<br>SAN ANTONIO, TX 78232 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.261 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 01/04/2013 | AVENTINE HILL PARTNERS INC<br>ATTN: ERICA BAKER<br>13750 SAN PEDRO AVENUE<br>SUITE 370<br>SAN ANTONIO, TX 78232 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.262 | State what the contract or lease is for and the nature of the debtor's interest | Change Order Dated 01/02/2015 | AVENTINE HILL PARTNERS INC<br>ATTN: ERICA BAKER<br>13750 SAN PEDRO AVENUE<br>SUITE 370<br>SAN ANTONIO, TX 78232 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.263 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 07/15/2013 | AVENTINE HILL PARTNERS INC<br>ATTN: ERICA BAKER<br>13750 SAN PEDRO AVENUE<br>SUITE 370<br>SAN ANTONIO, TX 78232 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.264 | State what the contract or lease is for and the nature of the debtor's interest | Change Order Request Dated 05/02/2012 | AVENTINE HILL PARTNERS INC<br>ATTN: ERICA BAKER<br>13750 SAN PEDRO AVENUE<br>SUITE 370<br>SAN ANTONIO, TX 78232 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    iHeartMedia Management Services, Inc.
          Name                                                    Case number *(if known)*  18-31301 (MI)

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.265 | State what the contract or lease is for and the nature of the debtor's interest | Mutual Confidentiality Agreement Dated 07/10/2012 | AVENTINE HILL PARTNERS, INC 13750 SAN PEDRO AVE. SUITE 370 SAN ANTONIO, TX 78232 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.266 | State what the contract or lease is for and the nature of the debtor's interest | Mutual Confidentiality Agreement Dated 07/10/2012 | AVENTINE HILL PARTNERS, INC 13750 SAN PEDRO AVE SUITE 370 SAN ANTONIO, TX 78232 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.267 | State what the contract or lease is for and the nature of the debtor's interest | Change Order Dated 01/01/2013 | AVISO GROUP LLC 1015 34TH AVE E SEATTLE, WA 98112 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.268 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 07/30/2012 | AVISO GROUP LLC 1015 34TH AVE E SEATTLE, WA 98112 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.269 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 07/30/2012 | AVISO GROUP LLC 1015 34TH AVE E SEATTLE, WA 98112 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.270 | State what the contract or lease is for and the nature of the debtor's interest | Consulting/Services Agreement Dated 07/30/2012 | AVISO GROUP LLC 1015 34TH AVE E SEATTLE, WA 98112 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.271 | State what the contract or lease is for and the nature of the debtor's interest | Services Addendum to Master Services Agreement Dated 08/02/2017 | BANC OF AMERICA MERCHANT SERVICES, LLC |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor ___iHeartMedia Management Services, Inc.___          Case number (if known) __18-31301 (MI)__
         Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.272 | State what the contract or lease is for and the nature of the debtor's interest | Services Addendum to Master Services Agreement Dated 08/02/2017 | BANK OF AMERICA ATTN: JULIA ERICKSON 540 W MADISON AVE 28TH FLOOR CHICAGO, IL 60661 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.273 | State what the contract or lease is for and the nature of the debtor's interest | License Transfer Form Dated 06/30/2008 | BAS BROADCASTING, INC. ATTN:  TOM KLEIN 1640 CLEVELAND ROAD SANDUSKY, OH 44870 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.274 | State what the contract or lease is for and the nature of the debtor's interest | License Transfer Form Dated 06/30/2008 | BAS BROADCASTING, INC. ATTN:  TOM KLEIN 1640 CLEVELAND ROAD SANDUSKY, OH 44870 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.275 | State what the contract or lease is for and the nature of the debtor's interest | License Transfer Dated 06/30/2008 | BAS BROADCASTING, INC. ATTN:  TOM KLEIN, CEO 1640 CLEVELAND ROAD SANDUSKY, OH 44870 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.276 | State what the contract or lease is for and the nature of the debtor's interest | Janitorial Service Agreement Dated 08/01/2016 | BCD JANITORIAL 24818 SHINING ARROW SAN ANTONIO, TX 78258 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.277 | State what the contract or lease is for and the nature of the debtor's interest | Financial Guarantee Bond & Power of Attorney  Dated 07/16/2015 | BERKLEY INSURANCE COMPANY ATTN: SURETY CLAIMS DEPARTMENT 412 MOUNT KEMBLE AVE. SUITE 310N MORRISTOWN, NJ 07960 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.278 | State what the contract or lease is for and the nature of the debtor's interest | Bond Rider and Power of Attorney Dated 02/28/2017 | BERKLEY INSURANCE COMPANY ATTN: SURETY CLAIMS DEPARTMENT 412 MOUNT KEMBLE AVE. SUITE 310N MORRISTOWN, NJ 07960 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor ___iHeartMedia Management Services, Inc.___   Case number *(if known)* __18-31301 (MI)__
          Name

   **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.279 | State what the contract or lease is for and the nature of the debtor's interest | Utility Deposit Bond, Rider & Power of Attorney Dated 12/18/2009 | BERKLEY REGIONAL INSURANCE COMPANY 1901 W CYPRESS CREEK RD. SUITE 500 FORT LAUDERDALE, FL 33309 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.280 | State what the contract or lease is for and the nature of the debtor's interest | Utility Deposit Bond, Rider and Power of Attorney Dated 12/18/2009 | BERKLEY REGIONAL INSURANCE COMPANY 1901 W CYPRESS CREEK RD. SUITE 500 FORT LAUDERDALE, FL 33309 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.281 | State what the contract or lease is for and the nature of the debtor's interest | Power of Attorney & Rider  Dated 02/10/2016 | BERKLEY SURETY GROUP ATTN: SURETY CLAIMS DEPARTMENT 412 MOUNT KEMBLE AVENUE SUITE 310N MORRISTOWN, NJ 07960 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.282 | State what the contract or lease is for and the nature of the debtor's interest | Financial Guarantee Bond  Dated 07/16/2005 | BERKLEY SURETY GROUP ATTN: SURETY CLAIMS DEPARTMENT 412 MOUNT KEMBLE AVENUE SUITE 310N MORRISTOWN, NJ 07960 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.283 | State what the contract or lease is for and the nature of the debtor's interest | Bond Rider and Power of Attorney Dated 02/10/2016 | BERKLEY SURETY GROUP ATTN: SURETY CLAIMS DEPARTMENT 412 MOUNT KEMBLE AVE SUITE 310N MORRISTOWN, NJ 07960 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.284 | State what the contract or lease is for and the nature of the debtor's interest | Rider & Power of Attorney Dated 02/28/2017 | BERKLEY SURETY GROUP ATTN: SURETY CLAIMS DEPARTMENT 412 MOUNT KEMBLE AVE SUITE 310N MORRISTOWN, NJ 07960 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.285 | State what the contract or lease is for and the nature of the debtor's interest | Financial Guarantee Bond & Power of Attorney Dated 07/16/2015 | BERKLEY SURETY GROUP ATTN: SURETY CLAIMS DEPARTMENT 412 MOUNT KEMBLE AVE. SUITE 310N MORRISTOWN, NJ 07960 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    iHeartMedia Management Services, Inc.      Case number *(if known)* __18-31301 (MI)__
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.286 | State what the contract or lease is for and the nature of the debtor's interest | Non-Disclosure Agreement Dated 04/26/2017 | BEYOND TRUST SOFTWARE INC. 5090 NORTH 40TH STREET SUITE 400 PHOENIX, AZ 85018 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.287 | State what the contract or lease is for and the nature of the debtor's interest | Non-Disclosure Agreement Dated 09/14/2017 | BIGCOMMERCE INC. 11305 FOUR POINTS DRIVE BUILDING II THIRD FLOOR AUSTIN, TX 78726 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.288 | State what the contract or lease is for and the nature of the debtor's interest | Non-Disclosure Agreement Dated 09/15/2017 | BLACKBUCK INSIGHTS LLC 1701 EAST WOODFIELD ROAD SUITE 650 SCHAUMBURG, IL 60173 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.289 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement Dated 10/02/2017 | BLACKBUCK INSIGHTS LLC ATTN: BALASUBRAMANIAN PALANIVELU 1701 E WOODFIELD ROAD SUITE 650 SCHAUMBURG , IL 60173 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.290 | State what the contract or lease is for and the nature of the debtor's interest | Non-Disclosure Agreement Dated 08/22/2016 | BLAIR ENTERTAINMENT INC. 26 PINNACLE ROAD STAMFORD, CT 06903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.291 | State what the contract or lease is for and the nature of the debtor's interest | Non-Disclosure Agreement  Dated 08/22/2016 | BLAIR ENTERTAINMENT, INC. 26 PINNACLE ROCK RD. STAMFORD , CT 06903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.292 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 03/23/2015 | BLUE CHIP CONSULTING GROUP LLC ATTN: SEAN POWER; ATTN: LINCOLN RUSSELL 6050 OAK TREE BOULEVARD SUITE 290 INDEPENDENCE, OH 44131 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor ___iHeartMedia Management Services, Inc.___  
Name

Case number (if known) __18-31301 (MI)__



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.293 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Service Agreement Dated 09/23/2014 | BLUE CHIP CONSULTING GROUP LLC ATTN: BRIAN BRADLEY 6050 OAK TREE BOULEVARD SUITE 290 INDEPENDENCE, OH 44131 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.294 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement Dated 09/23/2014 | BLUE CHIP CONSULTING GROUP LLC ATTN: BRIAN BRADLEY 6050 OAK TREE BOULEVARD SUITE 290 INDEPENDENCE, OH 44131 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.295 | **State what the contract or lease is for and the nature of the debtor's interest** | Statement of Work Dated 08/31/2015 | BLUE CHIP CONSULTING GROUP LLC ATTN: SCOTT ARBOGAST; JEFFREY MASTERS; DOUG KOCH 6050 OAK TREE BOULEVARD SUITE 290 INDEPENDENCE , OH 44131 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.296 | **State what the contract or lease is for and the nature of the debtor's interest** | Commercial Retail Electricity Supply Agreement Dated 06/18/2015 | BLUEROCK ENERGY, INC. 432 FRANKLIN STREET SUITE 20 SYRACUSE, NY 13204 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.297 | **State what the contract or lease is for and the nature of the debtor's interest** | Commercial Retail Electricity Supply Agreement  Dated 06/18/2015 | BLUEROCK ENERGY, INC. 432 FRANKLIN STREET SUITE 20 SYRACUSE, NY 13204 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.298 | **State what the contract or lease is for and the nature of the debtor's interest** | License Agreement - Product Order Dated 12/15/2005 | BMC SOFTWARE DISTRIBUTION, INC. 2101 CITYWEST BLVD. HOUSTON, TX 77042 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.299 | **State what the contract or lease is for and the nature of the debtor's interest** | Master License Agreement Dated 12/15/2005 | BMC SOFTWARE DISTRIBUTION, INC. 2101 CITY WEST BLVD. HOUSTON, TX 77042 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor      iHeartMedia Management Services, Inc.
            Name                                                    Case number (if known)   18-31301 (MI)

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.300 | **State what the contract or lease is for and the nature of the debtor's interest** | Radio Program License Agreement Dated 01/01/2014 | BOB & TOM SHOW C/O RADIO NETWORKS, LLC ATTN: SVP, AFFILIATE SALES & BROADCAST OPERATIONS 13725 MONTFORT DRIVE DALLAS, TX 75240 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.301 | **State what the contract or lease is for and the nature of the debtor's interest** | Radio Program License Agreement Dated 01/01/2014 | BOB & TOM SHOW, LLC 2138 E. 62ND STREET PMB 324 INDIANAPOLIS, IN 46220 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.302 | **State what the contract or lease is for and the nature of the debtor's interest** | Radio Program License Agreement Dated 04/01/2014 | BOB & TOM, LLC 2138 E. 62ND STREET PMB 324 INDIANAPOLIS, IN 46220 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.303 | **State what the contract or lease is for and the nature of the debtor's interest** | License Agreement - Purchase Order Dated 12/14/2016 | BOMGAR CORP. 578 HIGHLAND COLONY PARKWAY PARAGON CENTRE SUITE 300 RIDGELAND, MS 39157 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.304 | **State what the contract or lease is for and the nature of the debtor's interest** | Order Form Dated 12/22/2016 | BOOMI INC 801 CASSATT ROAD SUITE 120 BERWYN, PA 19312 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.305 | **State what the contract or lease is for and the nature of the debtor's interest** | Software Agreement Dated 12/22/2016 | BOOMI INC 801 CASSATT ROAD SUITE 120 BERWYN, PA 19312 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.306 | **State what the contract or lease is for and the nature of the debtor's interest** | Mutual Confidentiality and Non-Disclosure Agreement Dated 05/13/2016 | BOOST PAYMENT SOLUTIONS, LLC |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor    iHeartMedia Management Services, Inc.
          Name

Case number (if known)   18-31301 (MI)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.307 | State what the contract or lease is for and the nature of the debtor's interest | Short Form License Agreement Dated 01/01/2017 | BORDER CITY MEDIA INC. 1 BRIDGE STREET SUITE #105 IRVINGTON , NY 10533 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.308 | State what the contract or lease is for and the nature of the debtor's interest | Short Form License Agreement Dated 04/19/2017 | BORDER CITY MEDIA INC. 1 BRIDGE STREET SUITE #105 IRVINGTON, NY 10533 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.309 | State what the contract or lease is for and the nature of the debtor's interest | Non-Disclosure Agreement Dated 04/11/2017 | BOX INC. 900 JEFFERSON AVE REDWOOD, CA 94063 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.310 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement - Server Migration Acceptance Form Dated 01/31/2012 | BRAINWARE, INC. 20110 ASHBROOK PLACE SUITE 150 ASHBURN, VA 20147 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.311 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement - Pricing Summary Dated 04/06/2000 | BROADWING COMMUNICATIONS SERVICES, INC. ATTN:  CONTRACT ADMINISTRATION 1122 CAPITAL OF TEXAS HWY. SOUTH AUSTIN, TX 78746-6426 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.312 | State what the contract or lease is for and the nature of the debtor's interest | Project Authorization Document Dated 11/29/2006 | BROOK GROUP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.313 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement Dated 07/15/2011 | C&H FINANCIAL, LLC DBA CLEARVIEW GROUP ATTN: TONY CANNATA 1350 DRESDEN DRIVE NE ATLANTA, GA 30319 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    iHeartMedia Management Services, Inc.         Case number *(if known)*   18-31301 (MI)
     Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.314 | State what the contract or lease is for and the nature of the debtor's interest | Mutual Non-Disclosure Agreement Dated 05/11/2009 | CALLIDUS SOFTWARE INC ATTN: LEORA B. GORDON 160 W. SANTA CLARA STREET SUITE 1500 SAN JOSE, CA 95113 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.315 | State what the contract or lease is for and the nature of the debtor's interest | Change Request Dated 05/30/2012 | CANDEO CORPORATION ATTN: LANCE KYLE 10869 ARROYO BEACH PLACE SW SEATTLE, WA 98146 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.316 | State what the contract or lease is for and the nature of the debtor's interest | Change Order Dated 08/29/2012 | CANDEO CORPORATION ATTN: LANCE KYLE 10869 ARROYO BEACH PLACE SW SEATTLE, WA 98146 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.317 | State what the contract or lease is for and the nature of the debtor's interest | Change Order Dated 10/01/2013 | CANDEO CORPORATION ATTN: LANCE KYLE 10869 ARROYO BEACH PLACE SW SEATTLE, WA 98146 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.318 | State what the contract or lease is for and the nature of the debtor's interest | Change Order  Dated 09/01/2013 | CANDEO CORPORATION ATTN: LANCE KYLE 10869 ARROYO BEACH PLACE SW SEATTLE, WA 98146 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.319 | State what the contract or lease is for and the nature of the debtor's interest | Non-Disclosure Agreement Dated 01/18/2017 | CAROUSEL OF INDUSTRIES OF NORTH AMERICA 659 SOUTH COUNTY TRAIL EXETER, RI 02882 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.320 | State what the contract or lease is for and the nature of the debtor's interest | Service Subscription Agreement | CELIGO INC 1820 GATEWAY DR SUITE 260 SAN MATEO, CA 94404 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor ___iHeartMedia Management Services, Inc.___
Name

Case number (if known) __18-31301 (MI)__

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.321 | State what the contract or lease is for and the nature of the debtor's interest | Amendment No. 1 Dated 02/18/2010 | CELLCO PARTNERSHIP (D/B/A VERIZON WIRELESS) ONE VERIZON WAY BASKING RIDGE, NJ 07920-1097 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.322 | State what the contract or lease is for and the nature of the debtor's interest | Change Order Dated 02/10/2015 | CENTERSTANCE ATTN: GREG LUECK |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.323 | State what the contract or lease is for and the nature of the debtor's interest | Change Order Dated 04/09/2015 | CENTERSTANCE ATTN: GREG LUECK |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.324 | State what the contract or lease is for and the nature of the debtor's interest | Letter of Agency Dated 12/01/2018 | CENTURYLINK POB 52187 BUSINESS SERVICES PHOENIX, AZ 85072-2187 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.325 | State what the contract or lease is for and the nature of the debtor's interest | Amendment to Qwest Corporation Administrative Retail Services Agreement  Dated 02/23/2016 | CENTURYLINK POB 52187 BUSINESS SERVICES PHOENIX, AZ 85072-2187 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.326 | State what the contract or lease is for and the nature of the debtor's interest | Agreement for Products and Services Dated 01/31/2011 | CERIDIAN CORPORATION 3311 EAST OLD SHAKOPEE ROAD MINNEAPOLIS, MN 55425 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.327 | State what the contract or lease is for and the nature of the debtor's interest | Agreement for Products and Services Dated 01/31/2011 | CERIDIAN CORPORATION 3311 EAST OLD SHAKOPEE RD. MINNEAPOLIS, MN 55425 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Official Form 206G          **Schedule G: Executory Contracts and Unexpired Leases**          Page 47 of 244

Debtor    iHeartMedia Management Services, Inc.
          Name

Case number *(if known)*   18-31301 (MI)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.328 | State what the contract or lease is for and the nature of the debtor's interest | Confidentiality Agreement Dated 10/14/2009 | CERULEAN SOLUTIONS, LLC<br>ATTN:  JEFF HOLLOWAY<br>2110 BISSONNET STREET<br>HOUSTON, TX 77005 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.329 | State what the contract or lease is for and the nature of the debtor's interest | Non Disclosure Agreement Dated 11/16/2016 | CFTG INC. D/B/A DOCURATED<br>60 CHELSEA PIERS<br>SUITE 6014<br>NEW YORK, NY 10011 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.330 | State what the contract or lease is for and the nature of the debtor's interest | Commercial Energy Sales Agreement Dated 11/06/2014 | CHAMPION ENERGY SERVICES, LLC<br>ATTN: CONTRACT MANAGER<br>1500 RANKIN RD. SUITE 200<br>HOUSTON, TX 77073 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.331 | State what the contract or lease is for and the nature of the debtor's interest | Commercial Energy Sales Agreement Dated 11/13/2009 | CHAMPION ENERGY SERVICES, LLC<br>ATTN: PPL RETAIL MANAGER<br>13831 NW FREEWAY<br>SUITE 250<br>HOUSTON, TX 77040 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.332 | State what the contract or lease is for and the nature of the debtor's interest | Commercial Energy Sales Agreement Dated 11/13/2009 | CHAMPION ENERGY SERVICES, LLC<br>ATTN: PPL RETAIL MANAGER<br>13831 NW FREEWAY<br>SUITE 250<br>HOUSTON, TX 77040 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.333 | State what the contract or lease is for and the nature of the debtor's interest | Amendment to Retail Power Sales Agreement Dated 08/13/2012 | CHAMPION ENERGY SERVICES, LLC<br>ATTN: GENERAL COUNSEL<br>13831 NW FREEWAY<br>SUITE 250<br>HOUSTON, TX 77040 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.334 | State what the contract or lease is for and the nature of the debtor's interest | Amendment to Retail Power Sales Agreement Dated 04/06/2012 | CHAMPION ENERGY SERVICES, LLC<br>ATTN: GENERAL COUNSEL<br>13831 NW FREEWAY<br>SUITE 250<br>HOUSTON, TX 77040 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor ___iHeartMedia Management Services, Inc.___
Name

Case number (if known) __18-31301 (MI)__

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.335 | State what the contract or lease is for and the nature of the debtor's interest | Amendment to Commercial Energy Sales Agreement Dated 12/02/2009 | CHAMPION ENERGY SERVICES, LLC ATTN: GENERAL COUNSEL 13831 NW FREEWAY SUITE 250 HOUSTON, TX 77040 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.336 | State what the contract or lease is for and the nature of the debtor's interest | Commercial Energy Sales Agreement Dated 04/15/2010 | CHAMPION ENERGY SERVICES, LLC ATTN: PA RETAIL MANAGER 13831 NW FREEWAY SUITE 250 HOUSTON, TX 77040 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.337 | State what the contract or lease is for and the nature of the debtor's interest | Commercial Energy Sales Agreement Dated 03/04/2010 | CHAMPION ENERGY SERVICES, LLC ATTN: PPL RETAIL MANAGER 13831 NW FREEWAY SUITE 250 HOUSTON, TX 77040 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.338 | State what the contract or lease is for and the nature of the debtor's interest | Commercial Energy Sales Agreement Dated 03/04/2010 | CHAMPION ENERGY SERVICES, LLC ATTN: PPL RETAIL MANAGER 13831 NW FREEWAY SUITE 250 HOUSTON, TX 77040 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.339 | State what the contract or lease is for and the nature of the debtor's interest | Commercial Energy Sales Agreement Dated 09/04/2009 | CHAMPION ENERGY, LLC ATTN: ILLINOIS RETAIL MANAGER 13831 NW FREEWAY SUITE 250 HOUSTON, TX 77040 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.340 | State what the contract or lease is for and the nature of the debtor's interest | Enterprise Price Amendment Dated 10/18/2017 | CHARTER COMMUNICATIONS OPERATING LLC |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.341 | State what the contract or lease is for and the nature of the debtor's interest | Service Order  Dated 12/08/2017 | CHARTER COMMUNICATIONS OPERATING, LLC |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Official Form 206G | **Schedule G: Executory Contracts and Unexpired Leases** | Page 49 of 244

Debtor    iHeartMedia Management Services, Inc.
          Name

Case number (if known)   18-31301 (MI)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.342 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 08/05/2014 | CHASE-WALKER SOLUTIONS LLC<br>ATTN: MEREDITH CHASE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.343 | State what the contract or lease is for and the nature of the debtor's interest | Change Order Dated 01/05/2015 | CHASE-WALKER SOLUTIONS LLC<br>ATTN: MEREDITH CHASE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.344 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement Dated 08/05/2014 | CHASE-WALKER SOLUTIONS LLC<br>ATTN: MEREDITH CHASE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.345 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 08/05/2014 | CHASE-WALKER SOLUTIONS LLC<br>ATTN: MEREDITH CHASE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.346 | State what the contract or lease is for and the nature of the debtor's interest | Change Order Dated 01/05/2015 | CHASE-WALKER SOLUTIONS LLC<br>ATTN: MEREDITH CHASE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.347 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 11/03/2014 | CHASE-WALKER SOLUTIONS LLC<br>ATTN: MEREDITH CHASE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.348 | State what the contract or lease is for and the nature of the debtor's interest | Software Maintenance - Invoice Dated 01/01/2016 | CHESAPEAKE SYSTEM SOLUTIONS<br>TWO OWINGS MILLS CORPORATE CENTER<br>10461 MILL RUN CIRCLE, SUITE 600<br>OWINGS MILLS, MD 21117 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor ___iHeartMedia Management Services, Inc._____
Name

Case number (if known) __18-31301 (MI)__

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.349 | State what the contract or lease is for and the nature of the debtor's interest | Software Maintenance - Invoice Dated 01/01/2015 | CHESAPEAKE SYSTEM SOLUTIONS<br>TWO OWINGS MILLS CORPORATE CENTER<br>10461 MILL RUN CIRCLE, SUITE 600<br>OWINGS MILLS, MD 21117 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.350 | State what the contract or lease is for and the nature of the debtor's interest | Exhibit B - Change Order No. 1 Dated 03/07/2012 | CHRISTIAN AASELUND INCORPORATED<br>4963 162ND PL SE<br>BELLEVUE, WA 98006 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.351 | State what the contract or lease is for and the nature of the debtor's interest | Exhibit B - Change Order No. 2 Dated 10/01/2012 | CHRISTIAN AASELUND INCORPORATED<br>4963 162ND PL SE<br>BELLEVUE, WA 98006 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.352 | State what the contract or lease is for and the nature of the debtor's interest | Exhibit A - Statement of Work Dated 03/06/2012 | CHRISTIAN AASELUND INCORPORATED<br>4963 162ND PL SE<br>BELLEVUE, WA 98006 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.353 | State what the contract or lease is for and the nature of the debtor's interest | Exhibit A - Statement of Work Dated 03/06/2012 | CHRISTIAN AASELUND INCORPORATED<br>4963 162ND PL SE<br>BELLEVUE, WA 98006 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.354 | State what the contract or lease is for and the nature of the debtor's interest | Services  Dated 03/06/2012 | CHRISTIAN AASELUND INCORPORATED<br>4963 162ND PL SE<br>BELLEVUE, WA 98006 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.355 | State what the contract or lease is for and the nature of the debtor's interest | Exhibit B Change Order No. 3 Dated 11/30/2012 | CHRISTIAN AASELUND INCORPORATED<br>4963 162ND PL SE<br>BELLEVUE, WA 98006 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor ___iHeartMedia Management Services, Inc.___
Name

Case number *(if known)* __18-31301 (MI)__

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.356 | State what the contract or lease is for and the nature of the debtor's interest | Non-Disclosure Agreement (Letter) Dated 07/17/2012 | CHRYSLER GROUP LLC, 1000 CHRYSLER DRIVE, AUBURN HILLS, MI 48326-2766 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.357 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 09/06/2017 | CI&T INC ATTN: BRUNO GUICARDI NETO 630 FREEDOM BUSINESS CENTER 3RD FLOOR KING OF PRUSSIA, PA 19406 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.358 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 09/26/2017 | CI&T INC ATTN: BRUNO GUICARDI NETO 630 FREEDOM BUSINESS CENTER 3RD FLOOR KING OF PRUSSIA, PA 19406 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.359 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement Dated 02/02/2017 | CI&T INC ATTN: BRUNO GUICARDI NETO 630 FREEDOM BUSINESS CENTER 3RD FLOOR KING OF PRUSSIA, PA 19406 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.360 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 05/10/2017 | CI&T INC ATTN: BRUNO GUICARDI NETO 630 FREEDOM BUSINESS CENTER 3RD FLOOR KING OF PRUSSIA, PA 19406 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.361 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 01/27/2017 | CI&T INC ATTN: BRUNO GUICARDI NETO 630 FREEDOM BUSINESS CENTER 3RD FLOOR KING OF PRUSSIA , PA 19406 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.362 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 09/06/2017 | CI&T INC ATTN: BRUNO GUICARDI NETO 630 FREEDOM BUSINESS CENTER 3RD FLOOR KING OF PRUSSIA , PA 19406 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   iHeartMedia Management Services, Inc.
Name

Case number *(if known)*   18-31301 (MI)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.363 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 09/06/2017 | CI&T INC<br>ATTN: BRUNO GUICARDI NETO<br>630 FREEDOM BUSINESS CENTER<br>3RD FLOOR<br>KING OF PRUSSIA , PA 19406 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| 2.364 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 01/31/2017 | CI&T INC<br>ATTN: BRUNO GUICARDI NETO<br>630 FREEDOM BUSINESS CENTER<br>3RD FLOOR<br>KING OF PRUSSIA, PA 19406 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| 2.365 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 06/28/2017 | CI&T INC<br>ATTN: BRUNO GUICARDI NETO<br>630 FREEDOM BUSINESS CENTER<br>3RD FLOOR<br>KING OF PRUSSIA, PA 19406 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| 2.366 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 09/22/2017 | CI&T INC<br>ATTN: BRUNO GUICARDI NETO<br>630 FREEDOM BUSINESS CENTER<br>3RD FLOOR<br>KING OF PRUSSIA, PA 19406 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| 2.367 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 04/20/2017 | CI&T INC<br>ATTN: BRUNO GUICARDI NETO<br>630 FREEDOM BUSINESS CENTER<br>3RD FLOOR<br>KING OF PRUSSIA, PA 19406 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| 2.368 | State what the contract or lease is for and the nature of the debtor's interest | Deal Summary Sheet Dated 05/16/2017 | CI&T INC<br>ATTN: BRUNO GUICARDI NETO<br>630 FREEDOM BUSINESS CENTER<br>3RD FLOOR<br>KING OF PRUSSIA, PA 19406 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| 2.369 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 02/06/2017 | CI&T INC<br>ATTN: BRUNO GUICARDI NETO<br>630 FREEDOM BUSINESS CENTER<br>3RD FLOOR<br>KING OF PRUSSIA, PA 19406 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |

Official Form 206G                    **Schedule G: Executory Contracts and Unexpired Leases**                    Page 53 of 244

Debtor ___iHeartMedia Management Services, Inc.___
Name

Case number (if known) __18-31301 (MI)__



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.370 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 09/26/2017 | CI&T INC<br>ATTN:  BRUNO GUICARDI NETO<br>630 FREEDOM BUSINESS CENTER<br>3RD FLOOR<br>KING OF PRUSSIA, PA 19406 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.371 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 09/06/2017 | CI&T INC<br>ATTN:  BRUNO GUICARDI NETO<br>630 FREEDOM BUSINESS CENTER<br>3RD  FLOOR<br>KING OF PRUSSIA, PA 19406 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.372 | State what the contract or lease is for and the nature of the debtor's interest | Non-Disclosure Agreement Dated 11/11/2016 | CI&T INC.<br>630 FREEDOM BUSINESS CENTER<br>3RD FLOOR, 181<br>KING OF PRUSSIA, PA 19406 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.373 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement Dated 02/23/2016 | CINCINNATI BELL TELEPHONE COMPANY LLC<br>221 E FOURTH STREET<br>PO BOX 2301<br>CINCINNATI, OH 45201 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.374 | State what the contract or lease is for and the nature of the debtor's interest | National First Aid and Safety Agreement Dated 04/01/2015 | CINTAS CORPORATION<br>ATTN: SR. DIRECTOR SALES & OPERATIONS - STRATEGIC MARKETS<br>6800 CINTAS BLVD.<br>PO BOX 625737<br>CINCINNATI, OH 45262-5737 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.375 | State what the contract or lease is for and the nature of the debtor's interest | Alarm System Permit Dated 08/01/2002 | CITY OF SAN ANTONIO POLICE DEPARTMENT<br>214 WEST NUEVA STREET<br>PO BOX 839948<br>SAN ANTONIO, TX 78283 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.376 | State what the contract or lease is for and the nature of the debtor's interest | Alarm System Permit Dated 08/31/2015 | CITY OF SAN ANTONIO POLICE DEPARTMENT<br>315 S. SANTA ROSA<br>SAN ANTONIO, TX 78207 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor ___iHeartMedia Management Services, Inc.___  
     Name

Case number *(if known)* ___18-31301 (MI)___

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.377** | State what the contract or lease is for and the nature of the debtor's interest | Settlement Recovery  Dated 06/20/2013 | CLAIMCO, LLC D/B/A SPECTRUM SETTLEMENT RECOVERY<br>22 BATTERY STREET<br>SUITE 700<br>SAN FRANCISCO , CA 94111 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.378** | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 01/10/2012 | CLEAR CHANNEL CONSULTING<br>ATTN: JOHN SCARBOROUGH<br>911 TIMBER DR<br>NEW BRAUNFELS, TX 78130 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.379** | State what the contract or lease is for and the nature of the debtor's interest | Corporate Services Agreement Dated 11/10/2005 | CLEAR CHANNEL OUTDOOR HOLDINGS, INC.<br>20880 STONE OAK PKWY<br>SAN ANTONIO, TX 78258 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.380** | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 01/20/2014 | CLEAR SEARCH<br>ATTN: HAFEEZ UR RAHMAN S<br>11445 WELLSHIRE COMMONS CIRCLE<br>APT 1611<br>CHARLOTTE, NC 28277 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.381** | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 04/19/2013 | CLEAR SEARCH CONSULTING<br>ATTN: SANDEEP KUMAR<br>CLEAR CHANNEL<br>20880 STONE OAK PARKWAY<br>SAN ANTONIO, TX 78258 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.382** | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 06/29/2013 | CLEAR SEARCH CONSULTING<br>ATTN: SANDEEP KUMAR<br>CLEAR CHANNEL<br>20880 STONE OAK PARKWAY<br>SAN ANTONIO, TX 78258 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.383** | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 01/10/2012 | CLEAR SEARCH CONSULTING<br>2014 FLAMINGO DR<br>SAN ANTONIO, TX 78209 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor ___iHeartMedia Management Services, Inc.___  Case number *(if known)* __18-31301 (MI)__
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.384 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 04/29/2013 | CLEAR SEARCH CONSULTING<br>2014 FLAMINGO DR<br>SAN ANTONIO, TX 78209 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.385 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 06/29/2013 | CLEAR SEARCH CONSULTING<br>2014 FLAMINGO DR<br>SAN ANTONIO, TX 78209 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.386 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 06/29/2013 | CLEAR SEARCH CONSULTING<br>2014 FLAMINGO DR<br>SAN ANTONIO, TX 78209 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.387 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 04/29/2013 | CLEAR SEARCH CONSULTING<br>2014 FLAMINGO DR<br>SAN ANTONIO, TX 78209 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.388 | State what the contract or lease is for and the nature of the debtor's interest | Recruiter Contract Dated 05/23/2012 | CLEARPATH SOLUTIONS<br>ATTN: LISA MATTHIES |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.389 | State what the contract or lease is for and the nature of the debtor's interest | Subscription Agreement - Order Form Dated 10/01/2014 | CLEARSLIDE, INC.<br>548 MARKET ST., SUITE 21265<br>SAN FRANCISCO, CA 21265 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.390 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement Dated 03/04/2016 | CLOUD TECHNOLOGY PARTNERS INC<br>263 SUMMER STREET<br>4TH FLOOR<br>BOSTON, MA 02210 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    iHeartMedia Management Services, Inc.
          Name

Case number (if known)   18-31301 (MI)



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.391 | State what the contract or lease is for and the nature of the debtor's interest | Non-Disclosure Agreement Dated 01/03/2017 | CLOUDCRAZE SOFTWARE LLC<br>101 N UPPER WACKER DRIVE<br>CHICAGO, IL 60606 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.392 | State what the contract or lease is for and the nature of the debtor's interest | Non Disclosure Agreement Dated 11/18/2016 | CLOUDGENIX INC.<br>2665 NORTH 1ST STREET<br>SUITE 110<br>SAN JOSE, CA 95134 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.393 | State what the contract or lease is for and the nature of the debtor's interest | Non-Disclosure Agreement Dated 11/18/2016 | CLOUDGENIX INC.<br>2665 NORTH 1ST STREET<br>SUITE 110<br>SAN JOSE, CA 95134 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.394 | State what the contract or lease is for and the nature of the debtor's interest | Non-Disclosure Agreement Dated 06/27/2017 | CLOUDHEALTH TECHNOLOGIES INC.<br>280 SUMMER STREET<br>5TH FLOOR<br>BOSTON, MA 02210 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.395 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement Dated 10/01/2017 | CLOUDHEALTH TECHNOLOGIES, INC.<br>280 SUMMER ST., 6TH FLOOR<br>BOSTON, MA 02210 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.396 | State what the contract or lease is for and the nature of the debtor's interest | Order Form & Agreement Dated 10/01/2017 | CLOUDHEALTH TECHNOLOGIES, INC.<br>280 SUMMER ST., 6TH FLOOR<br>BOSTON, MA 02210 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.397 | State what the contract or lease is for and the nature of the debtor's interest | Non-Disclosure Agreement Dated 02/08/2017 | CLOUDSENSE INC.<br>1325 AVENUE OF THE AMERICAS<br>FLOOR 28<br>NEW YORK, NY 10019 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    iHeartMedia Management Services, Inc.
          Name

Case number (if known)  18-31301 (MI)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.398 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement Dated 07/09/2009 | CLW REALTY GROUP, INC. 4301 ANCHOR PLAZA PARKWAY SUITE 400 TAMPA, FL 33634 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.399 | State what the contract or lease is for and the nature of the debtor's interest | Non-Disclosure Agreement Dated 03/24/2017 | CODE ZERO LLC 1040 WEST MARIETTA STREET NW ATLANTA, GA 30318 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.400 | State what the contract or lease is for and the nature of the debtor's interest | Change Order #4 Dated 09/09/2015 | COGNIZANT TECHNOLOGY SOLUTIONS 500 FRANK W. BURR BLVD TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.401 | State what the contract or lease is for and the nature of the debtor's interest | Change Order #39 Dated 05/02/2016 | COGNIZANT TECHNOLOGY SOLUTIONS 500 FRANK W. BURR BLVD TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.402 | State what the contract or lease is for and the nature of the debtor's interest | Change Order #41 Dated 11/10/2016 | COGNIZANT TECHNOLOGY SOLUTIONS 500 FRANK W. BURR BLVD TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.403 | State what the contract or lease is for and the nature of the debtor's interest | Change Order #42 Dated 12/22/2016 | COGNIZANT TECHNOLOGY SOLUTIONS 500 FRANK W. BURR BLVD TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.404 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 01/01/2014 | COGNIZANT TECHNOLOGY SOLUTIONS 500 FRANK W. BURR BLVD TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    iHeartMedia Management Services, Inc.       Case number *(if known)* __18-31301 (MI)__
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.405** | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement Dated 05/23/2012 | COGNIZANT TECHNOLOGY SOLUTIONS<br>500 FRANK W. BURR BLVD<br>TEANECK, NJ 07666 |
| | **State the term remaining**<br>**List the contract number of any government contract** | Undetermined | |
| **2.406** | **State what the contract or lease is for and the nature of the debtor's interest** | Change Order #37 Dated 04/01/2016 | COGNIZANT TECHNOLOGY SOLUTIONS<br>500 FRANK W. BURR BLVD<br>TEANECK, NJ 07666 |
| | **State the term remaining**<br>**List the contract number of any government contract** | Undetermined | |
| **2.407** | **State what the contract or lease is for and the nature of the debtor's interest** | Change Order #35 Dated 11/19/2015 | COGNIZANT TECHNOLOGY SOLUTIONS<br>500 FRANK W. BURR BLVD<br>TEANECK, NJ 07666 |
| | **State the term remaining**<br>**List the contract number of any government contract** | Undetermined | |
| **2.408** | **State what the contract or lease is for and the nature of the debtor's interest** | Statement of Work Dated 06/15/2012 | COGNIZANT TECHNOLOGY SOLUTIONS<br>500 FRANK W. BURR BLVD<br>TEANECK, NJ 07666 |
| | **State the term remaining**<br>**List the contract number of any government contract** | Undetermined | |
| **2.409** | **State what the contract or lease is for and the nature of the debtor's interest** | Change Order #43 Dated 04/03/2017 | COGNIZANT TECHNOLOGY SOLUTIONS<br>500 FRANK W. BURR BLVD<br>TEANECK, NJ 07666 |
| | **State the term remaining**<br>**List the contract number of any government contract** | Undetermined | |
| **2.410** | **State what the contract or lease is for and the nature of the debtor's interest** | Statement of Work Dated 08/08/2012 | COGNIZANT TECHNOLOGY SOLUTIONS<br>500 FRANK W. BURR BLVD<br>TEANECK, NJ 07666 |
| | **State the term remaining**<br>**List the contract number of any government contract** | Undetermined | |
| **2.411** | **State what the contract or lease is for and the nature of the debtor's interest** | Change Order #44 Dated 05/01/2017 | COGNIZANT TECHNOLOGY SOLUTIONS<br>500 FRANK W. BURR BLVD<br>TEANECK, NJ 07666 |
| | **State the term remaining**<br>**List the contract number of any government contract** | Undetermined | |

Official Form 206G      **Schedule G: Executory Contracts and Unexpired Leases**      Page 59 of 244

Debtor    iHeartMedia Management Services, Inc.                    Case number (if known)   18-31301 (MI)
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.412 | State what the contract or lease is for and the nature of the debtor's interest | Attachment 11-A Dated 04/10/2013 | COGNIZANT TECHNOLOGY SOLUTIONS<br>500 FRANK W. BURR BLVD<br>TEANECK, NJ 07666 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| 2.413 | State what the contract or lease is for and the nature of the debtor's interest | Agreement Dated 08/15/2012 | COGNIZANT TECHNOLOGY SOLUTIONS<br>500 FRANK W. BURR BLVD<br>TEANECK, NJ 07666 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| 2.414 | State what the contract or lease is for and the nature of the debtor's interest | Change Order #40 Dated 06/30/2016 | COGNIZANT TECHNOLOGY SOLUTIONS<br>500 FRANK W. BURR BLVD<br>TEANECK, NJ 07666 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| 2.415 | State what the contract or lease is for and the nature of the debtor's interest | Change Order #46 Dated 09/20/2017 | COGNIZANT TECHNOLOGY SOLUTIONS<br>500 FRANK W. BURR BLVD<br>TEANECK, NJ 07666 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| 2.416 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 07/26/2012 | COGNIZANT TECHNOLOGY SOLUTIONS<br>500 FRANK W. BURR BLVD<br>TEANECK, NJ 07666 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| 2.417 | State what the contract or lease is for and the nature of the debtor's interest | Change Order #43 Dated 03/31/2017 | COGNIZANT TECHNOLOGY SOLUTIONS<br>500 FRANK W. BURR BLVD<br>TEANECK, NJ 07666 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| 2.418 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work for Smart Bike #2 Dated 01/01/2014 | COGNIZANT TECHNOLOGY SOLUTIONS<br>500 FRANK W. BURR BLVD<br>TEANECK, NJ 07666 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |

Debtor    iHeartMedia Management Services, Inc.
          Name

Case number (if known)   18-31301 (MI)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.419 | State what the contract or lease is for and the nature of the debtor's interest | Change Order #23 Dated 09/18/2014 | COGNIZANT TECHNOLOGY SOLUTIONS 500 FRANK W. BURR BLVD TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.420 | State what the contract or lease is for and the nature of the debtor's interest | Change Order #26 Dated 01/12/2015 | COGNIZANT TECHNOLOGY SOLUTIONS 500 FRANK W. BURR BLVD TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.421 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 06/27/2012 | COGNIZANT TECHNOLOGY SOLUTIONS 500 FRANK W. BURR BLVD TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.422 | State what the contract or lease is for and the nature of the debtor's interest | Change Order #29 Dated 05/19/2015 | COGNIZANT TECHNOLOGY SOLUTIONS 500 FRANK W. BURR BLVD TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.423 | State what the contract or lease is for and the nature of the debtor's interest | Change Order #27 Dated 04/16/2015 | COGNIZANT TECHNOLOGY SOLUTIONS 500 FRANK W. BURR BLVD TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.424 | State what the contract or lease is for and the nature of the debtor's interest | Change Order #28 Dated 04/16/2015 | COGNIZANT TECHNOLOGY SOLUTIONS 500 FRANK W. BURR BLVD TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.425 | State what the contract or lease is for and the nature of the debtor's interest | Change Order #36 Dated 02/12/2016 | COGNIZANT TECHNOLOGY SOLUTIONS 500 FRANK W. BURR BLVD TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    iHeartMedia Management Services, Inc.         Case number *(if known)* __18-31301 (MI)__
       Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.426** | State what the contract or lease is for and the nature of the debtor's interest | Change Order #34 Dated 10/27/2015 | COGNIZANT TECHNOLOGY SOLUTIONS<br>500 FRANK W. BURR BLVD<br>TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.427** | State what the contract or lease is for and the nature of the debtor's interest | Attachment 11-A Dated 06/05/2014 | COGNIZANT TECHNOLOGY SOLUTIONS<br>500 FRANK W. BURR BLVD<br>TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.428** | State what the contract or lease is for and the nature of the debtor's interest | Change Order Dated 04/10/2013 | COGNIZANT TECHNOLOGY SOLUTIONS<br>500 FRANK W. BURR BLVD<br>TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.429** | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 08/03/2012 | COGNIZANT TECHNOLOGY SOLUTIONS<br>500 FRANK W. BURR BLVD<br>TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.430** | State what the contract or lease is for and the nature of the debtor's interest | Change Order #24 Dated 10/01/2014 | COGNIZANT TECHNOLOGY SOLUTIONS<br>500 FRANK W. BURR BLVD<br>TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.431** | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work For Smart Bike #2 Dated 12/11/2013 | COGNIZANT TECHNOLOGY SOLUTIONS<br>500 FRANK W. BURR BLVD<br>TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.432** | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work for SmartBike #2 Dated 12/11/2013 | COGNIZANT TECHNOLOGY SOLUTIONS<br>500 FRANK W. BURR BLVD<br>TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    iHeartMedia Management Services, Inc.
          Name                                                    Case number (if known)   18-31301 (MI)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.433 | **State what the contract or lease is for and the nature of the debtor's interest** | Change Order #38 Dated 03/09/2016 | COGNIZANT TECHNOLOGY SOLUTIONS 500 FRANK W. BURR BLVD TEANECK, NJ 07666 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.434 | **State what the contract or lease is for and the nature of the debtor's interest** | Change Order #33 | COGNIZANT TECHNOLOGY SOLUTIONS 500 FRANK W. BURR BLVD TEANECK, NJ 07666 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.435 | **State what the contract or lease is for and the nature of the debtor's interest** | Statement of Work Dated 07/26/2012 | COGNIZANT TECHNOLOGY SOLUTIONS 500 FRANK W. BURR BLVD TEANECK, NJ 07666 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.436 | **State what the contract or lease is for and the nature of the debtor's interest** | Statement of Work Dated 06/15/2012 | COGNIZANT TECHNOLOGY SOLUTIONS 500 FRANK W. BURR BLVD TEANECK, NJ 07666 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.437 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement Dated 06/29/2012 | COGNIZANT TECHNOLOGY SOLUTIONS 500 FRANK W. BURR BLVD TEANECK, NJ 07666 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.438 | **State what the contract or lease is for and the nature of the debtor's interest** | Change Order #32 Dated 09/09/2015 | COGNIZANT TECHNOLOGY SOLUTIONS 500 FRANK W. BURR BLVD TEANECK, NJ 07666 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.439 | **State what the contract or lease is for and the nature of the debtor's interest** | Statement of Work Dated 08/08/2012 | COGNIZANT TECHNOLOGY SOLUTIONS 500 FRANK W. BURR BLVD TEANECK, NJ 07666 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor   <u>iHeartMedia Management Services, Inc.</u>
Name

Case number *(if known)*  <u>18-31301 (MI)</u>

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.440 | State what the contract or lease is for and the nature of the debtor's interest | Change Order #43 Dated 03/30/2017 | COGNIZANT TECHNOLOGY SOLUTIONS 500 FRANK W. BURR BLVD TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.441 | State what the contract or lease is for and the nature of the debtor's interest | Change Order #45 Dated 07/05/2017 | COGNIZANT TECHNOLOGY SOLUTIONS 500 FRANK W. BURR BLVD TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.442 | State what the contract or lease is for and the nature of the debtor's interest | Change Order #31 Dated 08/20/2015 | COGNIZANT TECHNOLOGY SOLUTIONS 500 FRANK W. BURR BLVD TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.443 | State what the contract or lease is for and the nature of the debtor's interest | Change Order #30 Dated 06/15/2015 | COGNIZANT TECHNOLOGY SOLUTIONS 500 FRANK W. BURR BLVD TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.444 | State what the contract or lease is for and the nature of the debtor's interest | Change Order #47 Dated 12/20/2017 | COGNIZANT TECHNOLOGY SOLUTIONS 500 FRANK W. BURR BLVD TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.445 | State what the contract or lease is for and the nature of the debtor's interest | Attachment 11-A Dated 04/10/2013 | COGNIZANT TECHNOLOGY SOLUTIONS 500 FRANK W. BURR BLVD TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.446 | State what the contract or lease is for and the nature of the debtor's interest | Mutual Confidentiality Agreement Dated 03/12/2012 | COGNIZANT TECHNOLOGY SOLUTIONS U.S. CORPORATION 500 FRANK W. BURR BLVD TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Official Form 206G    **Schedule G: Executory Contracts and Unexpired Leases**    Page 64 of 244

Debtor _____iHeartMedia Management Services, Inc._____
        Name

Case number (if known) __18-31301 (MI)__

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.447 | State what the contract or lease is for and the nature of the debtor's interest | Agreement Dated 01/15/2013 | COGNIZANT TECHNOLOGY SOLUTIONS U.S. CORPORATION 500 FRANK W. BURR BLVD TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.448 | State what the contract or lease is for and the nature of the debtor's interest | Agreement Dated 06/29/2012 | COGNIZANT TECHNOLOGY SOLUTIONS U.S. CORPORATION 500 FRANK W. BURR BLVD TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.449 | State what the contract or lease is for and the nature of the debtor's interest | Change Order Dated 07/25/2012 | COGNIZANT TECHNOLOGY SOLUTIONS U.S. CORPORATION 500 FRANK W. BURR BLVD TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.450 | State what the contract or lease is for and the nature of the debtor's interest | Agreement Dated 08/15/2012 | COGNIZANT TECHNOLOGY SOLUTIONS U.S. CORPORATION 500 FRANK W. BURR BLVD TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.451 | State what the contract or lease is for and the nature of the debtor's interest | Agreement Dated 11/15/2012 | COGNIZANT TECHNOLOGY SOLUTIONS U.S. CORPORATION 500 FRANK W BURR BLVD TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.452 | State what the contract or lease is for and the nature of the debtor's interest | Agreement Dated 06/01/2012 | COGNIZANT TECHNOLOGY SOLUTIONS U.S. CORPORATION 500 FRANK W. BURR BLVD. TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.453 | State what the contract or lease is for and the nature of the debtor's interest | Mutual Confidentiality Agreement Dated 03/12/2012 | COGNIZANT TECHNOLOGY SOLUTIONS US CORPORATION 500 FRANK W. BURR BLVD TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Official Form 206G          **Schedule G: Executory Contracts and Unexpired Leases**          Page 65 of 244

Debtor ___iHeartMedia Management Services, Inc.___   Case number *(if known)* __18-31301 (MI)__
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.454 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment to Master Service Agreement Dated 11/16/2012 | COGNIZANT TECHNOLOGY SOLUTIONS US CORPORATION 500 FRANK W. BURR BLVD. TEANECK, NJ 07666 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.455 | **State what the contract or lease is for and the nature of the debtor's interest** | Change Request Dated 04/13/2015 | COLUMN TECHNOLOGIES, INC 10 E. 22ND STREET SUITE 300 LOMBARD, IL 60148 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.456 | **State what the contract or lease is for and the nature of the debtor's interest** | Statement of Work Dated 03/19/2015 | COLUMN TECHNOLOGIES, INC 10 E. 22ND STREET SUITE 300 LOMBARD, IL 60148 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.457 | **State what the contract or lease is for and the nature of the debtor's interest** | Mutual Confidentiality and Non-Disclosure Agreement Dated 01/14/2015 | COLUMN TECHNOLOGIES, INC 10 E. 22ND STREET SUITE 300 LOMBARD, IL 60148 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.458 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment No. 4 to Commercial Card Master Agreement Dated 05/26/2017 | COMDATA CORPORATION 5301 MARYLAND WAY BRENTWOOD, TN 37027 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.459 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment to Commercial Card Master Agreement Dated 05/27/2014 | COMDATA CORPORATION 5301 MARYLAND WAY BRENTWOOD, TN 37027 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.460 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment to Commercial Card Master Agreement Dated 07/29/2015 | COMDATA CORPORATION 5301 MARYLAND WAY BRENTWOOD, TN 37027 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor    iHeartMedia Management Services, Inc.       Case number *(if known)*   18-31301 (MI)
<br>Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.461 | State what the contract or lease is for and the nature of the debtor's interest | Bond Rider and Power of Attorney Dated 02/28/2017 | COMDATA CORPORATION<br>5301 MARYLAND WAY<br>BRENTWOOD, TN 37027 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.462 | State what the contract or lease is for and the nature of the debtor's interest | Bond Rider and Power of Attorney Dated 02/10/2016 | COMDATA CORPORATION<br>5301 MARYLAND WAY<br>BRENTWOOD, TN 37027 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.463 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement  Dated 09/09/2010 | COMDATA NETWORK, INC.<br>ATTN: RAND MORGAN, EVP<br>5301 MARYLAND WAY<br>BRENTWOOD, TN 37027 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.464 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement  Dated 09/10/2010 | COMDATA NETWORK, INC.<br>ATTN: RANDY MORGAN, EVP<br>5301 MARYLAND WAY<br>BRENTWOOD, TN 37027 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.465 | State what the contract or lease is for and the nature of the debtor's interest | Amendment to Commercial Card Master Agreement Dated 04/03/2011 | COMDATA NETWORK, INC.<br>ATTN: RANDY MORGAN, EVP<br>5301 MARYLAND WAY<br>BRENTWOOD, TN 37027 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.466 | State what the contract or lease is for and the nature of the debtor's interest | Commercial Card Master Agreement Dated 09/10/2010 | COMDATA NETWORK, INC.<br>ATTN: RANDY MORGAN, EVP<br>5301 MARYLAND WAY<br>BRENTWOOD, TN 37027 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.467 | State what the contract or lease is for and the nature of the debtor's interest | Power of Attorney & Rider  Dated 02/28/2017 | COMDATA NETWORKS, INC.<br>5301 MARYLAND WAY<br>BRENTWOOD, TN 37027 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor        iHeartMedia Management Services, Inc.                              Case number (if known)   18-31301 (MI)
                Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.468 | State what the contract or lease is for and the nature of the debtor's interest | Power of Attorney & Rider  Dated 02/10/2016 | COMDATA NETWORKS, INC. 5301 MARYLAND WAY BRENTWOOD, TN 37027 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.469 | State what the contract or lease is for and the nature of the debtor's interest | Mutual Non-Disclosure Agreement Dated 08/19/2010 | COMDATA NETWORKS, INC. 5301 MARYLAND WAY BRENTWOOD, TN 37027 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.470 | State what the contract or lease is for and the nature of the debtor's interest | Amendment to Master Agreement Dated 04/03/2011 | COMDATA NETWORKS, INC. 5301 MARYLAND WAY BRENTWOOD, TN 37027 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.471 | State what the contract or lease is for and the nature of the debtor's interest | Mutual Non-Disclosure Agreement Dated 08/19/2010 | COMDATA NETWORKS, INC. 5301 MARYLAND WAY BRENTWOOD, TN 37027 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.472 | State what the contract or lease is for and the nature of the debtor's interest | Amendment to Master Agreement Dated 05/27/2014 | COMDATA NETWORKS, INC. 5301 MARYLAND WAY BRENTWOOD, TN 37027 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.473 | State what the contract or lease is for and the nature of the debtor's interest | Mutual Non-Disclosure Agreement Dated 08/19/2010 | COMDATA NETWORKS, INC. 5301 MARYLAND WAY BRENTWOOD, TN 37027 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.474 | State what the contract or lease is for and the nature of the debtor's interest | Amendment No. 4 to Master Agreement Dated 05/26/2017 | COMDATA NETWORKS, INC. 5301 MARYLAND WAY BRENTWOOD, TN 37027 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    iHeartMedia Management Services, Inc.
          Name                                                    Case number (if known)   18-31301 (MI)

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.475 | State what the contract or lease is for and the nature of the debtor's interest | Mutual Non-Disclosure Agreement Dated 08/19/2010 | COMDATA NETWORKS, INC. 5301 MARYLAND WAY BRENTWOOD, TN 37027 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.476 | State what the contract or lease is for and the nature of the debtor's interest | Rider & Power of Attorney Dated 02/28/2017 | COMDATA NETWORKS, INC. 5301 MARYLAND WAY BRENTWOOD, TN 37027 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.477 | State what the contract or lease is for and the nature of the debtor's interest | Financial Guarantee Bond & Power of Attorney  Dated 07/16/2015 | COMDATA NETWORKS, INC. 5301 MARYLAND WAY BRENTWOOD, TN 37027 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.478 | State what the contract or lease is for and the nature of the debtor's interest | Amendment to Master Agreement Dated 07/29/2015 | COMDATA NETWORKS, INC. 5301 MARYLAND WAY BRENTWOOD, TN 37027 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.479 | State what the contract or lease is for and the nature of the debtor's interest | Amendment  Dated 05/27/2014 | COMDATA NETWORKS, INC. 5301 MARYLAND WAY BRENTWOOD, TN 37027 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.480 | State what the contract or lease is for and the nature of the debtor's interest | Financial Guarantee Bond  Dated 07/16/2005 | COMDATA NETWORKS, INC. 5301 MARYLAND WAY BRENTWOOD, TN 37027 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.481 | State what the contract or lease is for and the nature of the debtor's interest | Amendment No. 4  Dated 05/26/2017 | COMDATA NETWORKS, INC. 5301 MARYLAND WAY BRENTWOOD, TN 37027 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   iHeartMedia Management Services, Inc.        Case number *(if known)*  18-31301 (MI)
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.482 | State what the contract or lease is for and the nature of the debtor's interest | Amendment  Dated 04/03/2011 | COMDATA NETWORKS, INC.<br>5301 MARYLAND WAY<br>BRENTWOOD, TN 37027 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| 2.483 | State what the contract or lease is for and the nature of the debtor's interest | Amendment  Dated 07/29/2015 | COMDATA NETWORKS, INC.<br>5301 MARYLAND WAY<br>BRENTWOOD, TN 37027 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| 2.484 | State what the contract or lease is for and the nature of the debtor's interest | Retention Letter/Agreement Dated 09/29/2014 | COMMERCIAL TENANT SERVICES, INC.<br>288 E 45TH ST.<br>9TH FLOOR<br>NEW YORK, NY 10017 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| 2.485 | State what the contract or lease is for and the nature of the debtor's interest | License Agreement Dated 01/01/2012 | COMPETITIVE MEDIA REPORTING, LLC D/B/A KANTAR MEDIA INTELLIGENCE<br>11 MADISON AVENUE<br>NEW YORK, NY 10010 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| 2.486 | State what the contract or lease is for and the nature of the debtor's interest | Mutual Confidentiality and Non-Disclosure Agreement Dated 07/01/2015 | COMPUCOM SYSTEMS, INC. |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| 2.487 | State what the contract or lease is for and the nature of the debtor's interest | Business Services Agreement  Dated 03/24/2011 | CONCUR TECHNOLOGIES, INC.<br>ATTN: CHIEF LEGAL OFFICER<br>18400 N.E. UNION HILL ROAD<br>REDMOND, WA 98052 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| 2.488 | State what the contract or lease is for and the nature of the debtor's interest | Business Services Agreement Dated 03/24/2011 | CONCUR TECHNOLOGIES, INC.<br>ATTN: CHIEF LEGAL OFFICER<br>18400 N.E. UNION HILL RD.<br>REDMOND, WA 98052 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |

Debtor ___iHeartMedia Management Services, Inc.___ Case number (if known) __18-31301 (MI)__
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.489 | **State what the contract or lease is for and the nature of the debtor's interest** | Assignment and Assumption Agreement Dated 12/07/2015 | CONCUR TECHNOLOGIES, INC. ATTN: CHIEF LEGAL OFFICER 18400 N.E. UNION HILL RD. REDMOND, WA 98052 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.490 | **State what the contract or lease is for and the nature of the debtor's interest** | Sales Order Form Dated 09/07/2011 | CONCUR TECHNOLOGIES, INC. ATTN: CHIEF LEGAL OFFICER 18400 N.E. UNION HILL RD. REDMOND, WA 98052 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.491 | **State what the contract or lease is for and the nature of the debtor's interest** | Assignment and Assumption Agreement Dated 12/07/2015 | CONCUR TECHNOLOGIES, INC. ATTN: CHIEF LEGAL OFFICER 18400 N.E. UNION HILL RD. REDMOND, WA 98052 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.492 | **State what the contract or lease is for and the nature of the debtor's interest** | Assignment and Assumption Agreement Dated 12/07/2015 | CONCUR TECHNOLOGIES, INC. ATTN: CHIEF LEGAL OFFICER 18400 N.E. UNION HILL RD. REDMOND, WA 98052 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.493 | **State what the contract or lease is for and the nature of the debtor's interest** | Sales Order Form  Dated 03/05/2015 | CONCUR TECHNOLOGIES, INC. ATTN: CHIEF LEGAL OFFICER 18400 N.E. UNION HILL RD. REDMOND, WA 98052 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.494 | **State what the contract or lease is for and the nature of the debtor's interest** | Assignment and Assumption Agreement  Dated 12/07/2015 | CONCUR TECHNOLOGIES, INC. ATTN: CHIEF LEGAL OFFICER 18400 N.E. UNION HILL RD. REDMOND, WA 98052 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.495 | **State what the contract or lease is for and the nature of the debtor's interest** | Assignment and Assumption Agreement  Dated 12/07/2015 | CONCUR TECHNOLOGIES, INC. ATTN: CHIEF LEGAL OFFICER 18400 N.E. UNION HILL RD. REDMOND, WA 98052 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor     iHeartMedia Management Services, Inc.            Case number *(if known)*   18-31301 (MI)
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.496 | **State what the contract or lease is for and the nature of the debtor's interest** | Sales Order Form Dated 09/07/2011 | CONCUR TECHNOLOGIES, INC. ATTN: CHIEF LEGAL OFFICER 18400 N.E. UNION HILL RD. REDMOND, WA 98052 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.497 | **State what the contract or lease is for and the nature of the debtor's interest** | Sales Order Form  Dated 03/05/2015 | CONCUR TECHNOLOGIES, INC. ATTN: CHIEF LEGAL OFFICER 18400 N.E. UNION HILL RD. REDMOND, WA 98052 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.498 | **State what the contract or lease is for and the nature of the debtor's interest** | Sales Order Dated 03/24/2011 | CONCUR TECHNOLOGIES, INC. ATTN: CHIEF LEGAL OFFICER 18400 N.E. UNION HILL RD. REDMOND, WA 98052 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.499 | **State what the contract or lease is for and the nature of the debtor's interest** | Assignment and Assumption Agreement  Dated 12/07/2015 | CONCUR TECHNOLOGIES, INC. ATTN: CHIEF LEGAL OFFICER 18400 N.E. UNION HILL RD. REDMOND, WA 98052 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.500 | **State what the contract or lease is for and the nature of the debtor's interest** | Business Services Agreement Dated 03/24/2011 | CONCUR TECHNOLOGIES, INC. ATTN: CHIEF LEGAL OFFICER 18400 NE UNION HILL RD. REDMOND, WA 98052 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.501 | **State what the contract or lease is for and the nature of the debtor's interest** | Business Service  Dated 03/24/2011 | CONCUR TECHNOLOGIES, INC. ATTN: CHIEF LEGAL OFFICER 18400 NE UNION HILL ROAD REDMOND, WA 98052 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.502 | **State what the contract or lease is for and the nature of the debtor's interest** | Electricity Supply Agreement - Fixed Price Solutions Dated 01/16/2015 | CONSTELLATION NEWENERGY, INC. ATTN: CONTRACTS ADMINISTRATION 1221 LAMAR ST. SUITE 750 HOUSTON, TX 77010 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Official Form 206G       **Schedule G: Executory Contracts and Unexpired Leases**       Page 72 of 244

Debtor    iHeartMedia Management Services, Inc.       Case number *(if known)*   18-31301 (MI)
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.503 | State what the contract or lease is for and the nature of the debtor's interest | Electricity Supply Agreement - Fixed Price Solutions Dated 01/09/2015 | CONSTELLATION NEWENERGY, INC.<br>ATTN: CONTRACTS ADMINISTRATION<br>1221 LAMAR ST.<br>SUITE 750<br>HOUSTON, TX 77010 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.504 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 06/20/2017 | CONVENE INC<br>6983 E FOWLER AVE<br>TAMPA, FL 33617 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.505 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 06/26/2017 | CONVENE INC<br>6983 E FOWLER AVE<br>TAMPA, FL 33617 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.506 | State what the contract or lease is for and the nature of the debtor's interest | Consultant/Contractor Services Agreement Dated 06/16/2017 | CONVENE INC<br>6983 E FOWLER AVE<br>TAMPA, FL 33617 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.507 | State what the contract or lease is for and the nature of the debtor's interest | Non-Disclosure Agreement Dated 11/10/2017 | CORENT TECHNOLOGY INC.<br>26895 ALISO CREEK ROAD<br>SUITE B-654<br>ALISO VIEJO, CA 92656 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.508 | State what the contract or lease is for and the nature of the debtor's interest | Non-Disclosure Agreement Dated 11/10/2017 | CORENT TECHNOLOGY INC.<br>26895 ALISO CREEK ROAD<br>SUITE B-654<br>ALISO VIEJO, CA 92656 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.509 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement - Purchase Order Dated 10/20/2017 | CORNERSTONE<br>1601 CLOVERFIELD BLVD STE 620 S<br>SANTA MONICA, CA 90404 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Official Form 206G      **Schedule G: Executory Contracts and Unexpired Leases**      Page 73 of 244

Debtor      iHeartMedia Management Services, Inc.
              Name

Case number (if known)   18-31301 (MI)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.510 | **State what the contract or lease is for and the nature of the debtor's interest** | Service Agreement - Statement of Work Dated 10/25/2017 | CORNERSTONE<br>1601 CLOVERFIELD BLVD STE 620 S<br>SANTA MONICA, CA 90404 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.511 | **State what the contract or lease is for and the nature of the debtor's interest** | Service Agreement - Purchase Order Dated 10/20/2017 | CORNERSTONE ONDEMAND |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.512 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Agreement Dated 06/30/2016 | CORNERSTONE ONDEMAND, INC. |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.513 | **State what the contract or lease is for and the nature of the debtor's interest** | Statement of work Dated 03/23/2015 | COUNTERPARTY NAME ON FILE<br>ADDRESS ON FILE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.514 | **State what the contract or lease is for and the nature of the debtor's interest** | Statement of work  Dated 05/02/2016 | COUNTERPARTY NAME ON FILE<br>ADDRESS ON FILE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.515 | **State what the contract or lease is for and the nature of the debtor's interest** | Statement of work Dated 08/22/2015 | COUNTERPARTY NAME ON FILE<br>ADDRESS ON FILE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.516 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Agreement | COUNTERPARTY NAME ON FILE<br>ADDRESS ON FILE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Official Form 206G      **Schedule G: Executory Contracts and Unexpired Leases**      Page 74 of 244

Debtor _____iHeartMedia Management Services, Inc._____     Case number *(if known)* __18-31301 (MI)__
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.517** | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | COUNTERPARTY NAME ON FILE ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.518** | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | COUNTERPARTY NAME ON FILE ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.519** | State what the contract or lease is for and the nature of the debtor's interest | Exhibit B Change Order No. 2 Dated 07/01/2013 | COUNTERPARTY NAME ON FILE ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.520** | State what the contract or lease is for and the nature of the debtor's interest | Exhibit B Change Order No. 3 Dated 09/01/2013 | COUNTERPARTY NAME ON FILE ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.521** | State what the contract or lease is for and the nature of the debtor's interest | Exhibit B Change Order No. 4 Dated 12/04/2013 | COUNTERPARTY NAME ON FILE ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.522** | State what the contract or lease is for and the nature of the debtor's interest | Exhibit B Change Order No. 2 Dated 05/21/2013 | COUNTERPARTY NAME ON FILE ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.523** | State what the contract or lease is for and the nature of the debtor's interest | Exhibit B Change Order No. 5 Dated 06/17/2014 | COUNTERPARTY NAME ON FILE ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    iHeartMedia Management Services, Inc.
          Name

Case number (if known)   18-31301 (MI)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.524 | State what the contract or lease is for and the nature of the debtor's interest | Exhibit B Change Order No. 6 Dated 12/11/2014 | COUNTERPARTY NAME ON FILE<br>ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.525 | State what the contract or lease is for and the nature of the debtor's interest | Exhibit A Statement of Work Dated 04/02/2012 | COUNTERPARTY NAME ON FILE<br>ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.526 | State what the contract or lease is for and the nature of the debtor's interest | Exhibit B Change Order No. 4 Dated 01/02/2014 | COUNTERPARTY NAME ON FILE<br>ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.527 | State what the contract or lease is for and the nature of the debtor's interest | Exhibit B Change Order No. 3 Dated 08/30/2013 | COUNTERPARTY NAME ON FILE<br>ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.528 | State what the contract or lease is for and the nature of the debtor's interest | Exhibit B Change Order No. 002 Dated 12/04/2012 | COUNTERPARTY NAME ON FILE<br>ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.529 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement - Recruiter Services Dated 03/16/2015 | COUNTERPARTY NAME ON FILE<br>ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.530 | State what the contract or lease is for and the nature of the debtor's interest | Patent Application Assignment Dated 03/19/2009 | COUNTERPARTY NAME ON FILE 2018-161629<br>ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor ___iHeartMedia Management Services, Inc.___
　　　　　Name

Case number (if known) __18-31301 (MI)__

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.531 | State what the contract or lease is for and the nature of the debtor's interest | Patent Application Assignment Dated 03/19/2009 | COUNTERPARTY NAME ON FILE 2018-161630 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.532 | State what the contract or lease is for and the nature of the debtor's interest | Patent Application Assignment Dated 03/19/2009 | COUNTERPARTY NAME ON FILE 2018-161632 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.533 | State what the contract or lease is for and the nature of the debtor's interest | Patent Application Assignment Dated 03/19/2009 | COUNTERPARTY NAME ON FILE 2018-161633 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.534 | State what the contract or lease is for and the nature of the debtor's interest | Patent Application Assignment Dated 03/19/2009 | COUNTERPARTY NAME ON FILE 2018-161634 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.535 | State what the contract or lease is for and the nature of the debtor's interest | Patent Application Assignment Dated 03/19/2009 | COUNTERPARTY NAME ON FILE 2018-161636 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.536 | State what the contract or lease is for and the nature of the debtor's interest | Consulting Services Agreement Dated 03/06/2012 | COUNTERPARTY NAME ON FILE 2018-162107 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.537 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work  Dated 03/12/2012 | COUNTERPARTY NAME ON FILE 2018-162107 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    iHeartMedia Management Services, Inc.       Case number *(if known)* __18-31301 (MI)__
         Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.538 | State what the contract or lease is for and the nature of the debtor's interest | Change Order Dated 12/11/2013 | COUNTERPARTY NAME ON FILE 2018-162615 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.539 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 06/01/2013 | COUNTERPARTY NAME ON FILE 2018-162615 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.540 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 12/03/2012 | COUNTERPARTY NAME ON FILE 2018-162615 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.541 | State what the contract or lease is for and the nature of the debtor's interest | Change Order Dated 01/02/2014 | COUNTERPARTY NAME ON FILE 2018-162615 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.542 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 05/03/2013 | COUNTERPARTY NAME ON FILE 2018-162615 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.543 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement Dated 12/03/2012 | COUNTERPARTY NAME ON FILE 2018-162615 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.544 | State what the contract or lease is for and the nature of the debtor's interest | Statement of work  Dated 06/13/2012 | COUNTERPARTY NAME ON FILE 2018-162761 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor      iHeartMedia Management Services, Inc.                          Case number (if known)  18-31301 (MI)
            Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.545 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 06/13/2012 | COUNTERPARTY NAME ON FILE 2018-162761 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.546 | State what the contract or lease is for and the nature of the debtor's interest | Consulting services in the field of information technologies Dated 06/13/2012 | COUNTERPARTY NAME ON FILE 2018-162761 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.547 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 11/22/2013 | COUNTERPARTY NAME ON FILE 2018-175207 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.548 | State what the contract or lease is for and the nature of the debtor's interest | Change Order Dated 11/22/2013 | COUNTERPARTY NAME ON FILE 2018-175210 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.549 | State what the contract or lease is for and the nature of the debtor's interest | Change Order Dated 11/22/2013 | COUNTERPARTY NAME ON FILE 2018-175212 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.550 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 05/21/2014 | COUNTERPARTY NAME ON FILE 2018-175213 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.551 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 05/21/2014 | COUNTERPARTY NAME ON FILE 2018-175218 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    iHeartMedia Management Services, Inc.
          Name

Case number (if known)  18-31301 (MI)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.552 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement Dated 10/11/2012 | COUNTERPARTY NAME ON FILE 2018-175835 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.553 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 11/15/2013 | COUNTERPARTY NAME ON FILE 2018-175840 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.554 | State what the contract or lease is for and the nature of the debtor's interest | Change Order Dated 02/07/2014 | COUNTERPARTY NAME ON FILE 2018-175840 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.555 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 10/11/2012 | COUNTERPARTY NAME ON FILE 2018-175840 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.556 | State what the contract or lease is for and the nature of the debtor's interest | Change Order Dated 12/18/2012 | COUNTERPARTY NAME ON FILE 2018-175847 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.557 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 01/03/2014 | COUNTERPARTY NAME ON FILE 2018-175852 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.558 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 03/21/2014 | COUNTERPARTY NAME ON FILE 2018-175868 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor _____iHeartMedia Management Services, Inc._____
          Name

Case number *(if known)*  18-31301 (MI)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.559 | State what the contract or lease is for and the nature of the debtor's interest | Offer Letter Dated 02/15/2012 | COUNTERPARTY NAME ON FILE 2018-248286 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.560 | State what the contract or lease is for and the nature of the debtor's interest | New Employment - Software Developer III Dated 11/01/2007 | COUNTERPARTY NAME ON FILE 2018-95173 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.561 | State what the contract or lease is for and the nature of the debtor's interest | New Employment - Software Developer III Dated 11/01/2007 | COUNTERPARTY NAME ON FILE 2018-95180 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.562 | State what the contract or lease is for and the nature of the debtor's interest | New Employment - Software Developer III Dated 11/01/2007 | COUNTERPARTY NAME ON FILE 2018-95193 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.563 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work  Dated 05/15/2014 | COUNTERPARTY NAME ON FILE 2018-95457 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.564 | State what the contract or lease is for and the nature of the debtor's interest | ILEC Network Services Discount Pricing Schedule Dated 09/15/2009 | COUNTERPARTY NAME ON FILE 2018-95977 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.565 | State what the contract or lease is for and the nature of the debtor's interest | POA Acknowledgement of Terms Dated 01/04/2016 | COUTIER'S INC. DBA ROBERT F BARNES CHB FIELD BARNES ROBERT F BARNES CUSTOMS BROKERS 216 E RHAPSODY SAN ANTONIO, TX 78216 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor _____iHeartMedia Management Services, Inc._____
         Name

Case number (if known) __18-31301 (MI)__

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.566 | State what the contract or lease is for and the nature of the debtor's interest | Demand Response Management Agreement Dated 08/26/2010 | CPOWER, INC.<br>ATTN: CONTRACT ADMINISTRATOR<br>17 STATE ST. 19TH FLOOR<br>NEW YORK, NY 10004 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.567 | State what the contract or lease is for and the nature of the debtor's interest | Addendum #7 to Master Services Agreement | CUSHMAN & WAKEFIELD<br>CORPORATE SERVICES<br>ATTN OMAR ACOSTA<br>201 N FRANKLIN ST STE 3300<br>TAMPA, FL 33602 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.568 | State what the contract or lease is for and the nature of the debtor's interest | Addendum #7 Master Services Agreement | CUSHMAN & WAKEFIELD<br>CORPORATE SERVICES<br>ATTN OMAR ACOSTA<br>201 N FRANKLIN ST STE 3300<br>TAMPA, FL 33602 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.569 | State what the contract or lease is for and the nature of the debtor's interest | Addendum 6 to Master Services Agreement Dated 03/31/2016 | CUSHMAN & WAKEFIELD<br>CORPORATE SERVICES - ATTN RACHEL AMADOR<br>55 WESTPORT PLZ STE 600<br>SAINT LOUIS, MO 63146 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.570 | State what the contract or lease is for and the nature of the debtor's interest | Work Order #5 Dated 03/31/2016 | CUSHMAN & WAKEFIELD<br>CORPORATE SERVICES - ATTN RACHEL AMADOR<br>55 WESTPORT PLZ STE 600<br>SAINT LOUIS, MO 63146 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.571 | State what the contract or lease is for and the nature of the debtor's interest | Terms of Use For Event Management Product Dated 10/14/2016 | CVENT<br>1765 GREENSBORO STATION PLACE<br>7TH FLOOR<br>TYSONS CORNER, VA 22102 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.572 | State what the contract or lease is for and the nature of the debtor's interest | Terms of Use for CrowdCompass Dated 07/01/2016 | CVENT INC D/B/A CROWDCOMPASS<br>1765 GREENSBORO STATION PLACE<br>7TH FLOOR<br>TYSONS CORNER, VA 22102 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    iHeartMedia Management Services, Inc.                          Case number (if known)   18-31301 (MI)
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.573 | State what the contract or lease is for and the nature of the debtor's interest | Mobile Event Solution Order Form Dated 08/09/2016 | CVENT INC. D/B/A CROWDCOMPASS 1765 GREENSBORO STATION PLACE 7TH FLOOR TYSONS CORNER, VA 22102 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.574 | State what the contract or lease is for and the nature of the debtor's interest | Mobile Event Solution Order Form Dated 07/01/2016 | CVENT INC. D/B/A CROWDCOMPASS 1765 GREENSBORO STATION PLACE 7TH FLOOR TYSONS CORNER, VA 22102 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.575 | State what the contract or lease is for and the nature of the debtor's interest | Mobile Event Solution Order Form Dated 08/12/2016 | CVENT, INC D/B/A CROWDCOMPASS 1765 GREENSBORO STATION PLACE 7TH FLOOR TYSONS CORNER, VA 22102 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.576 | State what the contract or lease is for and the nature of the debtor's interest | Billing Service Agreement Dated 12/22/2014 | CYBERSOURCE CORPORATION ATTN: CYBERSOURCE LEGAL, M1-12SE PO BOX 8999 SAN FRANCISCO, CA 94128-8999 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.577 | State what the contract or lease is for and the nature of the debtor's interest | Quotation - CyberSource Billing Service Dated 12/22/2014 | CYBERSOURCE CORPORATION ATTN: CYBERSOURCE LEGAL, M1-12SE PO BOX 8999 SAN FRANCISCO, CA 94128-8999 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.578 | State what the contract or lease is for and the nature of the debtor's interest | Payment Solutions Agreement  Dated 11/06/2014 | CYBERSOURCE CORPORATION PO BOX 8999 SAN FRANCISCO, CA 94128 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.579 | State what the contract or lease is for and the nature of the debtor's interest | Payment Solutions Agreement Dated 09/12/2014 | CYBERSOURCE CORPORATION ATTN: CYBERSOURCE LEGAL, M1-12SE PO BOX 8999 SAN FRANCISCO, CA 94128-8999 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor      iHeartMedia Management Services, Inc.                         Case number *(if known)* __18-31301 (MI)__
            Name

     **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.580 | State what the contract or lease is for and the nature of the debtor's interest | Non-Disclosure Agreement Dated 02/17/2017 | CYWARE LABS INC.<br>1501 BROADWAY<br>12TH FLOOR<br>NEW YORK, NY 10036 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.581 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement Dated 06/06/2011 | DAN LARSON GROUP LLC<br>405 S. DALE MABRY HWY,<br>STE 105<br>TAMPA, FL 33609 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.582 | State what the contract or lease is for and the nature of the debtor's interest | Non-Disclosure Agreement Dated 01/26/2017 | DARKTRACE LIMITED<br>THE PLATINUM BUILDING<br>ST JOHN'S INNOVATION CENTRE<br>COWLEY ROAD<br>CAMBRIDGE CB4 0DS<br>UNITED KINGDOM |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.583 | State what the contract or lease is for and the nature of the debtor's interest | Non-Disclosure Agreement Dated 12/12/2017 | DATAART SOLUTIONS INC.<br>475 PARK AVENUE SOUTH<br>FLOOR 15<br>NEW YORK, NY 10016 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.584 | State what the contract or lease is for and the nature of the debtor's interest | Non-Disclosure Agreement Dated 11/30/2016 | DATASTAX INC.<br>3975 FREEDOM CIRCLE<br>SANTA CLARA, CA 95054 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.585 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement - Invoice Dated 12/31/2015 | DELL SOFTWARE, INC.<br>5 POLARIS WAY<br>ALISO VIEJO, CA 92656 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.586 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement Dated 10/15/2013 | DELOITTE & TOUCHE LLP<br>ATTN: ALAN SCHAUB<br>200 RENAISSANCE CENTER, SUITE 3900<br>DETROIT, MI 48243 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor      iHeartMedia Management Services, Inc.                  Case number *(if known)* __18-31301 (MI)__
            Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.587 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement  Dated 10/15/2013 | DELOITTE & TOUCHE, LLP<br>ATTN: ALAN SCHAUM<br>200 RENAISSANCE CENTER<br>SUITE 3900<br>DETROIT, MI 48243 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.588 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement  Dated 10/15/2013 | DELOITTE & TOUCHE, LLP<br>ATTN: ALAN SCHAUB<br>PARTNER<br>200 RENAISSANCE CENTER<br>SUITE 3900<br>DETROIT , MI 48243 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.589 | State what the contract or lease is for and the nature of the debtor's interest | Finance Analytics Project Dated 03/22/2012 | DELOITTE CONSULTING LLP<br>100 KIMBALL DRIVE<br>PARSIPPANY, NJ 07054 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.590 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement Dated 10/19/2012 | DELOITTE CONSULTING LLP<br>ATTN: JAY MILLER<br>333 AVENUE OF THE AMERICAS AVENUE<br>SUITE 3600<br>MIAMI, FL 33131 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.591 | State what the contract or lease is for and the nature of the debtor's interest | Change Order No. 8 Dated 01/01/2018 | DELOITTE CONSULTING LLP<br>ATTN: DANIEL M. SIEGEL<br>PRINCIPAL<br>100 KIMBALL DRIVE<br>PARSIPPANY , NJ 07054 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.592 | State what the contract or lease is for and the nature of the debtor's interest | CO #2 to SOW 2016-20 Dated 05/17/2017 | DELOITTE CONSULTING LLP<br>ATTN: DANIEL M. SIEGEL<br>PRINCIPAL<br>100 KIMBALL DRIVE<br>PARSIPPANY , NJ 07054 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.593 | State what the contract or lease is for and the nature of the debtor's interest | Change Order #1 to SOW 2016-20 Dated 04/27/2017 | DELOITTE CONSULTING LLP<br>ATTN: DANIEL M. SIEGEL<br>PRINCIPAL<br>100 KIMBALL DRIVE<br>PARSIPPANY , NJ 07054 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Official Form 206G        **Schedule G: Executory Contracts and Unexpired Leases**        Page 85 of 244

Debtor ___iHeartMedia Management Services, Inc.___ Case number (if known) __18-31301 (MI)__
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.594 | State what the contract or lease is for and the nature of the debtor's interest | Change Order No. 6 Dated 07/01/2014 | DELOITTE CONSULTING LLP ATTN: DANIEL M. SIEGEL PRINCIPAL 100 KIMBALL DRIVE PARSIPPANY , NJ 07054 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.595 | State what the contract or lease is for and the nature of the debtor's interest | SOW 2016-20 Form of Statement of Work Dated 09/20/2016 | DELOITTE CONSULTING LLP ATTN: DANIEL M. SIEGEL PRINCIPAL 100 KIMBALL DRIVE PARSIPPANY , NJ 07054 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.596 | State what the contract or lease is for and the nature of the debtor's interest | Change Order No. 3 Dated 10/01/2015 | DELOITTE CONSULTING LLP ATTN: DANIEL M. SIEGEL PRINCIPAL 100 KIMBALL DRIVE PARSIPPANY , NJ 07054 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.597 | State what the contract or lease is for and the nature of the debtor's interest | Change Order #1 Dated 05/01/2017 | DELOITTE CONSULTING LLP ATTN: DANIEL M. SIEGEL PRINCIPAL 100 KIMBALL DRIVE PARSIPPANY , NJ 07054 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.598 | State what the contract or lease is for and the nature of the debtor's interest | Deloitte LOI Dated 11/13/2012 | DELOITTE CONSULTING LLP ATTN: DANIEL M. SIEGEL PRINCIPAL 100 KIMBALL DRIVE PARSIPPANY , NJ 07054 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.599 | State what the contract or lease is for and the nature of the debtor's interest | SOW 2016-25 Dated 10/20/2016 | DELOITTE CONSULTING LLP ATTN: DANIEL M. SIEGEL PRINCIPAL 100 KIMBALL DRIVE PARSIPPANY , NJ 07054 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.600 | State what the contract or lease is for and the nature of the debtor's interest | Change Order Dated 04/22/2014 | DELOITTE CONSULTING LLP ATTN: DANIEL M. SIEGEL PRINCIPAL 100 KIMBALL DRIVE PARSIPPANY , NJ 07054 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Official Form 206G **Schedule G: Executory Contracts and Unexpired Leases** Page 86 of 244

Debtor _____iHeartMedia Management Services, Inc._____     Case number *(if known)* __18-31301 (MI)__
               Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.601 | **State what the contract or lease is for and the nature of the debtor's interest** | Change Order #1 to Statement of Work 002 Dated 02/28/2014 | DELOITTE CONSULTING LLP ATTN: DANIEL M. SIEGEL PRINCIPAL 100 KIMBALL DRIVE PARSIPPANY , NJ 07054 |
|  | **State the term remaining** | Undetermined | |
|  | **List the contract number of any government contract** | | |
| 2.602 | **State what the contract or lease is for and the nature of the debtor's interest** | Engagement Letter Dated 05/31/2017 | DELOITTE CONSULTING LLP ATTN: DANIEL M. SIEGEL PRINCIPAL 100 KIMBALL DRIVE PARSIPPANY , NJ 07054 |
|  | **State the term remaining** | Undetermined | |
|  | **List the contract number of any government contract** | | |
| 2.603 | **State what the contract or lease is for and the nature of the debtor's interest** | Change Order #2 | DELOITTE CONSULTING LLP ATTN: DANIEL M. SIEGEL PRINCIPAL 100 KIMBALL DRIVE PARSIPPANY , NJ 07054 |
|  | **State the term remaining** | Undetermined | |
|  | **List the contract number of any government contract** | | |
| 2.604 | **State what the contract or lease is for and the nature of the debtor's interest** | Change Order #10 Dated 04/20/2016 | DELOITTE CONSULTING LLP ATTN: DANIEL M. SIEGEL PRINCIPAL 100 KIMBALL DRIVE PARSIPPANY , NJ 07054 |
|  | **State the term remaining** | Undetermined | |
|  | **List the contract number of any government contract** | | |
| 2.605 | **State what the contract or lease is for and the nature of the debtor's interest** | Form of Statement of Work Dated 05/01/2017 | DELOITTE CONSULTING LLP ATTN: DANIEL M. SIEGEL PRINCIPAL 100 KIMBALL DRIVE PARSIPPANY , NJ 07054 |
|  | **State the term remaining** | Undetermined | |
|  | **List the contract number of any government contract** | | |
| 2.606 | **State what the contract or lease is for and the nature of the debtor's interest** | Appendix 2.1 Dated 11/07/2013 | DELOITTE CONSULTING LLP ATTN: DANIEL M. SIEGEL PRINCIPAL 100 KIMBALL DRIVE PARSIPPANY , NJ 07054 |
|  | **State the term remaining** | Undetermined | |
|  | **List the contract number of any government contract** | | |
| 2.607 | **State what the contract or lease is for and the nature of the debtor's interest** | Change Order No. 5 Dated 01/01/2016 | DELOITTE CONSULTING LLP ATTN: DANIEL M. SIEGEL PRINCIPAL 100 KIMBALL DRIVE PARSIPPANY , NJ 07054 |
|  | **State the term remaining** | Undetermined | |
|  | **List the contract number of any government contract** | | |

Debtor    iHeartMedia Management Services, Inc.                      Case number (if known)   18-31301 (MI)
              Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.608 | State what the contract or lease is for and the nature of the debtor's interest | Change Order #2 Dated 10/18/2013 | DELOITTE CONSULTING LLP ATTN: DANIEL M. SIEGEL PRINCIPAL 100 KIMBALL DRIVE PARSIPPANY , NJ 07054 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.609 | State what the contract or lease is for and the nature of the debtor's interest | Change Order No. 1 Dated 05/01/2012 | DELOITTE CONSULTING LLP ATTN: DANIEL M. SIEGEL PRINCIPAL 100 KIMBALL DRIVE PARSIPPANY , NJ 07054 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.610 | State what the contract or lease is for and the nature of the debtor's interest | Change Order #3 Dated 07/31/2012 | DELOITTE CONSULTING LLP ATTN: DANIEL M. SIEGEL PRINCIPAL 100 KIMBALL DRIVE PARSIPPANY , NJ 07054 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.611 | State what the contract or lease is for and the nature of the debtor's interest | Change Order #1 to Statement of Work  002 Dated 02/28/2014 | DELOITTE CONSULTING LLP ATTN: DANIEL M. SIEGEL PRINCIPAL 100 KIMBALL DRIVE PARSIPPANY , NJ 07054 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.612 | State what the contract or lease is for and the nature of the debtor's interest | Appendix Error! Reference Source Not Found. Dated 05/01/2017 | DELOITTE CONSULTING LLP ATTN: DANIEL M. SIEGEL PRINCIPAL 100 KIMBALL DRIVE PARSIPPANY , NJ 07054 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.613 | State what the contract or lease is for and the nature of the debtor's interest | Appendix Error! Reference Source Not Found. Dated 05/01/2017 | DELOITTE CONSULTING LLP ATTN: DANIEL M. SIEGEL PRINCIPAL 100 KIMBALL DRIVE PARSIPPANY , NJ 07054 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.614 | State what the contract or lease is for and the nature of the debtor's interest | Change Order # 5 Dated 07/31/2012 | DELOITTE CONSULTING LLP ATTN: DANIEL M. SIEGEL PRINCIPAL 100 KIMBALL DRIVE PARSIPPANY , NJ 07054 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Official Form 206G                **Schedule G: Executory Contracts and Unexpired Leases**                Page 88 of 244

Debtor     iHeartMedia Management Services, Inc.               Case number *(if known)* __18-31301 (MI)__
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.615 | State what the contract or lease is for and the nature of the debtor's interest | Change Order No. 4 Dated 01/01/2016 | DELOITTE CONSULTING LLP<br>ATTN: DANIEL M. SIEGEL<br>PRINCIPAL<br>100 KIMBALL DRIVE<br>PARSIPPANY , NJ 07054 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.616 | State what the contract or lease is for and the nature of the debtor's interest | Change Order No. 7 Dated 07/01/2016 | DELOITTE CONSULTING LLP<br>ATTN: DANIEL M. SIEGEL<br>PRINCIPAL<br>100 KIMBALL DRIVE<br>PARSIPPANY , NJ 07054 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.617 | State what the contract or lease is for and the nature of the debtor's interest | Change Order No. 6  Dated 01/01/2017 | DELOITTE CONSULTING LLP<br>ATTN: DANIEL M. SIEGEL<br>PRINCIPAL<br>100 KIMBALL DRIVE<br>PARSIPPANY , NJ 07054 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.618 | State what the contract or lease is for and the nature of the debtor's interest | Change Order No. 7 Dated 07/01/2017 | DELOITTE CONSULTING LLP<br>ATTN: DANIEL M. SIEGEL<br>PRINCIPAL<br>100 KIMBALL DRIVE<br>PARSIPPANY , NJ 07054 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.619 | State what the contract or lease is for and the nature of the debtor's interest | Change Order #9 Dated 04/08/2016 | DELOITTE CONSULTING LLP<br>ATTN: DANIEL M. SIEGEL<br>PRINCIPAL<br>100 KIMBALL DRIVE<br>PARSIPPANY , NJ 07054 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.620 | State what the contract or lease is for and the nature of the debtor's interest | Deloitte LOI Dated 02/13/2012 | DELOITTE CONSULTING, LLP<br>ATTN: DANIEL M. SIEGEL<br>PRINCIPAL<br>100 KIMBALL DRIVE<br>PARSIPPANY , NY 07054 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.621 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 04/05/2017 | DELOITTE TAX LLP<br>LBX #844736<br>1950 N STEMMONS FWY STE 5010<br>DALLAS, TX 75207 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    iHeartMedia Management Services, Inc.                    Case number (if known)  18-31301 (MI)
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.622 | State what the contract or lease is for and the nature of the debtor's interest | Corporate Incentive Agreement Dated 03/01/2014 | DELTA AIR LINES, INC.<br>1030 DELTA BOULEVARD<br>ATLANTA, GA 30320 |
|  | State the term remaining | Undetermined | |
|  | List the contract number of any government contract | | |
| 2.623 | State what the contract or lease is for and the nature of the debtor's interest | Amendment to the Corporate Agreement.  Dated 01/15/2016 | DELTA DELTA LINES, INC.<br>1030 DELTA BLVD<br>HARTSFIELD JACKSON INTERNATIONAL AIRPORT<br>ATLANTA , GA 30320 |
|  | State the term remaining | Undetermined | |
|  | List the contract number of any government contract | | |
| 2.624 | State what the contract or lease is for and the nature of the debtor's interest | Non-Disclosure Agreement Dated 10/12/2017 | DENIM GROUP LTD<br>1354 NORTH LOOP 1604 E<br>SUITE 110<br>SAN ANTONIO, TX 78232 |
|  | State the term remaining | Undetermined | |
|  | List the contract number of any government contract | | |
| 2.625 | State what the contract or lease is for and the nature of the debtor's interest | Non-Disclosure Agreement Dated 10/26/2017 | DEPENDABLE SOLUTIONS INC.<br>841 APOLLO STREET<br>SUITE 324<br>EL SEGUNDO, CA 90245 |
|  | State the term remaining | Undetermined | |
|  | List the contract number of any government contract | | |
| 2.626 | State what the contract or lease is for and the nature of the debtor's interest | Fourth Amendment to Master License and Services Agreement Dated 03/26/2016 | DETERMINE, INC.<br>12800 NORTH MERIDIAN ST.<br>SUITE 425<br>CARMEL, IN 78209 |
|  | State the term remaining | Undetermined | |
|  | List the contract number of any government contract | | |
| 2.627 | State what the contract or lease is for and the nature of the debtor's interest | Amendment to Agreement Dated 07/01/2017 | DIELECTRIC, LLC<br>ATTN: CONTRACT ADMINISTRATION<br>22 TOWER HILL ROAD<br>RAYMOND, ME 04071 |
|  | State the term remaining | Undetermined | |
|  | List the contract number of any government contract | | |
| 2.628 | State what the contract or lease is for and the nature of the debtor's interest | Commodity Master Agreement Dated 04/07/2017 | DIRECT ENERGY BUSINESS, LLC<br>ATTN: CUSTOMER SERVICE MANAGER<br>1001 LIBERTY AVENUE<br>PITTSBURGH, PA 15222 |
|  | State the term remaining | Undetermined | |
|  | List the contract number of any government contract | | |

Debtor    iHeartMedia Management Services, Inc.
          Name

Case number *(if known)*   18-31301 (MI)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.629 | State what the contract or lease is for and the nature of the debtor's interest | Commodity Master Agreement Dated 04/07/2017 | DIRECT ENERGY BUSINESS, LLC ATTN: CUSTOMER SERVICE MANAGER 1001 LIBERTY AVENUE PITTSBURGH, PA 15222 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.630 | State what the contract or lease is for and the nature of the debtor's interest | Exhibit A Pricing Attachment Dated 12/01/2017 | DIRECT ENERGY BUSINESS, LLC 1001 LIBERTY AVENUE PITTSBURGH, PA 15222 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.631 | State what the contract or lease is for and the nature of the debtor's interest | Exhibit A Pricing Attachment Dated 12/01/2017 | DIRECT ENERGY BUSINESS, LLC 1001 LIBERTY AVENUE PITTSBURGH, PA 15222 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.632 | State what the contract or lease is for and the nature of the debtor's interest | Exhibit A Pricing Attachment Dated 12/01/2017 | DIRECT ENERGY BUSINESS, LLC 1001 LIBERTY AVENUE PITTSBURGH, PA 15222 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.633 | State what the contract or lease is for and the nature of the debtor's interest | Exhibit A Pricing Attachment Dated 04/07/2017 | DIRECT ENERGY BUSINESS, LLC ATTN: CUSTOMER SERVICES MANAGER 1001 LIBERTY AVENUE PITTSBURGH, PA 15222 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.634 | State what the contract or lease is for and the nature of the debtor's interest | Electricity Transaction Confirmation Dated 04/07/2017 | DIRECT ENERGY BUSINESS, LLC 1001 LIBERTY AVE. PITTSBURGH, PA 15222 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.635 | State what the contract or lease is for and the nature of the debtor's interest | Non-Disclosure Agreement Dated 05/03/2017 | DOCUSIGN INC. 221 MAIN STREET SUITE 1000 SAN FRANCISCO, CA 94105 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    iHeartMedia Management Services, Inc.
          Name

Case number (if known)   18-31301 (MI)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.636 | State what the contract or lease is for and the nature of the debtor's interest | Corporate Rate Agreement  Dated 01/01/2018 | DREAM HOTELS<br>210 WEST 55TH STREET<br>NEW YORK, NY 10019 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.637 | State what the contract or lease is for and the nature of the debtor's interest | Corporate Rate Agreement Dated 01/01/2018 | DREAM HOTELS<br>355 WEST 16TH STREET<br>NEW YORK, NY 10011 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.638 | State what the contract or lease is for and the nature of the debtor's interest | License Agreement - Order Form Dated 12/31/2016 | DROPBOX, INC.<br>ATTN:  LEGAL DEPARTMENT<br>PO BOX 77767<br>SAN FRANCISCO, CA 94107 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.639 | State what the contract or lease is for and the nature of the debtor's interest | Business Agreement | DROPBOX, INC.<br>PO BOX 77767<br>SAN FRANCISCO, CA 94107 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.640 | State what the contract or lease is for and the nature of the debtor's interest | Business Agreement | DROPBOX, INC.<br>PO BOX 77767<br>SAN FRANCISCO, CA 94107 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.641 | State what the contract or lease is for and the nature of the debtor's interest | License Agreement - Order Form Dated 12/31/2016 | DROPBOX, INC.<br>PO BOX 77767<br>SAN FRANCISCO, CA 94107 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.642 | State what the contract or lease is for and the nature of the debtor's interest | License Agreement - Order Form Dated 12/31/2016 | DROPBOX, INC.<br>PO BOX 77767<br>SAN FRANCISCO, CA 94107 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor ____iHeartMedia Management Services, Inc.____    Case number *(if known)* __18-31301 (MI)__
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.643 | State what the contract or lease is for and the nature of the debtor's interest | Paper Addendum | DROPBOX, INC.<br>PO BOX 77767<br>SAN FRANCISCO, CA 94107 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| 2.644 | State what the contract or lease is for and the nature of the debtor's interest | Paper Addendum | DROPBOX, INC.<br>PO BOX 77767<br>SAN FRANCISCO, CA 94107 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| 2.645 | State what the contract or lease is for and the nature of the debtor's interest | Business Agreement | DROPBOX, INC.<br>PO BOX 77767<br>SAN FRANCISCO, CA 94107 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| 2.646 | State what the contract or lease is for and the nature of the debtor's interest | License Agreement - Order Form Dated 12/31/2016 | DROPBOX, INC.<br>PO BOX 77767<br>SAN FRANCISCO, CA 94107 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| 2.647 | State what the contract or lease is for and the nature of the debtor's interest | Confidentiality Agreement Dated 06/16/2015 | DROPBOX, INC.<br>PO BOX 77767<br>SAN FRANCISCO, CA 94107 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| 2.648 | State what the contract or lease is for and the nature of the debtor's interest | License Agreement - Order Form Dated 02/01/2018 | DROPBOX, INC.<br>PO BOX 77767<br>SAN FRANCISCO, CA 94107 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| 2.649 | State what the contract or lease is for and the nature of the debtor's interest | Paper Addendum Dated 01/27/2017 | DROPBOX, INC.<br>PO BOX 77767<br>SAN FRANCISCO, CA 94107 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |

Official Form 206G     **Schedule G: Executory Contracts and Unexpired Leases**     Page 93 of 244

Debtor ___iHeartMedia Management Services, Inc.___   Case number *(if known)* __18-31301 (MI)__
         Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.650 | State what the contract or lease is for and the nature of the debtor's interest | Paper Addendum Dated 01/27/2017 | DROPBOX, INC.<br>PO BOX 77767<br>SAN FRANCISCO, CA 94107 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.651 | State what the contract or lease is for and the nature of the debtor's interest | Paper Addendum Dated 01/27/2017 | DROPBOX, INC.<br>PO BOX 77767<br>SAN FRANCISCO, CA 94107 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.652 | State what the contract or lease is for and the nature of the debtor's interest | Paper Addendum Dated 01/27/2017 | DROPBOX, INC.<br>PO BOX 77767<br>SAN FRANCISCO, CA 94107 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.653 | State what the contract or lease is for and the nature of the debtor's interest | Business Agreement | DROPBOX, INC.<br>ATTN: LEGAL DEPARTMENT<br>PO BOX 77767<br>SAN FRANCISCO, CA 94107 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.654 | State what the contract or lease is for and the nature of the debtor's interest | Amendment Dated 12/19/2012 | DUN & BRADSTREET<br>NEEL CHAUHAN<br>LEADER PRODUCT MANAGEMENT<br>103 JFK PARKWAY<br>SHORT HILLS, NJ 07078 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.655 | State what the contract or lease is for and the nature of the debtor's interest | NCOA Processing Acknowledgement Form  Dated 12/21/2010 | DUN & BRADSTREET<br>NEEL CHAUHAN<br>LEADER PRODUCT MANAGEMENT<br>103 JFK PARKWAY<br>SHORT HILLS, NJ 07078 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.656 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement  Dated 06/12/2011 | DUN & BRADSTREET<br>NEEL CHAUHAN<br>LEADER PRODUCT MANAGEMENT<br>103 JFK PARKWAY<br>SHORT HILLS, NJ 07078 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Official Form 206G          **Schedule G: Executory Contracts and Unexpired Leases**          Page 94 of 244

Debtor    iHeartMedia Management Services, Inc.                    Case number (if known)   18-31301 (MI)
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.657 | State what the contract or lease is for and the nature of the debtor's interest | Amendment  Dated 12/28/2009 | DUN & BRADSTREET<br>NEEL CHAUHAN<br>LEADER PRODUCT MANAGEMENT<br>103 JFK PARKWAY<br>SHORT HILLS, NJ 07078 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.658 | State what the contract or lease is for and the nature of the debtor's interest | Amendment Dated 12/18/2013 | DUN & BRADSTREET<br>NEEL CHAUHAN<br>LEADER PRODUCT MANAGEMENT<br>103 JFK PARKWAY<br>SHORT HILLS, NJ 07078 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.659 | State what the contract or lease is for and the nature of the debtor's interest | Order Form Dated 12/19/2011 | DUN & BRADSTREET<br>NEEL CHAUHAN<br>LEADER PRODUCT MANAGEMENT<br>103 JFK PARKWAY<br>SHORT HILLS, NJ 07078 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.660 | State what the contract or lease is for and the nature of the debtor's interest | Amendment  Dated 11/11/2011 | DUN & BRADSTREET<br>NEEL CHAUHAN<br>LEADER PRODUCT MANAGEMENT<br>103 JFK PARKWAY<br>SHORT HILLS, NJ 07078 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.661 | State what the contract or lease is for and the nature of the debtor's interest | Order Form Dated 06/30/2015 | DUN & BRADSTREET<br>NEEL CHAUHAN<br>LEADER PRODUCT MANAGEMENT<br>103 JFK PARKWAY<br>SHORT HILLS, NJ 07078 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.662 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement Dated 06/12/2011 | DUN & BRADSTREET<br>NEEL CHAUHAN<br>LEADER PRODUCT MANAGEMENT<br>103 JFK PARKWAY<br>SHORT HILLS, NJ 07078 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.663 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement Dated 06/12/2011 | DUN & BRADSTREET<br>NEEL CHAUHAN<br>LEADER PRODUCT MANAGEMENT<br>103 JFK PARKWAY<br>SHORT HILLS, NJ 07078 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor     iHeartMedia Management Services, Inc.
           Name                                                    Case number (if known)  18-31301 (MI)

   **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.664 | State what the contract or lease is for and the nature of the debtor's interest | Amendment Dated 06/12/2013 | DUN & BRADSTREET<br>NEEL CHAUHAN<br>LEADER PRODUCT MANAGEMENT<br>103 JFK PARKWAY<br>SHORT HILLS, NJ 07078 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.665 | State what the contract or lease is for and the nature of the debtor's interest | Order Form Dated 06/30/2015 | DUN & BRADSTREET<br>NEEL CHAUHAN<br>LEADER PRODUCT MANAGEMENT<br>103 JFK PARKWAY<br>SHORT HILLS, NJ 07078 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.666 | State what the contract or lease is for and the nature of the debtor's interest | Exhibit A to the Data Hub Powered by Purusma Order Form  Dated 12/19/2008 | DUN & BRADSTREET<br>NEEL CHAUHAN<br>LEADER PRODUCT MANAGEMENT<br>103 JFK PARKWAY<br>SHORT HILLS, NJ 07078 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.667 | State what the contract or lease is for and the nature of the debtor's interest | Amendment to Data Hub Order Dated 11/11/2011 | DUN & BRADSTREET<br>NEEL CHAUHAN<br>LEADER PRODUCT MANAGEMENT<br>103 JFK PARKWAY<br>SHORT HILLS, NJ 07078 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.668 | State what the contract or lease is for and the nature of the debtor's interest | Order Form Dated 06/26/2011 | DUN & BRADSTREET<br>NEEL CHAUHAN<br>LEADER PRODUCT MANAGEMENT<br>103 JFK PARKWAY<br>SHORT HILLS, NJ 07078 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.669 | State what the contract or lease is for and the nature of the debtor's interest | Order Form  Dated 06/28/2011 | DUN & BRADSTREET<br>NEEL CHAUHAN<br>LEADER PRODUCT MANAGEMENT<br>103 JFK PARKWAY<br>SHORT HILLS, NJ 07078 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.670 | State what the contract or lease is for and the nature of the debtor's interest | Order Form  Dated 12/19/2011 | DUN & BRADSTREET<br>NEEL CHAUHAN<br>LEADER PRODUCT MANAGEMENT<br>103 JFK PARKWAY<br>SHORT HILLS, NJ 07078 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor ___iHeartMedia Management Services, Inc.___
 Name

Case number (if known) __18-31301 (MI)__

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.671 | State what the contract or lease is for and the nature of the debtor's interest | Order Form  Dated 06/19/2012 | DUN & BRADSTREET NEEL CHAUHAN LEADER PRODUCT MANAGEMENT 103 JFK PARKWAY SHORT HILLS, NJ 07078 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.672 | State what the contract or lease is for and the nature of the debtor's interest | Order Form  Dated 12/19/2008 | DUN & BRADSTREET NEEL CHAUHAN LEADER PRODUCT MANAGEMENT 103 JFK PARKWAY SHORT HILLS, NJ 07078 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.673 | State what the contract or lease is for and the nature of the debtor's interest | Order Form Dated 12/19/2011 | DUN & BRADSTREET NEEL CHAUHAN LEADER PRODUCT MANAGEMENT 103 JFK PARKWAY SHORT HILLS, NJ 07078 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.674 | State what the contract or lease is for and the nature of the debtor's interest | Order Form Dated 06/19/2012 | DUN & BRADSTREET NEEL CHAUHAN LEADER PRODUCT MANAGEMENT 103 JFK PARKWAY SHORT HILLS, NJ 07078 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.675 | State what the contract or lease is for and the nature of the debtor's interest | Change Order  Dated 01/15/2016 | DUN & BRADSTREET NEEL CHAUHAN LEADER PRODUCT MANAGEMENT 103 JFK PARKWAY SHORT HILLS, NJ 07078 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.676 | State what the contract or lease is for and the nature of the debtor's interest | Amendment  Dated 01/30/2009 | DUN & BRADSTREET NEEL CHAUHAN LEADER PRODUCT MANAGEMENT 103 JFK PARKWAY SHORT HILLS, NJ 07078 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.677 | State what the contract or lease is for and the nature of the debtor's interest | Preferred pricing plan-Order for Risk Management Solutions for Existing Customers Dated 06/26/2009 | DUN & BRADSTREET NEEL CHAUHAN LEADER PRODUCT MANAGEMENT 103 JFK PARKWAY SHORT HILLS, NJ 07078 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor      iHeartMedia Management Services, Inc.                     Case number *(if known)*   18-31301 (MI)
                    Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.678 | State what the contract or lease is for and the nature of the debtor's interest | Amendment to DNBI for Risk Management Order Dated 06/12/2013 | DUN & BRADSTREET NEEL CHAUHAN LEADER PRODUCT MANAGEMENT 103 JFK PARKWAY SHORT HILLS, NJ 07078 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.679 | State what the contract or lease is for and the nature of the debtor's interest | Order Form  Dated 10/31/2014 | DUN & BRADSTREET NEEL CHAUHAN LEADER PRODUCT MANAGEMENT 103 JFK PARKWAY SHORT HILLS, NJ 07078 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.680 | State what the contract or lease is for and the nature of the debtor's interest | Change Order Dated 01/15/2016 | DUN & BRADSTREET NEEL CHAUHAN LEADER PRODUCT MANAGEMENT 103 JFK PARKWAY SHORT HILLS, NJ 07078 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.681 | State what the contract or lease is for and the nature of the debtor's interest | Order Form Dated 10/31/2014 | DUN & BRADSTREET NEEL CHAUHAN LEADER PRODUCT MANAGEMENT 103 JFK PARKWAY SHORT HILLS, NJ 07078 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.682 | State what the contract or lease is for and the nature of the debtor's interest | Amendment to Order Form Dated 11/30/2012 | DUN & BRADSTREET NEEL CHAUHAN LEADER PRODUCT MANAGEMENT 103 JFK PARKWAY SHORT HILLS, NJ 07078 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.683 | State what the contract or lease is for and the nature of the debtor's interest | Change Order Dated 01/15/2016 | DUN & BRADSTREET NEEL CHAUHAN LEADER PRODUCT MANAGEMENT 103 JFK PARKWAY SHORT HILLS, NJ 07078 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.684 | State what the contract or lease is for and the nature of the debtor's interest | Amendment to DNBI for Risk Management Order Dated 06/12/2013 | DUN & BRADSTREET NEEL CHAUHAN LEADER PRODUCT MANAGEMENT 103 JFK PARKWAY SHORT HILLS, NJ 07078 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    iHeartMedia Management Services, Inc.
          Name                                                    Case number (if known)  18-31301 (MI)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.685 | State what the contract or lease is for and the nature of the debtor's interest | Change Order Dated 01/15/2016 | DUN & BRADSTREET<br>NEEL CHAUHAN<br>LEADER PRODUCT MANAGEMENT<br>103 JFK PARKWAY<br>SHORT HILLS, NJ 07078 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.686 | State what the contract or lease is for and the nature of the debtor's interest | Amendment Dated 12/19/2013 | DUN & BRADSTREET<br>NEEL CHAUHAN<br>LEADER PRODUCT MANAGEMENT<br>103 JFK PARKWAY<br>SHORT HILLS, NJ 07078 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.687 | State what the contract or lease is for and the nature of the debtor's interest | Order Form Dated 10/31/2014 | DUN & BRADSTREET<br>NEEL CHAUHAN<br>LEADER PRODUCT MANAGEMENT<br>103 JFK PARKWAY<br>SHORT HILLS, NJ 07078 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.688 | State what the contract or lease is for and the nature of the debtor's interest | Order Form Dated 10/31/2014 | DUN & BRADSTREET<br>NEEL CHAUHAN<br>LEADER PRODUCT MANAGEMENT<br>103 JFK PARKWAY<br>SHORT HILLS, NJ 07078 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.689 | State what the contract or lease is for and the nature of the debtor's interest | Amendment to Order Form Dated 12/18/2013 | DUN & BRADSTREET<br>NEEL CHAUHAN<br>LEADER PRODUCT MANAGEMENT<br>103 JFK PARKWAY<br>SHORT HILLS, NJ 07078 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.690 | State what the contract or lease is for and the nature of the debtor's interest | Amendment Dated 06/12/2013 | DUN & BRADSTREET<br>NEEL CHAUHAN<br>LEADER PRODUCT MANAGEMENT<br>103 JFK PARKWAY<br>SHORT HILLS, NJ 07078 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.691 | State what the contract or lease is for and the nature of the debtor's interest | Order Form Dated 12/19/2011 | DUN & BRADSTREET<br>NEEL CHAUHAN<br>LEADER PRODUCT MANAGEMENT<br>103 JFK PARKWAY<br>SHORT HILLS, NJ 07078 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    iHeartMedia Management Services, Inc.
          Name                                                    Case number (if known)   18-31301 (MI)

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.692 | **State what the contract or lease is for and the nature of the debtor's interest** | Order Form  Dated 09/30/2016 | DUO SECURITY, INC.<br>ATTN: RUBEN GARCIA<br>123 N ASHLEY STREET<br>SUITE 200<br>ANN ARBOR , MI 48104 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.693 | **State what the contract or lease is for and the nature of the debtor's interest** | Corporate Travel Services Agreement Dated 05/08/2009 | EGENCIA LLC<br>333 108TH AVE. NE<br>BELLEVUE, WA 98004 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.694 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Disclosure Agreement Dated 10/07/2016 | ELITE ANALYTICS LLC<br>ATTN: DANIELE MICCI-BARRECA<br>11782 JOLLYVILLE ROAD<br>SUITE 216<br>AUSTIN, TX 78759 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.695 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Agreement Dated 08/09/2017 | ELITE ANALYTICS LLC<br>ATTN: PAUL PATTERSON<br>11782 JOLLYVILLE ROAD<br>SUITE 216<br>AUSTIN, TX 78759 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.696 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Service Agreement Dated 11/18/2016 | ELITE ANALYTICS LLC<br>ATTN: PAUL PATTERSON<br>11782 JOLLYVILLE ROAD<br>SUITE 216<br>AUSTIN, TX 78759 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.697 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Disclosure Agreement Dated 10/07/2016 | ELITE ANALYTICS LLC<br>11782 JOLLYVILLE ROAD<br>SUITE 216<br>AUSTIN, TX 78759 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.698 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Disclosure Agreement Dated 10/06/2016 | ELITE ANALYTICS LLC<br>11782 JOLLYVILLE ROAD<br>SUITE 216<br>AUSTIN, TX 78759 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor _____iHeartMedia Management Services, Inc._____     Case number *(if known)* __18-31301 (MI)__
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.699 | **State what the contract or lease is for and the nature of the debtor's interest** | Change Order No. 2 Dated 09/15/2014 | EMPLOYEE CONTRACTOR SERVICES, INC. |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.700 | **State what the contract or lease is for and the nature of the debtor's interest** | Statement of Work  Dated 07/27/2012 | EMPLOYMENT CONTRACTOR SERVICES INC. 1 KATTELVILLE ROAD SUITE 4 BINGHAMTON, NY 13901 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.701 | **State what the contract or lease is for and the nature of the debtor's interest** | Change Order No. 1 Dated 08/29/2014 | EMPLOYMENT CONTRACTOR SERVICES INC. 1 KATTELVILLE ROAD SUITE 4 BINGHAMTON, NY 13901 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.702 | **State what the contract or lease is for and the nature of the debtor's interest** | Change Order No. 1 Dated 08/29/2014 | EMPLOYMENT CONTRACTOR SERVICES INC. 1 KATTELVILLE ROAD SUITE 4 BINGHAMTON, NY 13901 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.703 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment No. 1 to Master License Agreement Dated 12/30/2013 | ENVIRONMENTAL SYSTEMS RESEARCH INSTITUTE, INC. 380 NEW YORK ST. REDLANDS, CA 92373-8100 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.704 | **State what the contract or lease is for and the nature of the debtor's interest** | Change Request  Dated 06/10/2012 | ENVY APPS, LLC |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.705 | **State what the contract or lease is for and the nature of the debtor's interest** | Local Service Customer Agreement Dated 04/03/2012 | ERNEST COMMUNICATIONS, INC. 5275 TRIANGLE PARKWAY SUITE 150 NORCROSS, GA 30092 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor      iHeartMedia Management Services, Inc.
            Name                                                    Case number (if known)   18-31301 (MI)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.706 | State what the contract or lease is for and the nature of the debtor's interest | Non-Disclosure Agreement Dated 09/15/2017 | ESKI INC. 103 RUE DE LOUVAIN OUEST MONTREAL, QC H2N 1A3 CANADA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.707 | State what the contract or lease is for and the nature of the debtor's interest | Non Disclosure Agreement Dated 12/21/2016 | EVENT FARM INC. 2403 MAIN STREET SANTA MONICA, CA 90405 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.708 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement  Dated 01/10/2017 | EVENT FARM INC. 2403 MAIN STREET SANTA MONICA, CA 90405 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.709 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work  Dated 05/14/2014 | EXCELLERENT ATTN: ORNE BEY PRESIDENT 875 GREENTREE ROAD SEVEN PARKWAY CENTER, SUITE 1801 PITTSBURGH, PA 15203 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.710 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work  Dated 05/15/2013 | EXCELLERENT ATTN: ORNE BEY PRESIDENT 875 GREENTREE ROAD SEVEN PARKWAY CENTER, SUITE 1801 PITTSBURGH, PA 15203 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.711 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work  Dated 05/14/2014 | EXCELLERENT ATTN: ORNE BEY PRESIDENT 875 GREENTREE ROAD SEVEN PARKWAY CENTER, SUITE 1801 PITTSBURGH, PA 15203 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.712 | State what the contract or lease is for and the nature of the debtor's interest | Change Order No. 02 Dated 01/01/2014 | EXCELLERENT TECHNOLOGY SOLUTIONS ATTN: ORNE BEY PRESIDENT SEVEN PARKWAY CENTER, SUITE 180 875 GREENTREE ROAD PITTSBURGH, PA 15220 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   iHeartMedia Management Services, Inc.
         Name                                                        Case number (if known)   18-31301 (MI)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.713 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work  Dated 03/03/2014 | EXCELLERENT TECHNOLOGY SOLUTIONS<br>ATTN: ORNE BEY<br>PRESIDENT<br>SEVEN PARKWAY CENTER, SUITE 180<br>875 GREENTREE ROAD<br>PITTSBURGH, PA 15220 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.714 | State what the contract or lease is for and the nature of the debtor's interest | Change Order No.  01 Dated 09/01/2013 | EXCELLERENT TECHNOLOGY SOLUTIONS<br>ATTN: ORNE BEY<br>PRESIDENT<br>SEVEN PARKWAY CENTER, SUITE 180<br>875 GREENTREE ROAD<br>PITTSBURGH, PA 15220 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.715 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work  Dated 03/05/2014 | EXCELLERENT TECHNOLOGY SOLUTIONS<br>ATTN: ORNE BEY<br>PRESIDENT<br>SEVEN PARKWAY CENTER, SUITE 180<br>875 GREENTREE ROAD<br>PITTSBURGH, PA 15220 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.716 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work  Dated 01/29/2014 | EXCELLERENT TECHNOLOGY SOLUTIONS<br>ATTN: ORNE BEY<br>PRESIDENT<br>SEVEN PARKWAY CENTER, SUITE 180<br>875 GREENTREE ROAD<br>PITTSBURGH, PA 15220 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.717 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work  Dated 11/12/2012 | EXCELLERENT TECHNOLOGY SOLUTIONS<br>ATTN: ORNE BEY<br>PRESIDENT<br>SEVEN PARKWAY CENTER, SUITE 180<br>875 GREENTREE ROAD<br>PITTSBURGH, PA 15220 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.718 | State what the contract or lease is for and the nature of the debtor's interest | Change Order No. 2 Dated 01/01/2014 | EXCELLERENT TECHNOLOGY SOLUTIONS<br>ATTN: ORNE BEY<br>PRESIDENT<br>SEVEN PARKWAY CENTER, SUITE 180<br>875 GREENTREE ROAD<br>PITTSBURGH, PA 15220 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.719 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work  Dated 06/30/2014 | EXCELLERENT TECHNOLOGY SOLUTIONS<br>ATTN: ORNE BEY<br>PRESIDENT<br>SEVEN PARKWAY CENTER, SUITE 180<br>875 GREENTREE ROAD<br>PITTSBURGH, PA 15220 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor  iHeartMedia Management Services, Inc.
Name

Case number (if known)  18-31301 (MI)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.720 | State what the contract or lease is for and the nature of the debtor's interest | Change Order No. 1 Dated 05/15/2015 | EXCELLERENT TECHNOLOGY SOLUTIONS ATTN: ORNE BEY PRESIDENT SEVEN PARKWAY CENTER, SUITE 180 875 GREENTREE ROAD PITTSBURGH, PA 15220 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.721 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work  Dated 02/03/2014 | EXCELLERENT TECHNOLOGY SOLUTIONS ATTN: ORNE BEY PRESIDENT SEVEN PARKWAY CENTER, SUITE 180 875 GREENTREE ROAD PITTSBURGH, PA 15220 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.722 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work  Dated 03/05/2014 | EXCELLERENT TECHNOLOGY SOLUTIONS ATTN: ORNE BEY PRESIDENT SEVEN PARKWAY CENTER, SUITE 180 875 GREENTREE ROAD PITTSBURGH, PA 15220 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.723 | State what the contract or lease is for and the nature of the debtor's interest | Change Order No. 1 Dated 01/02/2015 | EXCELLERENT TECHNOLOGY SOLUTIONS ATTN: ORNE BEY PRESIDENT SEVEN PARKWAY CENTER, SUITE 180 875 GREENTREE ROAD PITTSBURGH, PA 15220 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.724 | State what the contract or lease is for and the nature of the debtor's interest | Change Order No. 2 Dated 05/01/2015 | EXCELLERENT TECHNOLOGY SOLUTIONS ATTN: ORNE BEY PRESIDENT SEVEN PARKWAY CENTER, SUITE 180 875 GREENTREE ROAD PITTSBURGH, PA 15220 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.725 | State what the contract or lease is for and the nature of the debtor's interest | Change Order No. 01 Dated 09/01/2013 | EXCELLERENT TECHNOLOGY SOLUTIONS ATTN: ORNE BEY PRESIDENT SEVEN PARKWAY CENTER, SUITE 180 875 GREENTREE ROAD PITTSBURGH, PA 15220 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.726 | State what the contract or lease is for and the nature of the debtor's interest | Change Order No. 02 Dated 01/01/2014 | EXCELLERENT TECHNOLOGY SOLUTIONS ATTN: ORNE BEY PRESIDENT SEVEN PARKWAY CENTER, SUITE 180 875 GREENTREE ROAD PITTSBURGH, PA 15220 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    iHeartMedia Management Services, Inc.
          Name                                              Case number *(if known)*   18-31301 (MI)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.727 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work  Dated 05/02/2013 | EXCELLERENT TECHNOLOGY SOLUTIONS<br>ATTN: ORNE BEY<br>PRESIDENT<br>SEVEN PARKWAY CENTER, SUITE 180<br>875 GREENTREE ROAD<br>PITTSBURGH, PA 15220 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.728 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work  Dated 01/29/2014 | EXCELLERENT TECHNOLOGY SOLUTIONS<br>ATTN: ORNE BEY<br>PRESIDENT<br>SEVEN PARKWAY CENTER, SUITE 180<br>875 GREENTREE ROAD<br>PITTSBURGH, PA 15220 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.729 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work  Dated 03/03/2014 | EXCELLERENT TECHNOLOGY SOLUTIONS<br>ATTN: ORNE BEY<br>PRESIDENT<br>SEVEN PARKWAY CENTER, SUITE 180<br>875 GREENTREE ROAD<br>PITTSBURGH, PA 15220 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.730 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work  Dated 02/03/2014 | EXCELLERENT TECHNOLOGY SOLUTIONS<br>ATTN: ORNE BEY<br>PRESIDENT<br>SEVEN PARKWAY CENTER, SUITE 180<br>875 GREENTREE ROAD<br>PITTSBURGH, PA 15220 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.731 | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 004<br>ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.732 | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 007<br>ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.733 | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 015<br>ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Official Form 206G          **Schedule G: Executory Contracts and Unexpired Leases**          Page 105 of 244

Debtor ___iHeartMedia Management Services, Inc.___   Case number (if known) __18-31301 (MI)__
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.734 | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 036 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.735 | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 037 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.736 | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 041 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.737 | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 042 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.738 | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 048 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.739 | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 050 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.740 | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 051 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    iHeartMedia Management Services, Inc.
          Name                                                    Case number (if known)   18-31301 (MI)

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.741 | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 052 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.742 | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 055 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.743 | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 059 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.744 | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 063 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.745 | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 069 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.746 | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 078 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.747 | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 080 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor ___iHeartMedia Management Services, Inc.___
     Name

Case number *(if known)* __18-31301 (MI)__



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.748 | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 082 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.749 | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 084 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.750 | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 087 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.751 | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 088 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.752 | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 089 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.753 | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 094 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.754 | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 097 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    iHeartMedia Management Services, Inc.
          Name

Case number (if known)   18-31301 (MI)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.755 | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 098 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.756 | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 101 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.757 | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 105 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.758 | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 108 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.759 | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 110 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.760 | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 111 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.761 | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 112 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Official Form 206G               **Schedule G: Executory Contracts and Unexpired Leases**               Page 109 of 244

Debtor    iHeartMedia Management Services, Inc.                 Case number *(if known)*  18-31301 (MI)
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.762 | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 114 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.763 | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 116 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.764 | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 117 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.765 | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 118 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.766 | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 119 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.767 | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 120 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.768 | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 123 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor _____iHeartMedia Management Services, Inc._____   Case number *(if known)* __18-31301 (MI)__
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.769 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Agreement | EXECUTIVE/MANAGER 124 ADDRESS ON FILE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.770 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Agreement | EXECUTIVE/MANAGER 129 ADDRESS ON FILE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.771 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Agreement | EXECUTIVE/MANAGER 132 ADDRESS ON FILE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.772 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Agreement | EXECUTIVE/MANAGER 133 ADDRESS ON FILE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.773 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Agreement | EXECUTIVE/MANAGER 134 ADDRESS ON FILE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.774 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Agreement | EXECUTIVE/MANAGER 136 ADDRESS ON FILE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.775 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Agreement | EXECUTIVE/MANAGER 137 ADDRESS ON FILE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor    iHeartMedia Management Services, Inc.
          Name

Case number *(if known)*   18-31301 (MI)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.776** | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 138 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.777** | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 139 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.778** | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 140 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.779** | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 144 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.780** | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 155 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.781** | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 158 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.782** | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 162 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    iHeartMedia Management Services, Inc.          Case number *(if known)* __18-31301 (MI)__
         Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.783 | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 164 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.784 | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 166 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.785 | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 167 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.786 | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 169 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.787 | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 171 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.788 | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 173 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.789 | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 174 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    iHeartMedia Management Services, Inc.
          Name                                                    Case number (if known)  18-31301 (MI)



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.790 | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 180 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.791 | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 191 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.792 | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 193 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.793 | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 199 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.794 | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 201 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.795 | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 204 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.796 | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 205 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    iHeartMedia Management Services, Inc.
          Name

Case number (if known)   18-31301 (MI)

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.797** | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 206 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.798** | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 209 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.799** | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 210 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.800** | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 217 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.801** | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 218 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.802** | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 219 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.803** | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 223 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor      iHeartMedia Management Services, Inc.
            Name

Case number *(if known)*   18-31301 (MI)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.804** | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 237 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.805** | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 248 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.806** | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 251 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.807** | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 253 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.808** | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 267 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.809** | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 271 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.810** | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 272 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor      iHeartMedia Management Services, Inc.                          Case number (if known)   18-31301 (MI)
              Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.811** | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 276 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.812** | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 277 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.813** | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 283 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.814** | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 284 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.815** | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 305 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.816** | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 308 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.817** | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 310 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    iHeartMedia Management Services, Inc.            Case number *(if known)* __18-31301 (MI)__
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.818** | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 314 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.819** | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 315 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.820** | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 316 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.821** | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 321 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.822** | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 322 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.823** | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 330 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.824** | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 331 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    iHeartMedia Management Services, Inc.                         Case number (if known)   18-31301 (MI)
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.825 | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 333 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.826 | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 335 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.827 | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 338 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.828 | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 349 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.829 | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 356 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.830 | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 364 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.831 | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 365 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    iHeartMedia Management Services, Inc.         Case number *(if known)* __18-31301 (MI)__
         Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.832 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Agreement | EXECUTIVE/MANAGER 367 ADDRESS ON FILE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.833 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Agreement | EXECUTIVE/MANAGER 369 ADDRESS ON FILE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.834 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Agreement | EXECUTIVE/MANAGER 382 ADDRESS ON FILE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.835 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Agreement | EXECUTIVE/MANAGER 383 ADDRESS ON FILE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.836 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Agreement | EXECUTIVE/MANAGER 385 ADDRESS ON FILE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.837 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Agreement | EXECUTIVE/MANAGER 387 ADDRESS ON FILE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.838 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Agreement | EXECUTIVE/MANAGER 388 ADDRESS ON FILE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor ___iHeartMedia Management Services, Inc.___ Case number (if known) __18-31301 (MI)__
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.839 | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 390 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.840 | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 391 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.841 | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 392 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.842 | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 394 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.843 | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 400 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.844 | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 403 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.845 | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 405 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor ___iHeartMedia Management Services, Inc.___
Name

Case number (if known) ___18-31301 (MI)___



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.846** | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 410 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.847** | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 415 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.848** | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 422 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.849** | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 424 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.850** | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 425 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.851** | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 428 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.852** | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 447 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    iHeartMedia Management Services, Inc.          Case number *(if known)*  18-31301 (MI)
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.853 | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 449 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.854 | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 450 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.855 | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 451 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.856 | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 453 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.857 | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 454 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.858 | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 455 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.859 | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 456 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Official Form 206G          **Schedule G: Executory Contracts and Unexpired Leases**          Page 123 of 244

Debtor    iHeartMedia Management Services, Inc.    Case number (if known)  18-31301 (MI)
            Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.860 | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 456 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.861 | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 470 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.862 | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 471 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.863 | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 472 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.864 | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 474 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.865 | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 475 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.866 | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 477 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Official Form 206G          **Schedule G: Executory Contracts and Unexpired Leases**          Page 124 of 244

Debtor     iHeartMedia Management Services, Inc.        Case number *(if known)*   18-31301 (MI)
         Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.867** | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 478 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.868** | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 483 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.869** | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 486 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.870** | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 489 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.871** | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 490 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.872** | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 498 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.873** | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 499 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Official Form 206G       **Schedule G: Executory Contracts and Unexpired Leases**       Page 125 of 244

Debtor ___iHeartMedia Management Services, Inc.___     Case number (if known) __18-31301 (MI)__
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.874 | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 500 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.875 | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 502 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.876 | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 503 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.877 | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 511 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.878 | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 516 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.879 | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 517 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.880 | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 518 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Official Form 206G        **Schedule G: Executory Contracts and Unexpired Leases**        Page 126 of 244

Debtor _____iHeartMedia Management Services, Inc._____ Case number *(if known)* __18-31301 (MI)__
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.881 | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 519 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.882 | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 522 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.883 | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | EXECUTIVE/MANAGER 528 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.884 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work  Dated 05/31/2016 | EXPERIS US, INC 100 MANPOWER PLACE MILWAUKEE, WI 63212 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.885 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 09/19/2016 | EXPERIS US, INC 100 MANPOWER PLACE MILWAUKEE, WI 63212 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.886 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work  Dated 09/21/2017 | EXPERIS US, INC 100 MANPOWER PLACE MILWAUKEE, WI 63212 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.887 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work  Dated 11/07/2017 | EXPERIS US, INC 100 MANPOWER PLACE MILWAUKEE, WI 63212 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Official Form 206G                    **Schedule G: Executory Contracts and Unexpired Leases**                    Page 127 of 244

Debtor    iHeartMedia Management Services, Inc.                    Case number (if known) _18-31301 (MI)_
                    Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.888 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work  Dated 09/19/2016 | EXPERIS US, INC<br>100 MANPOWER PLACE<br>MILWAUKEE, WI 63212 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.889 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 12/04/2017 | EXPERIS US, INC<br>100 MANPOWER PLACE<br>MILWAUKEE, WI 63212 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.890 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement  Dated 02/24/2014 | EXPERIS US, INC.<br>ATTN: BUSINESS LAW DEPARTMENT<br>100 MANPOWER PLACE<br>MILWAUKEE, WI 53212 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.891 | State what the contract or lease is for and the nature of the debtor's interest | Non-Disclosure Agreement Dated 10/11/2017 | FADEL PARTNERS INC.<br>22 ELM PLACE<br>FLOOR 4<br>RYE, NY 10580 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.892 | State what the contract or lease is for and the nature of the debtor's interest | Change Order No. 1 Dated 01/23/2015 | FENTON DYNAMICS INC.<br>ATTN: ROBERT EHRHARD<br>1203 AUTUMN RIDGE<br>SAN ANTONIO, TX 78258 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.893 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work  Dated 10/20/2014 | FENTON DYNAMICS INC.<br>ATTN: ROBERT EHRHARD<br>1203 AUTUMN RIDGE<br>SAN ANTONIO, TX 78258 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.894 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work  Dated 10/20/2014 | FENTON DYNAMICS INC.<br>ATTN: ROBERT EHRHARD<br>1203 AUTUMN RIDGE<br>SAN ANTONIO, TX 78258 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor ___iHeartMedia Management Services, Inc.___  
Name

Case number *(if known)* ___18-31301 (MI)___

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.895 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement  Dated 06/01/2012 | FIDELITY INFORMATION SERVICES, LLC ATTN: PETER BOUCHER GLOBAL COMMERCIAL SERVICES 601 RIVERSIDE AVENUE JACKSONVILLE, FL 32204 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.896 | State what the contract or lease is for and the nature of the debtor's interest | Service Attachment  Dated 05/14/2012 | FIDELITY INFORMATION SERVICES, LLC ATTN: PETER BOUCHER 601 RIVERSIDE AVENUE JACKSONVILLE, FL 32204 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.897 | State what the contract or lease is for and the nature of the debtor's interest | Change Request 9 Dated 03/28/2014 | FIDELITY INFORMATION SERVICES, LLC 601 RIVERSIDE AVE. JACKSONVILLE, FL 32204 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.898 | State what the contract or lease is for and the nature of the debtor's interest | Change Request 8 Dated 03/17/2014 | FIDELITY INFORMATION SERVICES, LLC 601 RIVERSIDE AVE. JACKSONVILLE, FL 32204 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.899 | State what the contract or lease is for and the nature of the debtor's interest | Mutual Confidentiality Agreement Dated 03/12/2012 | FIDELITY INFORMATION SERVICES, LLC 601 RIVERSIDE AVE. JACKSONVILLE, FL 32204 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.900 | State what the contract or lease is for and the nature of the debtor's interest | Service Attachment  Dated 01/02/2014 | FIDELITY INFORMATION SERVICES, LLC 601 RIVERSIDE AVE. JACKSONVILLE, FL 32204 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.901 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement Dated 06/15/2012 | FIDELITY INFORMATION SERVICES, LLC ATTN: PETER BOUCHER, VP GLOBAL COMMERCIAL SERVICES 601 RIVERSIDE AVE. JACKSONVILLE, FL 32204 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor ___iHeartMedia Management Services, Inc._____
Name

Case number *(if known)* __18-31301 (MI)__



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.902 | **State what the contract or lease is for and the nature of the debtor's interest** | Service Attachment Dated 03/05/2012 | FIDELITY INFORMATION SERVICES, LLC ATTN: PETER BOUCHER FIDELITY INFORMATION SERVICES LLC 601 RIVERSIDE AVENUE JACKSONVILLE, FL 32204 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.903 | **State what the contract or lease is for and the nature of the debtor's interest** | Service Attachment #4 to MSA Dated 06/08/2012 | FIDELITY INFORMATION SERVICES, LLC ATTN: PETER BOUCHER FIDELITY INFORMATION SERVICES LLC 601 RIVERSIDE AVENUE JACKSONVILLE, FL 32204 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.904 | **State what the contract or lease is for and the nature of the debtor's interest** | Service Attachment Dated 06/08/2012 | FIDELITY INFORMATION SERVICES, LLC ATTN: PETER BOUCHER FIDELITY INFORMATION SERVICES, LLC 601 RIVERSIDE AVENUE JACKSONVILLE, FL 32204 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.905 | **State what the contract or lease is for and the nature of the debtor's interest** | Service Attachment #3 to MSA Dated 07/02/2012 | FIDELITY INFORMATION SERVICES, LLC ATTN: PETER BOUCHER 601 RIVERSIDE AVENUE JACKSONVILLE, FL 32204 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.906 | **State what the contract or lease is for and the nature of the debtor's interest** | Statement of Work Dated 01/01/2013 | FIDELITY INFORMATION SERVICES, LLC ATTN: PETER BOUCHER FIDELITY INFORMATION SERVICES, LLC 601 RIVERSIDE AVENUE JACKSONVILLE, FL 32204 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.907 | **State what the contract or lease is for and the nature of the debtor's interest** | Authorization agreement - Optical Disk Drive Class Action Settlement Dated 09/02/2015 | FINANCIAL RECOVERY SERVICES, INC. D/B/A FINANCIAL RECOVERY STRATEGIES 80 WESLEY STREET SOUTH HACKENSACK, NJ 07606 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.908 | **State what the contract or lease is for and the nature of the debtor's interest** | Authorization Agreement - LCD Indirect Purchaser Antitrust Lawsuit & Recovery Settlement Dated 09/06/2016 | FINANCIAL RECOVERY SERVICES, INC. D/B/A FINANCIAL RECOVERY STRATEGIES 80 WESLEY ST. SOUTH HACKENSACK, NJ 07606 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Official Form 206G                **Schedule G: Executory Contracts and Unexpired Leases**                Page 130 of 244

Debtor     iHeartMedia Management Services, Inc.
           Name                                                    Case number (if known)   18-31301 (MI)

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.909 | State what the contract or lease is for and the nature of the debtor's interest | Authorization Agreement - Lithium Ion Batteries Class Action Settlement Dated 09/02/2015 | FINANCIAL RECOVERY SERVICES, INC. D/B/A FINANCIAL RECOVERY STRATEGIES 80 WESLEY STREET SOUTH HACKENSACK, NJ 07606 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.910 | State what the contract or lease is for and the nature of the debtor's interest | Authorization Agreement - LCD Indirect Purchaser Antitrust Lawsuit & Recovery Settlement Dated 09/06/2016 | FINANCIAL RECOVERY SERVICES, INC. D/B/A FINANCIAL RECOVERY STRATEGIES 80 WESLEY STREET SOUTH HACKENSACK, NJ 07606 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.911 | State what the contract or lease is for and the nature of the debtor's interest | Authorization Agreement - Flexible Polyurethane Foam Class Action Dated 09/05/2015 | FINANCIAL RECOVERY SERVICES, INC. D/B/A FINANCIAL RECOVERY STRATEGIES 80 WESLEY STREET SOUTH HACKENSACK, NJ 07606 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.912 | State what the contract or lease is for and the nature of the debtor's interest | Authorization Agreement - Class Action Settlement Dated 09/02/2015 | FINANCIAL RECOVERY SERVICES, INC. D/B/A FINANCIAL RECOVERY STRATEGIES 80 WESLEY STREET SOUTH HACKENSACK, NJ 07606 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.913 | State what the contract or lease is for and the nature of the debtor's interest | Authorization Agreement - Class Action Settlements Dated 01/03/2017 | FINANCIAL RECOVERY STRATEGIES, INC. D/B/A FINANCIAL RECOVERY STRATEGIES 80 WESLEY STREET SOUTH HACKENSACK, NJ 07606 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.914 | State what the contract or lease is for and the nature of the debtor's interest | Agreement for Consulting Services Dated 03/16/2011 | FINANCIAL SYSTEMS SPECIALISTS, INC. ATTN: JEFF WIESINGER 13616 STONE DR. CARMEL, IN 46032 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.915 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work  Dated 01/02/2014 | FIORANO SOFTWARE INC. 230 S. CALIFORNIA AVENUE SUITE 103 PALO ALTO, CA 94306 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   __iHeartMedia Management Services, Inc.__   Case number *(if known)* __18-31301 (MI)__
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.916 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work  Dated 02/04/2014 | FIORANO SOFTWARE INC.<br>230 S. CALIFORNIA AVENUE<br>SUITE 103<br>PALO ALTO, CA 94306 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.917 | State what the contract or lease is for and the nature of the debtor's interest | Fiorano End-User License Agreement Dated 06/06/2013 | FIORANO SOFTWARE, INC.<br>230 S. CALIFORNIA AVENUE<br>SUITE 103<br>PALO ALTO , CA 94306 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.918 | State what the contract or lease is for and the nature of the debtor's interest | 2018 Competitive Price Allowance Program Terms and Conditions Dated 12/01/2017 | FORD MOTOR COMPANY<br>ATTN: RICH KUEHL<br>1335 S. CLEARVIEW AVE.<br>MESA, AZ 85209 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.919 | State what the contract or lease is for and the nature of the debtor's interest | Non-Disclosure Agreement Dated 12/13/2016 | FRANK RECRUITMENT GROUP INC.<br>14 WALL STREET<br>6TH FLOOR<br>NEW YORK, NY 10038 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.920 | State what the contract or lease is for and the nature of the debtor's interest | Non-Disclosure Agreement Dated 11/30/2016 | FULLSTORY INC.<br>120 OTTLEY DRIVE<br>SUITE 100<br>ATLANTA, GA 30324 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.921 | State what the contract or lease is for and the nature of the debtor's interest | Management Service Agreement Dated 01/01/2013 | GAMA AVIATION, INC.<br>ATTN:  KC IHLEFELD, SVP, AIRCRAFT MANAGEMENT<br>480 LORDSHIP BLVD.<br>STRATFORD, CT 06615 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.922 | State what the contract or lease is for and the nature of the debtor's interest | Management Services Agreement | GAMA AVIATION, INC.<br>ATTN:  MK IHLEFELD, SVP, AIRCRAFT MANAGEMENT<br>480 LORDSHIP BLVD.<br>STRATFORD, CT 06615 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor      iHeartMedia Management Services, Inc.                    Case number *(if known)*  18-31301 (MI)
                    Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.923 | State what the contract or lease is for and the nature of the debtor's interest | Management Services Agreement Dated 06/11/2013 | GAMA AVIATION, INC. ATTN: KC IHLEFELD, SVP, AIRCRAFT MANAGEMENT 480 LORDSHIP BLVD. STRATFORD, CT 06615 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.924 | State what the contract or lease is for and the nature of the debtor's interest | Management Services Agreement Dated 06/11/2013 | GAMA AVIATION, INC. ATTN: KC IHLEFELD, SVP, AIRCRAFT MANAGEMENT 480 LORDSHIP BLVD. STRATFORD, CT 06615 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.925 | State what the contract or lease is for and the nature of the debtor's interest | Management Services Agreement Dated 01/01/2013 | GAMA AVIATION, INC. ATTN: KC IHLEFELD, SVP, AIRCRAFT MANAGEMENT 480 LORDSHIP BLVD. STRATFORD, CT 06615 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.926 | State what the contract or lease is for and the nature of the debtor's interest | Management Services Agreement | GAMA AVIATION, INC. ATTN: KC IHLEFELD, SVP, AIRCRAFT MANAGEMENT 480 LORDSHIP BLVD. STRATFORD, CT 06615 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.927 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Evaluation to Replace HRMS: Proposal and Statement of Work Dated 03/15/2013 | GARTNER, INC. 56 TOP GALLANT ROAD STAMFORD, CT 06904 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.928 | State what the contract or lease is for and the nature of the debtor's interest | Master Client Agreement  Dated 06/29/2011 | GARTNER, INC. 56 TOP GALLANT ROAD STAMFORD, CT 06904 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.929 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement - Invoice Dated 10/01/2015 | GARTNER, INC. 12651 GATEWAY BLVD. FT. MYERS, FL 33913 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor _____iHeartMedia Management Services, Inc._____     Case number *(if known)* __18-31301 (MI)__
       Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.930** | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement Dated 01/01/2016 | GARTNER, INC.<br>56 TOP GALLANT ROAD<br>STAMFORD, CT 06904 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.931** | State what the contract or lease is for and the nature of the debtor's interest | Master Client Agreement  Dated 07/06/2011 | GARTNER, INC.<br>56 TOP GALLANT ROAD<br>STANFORD, CT 06904 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.932** | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement Dated 10/01/2016 | GARTNER, INC.<br>56 TOP GALLANT ROAD<br>STAMFORD, CT 06904 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.933** | State what the contract or lease is for and the nature of the debtor's interest | Consulting Services Supplement to the Master Client Agreement  Dated 03/14/2013 | GARTNER, INC.<br>56 TOP ROAD<br>STANFORD, CT 06904 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.934** | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement - Invoice Dated 01/01/2016 | GARTNER, INC.<br>12651 GATEWAY BLVD.<br>FT. MYERS, FL 33931 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.935** | State what the contract or lease is for and the nature of the debtor's interest | Amendment to Master Purchase Agreement Dated 06/22/2017 | GATESAIR INC.<br>ATTN: LEGAL DEPARTMENT<br>5300 KINGS ISLAND DR.<br>SUITE 101<br>MASON, OH 45040 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.936** | State what the contract or lease is for and the nature of the debtor's interest | Master Purchase Agreement Dated 05/03/2017 | GATESAIR INC.<br>ATTN: LEGAL DEPARTMENT<br>5300 KINGS ISLAND DR.<br>SUITE 101<br>MASON, OH 45040 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    iHeartMedia Management Services, Inc.
          Name

Case number (if known)   18-31301 (MI)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.937 | State what the contract or lease is for and the nature of the debtor's interest | Broadcast Equipment Products & Services Agreement Dated 04/07/2017 | GBS - GIESLER BROADCAST SUPPLY, INC. PO BOX 416 ALVIN, TX 77512 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.938 | State what the contract or lease is for and the nature of the debtor's interest | Change Order to Statement of Work Dated 01/05/2016 | GBT US LLC D/B/A AMERICAN EXPRESS GLOBAL BUSINESS TRAVEL ATTN: CONTRACTS DEPARTMENT THREE WORLD FINANCIAL CENTER 200 VESEY STREET NEW YORK, NY 10825 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.939 | State what the contract or lease is for and the nature of the debtor's interest | Addendum Dated 01/31/2017 | GBT US LLC D/B/A AMERICAN EXPRESS GLOBAL BUSINESS TRAVEL ATTN: CONTRACTS DEPARTMENT THREE WORLD FINANCIAL CENTER 200 VESEY STREET NEW YORK, NY 10825 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.940 | State what the contract or lease is for and the nature of the debtor's interest | Business Travel Services Agreement Dated 06/19/2015 | GBT US LLC D/B/A AMERICAN EXPRESS GLOBAL BUSINESS TRAVEL ATTN: CONTRACTS DEPARTMENT THREE WORLD FINANCIAL CENTER 200 VESEY STREET NEW YORK, NY 10825 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.941 | State what the contract or lease is for and the nature of the debtor's interest | Change Order to the Statement of Work and/or U.S. Business Travel Services Agreement Dated 12/02/2015 | GBT US LLC D/B/A AMERICAN EXPRESS GLOBAL BUSINESS TRAVEL ATTN: CONTRACTS DEPARTMENT THREE WORLD FINANCIAL CENTER 200 VESEY STREET NEW YORK, NY 10825 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.942 | State what the contract or lease is for and the nature of the debtor's interest | Mutual Confidentiality and Non-Disclosure Agreement Dated 08/28/2014 | GBT US LLC D/B/A AMERICAN EXPRESS GLOBAL BUSINESS TRAVEL ATTN: CONTRACTS DEPARTMENT THREE WORLD FINANCIAL CENTER 200 VESEY STREET NEW YORK, NY 10825 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.943 | State what the contract or lease is for and the nature of the debtor's interest | Work Services Agreement Dated 05/13/2015 | GBT US, LLC (D/B/A AMERICAN EXPRESS GLOBAL BUSINESS TRAVEL) ATTN: CORPORATE CARD UNIT 20022 NORTH 31ST AVENUE PHOENIX, AZ 85027 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor     iHeartMedia Management Services, Inc.           Case number *(if known)*   18-31301 (MI)
<br>Name

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.944 | State what the contract or lease is for and the nature of the debtor's interest | Business Travel Services Agreement Dated 05/18/2015 | GBT US, LLC D/B/A AMERICAN EXPRESS GLOBAL BUSINESS TRAVEL (GBT) ATTN: GENERAL COUNSEL'S OFFICE 7 TIMES SQUARE 44TH FLOOR NEW YORK, NY 10036 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.945 | State what the contract or lease is for and the nature of the debtor's interest | Competitive Assistance Program - 2017 Dated 12/05/2016 | GENERAL MOTORS COMPANY 29803 EDGEWATER DRIVE MAGNOLIA, TX 77354 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.946 | State what the contract or lease is for and the nature of the debtor's interest | Support and Maintenance Agreement - Invoice Dated 01/01/2016 | GEOMETRIX DATA SYSTEMS, INC. SUITE 301, 780 KINGS ROAD VICTORIA, BC V8T 5A2 CANADA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.947 | State what the contract or lease is for and the nature of the debtor's interest | License Agreement Dated 07/11/2017 | GOOGLE, INC. 1600 AMPHITHEATRE PARKWAY MOUNTAIN VIEW, CA 94043 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.948 | State what the contract or lease is for and the nature of the debtor's interest | License Agreement  Dated 09/29/2010 | GRACENOTE, INC. 2000 POWELL STREET SUITE 1380 EMERYVILLE, CA 94608 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.949 | State what the contract or lease is for and the nature of the debtor's interest | Non-Disclosure Agreement Dated 04/04/2017 | GRAMERCY CONSULTANTS LLC 989 AVENUE OF THE AMERICAS 18TH FLOOR NEW YORK, NY 10018 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.950 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement Dated 06/23/2017 | GRAMERCY CONSULTANTS, LLC 989 SIXTH AVENUE 18TH FLOOR NEW YORK, NY 10018 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor ___iHeartMedia Management Services, Inc.___   Case number (if known) __18-31301 (MI)__
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.951 | State what the contract or lease is for and the nature of the debtor's interest | Energy Services Agreement Dated 07/10/2009 | GSE CONSULTING, LP ATTN: BRIAN DAFFERNER 1225 NORTH LOOP W. SUITE 1100 HOUSTON, TX 77008 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.952 | State what the contract or lease is for and the nature of the debtor's interest | Service Order Form Dated 09/22/2016 | GTT COMMUNICATIONS, INC. 7900 TYSONS ONE PLACE SUITE 1450 MCLEAN , VA 22102 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.953 | State what the contract or lease is for and the nature of the debtor's interest | Mutual Confidentiality Agreement Dated 10/26/2012 | HCL AMERICA, INC. 330 POTRERO AVENUE SUNNYVALE, CA 94085 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.954 | State what the contract or lease is for and the nature of the debtor's interest | Mutual Confidentiality Agreement Dated 10/26/2012 | HCL AMERICA, INC. 330 POTRERO AVENUE SUNNYVALE, CA 94085 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.955 | State what the contract or lease is for and the nature of the debtor's interest | Facility Purchasing Agreement Dated 01/22/2013 | HERMAN MILLER, INC. ATTN: CONTRACTS MANAGER LOCATION 0111 855 E. MAIN AVE. ZEELAND, MI 49464 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.956 | State what the contract or lease is for and the nature of the debtor's interest | Administrative Services Agreement Dated 08/27/2012 | HEWITT ASSOCIATES LLC ATTN: GENERAL COUNSEL 100 HALF DAY RD. LINCOLNSHIRE, IL 60069 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.957 | State what the contract or lease is for and the nature of the debtor's interest | Master Consulting Agreement Dated 08/01/2005 | HITACHI CONSULTING CORPORATION ATTN: BRIAN HICKERSON 1950 STEMMONS FRWY. SUITE 6053 DALLAS, TX 75207 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor      iHeartMedia Management Services, Inc.                    Case number (if known)   18-31301 (MI)
                    Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.958 | State what the contract or lease is for and the nature of the debtor's interest | Change Order No. 2 to Statement of Work  Dated 09/05/2014 | HITACHI CONSULTING CORPORATION ATTN: GENERAL COUNSEL 123 N. WACKER DRIVE. SUITE 1200 CHICAGO, IL 60606 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.959 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 04/07/2014 | HITACHI CONSULTING CORPORATION ATTN: GENERAL COUNSEL 123 N. WACKER DRIVE. SUITE 1200 CHICAGO, IL 60606 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.960 | State what the contract or lease is for and the nature of the debtor's interest | Change Order No. 1 to Statement of Work  Dated 07/10/2014 | HITACHI CONSULTING CORPORATION ATTN: GENERAL COUNSEL 123 N. WACKER DRIVE. SUITE 1200 CHICAGO, IL 60606 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.961 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement Dated 06/08/2015 | HORTONWORKS, INC. ATTN:  LEGAL DEPARTMENT 5470 GREAT AMERICA PARKWAY SANTA CLARA, CA 95054 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.962 | State what the contract or lease is for and the nature of the debtor's interest | License Agreement - PO Exception Form Dated 01/03/2017 | HORTONWORKS, INC. 5470 GREAT AMERICA PARKWAY SANTA CLARA, CA 95054 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.963 | State what the contract or lease is for and the nature of the debtor's interest | Master License and Services Agreement Dated 04/01/2010 | IASTA, INC. 12800 N. MERIDIAN ST. SUITE 425 CARMEL, IN 46032 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.964 | State what the contract or lease is for and the nature of the debtor's interest | First Amendment to Master License and Services Agreement Dated 09/01/2012 | IASTA, INC. 12800 N. MERIDIAN STREET SUITE 425 CARMEL, IN 46032 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    iHeartMedia Management Services, Inc.                    Case number (if known)  18-31301 (MI)
          Name

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.965 | **State what the contract or lease is for and the nature of the debtor's interest** | Second Amendment to Master License and Services Agreement Dated 03/28/2013 | IASTA, INC.<br>12800 NORTH MERIDIAN STREET<br>SUITE 425<br>CARMEL, IN 46032 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.966 | **State what the contract or lease is for and the nature of the debtor's interest** | First Amendment to Master License and Services Agreement Dated 09/11/2012 | IASTA, INC.<br>12800 NORTH MERIDIAN STREET<br>SUITE 425<br>CARMEL, IN 46032 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.967 | **State what the contract or lease is for and the nature of the debtor's interest** | Second Amendment to Master License and Services Agreement Dated 03/28/2013 | IASTA, INC.<br>12800 N. MERIDIAN ST.<br>SUITE 425<br>CARMEL, IN 46032 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.968 | **State what the contract or lease is for and the nature of the debtor's interest** | License Agreement - Support Extension Dated 05/01/2017 | IBM<br>1177 S. BELTLINE ROAD<br>COPPELL, TX 75019 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.969 | **State what the contract or lease is for and the nature of the debtor's interest** | License Agreement - Support Extension Dated 05/01/2017 | IBM<br>1177 S. BELTLINE ROAD<br>COPPELL, TX 75019 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.970 | **State what the contract or lease is for and the nature of the debtor's interest** | Attachment for Service Extension Support Dated 04/27/2017 | IBM<br>ATTN: DEANDRA DURAHM<br>1177 S. BELTLINE ROAD<br>COPPELL, TX 75019 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.971 | **State what the contract or lease is for and the nature of the debtor's interest** | Mutual Confidentiality and Non-Disclosure Agreement Dated 11/30/2015 | IBX GROUP AB |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor    iHeartMedia Management Services, Inc.                    Case number (if known)  18-31301 (MI)
          Name

    **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.972 | State what the contract or lease is for and the nature of the debtor's interest | Non-Disclosure Agreement Dated 04/06/2017 | ICERTIS INC.<br>14711 NE 29TH PLACE<br>SUITE 100<br>BELLEVUE , WA 98007 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.973 | State what the contract or lease is for and the nature of the debtor's interest | Non-Disclosure Agreement Dated 10/27/2017 | IGENTA INC.<br>317 GEORGE STREET<br>NEW BRUNSWICK, NJ 08901 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.974 | State what the contract or lease is for and the nature of the debtor's interest | Non-Disclosure Agreement Dated 05/03/2017 | IMAGINE COMMUNICATIONS CORP<br>3001 DALLAS PARKWAY<br>SUITE 300<br>FRISCO, TX 75034 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.975 | State what the contract or lease is for and the nature of the debtor's interest | License Agreement - Invoice Dated 04/01/2016 | IMFORMATICA LLC<br>2100 SEAPORT BLVD.<br>REDWOOD CITY, CA 94063 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.976 | State what the contract or lease is for and the nature of the debtor's interest | License Agreement - Invoice Dated 01/01/2017 | INFORMATICA LLC<br>2100 SEAPORT BLVD.<br>REDWOOD CITY, CA 94063 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.977 | State what the contract or lease is for and the nature of the debtor's interest | License Agreement - Invoice Dated 06/01/2016 | INFORMATICA LLC<br>2100 SEAPORT BLVD.<br>REDWOOD CITY, CA 94063 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.978 | State what the contract or lease is for and the nature of the debtor's interest | License Agreement - Invoice Dated 01/01/2016 | INFORMATICA LLC<br>2100 SEAPORT BLVD.<br>REDWOOD CITY, CA 94063 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    iHeartMedia Management Services, Inc.
          Name

Case number (if known)  18-31301 (MI)

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.979 | State what the contract or lease is for and the nature of the debtor's interest | License Agreement - Invoice Dated 03/01/2017 | INFORMATICA LLC<br>2100 SEAPORT BLVD.<br>REDWOOD CITY, CA 94063 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.980 | State what the contract or lease is for and the nature of the debtor's interest | Maintenance Agreement - Invoice Dated 05/19/2016 | INFORMATICA, LLC<br>PO BOX 49085<br>SAN JOSE, CA 95161-9085 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.981 | State what the contract or lease is for and the nature of the debtor's interest | License Agreement - Invoice Dated 04/01/2017 | INFORMATICA, LLC<br>PO BOX 49085<br>SAN JOSE, CA 95161-9085 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.982 | State what the contract or lease is for and the nature of the debtor's interest | Mutual Confidentiality Agreement Dated 03/12/2012 | INFOSYS LIMITED<br>6100 TENNYSON PARKWAY<br>PLANO, TX 75024 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.983 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work/Service Order Dated 01/16/2012 | INFOSYS LIMITED<br>ELECTRONIC CITY HOSUR ROAD<br>BANGALORE 560100<br>INDIA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.984 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 01/16/2012 | INFOSYS LIMITED<br>ELECTRONIC CITY HOSUR ROAD<br>BANGALORE 560100<br>INDIA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.985 | State what the contract or lease is for and the nature of the debtor's interest | Work Order  Dated 11/14/2011 | INFOSYS LIMITED<br>6100 TENNYSON PARKWAY<br>SUITE 200<br>PLANO , TX 75024 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    iHeartMedia Management Services, Inc.
          Name

Case number (if known)   18-31301 (MI)



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.986 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work  Dated 01/16/2012 | INFOSYS LIMITED<br>ELECTRONIC CITY HOSUR ROAD<br>BANGALORE 560100<br>INDIA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.987 | State what the contract or lease is for and the nature of the debtor's interest | Mutual Confidentiality Agreement Dated 03/12/2012 | INFOSYS LIMITED<br>6100 TENNYSON PARKWAY<br>PLANO, TX 75024 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.988 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 01/16/2012 | INFOSYS TECHNOLOGIES (CHINA) CO. LIMITED<br>BUILDING 10 3000<br>LONGDONG AVENUE<br>SHANGHAI 201203<br>CHINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.989 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work  Dated 01/16/2012 | INFOSYS TECHNOLOGIES (CHINA) CO. LIMITED<br>BUILDING 10<br>3000 LONGDONG AVENUE<br>SHANGHAI 201203<br>CHINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.990 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work/Service Order Dated 01/16/2012 | INFOSYS TECHNOLOGIES (CHINA) CO. LIMITED<br>BUILDING 10 3000 LONGDONG AVENUE<br>SHANGHAI 201203<br>CHINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.991 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 01/16/2012 | INFOSYS TECHNOLOGIES (SHANGHAI) CO. LIMITED<br>ROOM 401 & 501<br>BUILDING 5<br>NO. 555<br>DONGCHUAN ROAD, MINHANG DISTRICT<br>SHANGHAI 200241<br>CHINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.992 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work  Dated 01/16/2012 | INFOSYS TECHNOLOGIES (SHANGHAI) CO. LIMITED<br>ROOM 401 & 501<br>BUILDING 5<br>NO. 555<br>DONGCHUAN  ROAD<br>MINHANG DISTRICT<br>SHANGHAI 200241<br>CHINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    iHeartMedia Management Services, Inc.      Case number *(if known)* __18-31301 (MI)__
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.993 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work/Service Order Dated 01/16/2012 | INFOSYS TECHNOLOGIES (SHANGHAI) CO. LIMITED ROOM 401&501, BUILDING 5, NO. 555, DONGCHUAN ROAD, MINHANG DISTRICT, SHANGHAI 200241 CHINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.994 | State what the contract or lease is for and the nature of the debtor's interest | Non-Disclosure Agreement Dated 02/13/2017 | INNOVA SOLUTIONS INC. 3211 SCOTT BOULEVARD SANTA CLARA, CA 95054 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.995 | State what the contract or lease is for and the nature of the debtor's interest | Scope of Work #2 Dated 09/07/2016 | INSIGHT SOURCING GROUP, INC. 5555 TRIANGLE PARKWAY SUITE 300 NORCROSS, GA 30092 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.996 | State what the contract or lease is for and the nature of the debtor's interest | Scope of Work #1 Dated 09/07/2016 | INSIGHT SOURCING GROUP, INC. 5555 TRIANGLE PARKWAY SUITE 300 NORCROSS, GA 30092 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.997 | State what the contract or lease is for and the nature of the debtor's interest | Spend Assessment and Strategic Sourcing Services Agreement Dated 09/07/2016 | INSIGHT SOURCING GROUP, LLC 5555 TRIANGLE PARKWAY SUITE 300 NORCROSS, GA 30092 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.998 | State what the contract or lease is for and the nature of the debtor's interest | Spend Assessment and Strategic Sourcing Services Agreement Dated 09/07/2016 | INSIGHT SOURCING GROUP, LLC 555 TRIANGLE PARKWAY SUITE 300 NORCROSS, GA 30092 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.999 | State what the contract or lease is for and the nature of the debtor's interest | Spend Assessment and Strategic Sourcing Services Agreement Dated 07/13/2016 | INSIGHT SOURCING GROUP, LLC 5555 TRIANGLE PARKWAY SUITE 300 NORCROSS, GA 30092 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    iHeartMedia Management Services, Inc.
          Name                                                        Case number *(if known)*   18-31301 (MI)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1000 | State what the contract or lease is for and the nature of the debtor's interest | Non-Disclosure Agreement Dated 11/08/2017 | INSIGHTSQUARED INC.<br>4 COPLEY PLACE<br>4TH FLOOR<br>BOSTON, MA 02116 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1001 | State what the contract or lease is for and the nature of the debtor's interest | Contract Extension Letter Dated 03/12/2012 | INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS<br>ATTN: BUSINESS MANAGER<br>LOCAL 474<br>1870 MADISON AVE.<br>MEMPHIS, TN 38104 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1002 | State what the contract or lease is for and the nature of the debtor's interest | Contract Extension Letter Dated 03/08/2012 | INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS<br>LOCAL UNION 474<br>ATTN: BUSINESS MANAGER<br>1870 MADISON AVE.<br>MEMPHIS, TN 38104 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1003 | State what the contract or lease is for and the nature of the debtor's interest | License Agreement - Invoice Dated 05/01/2016 | INTERNATIONAL BUSINESS MACHINE CORP.<br>PO BOX 676673<br>DALLAS, TX 75267-6673 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1004 | State what the contract or lease is for and the nature of the debtor's interest | License Agreement - Quote Dated 10/12/2017 | INTERNATIONAL BUSINESS MACHINES CORP.<br>PO BOX 643600<br>PITTSBURGH, PA 15264-3600 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1005 | State what the contract or lease is for and the nature of the debtor's interest | Addendum  Dated 04/01/2013 | INTERNATIONAL BUSINESS MACHINES CORP.<br>PO BOX 643600<br>PITTSBURGH, PA 15264-3600 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1006 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work  Dated 09/01/2015 | INTERNATIONAL BUSINESS MACHINES CORP.<br>PO BOX 643600<br>PITTSBURGH, PA 15264-3600 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor      iHeartMedia Management Services, Inc.                          Case number *(if known)*   18-31301 (MI)
                Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1007 | **State what the contract or lease is for and the nature of the debtor's interest** | Project Change Request  Dated 09/12/2016 | INTERNATIONAL BUSINESS MACHINES CORP.<br>PO BOX 643600<br>PITTSBURGH, PA 15264-3600 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1008 | **State what the contract or lease is for and the nature of the debtor's interest** | License Agreement - Proof of Entitlement Dated 05/26/2017 | INTERNATIONAL BUSINESS MACHINES CORP.<br>PO BOX 643600<br>PITTSBURGH, PA 15264-3600 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1009 | **State what the contract or lease is for and the nature of the debtor's interest** | Statement of Work  Dated 08/05/2016 | INTERNATIONAL BUSINESS MACHINES CORP.<br>PO BOX 643600<br>PITTSBURGH, PA 15264-3600 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1010 | **State what the contract or lease is for and the nature of the debtor's interest** | Quote  Dated 05/01/2017 | INTERNATIONAL BUSINESS MACHINES CORPORATION<br>ATTN: HOWARD A. BRUSKIN<br>PO BOX 643600<br>PITTSBURGH, PA 15264-3600 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1011 | **State what the contract or lease is for and the nature of the debtor's interest** | Firm Order for Quote  Dated 07/29/2015 | INTERNATIONAL BUSINESS MACHINES CORPORATION<br>ATTN: RAK MISTRY<br>NA SALES LEADER, SALES PERFORMANCE MANAGEMENT<br>11501 BURNET ROAD<br>AUSTIN , TX 78758 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1012 | **State what the contract or lease is for and the nature of the debtor's interest** | Order Management  Dated 04/28/2017 | INTERNATIONAL BUSINESS MACHINES CORPORATION<br>PO BOX 643600<br>PITTSBURGH, PA 15264-3600 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1013 | **State what the contract or lease is for and the nature of the debtor's interest** | Firm Order Letter Dated 10/11/2017 | INTERNATIONAL BUSINESS MACHINES CORPORATION<br>PO BOX 643600<br>PITTSBURGH, PA 15264-3600 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor    iHeartMedia Management Services, Inc.
          Name

Case number (if known)   18-31301 (MI)



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1014 | State what the contract or lease is for and the nature of the debtor's interest | Non-Disclosure Agreement Dated 08/01/2017 | INTRUSION INC.<br>1101 EAST ARAPAHO ROAD<br>SUITE 200<br>RICHARDSON, TX 75081 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1015 | State what the contract or lease is for and the nature of the debtor's interest | Mutual Confidentiality and Non-Disclosure Agreement Dated 06/22/2016 | IPASS INC. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1016 | State what the contract or lease is for and the nature of the debtor's interest | Mutual Confidentiality and Non-Disclosure Agreement Dated 02/02/2017 | ISG INFORMATION SERVICES GROUP AMERICAS, INC. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1017 | State what the contract or lease is for and the nature of the debtor's interest | Mutual Confidentiality and Non-Disclosure Agreement Dated 07/22/2016 | JTP & ASSOCIATES, INC.<br>PO BOX 522307<br>SALT LAKE CITY, UT 84152-2307 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1018 | State what the contract or lease is for and the nature of the debtor's interest | Non-Disclosure Agreement | KENNA SECURITY INC.<br>560 MISSION STREET<br>SAN FRANCISCO, CA 94105 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1019 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement Dated 11/22/2013 | KFORCE INC.<br>1777 NE INTERSTATE 410 OR<br>9601N MCALLISTER FWY #913<br>SAN ANTONIO , TX |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1020 | State what the contract or lease is for and the nature of the debtor's interest | Non-Disclosure Agreement Dated 10/27/2017 | KNOWBE4 INC.<br>33 NORTH GARDEN AVENUE<br>SUITE 1200<br>CLEARWATER, FL 33755 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    iHeartMedia Management Services, Inc.
          Name

Case number (if known)   18-31301 (MI)

   **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1021 | State what the contract or lease is for and the nature of the debtor's interest | Non-Disclosure Agreement Dated 11/01/2017 | KNOWBE4, INC.<br>ATTN: LARS LETONOFF, CHIEF REVENUE OFFICER<br>33 N. GARDEN AVENUE<br>SUITE 1200<br>CLEARWATER , FL 33755 |
|  | State the term remaining | Undetermined | |
|  | List the contract number of any government contract | | |
| 2.1022 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement Dated 11/03/2017 | KNOWBE4, INC.<br>ATTN:  LEGAL<br>33 N. GARDEN AVE., SUITE 1200<br>CLEARWATER, FL 33755 |
|  | State the term remaining | Undetermined | |
|  | List the contract number of any government contract | | |
| 2.1023 | State what the contract or lease is for and the nature of the debtor's interest | Corporate Incentive Agreement Dated 03/01/2014 | KONINKLIJKE LUCHTVAART MAATSCHAPPIJ N.V.<br>AMSTERDAMSEWEG 55<br>1182GP AMSTELVEEN<br>NETHERLANDS |
|  | State the term remaining | Undetermined | |
|  | List the contract number of any government contract | | |
| 2.1024 | State what the contract or lease is for and the nature of the debtor's interest | Amendment to the Corporate Agreement.  Dated 01/15/2016 | KONINKLIJKE LUCHTVAART MAATSCHAPPIJ N.V. (KLM ROYAL DUTCH AIRLINES)<br>AMSTERDAMSEWEG 55<br>AMSTELVEEN<br>NETHERLANDS |
|  | State the term remaining | Undetermined | |
|  | List the contract number of any government contract | | |
| 2.1025 | State what the contract or lease is for and the nature of the debtor's interest | Master Purchase and License Agreement Dated 05/30/2013 | LAYER 7 TECHNOLOGIES, INC.<br>1100 MELVILLE STREET, SUITE 405<br>VANCOUVER, BC V6E 4A6<br>CANADA |
|  | State the term remaining | Undetermined | |
|  | List the contract number of any government contract | | |
| 2.1026 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement Dated 01/30/2014 | LEVEL 3 COMMUNICATIONS, LLC<br>ATTN: GENERAL COUNSEL<br>1025 ELDORADO BLVD.<br>BROOMFIELD, CO 80021 |
|  | State the term remaining | Undetermined | |
|  | List the contract number of any government contract | | |
| 2.1027 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement Dated 02/23/2016 | LEVEL 3 COMMUNICATIONS, LLC<br>ATTN: GENERAL COUNSEL<br>1025 ELDORADO BLVD.<br>BROOMFIELD, CO 80021 |
|  | State the term remaining | Undetermined | |
|  | List the contract number of any government contract | | |

Debtor      iHeartMedia Management Services, Inc.
            Name                                                    Case number (if known)   18-31301 (MI)



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1028 | State what the contract or lease is for and the nature of the debtor's interest | Utility Deposit Bond, Rider & Power of Attorney Dated 12/18/2009 | LIBERTY POWER HOLDINGS ATTN: ALBERTO DAIRE 1901 W. CYPRESS CREEK RD. SUITE 600 FT. LAUDERDALE, FL 33309 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1029 | State what the contract or lease is for and the nature of the debtor's interest | Sales Confirmation Fixed Price Product Dated 12/02/2009 | LIBERTY POWER HOLDINGS ATTN: ALBERTO DAIRE 1901 W. CYPRESS CREEK RD. SUITE 600 FT. LAUDERDALE, FL 33309 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1030 | State what the contract or lease is for and the nature of the debtor's interest | Sales Confirmation Dated 06/27/2012 | LIBERTY POWER HOLDINGS ATTN: ALBERTO DAIRE 1901 W. CYPRESS CREEK RD. SUITE 600 FT. LAUDERDALE, FL 33309 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1031 | State what the contract or lease is for and the nature of the debtor's interest | Master Sales Agreement & Sales Confirmation Fixed Price Product Dated 11/13/2009 | LIBERTY POWER HOLDINGS ATTN: ALBERTO DAIRE 1901 W. CYPRESS CREEK RD. SUITE 600 FT. LAUDERDALE, FL 33309 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1032 | State what the contract or lease is for and the nature of the debtor's interest | Sales Confirmation Fixed Price Product Dated 11/23/2009 | LIBERTY POWER HOLDINGS ATTN: ALBERTO DAIRE 1901 W. CYPRESS CREEK RD. SUITE 600 FT. LAUDERDALE, FL 33309 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1033 | State what the contract or lease is for and the nature of the debtor's interest | Sale Confirmation Fixed Price Product Dated 03/01/2010 | LIBERTY POWER HOLDINGS ATTN: ALBERTO DAIRE 1901 W. CYPRESS CREEK RD. SUITE 600 FT. LAUDERDALE, FL 33309 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1034 | State what the contract or lease is for and the nature of the debtor's interest | Sales Confirmation Fixed Price Product Dated 05/05/2010 | LIBERTY POWER HOLDINGS ATTN: ALBERTO DAIRE 1901 W. CYPRESS CREEK RD. SUITE 600 FT. LAUDERDALE, FL 33309 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor ___iHeartMedia Management Services, Inc.___  Case number *(if known)* __18-31301 (MI)__
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1035 | **State what the contract or lease is for and the nature of the debtor's interest** | Sales Confirmation Fixed Price Product Dated 05/05/2010 | LIBERTY POWER HOLDINGS ATTN: ALBERTO DAIRE 1901 W. CYPRESS CREEK RD. SUITE 600 FT. LAUDERDALE, FL 33309 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1036 | **State what the contract or lease is for and the nature of the debtor's interest** | Sales Confirmation Dated 06/27/2012 | LIBERTY POWER HOLDINGS ATTN: ALBERTO DAIRE 1901 W. CYPRESS CREEK RD. SUITE 600 FT. LAUDERDALE, FL 33309 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1037 | **State what the contract or lease is for and the nature of the debtor's interest** | ProLease Real Estate Management Software Contract Dated 06/30/2009 | LINK SYSTEMS, INC. ONE DOCK STREET STAMFORD, CT 06902 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1038 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment #1 for ProLease Real Estate Management Software Dated 08/19/2009 | LINK SYSTEMS, INC. ONE DOCK STREET STAMFORD, CT 06902 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1039 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment #1 Dated 08/19/2009 | LINK SYSTEMS, INC. ONE DOCK STREET STAMFORD, CT 06902 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1040 | **State what the contract or lease is for and the nature of the debtor's interest** | Software Contract  Dated 06/30/2009 | LINK SYSTEMS, INC. ONE DOCK STREET STAMFORD, CT 06902 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1041 | **State what the contract or lease is for and the nature of the debtor's interest** | Form of Statement of Work  Dated 08/01/2017 | LOGOGRAB LIMITED ATTN: LUCA BOSCHIN 37 BLACKBURNE SQUARE RATHFARNHAM GATE RATHFARNHAM, DUBLIN 14 D14 AY88 IRELAND (EIRE) |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor    iHeartMedia Management Services, Inc.
            Name

Case number (if known)   18-31301 (MI)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1042 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement Dated 08/01/2017 | LOGOGRAB LIMITED<br>ATTN: LUCA BOSCHIN<br>37 BLACKBURNE SQUARE<br>RATHFARNHAM GATE<br>RATHFARNHAM, DUBLIN 14 D14 AY88<br>IRELAND (EIRE) |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1043 | **State what the contract or lease is for and the nature of the debtor's interest** | Change Order No. 001 Dated 09/17/2012 | MADRONA SOLUTIONS GROUP, INC.<br>119 1ST AVENUE SOUTH, STE 400<br>SEATTLE, WA 98104 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1044 | **State what the contract or lease is for and the nature of the debtor's interest** | Change Order No. 002 - Exhibit B Dated 10/11/2012 | MADRONA SOLUTIONS GROUP, INC.<br>119 1ST AVENUE SOUTH, STE 400<br>SEATTLE, WA 98104 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1045 | **State what the contract or lease is for and the nature of the debtor's interest** | Statement of Work - Exhibit A Dated 08/28/2012 | MADRONA SOLUTIONS GROUP, INC.<br>119 1ST AVENUE SOUTH, STE 400<br>SEATTLE, WA 98104 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1046 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Service Agreement Dated 08/28/2012 | MADRONA SOLUTIONS GROUP, INC.<br>119 1ST AVENUE SOUTH, STE 400<br>SEATTLE, WA 98104 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1047 | **State what the contract or lease is for and the nature of the debtor's interest** | Migration Service  Agreement Dated 07/29/2016 | MAGNETICONE COMPANY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1048 | **State what the contract or lease is for and the nature of the debtor's interest** | Migration Service  Agreement Dated 07/29/2016 | MAGNETICONE COMPANY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor    iHeartMedia Management Services, Inc.    Case number (if known)   18-31301 (MI)
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1049** | State what the contract or lease is for and the nature of the debtor's interest | Migration Service  Agreement Dated 07/29/2016 | MAGNETICONE COMPANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1050** | State what the contract or lease is for and the nature of the debtor's interest | Non-Disclosure Agreement  Dated 04/27/2017 | MAGNITUDE SOFTWARE, INC. ATTN: KEVIN MISCHNICK SVP- FINANCE & ACCOUNTING 515 CONGRESS AVENUE SUITE 1510 AUSTIN, TX 78701 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1051** | State what the contract or lease is for and the nature of the debtor's interest | Email with a Statement of Work attached  Dated 01/26/2015 | MARTECH MANAGEMENT GROUP, INC. ATTN:  JASON LOGSDON, PRESIDENT 13731 SE 172 STREET RENTON, WA 98058 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1052** | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 01/23/2013 | MARTECH MANAGEMENT GROUP, INC. ATTN:  JASON LOGSDON, PRESIDENT 13731 SE 172 STREET RENTON, WA 98058 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1053** | State what the contract or lease is for and the nature of the debtor's interest | Change Order No. 2 Dated 01/27/2016 | MARTECH MANAGEMENT GROUP, INC. ATTN: JASON LOGSDON, PRESIDENT 13731 SE 172 STREET RENTON, WA 98058 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1054** | State what the contract or lease is for and the nature of the debtor's interest | Change order No. 1 Dated 01/25/2014 | MARTECH MANAGEMENT GROUP, INC. ATTN:  JASON LOGSDON, PRESIDENT 13731 SE 172 STREET RENTON, WA 98058 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1055** | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement Dated 10/21/2016 | MARTECH MANAGEMENT GROUP, INC. ATTN:  JASON LOGSDON, PRESIDENT 13731 SE 172 STREET RENTON, WA 98058 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    iHeartMedia Management Services, Inc.            Case number *(if known)*   18-31301 (MI)
              Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1056** | State what the contract or lease is for and the nature of the debtor's interest | Change Order to the Statement of Work Dated 06/20/2014 | MATISIA CONSULTANT COMPANY<br>ATTN: JOEY DELOVINO<br>3134 ELLIOTT AVENUE<br>SEATTLE, WA 98121 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1057** | State what the contract or lease is for and the nature of the debtor's interest | Confirmation of Coverage: Aircraft Hull & Liability Policy Dated 11/01/2017 | MCGRIFF SEIBELS & WILLIAMS INC<br>3023 80TH AVE SE STE 300<br>MERCER ISLAND, WA 98040 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1058** | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement - Attachment B Dated 10/23/2017 | MCLIFF COFFEE + VENDING<br>5807 RITTIMAN PLAZA #103<br>SAN ANTONIO, TX 78218 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1059** | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement - MiMart Dated 10/23/2017 | MCLIFF COFFEE + VENDING<br>5807 RITTIMAN PLAZA #103<br>SAN ANTONIO, TX 78218 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1060** | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement - Attachment A Dated 10/23/2017 | MCLIFF COFFEE + VENDING<br>5807 RITTIMAN PLAZA #103<br>SAN ANTONIO, TX 78218 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1061** | State what the contract or lease is for and the nature of the debtor's interest | Product Order Dated 11/01/2016 | MICELLO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1062** | State what the contract or lease is for and the nature of the debtor's interest | License Agreement - Invoice Dated 02/01/2015 | MICROSOFT CORP.<br>1950 N. STEMMONS FWY, STE 5010<br>DALLAS, TX 75207 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor  iHeartMedia Management Services, Inc.  
　　　　Name

Case number *(if known)*  18-31301 (MI)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1063 | State what the contract or lease is for and the nature of the debtor's interest | License Agreement - Invoice Dated 05/01/2015 | MICROSOFT CORP.<br>1950 N. STEMMONS FWY, STE 5010<br>DALLAS, TX 75207 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1064 | State what the contract or lease is for and the nature of the debtor's interest | License Agreement - Program Signature Form Dated 08/22/2016 | MICROSOFT CORP.<br>DEPT. 551, VOLUME LICENSING<br>6100 NEIL ROAD, SUITE 210<br>RENO, NV 89511-1137 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1065 | State what the contract or lease is for and the nature of the debtor's interest | License Agreement - Invoice Dated 02/01/2015 | MICROSOFT CORP.<br>1950 N. STEMMONS FWY, STE 5010<br>DALLAS, TX 75207 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1066 | State what the contract or lease is for and the nature of the debtor's interest | Volume Licensing - Program Signature Form and Amendment Dated 06/29/2015 | MICROSOFT CORP.<br>DEPT. 551, VOLUME LICENSING<br>6100 NEIL ROAD, SUITE 210<br>RENO, NV 89511-1137 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1067 | State what the contract or lease is for and the nature of the debtor's interest | License Agreement - Invoice Dated 06/01/2016 | MICROSOFT CORP.<br>1950 N. STEMMONS FWY, STE 5010<br>DALLAS, TX 75207 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1068 | State what the contract or lease is for and the nature of the debtor's interest | License Agreement - Invoice Dated 03/31/2016 | MICROSOFT CORP.<br>1950 N. STEMMONS FWY, STE 5010<br>DALLAS, TX 75207 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1069 | State what the contract or lease is for and the nature of the debtor's interest | License Agreement - Invoice Dated 12/01/2015 | MICROSOFT CORP.<br>1950 N. STEMMONS FWY, STE 5010<br>DALLAS, TX 75207 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor ___iHeartMedia Management Services, Inc.___  Case number *(if known)* __18-31301 (MI)__
        Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1070 | State what the contract or lease is for and the nature of the debtor's interest | License Agreement - Invoice Dated 09/01/2015 | MICROSOFT CORP. 1950 N. STEMMONS FWY, STE 5010 DALLAS, TX 75207 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1071 | State what the contract or lease is for and the nature of the debtor's interest | License Agreement - Invoice Dated 09/01/2016 | MICROSOFT CORP. 1950 N. STEMMONS FWY, STE 5010 DALLAS, TX 75207 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1072 | State what the contract or lease is for and the nature of the debtor's interest | License Agreement - Invoice Dated 06/01/2016 | MICROSOFT CORP. 1950 N. STEMMONS FWY, STE 5010 DALLAS, TX 75207 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1073 | State what the contract or lease is for and the nature of the debtor's interest | License Agreement - Invoice Dated 11/01/2015 | MICROSOFT CORP. 1950 N. STEMMONS FWY, STE 5010 DALLAS, TX 75207 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1074 | State what the contract or lease is for and the nature of the debtor's interest | License Agreement - Invoice Dated 05/01/2015 | MICROSOFT CORP. C/O BANK OF AMERICA 1950 N STEMMONS FWY STE 5010 LB #842467 DALLAS, TX 75207 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1075 | State what the contract or lease is for and the nature of the debtor's interest | License Agreement - Invoice Dated 05/01/2015 | MICROSOFT CORP. 1950 N. STEMMONS FWY, STE 5010 DALLAS, TX 75207 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1076 | State what the contract or lease is for and the nature of the debtor's interest | Volume Licensing - Customer Price Sheet - Final Pricing Dated 05/28/2015 | MICROSOFT CORP. 1950 N. STEMMONS FWY STE 5010 DALLAS, TX 75207 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor  iHeartMedia Management Services, Inc.
        Name

Case number (if known)  18-31301 (MI)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1077 | State what the contract or lease is for and the nature of the debtor's interest | License Agreement - Invoice Dated 06/01/2015 | MICROSOFT CORP.<br>1950 N. STEMMONS FWY STE 5010<br>DALLAS, TX 75207 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1078 | State what the contract or lease is for and the nature of the debtor's interest | License Agreement - Enrollment Summary Dated 02/01/2016 | MICROSOFT CORP.<br>1950 N. STEMMONS FWY STE 5010<br>DALLAS, TX 75207 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1079 | State what the contract or lease is for and the nature of the debtor's interest | License Agreement - Invoice Dated 02/01/2016 | MICROSOFT CORP.<br>1950 N. STEMMONS FWY, STE 5010<br>DALLAS, TX 75207 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1080 | State what the contract or lease is for and the nature of the debtor's interest | License Agreement - Invoice Dated 06/01/2016 | MICROSOFT CORP.<br>1950 N. STEMMONS FWY, STE 5010<br>DALLAS, TX 75207 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1081 | State what the contract or lease is for and the nature of the debtor's interest | Volume Licensing - Previous Enrollment(s)/Agreement(s) Form Dated 05/01/2009 | MICROSOFT CORP.<br>1950 N. STEMMONS FWY, STE 5010<br>DALLAS, TX 75207 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1082 | State what the contract or lease is for and the nature of the debtor's interest | License Agreement - Invoice Dated 03/01/2016 | MICROSOFT CORP.<br>1950 N. STEMMONS FWY, STE 5010<br>DALLAS, TX 75207 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1083 | State what the contract or lease is for and the nature of the debtor's interest | Transaction Tax Terms and Conditions - Establishes delivery method | MICROSOFT CORP.<br>1950 N. STEMMONS FWY, STE 5010<br>DALLAS, TX 75207 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor      iHeartMedia Management Services, Inc.                    Case number (if known) __18-31301 (MI)__
                Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1084 | State what the contract or lease is for and the nature of the debtor's interest | License Agreement - Invoice Dated 09/01/2016 | MICROSOFT CORP. 1950 N. STEMMONS FWY, STE 5010 DALLAS, TX 75207 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1085 | State what the contract or lease is for and the nature of the debtor's interest | Microsoft Volume Licensing #68519659 | MICROSOFT CORPORATION ONE MICROSOFT WAY REDMOND, WA 98052 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1086 | State what the contract or lease is for and the nature of the debtor's interest | Program Signature Form Dated 06/01/2015 | MICROSOFT CORPORATION ATTN:  DEPT 551, VOLUME LICENSING 6100 NEIL ROAD, SUITE 210 RENO, NV 89511-1137 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1087 | State what the contract or lease is for and the nature of the debtor's interest | Volume Licensing - Program Signature Form and Amendment Dated 06/29/2015 | MICROSOFT CORPORATION DEPARTMENT 551, VOLUME LICENSING 6100 NEIL ROAD, SUITE 210 RENO, NV 89511-1137 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1088 | State what the contract or lease is for and the nature of the debtor's interest | Volume Licensing/Enterprise Agreement Dated 05/31/2012 | MICROSOFT LICENSING, GP DEPT. 551, VOLUME LICENSING 6100 NEIL ROAD, SUITE 210 RENO, NV 89511-1137 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1089 | State what the contract or lease is for and the nature of the debtor's interest | Volume Licensing Dated 05/31/2012 | MICROSOFT LICENSING, GP DEPT. 551, VOLUME LICENSING 6100 NEIL ROAD, SUITE 210 RENO, NV 89511-1137 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1090 | State what the contract or lease is for and the nature of the debtor's interest | License Transfer Form Dated 06/30/2008 | MICROSOFT LICENSING, GP DEPT. 551, VOLUME LICENSING 6100 NEIL ROAD, SUITE 210 RENO, NV 89511-1137 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor _____iHeartMedia Management Services, Inc._____     Case number (if known) __18-31301 (MI)___
        Name

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1091 | State what the contract or lease is for and the nature of the debtor's interest | License Transfer Form Dated 06/30/2008 | MICROSOFT LICENSING, GP DEPT. 551, VOLUM LICENSING 6100 NEIL ROAD, SUITE 210 RENO, NV 89511-1137 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1092 | State what the contract or lease is for and the nature of the debtor's interest | Volume Licensing/Previous Enrollment(s)/Agreement(s) Form Dated 06/01/2012 | MICROSOFT LICENSING, GP DEPT. 551, VOLUM LICENSING 6100 NEIL ROAD, SUITE 210 RENO, NV 89511-1137 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1093 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 06/19/2013 | MICROTEK 222 N SEPULVEDA BLVD SUITE 1240 EL SEGUNDO, CA 90245-4319 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1094 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement Dated 05/28/2013 | MID VENTURES, INC. DBA MICROTEK 2001 BUTTERFIELD ROAD SUITE 1500 DOWNERS GROVE, IL 60515 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1095 | State what the contract or lease is for and the nature of the debtor's interest | Mutual Confidentiality and Non-disclosure Agreement Dated 11/20/2012 | MILLER HEIMANN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1096 | State what the contract or lease is for and the nature of the debtor's interest | Change Order #1 Dated 06/26/2015 | MJC CONSULTING GROUP 726 ROUTE 202 SOUTH SUITE 320-133 BRIDGEWATER, NJ 08807 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1097 | State what the contract or lease is for and the nature of the debtor's interest | Change Order #1 Dated 06/26/2015 | MJC CONSULTING GROUP 726 ROUTE 202 SOUTH SUITE 320-133 BRIDGEWATER, NJ 08807 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor ___iHeartMedia Management Services, Inc.___      Case number *(if known)* __18-31301 (MI)__
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1098 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement Dated 05/06/2015 | MJC CONSULTING GROUP, LLC<br>726 ROUTE 202 SOUTH<br>SUITE 320-133<br>BRIDGEWATER, NJ 08807 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| 2.1099 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement - Invoice Dated 01/01/2016 | MOBIUS PARTNERS<br>1711 CITADEL PLAZA<br>SAN ANTONIO, TX 78209 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| 2.1100 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement - Invoice Dated 08/21/2015 | MOBIUS PARTNERS<br>1711 CITADEL PLAZA<br>SAN ANTONIO, TX 78209 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| 2.1101 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement - Invoice Dated 03/31/2015 | MOBIUS PARTNERS<br>1711 CITADEL PLAZA<br>SAN ANTONIO, TX 78209 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| 2.1102 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement Dated 09/11/2013 | MODIS, INC.<br>10001 REUNION PLACE<br>STE 170<br>SAN ANTONIO, TX 78216 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| 2.1103 | State what the contract or lease is for and the nature of the debtor's interest | Change order to the Statement of Work Dated 07/07/2014 | MODIS, INC.<br>10001 REUNION PLACE<br>STE 170<br>SAN ANTONIO, TX 78216 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| 2.1104 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 02/05/2015 | MODIS, INC.<br>10001 REUNION PLACE<br>STE 170<br>SAN ANTONIO, TX 78216 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |

Debtor     iHeartMedia Management Services, Inc.                      Case number (if known)  18-31301 (MI)
              Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1105 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 02/05/2015 | MODIS, INC.<br>10001 REUNION PLACE<br>STE 170<br>SAN ANTONIO, TX 78216 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1106 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 05/09/2015 | MODIS, INC.<br>10001 REUNION PLACE<br>STE 170<br>SAN ANTONIO, TX 78216 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1107 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 06/04/2014 | MODIS, INC.<br>10001 REUNION PLACE<br>STE 170<br>SAN ANTONIO, TX 78216 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1108 | State what the contract or lease is for and the nature of the debtor's interest | Statement of work  Dated 10/01/2013 | MODIS, INC.<br>10001 REUNION PLACE<br>STE 170<br>SAN ANTONIO, TX 78216 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1109 | State what the contract or lease is for and the nature of the debtor's interest | Change Order No 1 to a previous statement of work of a consultant Dated 12/01/2013 | MODIS, INC.<br>10001 REUNION PLACE<br>STE 170<br>SAN ANTONIO, TX 78216 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1110 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 11/01/2017 | MR. MASTER, INC.<br>ATTN: STUART JACOBS<br>28720 ROADSIDE DRIVE, SUITE 310<br>AGOURA HILLS, CA 91301 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1111 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement Dated 10/26/2017 | MR. MASTER, INC.<br>ATTN: STUART JACOBS<br>28720 ROADSIDE DRIVE, SUITE 310<br>AGOURA HILLS, CA 91301 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Official Form 206G          **Schedule G: Executory Contracts and Unexpired Leases**          Page 159 of 244

Debtor      iHeartMedia Management Services, Inc.                          Case number (if known)   18-31301 (MI)
            Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1112 | State what the contract or lease is for and the nature of the debtor's interest | License and Sales Representation Agreement Dated 11/01/2017 | MR. MASTER, INC.<br>ATTN:  STUART JACOBS<br>28720 ROADSIDE DRIVE, SUITE 310<br>AGOURA HILLS, CA 91301 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1113 | State what the contract or lease is for and the nature of the debtor's interest | Non Disclosure Agreement Dated 10/17/2016 | MULESOFT INC.<br>77 GEARY STREET<br>SUITE 400<br>SAN FRANCISCO, CA 94108 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1114 | State what the contract or lease is for and the nature of the debtor's interest | Non-Disclosure Agreement Dated 10/18/2016 | MULESOFT, INC.<br>77 GEARY STREET, SUITE 400<br>SAN FRANCISCO, , CA 94108 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1115 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 09/26/2017 | NATIONAL BUREAU OF PROPERTY ADMINISTRATION, INC.<br>TWO PRUDENTIAL PLAZA, SUITE 2525<br>CHICAGO, IL 60601 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1116 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 09/26/2017 | NATIONAL BUREAU OF PROPERTY ADMINISTRATION, INC.<br>TWO PRUDENTIAL PLAZA, SUITE 2525<br>CHICAGO, IL 60601 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1117 | State what the contract or lease is for and the nature of the debtor's interest | Confirmation of Coverage: Aircraft Hull & Liability Policy Dated 11/01/2017 | NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.<br>CONNELL CORPORATE CENTER I<br>100 CONNELL DRIVE, SUITE 2100<br>BERKELEY HEIGHTS, NJ 07922 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1118 | State what the contract or lease is for and the nature of the debtor's interest | Broadcast Equipment Products & Services Agreement Dated 04/28/2017 | NAUTEL LIMITED<br>10089 PEGGY'S COVE ROAD<br>HACKETT'S COVE, NOVA SCOTIA B3Z 3J4<br>CANADA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor       iHeartMedia Management Services, Inc.                          Case number (if known)   18-31301 (MI)
                    Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1119 | State what the contract or lease is for and the nature of the debtor's interest | Amendment to Broadcast Equipment Products & Services Agreement Dated 06/27/2017 | NAUTEL LIMITED 10089 PEGGY'S COVE ROAD HACKETT'S COVE, NOVA SCOTIA B3Z 3J4 CANADA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1120 | State what the contract or lease is for and the nature of the debtor's interest | Mutual Confidentiality and Non-Disclosure Agreement Dated 10/30/2015 | NET(NET), INC. 217 E 24TH STREET SUITE 010 HOLLAND, MI 49423 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1121 | State what the contract or lease is for and the nature of the debtor's interest | Mutual Non-Disclosure Agreement Dated 02/08/2011 | NET(NET), INC. 217 E 24TH STREET SUITE 010 HOLLAND, MI 49423 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1122 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 12/14/2015 | NET(NET), INC. 217 EAST 24TH STREET SUITE 101 HOLLAND, MI 49423 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1123 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement - Invoice Dated 12/31/2015 | NETSUITE 2955 CAMPUS DRIVE SUITE 100 SAN MATEO, CA 94403-2511 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1124 | State what the contract or lease is for and the nature of the debtor's interest | Subscription Service Agreement Dated 12/30/2015 | NETSUITE INC. 2955 CAMPUS DRIVE, SUITE 100 SAN MATEO, CA 94403 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1125 | State what the contract or lease is for and the nature of the debtor's interest | Service Order  Dated 01/01/2015 | NEW SKIES SATELLITES B.V. ATTN: LEGAL SERVICES, COMMERCIAL ROOSEVELTPLANSOEN 4 2517 KR THE HAGUE NETHERLANDS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor ___iHeartMedia Management Services, Inc.___
Name
Case number *(if known)* __18-31301 (MI)__

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1126 | State what the contract or lease is for and the nature of the debtor's interest | Service Order Dated 01/01/2015 | NEW SKIES SATELLITES B.V.<br>ATTN: LEGAL SERVICES, COMMERCIAL<br>ROOSEVELTPLANSOEN 4<br>2517 KR<br>THE HAGUE<br>NETHERLANDS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1127 | State what the contract or lease is for and the nature of the debtor's interest | Service Order Dated 01/01/2015 | NEW SKIES SATELLITES B.V.<br>ATTN: LEGAL SERVICES, COMMERCIAL<br>ROOSEVELTPLANSOEN 4<br>2517 KR<br>THE HAGUE<br>NETHERLANDS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1128 | State what the contract or lease is for and the nature of the debtor's interest | Service Order  Dated 01/01/2015 | NEW SKIES SATELLITES B.V.<br>ATTN: LEGAL SERVICES, COMMERCIAL<br>ROOSEVELTPLANSOEN 4<br>2517 KR<br>THE HAGUE<br>NETHERLANDS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1129 | State what the contract or lease is for and the nature of the debtor's interest | Service Order  Dated 02/01/2017 | NEW SKIES SATELLITES B.V.<br>ATTN: LEGAL SERVICES, COMMERCIAL<br>ROOSEVELTPLANSOEN 4<br>2517 KR<br>THE HAGUE<br>NETHERLANDS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1130 | State what the contract or lease is for and the nature of the debtor's interest | Service Order Dated 01/01/2015 | NEW SKIES SATELLITES B.V.<br>ATTN: LEGAL SERVICES, COMMERCIAL<br>ROOSEVELTPLANSOEN 4<br>2517 KR<br>THE HAGUE<br>NETHERLANDS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1131 | State what the contract or lease is for and the nature of the debtor's interest | Service Order  Dated 01/01/2018 | NEW SKIES SATELLITES B.V.<br>ATTN: LEGAL SERVICES, COMMERCIAL<br>ROOSEVELTPLANSOEN 4<br>2517 KR<br>THE HAGUE<br>NETHERLANDS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1132 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement  Dated 11/15/2011 | NEW SKIES SATELLITES B.V.<br>ROOSEVELTPLANTSOEN 4<br>2517 KR<br>THE HAGUE<br>NETHERLANDS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor ___iHeartMedia Management Services, Inc.___ Case number *(if known)* __18-31301 (MI)__
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1133 | State what the contract or lease is for and the nature of the debtor's interest | Service Order  Dated 01/01/2018 | NEW SKIES SATELLITES, B.V. ATTN: LEGAL SERVICES, COMMERCIAL ROOSEVELTPLANTSOEN 4 2517 KR THE HAGUE NETHERLANDS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1134 | State what the contract or lease is for and the nature of the debtor's interest | Business Electricity Authorization Dated 01/01/2018 | NEXTERA ENERGY SERVICES MARYLAND, LLC 20455 STATE HIGHWAY 249 SUITE 200 HOUSTON, TX 77070 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1135 | State what the contract or lease is for and the nature of the debtor's interest | Non-Disclosure Agreement Dated 07/19/2017 | NGINX SOFTWARE, INC. ATTN: MARK ELCHINOFF 85 FEDERAL STREET SAN FRANCISCO, CA 94107 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1136 | State what the contract or lease is for and the nature of the debtor's interest | Amendment  Dated 12/01/2008 | NIELSEN COMPANY, LLC |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1137 | State what the contract or lease is for and the nature of the debtor's interest | Change Order to a statement of work Dated 06/30/2014 | NIGEL FRANK INTERNATIONAL INC. 65 BROADWAY, SUITE 1084 NEW YORK, NY 10006 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1138 | State what the contract or lease is for and the nature of the debtor's interest | Mutual Confidentiality and Non-disclosure Agreement | NIGEL FRANK INTERNATIONAL INC. 65 BROADWAY, SUITE 1084 NEW YORK, NY 10006 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1139 | State what the contract or lease is for and the nature of the debtor's interest | Change Order to a Statement of Work Dated 06/30/2014 | NIGEL FRANK INTERNATIONAL INC. 65 BROADWAY, SUITE 1084 NEW YORK, NY 10006 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    iHeartMedia Management Services, Inc.       Case number *(if known)*   18-31301 (MI)
       Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1140** | State what the contract or lease is for and the nature of the debtor's interest | Agreed Terms of Business for Contract Recruitment Services Dated 01/30/2014 | NIGEL FRANK INTERNATIONAL INC. 65 BROADWAY, SUITE 1084 NEW YORK, NY 10006 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1141** | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement Dated 09/30/2014 | NTT CENTERSTANCE ATTN: GREG LUECK 514 SW 6TH AVE PORTLAND, OR 97204 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1142** | State what the contract or lease is for and the nature of the debtor's interest | Non-Disclosure Agreement Dated 08/11/2017 | NUGGET ENTERPRISE, INC. ATTN: JON LINDLEY VICE PRESIDENT 5128 SERVICE CENTER DRIVE SAN ANTONIO, TX 78218 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1143** | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement - Termination Dated 10/24/2017 | OASIS CREATIVE PLANTSCAPES 23011 MOULTON PARKWAY #I-3 LAGUNA HILLS, CA 92653 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1144** | State what the contract or lease is for and the nature of the debtor's interest | SQL Server and BI Consulting Dated 08/26/2009 | OCELOTI, INC. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1145** | State what the contract or lease is for and the nature of the debtor's interest | Non-Disclosure Agreement Dated 12/13/2016 | OKTA INC. 301 BRANNAN STREET SUITE 100 SAN FRANCISCO, CA 94107 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1146** | State what the contract or lease is for and the nature of the debtor's interest | License Agreement - SOW Dated 11/01/2017 | OKTA, INC. 301 BRANNAN STREET, SUITE 100 SAN FRANCISCO, CA 94107 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   iHeartMedia Management Services, Inc.
         Name                                                    Case number (if known)   18-31301 (MI)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1147 | **State what the contract or lease is for and the nature of the debtor's interest** | License Agreement - Order Form Dated 10/13/2017 | OKTA, INC.<br>301 BRANNAN STREET, SUITE 100<br>SAN FRANCISCO, CA 94107 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1148 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Subscription Agreement Dated 09/25/2017 | OKTA, INC.<br>301 BRANNAN STREET, SUITE 100<br>SAN FRANCISCO, CA 94107 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1149 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Disclosure Agreement | OKTA, INC.<br>301 BRANNAN STREET<br>SUITE 100<br>SAN FRANCISCO, CA 94107 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1150 | **State what the contract or lease is for and the nature of the debtor's interest** | Order for SIP Voice Services  Dated 08/23/2011 | ONE SOURCE NETWORK, INC.<br>6200 BRIDGE POINT PARKWAY, BUILDING 4, SUITE 100<br>AUSTIN, TX 78730 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1151 | **State what the contract or lease is for and the nature of the debtor's interest** | Addendum to the Master Service Agreement - Public IP Services | ONE SOURCE NETWORK, INC.<br>6200 BRIDGE POINT PARKWAY, BUILDING 4, SUITE 100<br>AUSTIN, TX 78730 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1152 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment to the service agreement Dated 06/01/2007 | ONE SOURCE NETWORK, INC.<br>14402 BLANCO ROAD, SUITE 300<br>SAN ANTONIO, TX 78216 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1153 | **State what the contract or lease is for and the nature of the debtor's interest** | Addendum to the Master Service Agreement - Remote Site Monitoring Services Dated 06/01/2007 | ONE SOURCE NETWORK, INC.<br>ATTN:  CONTRACT ADMINISTRATION<br>110 STONE OAK LOOP, SUITE 104<br>SAN ANTONIO, TX 78258 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor    iHeartMedia Management Services, Inc.          Case number *(if known)*   18-31301 (MI)
<br>Name

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1154 | **State what the contract or lease is for and the nature of the debtor's interest** | Addendum to the Master Service Agreement - Managed Network Services | ONE SOURCE NETWORK, INC.<br>ATTN:  CONTRACT ADMINISTRATION<br>6200 BRIDGE POINT PARKWAY, BUILDING 4, SUITE 100<br>AUSTIN, TX 78730 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1155 | **State what the contract or lease is for and the nature of the debtor's interest** | Addendum to the Master Services Agreement - Voice Over IP Service | ONE SOURCE NETWORK, INC.<br>6200 BRIDGE POINT PARKWAY, BUILDING4, SUITE 100<br>AUSTIN, TX 78730 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1156 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Service Agreement | ONE SOURCE NETWORK, INC.<br>ATTN: CONTRACT ADMINISTRATION<br>6200 BRIDGE POINT PARKWAY, BUILDING 4, SUITE 100<br>AUSTIN, TX 78730 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1157 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement Dated 06/01/2007 | ONE SOURCE NETWORKS INC.<br>ATTN: CONTRACT ADMINISTRATION<br>2243 WINDING VIEW<br>SAN ANTONIO, TX 78258 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1158 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement Dated 06/01/2007 | ONE SOURCE NETWORKS INC.<br>ATTN: CONTRACT ADMINISTRATION<br>2243 WINDING VIEW<br>SAN ANTONIO, TX 78258 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1159 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement Dated 06/01/2007 | ONE SOURCE NETWORKS INC.<br>ATTN: CONTRACT ADMINISTRATION<br>2243 WINDING VIEW<br>SAN ANTONIO, TX 78258 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1160 | **State what the contract or lease is for and the nature of the debtor's interest** | Service Agreement Dated 06/01/2007 | ONE SOURCE NETWORKS, INC.<br>ATTN:  CONTRACT ADMINISTRATION<br>2243 WINDING VIEW<br>SAN ANTONIO, TX 78258 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor    iHeartMedia Management Services, Inc.
          Name

Case number *(if known)*   18-31301 (MI)

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1161 | **State what the contract or lease is for and the nature of the debtor's interest** | Addendum to the Master Service Agreement - Private Line Digital & Optical Services | ONE SOURCE NETWORKS, INC.<br>ATTN:  CONTRACT ADMINISTRATION<br>6200 BRIDGE POINT PARKWAY, BUILDING 4, SUITE 100<br>AUSTIN, TX 78730 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1162 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Disclosure Agreement Dated 11/30/2016 | ONELOGIN INC.<br>150 SPEAR STREET<br>SUITE 1400<br>SAN FRANCISCO, CA 94105 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1163 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Disclosure Agreement Dated 11/30/2016 | ONELOGIN INC.<br>150 SPEAR STREET<br>SUITE 1400<br>SAN FRANCISCO, CA 94105 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1164 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Disclosure Agreement Dated 04/11/2017 | OPTIV SECURITY INC.<br>ATTN: JACQUELYN WAYNE<br>SR. DIRECTOR OF CONTRACTS<br>1125 17TH<br>SUITE 1700<br>DENVER, CO 80202 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1165 | **State what the contract or lease is for and the nature of the debtor's interest** | Service Agreement - SOW Dated 12/20/2017 | ORACLE AMERICA, INC.<br>ATTN: MARCUS TAYLOR<br>DEAL SPECIALIST, AMERICAS SSC, DEAL MANAGEMENT<br>500 ORACLE PARKWAY<br>REDWOOD CITY, CA 94065 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1166 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Disclosure Agreement Dated 07/18/2017 | ORACLE AMERICA, INC.<br>ATTN: MARCUS TAYLOR<br>DEAL SPECIALIST, AMERICAS SSC, DEAL MANAGEMENT<br>500 ORACLE PARKWAY<br>REDWOOD CITY, CA 94065 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1167 | **State what the contract or lease is for and the nature of the debtor's interest** | Service Agreement - Estimate Dated 12/20/2017 | ORACLE AMERICA, INC.<br>500 ORACLE PARKWAY<br>REDWOOD SHORES, CA 94065 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor ___iHeartMedia Management Services, Inc.___
Name

Case number *(if known)* ___18-31301 (MI)___

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1168 | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | OTHER EMPLOYEE 007 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1169 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement  Dated 07/12/2013 | OUTSOLVE, LLC ATTN: ELI ST. JULIEN 3116 5TH STREET METAIRIE, LA 70002 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1170 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work  Dated 07/12/2013 | OUTSOLVE, LLC 3116 5TH STREET METAIRIE, LA 70002 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1171 | State what the contract or lease is for and the nature of the debtor's interest | Non-Disclosure Agreement Dated 05/22/2017 | OXFORD COMPUTER GROUP LLC ATTN: STEPHEN BRUGGER PRESIDENT 22122 20TH AVE SE #158 BOTHELL , WA 98021 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1172 | State what the contract or lease is for and the nature of the debtor's interest | Confirmation of Services Delivered as Outlined Dated 08/14/2017 | OXFORD COMPUTER GROUP LLC 22122 20TH AVE SE STE 158 BOTHELL, WA 98021 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1173 | State what the contract or lease is for and the nature of the debtor's interest | Confirmation of Milestone Completion #1 Dated 08/07/2017 | OXFORD COMPUTER GROUP LLC 22122 20TH AVE SE STE 158 BOTHELL, WA 98021 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1174 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work - IDM Proof of Concept Dated 08/02/2017 | OXFORD COMPUTER GROUP LLC 22122 20TH AVE SE STE 158 BOTHELL, WA 98021 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    iHeartMedia Management Services, Inc.                         Case number (if known)  18-31301 (MI)
          Name

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1175** | State what the contract or lease is for and the nature of the debtor's interest | Document Solutions Agreement | PACIFIC OFFICE AUTOMATION<br>ATTN: DOUG PITASSI<br>14747 NW GREENBRIER PARKWAY<br>BEAVERTON, OR 97006 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1176** | State what the contract or lease is for and the nature of the debtor's interest | Document Solutions Agreement Dated 02/24/2016 | PACIFIC OFFICE AUTOMATION<br>ATTN: DOUG PITASSI<br>14747 NW GREENBRIER PARKWAY<br>BEAVERTON, OR 97006 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1177** | State what the contract or lease is for and the nature of the debtor's interest | Advertising Spend Agreement  Dated 06/14/2017 | PACIFIC OFFICE AUTOMATION - BRANCH 10<br>14747 NW GREENBRIER PARKWAY<br>BEAVERTON, OR 97006 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1178** | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement  Dated 02/24/2016 | PACIFIC OFFICE AUTOMATION - BRANCH 10<br>14747 NW GREENBRIER PARKWAY<br>BEAVERTON, OR 97006 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1179** | State what the contract or lease is for and the nature of the debtor's interest | Advertising Spend Agreement  Dated 05/11/2017 | PACIFIC OFFICE AUTOMATION - BRANCH 10<br>14747 NW GREENBRIER PARKWAY<br>BEAVERTON, OR 97006 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1180** | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement  Dated 02/24/2016 | PACIFIC OFFICE AUTOMATION - BRANCH 10<br>14747 NW GREENBRIER PARKWAY<br>BEAVERTON, OR 97006 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1181** | State what the contract or lease is for and the nature of the debtor's interest | Total Image Management Master Agreement Dated 02/24/2016 | PACIFIC OFFICE AUTOMATION - BRANCH 10<br>14747 NW GREENBRIER PARKWAY<br>BEAVERTON, OR 97006 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor     iHeartMedia Management Services, Inc.
           Name                                                    Case number (if known)   18-31301 (MI)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1182** | State what the contract or lease is for and the nature of the debtor's interest | Advertising Spend Agreement  Dated 04/26/2017 | PACIFIC OFFICE AUTOMATION - BRANCH 10<br>14747 GREENBRIER PARKWAY<br>BEAVERTON, OR 97006 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1183** | State what the contract or lease is for and the nature of the debtor's interest | Advertising Spend Agreement  Dated 04/26/2017 | PACIFIC OFFICE AUTOMATION - BRANCH 10<br>14747 NW GREENBRIER PARKWAY<br>BEAVERTON, OR 97006 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1184** | State what the contract or lease is for and the nature of the debtor's interest | Advertising Spend Agreement  Dated 05/11/2017 | PACIFIC OFFICE AUTOMATION - BRANCH 10<br>14747 NW GREENBRIER PARKWAY<br>BEAVERTON, OR 97006 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1185** | State what the contract or lease is for and the nature of the debtor's interest | Advertising Spend Agreement  Dated 04/26/2017 | PACIFIC OFFICE AUTOMATION- BRANCH 10<br>14747 NW GREENBRIER PARKWAY<br>BEAVERTON, OR 97006 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1186** | State what the contract or lease is for and the nature of the debtor's interest | Advertising Spend Agreement Dated 05/12/2017 | PACIFIC OFFICE AUTOMATION-BRANCH 10<br>14747 NW GREENBRIER PARKWAY<br>BEAVERTON, OR 97006 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1187** | State what the contract or lease is for and the nature of the debtor's interest | Non-Disclosure Agreement Dated 02/16/2017 | PANTHEON SYSTEMS INC.<br>ATTN: HALID IBRAHIMOVIC<br>VP OF SALES<br>717 CALIFORNIA ST.<br>3RD FLOOR<br>SAN FRANCISCO, CA 94108 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1188** | State what the contract or lease is for and the nature of the debtor's interest | Non-Disclosure Dated 01/11/2017 | PATHMAKER GROUP, LP<br>ATTN: KEITH SQUIRES<br>CEO<br>635 FRITZ DRIVE<br>SUITE 110<br>COPPELL, TX 75019 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Official Form 206G          **Schedule G: Executory Contracts and Unexpired Leases**          Page 170 of 244

Debtor    iHeartMedia Management Services, Inc.
          Name                                                    Case number *(if known)*  18-31301 (MI)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1189 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order Dated 02/29/2016 | PC CONNECTION SALES CORP 730 MILFORD ROAD MERRIMACK, NH 03054 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1190 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order Dated 02/22/2016 | PC CONNECTION SALES CORP 730 MILFORD ROAD MERRIMACK , NH 03054 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1191 | State what the contract or lease is for and the nature of the debtor's interest | Volume Licensing - Customer Price Sheet - Final Pricing Dated 05/28/2015 | PC CONNECTION, INC. 730 MILFORD RD., ROUTE 101A MERRIMACK, NH 03054 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1192 | State what the contract or lease is for and the nature of the debtor's interest | Adobe Sales Order  Dated 05/30/2017 | PC CONNECTION, INC. 730 MILFORD RD. RT 101 A, MS F-33 MERRIMACK , NH 03054-3641 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1193 | State what the contract or lease is for and the nature of the debtor's interest | Enterprise Enrollment (Direct) Corporate | PC CONNECTIONS, INC. 730 MILFORD RD., ROUTE 101A MERRIMACK, NH 03054 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1194 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work  Dated 03/09/2011 | PERFICIENT, INC. 5465 LEGACY DR # 250 PLANO, TX 75204-3106 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1195 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work - Implementation Phase 1 Dated 03/09/2011 | PERFICIENT, INC. 5465 LEGACY DR. #250 PLANO, TX 75024-3106 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor ___iHeartMedia Management Services, Inc.___
Name

Case number (if known) __18-31301 (MI)__

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1196 | State what the contract or lease is for and the nature of the debtor's interest | Settlement Agreement and Mutual Release Dated 01/30/2012 | PERFICIENT, INC. 5465 LEGACY DRIVE DALLAS, TX 75024 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1197 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement  Dated 03/08/2011 | PERFICIENT, INC. 520 MARYVILLE CENTRE DRIVE, SUITE 400 ST. LOUIS, MO 63141 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1198 | State what the contract or lease is for and the nature of the debtor's interest | Mutual Non-Disclosure Agreement Dated 11/08/2010 | PERFICIENT, INC. 520 MARYVILLE CENTRE DRIVE, SUITE #400, ST. LOUIS,, MO 63141 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1199 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement  Dated 03/08/2011 | PERFICIENT, INC. 520 MARYVILLE CENTRE DRIVE SUITE 400 ST. LOUIS, MO 63141 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1200 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work  Dated 03/09/2011 | PERFICIENT, INC. 5465 LEGACY DR #250 PLANO, TX 75024-3106 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1201 | State what the contract or lease is for and the nature of the debtor's interest | Rental Agreement Dated 11/22/2016 | PITNEY BOWES INC POB 371874 PITTSBURGH, PA 15250-7874 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1202 | State what the contract or lease is for and the nature of the debtor's interest | Rental Agreement  Dated 11/22/2016 | PITNEY BOWES INC POB 371874 PITTSBURGH, PA 15250-7874 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    iHeartMedia Management Services, Inc.
          Name

Case number *(if known)*   18-31301 (MI)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1203 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement  Dated 05/03/2016 | PITNEY BOWES INC POB 371874 PITTSBURGH, PA 15250-7874 |
| | State the term remaining List the contract number of any government contract | Undetermined | |
| 2.1204 | State what the contract or lease is for and the nature of the debtor's interest | Rental Agreement  Dated 11/22/2016 | PITNEY BOWES INC POB 371874 PITTSBURGH, PA 15250-7874 |
| | State the term remaining List the contract number of any government contract | Undetermined | |
| 2.1205 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement  Dated 05/03/2016 | PITNEY BOWES INC POB 371874 PITTSBURGH, PA 15250-7874 |
| | State the term remaining List the contract number of any government contract | Undetermined | |
| 2.1206 | State what the contract or lease is for and the nature of the debtor's interest | Rental Agreement  Dated 11/22/2016 | PITNEY BOWES INC POB 371874 PITTSBURGH, PA 15250-7874 |
| | State the term remaining List the contract number of any government contract | Undetermined | |
| 2.1207 | State what the contract or lease is for and the nature of the debtor's interest | Office/Studio Lease - Gainesville, FL Florical Systems Office, 4500 NW 27th Avenue, Gainesville, FL 32606 | PK5 LLC 2815 NW 13TH STREET SUITE 423 GAINESVILLE, FL 32609 |
| | State the term remaining List the contract number of any government contract | | |
| 2.1208 | State what the contract or lease is for and the nature of the debtor's interest | Extension to Statement of Work Dated 12/15/2012 | POINT B, INC. 1420 5TH AVENUE SUITE 2200 SEATTLE, WA 98101 |
| | State the term remaining List the contract number of any government contract | Undetermined | |
| 2.1209 | State what the contract or lease is for and the nature of the debtor's interest | Additions to the statement or work Dated 05/22/2014 | POINT B, INC. 1420 5TH AVENUE SUITE 2200 SEATTLE, WA 98101 |
| | State the term remaining List the contract number of any government contract | Undetermined | |

Debtor ___iHeartMedia Management Services, Inc.___  
Name

Case number *(if known)* ___18-31301 (MI)___

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1210 | **State what the contract or lease is for and the nature of the debtor's interest** | Statement of Work Dated 05/13/2013 | POINT B, INC.<br>1420 5TH AVENUE<br>SUITE 2200<br>SEATTLE, WA 98101 |
| | **State the term remaining**<br>**List the contract number of any government contract** | Undetermined | |
| 2.1211 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement Dated 09/13/2013 | POINT B, INC.<br>ATTN:  SHELLEY HOLM<br>1420 FIFTH AVENUE, SUITE 220<br>SEATTLE, WA 98101 |
| | **State the term remaining**<br>**List the contract number of any government contract** | Undetermined | |
| 2.1212 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Service Agreement Dated 09/13/2013 | POINT B, INC.<br>ATTN:  SHELLEY HOLM<br>1420 FIFTH AVENUE, SUITE 220<br>SEATTLE, WA 98101 |
| | **State the term remaining**<br>**List the contract number of any government contract** | Undetermined | |
| 2.1213 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement Dated 09/13/2013 | POINT B, INC.<br>ATTN:  SHELLEY HOLM<br>1420 FIFTH AVENUE, SUITE 220<br>SEATTLE, WA 98101 |
| | **State the term remaining**<br>**List the contract number of any government contract** | Undetermined | |
| 2.1214 | **State what the contract or lease is for and the nature of the debtor's interest** | Change Request for a Statement of Work  Dated 02/28/2014 | POINT B, INC.<br>1420 5TH AVENUE<br>SUITE 2200<br>SEATTLE, WA 98101 |
| | **State the term remaining**<br>**List the contract number of any government contract** | Undetermined | |
| 2.1215 | **State what the contract or lease is for and the nature of the debtor's interest** | Statement of Work Dated 05/13/2013 | POINT B, INC.<br>1420 5TH AVENUE<br>SUITE 2200<br>SEATTLE, WA 98101 |
| | **State the term remaining**<br>**List the contract number of any government contract** | Undetermined | |
| 2.1216 | **State what the contract or lease is for and the nature of the debtor's interest** | Extension of work Dated 08/31/2013 | POINT B, INC.<br>1420 5TH AVENUE<br>SUITE 2200<br>SEATTLE, WA 98101 |
| | **State the term remaining**<br>**List the contract number of any government contract** | Undetermined | |

Debtor    iHeartMedia Management Services, Inc.      Case number *(if known)*   18-31301 (MI)
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.1217 | **State what the contract or lease is for and the nature of the debtor's interest** | Extension to a Statement of Work Dated 08/15/2013 | POINT B, INC. 1420 5TH AVENUE SUITE 2200 SEATTLE, WA 98101 |
| | **State the term remaining** **List the contract number of any government contract** | Undetermined | |
| 2.1218 | **State what the contract or lease is for and the nature of the debtor's interest** | Extension to the Statement of Work Dated 08/15/2013 | POINT B, INC. 1420 5TH AVENUE SUITE 2200 SEATTLE, WA 98101 |
| | **State the term remaining** **List the contract number of any government contract** | Undetermined | |
| 2.1219 | **State what the contract or lease is for and the nature of the debtor's interest** | Change requests for the statement of work Dated 11/18/2013 | POINT B, INC. 1420 5TH AVENUE SUITE 2200 SEATTLE, WA 98101 |
| | **State the term remaining** **List the contract number of any government contract** | Undetermined | |
| 2.1220 | **State what the contract or lease is for and the nature of the debtor's interest** | Change Request to extend Statement of Work  Dated 03/14/2014 | POINT B, INC. 1420 5TH AVENUE SUITE 2200 SEATTLE, WA 98101 |
| | **State the term remaining** **List the contract number of any government contract** | Undetermined | |
| 2.1221 | **State what the contract or lease is for and the nature of the debtor's interest** | Statement of Work Dated 06/09/2014 | POINT B, INC. 1420 5TH AVENUE SUITE 2200 SEATTLE, WA 98101 |
| | **State the term remaining** **List the contract number of any government contract** | Undetermined | |
| 2.1222 | **State what the contract or lease is for and the nature of the debtor's interest** | Extension to Statement of Work Dated 05/17/2013 | POINT B, INC. 1420 5TH AVENUE SUITE 2200 SEATTLE, WA 98101 |
| | **State the term remaining** **List the contract number of any government contract** | Undetermined | |
| 2.1223 | **State what the contract or lease is for and the nature of the debtor's interest** | Change Request to extend the statement of work Dated 05/02/2014 | POINT B, INC. 1420 5TH AVENUE SUITE 2200 SEATTLE, WA 98101 |
| | **State the term remaining** **List the contract number of any government contract** | Undetermined | |

Debtor _____iHeartMedia Management Services, Inc._____    Case number (if known) __18-31301 (MI)___
Name



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1224 | State what the contract or lease is for and the nature of the debtor's interest | Extension to Statement of Work Dated 09/27/2013 | POINT B, INC. 1420 5TH AVENUE SUITE 2200 SEATTLE, WA 98101 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1225 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement Dated 09/13/2013 | POINT B, INC. ATTN: SHELLEY HOLM 1420 FIFTH AVENUE, SUITE 220 SEATTLE, WA 98101 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1226 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 03/18/2013 | POINT B, INC. 1420 5TH AVENUE, SUITE 2200 SEATTLE, WA 98101 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1227 | State what the contract or lease is for and the nature of the debtor's interest | Extension to Statement of Work Dated 11/01/2013 | POINT, B. INC. 1420 5TH AVENUE SUITE 2200 SEATTLE, WA 98101 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1228 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement  Dated 12/01/2012 | POINT-TO-POINT MARKETING, INC. 11562 NORTH COUNTY ROAD, #17 FORT COLLINS, CO 80524 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1229 | State what the contract or lease is for and the nature of the debtor's interest | Non-Disclosure Agreement Dated 11/03/2017 | POPCORN TRAINING (PTY) LTD. ATTN: ANNA COLLARD MANAGING DIRECTOR NO 8 ROBINSON AVENUE LLANDUDNO, CAPETOWN 7806 SOUTH AFRICA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1230 | State what the contract or lease is for and the nature of the debtor's interest | Mutual Confidentiality and Non-Disclosure Agreement Dated 02/07/2016 | POSTAL ADVOCATE INC. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor ___iHeartMedia Management Services, Inc.___
Name

Case number *(if known)* __18-31301 (MI)__

   **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1231 | **State what the contract or lease is for and the nature of the debtor's interest** | Mutual Confidentiality and Non-Disclosure Agreement Dated 02/07/2016 | POSTAL ADVOCATE INC. |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1232 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Disclosure Agreement Dated 11/17/2017 | PRECOCITY, LLC. ATTN: TYLER LUDWIG CONTRACT ADMINISTRATOR 6860 DALLAS PARKWAY SUITE 130 PLANO, TX 75024 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1233 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter of Authorization  Dated 03/29/2016 | PREMIERE ENERGY AUCTIONS 75 LATTE ROAD SUITE 203 FAIRFIELD , NJ 07004 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1234 | **State what the contract or lease is for and the nature of the debtor's interest** | Energy Procurement Advisory Agreement Dated 02/18/2016 | PREMIERE ENERGY AUCTIONS 75 LANE RD. STE. 203 FAIRFIELD, NJ 07004 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1235 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Disclosure Agreement Dated 09/13/2016 | PREVOTY INC. 11911 SAN VINCENTE BLVD SUITE 355 LOS ANGELES, CA 90049 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1236 | **State what the contract or lease is for and the nature of the debtor's interest** | Email; Master Data Maestro - Specification schedule - 04 Dated 06/13/2012 | PROFISEE GROUP INC. TWO NORTHWINDS TOWER 2520 NORTHWINDS PARKWAY SUITE 475 ALPHARETTA, GA 30009 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1237 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Data Maestro - Specification schedule - 04; Schedule of software; Dated 06/13/2012 | PROFISEE GROUP,  INC, 2520 NORTHWINDS PARKWAY ALPHARETTA, GA 30009 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor     iHeartMedia Management Services, Inc.              Case number (if known)  18-31301 (MI)
           Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1238 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement for Time and Materials  Dated 06/13/2012 | PROFISEE GROUP, INC.<br>2520 NORTHWINDS PARKWAY<br>4TH FLOOR<br>ALPHARETTA, GA 30009 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1239 | State what the contract or lease is for and the nature of the debtor's interest | Master Data Maestro Software Licensing Agreement Dated 06/13/2012 | PROFISEE GROUP, INC.<br>2620 NORTHWINDS PARKWAY,<br>4TH FLOOR<br>ALPHARETTA, GA 30004 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1240 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement for "Time and Materials" Based Projects Dated 06/13/2012 | PROFISEE GROUP, INC.<br>2025 NORTHWINDS PARKWAY<br>4TH FLOOR<br>ALPHARETTA, GA 30009 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1241 | State what the contract or lease is for and the nature of the debtor's interest | Master Data Maestro Software License Agreement Dated 06/13/2012 | PROFISEE GROUP, INC.<br>2025 NORTHWINDS PARKWAY<br>ALPHARETTA, , GA 30009 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1242 | State what the contract or lease is for and the nature of the debtor's interest | Master Data Maestro - Specification Schedule Dated 06/15/2011 | PROFISEE GROUP, INC.<br>2520 NORTHWINDS PARKWAY<br>4TH FLOOR<br>ALPHARETTA, GA 30004 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1243 | State what the contract or lease is for and the nature of the debtor's interest | Software License Agreement  Dated 06/13/2012 | PROFISEE GROUP, INC.<br>2520 NORTHWINDS PARKWAY<br>4TH FLOOR<br>ALPHARETTA, GA 30004 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1244 | State what the contract or lease is for and the nature of the debtor's interest | Master Data Maestro - Specification Schedule Purchase Order Dated 11/13/2014 | PROFISEE GROUP, INC.<br>2520 NORTHWINDS PARKWAY<br>4TH FLOOR<br>ALPHARETTA, GA 30004 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor     iHeartMedia Management Services, Inc.
           Name                                                          Case number (if known)  18-31301 (MI)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1245 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement for time and materials Dated 06/13/2012 | PROFISEE GROUP, INC. 2520 NORTHWINDS PARKWAY 4TH FLOOR ALPHARETTA, GA 30004 |
| | State the term remaining List the contract number of any government contract | Undetermined | |
| 2.1246 | State what the contract or lease is for and the nature of the debtor's interest | Specification Schedule Dated 06/13/2012 | PROFISEE GROUP, INC. 2520 NORTHWINDS PARKWAY 4TH FLOOR ALPHARETTA, GA 30004 |
| | State the term remaining List the contract number of any government contract | Undetermined | |
| 2.1247 | State what the contract or lease is for and the nature of the debtor's interest | Confidential Exchange Agreement Dated 04/26/2012 | PROFISEE GROUP, INC. ATTN:  IAN AHERN, PRESIDENT 2025 NORTHWINDS PARKWAY ALPHARETTA, GA 30009 |
| | State the term remaining List the contract number of any government contract | Undetermined | |
| 2.1248 | State what the contract or lease is for and the nature of the debtor's interest | Confidential Exchange Agreement Dated 04/26/2012 | PROFISEE GROUP, INC. 2520 NORTHWINDS PARKWAY, 4TH FLOOR ALPHARETTA, GA 30009 |
| | State the term remaining List the contract number of any government contract | Undetermined | |
| 2.1249 | State what the contract or lease is for and the nature of the debtor's interest | Work Order 01  Dated 06/13/2012 | PROFISEE GROUP, INC. 2520 NORTHWINDS PARKWAY SUITE 400 ALPHARETTA, GA 30009 |
| | State the term remaining List the contract number of any government contract | Undetermined | |
| 2.1250 | State what the contract or lease is for and the nature of the debtor's interest | Work Order 02 Dated 06/13/2012 | PROFISEE GROUP, INC. 2520 NORTHWINDS PARKWAY SUITE 400 ALPHARETTA, GA 30009 |
| | State the term remaining List the contract number of any government contract | Undetermined | |
| 2.1251 | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | PROGRAMMING EMPLOYEE/MANAGER 005 ADDRESS ON FILE |
| | State the term remaining List the contract number of any government contract | Undetermined | |

Debtor     iHeartMedia Management Services, Inc.               Case number *(if known)*   18-31301 (MI)
        Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1252** | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Agreement | PROGRAMMING EMPLOYEE/MANAGER 094<br>ADDRESS ON FILE |
| | **State the term remaining**<br>**List the contract number of any government contract** | Undetermined | |
| **2.1253** | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Agreement | PROGRAMMING EMPLOYEE/MANAGER 235<br>ADDRESS ON FILE |
| | **State the term remaining**<br>**List the contract number of any government contract** | Undetermined | |
| **2.1254** | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Agreement | PROGRAMMING EMPLOYEE/MANAGER 484<br>ADDRESS ON FILE |
| | **State the term remaining**<br>**List the contract number of any government contract** | Undetermined | |
| **2.1255** | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Agreement | PROGRAMMING EMPLOYEE/MANAGER 551<br>ADDRESS ON FILE |
| | **State the term remaining**<br>**List the contract number of any government contract** | Undetermined | |
| **2.1256** | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Agreement | PROGRAMMING EMPLOYEE/MANAGER 592<br>ADDRESS ON FILE |
| | **State the term remaining**<br>**List the contract number of any government contract** | Undetermined | |
| **2.1257** | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Agreement | PROGRAMMING EMPLOYEE/MANAGER 634<br>ADDRESS ON FILE |
| | **State the term remaining**<br>**List the contract number of any government contract** | Undetermined | |
| **2.1258** | **State what the contract or lease is for and the nature of the debtor's interest** | Non Disclosure Agreement Dated 07/22/2016 | PROMOSUITE<br>65 BROADWAY<br>SUITE 602<br>NEW YORK, NY 10006 |
| | **State the term remaining**<br>**List the contract number of any government contract** | Undetermined | |

Debtor ___iHeartMedia Management Services, Inc.___   Case number (if known) __18-31301 (MI)__
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1259 | State what the contract or lease is for and the nature of the debtor's interest | Invoice Renewal Maintenance Services Dated 12/31/2017 | QUEST SOFTWARE INC. 4 POLARIS WAY ALISO VIEJO, CA 92656 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1260 | State what the contract or lease is for and the nature of the debtor's interest | Amendment Dated 11/04/2011 | QWEST POB 91155 SEATTLE, WA 98111-9255 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1261 | State what the contract or lease is for and the nature of the debtor's interest | Amendment  Dated 11/04/2011 | QWEST POB 91155 SEATTLE, WA 98111-9255 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1262 | State what the contract or lease is for and the nature of the debtor's interest | Non-Disclosure Agreement Dated 02/02/2017 | RADIUS INTELLIGENCE, INC. ATTN: MARINA CLEMENTS DIRECTOR OF LEGAL AFFAIRS 225 BUSH 12TH FLOOR SAN FRANCISCO , CA 94104 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1263 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work No. 1 Dated 08/15/2017 | RADIUS INTELLIGENCE, INC. ATTN: MARINA CLEMENTS DIRECTOR OF LEGAL AFFAIRS 225 BUSH 12TH FLOOR SAN FRANCISCO , CA 94104 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1264 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement | RADIUS INTELLIGENCE, INC. ATTN: MARINA CLEMENTS DIRECTOR OF LEGAL AFFAIRS 225 BUSH 12TH FLOOR SAN FRANCISCO , CA 94104 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1265 | State what the contract or lease is for and the nature of the debtor's interest | Exchange agreement Dated 06/15/2009 | RAGE FRAMEWORK, INC. 200 LOWDER BROOK DRIVE SUITE 2200 WESTWOOD , MA 02090 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   iHeartMedia Management Services, Inc.
　　　　　Name

Case number (if known)  18-31301 (MI)



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1266 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work to support infrastructure and operations team Dated 10/15/2014 | RANDSTAD TECHNOLOGIES LP ATTN:  SALES SERVICE GROUP 150 PRESIDENTIAL WAY, 3RD WOBURN, MA 01801 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1267 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work to support infrastructure and operations team Dated 10/12/2014 | RANDSTAD TECHNOLOGIES LP ATTN:  SALES SERVICE GROUP 150 PRESIDENTIAL WAY, 3RD WOBURN, MA 01801 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1268 | State what the contract or lease is for and the nature of the debtor's interest | Direct Hire/Temporary to Permanent Service Agreement Dated 10/15/2014 | RANDSTAD TECHNOLOGIES LP ATTN:  SALES SERVICE GROUP 150 PRESIDENTIAL WAY, 3RD WOBURN, MA 01801 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1269 | State what the contract or lease is for and the nature of the debtor's interest | Direct hire/Temporary to permanent services agreement Dated 10/15/2014 | RANDSTAD TECHNOLOGIES, LP ATTN:  SALES SERVICE GROUP 150 PRESIDENTIAL WAY, 3RD WOBURN, MA 01801 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1270 | State what the contract or lease is for and the nature of the debtor's interest | Letter Termination of Managed Services  Dated 12/15/2017 | RAPID7 LLC 100 SUMMER STREET 13TH FLOOR BOSTON, MA 02110 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1271 | State what the contract or lease is for and the nature of the debtor's interest | Letter Termination of Managed Services  Dated 01/18/2018 | RAPID7 LLC 100 SUMMER STREET 13TH FLOOR BOSTON, MA 02110 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1272 | State what the contract or lease is for and the nature of the debtor's interest | Master service agreement Dated 10/06/2017 | RCG GLOBAL SERVICES, INC. ATTN:  JOHN BENDER, SVP & GENERAL MANAGER 5810 TENNYSON PKWY, SUITE 220 PLANO, TX 75024 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    iHeartMedia Management Services, Inc.        Case number *(if known)* __18-31301 (MI)__
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1273 | State what the contract or lease is for and the nature of the debtor's interest | Non-Disclosure Agreement Dated 10/02/2017 | REAL SOFTWARE SYSTEMS, LLC<br>ATTN: KENT E. SAHIN<br>CEO<br>21255 BURBANK BOULEVARD<br>SUITE 220<br>WOODLAND HILLS , CA 91367 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1274 | State what the contract or lease is for and the nature of the debtor's interest | Electricity Sales Agreement Dated 01/26/2010 | RELIANT ENERGY<br>ATTN: RETAIL CONTRACT MANAGEMENT<br>1000 MAIN<br>HOUSTON, TX 77002 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1275 | State what the contract or lease is for and the nature of the debtor's interest | Electricity Sales Agreement  Dated 01/26/2010 | RELIANT ENERGY RETAIL SERVICES, LLC<br>1000 MAIN<br>HOUSTON, TX 77002 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1276 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement  Dated 02/24/2011 | REVENEW INTERNATIONAL, LLC<br>ATTN: BOYD NOBLE<br>14100 SOUTHWEST FREEWAY<br>SUITE 320<br>SUGAR LAND, TX 77478 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1277 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement Dated 02/24/2011 | REVENEW INTERNATIONAL, LLC<br>ATTN: BOYD NOBLE<br>14100 SOUTHWEST FREEWAY<br>SUITE 320<br>SUGAR LAND, TX 77478 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1278 | State what the contract or lease is for and the nature of the debtor's interest | Master License Agreement Dated 05/05/2017 | RIBYT A DIVISION OF ADVANCE MAGAZINE PUBLISHERS INC.<br>ONE WORLD TRADE CENTER<br>FLOOR 29<br>NEW YORK, NY 10007 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1279 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 05/11/2017 | RIBYT A DIVISION OF ADVANCE MAGAZINE PUBLISHERS INC.<br>ONE WORLD TRADE CENTER<br>FLOOR 29<br>NEW YORK, NY 10007 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor ___iHeartMedia Management Services, Inc.___
Name

Case number (if known) __18-31301 (MI)__

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1280 | State what the contract or lease is for and the nature of the debtor's interest | Invoice PeopleSoft Support Services Dated 09/01/2015 | RIMINI STREET 3993 HOWARD HUGHES PARKWAY SUITE 500 LAS VEGAS, NV 89169 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1281 | State what the contract or lease is for and the nature of the debtor's interest | Invoice Renewal PeopleSoft Support Dated 09/01/2016 | RIMINI STREET 3993 HOWARD HUGHES PARKWAY SUITE 500 LAS VEGAS, NV 89169 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1282 | State what the contract or lease is for and the nature of the debtor's interest | Amendment No. 2 Dated 07/10/2015 | RIMINI STREET INC. ATTN: LEGAL DEPARTMENT 3993 HOWARD HUGHES PARKWAY SUITE 500 LAS VEGAS, NV 89169 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1283 | State what the contract or lease is for and the nature of the debtor's interest | Exhibit A - Fees & Payment Dated 12/30/2009 | RIVERMINE SOFTWARE, INC. 3975 FAIR RIDGE DRIVE SUITE 350 SOUTH FAIRFAX, VA 22033-2924 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1284 | State what the contract or lease is for and the nature of the debtor's interest | Exhibit B - Invoice Loading and Dispute Resolution Dated 12/30/2009 | RIVERMINE SOFTWARE, INC. 3975 FAIR RIDGE DRIVE SUITE 350 SOUTH FAIRFAX, VA 22033-2924 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1285 | State what the contract or lease is for and the nature of the debtor's interest | Exhibit D - Subscription Services Dated 12/30/2009 | RIVERMINE SOFTWARE, INC. 3975 FAIR RIDGE DRIVE SUITE 350 SOUTH FAIRFAX, VA 22033-2924 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1286 | State what the contract or lease is for and the nature of the debtor's interest | Exhibit E -- Implementation Sow Dated 12/30/2009 | RIVERMINE SOFTWARE, INC. 3975 FAIR RIDGE DRIVE SUITE 350 SOUTH FAIRFAX, VA 22033-2924 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    iHeartMedia Management Services, Inc.          Case number (if known)   18-31301 (MI)
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1287 | State what the contract or lease is for and the nature of the debtor's interest | Managed Services Agreement  Dated 12/30/2009 | RIVERMINE SOFTWARE, INC.<br>3975 FAIR RIDGE DRIVE<br>SUITE 350<br>SOUTH FAIRFAX, VA 22033-2924 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1288 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 05/01/2017 | RIVERSAND TECHNOLOGIES INC.<br>2929 BRIARPARK DRIVE<br>SUITE 200<br>HOUSTON, TX 77042 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1289 | State what the contract or lease is for and the nature of the debtor's interest | Cloud Subscription Agreement Dated 11/30/2017 | RIVERSAND TECHNOLOGIES INC.<br>2929 BRIARPARK DRIVE<br>SUITE 200<br>HOUSTON, TX 77042 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1290 | State what the contract or lease is for and the nature of the debtor's interest | Non-Disclosure Agreement Dated 04/11/2017 | RIVERSAND TECHNOLOGIES, INC.<br>ATTN: JAMES L. DUNN JR.<br>CFO<br>2929 BRIARPARK DRIVE<br>SUITE 200<br>HOUSTON, TX 77042 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1291 | State what the contract or lease is for and the nature of the debtor's interest | Service Contract  Dated 10/13/2016 | ROADMUNK INCORPORATED<br>30 DUNCAN STREET,<br>BASEMENT SUITE NORTH<br>TORONTO , ON M5V 2C3<br>CANADA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1292 | State what the contract or lease is for and the nature of the debtor's interest | Service Level Agreement Dated 10/21/2016 | ROADMUNK INCORPORATED<br>30 DUNCAN STREET<br>BASEMENT SUITE<br>NORTH TORONTO, ON M5V 2C3<br>CANADA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1293 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement | ROADMUNK, INCORPORATED<br>30 DUNCAN STREET,<br>BASEMENT SUITE NORTH<br>TORONTO , ON M5V 2C3<br>CANADA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    iHeartMedia Management Services, Inc.
          Name

Case number (if known)  18-31301 (MI)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1294 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement | ROADMUNK, INCORPORATED 30 DUNCAN STREET, BASEMENT SUITE NORTH TORONTO , ON M5V 2C3 CANADA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1295 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement Dated 10/22/2016 | ROADMUNK, INCORPORATED 30 DUNCAN STREET, BASEMENT SUITE NORTH TORONTO , ON M5V 2C3 CANADA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1296 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 12/10/2012 | ROBERT HALF INTERNATIONAL ACCOUNTEMPS SALARIED PROFESSIONAL SERVICE 9901 1H 10 WEST SUITE 230 SAN ANTONIO, TX 78230 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1297 | State what the contract or lease is for and the nature of the debtor's interest | Change Order to the Statement of Work Dated 03/11/2014 | ROBERT HALF INTERNATIONAL ACCOUNTEMPS SALARIED PROFESSIONAL SERVICE 9901 1H 10 WEST SUITE 230 SAN ANTONIO, TX 78230 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1298 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 07/15/2013 | ROBERT HALF INTERNATIONAL ACCOUNTEMPS SALARIED PROFESSIONAL SERVICE 9901 1H 10 WEST SUITE 230 SAN ANTONIO, TX 78230 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1299 | State what the contract or lease is for and the nature of the debtor's interest | Change Order to the Statement of Work Dated 06/30/2014 | ROBERT HALF INTERNATIONAL ACCOUNTEMPS SALARIED PROFESSIONAL SERVICE 9901 1H 10 WEST SUITE 230 SAN ANTONIO, TX 78230 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1300 | State what the contract or lease is for and the nature of the debtor's interest | Change Order to the Statement of Work Dated 06/02/2014 | ROBERT HALF INTERNATIONAL ACCOUNTEMPS SALARIED PROFESSIONAL SERVICE 9901 1H 10 WEST SUITE 230 SAN ANTONIO, TX 78230 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor ____iHeartMedia Management Services, Inc.____
      Name

Case number (if known) __18-31301 (MI)__

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1301 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 01/02/2014 | ROBERT HALF INTERNATIONAL ACCOUNTEMPS SALARIED PROFESSIONAL SERVICE 9901 1H 10 WEST SUITE 230 SAN ANTONIO, TX 78230 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1302 | State what the contract or lease is for and the nature of the debtor's interest | Change Order to the Statement of Work Dated 07/16/2014 | ROBERT HALF INTERNATIONAL ACCOUNTEMPS SALARIED PROFESSIONAL SERVICE 9901 1H 10 WEST SUITE 230 SAN ANTONIO, TX 78230 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1303 | State what the contract or lease is for and the nature of the debtor's interest | Statement of work Dated 07/15/2013 | ROBERT HALF INTERNATIONAL ACCOUNTEMPS SALARIED PROFESSIONAL SERVICE 9901 1H 10 WEST SUITE 230 SAN ANTONIO, TX 78230 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1304 | State what the contract or lease is for and the nature of the debtor's interest | Exhibit A Statement of Work Dated 02/04/2013 | ROBERT HALF INTERNATIONAL ACCOUNTEMPS SALARIED PROFESSIONAL SERVICE 9901 1H 10 WEST SUITE 230 SAN ANTONIO, TX 78230 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1305 | State what the contract or lease is for and the nature of the debtor's interest | Change Order to the Statement of Work Dated 07/16/2014 | ROBERT HALF INTERNATIONAL ACCOUNTEMPS SALARIED PROFESSIONAL SERVICE 9901 1H 10 WEST SUITE 230 SAN ANTONIO, TX 78230 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1306 | State what the contract or lease is for and the nature of the debtor's interest | Exhibit A Statement of Work Dated 01/14/2013 | ROBERT HALF INTERNATIONAL ACCOUNTEMPS SALARIED PROFESSIONAL SERVICE 9901 1H 10 WEST SUITE 230 SAN ANTONIO, TX 78230 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1307 | State what the contract or lease is for and the nature of the debtor's interest | Exhibit A Statement of Work Dated 11/19/2012 | ROBERT HALF INTERNATIONAL, INC. ACCOUNTEMPS SALARIED PROFESSIONAL SERVICE ATTN: SCOTT STEELE BRANCH MANAGER 9901 1H 10 WEST SUITE 230 SAN ANTONIO, TX 78230 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor     iHeartMedia Management Services, Inc.                          Case number (if known)   18-31301 (MI)
           Name

    **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1308 | State what the contract or lease is for and the nature of the debtor's interest | Data Release Form Dated 01/10/2017 | ROCKETRIP<br>14 E 38TH STREET<br>NEW YORK, NY 10016 |
|  | State the term remaining<br>List the contract number of any government contract | Undetermined |  |
| 2.1309 | State what the contract or lease is for and the nature of the debtor's interest | First Renewal Order Form  Dated 12/31/2017 | ROCKETRIP, INC.<br>14 EAST 38TH STREET<br>2ND FLOOR<br>NEW YORK, NY 10016 |
|  | State the term remaining<br>List the contract number of any government contract | Undetermined |  |
| 2.1310 | State what the contract or lease is for and the nature of the debtor's interest | Mutual Confidentiality and Non-Disclosure Agreement Dated 06/17/2016 | ROCKETRIP, INC.<br>14 EAST 38TH STREET<br>2ND FLOOR<br>NEW YORK, NY 10016 |
|  | State the term remaining<br>List the contract number of any government contract | Undetermined |  |
| 2.1311 | State what the contract or lease is for and the nature of the debtor's interest | Order Form  Dated 12/31/2016 | ROCKETRIP, INC.<br>14 EAST 38TH STREET<br>2ND FLOOR<br>NEW YORK, NY 10016 |
|  | State the term remaining<br>List the contract number of any government contract | Undetermined |  |
| 2.1312 | State what the contract or lease is for and the nature of the debtor's interest | Amendment No. 1  Dated 01/31/2017 | ROCKETRIP, INC.<br>14 EAST 38TH STREET<br>2ND FLOOR<br>NEW YORK, NY 10016 |
|  | State the term remaining<br>List the contract number of any government contract | Undetermined |  |
| 2.1313 | State what the contract or lease is for and the nature of the debtor's interest | Mutual Confidentiality and Non-Disclosure Agreement  Dated 07/27/2012 | ROSSLYN ANALYTICS, LTD. |
|  | State the term remaining<br>List the contract number of any government contract | Undetermined |  |
| 2.1314 | State what the contract or lease is for and the nature of the debtor's interest | Invoice Change Order Dated 03/28/2016 | SAILPOINT TECHNOLOGIES INC.<br>11305 FOUR POINTS DRIVE<br>BUILDING 2<br>SUITE 100<br>AUSTIN, TX 78726 |
|  | State the term remaining<br>List the contract number of any government contract | Undetermined |  |

Debtor ___iHeartMedia Management Services, Inc.___
Name

Case number *(if known)* ___18-31301 (MI)___

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1315 | **State what the contract or lease is for and the nature of the debtor's interest** | Invoice Renewal Annual Standard Support Dated 04/01/2016 | SAILPOINT TECHNOLOGIES INC. 11305 FOUR POINTS DRIVE BUILDING 2 SUITE 100 AUSTIN, TX 78726 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1316 | **State what the contract or lease is for and the nature of the debtor's interest** | Invoice  Renewal Annual Support and Maintenance Dated 01/01/2016 | SAILPOINT TECHNOLOGIES INC. 11305 FOUR POINTS DRIVE BUILDING 2 SUITE 100 AUSTIN, TX 78726 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1317 | **State what the contract or lease is for and the nature of the debtor's interest** | Invoice Renewal Annual Standard Support Dated 04/01/2017 | SAILPOINT TECHNOLOGIES INC. 11305 FOUR POINTS DRIVE BUILDING 2 SUITE 100 AUSTIN, TX 78726 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1318 | **State what the contract or lease is for and the nature of the debtor's interest** | Invoice Perpetual Licenses Dated 04/01/2015 | SAILPOINT TECHNOLOGIES INC. 11405 FOUR POINTS DRIVE BUILDING 2 SUITE 100 AUSTIN, TX 78726 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1319 | **State what the contract or lease is for and the nature of the debtor's interest** | Invoice Managed Services Dated 03/20/2015 | SAILPOINT TECHNOLOGIES INC. 11305 FOUR POINTS DRIVE BUILDING 2 SUITE 100 AUSTIN, TX 78726 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1320 | **State what the contract or lease is for and the nature of the debtor's interest** | Schedule No. A-2 to Software License and Support Agreement Dated 09/23/2014 | SAILPOINT TECHNOLOGIES INC. 11305 FOUR POINTS DRIVE BUILDING 2 SUITE 100 AUSTIN , TX 78258 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1321 | **State what the contract or lease is for and the nature of the debtor's interest** | Schedule A-4 Software & Price Schedule Dated 04/01/2016 | SAILPOINT TECHNOLOGIES INC. 11305 FOUR POINTS DRIVE BUILDING 2 SUITE 100 AUSTIN , TX 78258 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor _iHeartMedia Management Services, Inc._
Name

Case number (if known) __18-31301 (MI)__

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1322 | State what the contract or lease is for and the nature of the debtor's interest | Schedule A-F Software & Price Schedule Dated 04/01/2016 | SAILPOINT TECHNOLOGIES INC. 11305 FOUR POINTS DRIVE BUILDING 2 SUITE 100 AUSTIN , TX 78258 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1323 | State what the contract or lease is for and the nature of the debtor's interest | Schedule A-3 Software & Price Schedule Dated 12/01/2015 | SAILPOINT TECHNOLOGIES INC. 11305 FOUR POINTS DRIVE BUILDING 2 SUITE 100 AUSTIN , TX 78258 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1324 | State what the contract or lease is for and the nature of the debtor's interest | Invoice Maintenance and Perpetual Licenses Dated 04/01/2015 | SAILPOINT TECHNOLOGIES INC. 11305 FOUR POINTS DRIVE BUILDING 2 SUITE 100 AUSTIN , TX 78258 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1325 | State what the contract or lease is for and the nature of the debtor's interest | Invoice Identity Now Access Dated 04/01/2016 | SAILPOINT TECHNOLOGIES INC. 11305 FOUR POINTS BUILDING 2 SUITE 100 AUSTIN, TX 78726 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1326 | State what the contract or lease is for and the nature of the debtor's interest | Software License and Support Agreement Dated 02/07/2014 | SAILPOINT TECHNOLOGIES, INC. 11305 FOUR POINTS DR. 100 AUSTIN, TX 78726 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1327 | State what the contract or lease is for and the nature of the debtor's interest | Mutual Confidentiality and Non-Disclosure Agreement Dated 11/15/2012 | SALES BENCHMARK INDEX |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1328 | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | SALES MANAGER 013 ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor ___iHeartMedia Management Services, Inc.___  Case number *(if known)* __18-31301 (MI)__
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1329 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Agreement | SALES MANAGER 032<br>ADDRESS ON FILE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1330 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Agreement | SALES MANAGER 063<br>ADDRESS ON FILE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1331 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Agreement | SALES MANAGER 081<br>ADDRESS ON FILE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1332 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Subscription Agreement Dated 12/28/2012 | SALESFORCE.COM<br>ATTN: CHRIS HARRIS<br>THE LANDMARK @ ONE MARKET<br>SUITE 300<br>SAN FRANCISCO, CA 94105 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1333 | **State what the contract or lease is for and the nature of the debtor's interest** | Order Form Dated 01/15/2013 | SALESFORCE.COM<br>THE LANDMARK @ ONE MARKET<br>SUITE 300<br>SAN FRANCISCO , CA 94105 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1334 | **State what the contract or lease is for and the nature of the debtor's interest** | Order Form CRM Software Dated 10/31/2017 | SALESFORCE.COM<br>THE LANDMARK @ ONE MARKET<br>SUITE 300<br>SAN FRANCISCO , CA 94105 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1335 | **State what the contract or lease is for and the nature of the debtor's interest** | Order Form | SALESFORCE.COM<br>THE LANDMARK @ ONE MARKET<br>SUITE 300<br>SAN FRANCISCO , CA 94105 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor iHeartMedia Management Services, Inc.   Case number *(if known)*  18-31301 (MI)
   Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1336 | **State what the contract or lease is for and the nature of the debtor's interest** | Order Form Dated 01/15/2016 | SALESFORCE.COM<br>THE LANDMARK @ ONE MARKET<br>SUITE 300<br>SAN FRANCISCO , CA 94105 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1337 | **State what the contract or lease is for and the nature of the debtor's interest** | Order Form  Dated 01/15/2013 | SALESFORCE.COM<br>THE LANDMARK @ ONE MARKET<br>SUITE 300<br>SAN FRANCISCO , CA 94105 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1338 | **State what the contract or lease is for and the nature of the debtor's interest** | Order Form Dated 01/15/2013 | SALESFORCE.COM<br>THE LANDMARK @ ONE MARKET<br>SUITE 300<br>SAN FRANCISCO, CA 94105 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1339 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment No. 1 to Master Subscription Agreement Dated 04/20/2015 | SALESFORCE.COM INC.<br>ONE MARKET STREET<br>THE LANDMARK<br>SUITE 300<br>SAN FRANCISCO, CA 94105 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1340 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Subscription Agreement Dated 12/28/2012 | SALESFORCE.COM INC.<br>ATTN.: VP WORLDWIDE SALES OPERATIONS<br>ONE MARKET<br>THE LANDMARK<br>SUITE 300<br>SAN FRANCISCO, CA 94105 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1341 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Subscription Agreement Dated 12/28/2012 | SALESFORCE.COM, INC.<br>THE LANDMARK @ ONE MARKET<br>SUITE 300<br>SAN FRANCISCO, CA 94105 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1342 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Subscription Agreement Dated 12/28/2012 | SALESFORCE.COM, INC.<br>THE LANDMARK @ ONE MARKET<br>SUITE 300<br>SAN FRANCISCO, CA 94105 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor      iHeartMedia Management Services, Inc.                    Case number (if known)   18-31301 (MI)
                    Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1343 | State what the contract or lease is for and the nature of the debtor's interest | Master Subscription Agreement Dated 12/28/2012 | SALESFORCE.COM, INC. THE LANDMARK @ ONE MARKET, SUITE 300 SAN FRANCISCO, , CA 94105 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1344 | State what the contract or lease is for and the nature of the debtor's interest | Non-Disclosure Agreement Dated 07/25/2017 | SAN FRANCISCO CONSULTING GROUP ATTN: DAVID EWING CEO 260 ADDIE ROY ROAD SUITE 200 AUSTIN, TX 78746 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1345 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work - Contractor Expertise Dated 03/15/2012 | SANDRA J. PIOTROWSKI, LLC 19009 109TH AVE SE SNOHOMISH, WA 98296 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1346 | State what the contract or lease is for and the nature of the debtor's interest | Service Schedule Dated 10/01/2017 | SAVO GROUP LTD 155 N WACKER DRIVE CHICAGO, IL 60606 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1347 | State what the contract or lease is for and the nature of the debtor's interest | Applications Service Agreement Dated 08/30/2017 | SAVO GROUP LTD 222 WEST MERCHANDISE MART SUITE 1710 CHICAGO, IL 60654 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1348 | State what the contract or lease is for and the nature of the debtor's interest | Service Schedule Dated 10/01/2017 | SAVO GROUP LTD 155 N. WACKER DRIVE CHICAGO, IL 60606 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1349 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work  Dated 08/30/2017 | SAVO GROUP LTD 155 N. WACKER DRIVE CHICAGO, IL 60606 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor _____iHeartMedia Management Services, Inc._____
        Name

Case number (if known) __18-31301 (MI)__

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1350 | State what the contract or lease is for and the nature of the debtor's interest | Non-Disclosure Agreement Dated 03/23/2017 | SCIQUEST INC. D/B/A JAGGAER<br>3020 CARRINGTON MILL BLVD.<br>SUITE 100<br>MORRISVILLE, NC 27560 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1351 | State what the contract or lease is for and the nature of the debtor's interest | Master Subscription Agreement Dated 09/27/2017 | SCIQUEST, INC. D/B/A JAGGAER<br>ATTN:  GENERAL COUNSEL<br>3020 CARRINGTON MILL BLVD., SUITE 100<br>MORRISVILLE, NC 27560 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1352 | State what the contract or lease is for and the nature of the debtor's interest | Broadcast Equipment Products & Services Agreement Dated 02/22/2017 | SCMS, INC.<br>10201 RODNEY ST.<br>PINEVILLE, NC 28134 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1353 | State what the contract or lease is for and the nature of the debtor's interest | Terms and Conditions Software License Agreement Dated 12/17/2017 | SEATTLE BUSINESS SOFTWARE INC.<br>C/O ORBUS SOFTWARE<br>2 PARK AVENUE<br>SUITE 2052<br>NEW YORK, NY 10016 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1354 | State what the contract or lease is for and the nature of the debtor's interest | Maintenance Agreement Dated 12/17/2017 | SEATTLE BUSINESS SOFTWARE INC.<br>C/O ORBUS SOFTWARE<br>2 PARK AVENUE<br>SUITE 2052<br>NEW YORK, NY 10016 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1355 | State what the contract or lease is for and the nature of the debtor's interest | End User License Agreement Dated 12/17/2017 | SEATTLE BUSINESS SOFTWARE INC.<br>C/O ORBUS SOFTWARE<br>2 PARK AVENUE<br>SUITE 2052<br>NEW YORK , NY 10016 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1356 | State what the contract or lease is for and the nature of the debtor's interest | Termination Notice Letter  Dated 03/30/2016 | SELECTICA SOURCING<br>2121 E. EL CAMINO REAL<br>SAN MATEO , CA 94403 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Official Form 206G

**Schedule G: Executory Contracts and Unexpired Leases**

Page 194 of 244

Debtor      iHeartMedia Management Services, Inc.      Case number (if known)   18-31301 (MI)
                Name

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1357 | State what the contract or lease is for and the nature of the debtor's interest | Third Amendment to Master License and Services Agreement Dated 09/01/2015 | SELECTICA SOURCING, INC. D/B/A IASTA, INC. 12800 NORTH MERIDIAN ST. SUITE 425 CARMEL, IN 46032 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1358 | State what the contract or lease is for and the nature of the debtor's interest | Non-Disclosure Agreement Dated 02/27/2017 | SENTURUS INC. ATTN: JAMES FRAZIER VICE PRESIDENT OF CLIENT SOLUTIONS 533 AIRPORT BLVD. SUITE 400 BURLINGAME, CA 94010 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1359 | State what the contract or lease is for and the nature of the debtor's interest | Invoice-IT Operations Management Dated 06/26/2015 | SERVICENOW 4810 EASTGAGE MALL SAN DIEGO, CA 92121 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1360 | State what the contract or lease is for and the nature of the debtor's interest | Invoice IT Operations Management Dated 03/31/2015 | SERVICENOW 4810 EASTGATE MALL SAN DIEGO, CA 92121 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1361 | State what the contract or lease is for and the nature of the debtor's interest | Invoice IT Operations Management Dated 06/11/2015 | SERVICENOW 4810 EASTGATE MALL SAN DIEGO, CA 92121 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1362 | State what the contract or lease is for and the nature of the debtor's interest | Order form subscription services Dated 06/11/2016 | SERVICENOW 2225 LAWSON LANE SANTA CLARA, CA 95054 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1363 | State what the contract or lease is for and the nature of the debtor's interest | Invoice IT Operations Management Dated 06/30/2017 | SERVICENOW 4810 EASTGAGE MALL SAN DIEGO, CA 92121 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor     iHeartMedia Management Services, Inc.
           Name

Case number (if known)   18-31301 (MI)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1364 | State what the contract or lease is for and the nature of the debtor's interest | Invoice Renewal IT Processes Management Software Dated 06/30/2015 | SERVICENOW 4810 EASTGATE MALL SAN DIEGO, CA 92121 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1365 | State what the contract or lease is for and the nature of the debtor's interest | Order Form IT Operations Management Dated 06/11/2016 | SERVICENOW INC 2225 LAWSON LANE SANTA CLARA, CA 95054 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1366 | State what the contract or lease is for and the nature of the debtor's interest | Order form for Service Subscription Dated 06/11/2016 | SERVICENOW, INC. 2225 LAWSON LANE SANTA CLARA, CA 95054 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1367 | State what the contract or lease is for and the nature of the debtor's interest | Non-Disclosure Agreement Dated 01/31/2017 | SHAPE SECURITY, INC. ATTN: RYAN THOMPSON GENERAL COUNSEL 800 W EL CAMINO REAL #250 MOUNTAIN VIEW , CA 94040 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1368 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement Dated 10/25/2010 | SHILSHOLE CONSULTING, INC. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1369 | State what the contract or lease is for and the nature of the debtor's interest | Non-Disclosure Agreement Dated 09/18/2017 | SHOPIFY, INC. ATTN: MARK BERGEN DIRECTOR OF SALES 57 ERB ST W WATERLOO, ON N2L 6C2 CANADA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1370 | State what the contract or lease is for and the nature of the debtor's interest | Invoice IT Consulting Dated 05/11/2015 | SIGMA TECHNOLOGY SOLUTIONS INC D/B/A SIGMA SOLUTIONS P.O. BOX 677680 DALLAS, TX 75267 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor      iHeartMedia Management Services, Inc.
            Name

Case number (if known)  18-31301 (MI)

   **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1371 | State what the contract or lease is for and the nature of the debtor's interest | Invoice IT Consulting Dated 06/30/2015 | SIGMA TECHNOLOGY SOLUTIONS INC. D/B/A SIGMA SOLUTIONS<br>P.O. BOX 677680<br>DALLAS, TX 75267 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1372 | State what the contract or lease is for and the nature of the debtor's interest | Invoice IT Consulting Dated 03/25/2015 | SIGMA TECHNOLOGY SOLUTIONS INC. D/B/A SIGMA SOLUTIONS<br>P.O. BOX 677680<br>DALLAS, TX 75267 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1373 | State what the contract or lease is for and the nature of the debtor's interest | Invoice IT Consulting Dated 08/21/2015 | SIGMA TECHNOLOGY SOLUTIONS INC. D/B/A SIGMA SOLUTIONS<br>P.O. BOX 677680<br>DALLAS, TX 75267 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1374 | State what the contract or lease is for and the nature of the debtor's interest | Invoice IT Consulting Dated 08/11/2015 | SIGMA TECHNOLOGY SOLUTIONS INC. D/B/A SIGMA SOLUTIONS<br>P.O. BOX 677680<br>DALLAS, TX 75267 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1375 | State what the contract or lease is for and the nature of the debtor's interest | Invoice IT Consulting Dated 07/29/2015 | SIGMA TECHNOLOGY SOLUTIONS INC. D/B/A SIGMA SOLUTIONS<br>P.O. BOX 677680<br>DALLAS, TX 75267 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1376 | State what the contract or lease is for and the nature of the debtor's interest | Non-Disclosure Agreement Dated 07/05/2017 | SILANIS TECHNOLOGY INC.<br>ATTN: KRISTY BROWN<br>LEGAL COUNSEL, CONTRACTS AND COMPLIANCE<br>8200 DECARIE BOULEVARD<br>SUITE 300<br>MONTREAL, QC H4P 2P5<br>CANADA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1377 | State what the contract or lease is for and the nature of the debtor's interest | Subscription Order Form  Dated 12/08/2011 | SILKROAD TECHNOLOGY, INC.<br>20 WEST KINZIE STREET<br>SUITE 1220<br>CHICAGO, IL 60054 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    iHeartMedia Management Services, Inc.
          Name                                                    Case number (if known)  18-31301 (MI)

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1378 | State what the contract or lease is for and the nature of the debtor's interest | Service Provider Agreement Dated 12/09/2011 | SILKROAD TECHNOLOGY, INC.<br>20 WEST KINZIE STREET<br>SUITE 1220<br>CHICAGO, IL 60054 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1379 | State what the contract or lease is for and the nature of the debtor's interest | Service Provider Agreement  Dated 12/09/2011 | SILKROAD TECHNOLOGY, INC.<br>20 WEST KINZIE STREET<br>SUITE 1220<br>CHICAGO, IL 60054 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1380 | State what the contract or lease is for and the nature of the debtor's interest | Application and Relocation Service Agreement  Dated 08/27/2010 | SIRVA RELOCATION, LLC<br>6200 OAK TREE BLVD<br>SUITE 300<br>INDEPENDENCE, OH 44131 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1381 | State what the contract or lease is for and the nature of the debtor's interest | Master Subscription Agreement Dated 02/21/2017 | SLACK TECHNOLOGIES INC.<br>155 5TH STREET<br>6TH FLOOR<br>SAN FRANCISCO, CA 94103 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1382 | State what the contract or lease is for and the nature of the debtor's interest | Mutual Confidentiality Agreement Dated 12/22/2011 | SLALOM, LLC D/B/A SLALOM CONSULTING<br>821 SECOND AVENUE<br>SUITE 1900<br>SEATTLE , WA 98104 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1383 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work  Dated 04/25/2012 | SLALOM, LLC D/B/A SLALOM CONSULTING<br>821 SECOND AVENUE<br>SUITE 1900<br>SEATTLE , WA 98104 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1384 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work  Dated 04/25/2012 | SLALOM, LLC D/B/A SLALOM CONSULTING<br>821 SECOND AVENUE<br>SUITE 1900<br>SEATTLE , WA 98104 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor     iHeartMedia Management Services, Inc.
Name

Case number (if known)   18-31301 (MI)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1385 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement  Dated 04/16/2012 | SLALOM, LLC D/B/A SLALOM CONSULTING<br>821 SECOND AVENUE<br>SUITE 1900<br>SEATTLE , WA 98104 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1386 | State what the contract or lease is for and the nature of the debtor's interest | Exhibit C- Agreement  Dated 06/23/2016 | SOAD, LLC |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1387 | State what the contract or lease is for and the nature of the debtor's interest | Exhibit C- Agreement  Dated 06/23/2016 | SOAD, LLC |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1388 | State what the contract or lease is for and the nature of the debtor's interest | Amendment to the Corporate Agreement.  Dated 01/15/2016 | SOCIETE AIR FRANCE<br>45 RUE DE PARIS<br>95747 ROISSY CDG CEDEX FRANCE<br>95747 ROISSY CDG CEDEX<br>FRANCE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1389 | State what the contract or lease is for and the nature of the debtor's interest | Corporate Incentive Agreement Dated 03/01/2014 | SOCIETE AIR FRANCE<br>45 RUE DE PARIS<br>F-95747 ROISSY CDG CEDEX<br>FRANCE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1390 | State what the contract or lease is for and the nature of the debtor's interest | Non-Disclosure Agreement Dated 11/17/2017 | SOFTSERVE, INC.<br>ATTN: HARRY PROPPER<br>EXECUTIVE VP<br>12800 UNIVERSITY DRIVE<br>SUITE 410<br>FORT MYERS, FL 33907 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1391 | State what the contract or lease is for and the nature of the debtor's interest | Non-Disclosure Agreement Dated 03/21/2017 | SOUTHERN METHODIST UNIVERSITY<br>ATTN: FANGYUN TOM TAN<br>ASSISTANT PROFESSOR OF INFORMATION TECHNOLOGY AND OPERATIONS MANAGER<br>6212 BISHOP BLVD<br>DALLAS, TX 75219 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    iHeartMedia Management Services, Inc.
          Name

Case number *(if known)*   18-31301 (MI)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1392 | State what the contract or lease is for and the nature of the debtor's interest | Non-Disclosure Agreement Dated 08/04/2017 | SPECIALIST SOFTWARE SERVICES INC D/B/A LIVINGSTONE 4514 COLE AVENUE SUITE 600 DALLAS, TX 75205 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1393 | State what the contract or lease is for and the nature of the debtor's interest | Amendment of the Agreement  Dated 10/13/2006 | SPENDHQ, LLC 5555 TRIANGLE PARKWAY SUITE 300 NORCROSS, GA 30092 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1394 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement  Dated 01/12/2016 | SPENDHQ, LLC 5555 TRIANGLE PARKWAY SUITE 300 NORCROSS, GA 30092 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1395 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement Dated 01/12/2016 | SPENDHQ, LLC 5555 TRIANGLE PARKWAY SUITE 300 NORCROSS, GA 30092 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1396 | State what the contract or lease is for and the nature of the debtor's interest | Customer Service Agreement  Dated 01/13/2011 | SPRINT SOLUTIONS, INC. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1397 | State what the contract or lease is for and the nature of the debtor's interest | Letter Agreement  Dated 01/01/2013 | SQAD, INC. 303 SOUTH BROADWAY SUITE 210 TARRYTOWN, NY 10591-5410 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1398 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work  Dated 05/01/2013 | SSB CONSULTING GROUP, LLC 3900 E. MEXICO AVENUE DENVER, CO 80210 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor     iHeartMedia Management Services, Inc.
    Name                                    Case number *(if known)*    18-31301 (MI)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1399** | **State what the contract or lease is for and the nature of the debtor's interest** | Statement of Work Dated 08/27/2013 | SSB CONSULTING GROUP, LLC<br>3900 E. MEXICO AVENUE<br>DENVER, CO 80210 |
| | **State the term remaining**<br>**List the contract number of any government contract** | Undetermined | |
| **2.1400** | **State what the contract or lease is for and the nature of the debtor's interest** | Change Order No. 1 Dated 10/17/2014 | STATERA<br>3101 NORTH CENTRAL AVE.<br>SUITE 890<br>PHOENIX, AZ |
| | **State the term remaining**<br>**List the contract number of any government contract** | Undetermined | |
| **2.1401** | **State what the contract or lease is for and the nature of the debtor's interest** | Change Order No. 1 Dated 10/17/2014 | STATERA<br>3101 NORTH CENTRAL AVE.<br>SUITE 890<br>PHOENIX, AZ |
| | **State the term remaining**<br>**List the contract number of any government contract** | Undetermined | |
| **2.1402** | **State what the contract or lease is for and the nature of the debtor's interest** | Mutual Confidentiality and Nondisclosure Agreement  Dated 07/10/2012 | STATERA<br>3101 NORTH CENTRAL AVE.<br>SUITE 890<br>PHOENIX, AZ |
| | **State the term remaining**<br>**List the contract number of any government contract** | Undetermined | |
| **2.1403** | **State what the contract or lease is for and the nature of the debtor's interest** | Change Order No. 3  Dated 02/08/2015 | STATERA<br>3101 NORTH CENTRAL AVE.<br>SUITE 890<br>PHOENIX, AZ |
| | **State the term remaining**<br>**List the contract number of any government contract** | Undetermined | |
| **2.1404** | **State what the contract or lease is for and the nature of the debtor's interest** | Change Order No. 2 Dated 12/20/2014 | STATERA<br>3101 NORTH CENTRAL AVE.<br>SUITE 890<br>PHOENIX, AZ |
| | **State the term remaining**<br>**List the contract number of any government contract** | Undetermined | |
| **2.1405** | **State what the contract or lease is for and the nature of the debtor's interest** | Change Order No. 3  Dated 02/08/2015 | STATERA<br>3101 NORTH CENTRAL AVE.<br>SUITE 890<br>PHOENIX, AZ |
| | **State the term remaining**<br>**List the contract number of any government contract** | Undetermined | |

Debtor ___iHeartMedia Management Services, Inc.___  Case number *(if known)* __18-31301 (MI)__
Name

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.1406 | State what the contract or lease is for and the nature of the debtor's interest | Change Order No. 3 Dated 02/17/2015 | STATERA<br>3101 NORTH CENTRAL AVE.<br>SUITE 890<br>PHOENIX, AZ |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1407 | State what the contract or lease is for and the nature of the debtor's interest | Change Order No. 1 Dated 10/18/2014 | STATERA<br>3101 NORTH CENTRAL AVE.<br>SUITE 890<br>PHOENIX, AZ |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1408 | State what the contract or lease is for and the nature of the debtor's interest | Change Order No. 1 Dated 10/18/2014 | STATERA<br>3101 NORTH CENTRAL AVE.<br>SUITE 890<br>PHOENIX, AZ |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1409 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 07/17/2012 | STATERA<br>3101 NORTH CENTRAL AVE.<br>SUITE 890<br>PHOENIX, AZ |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1410 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement  Dated 10/10/2016 | STELLAWEB SOLUTIONS, LLC<br>518-7 OLD POST ROAD<br>SUITE 293<br>EDISON , NJ 08817 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1411 | State what the contract or lease is for and the nature of the debtor's interest | Mutual Non-Disclosure Agreement Dated 08/10/2017 | STROZ FRIEDBERG, LLC, AN AON COMPANY<br>ATTN: ROCCO F. GRILLO<br>32 AVENUE OF AMERICAS<br>4TH FLOOR<br>NEW YORK, NY 10013 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1412 | State what the contract or lease is for and the nature of the debtor's interest | Software Licensing Agreement Dated 03/31/2014 | SUNGARD AVANTGARD LLC<br>ATTN: CONTRACT ADMINISTRATION<br>600 LANIDEX PLAZA<br>PARSIPPANY, NJ 07054 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor ___iHeartMedia Management Services, Inc.___
　　　　Name

Case number (if known) __18-31301 (MI)__

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1413 | State what the contract or lease is for and the nature of the debtor's interest | Software Licensing and Services Agreement Dated 03/31/2014 | SUNGARD AVANTGARD, LLC<br>600 LANIDEX PLAZA<br>PARSIPPANY, NJ 07054 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1414 | State what the contract or lease is for and the nature of the debtor's interest | Software Licensing and Services Agreement Dated 03/31/2014 | SUNGARD AVANTGARD, LLC<br>600 LANIDEX PLAZA<br>PARSIPPANY, NJ 07054 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1415 | State what the contract or lease is for and the nature of the debtor's interest | Non-Disclosure Agreement Dated 09/20/2017 | SUPER MICRO COMPUTER INC.<br>980 ROCK AVENUE<br>SAN JOSE, CA 95131 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1416 | State what the contract or lease is for and the nature of the debtor's interest | Non-Disclosure Agreement Dated 11/14/2016 | SWN COMMUNICATIONS INC.<br>500 PLAZA DRIVE<br>SUITE 205<br>SECAUCUS, NJ 07094 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1417 | State what the contract or lease is for and the nature of the debtor's interest | Non-Disclosure Agreement Dated 04/14/2016 | SWN COMMUNICATIONS INC.<br>500 PLAZA DRIVE<br>SUITE 205<br>SECAUCUS, NJ 07094 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1418 | State what the contract or lease is for and the nature of the debtor's interest | License Transfer Dated 06/30/2008 | SYMANTEC<br>555 INTERNATIONAL WAY<br>SPRINGFIELD, OR 97477 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1419 | State what the contract or lease is for and the nature of the debtor's interest | Mutual Confidentiality and Non-Disclosure Agreement  Dated 04/02/2014 | SYSTEMS MAINTENANCE SERVICES, INC. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor _____iHeartMedia Management Services, Inc._____
Name

Case number *(if known)* __18-31301 (MI)__

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1420 | State what the contract or lease is for and the nature of the debtor's interest | Non-Disclosure Agreement Dated 10/07/2016 | TABLCOU LLC D/B/A GISTIA LABS
15601 SW 86TH AVENUE
MIAMI , FL 33157 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1421 | State what the contract or lease is for and the nature of the debtor's interest | Invoice Dated 03/24/2016 | TABLEAU SOFTWARE INC
837 NORTH 34TH STREET
SUITE 200
SEATTLE, WA 98103 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1422 | State what the contract or lease is for and the nature of the debtor's interest | Invoice IT Operations Management Dated 08/31/2016 | TABLEAU SOFTWARE INC.
837 NORTH 34TH STREET
SUITE 200
SEATTLE, WA 98103 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1423 | State what the contract or lease is for and the nature of the debtor's interest | End User License Agreement (EULA) Dated 03/24/2016 | TABLEAU SOFTWARE, INC.
837 NORTH 34TH STREET
SUITE 200
SEATTLE , WA 98103 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1424 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order  Dated 09/25/2014 | TABLEAU SOFTWARE, INC.
837 NORTH 34TH STREET
SUITE 200
SEATTLE, WA 98103 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1425 | State what the contract or lease is for and the nature of the debtor's interest | MxPay Schedule  Dated 12/03/2015 | TANGOE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1426 | State what the contract or lease is for and the nature of the debtor's interest | Amendment No.1 to Comm Care Premium Mobile Schedule  Dated 06/17/2015 | TANGOE, INC. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    iHeartMedia Management Services, Inc.            Case number *(if known)*   18-31301 (MI)
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1427** | State what the contract or lease is for and the nature of the debtor's interest | CommCare Premium Mobile Schedule Dated 09/28/2013 | TANGOE, INC. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1428** | State what the contract or lease is for and the nature of the debtor's interest | Non-Disclosure Agreement Dated 02/28/2017 | TANIUM INC. ATTN: ERIC BROWN CFO 2200 POWELL STREET SUITE 500 EMERYVILLE, CA 94608 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1429** | State what the contract or lease is for and the nature of the debtor's interest | Mutual Confidentiality Agreement Dated 10/26/2012 | TATA AMERICA INTERNATIONAL CORPORATION 101 PARK AVENUE 26TH FLOOR NEW YORK, NY 10178 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1430** | State what the contract or lease is for and the nature of the debtor's interest | Mutual Confidentiality Agreement Dated 10/26/2012 | TATA AMERICA INTERNATIONAL CORPORATION 101 PARK AVENUE 26TH FLOOR NEW YORK , NY 10178 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1431** | State what the contract or lease is for and the nature of the debtor's interest | Amendment 2 to Sub-Work Order #5 Dated 07/24/2014 | TATA AMERICA INTERNATIONAL CORPORATION 101 PARK AVENUE 26TH FLOOR NEW YORK , NY 10178 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1432** | State what the contract or lease is for and the nature of the debtor's interest | Work Order #1 Dated 03/25/2013 | TATA AMERICA INTERNATIONAL CORPORATION 101 PARK AVENUE 26TH FLOOR NEW YORK , NY 10178 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1433** | State what the contract or lease is for and the nature of the debtor's interest | Sub-Work Order #2  Dated 03/25/2013 | TATA AMERICA INTERNATIONAL CORPORATION 101 PARK AVENUE 26TH FLOOR NEW YORK , NY 10178 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor        iHeartMedia Management Services, Inc.                    Case number *(if known)*  18-31301 (MI)
                 Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1434 | **State what the contract or lease is for and the nature of the debtor's interest** | Sub-Work Order #1 Dated 06/10/2013 | TATA AMERICA INTERNATIONAL CORPORATION<br>101 PARK AVENUE<br>26TH FLOOR<br>NEW YORK , NY 10178 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1435 | **State what the contract or lease is for and the nature of the debtor's interest** | Sub-Work order #1 Dated 05/17/2016 | TATA AMERICA INTERNATIONAL CORPORATION<br>101 PARK AVENUE<br>26TH FLOOR<br>NEW YORK , NY 10178 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1436 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment 1 to Work Order 3# -Sub Work order #8 Dated 06/05/2017 | TATA AMERICA INTERNATIONAL CORPORATION<br>101 PARK AVENUE<br>26TH FLOOR<br>NEW YORK , NY 10178 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1437 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment 1 to Sub-Work Order #5 Dated 04/02/2014 | TATA AMERICA INTERNATIONAL CORPORATION<br>101 PARK AVENUE<br>26TH FLOOR<br>NEW YORK , NY 10178 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1438 | **State what the contract or lease is for and the nature of the debtor's interest** | Sub-Work order #10 Dated 08/07/2017 | TATA AMERICA INTERNATIONAL CORPORATION<br>101 PARK AVENUE<br>26TH FLOOR<br>NEW YORK , NY 10178 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1439 | **State what the contract or lease is for and the nature of the debtor's interest** | Sub-Work Order # 11  Dated 05/19/2014 | TATA AMERICA INTERNATIONAL CORPORATION<br>101 PARK AVENUE<br>26TH FLOOR<br>NEW YORK , NY 10178 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1440 | **State what the contract or lease is for and the nature of the debtor's interest** | Sub-Work Order #7 Dated 01/27/2014 | TATA AMERICA INTERNATIONAL CORPORATION<br>101 PARK AVENUE<br>26TH FLOOR<br>NEW YORK , NY 10178 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor     iHeartMedia Management Services, Inc.                     Case number (if known)  18-31301 (MI)
           Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1441 | State what the contract or lease is for and the nature of the debtor's interest | Sub-Work Order #1 Dated 06/10/2013 | TATA AMERICA INTERNATIONAL CORPORATION 101 PARK AVENUE 26TH FLOOR NEW YORK , NY 10178 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1442 | State what the contract or lease is for and the nature of the debtor's interest | Amendment 3 to Sub-Work Order #5 Dated 08/05/2014 | TATA AMERICA INTERNATIONAL CORPORATION 101 PARK AVENUE 26TH FLOOR NEW YORK , NY 10178 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1443 | State what the contract or lease is for and the nature of the debtor's interest | Amendment 2 to Work Order #2 Dated 05/16/2016 | TATA AMERICA INTERNATIONAL CORPORATION 101 PARK AVENUE 26TH FLOOR NEW YORK , NY 10178 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1444 | State what the contract or lease is for and the nature of the debtor's interest | Amendment 2 to Sub - Work Order #11 - Work Order #2 Dated 03/04/2016 | TATA AMERICA INTERNATIONAL CORPORATION 101 PARK AVENUE 26TH FLOOR NEW YORK , NY 10178 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1445 | State what the contract or lease is for and the nature of the debtor's interest | Sub-Work order #8 Dated 02/13/2016 | TATA AMERICA INTERNATIONAL CORPORATION 101 PARK AVENUE 26TH FLOOR NEW YORK , NY 10178 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1446 | State what the contract or lease is for and the nature of the debtor's interest | Amendment 1 to Sub-Work Order #5 Dated 04/02/2014 | TATA AMERICA INTERNATIONAL CORPORATION 101 PARK AVENUE 26TH FLOOR NEW YORK , NY 10178 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1447 | State what the contract or lease is for and the nature of the debtor's interest | Sub-Work Order #16  Dated 11/17/2014 | TATA AMERICA INTERNATIONAL CORPORATION 101 PARK AVENUE 26TH FLOOR NEW YORK , NY 10178 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    iHeartMedia Management Services, Inc.        Case number (if known)   18-31301 (MI)
       Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1448 | State what the contract or lease is for and the nature of the debtor's interest | Sub-Work Order #12 Dated 03/01/2015 | TATA AMERICA INTERNATIONAL CORPORATION 101 PARK AVENUE 26TH FLOOR NEW YORK , NY 10178 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1449 | State what the contract or lease is for and the nature of the debtor's interest | Amendment 2 to Sub-Work Order #7 Dated 07/01/2015 | TATA AMERICA INTERNATIONAL CORPORATION 101 PARK AVENUE 26TH FLOOR NEW YORK , NY 10178 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1450 | State what the contract or lease is for and the nature of the debtor's interest | Sub-Work Order #1 Dated 06/10/2013 | TATA AMERICA INTERNATIONAL CORPORATION 101 PARK AVENUE 26TH FLOOR NEW YORK , NY 10178 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1451 | State what the contract or lease is for and the nature of the debtor's interest | Sub-Work Order #15 Dated 10/13/2014 | TATA AMERICA INTERNATIONAL CORPORATION 101 PARK AVENUE 26TH FLOOR NEW YORK , NY 10178 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1452 | State what the contract or lease is for and the nature of the debtor's interest | Sub-Work order #2 Dated 05/17/2016 | TATA AMERICA INTERNATIONAL CORPORATION 101 PARK AVENUE 26TH FLOOR NEW YORK , NY 10178 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1453 | State what the contract or lease is for and the nature of the debtor's interest | Sub-Work order #3 Dated 05/17/2016 | TATA AMERICA INTERNATIONAL CORPORATION 101 PARK AVENUE 26TH FLOOR NEW YORK , NY 10178 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1454 | State what the contract or lease is for and the nature of the debtor's interest | Sub-Work Order #4 Dated 09/21/2016 | TATA AMERICA INTERNATIONAL CORPORATION 101 PARK AVENUE 26TH FLOOR NEW YORK , NY 10178 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   iHeartMedia Management Services, Inc.
         Name

Case number (if known)   18-31301 (MI)

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.1455 | State what the contract or lease is for and the nature of the debtor's interest | Amendment 1 to Sub-Work Order #4 Dated 12/11/2013 | TATA AMERICA INTERNATIONAL CORPORATION 101 PARK AVENUE 26TH FLOOR NEW YORK , NY 10178 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1456 | State what the contract or lease is for and the nature of the debtor's interest | Sub-Work Order #2 Dated 02/03/2014 | TATA AMERICA INTERNATIONAL CORPORATION 101 PARK AVENUE 26TH FLOOR NEW YORK , NY 10178 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1457 | State what the contract or lease is for and the nature of the debtor's interest | Sub-Work Order #5 Dated 02/03/2014 | TATA AMERICA INTERNATIONAL CORPORATION 101 PARK AVENUE 26TH FLOOR NEW YORK , NY 10178 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1458 | State what the contract or lease is for and the nature of the debtor's interest | Work Order #2 Dated 06/06/2013 | TATA AMERICA INTERNATIONAL CORPORATION 101 PARK AVENUE 26TH FLOOR NEW YORK , NY 10178 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1459 | State what the contract or lease is for and the nature of the debtor's interest | Sub-Work Order #16 Dated 08/03/2015 | TATA AMERICA INTERNATIONAL CORPORATION 101 PARK AVENUE 26TH FLOOR NEW YORK , NY 10178 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1460 | State what the contract or lease is for and the nature of the debtor's interest | Change Order No. 1 Dated 02/01/2015 | TATA AMERICA INTERNATIONAL CORPORATION 101 PARK AVENUE 26TH FLOOR NEW YORK , NY 10178 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1461 | State what the contract or lease is for and the nature of the debtor's interest | Sub-Work Order #19 Dated 03/11/2015 | TATA AMERICA INTERNATIONAL CORPORATION 101 PARK AVENUE 26TH FLOOR NEW YORK , NY 10178 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor _____iHeartMedia Management Services, Inc._____     Case number *(if known)*  __18-31301 (MI)__
　　　　　Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1462 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment 2 to Sub-Work Order #7 Dated 04/21/2014 | TATA AMERICA INTERNATIONAL CORPORATION 101 PARK AVENUE 26TH FLOOR NEW YORK , NY 10178 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1463 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement  Dated 03/25/2013 | TATA AMERICA INTERNATIONAL CORPORATION 101 PARK AVENUE 26TH FLOOR NEW YORK , NY 10178 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1464 | **State what the contract or lease is for and the nature of the debtor's interest** | Sub-Work Order #11 Dated 03/01/2015 | TATA AMERICA INTERNATIONAL CORPORATION 101 PARK AVENUE 26TH FLOOR NEW YORK , NY 10178 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1465 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment 2 to Sub Work Order #7 Dated 01/01/2015 | TATA AMERICA INTERNATIONAL CORPORATION 101 PARK AVENUE 26TH FLOOR NEW YORK , NY 10178 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1466 | **State what the contract or lease is for and the nature of the debtor's interest** | Sub-Work Order #1 Dated 03/25/2013 | TATA AMERICA INTERNATIONAL CORPORATION 101 PARK AVENUE 26TH FLOOR NEW YORK , NY 10178 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1467 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment 2 to Sub - Work Order #10 Dated 05/16/2016 | TATA AMERICA INTERNATIONAL CORPORATION 101 PARK AVENUE 26TH FLOOR NEW YORK , NY 10178 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1468 | **State what the contract or lease is for and the nature of the debtor's interest** | Sub-Work order #11 Dated 09/11/2017 | TATA AMERICA INTERNATIONAL CORPORATION 101 PARK AVENUE 26TH FLOOR NEW YORK , NY 10178 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor _____iHeartMedia Management Services, Inc._____     Case number *(if known)* __18-31301 (MI)__
         Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1469 | State what the contract or lease is for and the nature of the debtor's interest | Change Order No. 2 Dated 01/01/2015 | TATA AMERICA INTERNATIONAL CORPORATION 101 PARK AVENUE 26TH FLOOR NEW YORK , NY 10178 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1470 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement Dated 03/25/2013 | TATA AMERICA INTERNATIONAL CORPORATION 101 PARK AVENUE 26TH FLOOR NEW YORK , NY 10178 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1471 | State what the contract or lease is for and the nature of the debtor's interest | Sub-Work Order #4 Dated 09/21/2016 | TATA AMERICA INTERNATIONAL CORPORATION 101 PARK AVENUE 26TH FLOOR NEW YORK , NY 10178 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1472 | State what the contract or lease is for and the nature of the debtor's interest | Amendment 2 to Sub Work Order #13 Dated 08/01/2015 | TATA AMERICA INTERNATIONAL CORPORATION 101 PARK AVENUE 26TH FLOOR NEW YORK , NY 10178 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1473 | State what the contract or lease is for and the nature of the debtor's interest | Amendment 1 to Sub-Work Order 3 Dated 10/20/2014 | TATA AMERICA INTERNATIONAL CORPORATION 101 PARK AVENUE 26TH FLOOR NEW YORK , NY 10178 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1474 | State what the contract or lease is for and the nature of the debtor's interest | Sub-Work Order #5 Dated 02/03/2014 | TATA AMERICA INTERNATIONAL CORPORATION 101 PARK AVENUE 26TH FLOOR NEW YORK , NY 10178 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1475 | State what the contract or lease is for and the nature of the debtor's interest | Amendment 1 to Work Order 3# -Sub Work order #1 Dated 05/17/2016 | TATA AMERICA INTERNATIONAL CORPORATION 101 PARK AVENUE 26TH FLOOR NEW YORK , NY 10178 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    iHeartMedia Management Services, Inc.
           Name

Case number *(if known)*   18-31301 (MI)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1476 | State what the contract or lease is for and the nature of the debtor's interest | Amendment 1 to Work Order 3# -Sub Work order #6 Dated 01/03/2017 | TATA AMERICA INTERNATIONAL CORPORATION 101 PARK AVENUE 26TH FLOOR NEW YORK , NY 10178 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1477 | State what the contract or lease is for and the nature of the debtor's interest | Sub-Work Order #4 Dated 09/21/2016 | TATA AMERICA INTERNATIONAL CORPORATION 101 PARK AVENUE 26TH FLOOR NEW YORK , NY 10178 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1478 | State what the contract or lease is for and the nature of the debtor's interest | Amendment 2 to Work Order 1# - Sub Work order #20 Dated 02/23/2015 | TATA AMERICA INTERNATIONAL CORPORATION 101 PARK AVENUE 26TH FLOOR NEW YORK , NY 10178 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1479 | State what the contract or lease is for and the nature of the debtor's interest | Amendment 1 to Sub-Work Order #5 Dated 04/02/2014 | TATA AMERICA INTERNATIONAL CORPORATION 101 PARK AVENUE 26TH FLOOR NEW YORK , NY 10178 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1480 | State what the contract or lease is for and the nature of the debtor's interest | Sub-Work Order #5 Dated 02/03/2014 | TATA AMERICA INTERNATIONAL CORPORATION 101 PARK AVENUE 26TH FLOOR NEW YORK , NY 10178 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1481 | State what the contract or lease is for and the nature of the debtor's interest | Work Order #2  Dated 06/06/2013 | TATA AMERICA INTERNATIONAL CORPORATION 101 PARK AVENUE 26TH FLOOR NEW YORK , NY 10178 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1482 | State what the contract or lease is for and the nature of the debtor's interest | Work Order #2  Dated 06/06/2013 | TATA AMERICA INTERNATIONAL CORPORATION 101 PARK AVENUE 26TH FLOOR NEW YORK , NY 10178 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    iHeartMedia Management Services, Inc.
          Name

Case number *(if known)*   18-31301 (MI)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1483 | State what the contract or lease is for and the nature of the debtor's interest | Amendment 1 to Work Order 3# -Sub Work order #7 Dated 01/03/2017 | TATA AMERICA INTERNATIONAL CORPORATION 101 PARK AVENUE 26TH FLOOR NEW YORK , NY 10178 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1484 | State what the contract or lease is for and the nature of the debtor's interest | Sub - Work order #14 Dated 07/20/2015 | TATA AMERICA INTERNATIONAL CORPORATION 101 PARK AVENUE 26TH FLOOR NEW YORK , NY 10178 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1485 | State what the contract or lease is for and the nature of the debtor's interest | Amendment 4 to Sub-Work Order #13. Dated 12/01/2015 | TATA AMERICA INTERNATIONAL CORPORATION 101 PARK AVENUE 26TH FLOOR NEW YORK , NY 10178 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1486 | State what the contract or lease is for and the nature of the debtor's interest | Sub-Work Order #5 Dated 11/28/2016 | TATA AMERICA INTERNATIONAL CORPORATION 101 PARK AVENUE 26TH FLOOR NEW YORK , NY 10178 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1487 | State what the contract or lease is for and the nature of the debtor's interest | Sub-Work Order #7 Dated 01/27/2014 | TATA AMERICA INTERNATIONAL CORPORATION 101 PARK AVENUE 26TH FLOOR NEW YORK , NY 10178 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1488 | State what the contract or lease is for and the nature of the debtor's interest | Sub-Work Order #7 Dated 01/03/2017 | TATA AMERICA INTERNATIONAL CORPORATION 101 PARK AVENUE 26TH FLOOR NEW YORK , NY 10178 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1489 | State what the contract or lease is for and the nature of the debtor's interest | Amendment 2 to Sub-Work Order #5 Dated 07/24/2014 | TATA AMERICA INTERNATIONAL CORPORATION 101 PARK AVENUE 26TH FLOOR NEW YORK , NY 10178 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    iHeartMedia Management Services, Inc.                          Case number (if known)   18-31301 (MI)
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1490 | State what the contract or lease is for and the nature of the debtor's interest | Amendment 1 to Sub Work Order #13 Dated 07/01/2015 | TATA AMERICA INTERNATIONAL CORPORATION 101 PARK AVENUE 26TH FLOOR NEW YORK , NY 10178 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1491 | State what the contract or lease is for and the nature of the debtor's interest | Sub-Work Order #6 Dated 01/03/2017 | TATA AMERICA INTERNATIONAL CORPORATION 101 PARK AVENUE 26TH FLOOR NEW YORK , NY 10178 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1492 | State what the contract or lease is for and the nature of the debtor's interest | Sub-Work Order #8 Dated 03/13/2017 | TATA AMERICA INTERNATIONAL CORPORATION 101 PARK AVENUE 26TH FLOOR NEW YORK , NY 10178 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1493 | State what the contract or lease is for and the nature of the debtor's interest | Amendment 3 to Sub Work Order #13 Dated 09/01/2015 | TATA AMERICA INTERNATIONAL CORPORATION 101 PARK AVENUE 26TH FLOOR NEW YORK , NY 10178 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1494 | State what the contract or lease is for and the nature of the debtor's interest | Amendment 6 to Work Order #1 - Sub Work Order #13 Dated 07/22/2014 | TATA AMERICA INTERNATIONAL CORPORATION 101 PARK AVENUE 26TH FLOOR NEW YORK , NY 10178 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1495 | State what the contract or lease is for and the nature of the debtor's interest | Sub-Work Order # 4 Dated 01/13/2014 | TATA AMERICA INTERNATIONAL CORPORATION 101 PARK AVENUE 26TH FLOOR NEW YORK , NY 10178 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1496 | State what the contract or lease is for and the nature of the debtor's interest | Sub-Work Order #4 Dated 11/18/2013 | TATA AMERICA INTERNATIONAL CORPORATION 101 PARK AVENUE 26TH FLOOR NEW YORK , NY 10178 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor      iHeartMedia Management Services, Inc.
            Name

Case number (if known)   18-31301 (MI)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1497 | State what the contract or lease is for and the nature of the debtor's interest | Amendment 4 to Work Order #1-Sub Work Order #15 Dated 10/13/2014 | TATA AMERICA INTERNATIONAL CORPORATION 101 PARK AVENUE 26TH FLOOR NEW YORK , NY 10178 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1498 | State what the contract or lease is for and the nature of the debtor's interest | Sub-Work Order # 20 Dated 02/23/2015 | TATA AMERICA INTERNATIONAL CORPORATION 101 PARK AVENUE 26TH FLOOR NEW YORK , NY 10178 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1499 | State what the contract or lease is for and the nature of the debtor's interest | Sub-Work Order #1 Dated 06/10/2013 | TATA AMERICA INTERNATIONAL CORPORATION 101 PARK AVENUE 26TH FLOOR NEW YORK , NY 10178 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1500 | State what the contract or lease is for and the nature of the debtor's interest | Amendment 2 to Sub-Work Order #5 Dated 07/24/2014 | TATA AMERICA INTERNATIONAL CORPORATION 101 PARK AVENUE 26TH FLOOR NEW YORK , NY 10178 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1501 | State what the contract or lease is for and the nature of the debtor's interest | Sub - Work Order #4  Dated 11/08/2013 | TATA AMERICA INTERNATIONAL CORPORATION 101 PARK AVENUE 26TH FLOOR NEW YORK , NY 10178 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1502 | State what the contract or lease is for and the nature of the debtor's interest | Sub-Work Order #3 Dated 11/05/2013 | TATA AMERICA INTERNATIONAL CORPORATION 101 PARK AVENUE 26TH FLOOR NEW YORK , NY 10178 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1503 | State what the contract or lease is for and the nature of the debtor's interest | Sub-Work Order #2 Dated 08/22/2013 | TATA AMERICA INTERNATIONAL CORPORATION 101 PARK AVENUE 26TH FLOOR NEW YORK , NY 10178 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    iHeartMedia Management Services, Inc.
          Name

Case number (if known)   18-31301 (MI)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1504 | State what the contract or lease is for and the nature of the debtor's interest | Amendment 3 to Work Order #1-Sub Work Order #17 Dated 11/20/2014 | TATA AMERICA INTERNATIONAL CORPORATION 101 PARK AVENUE 26TH FLOOR NEW YORK , NY 10178 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1505 | State what the contract or lease is for and the nature of the debtor's interest | Amendment 1 to Sub-Work Order #4 Dated 12/11/2013 | TATA AMERICA INTERNATIONAL CORPORATION 101 PARK AVENUE 26TH FLOOR NEW YORK , NY 10178 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1506 | State what the contract or lease is for and the nature of the debtor's interest | Sub-Work Order #10  Dated 09/20/2014 | TATA AMERICA INTERNATIONAL CORPORATION 101 PARK AVENUE 26TH FLOOR NEW YORK , NY 10178 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1507 | State what the contract or lease is for and the nature of the debtor's interest | Sub-Work Order #12  Dated 06/12/2014 | TATA AMERICA INTERNATIONAL CORPORATION 101 PARK AVENUE 26TH FLOOR NEW YORK , NY 10178 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1508 | State what the contract or lease is for and the nature of the debtor's interest | Amendment 1 to Sub-Work Order 3 Dated 11/20/2014 | TATA AMERICA INTERNATIONAL CORPORATION 101 PARK AVENUE 26TH FLOOR NEW YORK , NY 10178 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1509 | State what the contract or lease is for and the nature of the debtor's interest | Amendment 1 to Sub-Work Order #5 Dated 04/02/2013 | TATA AMERICA INTERNATIONAL CORPORATION 101 PARK AVENUE 26TH FLOOR NEW YORK , NY 10178 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1510 | State what the contract or lease is for and the nature of the debtor's interest | Signature page of Sub Work Order #1 Dated 06/06/2013 | TATA AMERICA INTERNATIONAL CORPORATION 101 PARK AVENUE 26TH FLOOR NEW YORK , NY 10178 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    iHeartMedia Management Services, Inc.                          Case number (if known)  18-31301 (MI)
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1511 | State what the contract or lease is for and the nature of the debtor's interest | Work Order #3 Dated 05/17/2016 | TATA AMERICA INTERNATIONAL CORPORATION<br>101 PARK AVENUE<br>26TH FLOOR<br>NEW YORK , NY 10178 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1512 | State what the contract or lease is for and the nature of the debtor's interest | Sub-Work Order #8 Dated 03/13/2017 | TATA AMERICA INTERNATIONAL CORPORATION<br>101 PARK AVENUE<br>26TH FLOOR<br>NEW YORK , NY 10178 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1513 | State what the contract or lease is for and the nature of the debtor's interest | Sub-Work Order #9 Dated 03/21/2017 | TATA AMERICA INTERNATIONAL CORPORATION<br>101 PARK AVENUE<br>26TH FLOOR<br>NEW YORK , NY 10178 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1514 | State what the contract or lease is for and the nature of the debtor's interest | Amendment 3 to Work Order #1 Dated 05/16/2016 | TATA AMERICA INTERNATIONAL CORPORATION<br>101 PARK AVENUE<br>26TH FLOOR<br>NEW YORK , NY 10178 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1515 | State what the contract or lease is for and the nature of the debtor's interest | Amendment 1 to Work Order 1# - Sub Work order #22 Dated 02/01/2016 | TATA AMERICA INTERNATIONAL CORPORATION<br>101 PARK AVENUE<br>26TH FLOOR<br>NEW YORK , NY 10178 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1516 | State what the contract or lease is for and the nature of the debtor's interest | Amendment 1 to Work Order 1# - Sub Work order #7 Dated 01/20/2014 | TATA AMERICA INTERNATIONAL CORPORATION<br>101 PARK AVENUE<br>26TH FLOOR<br>NEW YORK , NY 10178 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1517 | State what the contract or lease is for and the nature of the debtor's interest | Invoice  Dated 08/19/2015 | TATA AMERICA INTERNATIONAL CORPORATION<br>101 PARK AVENUE<br>26TH FLOOR<br>NEW YORK, NY 10178 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    iHeartMedia Management Services, Inc.                     Case number *(if known)*   18-31301 (MI)
<br>Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1518 | State what the contract or lease is for and the nature of the debtor's interest | Sub-Work Order #5 Dated 11/28/2016 | TATA AMERICA INTERNATIONAL CORPORATION<br>101 PARK AVENUE<br>26TH FLOOR<br>NEW YORK , NY 10178 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1519 | State what the contract or lease is for and the nature of the debtor's interest | Amendment 1 to Sub-Work Order #4 Dated 12/11/2013 | TATA AMERICA INTERNATIONAL CORPORATION<br>101 PARK AVENUE<br>26TH FLOOR<br>NEW YORK , NY 10178 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1520 | State what the contract or lease is for and the nature of the debtor's interest | Amendment 4 to Sub-Work Order #5 Dated 12/01/2014 | TATA AMERICA INTERNATIONAL CORPORATION<br>101 PARK AVENUE<br>26TH FLOOR<br>NEW YORK , NY 10178 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1521 | State what the contract or lease is for and the nature of the debtor's interest | Amendment 2 to Sub-Work Order #5 Dated 07/24/2014 | TATA AMERICA INTERNATIONAL CORPORATION<br>101 PARK AVENUE<br>26TH FLOOR<br>NEW YORK , NY 10178 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1522 | State what the contract or lease is for and the nature of the debtor's interest | Sub-Work Order #3 Dated 03/25/2013 | TATA AMERICA INTERNATIONAL CORPORATION<br>101 PARK AVENUE<br>26TH FLOOR<br>NEW YORK , NY 10178 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1523 | State what the contract or lease is for and the nature of the debtor's interest | Amendment 1 to Sub Work Order #7 Dated 02/24/2014 | TATA AMERICA INTERNATIONAL CORPORATION<br>101 PARK AVENUE<br>26TH FLOOR<br>NEW YORK , NY 10178 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1524 | State what the contract or lease is for and the nature of the debtor's interest | Amendment 1 to Sub-Work Order #7 Dated 02/24/2014 | TATA AMERICA INTERNATIONAL CORPORATION<br>101 PARK AVENUE<br>26TH FLOOR<br>NEW YORK , NY 10178 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    iHeartMedia Management Services, Inc.
          Name

Case number (if known)   18-31301 (MI)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1525 | State what the contract or lease is for and the nature of the debtor's interest | Sub-Work Order #2 Dated 03/25/2013 | TATA AMERICA INTERNATIONAL CORPORATION 101 PARK AVENUE 26TH FLOOR NEW YORK , NY 10178 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1526 | State what the contract or lease is for and the nature of the debtor's interest | Work Order #1 Dated 03/25/2013 | TATA AMERICA INTERNATIONAL CORPORATION 101 PARK AVENUE 26TH FLOOR NEW YORK , NY 10178 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1527 | State what the contract or lease is for and the nature of the debtor's interest | Sub-Work Order #3 Dated 04/15/2013 | TATA AMERICA INTERNATIONAL CORPORATION 101 PARK AVENUE 26TH FLOOR NEW YORK , NY 10178 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1528 | State what the contract or lease is for and the nature of the debtor's interest | Termination Notice Letter  Dated 06/27/2017 | TATA AMERICA INTERNATIONAL CORPORATION 101 PARK AVENUE 26 TH FLOOR NEW YORK , NY 10178 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1529 | State what the contract or lease is for and the nature of the debtor's interest | Some part of unknown contract | TATA AMERICA INTERNATIONAL CORPORATION 101 PARK AVENUE 26TH FLOOR NEW YORK , NY 10176 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1530 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement Renewal  Dated 04/30/2016 | TATA CONSULTANCY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1531 | State what the contract or lease is for and the nature of the debtor's interest | Deal Summary Sheet  Dated 11/21/2016 | TATA CONSULTANCY SERVICES |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    iHeartMedia Management Services, Inc.                          Case number (if known)   18-31301 (MI)
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1532 | State what the contract or lease is for and the nature of the debtor's interest | Notice Letter  Dated 08/28/2015 | TATA CONSULTANCY SERVICES LIMITED |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1533 | State what the contract or lease is for and the nature of the debtor's interest | Invoice and Renewal Amendment Schedule Dated 01/01/2016 | TAX COMPLIANCE, INC. 10089 WILLOW CREEK ROAD SUITE 300 SAN DIEGO, CA 92131 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1534 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work #3  Dated 02/01/2018 | TECHMINDS GROUP, LLC 365 WEST PASSAIC STREET SUITE 228 ROCHELLE PARK, NJ 07662 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1535 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement Dated 11/30/2009 | TECHNOLOGY PARTNERS INTERNATIONAL, INC. 10056 GROGAN'S MILL ROAD SUITE 200 THE WOODLANDS , TX 77380 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1536 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement  Dated 07/27/2016 | TECTONIC LLC ATTN: CHRIS WILSON 1644 PLATTE STREET 3RD FLOOR DENVER , CO 80202 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1537 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement  Dated 12/02/2011 | TECTURA 411 BOREL AVENUE SUITE 205 SAN MATEO, CA 94402 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1538 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement  Dated 08/01/2017 | TEMPUS TECHNOLOGIES, INC. ATTN: PRESIDENT 120 E. SEVENTH STREET AUBURN, IN 46706 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    iHeartMedia Management Services, Inc.
          Name

Case number (if known)   18-31301 (MI)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1539 | State what the contract or lease is for and the nature of the debtor's interest | Tempus Technologies, Inc.  Dated 08/01/2017 | TEMPUS TECHNOLOGIES, INC. ATTN: PRESIDENT 120 E. SEVENTH STREET AUBURN, IN 46706 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1540 | State what the contract or lease is for and the nature of the debtor's interest | Mutual Confidentiality and Non-Disclosure Agreement Dated 02/07/2017 | TEMPUS TECHNOLOGIES, INC. 120 E SEVENTH ST AUBURN, IA 46706 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1541 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement  Dated 08/01/2017 | TEMPUS TECHNOLOGIES, INC. 120 E SEVENTH ST AUBURN, IA 46706 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1542 | State what the contract or lease is for and the nature of the debtor's interest | Scope of Work Project (Addendum E) Dated 08/01/2017 | TEMPUS TECHNOLOGIES, INC. 120 E SEVENTH ST AUBURN, IA 46706 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1543 | State what the contract or lease is for and the nature of the debtor's interest | Mutual Confidentiality and Non-Disclosure Agreement Dated 08/25/2016 | TFS ENERGY SOLUTIONS, LLC |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1544 | State what the contract or lease is for and the nature of the debtor's interest | Addendum #3 to Member Agreement for Radio Dated 04/01/2013 | THE ASSOCIATED PRESS 1100 13TH STREET NW SUITE 700 WASHINGTON, DC 20005 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1545 | State what the contract or lease is for and the nature of the debtor's interest | Addendum to Member Agreement for Radio Dated 04/01/2013 | THE ASSOCIATED PRESS 1100 13TH STREET NW SUITE 700 WASHINGTON, DC 20005 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor <u>iHeartMedia Management Services, Inc.</u>   Case number *(if known)* <u>18-31301 (MI)</u>
   Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1546 | **State what the contract or lease is for and the nature of the debtor's interest** | Addendum to Member Supplemental Agreement for Radio Dated 04/01/2013 | THE ASSOCIATED PRESS 1100 13TH STREET NW SUITE 700 WASHINGTON, DC 20005 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1547 | **State what the contract or lease is for and the nature of the debtor's interest** | Member Agreement for Radio Dated 04/01/2013 | THE ASSOCIATED PRESS 1100 13TH ST. NW SUITE 700 WASHINGTON, DC 20005 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1548 | **State what the contract or lease is for and the nature of the debtor's interest** | Addendum #2 to Member Agreement for Radio Dated 04/01/2013 | THE ASSOCIATED PRESS 1100 13TH STREET NW SUITE 700 WASHINGTON, DC 20005 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1549 | **State what the contract or lease is for and the nature of the debtor's interest** | Addendum to Member Agreements for Radio Dated 03/14/2013 | THE ASSOCIATED PRESS 1103 13TH STREET NW SUITE 700 WASHINGTON , DC 20005 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1550 | **State what the contract or lease is for and the nature of the debtor's interest** | Addendum to GraphicsBank Supplemental Agreement for Internet Use Dated 04/01/2013 | THE ASSOCIATED PRESS 1100 13TH STREET NW SUITE 700 WASHINGTON , DC 20005 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1551 | **State what the contract or lease is for and the nature of the debtor's interest** | Digital Use Agreement | THE ASSOCIATED PRESS 1100 13TH STREET NW SUITE 700 WASHINGTON , DC 20005 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1552 | **State what the contract or lease is for and the nature of the debtor's interest** | Addendum to Images Online Supplemental Agreement Dated 04/01/2013 | THE ASSOCIATED PRESS 1100 13TH STREET NW SUITE 700 WASHINGTON , DC 20005 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor    <u>iHeartMedia Management Services, Inc.</u>      Case number *(if known)* <u>18-31301 (MI)</u>
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1553** | State what the contract or lease is for and the nature of the debtor's interest | Cancellation Notification Dated 07/23/2017 | THE AUTOSCRIBE CORP.<br>9711 WASHINGTONIAN BLVD.<br>SUITE 440<br>GAITHERSBURG, MD 20878 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1554** | State what the contract or lease is for and the nature of the debtor's interest | Corporate Rate Agreement Dated 01/01/2018 | THE BEEKMAN, A THOMPSON HOTEL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1555** | State what the contract or lease is for and the nature of the debtor's interest | Telecommunications Services Agreement Dated 02/09/2015 | THE ERIC RYAN CORPORATION<br>ATTN: MARY DECARIA<br>1 EARLY STREET<br>SUITE A<br>PO BOX 473<br>ELLWOOD CITY, PA 16117 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1556** | State what the contract or lease is for and the nature of the debtor's interest | Mutual Confidentiality and Non-Disclosure Agreement Dated 02/12/2015 | THE ERIC RYAN CORPORATION<br>1 EARLY ST.<br>SUITE A<br>PO BOX 473<br>ELLWOOD CITY, PA 16117 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1557** | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 02/09/2017 | THE ERIC RYAN CORPORATION<br>1 EARLY ST.<br>SUITE A<br>PO BOX 473<br>ELLWOOD CITY, PA 16117 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1558** | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement Dated 06/21/2016 | THE ERIC RYAN CORPORATION<br>ATTN: MARY DECARIA<br>1 EATLY ST.<br>SUITE A<br>PO BOX 473<br>ELLWOOD CITY, PA 16117 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1559** | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement Dated 06/21/2016 | THE ERIC RYAN CORPORATION<br>ATTN: MARY DECARIA<br>1 EATLY ST.<br>SUITE A<br>PO BOX 473<br>ELLWOOD CITY, PA 16117 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    iHeartMedia Management Services, Inc.
          Name
          Case number (if known)   18-31301 (MI)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.1560 | State what the contract or lease is for and the nature of the debtor's interest | Non-Disclosure Agreement Dated 01/10/2018 | THE GARRIGAN LYMAN GROUP INC. 1524 FIFTH AVENUE SEATTLE, WA 98101 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1561 | State what the contract or lease is for and the nature of the debtor's interest | Work Order 2- Maestro Software Development Kit (SDK) Dated 06/01/2012 | THE PROFISEE GROUP, INC. 2520 NORTHWINDS PARKWAY SUITE 400 ALPHARETTA , GA 30009 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1562 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement for "Time and Materials" Based Project Dated 06/13/2012 | THE PROFISEE GROUP, INC. 2520 NORTHWINDS PARKWAY 4TH FLOOR ALPHARETTA, GA 30009 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1563 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 06/13/2012 | THE PROFISEE GROUP, INC. 2520 NORTHWINDS PARKWAY SUITE 400 ALPHARETTA, GA 30009 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1564 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 06/13/2012 | THE PROFISEE GROUP, INC. 2520 NORTHWINDS PARKWAY SUITE 400, ALPHARETTA, GA 30009 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1565 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 06/15/2012 | THE PROFISEE GROUP, INC. 2520 NORTHWINDS PARKWAY, SUITE #400 ALPHARETTA , GA 30009 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1566 | State what the contract or lease is for and the nature of the debtor's interest | Work Order 2 - Maestro Software Development Lit (SDK) Dated 06/13/2012 | THE PROFISEE GROUP, INC. 2520 NORTHWINDS PARKWAY SUITE 400 ALPHARETTA , GA 30009 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor  iHeartMedia Management Services, Inc.
Name

Case number (if known)  18-31301 (MI)

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1567 | State what the contract or lease is for and the nature of the debtor's interest | Master Data Maestro - Specification Schedule - Schedule of Software Dated 06/15/2011 | THE PROFISEE GROUP, INC. 2520 NORTHWINDS PARKWAY SUITE #400 ALPHARETTA, GA 30009 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1568 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work  Dated 06/13/2012 | THE PROFISEE GROUP, INC. 2520 NORTHWINDS PARKWAY, SUITE 400, ALPHARETTA, GA 30009 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1569 | State what the contract or lease is for and the nature of the debtor's interest | Work Order 01 - Master Data Service Accelerator Dated 06/01/2012 | THE PROFISEE GROUP, INC. 2520 NORTHWINDS PARKWAY, SUITE 400 ALPHARETTA, GA 30009 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1570 | State what the contract or lease is for and the nature of the debtor's interest | Non-Disclosure Agreement Dated 11/15/2016 | THE SAVO GROUP LTD 155 NORTH WACKER DRIVE SUITE 1000 CHICAGO, IL 60606 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1571 | State what the contract or lease is for and the nature of the debtor's interest | Non-Disclosure Agreement Dated 03/27/2017 | THE UNIVERSITY OF TEXAS AT SAN ANTONIO ATTN: DR. CAN (JOHN) SAYGIN ASSOCIATE VICE PRESIDENT FOR SPONSORED PROJECT ADMINISTRATION ONE UTSA CIRCLE SAN ANTONIO , TX 78249 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1572 | State what the contract or lease is for and the nature of the debtor's interest | Consulting Services Agreement Dated 02/15/2013 | THIRD DEFENSE, INC. 29105 NE 62ND PI CARNATION , WA 98014 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1573 | State what the contract or lease is for and the nature of the debtor's interest | Mutual Non-disclosure Agreement Dated 02/15/2013 | THIRD DEFENSE, INC. 29105 NE 62ND PI CARNATION , WA 98014 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    iHeartMedia Management Services, Inc.            Case number *(if known)*   18-31301 (MI)
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1574** | State what the contract or lease is for and the nature of the debtor's interest | Addendum to the Consulting Services Agreement Dated 02/18/2013 | THIRD DEFENSE, INC.<br>29105 NE 62ND PI<br>CARNATION , WA 98014 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| **2.1575** | State what the contract or lease is for and the nature of the debtor's interest | Service Invoice Dated 01/29/2015 | THOMAS & BETTS POWER SOLUTIONS D/B/A JT PACKARD<br>275 INVESTMENT COURT<br>VERONA , WI 53593 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| **2.1576** | State what the contract or lease is for and the nature of the debtor's interest | Service Invoice Dated 02/24/2015 | THOMAS & BETTS POWER SOLUTIONS LLC<br>ATTN: ABB INC.<br>275 INVESTMENT COURT<br>VERONA , WI 53593 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| **2.1577** | State what the contract or lease is for and the nature of the debtor's interest | Service Invoice Dated 02/12/2015 | THOMAS & BETTS POWER SOLUTIONS LLC<br>ATTN: ABB INC.<br>275 INVESTMENT COURT<br>VERONA , WI 53593 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| **2.1578** | State what the contract or lease is for and the nature of the debtor's interest | Service Invoice Dated 01/29/2015 | THOMAS & BETTS POWER SOLUTIONS LLC D/B/A JT PACKARD<br>275 INVESTMENT COURT<br>VERONA , WI 53593 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| **2.1579** | State what the contract or lease is for and the nature of the debtor's interest | Order Form Dated 09/29/2016 | THOMSON REUTERS (TAX & ACCOUNTING) INC.<br>ATTN: ORDER PROCESSING<br>2395 MIDWAY ROAD<br>CARROLLTON, TX 75006-2521 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| **2.1580** | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work & Order Form Dated 12/04/2015 | THOMSON REUTERS (TAX & ACCOUNTING) INC.<br>ATTN: ORDER PROCESSING<br>2395 MIDWAY ROAD<br>CARROLLTON, TX 75006-2521 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |

Debtor   iHeartMedia Management Services, Inc.
         Name

Case number (if known)   18-31301 (MI)

   **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1581 | State what the contract or lease is for and the nature of the debtor's interest | Multi Year Order Form and License Agreement Dated 10/20/2016 | THOMSON REUTERS (TAX & ACCOUNTING), INC. PO BOX 115008 CARROLLTON, TX 75001-5008 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1582 | State what the contract or lease is for and the nature of the debtor's interest | National Services Agreement Dated 10/11/2011 | TIME WARNER CABLE BUSINESS SERVICES 13820 SUNRISE VALLEY DRIVE HERNDON, VA 20171 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1583 | State what the contract or lease is for and the nature of the debtor's interest | Amendment No. 1 to National Service Agreement Dated 01/20/2012 | TIME WARNER CABLE, INC. 13820 SUNRISE VALLEY DRIVE HERNDON, VA 20171 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1584 | State what the contract or lease is for and the nature of the debtor's interest | Business Class Service Addendum Dated 08/18/2015 | TIME WARNER CABLE, INC. 13820 SUNRISE VALLEY DR HERNDON, VA 20171 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1585 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work  Dated 07/06/2012 | TIMOTHY FLANAGAN 618 NW 87TH ST. SEATTLE, WA 98117 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1586 | State what the contract or lease is for and the nature of the debtor's interest | Services  Dated 04/09/2012 | TIMOTHY FLANAGAN 618 NW 87TH ST. SEATTLE, WA 98117 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1587 | State what the contract or lease is for and the nature of the debtor's interest | Non-Disclosure Agreement Dated 09/18/2017 | TLC CREATIVE ATTN: JEFF WARD MANAGER 13428 MAXELLA AVE #261 MARINA DEL REY, CA 90292 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor ___iHeartMedia Management Services, Inc.___
Name

Case number *(if known)* __18-31301 (MI)__

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1588 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work  Dated 08/21/2013 | TRACTION SALES AND MARKETING INC. 2700 PRODUCTION WAY 5TH FLOOR BURNABY, BC V5A 4V7 CANADA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1589 | State what the contract or lease is for and the nature of the debtor's interest | Non-Disclosure Agreement Dated 10/06/2017 | TRACTION SALES AND MARKETING, INC. ATTN: DAVID NELSON MANAGING DIRECTOR - TRACTION LABS 2700 PRODUCTION WAY BURNABY, BC V5A 0C2 CANADA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1590 | State what the contract or lease is for and the nature of the debtor's interest | Letter of Authorization  Dated 03/29/2017 | TRANSPARENT ENERGY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1591 | State what the contract or lease is for and the nature of the debtor's interest | Mutual Confidentiality and Non-Disclosure Agreement Dated 11/09/2016 | TREND MICRO INCORPORATED 225 EAST JOHN CARPENTER FREEWAY SUITE 1500 IRVING , TX 75062 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1592 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement  Dated 10/03/2013 | TRIQUEST BUSINESS SERVICES ATTN: JANEL A. UMPHLETT 13526 GEORGE RD 201 SAN ANTONIO , TX 78230 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1593 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement  Dated 11/02/2016 | TRY IT NOW TRAINING, LLC ATTN: TOM WASHAM 2930 NORTH SHERIDAN #1401 CHICAGO , IL 60657 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1594 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement  Dated 11/02/2016 | TRY IT NOW TRAINING, LLC ATTN: TOM WASHAM 2930 NORTH SHERIDAN CHICAGO , IL 60657 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor ___iHeartMedia Management Services, Inc.___ Case number *(if known)* __18-31301 (MI)__
      Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1595 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement Dated 12/09/2011 | TW TELECOM HOLDINGS, INC.<br>10475 PARK MEADOWS DRIVE<br>LITTLETON , CO 80124 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1596 | State what the contract or lease is for and the nature of the debtor's interest | National Account Master Agreement Dated 07/01/2016 | TYCO INTEGRATED SECURITY, LLC<br>ATTN: NATIONAL ACCOUNT MANAGER<br>2530 WHITEHALL PARK DR<br>CHARLOTTE, NC 28270 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1597 | State what the contract or lease is for and the nature of the debtor's interest | Termination Notice Letter  Dated 08/05/2015 | UMT 360 LLC<br>10900 NR 4TH STREET<br>SUITE 2110<br>BELLEVUE , WA 98004 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1598 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 03/12/2013 | UMT CONSULTING GROUP, LLC<br>1 BATTERY PARK PLAZA<br>NEW YORK , NY 10004 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1599 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work  Dated 07/25/2013 | UMT CONSULTING GROUP, LLC<br>1 BATTERY PARK PLAZA<br>NEW YORK , NY 10004 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1600 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work  Dated 07/25/2013 | UMT CONSULTING GROUP, LLC<br>1 BATTERY PARK PLAZA<br>NEW YORK , NY 10004 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1601 | State what the contract or lease is for and the nature of the debtor's interest | Change Order No. 1 Dated 07/18/2013 | UMT CONSULTING GROUP, LLC<br>1 BATTERY PARK PLAZA<br>NEW YORK , NY 10004 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor ___iHeartMedia Management Services, Inc.___    Case number *(if known)* __18-31301 (MI)__
         Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1602** | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work  Dated 02/01/2018 | UMT CONSULTING GROUP, LLC<br>1 BATTERY PARK PLAZA<br>NEW YORK , NY 10004 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1603** | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 02/05/2018 | UMT CONSULTING GROUP, LLC<br>1 BATTERY PARK PLAZA<br>NEW YORK , NY 10004 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1604** | State what the contract or lease is for and the nature of the debtor's interest | Invoice Annual Support and Maintenance  Dated 06/24/2015 | UXC ECLIPSE (USA) LLC<br>174 HUDSON STREET<br>NEW YORK, NY 10013 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1605** | State what the contract or lease is for and the nature of the debtor's interest | Non-Disclosure and Restricted Use Agreement  Dated 01/01/2008 | VARICENT SOFTWARE INCORPORATED<br>36 YORK MILLS ROAD<br>SUITE 200<br>TORONTO , ON M2P2E9<br>CANADA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1606** | State what the contract or lease is for and the nature of the debtor's interest | Non-Disclosure Agreement Dated 11/28/2016 | VELOCLOUD NETWORKS INC.<br>295 NORTH BERNADO AVE<br>MOUNTAIN VIEW, CA 94043 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1607** | State what the contract or lease is for and the nature of the debtor's interest | Non-Disclosure Agreement Dated 11/28/2016 | VELOCLOUD NETWORKS INC.<br>295 NORTH BERNARDO AVE.<br>MOUNTAIN VIEW , CA 94043 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1608** | State what the contract or lease is for and the nature of the debtor's interest | Amendment to Business Service Agreement Dated 04/11/2017 | VERIZON<br>POB 920041<br>DALLAS, TX 75392-0041 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor _____iHeartMedia Management Services, Inc._____ Case number *(if known)* __18-31301 (MI)__
　　　　　Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1609 | State what the contract or lease is for and the nature of the debtor's interest | Twenty-First Amendment to The Verizon Business Services Agreement Dated 02/23/2016 | VERIZON BUSINESS NETWORK SERVICES, INC. 22001 LOUDOUN COUNTY PARKWAY ASHBURN, VA 20147 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1610 | State what the contract or lease is for and the nature of the debtor's interest | Nineteenth Amendment to the Verizon Business Service Agreement Dated 07/14/2015 | VERIZON BUSINESS NETWORK SERVICES, INC. 22001 LOUDOUN COUNTY PARKWAY ASHBURN, VA 20147 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1611 | State what the contract or lease is for and the nature of the debtor's interest | Twentieth Amendment to The Verizon Business Services Agreement Dated 11/05/2015 | VERIZON BUSINESS NETWORK SERVICES, INC. 22001 LOUDOUN COUNTY PARKWAY ASHBURN, VA 20147 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1612 | State what the contract or lease is for and the nature of the debtor's interest | Amendment No. 1 to Service Agreement Dated 03/03/2016 | VERIZON BUSINESS NETWORK SERVICES, INC. 22001 LOUDOUN COUNTY PARKWAY ASHBURN, VA 20147 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1613 | State what the contract or lease is for and the nature of the debtor's interest | Twentieth Amendment to Service Agreement Dated 11/01/2015 | VERIZON BUSINESS NETWORK SERVICES, INC. 22001 LOUDOUN COUNTY PARKWAY ASHBURN, VA 20147 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1614 | State what the contract or lease is for and the nature of the debtor's interest | Nineteenth Amendment Dated 07/07/2015 | VERIZON BUSINESS NETWORK SERVICES, INC. 22001 LOUDOUN COUNTY PARKWAY ASHBURN, VA 20147 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1615 | State what the contract or lease is for and the nature of the debtor's interest | Sixteenth Amendment Dated 09/10/2012 | VERIZON BUSINESS NETWORK SERVICES, INC. 22001 LOUDOUN COUNTY PARKWAY ASHBURN, VA 20147 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    iHeartMedia Management Services, Inc.
          Name

Case number (if known)   18-31301 (MI)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1616 | State what the contract or lease is for and the nature of the debtor's interest | Application for Service -- Washington DC Dated 02/23/2016 | VERIZON BUSINESS NETWORK SERVICES, INC. 22001 LOUDOUN COUNTY PARKWAY ASHBURN, VA 20147 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1617 | State what the contract or lease is for and the nature of the debtor's interest | Application for Service  Dated 02/23/2016 | VERIZON BUSINESS NETWORK SERVICES, INC. 22001 LOUDOUN COUNTY PARKWAY ASHBURN, VA 20147 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1618 | State what the contract or lease is for and the nature of the debtor's interest | Application for Service -- Virginia Dated 02/23/2016 | VERIZON BUSINESS NETWORK SERVICES, INC. 22001 LOUDOUN COUNTY PARKWAY ASHBURN, VA 20147 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1619 | State what the contract or lease is for and the nature of the debtor's interest | Fourteenth Amendment Dated 11/15/2011 | VERIZON BUSINESS NETWORK SERVICES, INC. 22001 LOUDOUN COUNTY PARKWAY ASHBURN, VA 20147 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1620 | State what the contract or lease is for and the nature of the debtor's interest | Application for Service Dated 02/23/2016 | VERIZON BUSINESS NETWORK SERVICES, INC. 22001 LOUDOUN COUNTY PARKWAY ASHBURN, VA 20147 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1621 | State what the contract or lease is for and the nature of the debtor's interest | Thirteenth Amendment Dated 04/11/2011 | VERIZON BUSINESS NETWORK SERVICES, INC. 22001 LOUDOUN COUNTY PARKWAY ASHBURN, VA 20147 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1622 | State what the contract or lease is for and the nature of the debtor's interest | Fifteenth Amendment  Dated 05/31/2012 | VERIZON BUSINESS NETWORK SERVICES, INC. 22001 LOUDOUN COUNTY PARKWAY ASHBURN, VA 20147 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    iHeartMedia Management Services, Inc.
          Name

Case number (if known)  18-31301 (MI)



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1623 | State what the contract or lease is for and the nature of the debtor's interest | Twelfth Amendment  Dated 01/31/2011 | VERIZON BUSINESS NETWORK SERVICES, INC. 22001 LOUDOUN COUNTY PARKWAY ASHBURN, VA 20147 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1624 | State what the contract or lease is for and the nature of the debtor's interest | Twenty-First Amendment to Service Agreement  Dated 02/23/2016 | VERIZON BUSINESS NETWORK SERVICES, INC. 22001 LOUDOUN COUNTY PARKWAY ASHBURN, VA 20147 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1625 | State what the contract or lease is for and the nature of the debtor's interest | Application for Service -- Pennsylvania  Dated 02/23/2016 | VERIZON BUSINESS NETWORK SERVICES, INC. 22001 LOUDOUN COUNTY PARKWAY ASHBURN, VA 20147 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1626 | State what the contract or lease is for and the nature of the debtor's interest | Amendment No. 1 to Service Agreement Dated 03/03/2016 | VERIZON BUSINESS NETWORK SERVICES, INC. 22001 LOUDOUN COUNTY PARKWAY ASHBURN, VA 20147 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1627 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement  Dated 02/23/2016 | VERIZON BUSINESS SERVICES ATTN: CUSTOMER SERVICE 6415-6455 BUSINESS CENTER DRIVE HIGHLANDS RANCH, CO 80130 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1628 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement  Dated 02/23/2016 | VERIZON BUSINESS SERVICES, INC. ATTN: CUSTOMER SERVICE 6415-6455 BUSINESS CENTER DRIVE HIGHLANDS RANCH, CO 80130 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1629 | State what the contract or lease is for and the nature of the debtor's interest | Application for Service --Delaware Dated 02/23/2016 | VERIZON DELAWARE, LLC |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor ___iHeartMedia Management Services, Inc.___   Case number *(if known)* __18-31301 (MI)__
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1630 | State what the contract or lease is for and the nature of the debtor's interest | Application for Service -- Maryland Dated 02/23/2016 | VERIZON MARYLAND, LLC |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1631 | State what the contract or lease is for and the nature of the debtor's interest | Transition Services Agreement | VERTICAL BRIDGE POB 748551 LOS ANGELES, CA 90074-8551 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1632 | State what the contract or lease is for and the nature of the debtor's interest | Mutual Confidentiality And Non-Disclosure Agreement  Dated 02/19/2015 | VINYL DEVELOPMENT LLC D/B/A ZUDY 690 LINCOLN ROAD SUITE 201 MIAMI BEACH, FL 33139 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1633 | State what the contract or lease is for and the nature of the debtor's interest | Master Software License and Subscription Agreement  Dated 02/03/2016 | VINYL DEVELOPMENT, LLC D/B/A ZUDY 690 LINCOLN ROAD SUITE 201 MIAMI BEACH , FL 33139 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1634 | State what the contract or lease is for and the nature of the debtor's interest | Master Software License and Subscription Agreement Dated 02/03/2016 | VINYL LLC D/B/A ZUDY 690 LINCOLN ROAD SUITE 201 MIAMI BEACH, FL 33139 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1635 | State what the contract or lease is for and the nature of the debtor's interest | Non-Disclosure Agreement Dated 01/04/2017 | VIPTELA, INC ATTN: JAMES M. WINEBRENNER VICE PRESIDENT, WORLDWIDE SALES 1732 NORTH FIRST ST. SUITE 600 SAN JOSE, CA 95112 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1636 | State what the contract or lease is for and the nature of the debtor's interest | Amendment to the Corporate Agreement.  Dated 01/15/2016 | VIRGIN ATLANTIC AIRWAYS LIMITED THE OFFICE MANOR ROYAL CRAWLEY WEST SUSSEX , ENGLAND  RH10 9 NU UNITED KINGDOM |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    iHeartMedia Management Services, Inc.         Case number *(if known)* __18-31301 (MI)__
<br>Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1637 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Disclosure Agreement Dated 01/24/2017 | VIRTRU CORPORATION<br>ATTN: JOHN ACKERLY<br>CEO<br>1808 FLORIDA AVE.<br>WASHINGTON , DC 20009 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1638 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Disclosure Agreement Dated 11/02/2017 | VISTEX, INC.<br>ATTN: AMOS BIEGUN<br>MANAGING DIRECTOR<br>2300 BARRINGTON RD<br>7TH FLOOR<br>HOFFMAN ESTATES, IL 60169 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1639 | **State what the contract or lease is for and the nature of the debtor's interest** | Enterprise License Agreement Maintenance Renewal Dated 12/13/2016 | VMWARE, INC.<br>ATTN: LEGAL DEPARTMENT<br>3401 HILLVIEW AVENUE<br>PALO ALTO, CA 94304 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1640 | **State what the contract or lease is for and the nature of the debtor's interest** | Form of Statement of Work  Dated 01/02/2017 | VOICEBASE<br>ATTN: WALTER BACHTIER<br>107 STONETREE LANE<br>NOVATO, CA 94945 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1641 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement  Dated 01/02/2018 | VOICEBASE<br>ATTN: WALTER BACHTIER<br>107 STONETREE LANE<br>NOVATO, CA 94945 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1642 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Disclosure Agreement Dated 05/18/2017 | VOLOGY, INC<br>ATTN: KEITH ARCHIBALD<br>CTO<br>15950 BAY VISTA DRIVE<br>CLEARWATER, FL 33760 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1643 | **State what the contract or lease is for and the nature of the debtor's interest** | Professional Search Fee Schedule, USA  Dated 05/06/2012 | VOLT WORKFORCE SOLUTIONS<br>A DIVISION OF VOLT MANAGEMENT CORP. |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor ___iHeartMedia Management Services, Inc.___ Case number *(if known)* __18-31301 (MI)__
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1644 | State what the contract or lease is for and the nature of the debtor's interest | Broadcast Equipment Products & Services Agreement Dated 04/24/2017 | WHEATSTONE CORPORATION 600 INDUSTRIAL DRIVE NEW BERN, NC 28562 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1645 | State what the contract or lease is for and the nature of the debtor's interest | Amendment Dated 07/01/2017 | WHEATSTONE CORPORATION 600 INDUSTRIAL DRIVE NEW BERN, NC 28562 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1646 | State what the contract or lease is for and the nature of the debtor's interest | Office/Studio Lease - New York RCS HQ, 445 Hamilton Avenue, Suite 210, White Plains, NY 10601 | WHITE PLAINS PLAZA REALTY LLC 1 N BROADWAY SUITE 125 WHITE PLAINS, NY 10601 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1647 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work: Digital Asset Management Services Dated 06/15/2016 | WIDEN ENTERPRISES INC. 6911 MANGROVE LANE MADISON, WI 53713 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1648 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement Dated 01/01/2014 | WIDEN ENTERPRISES INC. 6911 MANGROVE LANE MADISON, WI 53713 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1649 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement Dated 06/10/2014 | WIDEN ENTERPRISES INC. 6911 MANGROVE LANE MADISON, WI 53713 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1650 | State what the contract or lease is for and the nature of the debtor's interest | Amendment N. 5552 Dated 09/18/2017 | WIDEN ENTERPRISES INC. 6911 MANGROVE LANE MADISON, WI 53713 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Official Form 206G | **Schedule G: Executory Contracts and Unexpired Leases** | Page 236 of 244

Debtor    iHeartMedia Management Services, Inc.                  Case number *(if known)*   18-31301 (MI)
<br>Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1651** | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work: Digital Asset Management Services  Dated 05/30/2014 | WIDEN ENTERPRISES, INC.<br>6911 MANGROVE LANE<br>MADISON, WI 53713 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1652** | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work: Digital Asset Management Services Dated 05/30/2014 | WIDEN ENTERPRISES, INC.<br>6911 MANGROVE LANE<br>MADISON, WI 53713 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1653** | State what the contract or lease is for and the nature of the debtor's interest | Contract for Services  Dated 09/06/2012 | WILSON HR, A WILSONHCG COMPANY<br>400 NORTH ASHLEY DRIVE<br>SUITE 3000<br>TAMPA , FL 33602 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1654** | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement Dated 07/01/2012 | WILSON HUMAN CAPITAL GROUP D/B/A WILSONHCG<br>400 NORTH ASHLEY DRIVE<br>SUITE 300<br>TAMPA, FL 33602 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1655** | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work  Dated 01/03/2012 | WILSON HUMAN CAPITAL GROUP, LLC (D/B/A DBA WILSONHCG)<br>400 NORTH ASHLEY DRIVE<br>SUITE 3000<br>TAMPA, FL 33602 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1656** | State what the contract or lease is for and the nature of the debtor's interest | Fee Agreement Dated 07/01/2012 | WILSON HUMAN CAPITAL GROUP, LLC (D/B/A DBA WILSONHCG)<br>400 NORTH ASHLEY DRIVE<br>SUITE 3000<br>TAMPA, FL 33602 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1657** | State what the contract or lease is for and the nature of the debtor's interest | Service Terms and Conditions Dated 02/23/2016 | WINDSTREAM COMMUNICATIONS, LLC<br>ATTN: CORRESPONDENCE DIVISION<br>1720 GALLERIA BLVD.<br>CHARLOTTE, NC 28270 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor      iHeartMedia Management Services, Inc.
            Name

Case number (if known)   18-31301 (MI)

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1658 | State what the contract or lease is for and the nature of the debtor's interest | Non-Disclosure Agreement Dated 12/19/2017 | WORKATO, INC. ATTN: MARKUS ZIRN VP BUSINESS DEVELOPMENT 20450 STEVENS CREEK BLVD #150 CUPERTINO, CA 95014 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1659 | State what the contract or lease is for and the nature of the debtor's interest | Order Form #00106789.0 Dated 06/12/2016 | WORKDAY, INC. ATTN: GENERAL COUNSEL 6230 STONERIDGE MALL ROAD PLEASANTON , CA 94588 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1660 | State what the contract or lease is for and the nature of the debtor's interest | Amendment 1 to the Master Subscription Agreement  Dated 06/30/2016 | WORKDAY, INC. ATTN: GENERAL COUNSEL 6230 STONERIDGE MALL ROAD PLEASANTON , CA 94588 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1661 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work #104792 Dated 06/06/2016 | WORKDAY, INC. ATTN: GENERAL COUNSEL 6230 STONERIDGE MALL ROAD PLEASANTON , CA 94588 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1662 | State what the contract or lease is for and the nature of the debtor's interest | Mutual confidentiality and Non-Disclosure Agreement  Dated 11/26/2012 | WORKDAY, INC. ATTN: GENERAL COUNSEL 6230 STONERIDGE MALL ROAD PLEASANTON , CA 94588 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1663 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work  Dated 04/29/2015 | WORKDAY, INC. ATTN: GENERAL COUNSEL 6230 STONERIDGE MALL ROAD PLEASANTON , CA 94588 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1664 | State what the contract or lease is for and the nature of the debtor's interest | Consulting and Training Addendum and Amendment to Master Subscription Agreement  Dated 02/25/2014 | WORKDAY, INC. ATTN: GENERAL COUNSEL 6230 STONERIDGE MALL ROAD PLEASANTON , CA 94588 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor     __iHeartMedia Management Services, Inc.__          Case number (if known)  __18-31301 (MI)__
                      Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1665 | **State what the contract or lease is for and the nature of the debtor's interest** | Invoice  Dated 01/10/2017 | WORKDAY, INC.<br>6230 STONERIDGE MALL ROAD<br>PLEASANTON , CA 94588 |
| | **State the term remaining**<br>**List the contract number of any government contract** | Undetermined | |
| 2.1666 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Subscription Agreement Dated 06/02/2013 | WORKDAY, INC.<br>6230 STONERIDGE MALL ROAD<br>PLEASANTON , CA 94588 |
| | **State the term remaining**<br>**List the contract number of any government contract** | Undetermined | |
| 2.1667 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Disclosure Agreement Dated 08/04/2016 | WORLD WIDE TECHNOLOGIES INC.<br>60 WELDON PARKWAY<br>ST. LOUIS, MO 63043 |
| | **State the term remaining**<br>**List the contract number of any government contract** | Undetermined | |
| 2.1668 | **State what the contract or lease is for and the nature of the debtor's interest** | Invoice Dated 12/29/2016 | WORLD WIDE TECHNOLOGY INC.<br>60 WELDON PARKWAY<br>ST. LOUIS, MO 63043 |
| | **State the term remaining**<br>**List the contract number of any government contract** | Undetermined | |
| 2.1669 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Disclosure Agreement Dated 08/04/2016 | WORLD WIDE TECHNOLOGY INC.<br>60 WELDON PARKWAY<br>ST. LOUIS, MO 63043 |
| | **State the term remaining**<br>**List the contract number of any government contract** | Undetermined | |
| 2.1670 | **State what the contract or lease is for and the nature of the debtor's interest** | Invoice Dated 01/30/2017 | WORLD WIDE TECHNOLOGY INC.<br>60 WELDON PARKWAY<br>ST. LOUIS, MO 63043 |
| | **State the term remaining**<br>**List the contract number of any government contract** | Undetermined | |
| 2.1671 | **State what the contract or lease is for and the nature of the debtor's interest** | SAAS Subscription Agreement Dated 09/29/2016 | WRIKE INC.<br>100 WEST EVELYN STREET<br>MOUNTAIN VIEW, CA 94041 |
| | **State the term remaining**<br>**List the contract number of any government contract** | Undetermined | |

Debtor    iHeartMedia Management Services, Inc.      Case number *(if known)*   18-31301 (MI)
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1672 | State what the contract or lease is for and the nature of the debtor's interest | Non-Disclosure Agreement Dated 08/11/2016 | WRIKE INC.<br>100 WEST EVELYN STREET<br>MOUNTAIN VIEW, CA 94041 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| 2.1673 | State what the contract or lease is for and the nature of the debtor's interest | SAAS Subscription Agreement Dated 09/30/2016 | WRIKE INC.<br>100 WEST EVELYN STREET<br>MOUNTAIN VIEW, CA 94041 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| 2.1674 | State what the contract or lease is for and the nature of the debtor's interest | Change Order Form No. 2 Dated 09/29/2017 | WRIKE INC.<br>100 WEST EVELYN STREET<br>MOUNTAIN VIEW, CA 94041 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| 2.1675 | State what the contract or lease is for and the nature of the debtor's interest | SAAS Subscription Agreement Dated 09/30/2016 | WRIKE INC.<br>100 WEST EVELYN STREET<br>MOUNTAIN VIEW, CA 94041 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| 2.1676 | State what the contract or lease is for and the nature of the debtor's interest | SAAS Subscription Agreement Dated 09/29/2016 | WRIKE INC.<br>100 WEST EVELYN STREET<br>MOUNTAIN VIEW, CA 94041 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| 2.1677 | State what the contract or lease is for and the nature of the debtor's interest | SAAS Subscription Agreement Dated 09/30/2016 | WRIKE INC.<br>100 WEST EVELYN STREET<br>MOUNTAIN VIEW, CA 94041 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| 2.1678 | State what the contract or lease is for and the nature of the debtor's interest | SAAS Subscription Agreement Dated 09/29/2016 | WRIKE INC.<br>100 WEST EVELYN STREET<br>MOUNTAIN VIEW, CA 94041 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |

Debtor    iHeartMedia Management Services, Inc.
          Name

Case number (if known)  18-31301 (MI)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1679 | State what the contract or lease is for and the nature of the debtor's interest | SAAS Subscription Agreement Dated 09/29/2016 | WRIKE INC. 100 WEST EVELYN STREET MOUNTAIN VIEW, CA 94041 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1680 | State what the contract or lease is for and the nature of the debtor's interest | Non-Disclosure Agreement  Dated 04/14/2016 | X BY 2, LLC 35055 WEST 12 MILE RD. STE 220 FARMINGTON HILL, MI 48331 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1681 | State what the contract or lease is for and the nature of the debtor's interest | Consulting Work Order  Dated 07/16/2012 | Y&L CONSULTING 7550IH 10 WEST SUITE 940 SAN ANTONIO , TX 78229 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1682 | State what the contract or lease is for and the nature of the debtor's interest | Services Letter Agreement  Dated 07/16/2012 | Y&L CONSULTING 7550IH 10 WEST SUITE 940 SAN ANTONIO , TX 78229 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1683 | State what the contract or lease is for and the nature of the debtor's interest | Consulting Work Order Dated 07/06/2012 | Y&L CONSULTING 7550IH 10 WEST SUITE 940 SAN ANTONIO , TX 78229 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1684 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work  Dated 07/16/2012 | Y&L CONSULTING 7550IH 10 WEST SUITE 940 SAN ANTONIO , TX 78229 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1685 | State what the contract or lease is for and the nature of the debtor's interest | Consulting Work Order Dated 07/16/2012 | Y&L CONSULTING 7550IH 10 WEST SUITE 940 SAN ANTONIO , TX 78229 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor ___iHeartMedia Management Services, Inc.___   Case number *(if known)* __18-31301 (MI)__
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1686 | State what the contract or lease is for and the nature of the debtor's interest | Consulting Work Order Dated 07/16/2012 | Y&L CONSULTING 7550 IH 10 WEST SUITE 940 SAN ANTONIO , TX 78229 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1687 | State what the contract or lease is for and the nature of the debtor's interest | Consulting Work Order  Dated 07/16/2012 | Y&L CONSULTING 7550 IH 10 WEST SUITE 940 SAN ANTONIO , TX 78229 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1688 | State what the contract or lease is for and the nature of the debtor's interest | Consulting Work Order  Dated 07/16/2012 | Y&L CONSULTING 7550 IH 10 WEST SUITE 940 SAN ANTONIO , TX 78229 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1689 | State what the contract or lease is for and the nature of the debtor's interest | Consulting Work Order Dated 07/16/2012 | Y&L CONSULTING 7550 IH 10 WEST SUITE 940 SAN ANTONIO , TX 78229 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1690 | State what the contract or lease is for and the nature of the debtor's interest | Consulting Work Order Dated 08/29/2011 | Y&L CONSULTING 7550 IH 10 WEST SUITE 940 SAN ANTONIO , TX 78229 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1691 | State what the contract or lease is for and the nature of the debtor's interest | Consulting Work Order Dated 07/16/2012 | Y&L CONSULTING 7550 IH 10 WEST SUITE 940 SAN ANTONIO , TX 78229 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1692 | State what the contract or lease is for and the nature of the debtor's interest | Letter Agreement  Dated 06/16/2009 | Y&L CONSULTING, INC. 7550 IH-10 WEST STE 940 SAN ANTONIO , TX 78229 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   iHeartMedia Management Services, Inc.   Case number (if known) 18-31301 (MI)
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1693** | **State what the contract or lease is for and the nature of the debtor's interest** | SAAS Services Agreement Dated 06/20/2017 | YOTASCALE INC.<br>68 WILLOW ROAD<br>MENLO PARK, CA 94025 |
| | **State the term remaining**<br>**List the contract number of any government contract** | Undetermined | |
| **2.1694** | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Disclosure Agreement Dated 05/22/2017 | YOTASCALE INC.<br>ATTN: ASIM RAZZAQ<br>68 WILLOW ROAD<br>MENLO PARK, CA 94025 |
| | **State the term remaining**<br>**List the contract number of any government contract** | Undetermined | |
| **2.1695** | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Disclosure Agreement Dated 03/01/2017 | ZOOMPH, INC.<br>ATTN: KYLE ANDREWS<br>CONTROLLER<br>1856 OLD RESTON AVE #215<br>RESTON, VA 20190 |
| | **State the term remaining**<br>**List the contract number of any government contract** | Undetermined | |
| **2.1696** | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Disclosure Agreement Dated 09/01/2017 | ZVT INC. LIMITED<br>ATTN: DAVID SANDBERG<br>PARTNER MANAGER<br>1A ARCADE HOUSE<br>TEMPLE FORTUNE<br>LONDON NW11 7TL<br>UNITED KINGDOM |
| | **State the term remaining**<br>**List the contract number of any government contract** | Undetermined | |
| **2.1697** | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Disclosure Agreement Dated 04/27/2017 | ZYCUS INC.<br>ATTN: MICHAEL PRZYBYSZ<br>VICE PRESIDENT, SALES<br>103 CARNEGIE CENTER<br>SUITE #201<br>PRINCETON, NJ 08540 |
| | **State the term remaining**<br>**List the contract number of any government contract** | Undetermined | |
| **2.1698** | **State what the contract or lease is for and the nature of the debtor's interest** | Subscription Agreement Dated 04/20/2017 | ZYNBIT.COM, INC<br>3124 ZEBULON ROAD<br>ROCKY MOUNT, NC 27804 |
| | **State the term remaining**<br>**List the contract number of any government contract** | Undetermined | |
| **2.1699** | **State what the contract or lease is for and the nature of the debtor's interest** | Software License Agreement Dated 04/21/2017 | ZYNBIT.COM, INC<br>3124 ZEBULON ROAD<br>ROCKY MOUNT, NC 27804 |
| | **State the term remaining**<br>**List the contract number of any government contract** | Undetermined | |

Official Form 206G                 **Schedule G: Executory Contracts and Unexpired Leases**                 Page 243 of 244

Debtor    iHeartMedia Management Services, Inc.              Case number *(if known)* __18-31301 (MI)__
<br>Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1700 | State what the contract or lease is for and the nature of the debtor's interest | Data Security Addendum Dated 04/20/2017 | ZYNBIT.COM, INC.<br>3124 ZEBULON ROAD<br>ROCKY MOUNT, NC 27804 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1701 | State what the contract or lease is for and the nature of the debtor's interest | Non-Disclosure Agreement Dated 04/06/2017 | ZYNBIT.COM, INC.<br>ATTN: PHIL DIXON<br>CEO<br>3124 ZEBULON RD.<br>ROCKY MOUNT, NC 27804 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Official Form 206G        **Schedule G: Executory Contracts and Unexpired Leases**        Page 244 of 244

---

**Fill in this information to identify the case:**

Debtor name <u>iHeartMedia Management Services, Inc.</u>

United States Bankruptcy Court for the: <u>Southern</u>  District of <u>Texas, Houston Divison</u>

Case number (if known): <u>18-31301 (MI)</u>

---

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☒ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 CC Broadcast Holdings, Inc. | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | CITIBANK, N.A. | ☒ D<br>☐ E/F<br>☐ G |
| 2.2 Katz Communications, Inc. | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | CITIBANK, N.A. | ☒ D<br>☐ E/F<br>☐ G |
| 2.3 AMFM Operating, Inc. | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | CITIBANK, N.A. | ☒ D<br>☐ E/F<br>☐ G |
| 2.4 AMFM Radio Licenses, LLC | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | CITIBANK, N.A. | ☒ D<br>☐ E/F<br>☐ G |
| 2.5 AMFM Texas Broadcasting, LP | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | CITIBANK, N.A. | ☒ D<br>☐ E/F<br>☐ G |
| 2.6 AMFM Texas Licenses, LLC | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | CITIBANK, N.A. | ☒ D<br>☐ E/F<br>☐ G |

| Debtor | iHeartMedia Management Services, Inc. | Case number *(if known)* | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.7 | Katz Net Radio Sales, Inc. | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | CITIBANK, N.A. | ☒ D ☐ E/F ☐ G |
| 2.8 | M Street Corporation | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | CITIBANK, N.A. | ☒ D ☐ E/F ☐ G |
| 2.9 | Premiere Networks, Inc. | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | CITIBANK, N.A. | ☒ D ☐ E/F ☐ G |
| 2.10 | Terrestrial RF Licensing, Inc. | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | CITIBANK, N.A. | ☒ D ☐ E/F ☐ G |
| 2.11 | TTWN Media Networks, LLC | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | CITIBANK, N.A. | ☒ D ☐ E/F ☐ G |
| 2.12 | TTWN Networks, LLC | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | CITIBANK, N.A. | ☒ D ☐ E/F ☐ G |
| 2.13 | iHeartMedia + Entertainment, Inc. | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | CITIBANK, N.A. | ☒ D ☐ E/F ☐ G |
| 2.14 | iHeartMedia Capital I, LLC | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | CITIBANK, N.A. | ☒ D ☐ E/F ☐ G |
| 2.15 | iHM Identity, Inc. | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | CITIBANK, N.A. | ☒ D ☐ E/F ☐ G |
| 2.16 | Katz Communications, Inc. | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | CITIBANK, N.A. | ☒ D ☐ E/F ☐ G |
| 2.17 | Katz Media Group, Inc. | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | CITIBANK, N.A. | ☒ D ☐ E/F ☐ G |

| Official Form 206H | **Schedule H: Codebtors** | Page 2 of 20 |
|---|---|---|

| Debtor | iHeartMedia Management Services, Inc. | Case number (if known) | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.18 | Katz Millennium Sales & Marketing, Inc. | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | CITIBANK, N.A. | ☒ D<br>☐ E/F<br>☐ G |
| 2.19 | Clear Channel Investments, Inc. | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | CITIBANK, N.A. | ☒ D<br>☐ E/F<br>☐ G |
| 2.20 | Clear Channel Metro, LLC | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | CITIBANK, N.A. | ☒ D<br>☐ E/F<br>☐ G |
| 2.21 | Clear Channel Mexico Holdings, Inc. | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | CITIBANK, N.A. | ☒ D<br>☐ E/F<br>☐ G |
| 2.22 | Clear Channel Real Estate, LLC | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | CITIBANK, N.A. | ☒ D<br>☐ E/F<br>☐ G |
| 2.23 | Critical Mass Media, Inc. | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | CITIBANK, N.A. | ☒ D<br>☐ E/F<br>☐ G |
| 2.24 | iHeartCommunications, Inc. | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | CITIBANK, N.A. | ☒ D<br>☐ E/F<br>☐ G |
| 2.25 | Christal Radio Sales, Inc. | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | CITIBANK, N.A. | ☒ D<br>☐ E/F<br>☐ G |
| 2.26 | Cine Guarantors II, Inc. | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | CITIBANK, N.A. | ☒ D<br>☐ E/F<br>☐ G |
| 2.27 | Citicasters Co. | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | CITIBANK, N.A. | ☒ D<br>☐ E/F<br>☐ G |
| 2.28 | Citicasters Licenses, Inc. | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | CITIBANK, N.A. | ☒ D<br>☐ E/F<br>☐ G |

| Debtor | iHeartMedia Management Services, Inc. | Case number (if known) | 18-31301 (MI) |
| | Name | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- | --- |
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.29 | Clear Channel Broadcasting Licenses, Inc. | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | CITIBANK, N.A. | ☒ D  ☐ E/F  ☐ G |
| 2.30 | Clear Channel Holdings, Inc. | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | CITIBANK, N.A. | ☒ D  ☐ E/F  ☐ G |
| 2.31 | AMFM Texas, LLC | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | CITIBANK, N.A. | ☒ D  ☐ E/F  ☐ G |
| 2.32 | Capstar Radio Operating Company | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | CITIBANK, N.A. | ☒ D  ☐ E/F  ☐ G |
| 2.33 | Capstar TX, LLC | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | CITIBANK, N.A. | ☒ D  ☐ E/F  ☐ G |
| 2.34 | CC Broadcast Holdings, Inc. | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | CITIBANK, N.A. | ☒ D  ☐ E/F  ☐ G |
| 2.35 | CC Finco Holdings, LLC | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | CITIBANK, N.A. | ☒ D  ☐ E/F  ☐ G |
| 2.36 | CC Licenses, LLC | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | CITIBANK, N.A. | ☒ D  ☐ E/F  ☐ G |
| 2.37 | AMFM Broadcasting, Inc. | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | LAW DEBENTURE TRUST COMPANY | ☐ D  ☒ E/F  ☐ G |
| 2.38 | AMFM Operating, Inc. | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | LAW DEBENTURE TRUST COMPANY | ☐ D  ☒ E/F  ☐ G |
| 2.39 | AMFM Broadcasting Licenses, LLC | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | LAW DEBENTURE TRUST COMPANY | ☐ D  ☒ E/F  ☐ G |

Official Form 206H                    **Schedule H: Codebtors**                    Page 4 of 20

| Debtor | iHeartMedia Management Services, Inc. | Case number (if known) | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.40 | AMFM Radio Licenses, LLC | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | LAW DEBENTURE TRUST COMPANY | ❑ D  ☒ E/F  ❑ G |
| 2.41 | AMFM Texas Broadcasting, LP | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | LAW DEBENTURE TRUST COMPANY | ❑ D  ☒ E/F  ❑ G |
| 2.42 | AMFM Texas Licenses, LLC | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | LAW DEBENTURE TRUST COMPANY | ❑ D  ☒ E/F  ❑ G |
| 2.43 | Premiere Networks, Inc. | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | LAW DEBENTURE TRUST COMPANY | ❑ D  ☒ E/F  ❑ G |
| 2.44 | Terrestrial RF Licensing, Inc. | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | LAW DEBENTURE TRUST COMPANY | ❑ D  ☒ E/F  ❑ G |
| 2.45 | TTWN Media Networks, LLC | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | LAW DEBENTURE TRUST COMPANY | ❑ D  ☒ E/F  ❑ G |
| 2.46 | TTWN Networks, LLC | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | LAW DEBENTURE TRUST COMPANY | ❑ D  ☒ E/F  ❑ G |
| 2.47 | iHeartMedia Capital I, LLC | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | LAW DEBENTURE TRUST COMPANY | ❑ D  ☒ E/F  ❑ G |
| 2.48 | iHM Identity, Inc. | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | LAW DEBENTURE TRUST COMPANY | ❑ D  ☒ E/F  ❑ G |
| 2.49 | Katz Communications, Inc. | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | LAW DEBENTURE TRUST COMPANY | ❑ D  ☒ E/F  ❑ G |
| 2.50 | Katz Media Group, Inc. | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | LAW DEBENTURE TRUST COMPANY | ❑ D  ☒ E/F  ❑ G |

| Debtor | iHeartMedia Management Services, Inc. | Case number (if known) | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | | Column 2: **Creditor** | |
|---|---|---|---|---|---|
| | **Name** | **Mailing address** | | **Name** | Check all schedules that apply: |
| 2.51 | Katz Millennium Sales & Marketing, Inc. | 20880 STONE OAK PKWY | SAN ANTONIO, TX  78258 | LAW DEBENTURE TRUST COMPANY | ☐ D  ☒ E/F  ☐ G |
| 2.52 | Katz Net Radio Sales, Inc. | 20880 STONE OAK PKWY | SAN ANTONIO, TX  78258 | LAW DEBENTURE TRUST COMPANY | ☐ D  ☒ E/F  ☐ G |
| 2.53 | Clear Channel Investments, Inc. | 20880 STONE OAK PKWY | SAN ANTONIO, TX  78258 | LAW DEBENTURE TRUST COMPANY | ☐ D  ☒ E/F  ☐ G |
| 2.54 | Clear Channel Metro, LLC | 20880 STONE OAK PKWY | SAN ANTONIO, TX  78258 | LAW DEBENTURE TRUST COMPANY | ☐ D  ☒ E/F  ☐ G |
| 2.55 | Clear Channel Mexico Holdings, Inc. | 20880 STONE OAK PKWY | SAN ANTONIO, TX  78258 | LAW DEBENTURE TRUST COMPANY | ☐ D  ☒ E/F  ☐ G |
| 2.56 | Clear Channel Real Estate, LLC | 20880 STONE OAK PKWY | SAN ANTONIO, TX  78258 | LAW DEBENTURE TRUST COMPANY | ☐ D  ☒ E/F  ☐ G |
| 2.57 | Critical Mass Media, Inc. | 20880 STONE OAK PKWY | SAN ANTONIO, TX  78258 | LAW DEBENTURE TRUST COMPANY | ☐ D  ☒ E/F  ☐ G |
| 2.58 | iHeartMedia + Entertainment, Inc. | 20880 STONE OAK PKWY | SAN ANTONIO, TX  78258 | LAW DEBENTURE TRUST COMPANY | ☐ D  ☒ E/F  ☐ G |
| 2.59 | Christal Radio Sales, Inc. | 20880 STONE OAK PKWY | SAN ANTONIO, TX  78258 | LAW DEBENTURE TRUST COMPANY | ☐ D  ☒ E/F  ☐ G |
| 2.60 | Cine Guarantors II, Inc. | 20880 STONE OAK PKWY | SAN ANTONIO, TX  78258 | LAW DEBENTURE TRUST COMPANY | ☐ D  ☒ E/F  ☐ G |
| 2.61 | Citicasters Co. | 20880 STONE OAK PKWY | SAN ANTONIO, TX  78258 | LAW DEBENTURE TRUST COMPANY | ☐ D  ☒ E/F  ☐ G |

| Debtor | iHeartMedia Management Services, Inc. | | Case number (if known) 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

| **Additional Page if Debtor Has More Codebtors** |
|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.62 | Citicasters Licenses, Inc. | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | LAW DEBENTURE TRUST COMPANY | ☐ D<br>☒ E/F<br>☐ G |
| 2.63 | Clear Channel Broadcasting Licenses, Inc. | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | LAW DEBENTURE TRUST COMPANY | ☐ D<br>☒ E/F<br>☐ G |
| 2.64 | Clear Channel Holdings, Inc. | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | LAW DEBENTURE TRUST COMPANY | ☐ D<br>☒ E/F<br>☐ G |
| 2.65 | AMFM Texas, LLC | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | LAW DEBENTURE TRUST COMPANY | ☐ D<br>☒ E/F<br>☐ G |
| 2.66 | Capstar Radio Operating Company | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | LAW DEBENTURE TRUST COMPANY | ☐ D<br>☒ E/F<br>☐ G |
| 2.67 | Capstar TX, LLC | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | LAW DEBENTURE TRUST COMPANY | ☐ D<br>☒ E/F<br>☐ G |
| 2.68 | CC Broadcast Holdings, Inc. | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | LAW DEBENTURE TRUST COMPANY | ☐ D<br>☒ E/F<br>☐ G |
| 2.69 | CC Finco Holdings, LLC | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | LAW DEBENTURE TRUST COMPANY | ☐ D<br>☒ E/F<br>☐ G |
| 2.70 | CC Licenses, LLC | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | LAW DEBENTURE TRUST COMPANY | ☐ D<br>☒ E/F<br>☐ G |
| 2.71 | M Street Corporation | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | LAW DEBENTURE TRUST COMPANY | ☐ D<br>☒ E/F<br>☐ G |
| 2.72 | CC Licenses, LLC | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | TPG SPECIALTY LENDING, INC. | ☒ D<br>☐ E/F<br>☐ G |

| Debtor | iHeartMedia Management Services, Inc. | Case number (if known) | 18-31301 (MI) |
| | Name | | |

**Additional Page if Debtor Has More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | | Column 2: **Creditor** | |
|---|---|---|---|---|---|
| | **Name** | **Mailing address** | | **Name** | *Check all schedules that apply:* |
| 2.73 | Capstar TX, LLC | 20880 STONE OAK PKWY | SAN ANTONIO, TX 78258 | TPG SPECIALTY LENDING, INC. | ☒ D ☐ E/F ☐ G |
| 2.74 | CC Broadcast Holdings, Inc. | 20880 STONE OAK PKWY | SAN ANTONIO, TX 78258 | TPG SPECIALTY LENDING, INC. | ☒ D ☐ E/F ☐ G |
| 2.75 | CC Finco Holdings, LLC | 20880 STONE OAK PKWY | SAN ANTONIO, TX 78258 | TPG SPECIALTY LENDING, INC. | ☒ D ☐ E/F ☐ G |
| 2.76 | AMFM Texas, LLC | 20880 STONE OAK PKWY | SAN ANTONIO, TX 78258 | TPG SPECIALTY LENDING, INC. | ☒ D ☐ E/F ☐ G |
| 2.77 | Capstar Radio Operating Company | 20880 STONE OAK PKWY | SAN ANTONIO, TX 78258 | TPG SPECIALTY LENDING, INC. | ☒ D ☐ E/F ☐ G |
| 2.78 | Citicasters Licenses, Inc. | 20880 STONE OAK PKWY | SAN ANTONIO, TX 78258 | TPG SPECIALTY LENDING, INC. | ☒ D ☐ E/F ☐ G |
| 2.79 | Clear Channel Broadcasting Licenses, Inc. | 20880 STONE OAK PKWY | SAN ANTONIO, TX 78258 | TPG SPECIALTY LENDING, INC. | ☒ D ☐ E/F ☐ G |
| 2.80 | Clear Channel Holdings, Inc. | 20880 STONE OAK PKWY | SAN ANTONIO, TX 78258 | TPG SPECIALTY LENDING, INC. | ☒ D ☐ E/F ☐ G |
| 2.81 | Clear Channel Investments, Inc. | 20880 STONE OAK PKWY | SAN ANTONIO, TX 78258 | TPG SPECIALTY LENDING, INC. | ☒ D ☐ E/F ☐ G |
| 2.82 | Cine Guarantors II, Inc. | 20880 STONE OAK PKWY | SAN ANTONIO, TX 78258 | TPG SPECIALTY LENDING, INC. | ☒ D ☐ E/F ☐ G |
| 2.83 | Citicasters Co. | 20880 STONE OAK PKWY | SAN ANTONIO, TX 78258 | TPG SPECIALTY LENDING, INC. | ☒ D ☐ E/F ☐ G |

| Debtor | iHeartMedia Management Services, Inc. | Case number (if known) | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.84 | M Street Corporation | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | TPG SPECIALTY LENDING, INC. | ☒ D  ☐ E/F  ☐ G |
| 2.85 | Premiere Networks, Inc. | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | TPG SPECIALTY LENDING, INC. | ☒ D  ☐ E/F  ☐ G |
| 2.86 | AMFM Radio Licenses, LLC | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | TPG SPECIALTY LENDING, INC. | ☒ D  ☐ E/F  ☐ G |
| 2.87 | AMFM Texas Broadcasting, LP | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | TPG SPECIALTY LENDING, INC. | ☒ D  ☐ E/F  ☐ G |
| 2.88 | Katz Media Group, Inc. | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | TPG SPECIALTY LENDING, INC. | ☒ D  ☐ E/F  ☐ G |
| 2.89 | Katz Millennium Sales & Marketing, Inc. | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | TPG SPECIALTY LENDING, INC. | ☒ D  ☐ E/F  ☐ G |
| 2.90 | Clear Channel Metro, LLC | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | TPG SPECIALTY LENDING, INC. | ☒ D  ☐ E/F  ☐ G |
| 2.91 | Clear Channel Mexico Holdings, Inc. | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | TPG SPECIALTY LENDING, INC. | ☒ D  ☐ E/F  ☐ G |
| 2.92 | Clear Channel Real Estate, LLC | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | TPG SPECIALTY LENDING, INC. | ☒ D  ☐ E/F  ☐ G |
| 2.93 | Critical Mass Media, Inc. | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | TPG SPECIALTY LENDING, INC. | ☒ D  ☐ E/F  ☐ G |
| 2.94 | iHeartCommunications, Inc. | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | TPG SPECIALTY LENDING, INC. | ☒ D  ☐ E/F  ☐ G |

| Debtor | iHeartMedia Management Services, Inc. | Case number (if known) 18-31301 (MI) |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | | Column 2: **Creditor** | |
|---|---|---|---|---|---|
| | **Name** | **Mailing address** | | **Name** | *Check all schedules that apply:* |
| 2.95 | Christal Radio Sales, Inc. | 20880 STONE OAK PKWY | SAN ANTONIO, TX 78258 | TPG SPECIALTY LENDING, INC. | ☒ D  ☐ E/F  ☐ G |
| 2.96 | AMFM Broadcasting Licenses, LLC | 20880 STONE OAK PKWY | SAN ANTONIO, TX 78258 | TPG SPECIALTY LENDING, INC. | ☒ D  ☐ E/F  ☐ G |
| 2.97 | AMFM Broadcasting, Inc. | 20880 STONE OAK PKWY | SAN ANTONIO, TX 78258 | TPG SPECIALTY LENDING, INC. | ☒ D  ☐ E/F  ☐ G |
| 2.98 | AMFM Operating, Inc. | 20880 STONE OAK PKWY | SAN ANTONIO, TX 78258 | TPG SPECIALTY LENDING, INC. | ☒ D  ☐ E/F  ☐ G |
| 2.99 | AMFM Texas Licenses, LLC | 20880 STONE OAK PKWY | SAN ANTONIO, TX 78258 | TPG SPECIALTY LENDING, INC. | ☒ D  ☐ E/F  ☐ G |
| 2.100 | Katz Net Radio Sales, Inc. | 20880 STONE OAK PKWY | SAN ANTONIO, TX 78258 | TPG SPECIALTY LENDING, INC. | ☒ D  ☐ E/F  ☐ G |
| 2.101 | Terrestrial RF Licensing, Inc. | 20880 STONE OAK PKWY | SAN ANTONIO, TX 78258 | TPG SPECIALTY LENDING, INC. | ☒ D  ☐ E/F  ☐ G |
| 2.102 | TTWN Media Networks, LLC | 20880 STONE OAK PKWY | SAN ANTONIO, TX 78258 | TPG SPECIALTY LENDING, INC. | ☒ D  ☐ E/F  ☐ G |
| 2.103 | TTWN Networks, LLC | 20880 STONE OAK PKWY | SAN ANTONIO, TX 78258 | TPG SPECIALTY LENDING, INC. | ☒ D  ☐ E/F  ☐ G |
| 2.104 | iHeartMedia + Entertainment, Inc. | 20880 STONE OAK PKWY | SAN ANTONIO, TX 78258 | TPG SPECIALTY LENDING, INC. | ☒ D  ☐ E/F  ☐ G |
| 2.105 | iHeartMedia Capital I, LLC | 20880 STONE OAK PKWY | SAN ANTONIO, TX 78258 | TPG SPECIALTY LENDING, INC. | ☒ D  ☐ E/F  ☐ G |

| Debtor | iHeartMedia Management Services, Inc. | Case number (if known) | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.106  iHM Identity, Inc. | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | TPG SPECIALTY LENDING, INC. | ☒ D<br>❏ E/F<br>❏ G |
| 2.107  Katz Communications, Inc. | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | TPG SPECIALTY LENDING, INC. | ☒ D<br>❏ E/F<br>❏ G |
| 2.108  Clear Channel Broadcasting Licenses, Inc. | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | UMB BANK | ❏ D<br>☒ E/F<br>❏ G |
| 2.109  Clear Channel Holdings, Inc. | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | UMB BANK | ❏ D<br>☒ E/F<br>❏ G |
| 2.110  Christal Radio Sales, Inc. | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | UMB BANK | ❏ D<br>☒ E/F<br>❏ G |
| 2.111  Cine Guarantors II, Inc. | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | UMB BANK | ❏ D<br>☒ E/F<br>❏ G |
| 2.112  Critical Mass Media, Inc. | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | UMB BANK | ❏ D<br>☒ E/F<br>❏ G |
| 2.113  TTWN Media Networks, LLC | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | UMB BANK | ❏ D<br>☒ E/F<br>❏ G |
| 2.114  TTWN Networks, LLC | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | UMB BANK | ❏ D<br>☒ E/F<br>❏ G |
| 2.115  iHeartMedia Capital I, LLC | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | UMB BANK | ❏ D<br>☒ E/F<br>❏ G |
| 2.116  iHM Identity, Inc. | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | UMB BANK | ❏ D<br>☒ E/F<br>❏ G |

| Official Form 206H | **Schedule H: Codebtors** | Page 11 of 20 |
|---|---|---|

| Debtor | iHeartMedia Management Services, Inc. | Case number (if known) | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.117  Katz Communications, Inc. | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | UMB BANK | ☐ D  ☒ E/F  ☐ G |
| 2.118  Katz Media Group, Inc. | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | UMB BANK | ☐ D  ☒ E/F  ☐ G |
| 2.119  Katz Millennium Sales & Marketing, Inc. | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | UMB BANK | ☐ D  ☒ E/F  ☐ G |
| 2.120  Katz Net Radio Sales, Inc. | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | UMB BANK | ☐ D  ☒ E/F  ☐ G |
| 2.121  Clear Channel Investments, Inc. | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | UMB BANK | ☐ D  ☒ E/F  ☐ G |
| 2.122  Clear Channel Metro, LLC | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | UMB BANK | ☐ D  ☒ E/F  ☐ G |
| 2.123  Clear Channel Mexico Holdings, Inc. | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | UMB BANK | ☐ D  ☒ E/F  ☐ G |
| 2.124  Clear Channel Real Estate, LLC | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | UMB BANK | ☐ D  ☒ E/F  ☐ G |
| 2.125  CC Finco Holdings, LLC | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | UMB BANK | ☐ D  ☒ E/F  ☐ G |
| 2.126  CC Licenses, LLC | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | UMB BANK | ☐ D  ☒ E/F  ☐ G |
| 2.127  Capstar TX, LLC | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | UMB BANK | ☐ D  ☒ E/F  ☐ G |

Debtor ___iHeartMedia Management Services, Inc.___ Case number *(if known)* ___18-31301 (MI)___
Name

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.128  CC Broadcast Holdings, Inc. | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | UMB BANK | ☐ D  ☒ E/F  ☐ G |
| 2.129  AMFM Texas, LLC | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | UMB BANK | ☐ D  ☒ E/F  ☐ G |
| 2.130  iHeartMedia + Entertainment, Inc. | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | UMB BANK | ☐ D  ☒ E/F  ☐ G |
| 2.131  Citicasters Co. | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | UMB BANK | ☐ D  ☒ E/F  ☐ G |
| 2.132  Citicasters Licenses, Inc. | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | UMB BANK | ☐ D  ☒ E/F  ☐ G |
| 2.133  Capstar Radio Operating Company | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | UMB BANK | ☐ D  ☒ E/F  ☐ G |
| 2.134  AMFM Texas Broadcasting, LP | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | UMB BANK | ☐ D  ☒ E/F  ☐ G |
| 2.135  AMFM Texas Licenses, LLC | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | UMB BANK | ☐ D  ☒ E/F  ☐ G |
| 2.136  M Street Corporation | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | UMB BANK | ☐ D  ☒ E/F  ☐ G |
| 2.137  Premiere Networks, Inc. | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | UMB BANK | ☐ D  ☒ E/F  ☐ G |
| 2.138  Terrestrial RF Licensing, Inc. | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | UMB BANK | ☐ D  ☒ E/F  ☐ G |

| Debtor | iHeartMedia Management Services, Inc. | | Case number *(if known)* | 18-31301 (MI) |
|---|---|---|---|---|
| | Name | | | |

### Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.139 | AMFM Broadcasting, Inc. | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | UMB BANK | ☐ D  ☒ E/F  ☐ G |
| 2.140 | AMFM Operating, Inc. | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | UMB BANK | ☐ D  ☒ E/F  ☐ G |
| 2.141 | AMFM Radio Licenses, LLC | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | UMB BANK | ☐ D  ☒ E/F  ☐ G |
| 2.142 | AMFM Broadcasting Licenses, LLC | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | UMB BANK | ☐ D  ☒ E/F  ☐ G |
| 2.143 | Katz Net Radio Sales, Inc. | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | US BANK | ☐ D  ☒ E/F  ☐ G |
| 2.144 | TTWN Media Networks, LLC | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | US BANK | ☐ D  ☒ E/F  ☐ G |
| 2.145 | M Street Corporation | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | US BANK | ☐ D  ☒ E/F  ☐ G |
| 2.146 | Premiere Networks, Inc. | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | US BANK | ☐ D  ☒ E/F  ☐ G |
| 2.147 | Terrestrial RF Licensing, Inc. | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | US BANK | ☐ D  ☒ E/F  ☐ G |
| 2.148 | Clear Channel Metro, LLC | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | US BANK | ☐ D  ☒ E/F  ☐ G |
| 2.149 | Clear Channel Investments, Inc. | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | US BANK | ☐ D  ☒ E/F  ☐ G |

| Debtor | iHeartMedia Management Services, Inc. | Case number *(if known)* | 18-31301 (MI) |
|--------|----------------------------------------|--------------------------|---------------|
|        | Name                                   |                          |               |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|------------------------|--|------------------------|--|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.150  Katz Millennium Sales & Marketing, Inc. | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | US BANK | ☐ D<br>☒ E/F<br>☐ G |
| 2.151  Katz Media Group, Inc. | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | US BANK | ☐ D<br>☒ E/F<br>☐ G |
| 2.152  Katz Communications, Inc. | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | US BANK | ☐ D<br>☒ E/F<br>☐ G |
| 2.153  iHM Identity, Inc. | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | US BANK | ☐ D<br>☒ E/F<br>☐ G |
| 2.154  iHeartMedia Capital I, LLC | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | US BANK | ☐ D<br>☒ E/F<br>☐ G |
| 2.155  TTWN Networks, LLC | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | US BANK | ☐ D<br>☒ E/F<br>☐ G |
| 2.156  CC Licenses, LLC | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | US BANK | ☐ D<br>☒ E/F<br>☐ G |
| 2.157  CC Finco Holdings, LLC | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | US BANK | ☐ D<br>☒ E/F<br>☐ G |
| 2.158  CC Broadcast Holdings, Inc. | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | US BANK | ☐ D<br>☒ E/F<br>☐ G |
| 2.159  Capstar TX, LLC | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | US BANK | ☐ D<br>☒ E/F<br>☐ G |
| 2.160  Capstar Radio Operating Company | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | US BANK | ☐ D<br>☒ E/F<br>☐ G |

| Official Form 206H | **Schedule H: Codebtors** | Page 15 of 20 |
|--------------------|---------------------------|---------------|

| Debtor | iHeartMedia Management Services, Inc. | Case number (if known) | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.161 Clear Channel Holdings, Inc. | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | US BANK | ☐ D  ☒ E/F  ☐ G |
| 2.162 AMFM Texas, LLC | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | US BANK | ☐ D  ☒ E/F  ☐ G |
| 2.163 Clear Channel Broadcasting Licenses, Inc. | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | US BANK | ☐ D  ☒ E/F  ☐ G |
| 2.164 Citicasters Licenses, Inc. | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | US BANK | ☐ D  ☒ E/F  ☐ G |
| 2.165 Citicasters Co. | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | US BANK | ☐ D  ☒ E/F  ☐ G |
| 2.166 Cine Guarantors II, Inc. | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | US BANK | ☐ D  ☒ E/F  ☐ G |
| 2.167 Christal Radio Sales, Inc. | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | US BANK | ☐ D  ☒ E/F  ☐ G |
| 2.168 iHeartMedia + Entertainment, Inc. | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | US BANK | ☐ D  ☒ E/F  ☐ G |
| 2.169 Critical Mass Media, Inc. | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | US BANK | ☐ D  ☒ E/F  ☐ G |
| 2.170 Clear Channel Real Estate, LLC | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | US BANK | ☐ D  ☒ E/F  ☐ G |
| 2.171 Clear Channel Mexico Holdings, Inc. | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | US BANK | ☐ D  ☒ E/F  ☐ G |

| Debtor | iHeartMedia Management Services, Inc. | Case number (if known) | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.172  AMFM Texas Licenses, LLC | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | US BANK | ☐ D<br>☒ E/F<br>☐ G |
| 2.173  AMFM Texas Broadcasting, LP | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | US BANK | ☐ D<br>☒ E/F<br>☐ G |
| 2.174  AMFM Radio Licenses, LLC | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | US BANK | ☐ D<br>☒ E/F<br>☐ G |
| 2.175  AMFM Operating, Inc. | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | US BANK | ☐ D<br>☒ E/F<br>☐ G |
| 2.176  AMFM Broadcasting, Inc. | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | US BANK | ☐ D<br>☒ E/F<br>☐ G |
| 2.177  AMFM Broadcasting Licenses, LLC | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | US BANK | ☐ D<br>☒ E/F<br>☐ G |
| 2.178  iHeartCommunications, Inc. | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | WHITE PLAINS PLAZA REALTY LLC | ☐ D<br>☐ E/F<br>☒ G |
| 2.179  AMFM Operating, Inc. | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | WILMINGTON TRUST | ☐ D<br>☒ E/F<br>☐ G |
| 2.180  AMFM Radio Licenses, LLC | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | WILMINGTON TRUST | ☐ D<br>☒ E/F<br>☐ G |
| 2.181  AMFM Texas Broadcasting, LP | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | WILMINGTON TRUST | ☐ D<br>☒ E/F<br>☐ G |
| 2.182  AMFM Texas Licenses, LLC | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | WILMINGTON TRUST | ☐ D<br>☒ E/F<br>☐ G |

Debtor __iHeartMedia Management Services, Inc.__
Name

Case number *(if known)* __18-31301 (MI)__

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.183 M Street Corporation | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | WILMINGTON TRUST | ☐ D ☒ E/F ☐ G |
| 2.184 Premiere Networks, Inc. | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | WILMINGTON TRUST | ☐ D ☒ E/F ☐ G |
| 2.185 Terrestrial RF Licensing, Inc. | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | WILMINGTON TRUST | ☐ D ☒ E/F ☐ G |
| 2.186 TTWN Media Networks, LLC | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | WILMINGTON TRUST | ☐ D ☒ E/F ☐ G |
| 2.187 TTWN Networks, LLC | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | WILMINGTON TRUST | ☐ D ☒ E/F ☐ G |
| 2.188 iHeartMedia Capital I, LLC | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | WILMINGTON TRUST | ☐ D ☒ E/F ☐ G |
| 2.189 iHM Identity, Inc. | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | WILMINGTON TRUST | ☐ D ☒ E/F ☐ G |
| 2.190 Katz Communications, Inc. | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | WILMINGTON TRUST | ☐ D ☒ E/F ☐ G |
| 2.191 Katz Media Group, Inc. | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | WILMINGTON TRUST | ☐ D ☒ E/F ☐ G |
| 2.192 Katz Millennium Sales & Marketing, Inc. | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | WILMINGTON TRUST | ☐ D ☒ E/F ☐ G |
| 2.193 Katz Net Radio Sales, Inc. | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | WILMINGTON TRUST | ☐ D ☒ E/F ☐ G |

| Debtor | iHeartMedia Management Services, Inc. | Case number (if known) | 18-31301 (MI) |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.194 Clear Channel Investments, Inc. | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | WILMINGTON TRUST | ☐ D  ☒ E/F  ☐ G |
| 2.195 Clear Channel Metro, LLC | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | WILMINGTON TRUST | ☐ D  ☒ E/F  ☐ G |
| 2.196 Clear Channel Mexico Holdings, Inc. | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | WILMINGTON TRUST | ☐ D  ☒ E/F  ☐ G |
| 2.197 Clear Channel Real Estate, LLC | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | WILMINGTON TRUST | ☐ D  ☒ E/F  ☐ G |
| 2.198 Critical Mass Media, Inc. | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | WILMINGTON TRUST | ☐ D  ☒ E/F  ☐ G |
| 2.199 iHeartMedia + Entertainment, Inc. | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | WILMINGTON TRUST | ☐ D  ☒ E/F  ☐ G |
| 2.200 Christal Radio Sales, Inc. | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | WILMINGTON TRUST | ☐ D  ☒ E/F  ☐ G |
| 2.201 Cine Guarantors II, Inc. | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | WILMINGTON TRUST | ☐ D  ☒ E/F  ☐ G |
| 2.202 Citicasters Co. | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | WILMINGTON TRUST | ☐ D  ☒ E/F  ☐ G |
| 2.203 Citicasters Licenses, Inc. | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | WILMINGTON TRUST | ☐ D  ☒ E/F  ☐ G |
| 2.204 Clear Channel Broadcasting Licenses, Inc. | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | WILMINGTON TRUST | ☐ D  ☒ E/F  ☐ G |

| Debtor | iHeartMedia Management Services, Inc. | | Case number (if known) | 18-31301 (MI) |
|---|---|---|---|---|
| | Name | | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.205 | Clear Channel Holdings, Inc. | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | WILMINGTON TRUST | ☐ D  ☒ E/F  ☐ G |
| 2.206 | AMFM Texas, LLC | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | WILMINGTON TRUST | ☐ D  ☒ E/F  ☐ G |
| 2.207 | Capstar Radio Operating Company | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | WILMINGTON TRUST | ☐ D  ☒ E/F  ☐ G |
| 2.208 | Capstar TX, LLC | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | WILMINGTON TRUST | ☐ D  ☒ E/F  ☐ G |
| 2.209 | CC Broadcast Holdings, Inc. | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | WILMINGTON TRUST | ☐ D  ☒ E/F  ☐ G |
| 2.210 | CC Finco Holdings, LLC | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | WILMINGTON TRUST | ☐ D  ☒ E/F  ☐ G |
| 2.211 | CC Licenses, LLC | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | WILMINGTON TRUST | ☐ D  ☒ E/F  ☐ G |
| 2.212 | AMFM Broadcasting Licenses, LLC | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | WILMINGTON TRUST | ☐ D  ☒ E/F  ☐ G |
| 2.213 | AMFM Broadcasting, Inc. | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | WILMINGTON TRUST | ☐ D  ☒ E/F  ☐ G |

**Fill in this information to identify the case and this filing:**

Debtor Name  iHeartMedia Management Services, Inc.

United States Bankruptcy Court for the:  Southern _____ District of Texas,
                                                                          Houston
Case number (*If known*):  18-31301 (MI) _____     Divison

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☒ *Schedule H: Codebtors* (Official Form 206H)
- ☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  5/14/2018                    ✗  /s/ Scott D. Hamilton
                    MM / DD / YYYY              Signature of individual signing on behalf of debtor

                                                          Scott D. Hamilton
                                                          Printed name

                                                          Senior Vice President, Chief Accounting Officer and Assistant Secretary
                                                          Position or relationship to debtor

Official Form 202                    Declaration Under Penalty of Perjury for Non-Individual Debtors                    145