United States Courts
Southern District of Texas
FILED

MAY 18 2018

UNITED STATES BANKRUPTCY COURT          SOUTHERN DISTRICT OF TEXAS
David J. Bradley, Clerk of Court

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 18-31274 |
|---|---|---|---|
| | Debtor | In Re: | iHeartMedia, Inc. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Marianne S. Mortimer<br>Stradling Yocca Carlson & Rauth, P.C.<br>100 Wilshire Boulevard, 4th Floor<br>Santa Monica, CA 90401<br>CA BAR #: 296193<br>mmortimer@sycr.com |
|---|---|

| Name of party applicant seeks to appear for: | Veritone, Inc. |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 5/1/2018 | Signed: *[signature]* |
|---|---|

| The state bar reports that the applicant's status is: active |
|---|
| Dated: 5/22/18 | Clerk's signature: *[signature]* |

**Order**                This lawyer is admitted *pro hac vice*.

Dated: _____          _____
                                        United States Bankruptcy Judge