# Bloomberg

Bloomberg News   1101 New York Ave NW
Tel +1 202 807 2119
11th Floor
jvoskuhl@bloomberg.net
Washington, DC 20005

May 29, 2018

The Honorable Marvin Isgur
United States Bankruptcy Court for the Southern District of Texas
Courtroom 404
515 Rusk
Houston, TX 77022

<u>*In re:  iHeartMedia, Inc., et. al.*</u>, **No. 4:18-bk-31274**

Dear Judge Isgur:

I am a journalist for Bloomberg News, an accredited global newsgathering organization.  I write respectfully to request that the Court reconsider its March 15, 2018, order allowing the Debtors to redact the names and complete addresses of individual employees and customers listed on documents filed with the Court.  See Docket #114.

In their March 15, 2018 motion requesting redaction, the Debtors cite Section 107 (c) of the Bankruptcy Code, which allows the Court to protect an individual "to the extent the court finds that disclosure of such information would create undue risk of identity theft …."  However, the disclosure of names alone would cause no such risk.  Disclosing names of individual creditors also seems to be consistent with the cases cited by the Debtors in paragraph 13 of their motion.  All but one of those cases provided that names would be released and only addresses would be redacted to protect against any risk of identity theft.  The remaining case dealt with UK citizens and the names were kept confidential pursuant to UK privacy regulations, which do not appear to be applicable here.  It would also seem that disclosure of the city and state or merely the state of residence -- without disclosing the street address -- would result in a more minimal closure of court records while still offering ample protection against any risk of identity theft.

These proceedings -- which relate to the bankruptcy of the U.S.'s largest radio broadcaster -- are of particular interest to Bloomberg News's readers.  The identity of creditors is important to a full understanding of the proceedings and possible outcomes.  In order to ensure that the public's interest in this case is protected to the fullest extent possible, I respectfully request that the Court modify its order to allow the disclosure of creditor's names, as well as their cities and states of residence.

BLOOMBERG, BLOOMBERG PROFESSIONAL, BLOOMBERG MARKETS, BLOOMBERG NEWS, BLOOMBERG ANYWHERE, BLOOMBERG TRADEBOOK, BLOOMBERG BONDTRADER, BLOOMBERG TELEVISION, BLOOMBERG RADIO, BLOOMBERG PRESS and BLOOMBERG.COM are trademarks and service marks of Bloomberg Finance L.P., a Delaware limited partnership, or its subsidiaries. The BLOOMBERG PROFESSIONAL service
(the "BPS") is owned and distributed locally by Bloomberg Finance L.P. (BFLP) and its subsidiaries in all jurisdictions other than Argentina, Bermuda, China, India, Japan and Korea (the "BLP Countries"). BFLP is a wholly-owned subsidiary
of Bloomberg L.P. ("BLP"). BLP provides BFLP with all global marketing and operational support and service for these products and distributes the BPS either directly or through a non-BFLP subsidiary in the BLP Countries.

# Bloomberg

Sincerely,

John Voskuhl
Bloomberg News

BLOOMBERG, BLOOMBERG PROFESSIONAL, BLOOMBERG MARKETS, BLOOMBERG NEWS, BLOOMBERG ANYWHERE, BLOOMBERG TRADEBOOK, BLOOMBERG BONDTRADER, BLOOMBERG TELEVISION, BLOOMBERG RADIO, BLOOMBERG PRESS and BLOOMBERG.COM are trademarks and service marks of Bloomberg Finance L.P., a Delaware limited partnership, or its subsidiaries. The BLOOMBERG PROFESSIONAL service
(the "BPS") is owned and distributed locally by Bloomberg Finance L.P. (BFLP) and its subsidiaries in all jurisdictions other than Argentina, Bermuda, China, India, Japan and Korea (the "BLP Countries"). BFLP is a wholly-owned subsidiary
of Bloomberg L.P. ("BLP"). BLP provides BFLP with all global marketing and operational support and service for these products and distributes the BPS either directly or through a non-BFLP subsidiary in the BLP Countries.