IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | § Chapter 11 |
| | § |
| IHEARTMEDIA, INC., *et al.*,[1] | § Case No. 18-31274 (MI) |
| | § |
| Debtors. | § (Jointly Administered) |
| | § |

**AGENDA FOR MOTIONS SCHEDULED FOR MAY 30, 2018, AT 10:00 A.M. (PREVAILING CENTRAL TIME), BEFORE THE HONORABLE MARVIN ISGUR AT THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF TEXAS, AT COURTROOM 404, 515 RUSK STREET, HOUSTON, TEXAS 77002**

The above-referenced debtors and debtors in possession (collectively, the "Debtors") hereby file their agenda for matters set for hearing on May 30, 2018, at 10:00 a.m. (prevailing Central Time).

**I.    UNCONTESTED MATTERS**

1. Debtors' Motion to Approve Procedures for De Minimis Asset Transactions [Docket No. 615]

    Responses Received:  None

    Related Documents:  None

    Status:  This matter is going forward.

2. Debtors' Motion for Entry of an Order Extending the Time Within Which the Debtors May Remove Actions [Docket No. 609]

    Responses Received:  None

    Related Documents:

    A.    *Proposed* Order to Approve Procedures for De Minimis Asset Transactions [Docket No. [Docket No. 852]

---

[1]    Due to the large number of Debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the Debtors and the last four digits of their tax identification, registration, or like numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.primeclerk.com/iheartmedia.  The location of Debtor iHeartMedia, Inc.'s principal place of business and the Debtors' service address is: 20880 Stone Oak Parkway, San Antonio, Texas 78258.

Status:  This matter is going forward.

3. Agreed Order and Stipulation Resolving the United States Trustee's Objection to the Debtors' Cash Management Motion [Docket No. 846]

    Status:  This matter is going forward.

## II. INCENTIVE PLAN MOTION MATTERS

4. Emergency Motion of the United States Trustee to Reschedule Hearing on Motion to Approve Debtors' 2018 Incentive Plans and to Enlarge Deadlines to File Responses [Docket No. 823]

    Responses Received:  None

    Related Documents:

    A. Debtors' Motion for Entry of an Order Authorizing the Debtors to File Under Seal the Performance Metrics for the 2018 Incentive Plans [Docket No. 605]

    B. Debtors' Motion for Entry of an Order Authorizing and Approving the Debtors' 2018 Inc Order Continuing Hearings [Docket No. 848]entive Plans [Docket No. 606]

    C. Order Continuing Hearings [Docket No. 848]

    Status:  This matter is going forward for purposes of rescheduling the hearings on the *Debtors' Motion for Entry of an Order Authorizing and Approving the Debtors' 2018 Incentive Plans* [Docket No. 606].

## III. ADVERSARY PROCEEDING

**Wilmington Savings Fund Society, FSB, § solely in its capacity as successor indenture § trustee to the 6.875% Senior Notes due 2018 § and 7.25% Senior Notes due 2027, and not in its individual capacity v. iHeartCommunications, Inc., f/k/a Clear § Channel Communications, Inc., AMFM § Broadcasting Licenses, LLC, AMFM § Broadcasting, Inc., AMFM Operating, Inc., § AMFM Radio Licenses, LLC, AMFM Texas § Broadcasting, LP, AMFM Texas Licenses, LLC § AMFM Texas, LLC, Capstar Radio Operating, § and Capstar TX, LLC - Adversary Proceeding Case No. 18-03052 (MI) - Adversary Proceeding Case No. 18-03052 (MI)**

    Status:  A status conference is going forward on this matter [Docket No. 122].

IV. **JEFFERIES RETENTION APPLICATION**

5. Application of the Official Committee of Unsecured Creditors of iHeartMedia, Inc., *et al.*, for Entry of an Order Authorizing the Committee to Retain and Employ Jefferies LLC as Investment Banker Pursuant to 11 U.S.C. §§ 328(a) and 1103(a), *Nunc Pro Tunc* to March 30, 2018 [Docket No. 519]

    Responses Received:

    A. Objection of the Term Loan/PGN Group to the Application of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing the Committee to Retain and Employ Jefferies LLC as Investment Banker Pursuant to 11 U.S.C. §§ 328(a) and 1103(a), *Nunc Pro Tunc* to March 30, 2018 [Docket No. 632]

    B. Reply of the Official Committee of Unsecured Creditors of IHeartMedia, Inc., *et al.* to the Objection of the Term Loan/PGN Group to the Application of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing the Committee to Retain and Employ Jefferies LLC as Investment Banker Pursuant to 11 U.S.C. §§ 328(a) and 1103(a*), Nunc Pro Tunc* to March 30, 2018 [Docket No. 850]

    Related Documents:

    A. Term Loan/PGN Group's Witness and Exhibit List [Docket No. 829]

    B. Witness and Exhibit List of the Official Committee of Unsecured Creditors of iHeartMedia, Inc., *et al.* for Hearing Scheduled May 30, 2018 [Docket No. 830]

    Status:  This matter is going forward.

V. **CONTINUED MATTERS**

6. Debtors' Application for Entry of an Order (A) Authorizing the Employment and Retention of Moelis & Company LLC as Its Investment Banker and Financial Advisor for the Debtors and Debtors in Possession Effective *Nunc Pro Tunc* to the Petition Date; and (B) Granting Related Relief [Docket No. 266]

    Responses Received:

    A. Omnibus Objection of the Official Committee of Unsecured Creditors to Debtors' Applications to Retain Moelis & Company LLC and LionTree Advisors LLC as Financial Advisors [Docket No. 735]

    B. The Term Loan/PGN Group's Combined Objection to the Debtors' Application for Entry of an Order Authorizing Employment of Moelis & Company [ECF No. 266] and the Debtors' Emergency Application for

               Entry of an Order Authorizing Employment of LionTree Advisors [ECF No. 569] [Docket No. 737]

       C.     Joint Reply of the Debtors, Moelis & Company LLC, and LionTree Advisors LLC in Support of the Debtors' Applications Authorizing and Approving the Employment and Retention of Moelis & Company LLC as Investment Banker and LionTree Advisors LLC as Special Financial Advisor *Nunc Pro Tunc* to the Petition Date [Docket No. 783]

    Related Documents: None

       A.     Stipulation Extending Objection Deadlines Regarding Debtors' Applications for Entry of Orders (A) Authorizing the Employment and Retention of (I) Moelis & Company LLC and (II) Perella Weinberg Partners LP, as Its Investment Bankers and Financial Advisors for the Debtors and Debtors in Possession Effective *Nunc Pro Tunc* to the Petition Date; and (B) Granting Related Relief [Docket No. 531]

       B.     Notice of Reset Hearings [Docket No. 539]

       C.     *Proposed* Order Granting Debtors' Application (A) Authorizing the Employment and Retention of Moelis & Company LLC as Investment Banker and Financial Advisor for the Debtors and Debtors in Possession, Effective *Nunc Pro Tunc* to the Petition Date; (B) Waiving and Modifying Certain Time-Keeping Requirements; and (C) Granting Related Relief [Docket No. 570]

       D.     Notice of Reset Hearings [Docket No. 573]

       E.     Notice of Reset Hearings [Docket No. 628]

       F.     Agreed Scheduling Order Regarding Debtors' Applications for Entry of Orders Authorizing Their Employment and Retention of Moelis & Company LLC and LionTree Advisors LLC [Docket No. 633]

    Status:  This matter will be continued to a date to be determined.

7.    Debtors' Emergency Application for Entry of an Order (A) Authorizing the Employment and Retention of LionTree Advisors LLC as Special Financial Advisor with Respect to Potential Equity Investments for the Debtors and Debtors in Possession Effective *Nunc Pro Tunc* to the Petition Date; and (B) Granting Related Relief [Docket No. 569]

    Responses Received:

       A.     Omnibus Objection of the Official Committee of Unsecured Creditors to Debtors' Applications to Retain Moelis & Company LLC and LionTree Advisors LLC as Financial Advisors [Docket No. 735]

    B.    The Term Loan/PGN Group's Combined Objection to the Debtors' Application for Entry of an Order Authorizing Employment of Moelis & Company [ECF No. 266] and the Debtors' Emergency Application for Entry of an Order Authorizing Employment of LionTree Adivsors [ECF No. 569] [Docket No. 737]

    C.    Joint Reply of the Debtors, Moelis & Company LLC, and LionTree Advisors LLC in Support of the Debtors' Applications Authorizing and Approving the Employment and Retention of Moelis & Company LLC as Investment Banker and LionTree Advisors LLC as Special Financial Advisor *Nunc Pro Tunc* to the Petition Date [Docket No. 783]

Related Documents:

    A.    Notice of Reset Hearings [Docket No. 573]

    B.    Notice of Reset Hearings [Docket No. 628]

    C.    Agreed Scheduling Order Regarding Debtors' Applications for Entry of Orders Authorizing Their Employment and Retention of Moelis & Company LLC and LionTree Advisors LLC [Docket No. 633]

Status: This matter will be continued to a date to be determined.

8.    Debtors' Motion for Entry of an Order Authorizing the Debtors to File Under Seal the Performance Metrics for the 2018 Incentive Plans [Docket No. 605]

Responses Received:

    A.    Objection of the Acting United States Trustee to Debtors' Motion for Entry of an Order Authorizing the Debtors to File Under Seal the Performance Metrics for the 2018 Incentive Plans [Docket No. 822]

Related Documents:

    A.    Notice of Reset Hearings [Docket No. 831]

    B.    Order Continuing Hearings [Docket No. 848]

Status: This matter will be continued to a date to be determined.

9.    Debtors' Motion for Entry of an Order Authorizing and Approving the Debtors' 2018 Incentive Plans [Docket No. 606]

Responses Received: None

Related Documents:

    A.    Notice of Reset Hearings [Docket No. 831]

  B.  Order Continuing Hearings [Docket No. 848]

<u>Status</u>:  This matter will be continued to a date to be determined.

[<i>Remainder of page intentionally left blank.</i>]

Houston, Texas
May 29, 2018

/s/ *Patricia B. Tomasco*

| | |
|---|---|
| Patricia B. Tomasco (TX Bar No. 01797600) | James H.M. Sprayregen, P.C. |
| Matthew D. Cavenaugh (TX Bar No. 24062656) | Anup Sathy, P.C. (admitted *pro hac vice*) |
| Jennifer F. Wertz (TX Bar No. 24072822) | Brian D. Wolfe (admitted *pro hac vice*) |

**JACKSON WALKER L.L.P.**
1401 McKinney Street, Suite 1900
Houston, Texas 77010
Telephone:     (713) 752-4200
Facsimile:      (713) 752-4221
Email:            ptomasco@jw.com
                      mcavenaugh@jw.com
                      jwertz@jw.com

*Co-Counsel to the Debtors*
*and Debtors in Possession*

William A. Guerrieri (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:      (312) 862-2200
Email:            james.sprayregen@kirkland.com
                      anup.sathy@kirkland.com
                      brian.wolfe@kirkland.com
                      will.guerrieri@kirkland.com

-and-

Christopher J. Marcus, P.C. (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:     (212) 446-4800
Facsimile:      (212) 446-4900
Email:            christopher.marcus@kirkland.com

*Co-Counsel to the Debtors*
*and Debtors in Possession*

**Certificate of Service**

I certify that on May 29, 2018, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ Patricia B. Tomasco
Patricia B. Tomasco