**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| IHEARTMEDIA, INC., *et al.*,[1] | ) | Case No. 18-31274 (MI) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**GLOBAL NOTES, METHODOLOGY, AND SPECIFIC
DISCLOSURES REGARDING THE DEBTORS' SCHEDULES OF
ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

## Introduction

iHeartMedia, Inc. ("iHeart") and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), with the assistance of their advisors, have filed their respective Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "Statements," and together with the Schedules, the "Schedules and Statements") with the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court"), under section 521 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 1007-1 of the Bankruptcy Local Rules for the Southern District of Texas (the "Bankruptcy Local Rules").

These *Global Notes, Methodology, and Specific Disclosures Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of all of the Debtors' Schedules and Statements. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to be fully reconciled with the financial statements of each Debtor. Additionally, the Schedules and Statements contain unaudited information that is subject to further review and

---

[1] Due to the large number of Debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the Debtors and the last four digits of their tax identification, registration, or like numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.www.primeclerk.com/iheartmedia. The location of Debtor iHeartMedia, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 20880 Stone Oak Parkway, San Antonio, Texas 78258.

potential adjustment and reflects the Debtors' reasonable efforts to report the assets and liabilities of each Debtor on an unconsolidated basis.

The Debtors and their agents, attorneys, and advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein.  While reasonable efforts have been made to provide accurate and complete information herein, inadvertent errors or omissions may exist.  The Debtors and their agents, attorneys, and advisors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised, or re-categorized.  In no event shall the Debtors or their agents, attorneys, and advisors be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtors or their agents, attorneys, and advisors are advised of the possibility of such damages.

Mr. Scott Hamilton, Senior Vice President, Chief Accounting Officer and Assistant Secretary of Debtor iHeartMedia, Inc., has signed each of the Schedules and Statements.  Mr. Hamilton is an authorized signatory for each of the Debtors.  In reviewing and signing the Schedules and Statements, Mr. Hamilton necessarily has relied upon the efforts, statements, and representations of various personnel employed by the Debtors and their advisors.  Mr. Hamilton has not (and could not have) personally verified the accuracy of each statement and representation contained in the Schedules and Statements, including statements and representations concerning amounts owed to creditors, classification of such amounts, and creditor addresses.

## Global Notes and Overview of Methodology

1.  **Reservation of Rights**.  Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements, but inadvertent errors or omissions may exist.  The Debtors reserve all rights to:  (i) amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including the right to amend the Schedules and Statements with respect to the description, designation, or Debtor against which any claim against a Debtor ("Claim")[2] is asserted; (ii) dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; (iii) subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or (iv) object to the extent, validity, enforceability, priority, or avoidability of any Claim (regardless of whether of such Claim is designated in the Schedules and Statements as "disputed," "contingent," or "unliquidated").  Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such Claim or amount is not "disputed," "contingent," or "unliquidated."

---

[2]  For the purposes of these Global Notes, the term Claim shall have the meaning as defined under section 101(5) of the Bankruptcy Code.

Listing a Claim does not constitute an admission of liability by the Debtor against which the Claim is listed or against any of the Debtors. Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to the Debtors' chapter 11 cases, including, issues involving Claims, substantive consolidation, defenses, equitable subordination, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation or rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph. Notwithstanding the foregoing, the Debtors shall not be required to update the Schedules and Statements.

2. **Description of Cases and "As Of" Information Date**. On March 14, 2018 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.

   The asset information provided herein represents the asset data of the Debtors as of the Petition Date, except as otherwise noted. The liability information provided herein represents the outstanding pre-petition liabilities as of the date of filing the Schedules.

3. **Net Book Value of Assets**. Unless otherwise indicated, the Debtors' Schedules and Statements reflect net book values as of March 14, 2018. The book values of certain assets may materially differ from their fair market values and/or the Debtors' enterprise valuation that will be prepared in connection with the disclosure statement to the Debtors' chapter 11 plan of reorganization. For the avoidance of doubt, nothing contained in the Schedules and Statements is indicative of the Debtors' enterprise value.

   Book values of assets prepared in accordance with GAAP generally do not reflect the current performance of the assets or the impact of the industry environment and may differ materially from the actual value and/or performance of the underlying assets.

4. **Recharacterization**. Notwithstanding the Debtors' reasonable efforts to properly characterize, classify, categorize, or designate certain Claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors may nevertheless have improperly characterized, classified, categorized, designated, or omitted certain items due to the complexity and size of the Debtors' businesses. Accordingly, the Debtors reserve all of their rights to recharacterize, reclassify, recategorize, redesignate, add, or delete items reported in the Schedules and Statements at a later time as is necessary or appropriate as additional information becomes available, including, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

5. **Liabilities**. The Debtors have sought to allocate liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change. Accordingly, the Debtors reserve all of

their rights to amend, supplement, or otherwise modify the Schedules and Statements as is necessary or appropriate.

6. **Excluded Assets and Liabilities**.  The Debtors have excluded certain categories of assets, tax accruals, and liabilities from the Schedules and Statements, including, employee benefit accruals, and in some instances accrued accounts payable.  In addition, certain immaterial assets and liabilities may have been excluded.

The Bankruptcy Court has authorized (but not directed) the Debtors to pay, in their discretion, certain outstanding Claims on a postpetition basis.  As discussed below, prepetition liabilities that the Debtors have paid postpetition pursuant to relief granted by the court may not be listed in the Schedules and Statements.

7. **Insiders**.  For purposes of the Schedules and Statements, the Debtors defined "insiders" pursuant to section 101(31) of the Bankruptcy Code as:  (a) directors; (b) officers; (c) persons in control of the Debtors; (d) relatives of the Debtors' directors, officers, or persons in control of the Debtors; and (e) debtor/non-debtor affiliates of the foregoing. Persons listed as "insiders" have been included for informational purposes only and by including them in the Schedules, shall not constitute an admission that those persons are insiders for purposes of section 101(31) of the Bankruptcy Code.  Moreover, the Debtors do not take any position with respect to:  (a) any insider's influence over the control of the Debtors; (b) the management responsibilities or functions of any such insider; (c) the decision making or corporate authority of any such insider; or (d) whether the Debtors or any such insider could successfully argue that he or she is not an "insider" under applicable law or with respect to any theories of liability or for any other purpose.

8. **Personal Identification Information**.  Pursuant to the *Order (I) Authorizing the Debtors to File a Consolidated List of Creditors and a Consolidated List of the 30 Largest Unsecured Creditors, (II) Authorizing the Debtors to Redact Certain Personal Identification Information, (III) Approving the Form and Manner of Notifying Creditors of the Commencement of These Chapter 11 Cases, and (IV) Granting Related Relief* [Docket No. 114], the Debtors have redacted certain personal identification information contained in the Schedules and Statements.  Payments made to individuals, including insiders as discussed above, and certain other instances where personally identifiable information could otherwise be disclosed, have been reported without disclosing personally identifiable information.  In addition, payments to or for the benefit of insiders have been disclosed in aggregate amounts, without separately identifying amounts paid to a given insider or otherwise disclosing personally identifiable information.

9. **Intellectual Property Rights**.  Exclusion of certain intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.  Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated or otherwise expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.  The Debtors have made every effort to attribute intellectual property to the rightful Debtor

4

owner.  However, in some instances intellectual property owned by one Debtor may, in fact, be owned by another.  Accordingly, the Debtors reserve all of their rights with respect to the legal status of any and all such intellectual property rights.

10.     **Executory Contracts**.  Although the Debtors made reasonable efforts to attribute an executory contract to its rightful Debtor, in certain instances, the Debtors may have inadvertently failed to do so due to the complexity and size of the Debtors' businesses. Accordingly, the Debtors reserve all of their rights with respect to the named parties of any and all executory contracts, including the right to amend Schedule G.

11.     **Classifications**.  Listing (a) a Claim on Schedule D as "secured," (b) a Claim on Schedule E/F as "priority," (c) a Claim on Schedule E/F as "unsecured," or (d) a contract on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the claimant or a waiver of the Debtors' rights to recharacterize or reclassify such Claims or contracts or to setoff of such Claims.

12.     **Claims Description**.  Schedules D and E/F permit each of the Debtors to designate a Claim as "disputed," "contingent," and/or "unliquidated."  Any failure to designate a Claim on a given Debtor's Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by that Debtor that such amount is not "disputed," "contingent," or "unliquidated," or that such Claim is not subject to objection.  The Debtors reserve all of their rights to dispute, or assert offsets or defenses to, any Claim reflected on their respective Schedules and Statements on any grounds, including liability or classification.     Additionally, the Debtors expressly reserve all of their rights to subsequently designate such Claims as "disputed," "contingent," or "unliquidated." Moreover, listing a Claim does not constitute an admission of liability by the Debtors.

13.     **Causes of Action**.  Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third parties as assets in the Schedules and Statements, including causes of action that are required to be kept confidential and causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers.  The Debtors reserve all of their rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross claim, counterclaim, or recoupment, and any claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law (collectively, "Causes of Action") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any claims or Causes of Action or in any way prejudice or impair the assertion of such claims or Causes of Action.

14.     **Summary of Significant Reporting Policies**.  The following is a summary of significant reporting policies:

- <u>Undetermined Amounts</u>.  The description of an amount as "unknown," "TBD," or "undetermined" is not intended to reflect upon the materiality of such amount.

- <u>Totals</u>.  All totals that are included in the Schedules and Statements represent totals of all known amounts.  To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

- <u>Paid Claims</u>.  The Debtors were authorized (but not directed) to pay certain outstanding prepetition Claims pursuant to various orders entered by the Bankruptcy Court.  Accordingly, certain outstanding liabilities that have been reduced by postpetition payments made on account of prepetition liabilities have been designated as contingent.  To the extent the Debtors pay any of the Claims listed in the Schedules and Statements pursuant to any orders entered by the Bankruptcy Court, the Debtors reserve all of their rights to amend or supplement the Schedules and Statements or take other action as is necessary or appropriate to avoid over-payment of or duplicate payments for any such liabilities.

- <u>Unknown Debtors</u>.  In certain instances, contracts do not specify a particular Debtor or include an incorrect legal entity as the contractual counterparty.  In addition, threatened litigation, on occasion, does not indicate the potentially liable Debtor(s).  In these instances, responses have been listed in the appropriate Statement or Schedule at iHeartMedia Management Services, Inc. out of an abundance of caution.

- <u>Business Unit Level</u>.  The Debtors have created business units that function as profit and cost centers for purposes of recording financial activities. Business units have been historically treated as discrete entities for accounting purposes, but such business units are not separate legal entities. Thus, business units have been combined within the relevant Debtor entity for purposes of reporting in the Statements and Schedules.

- <u>Liens</u>.  Property and equipment listed in the Schedules and Statements are presented without consideration of any liens that may attach (or have attached) to such property and equipment.

15.  **Currency**.  All amounts are reflected in U.S. dollars.

16.  **Intercompany Payables and Receivables**.  Intercompany payables and receivables between the Debtors as of the Petition Date are set forth on Schedule E/F or Schedule A/B, as applicable.

As described more fully in the *Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System and Maintain Existing Bank Accounts and (B) Continue to Perform Intercompany Transactions and (III) Granting Related Relief* [Docket No. 14] (the "<u>Cash Management Motion</u>"), the Debtors engage in a range of intercompany transactions in the ordinary course of business. Pursuant to the order granting the relief requested in the Cash Management Motion [Docket No. 454] (the "<u>Cash Management</u>

6

Order"), the Bankruptcy Court has granted the Debtors authority to continue the intercompany transactions in the ordinary course of business.

Intercompany transactions amongst the Debtors that result from operations are recorded in the Debtors' books and records in intercompany accounts receivable at the business unit level.  As previously discussed, these business units combine into  specific legal entities.  Nearly all transactions performed by the Debtors result in an intercompany transaction, which are accretive to prior balances recorded in the Debtors' books and records.  As discussed in the Cash Management Motion, all funds that enter the Debtors' cash management system are held in an account owned by iHeartMedia Management Services, Inc.  Given the concentration of funds received on behalf of all Debtors into an account owned by iHeartMedia Management Services, Inc., and the subsequent distribution of funds therefrom for the benefit of all Debtors, or to accounts owned by other Debtors, for purposes of presentation of intercompany balances, the Debtors' have attributed all receivable and payable positions of the Debtors to iHeartMedia Management Services, Inc., for illustrative purposes solely for the purposes of the Schedules and Statements.

In addition to intercompany transactions that result from operations, the Debtors maintain certain notes payable, which reflect documented agreements amongst certain legal entities of the Debtors.  For purposes of presentation, these amounts are shown as payables to or receivables from those legal entities specified in the agreements.

In connection with the cash management arrangements for Clear Channel Outdoor Holdings, Inc. ("CCOH"), the Debtors maintain an intercompany revolving promissory note payable to CCOH (the "Intercompany Note"), which matures on May 15, 2019.  Pursuant to the Cash Management Order, as of March 14, 2018, the pre-petition balance of the Intercompany Note has been frozen.

The listing by the Debtors of any account between a Debtor and another Debtor or between a Debtor and a non-Debtor affiliate is a statement of what appears in a particular Debtor's books and records and does not reflect any admission or conclusion of the Debtors regarding the allowance, classification, characterization, validity, or priority of such account. The Debtors take no position in these Schedules and Statements as to whether such accounts would be allowed as a Claim, an Interest, or not allowed at all. The Debtors reserve all rights with respect to such accounts.

17.  **Setoffs**.  The Debtors periodically incur certain setoffs in the ordinary course of business.

Setoffs in the ordinary course can result from various items including, but not limited to, intercompany transactions, pricing discrepancies, returns, warranties, credits, refunds, negotiations, and/or disputes between the Debtors and their vendors or customers, and other disputes between the Debtors and their customers and/or suppliers.  These normal setoffs are consistent with the ordinary course of business in the Debtors' industry and can be particularly voluminous, making it unduly burdensome and costly for the Debtors to list such ordinary course setoffs.  Therefore, although such setoffs and other similar rights may have been accounted for when scheduling certain amounts, these ordinary course setoffs are not independently accounted for, and as such, are or may be excluded from the Debtors' Schedules and Statements.

18.  **Global Notes Control**.  In the event that the Schedules and Statements differ from these Global Notes, the Global Notes shall control.

## Specific Disclosures with Respect to the Debtors' Schedules

**Schedules Summary**.  Except as otherwise noted, the asset and liability information provided herein represents the Debtors' assets and liabilities as of the Petition Date.

For financial reporting purposes, the Debtors and certain of their non-Debtor affiliates ordinarily prepare consolidated financial statements.  Unlike the consolidated financial statements, the Schedules reflect the assets and liabilities of each Debtor on a nonconsolidated basis.  Accordingly, the totals listed in the Schedules will likely differ, at times materially, from the consolidated financial reports prepared by the Debtors for financial reporting purposes or otherwise.

The Schedules do not purport to represent financial statements prepared in accordance with GAAP, nor are they intended to be fully reconciled with the financial statements of each Debtor.  Certain write-downs, impairments, and other accounting adjustments may not be reflected in the Schedules.  Additionally, the Schedules contain unaudited information that is subject to further review and potential adjustment, and reflect the Debtors' reasonable best efforts to report the assets and liabilities of each Debtor on an unconsolidated basis.  Moreover, given, among other things, the uncertainty surrounding the collection and ownership of certain assets and the valuation and nature of certain liabilities, to the extent that a Debtor shows more assets than liabilities, this is not an admission that the Debtor was solvent as of the Petition Date or at any time before the Petition Date.  Likewise, to the extent a Debtor shows more liabilities than assets, this is not an admission that the Debtor was insolvent as of the Petition Date or at any time before the Petition Date.

**Schedule A/B.3**.  The bank account balances listed are as of the Petition Date and may vary from book balances.  While certain individual accounts may be listed in Schedule A/B.3 with a negative balance, the Debtors and their banks view the cash pool as a single aggregated system which has a net positive balance. Accounts listed include a variety of types, including one account at Fidelity ending in x1576, which holds assets for the Debtors' deferred compensation plan.

**Schedule A/B.10.** The Debtors own over 10,000 URL names, some of which they do not use. The Debtors have not listed all such URL names given the voluminous amount of information, but do not disclaim any ownership rights over such URL names, which rights are hereby reserved.  For any URLs listed for which ownership could not be determined, iHM Identity, Inc. was assigned as the owner.

**Schedule A/B.11**.  The Debtors allocate all accounts receivable attributable to radio station operations at iHeartMedia Management Services, Inc., while the corresponding allowance for doubtful accounts remains on the books of the Debtor entity that operates the applicable radio station(s).

**Schedule A/B.15**.  Equity interests in subsidiaries and affiliates primarily arise from common stock ownership or member or partnership interests.  For purposes of these Schedules, the Debtors have listed an undetermined value for the equity interests of all subsidiaries and affiliates.  Nothing in these Schedules is an admission by or conclusion of the Debtors regarding the value of such subsidiary and affiliate equity interests, which, under certain fair market or enterprise valuation analyses, may have value.  The book values of certain assets may materially differ from their fair

8

market values and/or the Debtors' enterprise valuation to be prepared in connection with the Disclosure Statement.

In the ordinary course of business, the Debtors engage in barter relationships by which they offer media, or advertising space, in exchange for equity in the company that will utilize the media or advertising space. For purposes of these Schedules, the Debtors have listed an undetermined value for these equity interests. Nothing in these Schedules is an admission or conclusion of the Debtors regarding the value of each equity interest.

Book values of assets prepared in accordance with GAAP generally do not reflect the current performance of the assets or the impact of the industry environment and may differ materially from the actual value and/or performance of the underlying assets.  As such, the value listed in these Schedules and Statements cannot be, and was not, used to determine the Debtors' enterprise valuation.

**Schedule A/B.55**.  It would be time consuming, an inefficient use of the Debtors' resources, or otherwise impracticable, to review and determine the jurisdictional treatment for each piece of property listed on Schedule A/B.55.  Consequently, the Debtors take no position as to the tax treatment for property listed on this schedule.

**Schedule A/B.72.** This amount includes all NOLs of the consolidated tax group of which iHeartMedia, Inc., is the parent, including certain amounts that, under the applicable consolidated tax return rules, are attributable to non-Debtor subsidiaries.

**Schedule A/B.77**.  The listing by the Debtors of any account between a Debtor and another Debtor or between a Debtor and a non-Debtor subsidiary or affiliate is a statement of what appears in a particular Debtor's books and records and does not reflect any admission or conclusion of the Debtors regarding the allowance, classification, characterization, validity, or priority of such account.  The Debtors take no position in these Schedules and Statements as to whether such accounts would be allowed as a Claim, an Interest, or not allowed at all.  The Debtors and all parties in interest reserve all rights with respect to such accounts.

**Schedule D**.  The Debtors have not included parties that may believe their Claims are secured through setoff rights, inchoate statutory lien rights, or other lien rights created by the laws of the various jurisdictions in which the Debtors operate.  Various Debtors are borrowers, and certain of the other Debtors are guarantors, under prepetition secured funded debt obligations.  Although there are numerous beneficial holders of such debt, only the administrative agents have been listed for purposes of Schedule D, where applicable.  For the avoidance of doubt, the funded debt amounts listed in Schedule D include obligations where the beneficial holder is another Debtor.  The amounts outstanding under the Debtors' prepetition secured debt reflect approximate amounts as of the Petition Date.

Descriptions provided on Schedule D are intended only to be a summary.  Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens.

**Schedule E/F**.  The listing by the Debtors of any account between a Debtor and another Debtor or between a Debtor and a non-Debtor subsidiary or affiliate is a statement of what appears in a

particular Debtor's books and records and does not reflect any admission or conclusion of the Debtors regarding the allowance, classification, characterization, validity, or priority of such account. The Debtors take no position in these Schedules and Statements as to whether such accounts would be allowed as a Claim, an Interest, or not allowed at all. The Debtors and all parties in interest reserve all rights with respect to such accounts. Various Debtors are borrowers, and certain of the other Debtors are guarantors, under prepetition funded obligations. Although there are numerous beneficial holders of such debt, only the administrative agents and indenture trustees, as applicable, have been listed for purposes of Schedule E/F, where applicable. For the avoidance of doubt, the funded debt amounts listed in Schedule E/F include obligations where the beneficial holder is another Debtor.

The claims of individual creditors for, among other things, goods, products, services, customer refunds, or taxes are listed as the amounts entered on the Debtors' books and records and may not reflect credits, allowances, or other adjustments due from such creditors to the Debtors. The Debtors reserve all of their rights with regard to such credits, allowances, and other adjustments, including the right to assert claims objections and/or setoffs with respect to the same.

Under the *Order (I) Authorizing the Payment of Certain Prepetition Taxes and Fees, and (II) Granting Related Relief* [Docket No. 106] (the "Tax Order"), the Bankruptcy Court granted the Debtors authority to pay the prepetition Claims of regulatory authorities on account of taxes and fees. The amounts accrued and payable on account of such Claims may not be reflected on the Schedule E/F.

Under the *Final Order (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses, and (B) Continue Employee Benefits Programs and (II) Granting Related Relief* [Docket No. 453] (the "Wages Order"), the Bankruptcy Court granted the Debtors authority to pay or honor certain prepetition obligations for employee wages, salaries, and other compensation, reimbursable employee expenses, and employee medical and similar benefits. The Debtors have not listed on Schedule E/F any wage or wage-related obligations that the Debtors have paid postpetition pursuant to relief granted by court order entered by the Bankruptcy Court.

Under the *Final Order (I) Authorizing the Debtors to Honor Certain Prepetition Obligations to Customers and Continue Certain Customer Programs in the Ordinary Course of Business and (II) Granting Related Relief* [Docket No. 105], the Bankruptcy Court granted the Debtors the authority to pay, honor, or maintain its customer programs (*i.e.*, ad sale obligations, customer refund obligations, prepaid event and newsletter obligations, and software and data obligations). The Debtors have not listed on Schedule E/F any customer or customer-related obligations that the Debtors have paid postpetition pursuant to relief granted by court order entered by the Bankruptcy Court.

Under the *Final Order (I) Authorizing the Debtors to Pay or Honor Prepetition Claims and Obligations of On-Air Talent, Station Affiliates, and Copyright Owners and (II) Granting Related Relief* [Docket No. 456], the Bankruptcy Court granted the Debtors the authority to pay or honor obligations with respect to its on-air talent (*i.e.*, paying talent, service fees, revenue sharing payments), payments due under affiliate contracts, obligations related to the Katz business, and royalty obligations. The Debtors have not listed on Schedule E/F any On-Air Talent, Station

Affiliate or Copyright obligations that the Debtors have paid postpetition pursuant to relief granted by court order entered by the Bankruptcy Court.

Schedule E/F does not include certain deferred charges, deferred liabilities, accruals, or general reserves. Such amounts are, however, reflected on the Debtors' books and records as required in accordance with GAAP. Such accruals are general estimates of liabilities and do not represent specific Claims as of the Petition Date. The Debtors have made every effort to include as contingent, unliquidated, or disputed the Claim of any vendor not included on the Debtors' open accounts payable that is associated with an account that has an accrual. Further, in addition to the items listed in Schedule E/F, certain of the Debtors, from time to time, provide performance guarantees of obligations of certain other Debtors or Debtor affiliates in connection with various contractual obligations, which may not be listed in the Schedules.

**Schedule G**. Although reasonable efforts have been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases, inadvertent errors, omissions or over-inclusion may have occurred in preparing Schedule G. Certain of the instruments reflected on Schedule G may contain renewal options, guarantees of payments, options to purchase, rights of first refusal, and other miscellaneous rights. Such rights, powers, duties, and obligations are not separately set forth on Schedule G. The Debtors hereby expressly reserve the right to assert that any instrument listed on Schedule G is an executory contract within the meaning of section 365 of the Bankruptcy Code. The Debtors reserve all of their rights, claims, and causes of action with respect to claims associated with any contracts and agreements listed on Schedule A/B, including their right to dispute or challenge the characterization or the structure of any transaction, document, or instrument (including any intercompany agreement) related to a creditor's claim.

Certain confidentiality, hold harmless, and non-compete agreements may not be listed on Schedule G. In addition, agreements and underlying documentation related to the Debtors' prepetition debt is not included in Schedule G. The Debtors reserve all of their rights with respect to such agreements.

Certain of the contracts and agreements listed on Schedule G may consist of several parts, including purchase orders, amendments, restatements, waivers, letters, and other documents that may not be listed on Schedule G or that may be listed as a single entry.

The Debtors are party to thousands of ordinary course contracts, terms and conditions, insertion orders, and similar agreements (written and oral) providing for the sale of advertising time to a customer (collectively the "Insertion Orders"). Insertion Orders are typically short-term contracts with terms of [three] months of less. It would be time consuming and an inefficient use of the Debtors' resources, or otherwise impracticable, to identify and review each Insertion Order. Consequently, Schedule G does not list Insertion Orders, even though some of the contracts on Schedule G may be Insertion Orders or other customer contracts.

The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda, and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents. Further, unless otherwise specified on Schedule G, each executory contract or

11

unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon. In some cases, the same supplier or provider appears multiple times on Schedule G. This multiple listing is intended to reflect distinct agreements between the applicable Debtor and such supplier or provider.

**Schedule H**. Although there are multiple beneficial holders of the Debtors' prepetition debt, only the administrative agents and indenture trustees have been listed on Schedule H.

## Specific Disclosures with Respect to the Debtors' Statements

**Statement 2**. For financial reporting purposes, the Debtors and certain of their non-Debtor affiliates historically prepare consolidated financial statements. Unlike those consolidated financial statements, Statement 2 reflects the non-business revenue of each Debtor on a nonconsolidated basis. Accordingly, non-business revenue reported for individual Debtors may be shown in the Statements as revenue for that Debtor, whereas on a consolidated basis, may be shown as a net expense.

**Statement 3**. In Statement 3, disbursements made on account of multiple invoices may be reflected as a single payment.

All disbursements listed in Statement 3 are made through the Debtors' cash management system, more fully described in the Cash Management Motion. Dates listed in Statement 3 reflect the dates upon which the Debtor transferred funds to the relevant payee or disbursing agent. Certain disbursements may be excluded from Statement 3, including disbursements to insiders, disbursements to charities, and disbursements to certain retained professionals (reported elsewhere).

**Statement 4**. Payments made to individual insiders have been reported in aggregate amounts by basis of distribution. Such payments reflect expense reimbursements paid directly to the individual insider, and do not include business expenses incurred by the individual insider when paid directly by the company to a third party, including under corporate card programs.

Individual payments to Debtor affiliates are not reflected in Statement 4 due to their complexity and voluminous nature. The Debtors have reported net intercompany positions in Statement 4 for the period 3/31/2017 to 3/14/2018. In addition, intercompany payables and receivables as of the Petition Date can be found on Schedule E/F and Schedule AB.

**Statement 9.** The Debtor's radio stations routinely offer in-kind donations of radio airtime to charities. This is not tracked for tax reporting purposes, and therefore not reported in this response.

**Statement 11**. All disbursements listed in Statement 11 were initiated and disbursed by iHeartMedia Management Services, Inc. but were for the benefit of all of the Debtors.

**Statement 13**.  The Debtors do not take any position with respect to whether transfers identified in the response to Question 13 in the Statements are made in the ordinary course of business. Certain transfers listed in this response are included solely out of an abundance of caution.

**Statement 25**.  Information listed in Statement 25 is based on best historical corporate structure information available.  Certain dates of ownership may be approximate and certain historical address information may be unavailable for entities that no longer exist.  In the case of non-U.S. entities, U.S. tax ID numbers are not applicable.

**Statement 26b**.  The Debtors have listed Ernst & Young LLP, the independent registered public accounting firm that has audited their consolidated financial statements in Statement 26b for all Debtors.

**Statement 26d**.  Certain of the Debtors are registrants with the Securities and Exchange Commission (the "SEC") and file with such agency periodic financial reports on a consolidated basis.  These reports also contain information about those Debtors' finances and are available publicly through the Company's website.

**Statement 28**.  Ownership interests listed in Statement 28 reflect shares directly held.

*[Remainder of page intentionally left blank]*

**Fill in this information to identify the case:**

Debtor name __iHeartCommunications, Inc.__

United States Bankruptcy Court for the:__Southern__         District of Texas,
                                                            Houston
Case number (If known): __18-31273 (MI)__                   Divison

☑ Check if this is an
   amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

### Part 1:    Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B* ........................................................
        $ _____0.00
        + undetermined amounts

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B* .....................................................
        $ __1,383,225,761.99
        + undetermined amounts

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B* .......................................................
        $ __1,383,225,761.99
        + undetermined amounts

---

### Part 2:    Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ...........
    $ __6,786,336,950.02
    + undetermined amounts

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a  of *Schedule E/F*..........................................
        $ _____0.00
        + undetermined amounts

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b  of *Schedule E/F* .....................
        + $ __24,578,653,230.61
        + undetermined amounts

4. **Total liabilities** ...................................................................................................................
    Lines 2 + 3a + 3b
    $ __31,364,990,180.62
    + undetermined amounts

**Fill in this information to identify the case:**

Debtor name __iHeartCommunications, Inc.__

United States Bankruptcy Court for the: __Southern__ District of Texas, Houston Divison

Case number (If known): __18-31273 (MI)__

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**                                                                                       $_____0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. See Attached Rider | | | $_____15,769,238.82 |
| 3.2. | | ___ ___ ___ ___ | $_____ |

4. **Other cash equivalents** *(Identify all)*

| | |
|---|---|
| 4.1. None | $_____0.00 |
| 4.2. | $_____ |

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.      $_____15,769,238.82

## Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☒ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| | |
|---|---|
| 7.1. See Attached Rider | $_____667,280.17 |
| 7.2. | $_____ |

Debtor ___iHeartCommunications, Inc._____    Case number (if known) 18-31273 (MI)_____
        Name

---

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. _See Attached Rider_____    $_____32,258.00

8.2. _____    $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.    $_____699,538.17

---

| **Part 3:** | **Accounts receivable** |

**10. Does the debtor have any accounts receivable?**

☒ No. Go to Part 4.

☐ Yes. Fill in the information below.

| | Current value of debtor's interest |

**11. Accounts receivable**

11a. 90 days old or less:  _____  –  _____  = ......➔    $_____
                          face amount          doubtful or uncollectible accounts

11b. Over 90 days old:  _____  –  _____  = ......➔    $_____
                        face amount          doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $_____0.00

---

| **Part 4:** | **Investments** |

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.

☒ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _None_____    _____    $_____0.00

14.2. _____    _____    $_____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                          % of ownership:

15.1. _See Attached Rider_____    _____%    _____    $_____0.00

15.2. _____    _____%    _____    $_____
                                                                                        + undetermined amounts

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. _None_____    _____    $_____0.00

16.2. _____    _____    $_____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.    $_____0.00
                                                              + undetermined amounts

---

Debtor   iHeartCommunications, Inc.                              Case number (if known)  18-31273 (MI)
         Name

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **22. Other inventory or supplies** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

| $_____0.00 |
|---|

**24. Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value _____ Valuation method_____ Current value_____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| **29. Farm animals** Examples: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

Debtor    iHeartCommunications, Inc.                                     Case number (if known)  18-31273 (MI)
          Name

33. **Total of Part 6.**

    Add lines 28 through 32. Copy the total to line 85.                                    $_____0.00

34. **Is the debtor a member of an agricultural cooperative?**

    ☐ No
    ☐ Yes. Is any of the debtor's property stored at the cooperative?

        ☐ No
        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No
    ☐ Yes. Book value $_____  Valuation method _____  Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☐ No
    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☐ No
    ☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|-------------------------------------------------------------|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☒ No. Go to Part 8.
    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------------------------|-----------------------------------------|-------------------------------------|
| 39. **Office furniture** | | | |
| _____ | $_____ | _____ | $_____ |
| 40. **Office fixtures** | | | |
| _____ | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| _____ | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

    Add lines 39 through 42. Copy the total to line 86.                                    $_____0.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☐ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☐ No
    ☐ Yes

Debtor    iHeartCommunications, Inc.                                Case number *(if known)*    18-31273 (MI)
          Name

---

**Part 8:** **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | (Where available) | | |

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 _____ | $ _____ | _____ | $ _____ |
| 47.2 _____ | $ _____ | _____ | $ _____ |
| 47.3 _____ | $ _____ | _____ | $ _____ |
| 47.4 _____ | $ _____ | _____ | $ _____ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 _____ | $ _____ | _____ | $ _____ |
| 48.2 _____ | $ _____ | _____ | $ _____ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 _____ | $ _____ | _____ | $ _____ |
| 49.2 _____ | $ _____ | _____ | $ _____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| _____ | $ _____ | _____ | $ _____ |

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$_____ 0.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☐ No
☐ Yes

---

Debtor    iHeartCommunications, Inc.                                    Case number (if known)    18-31273 (MI)
               Name

---

**Part 9:**  **Real property**

54. **Does the debtor own or lease any real property?**
    ☐ No. Go to Part 10.
    ☒ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as<br>Assessor Parcel Number (APN), and type of property<br>(for example, acreage, factory, warehouse, apartment<br>or office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1 See Attached Rider | | $ 0.00 | | $ 0.00<br>+ undetermined amounts |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

56. **Total of Part 9.**
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

    $ 0.00
    + undetermined amounts

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ☐ No
    ☒ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

---

**Part 10:**  **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**
    ☐ No. Go to Part 11.
    ☒ Yes. Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>See Attached Rider | $ 0.00 | | $ 0.00<br>+ undetermined amounts |
| 61. **Internet domain names and websites**<br>None | $ | | $ 0.00 |
| 62. **Licenses, franchises, and royalties**<br>None | $ | | $ 0.00 |
| 63. **Customer lists, mailing lists, or other compilations**<br>None | $ | | $ 0.00 |
| 64. **Other intangibles, or intellectual property**<br>None | $ | | $ 0.00 |
| 65. **Goodwill**<br>None | $ | | $ 0.00 |

66. **Total of Part 10.**
    Add lines 60 through 65. Copy the total to line 89.

    $ 0.00
    + undetermined amounts

---

Debtor    iHeartCommunications, Inc.        Case number *(if known)*   18-31273 (MI)
Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No
☒ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No
☒ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☒ No
☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☒ Yes. Fill in the information below.

|  | Current value of debtor's interest |

71. **Notes receivable**
Description (include name of obligor)
See Attached Rider — 962,000,000.00 Total face amount — 0.00 doubtful or uncollectible amount = ➡ $ 962,000,000.00

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)
None

Tax year _____ $ 0.00
Tax year _____ $ ____
Tax year _____ $ ____

73. **Interests in insurance policies or annuities**
See Attached Rider — $ 0.00

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
See Attached Rider — $ 0.00 + undetermined amounts
Nature of claim ____
Amount requested $ ____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
None — $ 0.00
Nature of claim ____
Amount requested $ ____

76. **Trusts, equitable or future interests in property**
Aloha Station Trust — $ Undetermined

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
See Attached Rider — $ 404,756,985.00 + undetermined amounts
$ ____

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90. — $ 1,366,756,985.00 + undetermined amounts

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☒ No
☐ Yes

Debtor      iHeartCommunications, Inc.          Case number (*if known*)____18-31273 (MI)
            Name

## Part 12:    Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $     15,769,238.82 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $      699,538.17 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $          0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $          0.00 <br> + undetermined amounts | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $          0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $          0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $          0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $          0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* . ......................➔ | | $          0.00 <br> + undetermined amounts |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $          0.00 <br> + undetermined amounts | |
| 90. **All other assets.** *Copy line 78, Part 11.* | **+** $   1,366,756,985.00 <br> + undetermined amounts | |
| 91. **Total.** Add lines 80 through 90 for each column. ..........................91a. | $   1,383,225,761.99 <br> + undetermined amounts | **+** 91b. $          0.00 <br> + undetermined amounts |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ......................................................................     $   1,383,225,761.99
                                                                                                                                          + undetermined amounts

Debtor Name: iHeartCommunications, Inc.                                    Case Number: 18-31273 (MI)

**Assets - Real and Personal Property**

**Part 1, Question 3:** Checking, savings, money market, or financial brokerage accounts

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|
| BANK OF AMERICA | Lockbox | 0614 | $0.00 |
| BANK OF AMERICA | Lockbox | 1558 | $0.00 |
| BANK OF AMERICA | Lockbox Concentration | 6466 | $3,290,952.17 |
| FIDELITY | Deferred Comp | 1576 | $12,478,286.65 |
| PNC | Deposit | 0015 | $0.00 |
| THE BANK OF NEW YORK MELLON | Investment | 4238 | $0.00 |
| UBS | Investment | 2902 | $0.00 |
| | | **TOTAL** | **$15,769,238.82** |

Debtor Name: iHeartCommunications, Inc.                                      Case Number:   18-31273 (MI)

**Assets - Real and Personal Property**

**Part 2, Question 7:** Deposits, including security deposits and utility deposits

| Description | Name of holder of deposit | Current value of debtor's interest |
|---|---|---|
| Advisor Deposit | Alvarez & Marsal | $450,000.00 |
| Legal Deposit | Gibson Dunn | $137,708.33 |
| Legal Deposit | Jones Day | $50,000.00 |
| Legal Deposit | Robert Half Legal | $29,571.84 |
| | **TOTAL** | **$667,280.17** |

Debtor Name: iHeartCommunications, Inc.                                            Case Number:   18-31273 (MI)

**Assets - Real and Personal Property**

**Part 2, Question 8:** Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent

| Description | Name of holder of prepayment | Current value of debtor's interest |
|---|---|---|
| Prepaid Expenses | Citibank | $32,258.00 |
| | **TOTAL** | **$32,258.00** |

Debtor Name: iHeartCommunications, Inc.                                                    Case Number: 18-31273 (MI)

**Assets - Real and Personal Property**

**Part 4, Question 15:** Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture

| Name of Entity | % of ownership | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| JELLI, INC. | Undetermined | | Undetermined |
| Clear Channel Investments, Inc. | 100.00% | | Undetermined |
| iHeartMedia Management Services, Inc. | 100.00% | | Undetermined |
| Clear Channel Holdings, Inc. | 100.00% | | Undetermined |
| iHeart Media Tower Co. Holdings, LLC | 100.00% | | Undetermined |
| iHM Identity, Inc. | 100.00% | | Undetermined |
| CC Finco Holdings, LLC | 100.00% | | Undetermined |
| Clear Channel Metro, LLC | 100.00% | | Undetermined |
| | | **TOTAL** | **$0.00**<br>**+ undetermined amounts** |

Debtor Name:          iHeartCommunications, Inc.                                              Case Number:          18-31273 (MI)

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property | Nature and extent of debtor's interest | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Office/Studio Lease - Atlanta, GA Studios, Creative Svcs, TTWN , 1819 Peachtree Road, Atlanta, GA | Leased | Undetermined | N/A | Undetermined |
| Office/Studio Lease - Los Angeles, CA Studios, Internet Group,  3400 West Olive Avenue, Burbank, CA 91505 | Leased | Undetermined | N/A | Undetermined |
| Office/Studio Lease - San Antonio iHM Service Center, Katz, 20880 Stone Oak Parkway, San Antonio, TX 78258 | Leased | Undetermined | N/A | Undetermined |
| Office/Studio Lease dated 1/16/2015 - San Antonio iHM Service Center, Katz, 20880 Stone Oak Parkway, San Antonio, TX 78258 | Leased | Undetermined | N/A | Undetermined |
| Tower Lease - KBKS-FM Tower, 10812 279th Avenue, SE, Issaquah, WA 98024 | Leased | Undetermined | N/A | Undetermined |
| Tower Lease - TTWN , 15401 Ten Mile Rd, Oak Park, MI 48237 | Leased | Undetermined | N/A | Undetermined |
| Tower Lease - WHKF-FM Tower , Reeser's Summit, Fairview Twnshp., PA 17070 | Leased | Undetermined | N/A | Undetermined |
| Tower Lease - WZHT-FM, WHLW-FM Tower, 2018 Fannin Mill Road, Grady, AL 36036 | Leased | Undetermined | N/A | Undetermined |
| | | | TOTAL | $0.00 + undetermined amounts |

Debtor Name: iHeartCommunications, Inc.                                              Case Number: 18-31273 (MI)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| COPYRIGHT NUMBER PAu1695554 , REGISTERED ON 12/3/1992 FOR THE DORK SIDE OF THE MOON | Undetermined | N/A | Undetermined |
| COPYRIGHT NUMBER SR80713 , REGISTERED ON 2/17/1987 FOR THE BEST OF GILBERT GNARLEY : G-N-A-R-L-E-Y | Undetermined | N/A | Undetermined |
| COPYRIGHT NUMBER SR83552 , REGISTERED ON 1/14/1987 FOR THE BEST OF EARL PITTS (PITTS OFF!) / FEATURING 700 W L W'S GARY BURBANK | Undetermined | N/A | Undetermined |
| COPYRIGHT NUMBER SR83553 , REGISTERED ON 1/14/1987 FOR THE BEST OF EARL PITTS (PITTS OFF!) / FEATURING 700 W L W'S GARY BURBANK | Undetermined | N/A | Undetermined |
| COPYRIGHT NUMBER SRu114182 , REGISTERED ON 1/14/1987 FOR JAMES BROWN CAR ALARM | Undetermined | N/A | Undetermined |
| COPYRIGHT NUMBER TX7265624 , REGISTERED ON 2/17/2009 FOR CLEAR VISION : THE STORY OF CLEAR CHANNEL COMMUNICATIONS | Undetermined | N/A | Undetermined |
| COPYRIGHT NUMBER VA821-928, REGISTERED ON 9/8/1987 FOR THE TOM LANDRY SHOW | Undetermined | N/A | Undetermined |
| PATENT NUMBER 14/833610 FOR LOCATION-BASED SELECTION OF A SATELLITE TRANSMITTER OF A VEHICLE | Undetermined | N/A | Undetermined |
| TRADEMARK NUMBER 1174931216, REGISTERED ON 8/24/2001 FOR HOME IMPROVEMENT HOTLINE | Undetermined | N/A | Undetermined |
| TRADEMARK NUMBER 1174931916, REGISTERED ON 8/24/2001 FOR GARDENLINE | Undetermined | N/A | Undetermined |
| TRADEMARK NUMBER 1174932016, REGISTERED ON 8/24/2001 FOR MONEY MATTERS | Undetermined | N/A | Undetermined |
| TRADEMARK NUMBER 800058218, REGISTERED ON 2/22/2002 FOR TALKRADIO 950 KPRC | Undetermined | N/A | Undetermined |
| TRADEMARK NUMBER 800081248, REGISTERED ON 4/24/2002 FOR HOUSTON'S PLACE TO TALK | Undetermined | N/A | Undetermined |
| TRADEMARK NUMBER M11398, REGISTERED ON 12/28/2010 FOR FACEPALM MEDIA | Undetermined | N/A | Undetermined |
| TRADEMARK NUMBER TK01013006, REGISTERED ON 1/30/2001 FOR CLASSIC ROCK THAT REALLY ROCKS | Undetermined | N/A | Undetermined |
| | | **TOTAL** | **$0.00 + undetermined amounts** |

Debtor Name: iHeartCommunications, Inc.                                    Case Number: 18-31273 (MI)

**Assets - Real and Personal Property**

**Part 11, Question 71:** Notes receivable

| Description | Face amount | Doubtful or uncollectible amount | Current value of debtor's interest |
|---|---|---|---|
| Intercompany Note Receivable - Citicasters Co. | $750,000,000.00 | | $750,000,000.00 |
| Intercompany Note Receivable - Clear Channel Holdings, Inc. | $212,000,000.00 | | $212,000,000.00 |
| | | **TOTAL** | **$962,000,000.00** |

Debtor Name: iHeartCommunications, Inc.                                          Case Number: 18-31273 (MI)

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Description | Policy type | Policy number | Current value of debtor's interest |
|---|---|---|---|
| Liberty Surplus Insurance Corporation | Environmental/Storage Tank | TXENYB1230011 7 | Undetermined |
| National Union Fire Insurance Company of Pittsburgh, PA through AIG | Aviation | GM 069810924-07 | Undetermined |
| Great American Insurance Company | Crime | UKA3001583.16 | Undetermined |
| Lloyd's & Company Markets | Individual Disability Insurance | DR1701577/003 | Undetermined |
| Zurich American Insurance Company | Property | PPR0113580-02 | Undetermined |
| National Union Fire Insurance Company of Pittsburgh | Crime | 01-863-44-35 | Undetermined |
| Illinois National Insurance Company | Fiduciary | 01-863-47-36 | Undetermined |
| Illinois National Insurance Company | Directors and Officers Liability (Primary) | 01-869-22-32 | Undetermined |
| Starr Indemnity & Liability Company | Directors and Officers Liability (Excess #1) | 1000059671171 | Undetermined |
| QBE Insurance Corporation | Directors and Officers Liability (Excess #2) | QPLO368669 | Undetermined |
| ACE American Insurance Company | Directors and Officers Liability (Excess #3) | G23661214 010 | Undetermined |
| Illinois National Insurance Company | Directors and Officers Liability (Excess #4) | 01-878-00-93 | Undetermined |
| Starpoint | Directors and Officers Liability (Excess #5) | FSUSC1701813 | Undetermined |
| XL Specialty Insurance Company | Directors and Officers Liability (Excess #6) | ELU151693-17 | Undetermined |
| Beazley Insurance Company, Inc. | Directors and Officers Liability (Excess #7) | V15UVV171001 | Undetermined |
| Axis Insurance Company | Directors and Officers Liability (Excess #8) | MNN738149/01/20 17 | Undetermined |
| Freedom Specialty Insurance Company | Directors and Officers Liability (Excess #9) | XMF1701856 | Undetermined |
| Navigators Insurance Company | Directors and Officers Liability (Excess #10) | IS17DOL300599I V | Undetermined |
| Lloyd's Of London | Directors and Officers Liability (Excess #11) | FSUSC1701814 | Undetermined |
| Allianz Global Risks US Insurance Company | Directors and Officers Liability (Excess #12) | DOX2009915 | Undetermined |
| Endurance American Insurance Company | Directors and Officers Liability (Excess #14) | DOX10007656302 | Undetermined |
| Illinois National Insurance Company | Directors and Officers Liability (Excess #15) | 01-877-99-68 | Undetermined |
| Beazley Insurance Company, Inc. | Directors and Officers Liability (Excess #16) | V1C679170201 | Undetermined |
| Old Republic Insurance Company | Directors and Officers Liability (Excess #17)- CCOH | ORPRO 39881 | Undetermined |
| Old Republic Insurance Company | Directors and Officers Liability (Excess #17)- iHM | ORPRO 39880 | Undetermined |
| Illinois National Insurance Company | Directors and Officers Liability (Excess #18)- CCOH | 01-888-35-53 | Undetermined |

Debtor Name: iHeartCommunications, Inc.                                                    Case Number: 18-31273 (MI)

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Description | Policy type | Policy number | Current value of debtor's interest |
|---|---|---|---|
| Illinois National Insurance Company | Directors and Officers Liability (Excess #18)- iHM | 01-877-99-71 | Undetermined |
| Federal Insurance Company | Directors and Officers Liability (Excess #19)- CCOH | 8222-4648 | Undetermined |
| Federal Insurance Company | Directors and Officers Liability (Excess #19)- CCOH | 8210-5036 | Undetermined |
| Endurance American Insurance Company | Directors and Officers Liability (Excess #20)- CCOH | ADX10009783601 | Undetermined |
| Endurance American Insurance Company | Directors and Officers Liability (Excess #20)- CCOH | ADX10009783901 | Undetermined |
| XL Specialty Insurance Company | Directors and Officers Liability (Excess #21)- CCOH | ELU151689-17 | Undetermined |
| XL Specialty Insurance Company | Directors and Officers Liability (Excess #21)- CCOH | ELU151691-17 | Undetermined |
| Illinois National Insurance Company | Errors and Omissions | 02-580-92-16 | Undetermined |
| Axis Insurance Company | Errors and Omissions | MNN777323/01/20 17 | Undetermined |
| ACE American Insurance Company | Errors and Omissions | EON G21642794 016 | Undetermined |
| Lloyd's Of London | Umbrella Liability (1st Layer) | B1526CSUSA1702 781 | Undetermined |
| Fireman's Fund Insurance Company | Excess Liability (2nd Layer) | SHX00049000136 | Undetermined |
| XL Insurance America, Inc. | Excess Liability (3rd Layer) | US00066207LI17 A | Undetermined |
| Great American Insurance Company | Excess Liability (4th Layer) | EXC 2191688 | Undetermined |
| Travelers Property Casualty Company of America | Excess Liability (5th Layer-Shared) | ZUP-41M43414- 17-NF | Undetermined |
| Ohio Casualty Insurance Company | Excess Liability (5th Layer-Shared) | ECO (18) 5836 4311 | Undetermined |
| ACE American Insurance Company | General Liability- Foreign Package | CSZ G27173810 006 | Undetermined |
| Magna Carta Insurance Ltd | Punitives | CSUSA1702954 | Undetermined |
| Argo Re Ltd. | Directors and Officers Liability (Excess #13) | ARGO-FULL-17- 000930.2 | Undetermined |
| Zurich American Insurance Company | Property (Canada) | 8844182 | Undetermined |
| XL Insurance America, Inc. | Workers Compensation (All Other States) | RWD300052902 | Undetermined |
| XL Specialty Insurance Company | Workers Compensation (AK and WI) | RWR300053002 | Undetermined |
| Greenwich Insurance Company | General Liability | RGD300052802 | Undetermined |
| Greenwich Insurance Company | Auto Liability | RAD943770902 | Undetermined |
| Greenwich Insurance Company | Railroad Protective Liability | RGO943771003 | Undetermined |
| Greenwich Insurance Company | Railroad Protective Liability | RGO943771103 | Undetermined |
| Greenwich Insurance Company | Railroad Protective Liability | RGO943771203 | Undetermined |
| Greenwich Insurance Company | Railroad Protective Liability | RGO943771303 | Undetermined |

Debtor Name: iHeartCommunications, Inc.                                    Case Number: 18-31273 (MI)

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Description | Policy type | Policy number | Current value of debtor's interest |
|---|---|---|---|
| Greenwich Insurance Company | Railroad Protective Liability | RGO943771403 | Undetermined |
| Greenwich Insurance Company | Railroad Protective Liability | RGO943771503 | Undetermined |
| Greenwich Insurance Company | Railroad Protective Liability | RGO943771603 | Undetermined |
| Greenwich Insurance Company | Railroad Protective Liability | RGO943771703 | Undetermined |
| Greenwich Insurance Company | Railroad Protective Liability | RGO943771803 | Undetermined |
| Greenwich Insurance Company | Railroad Protective Liability | RGO943771903 | Undetermined |
| Greenwich Insurance Company | Railroad Protective Liability | RGO943772003 | Undetermined |
| Greenwich Insurance Company | Railroad Protective Liability | RGO943772103 | Undetermined |
| Greenwich Insurance Company | Railroad Protective Liability | RGO943772203 | Undetermined |
| Greenwich Insurance Company | Railroad Protective Liability | RGO943772303 | Undetermined |
| Greenwich Insurance Company | Railroad Protective Liability | RGO943772403 | Undetermined |
| Greenwich Insurance Company | Railroad Protective Liability | RGO943772503 | Undetermined |
| Greenwich Insurance Company | Railroad Protective Liability | RGO943772603 | Undetermined |
| Greenwich Insurance Company | Railroad Protective Liability | RGO943772703 | Undetermined |
| Greenwich Insurance Company | Railroad Protective Liability | RGO943773403 | Undetermined |
| Greenwich Insurance Company | Railroad Protective Liability | RGO943774603 | Undetermined |
| Greenwich Insurance Company | Railroad Protective Liability | RGO943788201 | Undetermined |
| Lincoln Life Elements | Key Person Life Insurance | T400130248 | Undetermined |
|  |  | **TOTAL** | **$0.00** **+ undetermined amounts** |

Debtor Name: iHeartCommunications, Inc.                                    Case Number: 18-31273 (MI)

**Assets - Real and Personal Property**

**Part 11, Question 74:** Causes of action against third parties (whether or not a lawsuit has been filed)

| Description | Nature of claim | Amount requested | Current value of debtor's interest |
|---|---|---|---|
| FRANKLIN ADVISERS, INC., ET AL, APPELLANTS V. IHEARTCOMMUNICATIONS, APELLEE | BUSINESS GOVERNANCE | Undetermined | Undetermined |
| IHEARTCOMMUNICATIONS, INC. V. U.S. BANK NATIONAL ASSOCIATION, WILMINGTON TRUST, NATIONAL ASSOCIATION, F/K/A WILMINGTON TRUST FSB, CITIBANK, N.A. | BUSINESS GOVERNANCE | Undetermined | Undetermined |
| IHEARTCOMMUNICATIONS, INC., F/K/A CLEAR CHANNEL COMMUNICATIONS, INC. V. BENEFIT STREET PARTNERS LLC, CANYON CAPITAL ADVISORS LLC, D.E. SHAW GALVANIC PORTFOLIOS, LLC, M.H. DAVIDSON & CO., DAVIDSON KEMPNER PARTNERS, DAVIDSON KEMPNER INTERNATIONAL, LTD., DAVIDSON KEMPNER INSTITUTIONAL PARTNERS, L.P., MIDTOWN ACQUISITIONS L.P., ISLINGTON PARTNERS, L.P. BLUEJAY SECURITIES LLC, FRANKLIN MUTUAL ADVISERS, LLC, FRANKLIN ADVISERS, INC., TACONIC OPPORTUNITY MASTER FUND L.P., TACONIC MASTER FUND 1.5 L.P., WATERSHED CAPITAL PARTNERS (OFFSHORE)MASTER FUND, L.P., WATERSHED CAPITAL PARTNERS (OFFSHORE) MASTER FUND II, L.P., WATERSHED CAPITAL PARTNERS (OFFSHORE) MASTER FUND III, L.P., WATERSHED CAPITAL PARTNERS (OFFSHORE) MASTER FUND IV, L.P., WATERSHED CAPITAL INSTITUTIONAL PARTNERS III, L.P., WINGSPAN INVESTMENT MANAGEMENT, LP, U.S. BANK NATIONAL ASSOCIATION, WILMINGTON TRUST, NATIONAL ASSOCIATION, F/K/A WILMINGTON TRUST FSB | BUSINESS GOVERNANCE | Undetermined | Undetermined |
| | | **TOTAL** | **$0.00** **+ undetermined amounts** |

Debtor Name:        iHeartCommunications, Inc.                                    Case Number:        18-31273 (MI)

**Assets - Real and Personal Property**

**Part 11, Question 77:** Other property of any kind not already listed

| Description | Current value of debtor's interest |
|---|---|
| Washington Redskins season football tickets. Face value of remaining tickets: $15,860.72 | Undetermined |
| Washington Redskins season football tickets. Face value of remaining tickets: $4,760.00 | Undetermined |
| Other Current Assets | $404,756,985.00 |
| **TOTAL** | **$404,756,985.00** **+ undetermined amounts** |

**Fill in this information to identify the case:**

Debtor name ___iHeartCommunications, Inc.___

United States Bankruptcy Court for the: ___Southern___ District of ___Texas, Houston Divison___

Case number (If known): ___18-31273 (MI)___

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1** **Creditor's name**
CITIBANK N.A., AS ADMINISTRATIVE AGENT

**Describe debtor's property that is subject to a lien**

$ _____ Undetermined    $ _____ Undetermined

**Creditor's mailing address**
CITIGROUP GLOBAL LOANS
2 PENNS WAY, SUITE 100
NEW CASTLE, DE 19720

**Describe the lien**
UCC Lien Number 080025553755 Dated 07/31/2008

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

**2.2** **Creditor's name**
CITIBANK N.A., AS ADMINISTRATIVE AGENT

**Describe debtor's property that is subject to a lien**

$ _____ Undetermined    $ _____ Undetermined

**Creditor's mailing address**
CITIGROUP GLOBAL LOANS
2 PENNS WAY, SUITE 100
NEW CASTLE, DE 19720

**Describe the lien**
UCC Lien Number 080025553755 Dated 05/23/2013

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $    6,786,336,950.02
   + undetermined amounts

Debtor __iHeartCommunications, Inc._____     Case number _(if known)_ __18-31273 (MI)__
       Name

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral | Column B<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially
from the previous page.

| 2.3 | Creditor's name<br>CITIBANK N.A., AS ADMINISTRATIVE AGENT | Describe debtor's property that is subject to a lien | $ Undetermined | $ Undetermined |

Creditor's mailing address
CITIGROUP GLOBAL LOANS
2 PENNS WAY, SUITE 100
NEW CASTLE, DE 19720

Describe the lien
UCC Lien Number 080025553755 Dated 10/01/2014

Creditor's email address, if known

Is the creditor an insider or related party?

[X] No
[ ] Yes

Date debt was incurred   Undetermined
Last 4 digits of account
number

Is anyone else liable on this claim?

[ ] No
[X] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Do multiple creditors have an interest in the
same property?

[X] No
[ ] Yes. Have you already specified the
    relative priority?

    [ ] No. Specify each creditor, including
       this creditor, and its relative priority.

As of the petition date, the claim is:
Check all that apply.

[X] Contingent
[X] Unliquidated
[ ] Disputed

    [ ] Yes. The relative priority of  creditors is
       specified on lines

| 2.4 | Creditor's name<br>CITIBANK N.A., AS ADMINISTRATIVE AGENT | Describe debtor's property that is subject to a lien | $ Undetermined | $ Undetermined |

Creditor's mailing address
CITIGROUP GLOBAL LOANS
2 PENNS WAY, SUITE 100
NEW CASTLE, DE 19720

Describe the lien
UCC Lien Number 080025553755 Dated 04/16/2015

Creditor's email address, if known

Is the creditor an insider or related party?

[X] No
[ ] Yes

Date debt was incurred   Undetermined
Last 4 digits of account
number

Is anyone else liable on this claim?

[ ] No
[X] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Do multiple creditors have an interest in the
same property?

[X] No
[ ] Yes. Have you already specified the
    relative priority?

    [ ] No. Specify each creditor, including
       this creditor, and its relative priority.

As of the petition date, the claim is:
Check all that apply.

[X] Contingent
[X] Unliquidated
[ ] Disputed

    [ ] Yes. The relative priority of  creditors is
       specified on lines

Debtor  iHeartCommunications, Inc.                                    Case number (if known)  18-31273 (MI)
        _____
        Name

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially
from the previous page.

---

**2.5**  **Creditor's name**
CITIBANK N.A., AS ADMINISTRATIVE AGENT

**Describe debtor's property that is subject to a lien**          $ Underdetermined          $ Underdetermined

**Creditor's mailing address**
CITIGROUP GLOBAL LOANS
2 PENNS WAY, SUITE 100
NEW CASTLE, DE 19720

**Describe the lien**
UCC Lien Number 080025553755 Dated 01/19/2016

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
[X] No
[ ] Yes

**Date debt was incurred**  Undetermined
**Last 4 digits of account
number**

**Is anyone else liable on this claim?**
[ ] No
[X] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the
same property?**
[X] No
[ ] Yes. Have you already specified the
relative priority?

    [ ] No. Specify each creditor, including
    this creditor, and its relative priority.

    [ ] Yes. The relative priority of creditors is
    specified on lines

**As of the petition date, the claim is:**
Check all that apply.
[X] Contingent
[X] Unliquidated
[ ] Disputed

---

**2.6**  **Creditor's name**
CITIBANK N.A., AS ADMINISTRATIVE AGENT

**Describe debtor's property that is subject to a lien**          $ Underdetermined          $ Underdetermined

**Creditor's mailing address**
CITIGROUP GLOBAL LOANS
2 PENNS WAY, SUITE 100
NEW CASTLE, DE 19720

**Describe the lien**
UCC Lien Number 080025554221 Dated 07/31/2008

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
[X] No
[ ] Yes

**Date debt was incurred**  Undetermined
**Last 4 digits of account
number**

**Is anyone else liable on this claim?**
[ ] No
[X] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the
same property?**
[X] No
[ ] Yes. Have you already specified the
relative priority?

    [ ] No. Specify each creditor, including
    this creditor, and its relative priority.

    [ ] Yes. The relative priority of creditors is
    specified on lines

**As of the petition date, the claim is:**
Check all that apply.
[X] Contingent
[X] Unliquidated
[ ] Disputed

---

| Debtor | iHeartCommunications, Inc. | Case number (if known) | 18-31273 (MI) |
|---|---|---|---|
| | Name | | |

## Part 1: Additional Page

| | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.7**

**Creditor's name**
CITIBANK N.A., AS ADMINISTRATIVE AGENT

**Creditor's mailing address**
CITIGROUP GLOBAL LOANS
2 PENNS WAY, SUITE 100
NEW CASTLE, DE 19720

**Creditor's email address, if known**

**Date debt was incurred**  Undetermined
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
[X] No
[ ] Yes. Have you already specified the relative priority?

    [ ] No. Specify each creditor, including this creditor, and its relative priority.

    [ ] Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**                    $ Undetermined    $ Undetermined

**Describe the lien**
UCC Lien Number 080025554221 Dated 05/23/2013

**Is the creditor an insider or related party?**
[X] No
[ ] Yes

**Is anyone else liable on this claim?**
[ ] No
[X] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
[X] Contingent
[X] Unliquidated
[ ] Disputed

---

**2.8**

**Creditor's name**
CITIBANK N.A., AS ADMINISTRATIVE AGENT

**Creditor's mailing address**
CITIGROUP GLOBAL LOANS
2 PENNS WAY, SUITE 100
NEW CASTLE, DE 19720

**Creditor's email address, if known**

**Date debt was incurred**  Undetermined
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
[X] No
[ ] Yes. Have you already specified the relative priority?

    [ ] No. Specify each creditor, including this creditor, and its relative priority.

    [ ] Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**                    $ Undetermined    $ Undetermined

**Describe the lien**
UCC Lien Number 080025554221 Dated 04/16/2015

**Is the creditor an insider or related party?**
[X] No
[ ] Yes

**Is anyone else liable on this claim?**
[ ] No
[X] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
[X] Contingent
[X] Unliquidated
[ ] Disputed

---

Debtor ___iHeartCommunications, Inc._____     Case number *(if known)*  __18-31273 (MI)__
      Name

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral | Column B<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

2.9  **Creditor's name**
CITIBANK N.A., AS ADMINISTRATIVE AGENT

**Creditor's mailing address**
CITIGROUP GLOBAL LOANS
2 PENNS WAY, SUITE 100
NEW CASTLE, DE 19720

**Creditor's email address, if known**

**Date debt was incurred**  Undetermined
**Last 4 digits of account
number**

**Do multiple creditors have an interest in the
same property?**

☒ No
☐ Yes. Have you already specified the
    relative priority?

    ☐ No. Specify each creditor, including
      this creditor, and its relative priority.

    ☐ Yes. The relative priority of  creditors is
      specified on lines

**Describe debtor's property that is subject to a lien**

**Describe the lien**
UCC Lien Number 080025554221 Dated 01/19/2016

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

$ Undetermined | $ Undetermined

---

2.10  **Creditor's name**
CITIBANK N.A., AS ADMINISTRATIVE AGENT

**Creditor's mailing address**
CITIGROUP GLOBAL LOANS
2 PENNS WAY, SUITE 100
NEW CASTLE, DE 19720

**Creditor's email address, if known**

**Date debt was incurred**  Undetermined
**Last 4 digits of account
number**

**Do multiple creditors have an interest in the
same property?**

☒ No
☐ Yes. Have you already specified the
    relative priority?

    ☐ No. Specify each creditor, including
      this creditor, and its relative priority.

    ☐ Yes. The relative priority of  creditors is
      specified on lines

**Describe debtor's property that is subject to a lien**

**Describe the lien**
UCC Lien Number 080025554221 Dated 10/01/2014

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

$ Undetermined | $ Undetermined

---

Debtor    iHeartCommunications, Inc.
          _____
          Name

Case number (if known)    18-31273 (MI)
                          _____

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.11**

| **Creditor's name**<br>CITIBANK, N.A. | **Describe debtor's property that is subject to a lien**<br>See Schedule D Disclosures | $5,089,124,672.22 | $ Undetermined |
|---|---|---|---|

**Creditor's mailing address**
ATTN: KIRKWOOD R. ROLAND
390 GREENWICH ST, 1ST FLOOR
NEW YORK, NY 10013

**Describe the lien**
Term Loan D, maturity date of January 30, 2019

**Creditor's email address, if known**
kirkwood.roland@citi.com

**Date debt was incurred**   Undetermined
**Last 4 digits of account number**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.12**

| **Creditor's name**<br>CITIBANK, N.A. | **Describe debtor's property that is subject to a lien**<br>See Schedule D Disclosures | $1,325,230,748.11 | $ Undetermined |
|---|---|---|---|

**Creditor's mailing address**
ATTN: KIRKWOOD R. ROLAND
390 GREENWICH ST, 1ST FLOOR
NEW YORK, NY 10013

**Describe the lien**
Term Loan E, maturity date of July 30, 2019

**Creditor's email address, if known**
kirkwood.roland@citi.com

**Date debt was incurred**   Undetermined
**Last 4 digits of account number**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor    iHeartCommunications, Inc.                                    Case number (if known)   18-31273 (MI)
          Name

| Part 1: | **Additional Page** | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.13**

**Creditor's name**
DEUTSCHE BANK TRUST COMPANY
AMERICAS, AS COLLATERAL AGENT

**Creditor's mailing address**
60 WALL STREET, 27TH FLOOR
MS: NYC60-2710
NEW YORK, NY 10005

**Creditor's email address, if known**

**Date debt was incurred**   Undetermined
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of  creditors is specified on lines

Describe debtor's property that is subject to a lien

Describe the lien
UCC Lien Number 110005522783 Dated 04/16/2015

Is the creditor an insider or related party?

☒ No
☐ Yes

Is anyone else liable on this claim?

☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition date, the claim is:
Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

$ Undetermined    $ Undetermined

---

**2.14**

**Creditor's name**
DEUTSCHE BANK TRUST COMPANY
AMERICAS, AS COLLATERAL AGENT

**Creditor's mailing address**
60 WALL STREET, 27TH FLOOR
MS: NYC60-2710
NEW YORK, NY 10005

**Creditor's email address, if known**

**Date debt was incurred**   Undetermined
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of  creditors is specified on lines

Describe debtor's property that is subject to a lien

Describe the lien
UCC Lien Number 120033994172 Dated 01/19/2016

Is the creditor an insider or related party?

☒ No
☐ Yes

Is anyone else liable on this claim?

☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition date, the claim is:
Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

$ Undetermined    $ Undetermined

---

Debtor ___iHeartCommunications, Inc.___  Case number *(if known)* __18-31273 (MI)__
      Name

| **Part 1:** | **Additional Page** | *Column A*<br>**Amount of claim**<br>Do not deduct the<br>value of collateral | *Column B*<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially
from the previous page.

---

**2.15**  **Creditor's name**
DEUTSCHE BANK TRUST COMPANY
AMERICAS, AS COLLATERAL AGENT

**Creditor's mailing address**
60 WALL STREET, 27TH FLOOR
MS: NYC60-2710
NEW YORK, NY 10005

Describe debtor's property that is subject to a lien          $ Underdetermined          $ Underdetermined

Describe the lien
UCC Lien Number 130006613989 Dated 03/01/2013

**Creditor's email address, if known**

Is the creditor an insider or related party?
[X] No
[ ] Yes

**Date debt was incurred**  Undetermined
**Last 4 digits of account
number**

Is anyone else liable on this claim?
[ ] No
[X] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the
same property?**
[X] No
[ ] Yes. Have you already specified the
   relative priority?

As of the petition date, the claim is:
Check all that apply.
[X] Contingent
[X] Unliquidated
[ ] Disputed

   [ ] No. Specify each creditor, including
     this creditor, and its relative priority.

   [ ] Yes. The relative priority of  creditors is
     specified on lines

---

**2.16**  **Creditor's name**
DEUTSCHE BANK TRUST COMPANY
AMERICAS, AS COLLATERAL AGENT

**Creditor's mailing address**
60 WALL STREET, 27TH FLOOR
MS: NYC60-2710
NEW YORK, NY 10005

Describe debtor's property that is subject to a lien          $ Underdetermined          $ Underdetermined

Describe the lien
UCC Lien Number 130006613989 Dated 10/01/2014

**Creditor's email address, if known**

Is the creditor an insider or related party?
[X] No
[ ] Yes

**Date debt was incurred**  Undetermined
**Last 4 digits of account
number**

Is anyone else liable on this claim?
[ ] No
[X] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the
same property?**
[X] No
[ ] Yes. Have you already specified the
   relative priority?

As of the petition date, the claim is:
Check all that apply.
[X] Contingent
[X] Unliquidated
[ ] Disputed

   [ ] No. Specify each creditor, including
     this creditor, and its relative priority.

   [ ] Yes. The relative priority of  creditors is
     specified on lines

---

Debtor __iHeartCommunications, Inc._____     Case number (if known) __18-31273 (MI)__
      Name

| Part 1: | **Additional Page** | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.17**

**Creditor's name**
DEUTSCHE BANK TRUST COMPANY AMERICAS, AS COLLATERAL AGENT

**Creditor's mailing address**
60 WALL STREET, 27TH FLOOR
MS: NYC60-2710
NEW YORK, NY 10005

**Creditor's email address, if known**

**Date debt was incurred**   Undetermined
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of  creditors is specified on lines

**Describe debtor's property that is subject to a lien**

**Describe the lien**
UCC Lien Number 130006613989 Dated 04/16/2015

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

$ Undetermined | $ Undetermined

---

**2.18**

**Creditor's name**
DEUTSCHE BANK TRUST COMPANY AMERICAS, AS COLLATERAL AGENT

**Creditor's mailing address**
60 WALL STREET, 27TH FLOOR
MS: NYC60-2710
NEW YORK, NY 10005

**Creditor's email address, if known**

**Date debt was incurred**   Undetermined
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of  creditors is specified on lines

**Describe debtor's property that is subject to a lien**

**Describe the lien**
UCC Lien Number 120033994172 Dated 10/26/2012

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

$ Undetermined | $ Undetermined

---

Debtor    iHeartCommunications, Inc.                                    Case number (if known)   18-31273 (MI)
_____
          Name

| Part 1: | Additional Page | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.19**

**Creditor's name**
DEUTSCHE BANK TRUST COMPANY
AMERICAS, AS COLLATERAL AGENT

**Creditor's mailing address**
60 WALL STREET, 27TH FLOOR
MS: NYC60-2710
NEW YORK, NY 10005

**Creditor's email address, if known**

**Date debt was incurred**   Undetermined
**Last 4 digits of account
number**

**Do multiple creditors have an interest in the
same property?**
☒ No
☐ Yes. Have you already specified the
     relative priority?

     ☐ No. Specify each creditor, including
          this creditor, and its relative priority.

     ☐ Yes. The relative priority of  creditors is
          specified on lines

**Describe debtor's property that is subject to a lien**

**Describe the lien**
UCC Lien Number 110005522783 Dated 08/27/2015

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

$ Underdetermined              $ Underdetermined

---

**2.20**

**Creditor's name**
DEUTSCHE BANK TRUST COMPANY
AMERICAS, AS COLLATERAL AGENT

**Creditor's mailing address**
60 WALL STREET, 27TH FLOOR
MS: NYC60-2710
NEW YORK, NY 10005

**Creditor's email address, if known**

**Date debt was incurred**   Undetermined
**Last 4 digits of account
number**

**Do multiple creditors have an interest in the
same property?**
☒ No
☐ Yes. Have you already specified the
     relative priority?

     ☐ No. Specify each creditor, including
          this creditor, and its relative priority.

     ☐ Yes. The relative priority of  creditors is
          specified on lines

**Describe debtor's property that is subject to a lien**

**Describe the lien**
UCC Lien Number 110005522783 Dated 01/19/2016

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

$ Underdetermined              $ Underdetermined

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          Page 10 of 30

Debtor  iHeartCommunications, Inc.                              Case number *(if known)*  18-31273 (MI)
              Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral that supports this claim |
| | | Do not deduct the value of collateral | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.21**

**Creditor's name**
DEUTSCHE BANK TRUST COMPANY AMERICAS, AS COLLATERAL AGENT

**Creditor's mailing address**
60 WALL STREET, 27TH FLOOR
MS: NYC60-2710
NEW YORK, NY 10005

**Creditor's email address, if known**

**Date debt was incurred**  Undetermined
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

**Describe the lien**
UCC Lien Number 120033994172 Dated 10/01/2014

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

$ Undetermined | $ Undetermined

---

**2.22**

**Creditor's name**
DEUTSCHE BANK TRUST COMPANY AMERICAS, AS COLLATERAL AGENT

**Creditor's mailing address**
60 WALL STREET, 27TH FLOOR
MS: NYC60-2710
NEW YORK, NY 10005

**Creditor's email address, if known**

**Date debt was incurred**  Undetermined
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

**Describe the lien**
UCC Lien Number 120033994172 Dated 04/22/2015

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

$ Undetermined | $ Undetermined

---

Debtor    iHeartCommunications, Inc.                          Case number *(if known)*   18-31273 (MI)
          _____
          Name

| Part 1: | **Additional Page** | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral |
| | | Do not deduct the | that supports this |
| | | value of collateral | claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially
from the previous page.

---

**2.23**

**Creditor's name**
DEUTSCHE BANK TRUST COMPANY
AMERICAS, AS COLLATERAL AGENT

**Creditor's mailing address**
60 WALL STREET, 27TH FLOOR
MS: NYC60-2710
NEW YORK, NY 10005

**Creditor's email address, if known**

**Date debt was incurred**   Undetermined
**Last 4 digits of account
number**

**Do multiple creditors have an interest in the
same property?**

[X] No

[ ] Yes. Have you already specified the
relative priority?

    [ ] No. Specify each creditor, including
this creditor, and its relative priority.

    [ ] Yes. The relative priority of  creditors is
specified on lines

**Describe debtor's property that is subject to a lien**

**Describe the lien**
UCC Lien Number 110005522783 Dated 10/01/2014

**Is the creditor an insider or related party?**
[X] No
[ ] Yes

**Is anyone else liable on this claim?**
[ ] No
[X] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
[X] Contingent
[X] Unliquidated
[ ] Disputed

$ Underdetermined            $ Underdetermined

---

**2.24**

**Creditor's name**
DEUTSCHE BANK TRUST COMPANY
AMERICAS, AS COLLATERAL AGENT

**Creditor's mailing address**
60 WALL STREET, 27TH FLOOR
MS: NYC60-2710
NEW YORK, NY 10005

**Creditor's email address, if known**

**Date debt was incurred**   Undetermined
**Last 4 digits of account
number**

**Do multiple creditors have an interest in the
same property?**

[X] No

[ ] Yes. Have you already specified the
relative priority?

    [ ] No. Specify each creditor, including
this creditor, and its relative priority.

    [ ] Yes. The relative priority of  creditors is
specified on lines

**Describe debtor's property that is subject to a lien**

**Describe the lien**
UCC Lien Number 130006613989 Dated 01/19/2016

**Is the creditor an insider or related party?**
[X] No
[ ] Yes

**Is anyone else liable on this claim?**
[ ] No
[X] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
[X] Contingent
[X] Unliquidated
[ ] Disputed

$ Underdetermined            $ Underdetermined

---

Debtor   iHeartCommunications, Inc.                                    Case number *(if known)*  18-31273 (MI)
              Name

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.25**

**Creditor's name**
DEUTSCHE BANK TRUST COMPANY
AMERICAS, AS COLLATERAL AGENT

**Creditor's mailing address**
60 WALL STREET, 27TH FLOOR
MS: NYC60-2710
NEW YORK, NY 10005

**Creditor's email address, if known**

**Date debt was incurred**   Undetermined
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien

**Describe the lien**
UCC Lien Number 120033994172 Dated 08/15/2017

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

$ Undetermined | $ Undetermined

---

**2.26**

**Creditor's name**
DEUTSCHE BANK TRUST COMPANY
AMERICAS, AS COLLATERAL AGENT

**Creditor's mailing address**
60 WALL STREET, 27TH FLOOR
MS: NYC60-2710
NEW YORK, NY 10005

**Creditor's email address, if known**

**Date debt was incurred**   Undetermined
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien

**Describe the lien**
UCC Lien Number 110005522783 Dated 02/23/2011

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

$ Undetermined | $ Undetermined

---

Debtor    iHeartCommunications, Inc.                                    Case number *(if known)*  18-31273 (MI)
          _____
          Name

| Part 1: | Additional Page | Column A | Column B |
|---------|-----------------|----------|----------|

Column A — **Amount of claim** Do not deduct the value of collateral

Column B — **Value of collateral that supports this claim**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.27**

**Creditor's name**
DEUTSCHE BANK TRUST COMPANY
AMERICAS, AS COLLATERAL AGENT

**Creditor's mailing address**
60 WALL STREET, 16TH FLOOR
MS: NYC60-1630
NEW YORK, NY 10005

**Creditor's email address, if known**

**Date debt was incurred**    Undetermined
**Last 4 digits of account number**

Describe debtor's property that is subject to a lien        $ Undetermined        $ Undetermined

**Describe the lien**
UCC Lien Number 140029049827 Dated 01/19/2016

Is the creditor an insider or related party?
[X] No
[ ] Yes

Is anyone else liable on this claim?
[ ] No
[X] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
[X] No
[ ] Yes. Have you already specified the relative priority?

   [ ] No. Specify each creditor, including this creditor, and its relative priority.

   [ ] Yes. The relative priority of creditors is specified on lines

As of the petition date, the claim is:
Check all that apply.
[X] Contingent
[X] Unliquidated
[ ] Disputed

---

**2.28**

**Creditor's name**
DEUTSCHE BANK TRUST COMPANY
AMERICAS, AS COLLATERAL AGENT

**Creditor's mailing address**
60 WALL STREET, 16TH FLOOR
MS: NYC60-1630
NEW YORK, NY 10005

**Creditor's email address, if known**

**Date debt was incurred**    Undetermined
**Last 4 digits of account number**

Describe debtor's property that is subject to a lien        $ Undetermined        $ Undetermined

**Describe the lien**
UCC Lien Number 140029049827 Dated 09/10/2014

Is the creditor an insider or related party?
[X] No
[ ] Yes

Is anyone else liable on this claim?
[ ] No
[X] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
[X] No
[ ] Yes. Have you already specified the relative priority?

   [ ] No. Specify each creditor, including this creditor, and its relative priority.

   [ ] Yes. The relative priority of creditors is specified on lines

As of the petition date, the claim is:
Check all that apply.
[X] Contingent
[X] Unliquidated
[ ] Disputed

---

| Debtor | iHeartCommunications, Inc. | Case number *(if known)* | 18-31273 (MI) |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.29**

**Creditor's name**
DEUTSCHE BANK TRUST COMPANY AMERICAS, AS COLLATERAL AGENT

**Creditor's mailing address**
60 WALL STREET, 16TH FLOOR
MS: NYC60-1630
NEW YORK, NY 10005

**Creditor's email address, if known**

**Date debt was incurred**   Undetermined
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of  creditors is specified on lines

Describe debtor's property that is subject to a lien

Describe the lien
UCC Lien Number 140029049827 Dated 04/16/2015

Is the creditor an insider or related party?

☒ No
☐ Yes

Is anyone else liable on this claim?

☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition date, the claim is:
Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

$ Underdetermined    $ Underdetermined

---

**2.30**

**Creditor's name**
DEUTSCHE BANK TRUST COMPANY AMERICAS, AS COLLATERAL AGENT

**Creditor's mailing address**
60 WALL STREET, 16TH FLOOR
MS: NYC60-1630
NEW YORK, NY 10005

**Creditor's email address, if known**

**Date debt was incurred**   Undetermined
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of  creditors is specified on lines

Describe debtor's property that is subject to a lien

Describe the lien
UCC Lien Number 150005913317 Dated 02/26/2015

Is the creditor an insider or related party?

☒ No
☐ Yes

Is anyone else liable on this claim?

☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition date, the claim is:
Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

$ Underdetermined    $ Underdetermined

---

| Debtor | iHeartCommunications, Inc. | Case number (if known) | 18-31273 (MI) |
|--------|---------------------------|------------------------|---------------|
| | Name | | |

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral | Column B<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.31**

**Creditor's name**
DEUTSCHE BANK TRUST COMPANY
AMERICAS, AS COLLATERAL AGENT

**Creditor's mailing address**
60 WALL STREET, 16TH FLOOR
MS: NYC60-1630
NEW YORK, NY 10005

**Creditor's email address, if known**

**Date debt was incurred**   Undetermined
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

　　☐ No. Specify each creditor, including this creditor, and its relative priority.

　　☐ Yes. The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien

Describe the lien
UCC Lien Number 140029049827 Dated 10/01/2014

Is the creditor an insider or related party?

☒ No
☐ Yes

Is anyone else liable on this claim?

☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition date, the claim is:
Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

$ Underdetermined    $ Underdetermined

---

**2.32**

**Creditor's name**
DEUTSCHE BANK TRUST COMPANY
AMERICAS, AS COLLATERAL AGENT

**Creditor's mailing address**
60 WALL STREET, 16TH FLOOR
MS: NYC60-1630
NEW YORK, NY 10005

**Creditor's email address, if known**

**Date debt was incurred**   Undetermined
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

　　☐ No. Specify each creditor, including this creditor, and its relative priority.

　　☐ Yes. The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien

Describe the lien
UCC Lien Number 150005913317 Dated 04/16/2015

Is the creditor an insider or related party?

☒ No
☐ Yes

Is anyone else liable on this claim?

☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition date, the claim is:
Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

$ Underdetermined    $ Underdetermined

---

Debtor ___iHeartCommunications, Inc._____     Case number (if known) __18-31273 (MI)__
             Name

| Part 1: | **Additional Page** | | **Column A**<br>Amount of claim<br>Do not deduct the<br>value of collateral | **Column B**<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.33**

**Creditor's name**
DEUTSCHE BANK TRUST COMPANY
AMERICAS, AS COLLATERAL AGENT

**Creditor's mailing address**
60 WALL STREET, 16TH FLOOR
MS: NYC60-1630
NEW YORK, NY 10005

**Creditor's email address, if known**

**Date debt was incurred**   Undetermined
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
[X] No
[ ] Yes. Have you already specified the relative priority?

   [ ] No. Specify each creditor, including this creditor, and its relative priority.

   [ ] Yes. The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien

Describe the lien
UCC Lien Number 150005913317 Dated 01/19/2016

Is the creditor an insider or related party?
[X] No
[ ] Yes

Is anyone else liable on this claim?
[ ] No
[X] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition date, the claim is:
Check all that apply.
[X] Contingent
[X] Unliquidated
[ ] Disputed

$ Undetermined   |   $ Undetermined

---

**2.34**

**Creditor's name**
PACIFIC OFFICE AUTOMATION

**Creditor's mailing address**
10201 CENTURION PARKWAY NORTH
SUITE 100
JACKSONVILLE, FL 32256

**Creditor's email address, if known**

**Date debt was incurred**   Undetermined
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
[X] No
[ ] Yes. Have you already specified the relative priority?

   [ ] No. Specify each creditor, including this creditor, and its relative priority.

   [ ] Yes. The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien

Describe the lien
UCC Lien Number 170029729815 Dated 09/08/2017

Is the creditor an insider or related party?
[X] No
[ ] Yes

Is anyone else liable on this claim?
[ ] No
[X] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition date, the claim is:
Check all that apply.
[X] Contingent
[X] Unliquidated
[ ] Disputed

$ Undetermined   |   $ Undetermined

---

| Debtor | iHeartCommunications, Inc. | Case number (if known) | 18-31273 (MI) |
|--------|---------------------------|------------------------|---------------|
|        | Name |  |  |

| **Part 1:** | **Additional Page** | **Column A**<br>Amount of claim<br>Do not deduct the<br>value of collateral | **Column B**<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.35**

**Creditor's name**
PACIFIC OFFICE AUTOMATION

**Describe debtor's property that is subject to a lien**

$ Underdetermined          $ Underdetermined

**Creditor's mailing address**
10201 CENTURION PARKWAY NORTH
SUITE 100
JACKSONVILLE, FL 32256

**Describe the lien**
UCC Lien Number 170026728588 Dated 08/02/2017

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
[X] No
[ ] Yes

**Date debt was incurred**   Undetermined
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
[ ] No
[X] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
[X] No
[ ] Yes. Have you already specified the relative priority?

**As of the petition date, the claim is:**
Check all that apply.
[X] Contingent
[X] Unliquidated
[ ] Disputed

[ ] No. Specify each creditor, including this creditor, and its relative priority.

[ ] Yes. The relative priority of creditors is specified on lines

---

**2.36**

**Creditor's name**
PACIFIC OFFICE AUTOMATION

**Describe debtor's property that is subject to a lien**

$ Underdetermined          $ Underdetermined

**Creditor's mailing address**
10201 CENTURION PARKWAY NORTH
SUITE 100
JACKSONVILLE, FL 32256

**Describe the lien**
UCC Lien Number 170022089948 Dated 06/28/2017

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
[X] No
[ ] Yes

**Date debt was incurred**   Undetermined
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
[ ] No
[X] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
[X] No
[ ] Yes. Have you already specified the relative priority?

**As of the petition date, the claim is:**
Check all that apply.
[X] Contingent
[X] Unliquidated
[ ] Disputed

[ ] No. Specify each creditor, including this creditor, and its relative priority.

[ ] Yes. The relative priority of creditors is specified on lines

---

Debtor    iHeartCommunications, Inc.                                    Case number (if known)    18-31273 (MI)
_____
Name

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral | Column B<br>**Value of collateral<br>that supports this<br>claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially
from the previous page.

| 2.37 | **Creditor's name**<br>PACIFIC OFFICE AUTOMATION | **Describe debtor's property that is subject to a lien** | $ Undetermined | $ Undetermined |

**Creditor's mailing address**
10201 CENTURION PARKWAY NORTH
SUITE 100
JACKSONVILLE, FL 32256

**Describe the lien**
UCC Lien Number 170023352104 Dated 07/06/2017

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**    Undetermined
**Last 4 digits of account
number**

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the
same property?**
☒ No
☐ Yes. Have you already specified the
relative priority?

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

☐ No. Specify each creditor, including
this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is
specified on lines

| 2.38 | **Creditor's name**<br>PACIFIC OFFICE AUTOMATION | **Describe debtor's property that is subject to a lien** | $ Undetermined | $ Undetermined |

**Creditor's mailing address**
10201 CENTURION PARKWAY NORTH
SUITE 100
JACKSONVILLE, FL 32256

**Describe the lien**
UCC Lien Number 170023352104 Dated 07/19/2017

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**    Undetermined
**Last 4 digits of account
number**

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the
same property?**
☒ No
☐ Yes. Have you already specified the
relative priority?

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

☐ No. Specify each creditor, including
this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is
specified on lines

Debtor    iHeartCommunications, Inc.
          _____
          Name

Case number (if known)  18-31273 (MI)
          _____

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

2.39  **Creditor's name**
PACIFIC OFFICE AUTOMATION

**Creditor's mailing address**
10201 CENTURION PARKWAY NORTH
SUITE 100
JACKSONVILLE, FL 32256

**Creditor's email address, if known**

**Date debt was incurred**  Undetermined
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of  creditors is specified on lines

**Describe debtor's property that is subject to a lien**

**Describe the lien**
UCC Lien Number 170029665581 Dated 08/29/2017

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

Column A: $ Underdetermined
Column B: $ Underdetermined

---

2.40  **Creditor's name**
PACIFIC OFFICE AUTOMATION

**Creditor's mailing address**
10201 CENTURION PARKWAY NORTH
SUITE 100
JACKSONVILLE, FL 32256

**Creditor's email address, if known**

**Date debt was incurred**  Undetermined
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of  creditors is specified on lines

**Describe debtor's property that is subject to a lien**

**Describe the lien**
UCC Lien Number 170029729815 Dated 08/30/2017

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

Column A: $ Underdetermined
Column B: $ Underdetermined

---

Debtor  iHeartCommunications, Inc.                    Case number (if known)  18-31273 (MI)
        Name

| **Part 1:** | **Additional Page** | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

2.41  **Creditor's name**
TPG SPECIALTY LENDING, INC.

**Describe debtor's property that is subject to a lien**

$ Underespecified          $ Undetermined

**Creditor's mailing address**
ATTN: ALEX KNEAPLER
888 7TH AVE, 35TH FLOOR
NEW YORK, NY 10106

**Describe the lien**
Letter of Credit for the benefit of CIT Bank, N.A. in the amount of $1,500,000

**Creditor's email address, if known**
AKneapler@tpg.com

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred** Undetermined
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

---

2.42  **Creditor's name**
TPG SPECIALTY LENDING, INC.

**Describe debtor's property that is subject to a lien**

$ Undetermined          $ Undetermined

**Creditor's mailing address**
ATTN: ALEX KNEAPLER
888 7TH AVE, 35TH FLOOR
NEW YORK, NY 10106

**Describe the lien**
Letter of Credit for the benefit of Entercom Communications Corp in the amount of $4,500,000

**Creditor's email address, if known**
AKneapler@tpg.com

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred** Undetermined
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

---

Debtor  iHeartCommunications, Inc.
_____
Name

Case number (if known) ___18-31273 (MI)___

| Part 1: | Additional Page | | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially
from the previous page.

---

**2.43**

**Creditor's name**
TPG SPECIALTY LENDING, INC.

**Describe debtor's property that is subject to a lien**

$ Undetermined    $ Undetermined

**Creditor's mailing address**
ATTN: ALEX KNEAPLER
888 7TH AVE, 35TH FLOOR
NEW YORK, NY 10106

**Describe the lien**
Letter of Credit for the benefit of Lumbermens Mutual Casualty
Company in the amount of $52,253

**Creditor's email address, if known**
AKneapler@tpg.com

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Date debt was incurred**   Undetermined
**Last 4 digits of account
number**

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the
same property?**

☐ No
☐ Yes. Have you already specified the
relative priority?

☐ No. Specify each creditor, including
this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is
specified on lines

**As of the petition date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

---

**2.44**

**Creditor's name**
TPG SPECIALTY LENDING, INC.

**Describe debtor's property that is subject to a lien**

$ Undetermined    $ Undetermined

**Creditor's mailing address**
ATTN: ALEX KNEAPLER
888 7TH AVE, 35TH FLOOR
NEW YORK, NY 10106

**Describe the lien**
Letter of Credit for the benefit of Argonaut Insurance Co. in the
amount of $18,397,455

**Creditor's email address, if known**
AKneapler@tpg.com

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Date debt was incurred**   Undetermined
**Last 4 digits of account
number**

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the
same property?**

☐ No
☐ Yes. Have you already specified the
relative priority?

☐ No. Specify each creditor, including
this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is
specified on lines

**As of the petition date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

---

Debtor ___iHeartCommunications, Inc._____     Case number *(if known)* __18-31273 (MI)__
       Name

| **Part 1:** | **Additional Page** | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially
from the previous page.

---

2.45  **Creditor's name**
TPG SPECIALTY LENDING, INC.

**Describe debtor's property that is subject to a lien**                    $ Undetermined    $ Undetermined

**Creditor's mailing address**
ATTN: ALEX KNEAPLER
888 7TH AVE, 35TH FLOOR
NEW YORK, NY 10106

**Describe the lien**
Letter of Credit for the benefit of CFS Air, LLC  in the amount of
$7,000,000

**Creditor's email address, if known**
AKneapler@tpg.com

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**   Undetermined
**Last 4 digits of account
number**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the
same property?**
☐ No
☐ Yes. Have you already specified the
      relative priority?

   ☐ No. Specify each creditor, including
      this creditor, and its relative priority.

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

   ☐ Yes. The relative priority of  creditors is
      specified on lines

---

2.46  **Creditor's name**
TPG SPECIALTY LENDING, INC.

**Describe debtor's property that is subject to a lien**                    $ Undetermined    $ Undetermined

**Creditor's mailing address**
ATTN: ALEX KNEAPLER
888 7TH AVE, 35TH FLOOR
NEW YORK, NY 10106

**Describe the lien**
Letter of Credit for the benefit of XL Specialty Insurance  in the
amount of $6,605,000

**Creditor's email address, if known**
AKneapler@tpg.com

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**   Undetermined
**Last 4 digits of account
number**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the
same property?**
☐ No
☐ Yes. Have you already specified the
      relative priority?

   ☐ No. Specify each creditor, including
      this creditor, and its relative priority.

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

   ☐ Yes. The relative priority of  creditors is
      specified on lines

---

Debtor    iHeartCommunications, Inc.       Case number (if known)   18-31273 (MI)
     Name

| Part 1: | Additional Page | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | | | |
|---|---|---|---|
| 2.47 | **Creditor's name**<br>TPG SPECIALTY LENDING, INC. | **Describe debtor's property that is subject to a lien**<br>See Schedule D Disclosures | $371,981,529.69    $ Undetermined |

**Creditor's mailing address**
ATTN: ALEX KNEAPLER
888 7TH AVE, 35TH FLOOR
NEW YORK, NY 10106

**Describe the lien**
ABL Credit Agreement, maturity date of November 30, 2020

**Creditor's email address, if known**
AKneapler@tpg.com

**Date debt was incurred**   Undetermined
**Last 4 digits of account number**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | |
|---|---|---|---|
| 2.48 | **Creditor's name**<br>TPG SPECIALTY LENDING, INC. | **Describe debtor's property that is subject to a lien** | $ Undetermined    $ Undetermined |

**Creditor's mailing address**
ATTN: ALEX KNEAPLER
888 7TH AVE, 35TH FLOOR
NEW YORK, NY 10106

**Describe the lien**
Letter of Credit for the benefit of Citibank N.A. in the amount of $9,167,689

**Creditor's email address, if known**
AKneapler@tpg.com

**Date debt was incurred**   Undetermined
**Last 4 digits of account number**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

Debtor  iHeartCommunications, Inc.
    Name

Case number (if known)  18-31273 (MI)

| Part 1: | Additional Page | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.49**

**Creditor's name**
TPG SPECIALTY LENDING, INC.

**Creditor's mailing address**
ATTN: ALEX KNEAPLER
888 7TH AVE, 35TH FLOOR
NEW YORK, NY 10106

**Creditor's email address, if known**
AKneapler@tpg.com

**Date debt was incurred**  Undetermined
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No
☐ Yes. Have you already specified the relative priority?

 ☐ No. Specify each creditor, including this creditor, and its relative priority.

 ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

**Describe the lien**
Letter of Credit for the benefit of ACE American Insurance in the amount of $250,000

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

$ Undetermined | $ Undetermined

---

**2.50**

**Creditor's name**
TPG SPECIALTY LENDING, INC.

**Creditor's mailing address**
ATTN: ALEX KNEAPLER
888 7TH AVE, 35TH FLOOR
NEW YORK, NY 10106

**Creditor's email address, if known**
AKneapler@tpg.com

**Date debt was incurred**  Undetermined
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No
☐ Yes. Have you already specified the relative priority?

 ☐ No. Specify each creditor, including this creditor, and its relative priority.

 ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

**Describe the lien**
Letter of Credit for the benefit of Executive Tower of Colorado Springs, LLC in the amount of $100,000

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

$ Undetermined | $ Undetermined

---

Debtor    iHeartCommunications, Inc.            Case number *(if known)* __18-31273 (MI)__
         Name

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.51**

**Creditor's name**
TPG SPECIALTY LENDING, INC.

**Creditor's mailing address**
ATTN: ALEX KNEAPLER
888 7TH AVE, 35TH FLOOR
NEW YORK, NY 10106

**Creditor's email address, if known**
AKneapler@tpg.com

**Date debt was incurred**  Undetermined
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No
☐ Yes. Have you already specified the relative priority?

     ☐ No. Specify each creditor, including this creditor, and its relative priority.

     ☐ Yes. The relative priority of  creditors is specified on lines

**Describe debtor's property that is subject to a lien**

**Describe the lien**
Letter of Credit for the benefit of Berkley Insurance Company in the amount of $6,692,309

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

$ Undetermined      $ Undetermined

---

**2.52**

**Creditor's name**
TPG SPECIALTY LENDING, INC.

**Creditor's mailing address**
ATTN: ALEX KNEAPLER
888 7TH AVE, 35TH FLOOR
NEW YORK, NY 10106

**Creditor's email address, if known**
AKneapler@tpg.com

**Date debt was incurred**  Undetermined
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No
☐ Yes. Have you already specified the relative priority?

     ☐ No. Specify each creditor, including this creditor, and its relative priority.

     ☐ Yes. The relative priority of  creditors is specified on lines

**Describe debtor's property that is subject to a lien**

**Describe the lien**
Letter of Credit for the benefit of IC 233 Building Company LLC in the amount of $2,350,000

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

$ Undetermined      $ Undetermined

---

Debtor  iHeartCommunications, Inc.
      Name

Case number (if known)  18-31273 (MI)

| | | Column A | Column B |
|---|---|---|---|
| **Part 1:** | **Additional Page** | Amount of claim<br>Do not deduct the<br>value of collateral | Value of collateral<br>that supports this<br>claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.53**

**Creditor's name**
TPG SPECIALTY LENDING, INC.

**Creditor's mailing address**
ATTN: ALEX KNEAPLER
888 7TH AVE, 35TH FLOOR
NEW YORK, NY 10106

**Creditor's email address, if known**
AKneapler@tpg.com

**Date debt was incurred**  Undetermined
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

**Describe the lien**
Letter of Credit for the benefit of XL Specialty Insurance in the amount of $240,000

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

$ Undetermined | $ Undetermined

---

**2.54**

**Creditor's name**
TPG SPECIALTY LENDING, INC.

**Creditor's mailing address**
ATTN: ALEX KNEAPLER
888 7TH AVE, 35TH FLOOR
NEW YORK, NY 10106

**Creditor's email address, if known**
AKneapler@tpg.com

**Date debt was incurred**  Undetermined
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

**Describe the lien**
Letter of Credit for the benefit of 125 West 55th Street Realty Company LLC in the amount of $6,555,110

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

$ Undetermined | $ Undetermined

---

Debtor    iHeartCommunications, Inc.      Case number *(if known)* 18-31273 (MI)
     Name

| **Part 1:** | **Additional Page** | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.55**

**Creditor's name**
TPG SPECIALTY LENDING, INC.

**Creditor's mailing address**
ATTN: ALEX KNEAPLER
888 7TH AVE, 35TH FLOOR
NEW YORK, NY 10106

**Creditor's email address, if known**
AKneapler@tpg.com

**Date debt was incurred**   Undetermined
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

**Describe the lien**
Letter of Credit for the benefit of ACE/Chubb American Insurance in the amount of $173,535

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

Column A: $ Underdetermined    Column B: $ Underdetermined

---

**2.56**

**Creditor's name**
TPG SPECIALTY LENDING, INC.

**Creditor's mailing address**
ATTN: ALEX KNEAPLER
888 7TH AVE, 35TH FLOOR
NEW YORK, NY 10106

**Creditor's email address, if known**
AKneapler@tpg.com

**Date debt was incurred**   Undetermined
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

**Describe the lien**
Letter of Credit for the benefit of Douglas Emmett 1997, LLC in the amount of $271,684

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

Column A: $ Underdetermined    Column B: $ Underdetermined

---

Debtor ___iHeartCommunications, Inc._____   Case number (if known) ___18-31273 (MI)___
     Name

| **Part 1:** | **Additional Page** | | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially
from the previous page.

**2.57**

**Creditor's name**
TPG SPECIALTY LENDING, INC.

**Describe debtor's property that is subject to a lien**

$ Underomined   $ Undetermined

**Creditor's mailing address**
ATTN: ALEX KNEAPLER
888 7TH AVE, 35TH FLOOR
NEW YORK, NY 10106

**Describe the lien**
Letter of Credit for the benefit of DIV Cabot Road, LLC  in the
amount of $667,745

**Creditor's email address, if known**
AKneapler@tpg.com

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**  Undetermined
**Last 4 digits of account
number**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the
same property?**

☐ No
☐ Yes. Have you already specified the
    relative priority?

    ☐ No. Specify each creditor, including
      this creditor, and its relative priority.

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

    ☐ Yes. The relative priority of  creditors is
      specified on lines

**2.58**

**Creditor's name**
TPG SPECIALTY LENDING, INC.

**Describe debtor's property that is subject to a lien**

$ Undetermined   $ Undetermined

**Creditor's mailing address**
ATTN: ALEX KNEAPLER
888 7TH AVE, 35TH FLOOR
NEW YORK, NY 10106

**Describe the lien**
Letter of Credit for the benefit of Palisades East, LLC in the
amount of $2,200,000

**Creditor's email address, if known**
AKneapler@tpg.com

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**  Undetermined
**Last 4 digits of account
number**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the
same property?**

☐ No
☐ Yes. Have you already specified the
    relative priority?

    ☐ No. Specify each creditor, including
      this creditor, and its relative priority.

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

    ☐ Yes. The relative priority of  creditors is
      specified on lines

Debtor    iHeartCommunications, Inc.
          _____
          Name

Case number *(if known)* __18-31273 (MI)__

---

**Part 2:**    **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no other need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| CITIBANK, N.A.<br>ATTN: KIMBERLY M. SHELTON<br>1615 BRETT ROAD<br>NEW CASTLE, DE 19720 | Line 11 | |
| CITIBANK, N.A.<br>ATTN: KIMBERLY M. SHELTON<br>1615 BRETT ROAD<br>NEW CASTLE, DE 19720 | Line 12 | |

**Fill in this information to identify the case:**

Debtor ___iHeartCommunications, Inc.___

United States Bankruptcy Court for the: ___Southern___ District of ___Texas, Houston Divison___

Case number ___18-31273 (MI)___
(If known)

☒ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.
☒ Yes. Go to line 2.

**2. List in alphabetical order all creditors** who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.1** Priority creditor's name and mailing address
GEORGIA DEPARTMENT OF REVENUE
PO BOX 105408
ATLANTA, GA 30348-5408

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Total claim: $ _____ Undetermined
Priority amount: $ _____ Undetermined

Date or dates debt was incurred
___Undetermined___

Basis for the claim:
___Tax Audit___

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8___)

**2.2** Priority creditor's name and mailing address
OFFICE OF FINANCE-CITY OF LOS ANGELES
PO BOX 513996
LOS ANGELES, CA 90051-3996

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Total claim: $ _____ Undetermined
Priority amount: $ _____ Undetermined

Date or dates debt was incurred
___Undetermined___

Basis for the claim:
___Tax Audit___

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8___)

**2.3** Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $ _____
Priority amount: $ _____

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

Debtor  iHeartCommunications, Inc.
        _____
        Name

Case number (if known)  18-31273 (MI)

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1** Nonpriority creditor's name and mailing address
EMPLOYEE NAME ON FILE 2018-622746
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Worker's Compensation

Date or dates debt was incurred   04/07/2004

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$_____ Undetermined

**3.2** Nonpriority creditor's name and mailing address
EMPLOYEE NAME ON FILE 2018-622741
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Worker's Compensation

Date or dates debt was incurred   08/24/2003

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$_____ Undetermined

**3.3** Nonpriority creditor's name and mailing address
EMPLOYEE NAME ON FILE 2018-622744
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Worker's Compensation

Date or dates debt was incurred   11/18/2005

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$_____ Undetermined

**3.4** Nonpriority creditor's name and mailing address
EMPLOYEE NAME ON FILE 2018-622747
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Worker's Compensation

Date or dates debt was incurred   01/28/2003

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$_____ Undetermined

**3.5** Nonpriority creditor's name and mailing address
EMPLOYEE NAME ON FILE 2018-622743
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Worker's Compensation

Date or dates debt was incurred   01/29/2008

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$_____ Undetermined

**3.6** Nonpriority creditor's name and mailing address
AG CAPITAL RECOVERY PARTNERS VIII, L.P.
C/O WHITE & CASE, LLP
ATTN: GREGORY M. STARNER
1221 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Litigation; Noteholder Litigation, Case Number 1:18-CV-01807

Date or dates debt was incurred   Undetermined

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$_____ Undetermined

---

Debtor __iHeartCommunications, Inc._____     Case number *(if known)* __18-31273 (MI)__
　　　　　Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.7** | **Nonpriority creditor's name and mailing address** | $ Undetermined

AG CENTRE STREET PARTNERSHIP, L.P.
C/O WHITE & CASE, LLP
ATTN: GREGORY M. STARNER
1221 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation; Noteholder Litigation, Case Number 1:18-CV-01807

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address** | $ Undetermined

AG CORPORATE CREDIT OPPORTUNITIES FUND, L.P.
C/O WHITE & CASE, LLP
ATTN: GREGORY M. STARNER
1221 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation; Noteholder Litigation, Case Number 1:18-CV-01807

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | $ Undetermined

AG MM, L.P.
C/O WHITE & CASE, LLP
ATTN: GREGORY M. STARNER
1221 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation; Noteholder Litigation, Case Number 1:18-CV-01807

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | $ Undetermined

AG SUPER FUND INTERBATIONAL PARTNERS, L.P
C/O WHITE & CASE, LLP
ATTN: GREGORY M. STARNER
1221 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation; Noteholder Litigation, Case Number 1:18-CV-01807

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | $ Undetermined

AG SUPER FUND, L.P.
C/O WHITE & CASE, LLP
ATTN: GREGORY M. STARNER
1221 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Litigation; Noteholder Litigation, Case Number 1:18-CV-01807

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor __iHeartCommunications, Inc._____     Case number (if known) __18-31273 (MI)__
          Name

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.12** | **Nonpriority creditor's name and mailing address** | $3,070,819,374.00

AMFM OPERATING, INC.
20880 STONE OAK PKWY
SAN ANTONIO, TX 78258

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Note Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.13** | **Nonpriority creditor's name and mailing address** | $ Undetermined

BENEFIT STREET PARTNERS LLC
C/O JONES DAY
ATTN: N.SCOTT FLETCHER AND LAURENS WILKES
717 TEXAS AVENUE, SUITE 3300
HOUSTON, TX 77002

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation; Business Governance, Case Numbers 2016-CI-07857 And 2016-CI-12468

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.14** | **Nonpriority creditor's name and mailing address** | $ Undetermined

BLUEJAY SECURITIES LLC
C/O JONES DAY
ATTN: N.SCOTT FLETCHER AND LAURENS WILKES
717 TEXAS AVENUE, SUITE 3300
HOUSTON, TX 77002

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation; Business Governance, Case Numbers 2016-CI-07857 And 2016-CI-12468

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.15** | **Nonpriority creditor's name and mailing address** | $57,885,125.00

BNY MELLON
ATTN: MOSES BALLENGER
601 TRAVIS STREET, 16TH FLOOR
HOUSTON, TX 77002

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 5.5% Legacy Notes Due 2016, maturity date of December 15, 2016

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.16** | **Nonpriority creditor's name and mailing address** | $ Undetermined

CANYON CAPITAL ADVISORS LLC
C/O JONES DAY
ATTN: N.SCOTT FLETCHER AND LAURENS WILKES
717 TEXAS AVENUE, SUITE 3300
HOUSTON, TX 77002

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation; Business Governance, Case Numbers 2016-CI-07857 And 2016-CI-12468

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

Debtor   iHeartCommunications, Inc.
Name

Case number *(if known)*   18-31273 (MI)

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.17**   **Nonpriority creditor's name and mailing address**                                   $3,781.25

CATAPULT STAFFING LLC
ATTN ALEX ANDERSON
1820 PRESTON PARK BLVD STE 1600
PLANO, TX 75093

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.18**   **Nonpriority creditor's name and mailing address**                                   $ Undetermined

CITIBANK, N.A.
C/O ROSENTHAL PAUERSTEIN SANDOLOSKI AGATHER LLP
ATTN: STEPHEN K. LECHOLOP, II AND JONATHAN D. PAUERSTEIN
755 EAST MULBERRY, SUITE 200
SAN ANTONIO, TX 78212

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation; Business Governance, Case Number 2016-CI-21286

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.19**   **Nonpriority creditor's name and mailing address**                                   $1,031,721,306.00

CLEAR CHANNEL OUTDOOR HOLDINGS, INC.
20880 STONE OAK PKWY
SAN ANTONIO, TX 78258

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☒ Yes

**Last 4 digits of account number**

---

**3.20**   **Nonpriority creditor's name and mailing address**                                   $ Undetermined

CREDITOR NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Guaranty of Contract Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.21**   **Nonpriority creditor's name and mailing address**                                   $ Undetermined

D.E. SHAW GALVANIC PORTFOLIOS, LLC
C/O JONES DAY
ATTN: N.SCOTT FLETCHER AND LAURENS WILKES
717 TEXAS AVENUE, SUITE 3300
HOUSTON, TX 77002

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Litigation; Business Governance, Case Number 2016-CI-07857

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

Debtor   iHeartCommunications, Inc.
_____
Name

Case number (if known) 18-31273 (MI)

---

**Part 2:  Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.22** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DAVIDSON KEMPNER INSTITUTIONAL PARTNERS, L.P.
C/O JONES DAY
ATTN: N.SCOTT FLETCHER AND LAURENS WILKES
717 TEXAS AVENUE, SUITE 3300
HOUSTON, TX 77002

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation; Business Governance, Case Number 2016-CI-07857

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DAVIDSON KEMPNER INTERNATIONAL, LTD.
C/O JONES DAY
ATTN: N.SCOTT FLETCHER AND LAURENS WILKES
717 TEXAS AVENUE, SUITE 3300
HOUSTON, TX 77002

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation; Business Governance, Case Number 2016-CI-07857

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DAVIDSON KEMPNER PARTNERS
C/O JONES DAY
ATTN: N.SCOTT FLETCHER AND LAURENS WILKES
717 TEXAS AVENUE, SUITE 3300
HOUSTON, TX 77002

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation; Business Governance, Case Number 2016-CI-07857

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | $81.45

DICK ADGATE FLORIST INC
2300 ELM RD NE
WARREN, OH 44483

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.26** | **Nonpriority creditor's name and mailing address** | $175,193.19

EMPLOYEE NAME ON FILE 2017-2778224
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | iHeartCommunications, Inc. | | Case number _(if known)_ | 18-31273 (MI) |
|---|---|---|---|---|
| | Name | | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.27** | Nonpriority creditor's name and mailing address | $15,792.90

EMPLOYEE NAME ON FILE 2017-2778264
ADDRESS ON FILE

As of the petition filing date, the claim is:
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | $38,583.99

EMPLOYEE NAME ON FILE 2017-2778288
ADDRESS ON FILE

As of the petition filing date, the claim is:
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | $72,637.91

EMPLOYEE NAME ON FILE 2017-2778300
ADDRESS ON FILE

As of the petition filing date, the claim is:
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | $621,507.66

EMPLOYEE NAME ON FILE 2017-2778500
ADDRESS ON FILE

As of the petition filing date, the claim is:
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | $41,384.10

EMPLOYEE NAME ON FILE 2017-2778531
ADDRESS ON FILE

As of the petition filing date, the claim is:
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor ___iHeartCommunications, Inc._____     Case number *(if known)* __18-31273 (MI)__
Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

| 3.32 | Nonpriority creditor's name and mailing address | | $19,895.25 |

EMPLOYEE NAME ON FILE 2017-2778564
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.33 | Nonpriority creditor's name and mailing address | | $27,704.41 |

EMPLOYEE NAME ON FILE 2017-2778732
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.34 | Nonpriority creditor's name and mailing address | | $330.23 |

EMPLOYEE NAME ON FILE 2017-2778777
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.35 | Nonpriority creditor's name and mailing address | | $66,962.16 |

EMPLOYEE NAME ON FILE 2017-2778829
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.36 | Nonpriority creditor's name and mailing address | | $45,809.94 |

EMPLOYEE NAME ON FILE 2017-2778831
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

Debtor __iHeartCommunications, Inc._____    Case number *(if known)* __18-31273 (MI)__
          Name

---

**Part 2:**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.37 | **Nonpriority creditor's name and mailing address** | | $286,795.90 |
|---|---|---|---|

EMPLOYEE NAME ON FILE 2017-2778851
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.38 | **Nonpriority creditor's name and mailing address** | | $30,449.12 |
|---|---|---|---|

EMPLOYEE NAME ON FILE 2017-2778867
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.39 | **Nonpriority creditor's name and mailing address** | | $9,593.04 |
|---|---|---|---|

EMPLOYEE NAME ON FILE 2017-2778904
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.40 | **Nonpriority creditor's name and mailing address** | | $11,981.76 |
|---|---|---|---|

EMPLOYEE NAME ON FILE 2017-2779008
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.41 | **Nonpriority creditor's name and mailing address** | | $106,257.05 |
|---|---|---|---|

EMPLOYEE NAME ON FILE 2017-2779068
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

Debtor _____iHeartCommunications, Inc._____     Case number *(if known)* __18-31273 (MI)__
                Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.42** | **Nonpriority creditor's name and mailing address** | $12,544.62

EMPLOYEE NAME ON FILE 2017-2779174
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.43** | **Nonpriority creditor's name and mailing address** | $31,209.90

EMPLOYEE NAME ON FILE 2017-2779178
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.44** | **Nonpriority creditor's name and mailing address** | $6,567.05

EMPLOYEE NAME ON FILE 2017-2779196
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.45** | **Nonpriority creditor's name and mailing address** | $47,146.79

EMPLOYEE NAME ON FILE 2017-2779233
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.46** | **Nonpriority creditor's name and mailing address** | $13,752.58

EMPLOYEE NAME ON FILE 2017-2779266
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | iHeartCommunications, Inc. | Case number *(if known)* | 18-31273 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.47 | **Nonpriority creditor's name and mailing address** | | $25,896.67 |
|---|---|---|---|

EMPLOYEE NAME ON FILE 2017-2779345
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.48 | **Nonpriority creditor's name and mailing address** | | $13,024.25 |
|---|---|---|---|

EMPLOYEE NAME ON FILE 2017-2779373
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.49 | **Nonpriority creditor's name and mailing address** | | $5,712.90 |
|---|---|---|---|

EMPLOYEE NAME ON FILE 2017-2779441
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.50 | **Nonpriority creditor's name and mailing address** | | $258,366.27 |
|---|---|---|---|

EMPLOYEE NAME ON FILE 2017-2779464
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.51 | **Nonpriority creditor's name and mailing address** | | $16,164.04 |
|---|---|---|---|

EMPLOYEE NAME ON FILE 2017-2779544
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| Debtor | iHeartCommunications, Inc. | Case number *(if known)* | 18-31273 (MI) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.52 | **Nonpriority creditor's name and mailing address** | | $2,104.53 |
|---|---|---|---|

EMPLOYEE NAME ON FILE 2017-2779741
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.53 | **Nonpriority creditor's name and mailing address** | | $5,380.92 |
|---|---|---|---|

EMPLOYEE NAME ON FILE 2017-2779768
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.54 | **Nonpriority creditor's name and mailing address** | | $47,991.18 |
|---|---|---|---|

EMPLOYEE NAME ON FILE 2017-2779915
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.55 | **Nonpriority creditor's name and mailing address** | | $18,523.10 |
|---|---|---|---|

EMPLOYEE NAME ON FILE 2017-2779938
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.56 | **Nonpriority creditor's name and mailing address** | | $14,463.14 |
|---|---|---|---|

EMPLOYEE NAME ON FILE 2017-2779964
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

Debtor___iHeartCommunications, Inc._____     Case number _(if known)__18-31273 (MI)__
        Name

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.57** | **Nonpriority creditor's name and mailing address** | | $173.45

EMPLOYEE NAME ON FILE 2017-2780028
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.58** | **Nonpriority creditor's name and mailing address** | | $19,247.93

EMPLOYEE NAME ON FILE 2017-2780052
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.59** | **Nonpriority creditor's name and mailing address** | | $46,620.43

EMPLOYEE NAME ON FILE 2017-2780105
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.60** | **Nonpriority creditor's name and mailing address** | | $97,285.25

EMPLOYEE NAME ON FILE 2017-2780197
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.61** | **Nonpriority creditor's name and mailing address** | | $482,403.25

EMPLOYEE NAME ON FILE 2017-2780280
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

Debtor ___iHeartCommunications, Inc._____     Case number _(if known)_ __18-31273 (MI)__
      Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.62 | **Nonpriority creditor's name and mailing address** | $27,394.64 |
|---|---|---|

EMPLOYEE NAME ON FILE 2017-2780296
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | $8,512.58 |
|---|---|---|

EMPLOYEE NAME ON FILE 2017-2780341
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | $55,522.98 |
|---|---|---|

EMPLOYEE NAME ON FILE 2017-2780439
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | $17,364.50 |
|---|---|---|

EMPLOYEE NAME ON FILE 2017-2780540
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | $50,554.49 |
|---|---|---|

EMPLOYEE NAME ON FILE 2017-2780542
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | iHeartCommunications, Inc. | Case number *(if known)* | 18-31273 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.67 | **Nonpriority creditor's name and mailing address** | | $30,044.94 |
|---|---|---|---|

EMPLOYEE NAME ON FILE 2017-2780665
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.68 | **Nonpriority creditor's name and mailing address** | | $16,514.55 |
|---|---|---|---|

EMPLOYEE NAME ON FILE 2017-2780701
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.69 | **Nonpriority creditor's name and mailing address** | | $56,753.83 |
|---|---|---|---|

EMPLOYEE NAME ON FILE 2017-2781023
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.70 | **Nonpriority creditor's name and mailing address** | | $10,057.34 |
|---|---|---|---|

EMPLOYEE NAME ON FILE 2017-2781313
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.71 | **Nonpriority creditor's name and mailing address** | | $2,031,723.27 |
|---|---|---|---|

EMPLOYEE NAME ON FILE 2017-2781517
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| Debtor | iHeartCommunications, Inc. | Case number *(if known)* | 18-31273 (MI) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.72 | **Nonpriority creditor's name and mailing address** | | $5,054.34 |
|---|---|---|---|

EMPLOYEE NAME ON FILE 2017-2781617
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.73 | **Nonpriority creditor's name and mailing address** | | $13,154.28 |
|---|---|---|---|

EMPLOYEE NAME ON FILE 2017-2781704
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.74 | **Nonpriority creditor's name and mailing address** | | $75,509.16 |
|---|---|---|---|

EMPLOYEE NAME ON FILE 2017-2781824
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.75 | **Nonpriority creditor's name and mailing address** | | $78,180.19 |
|---|---|---|---|

EMPLOYEE NAME ON FILE 2017-2781875
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.76 | **Nonpriority creditor's name and mailing address** | | $321,233.55 |
|---|---|---|---|

EMPLOYEE NAME ON FILE 2017-2781930
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

Debtor __iHeartCommunications, Inc._____     Case number (if known) __18-31273 (MI)___
      Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.77 | **Nonpriority creditor's name and mailing address** | | $627,907.37 |
|---|---|---|---|

EMPLOYEE NAME ON FILE 2017-2781954
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | | $472.62 |
|---|---|---|---|

EMPLOYEE NAME ON FILE 2017-2781978
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | | $83,117.48 |
|---|---|---|---|

EMPLOYEE NAME ON FILE 2017-2781979
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | | $110,037.73 |
|---|---|---|---|

EMPLOYEE NAME ON FILE 2017-2781987
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | | $110,416.12 |
|---|---|---|---|

EMPLOYEE NAME ON FILE 2017-2782017
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor  iHeartCommunications, Inc.                                        Case number *(if known)*  18-31273 (MI)
_____Name_____

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.82 | **Nonpriority creditor's name and mailing address** | | $32,346.33 |
|---|---|---|---|

EMPLOYEE NAME ON FILE 2017-2782091
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.83 | **Nonpriority creditor's name and mailing address** | | $33,884.06 |
|---|---|---|---|

EMPLOYEE NAME ON FILE 2017-2782135
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.84 | **Nonpriority creditor's name and mailing address** | | $4,348.28 |
|---|---|---|---|

EMPLOYEE NAME ON FILE 2017-2782230
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.85 | **Nonpriority creditor's name and mailing address** | | $29,427.91 |
|---|---|---|---|

EMPLOYEE NAME ON FILE 2017-2782292
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.86 | **Nonpriority creditor's name and mailing address** | | $21,266.22 |
|---|---|---|---|

EMPLOYEE NAME ON FILE 2017-2782293
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

Debtor    iHeartCommunications, Inc.
          Name                                                          Case number (if known)    18-31273 (MI)

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | **Amount of claim**
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.87 | **Nonpriority creditor's name and mailing address** | | $3,034.32 |
|---|---|---|---|

EMPLOYEE NAME ON FILE 2017-2782312
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.88 | **Nonpriority creditor's name and mailing address** | | $9,084.65 |
|---|---|---|---|

EMPLOYEE NAME ON FILE 2017-2782336
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.89 | **Nonpriority creditor's name and mailing address** | | $17,434.60 |
|---|---|---|---|

EMPLOYEE NAME ON FILE 2017-2782381
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.90 | **Nonpriority creditor's name and mailing address** | | $2,256.67 |
|---|---|---|---|

EMPLOYEE NAME ON FILE 2017-2782386
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.91 | **Nonpriority creditor's name and mailing address** | | $14,920.17 |
|---|---|---|---|

EMPLOYEE NAME ON FILE 2017-2782496
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| Debtor | iHeartCommunications, Inc. | Case number _(if known)_ | 18-31273 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.92 | Nonpriority creditor's name and mailing address | | $40,845.72 |
|---|---|---|---|

EMPLOYEE NAME ON FILE 2017-2782515
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.93 | Nonpriority creditor's name and mailing address | | $31,369.16 |
|---|---|---|---|

EMPLOYEE NAME ON FILE 2017-2782540
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.94 | Nonpriority creditor's name and mailing address | | $67,539.74 |
|---|---|---|---|

EMPLOYEE NAME ON FILE 2017-2782545
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.95 | Nonpriority creditor's name and mailing address | | $178,876.79 |
|---|---|---|---|

EMPLOYEE NAME ON FILE 2017-2782600
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.96 | Nonpriority creditor's name and mailing address | | $30,881.52 |
|---|---|---|---|

EMPLOYEE NAME ON FILE 2017-2782667
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| Official Form 206E/F | Schedule E/F: Creditors Who Have Unsecured Claims | Page 20 of 54 |
|---|---|---|

| Debtor | iHeartCommunications, Inc. | Case number *(if known)* | 18-31273 (MI) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.97 | **Nonpriority creditor's name and mailing address** | | $60,742.14 |
|---|---|---|---|

EMPLOYEE NAME ON FILE 2017-2782697
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.98 | **Nonpriority creditor's name and mailing address** | | $10,723.92 |
|---|---|---|---|

EMPLOYEE NAME ON FILE 2017-2782748
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.99 | **Nonpriority creditor's name and mailing address** | | $39,825.38 |
|---|---|---|---|

EMPLOYEE NAME ON FILE 2017-2782800
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.100 | **Nonpriority creditor's name and mailing address** | | $13,914.57 |
|---|---|---|---|

EMPLOYEE NAME ON FILE 2017-2782899
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.101 | **Nonpriority creditor's name and mailing address** | | $13,168.02 |
|---|---|---|---|

EMPLOYEE NAME ON FILE 2017-2782903
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | iHeartCommunications, Inc. | Case number (if known) | 18-31273 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.102 | **Nonpriority creditor's name and mailing address** | | $17,965.67 |
|---|---|---|---|

EMPLOYEE NAME ON FILE 2017-2783033
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.103 | **Nonpriority creditor's name and mailing address** | | $15,883.45 |
|---|---|---|---|

EMPLOYEE NAME ON FILE 2017-2783076
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.104 | **Nonpriority creditor's name and mailing address** | | $40,940.70 |
|---|---|---|---|

EMPLOYEE NAME ON FILE 2017-2783081
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.105 | **Nonpriority creditor's name and mailing address** | | $3,211.24 |
|---|---|---|---|

EMPLOYEE NAME ON FILE 2017-2783163
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.106 | **Nonpriority creditor's name and mailing address** | | $31,199.41 |
|---|---|---|---|

EMPLOYEE NAME ON FILE 2017-2783252
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

Debtor __iHeartCommunications, Inc._____     Case number *(if known)* __18-31273 (MI)__
        Name

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

| 3.107 | **Nonpriority creditor's name and mailing address** | | $257,935.15 |
| --- | --- | --- | --- |

EMPLOYEE NAME ON FILE 2017-2783258
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.108 | **Nonpriority creditor's name and mailing address** | | $400,575.50 |
| --- | --- | --- | --- |

EMPLOYEE NAME ON FILE 2017-2783346
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.109 | **Nonpriority creditor's name and mailing address** | | $8,821.95 |
| --- | --- | --- | --- |

EMPLOYEE NAME ON FILE 2017-2783394
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.110 | **Nonpriority creditor's name and mailing address** | | $164,660.89 |
| --- | --- | --- | --- |

EMPLOYEE NAME ON FILE 2017-2783766
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.111 | **Nonpriority creditor's name and mailing address** | | $25,249.81 |
| --- | --- | --- | --- |

EMPLOYEE NAME ON FILE 2017-2783918
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| Debtor | iHeartCommunications, Inc. | Case number *(if known)* | 18-31273 (MI) |
|--------|---------------------------|--------------------------|---------------|
|        | Name                      |                          |               |

| **Part 2:** | **Additional Page** |
|-------------|---------------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.112 | Nonpriority creditor's name and mailing address | | $309,924.08 |
|---|---|---|---|

EMPLOYEE NAME ON FILE 2017-2783930
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.113 | Nonpriority creditor's name and mailing address | | $61,511.12 |
|---|---|---|---|

EMPLOYEE NAME ON FILE 2017-2783943
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.114 | Nonpriority creditor's name and mailing address | | $12,695.75 |
|---|---|---|---|

EMPLOYEE NAME ON FILE 2017-2783992
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.115 | Nonpriority creditor's name and mailing address | | $13,350.76 |
|---|---|---|---|

EMPLOYEE NAME ON FILE 2017-2784097
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.116 | Nonpriority creditor's name and mailing address | | $140,309.10 |
|---|---|---|---|

EMPLOYEE NAME ON FILE 2017-2784368
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

Debtor    iHeartCommunications, Inc.             Case number *(if known)*   18-31273 (MI)
         Name

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.117**   **Nonpriority creditor's name and mailing address**                              $49,837.37

EMPLOYEE NAME ON FILE 2017-2784620
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.118**   **Nonpriority creditor's name and mailing address**                              $15,727.64

EMPLOYEE NAME ON FILE 2017-2784742
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.119**   **Nonpriority creditor's name and mailing address**                              $19,712.12

EMPLOYEE NAME ON FILE 2017-2784752
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.120**   **Nonpriority creditor's name and mailing address**                              $9,541.25

EMPLOYEE NAME ON FILE 2017-2785007
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.121**   **Nonpriority creditor's name and mailing address**                              $11,276.04

EMPLOYEE NAME ON FILE 2017-2785116
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

Debtor ___iHeartCommunications, Inc.___ Case number *(if known)* ___18-31273 (MI)___
        Name

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

---

**3.122**    **Nonpriority creditor's name and mailing address**                 $19,153.54

EMPLOYEE NAME ON FILE 2017-2785164
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined     **Is the claim subject to offset?**

**Last 4 digits of account number**              ☒ No
                                              ☐ Yes

---

**3.123**    **Nonpriority creditor's name and mailing address**                 $39,407.94

EMPLOYEE NAME ON FILE 2017-2785274
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined     **Is the claim subject to offset?**

**Last 4 digits of account number**              ☒ No
                                              ☐ Yes

---

**3.124**    **Nonpriority creditor's name and mailing address**                 $98,955.97

EMPLOYEE NAME ON FILE 2017-2785292
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined     **Is the claim subject to offset?**

**Last 4 digits of account number**              ☒ No
                                              ☐ Yes

---

**3.125**    **Nonpriority creditor's name and mailing address**                 $35,719.90

EMPLOYEE NAME ON FILE 2017-2785362
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined     **Is the claim subject to offset?**

**Last 4 digits of account number**              ☒ No
                                              ☐ Yes

---

**3.126**    **Nonpriority creditor's name and mailing address**                 $57,399.12

EMPLOYEE NAME ON FILE 2017-2785415
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined     **Is the claim subject to offset?**

**Last 4 digits of account number**              ☒ No
                                              ☐ Yes

---

Debtor _____iHeartCommunications, Inc._____     Case number *(if known)* __18-31273 (MI)__
                        Name

---

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

| 3.127 | Nonpriority creditor's name and mailing address | $17,739.23 |

EMPLOYEE NAME ON FILE 2017-2785590
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.128 | Nonpriority creditor's name and mailing address | $102,924.61 |

EMPLOYEE NAME ON FILE 2017-2786009
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.129 | Nonpriority creditor's name and mailing address | $6,551.00 |

EMPLOYEE NAME ON FILE 2017-2786272
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.130 | Nonpriority creditor's name and mailing address | $16,438.50 |

EMPLOYEE NAME ON FILE 2017-2786352
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.131 | Nonpriority creditor's name and mailing address | $83,458.47 |

EMPLOYEE NAME ON FILE 2017-2786704
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

Debtor   iHeartCommunications, Inc.
         Name

Case number *(if known)*   18-31273 (MI)

---

**Part 2:**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.132 | **Nonpriority creditor's name and mailing address** | | $65,847.22 |
|---|---|---|---|

EMPLOYEE NAME ON FILE 2017-2786920
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.133 | **Nonpriority creditor's name and mailing address** | | $20,201.09 |
|---|---|---|---|

EMPLOYEE NAME ON FILE 2017-2787055
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.134 | **Nonpriority creditor's name and mailing address** | | $23,732.58 |
|---|---|---|---|

EMPLOYEE NAME ON FILE 2017-2787280
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.135 | **Nonpriority creditor's name and mailing address** | | $78,782.16 |
|---|---|---|---|

EMPLOYEE NAME ON FILE 2017-2787292
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.136 | **Nonpriority creditor's name and mailing address** | | $66,170.63 |
|---|---|---|---|

EMPLOYEE NAME ON FILE 2017-2787298
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor    iHeartCommunications, Inc.
_____
          Name

Case number *(if known)*  18-31273 (MI)

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.137** | **Nonpriority creditor's name and mailing address** | $96,939.52

EMPLOYEE NAME ON FILE 2017-2787344
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.138** | **Nonpriority creditor's name and mailing address** | $89,181.70

EMPLOYEE NAME ON FILE 2017-2787378
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.139** | **Nonpriority creditor's name and mailing address** | $22,088.88

EMPLOYEE NAME ON FILE 2017-2787429
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.140** | **Nonpriority creditor's name and mailing address** | $21,275.34

EMPLOYEE NAME ON FILE 2017-2787666
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.141** | **Nonpriority creditor's name and mailing address** | $43,527.85

EMPLOYEE NAME ON FILE 2017-2787692
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor      iHeartCommunications, Inc.                                    Case number *(if known)*   18-31273 (MI)
            _____                                   _____
            Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.142** | Nonpriority creditor's name and mailing address | $44,589.83

EMPLOYEE NAME ON FILE 2017-2787796
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.143** | Nonpriority creditor's name and mailing address | $22,763.60

EMPLOYEE NAME ON FILE 2017-2787838
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.144** | Nonpriority creditor's name and mailing address | $18,246.38

EMPLOYEE NAME ON FILE 2017-2788053
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.145** | Nonpriority creditor's name and mailing address | $13,336.16

EMPLOYEE NAME ON FILE 2017-2788094
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.146** | Nonpriority creditor's name and mailing address | $19,283.42

EMPLOYEE NAME ON FILE 2017-2788113
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

Debtor     iHeartCommunications, Inc.          Case number *(if known)*   18-31273 (MI)
       Name

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.147 | Nonpriority creditor's name and mailing address | | $5,800.49 |
|---|---|---|---|

EMPLOYEE NAME ON FILE 2017-2788302
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.148 | Nonpriority creditor's name and mailing address | | $7,257.10 |
|---|---|---|---|

EMPLOYEE NAME ON FILE 2017-2788456
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.149 | Nonpriority creditor's name and mailing address | | $120,747.45 |
|---|---|---|---|

EMPLOYEE NAME ON FILE 2017-2788652
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.150 | Nonpriority creditor's name and mailing address | | $28,853.78 |
|---|---|---|---|

EMPLOYEE NAME ON FILE 2017-2788930
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.151 | Nonpriority creditor's name and mailing address | | $38,076.04 |
|---|---|---|---|

EMPLOYEE NAME ON FILE 2017-2788953
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | iHeartCommunications, Inc. | Case number *(if known)* | 18-31273 (MI) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.152 | **Nonpriority creditor's name and mailing address** | | $5,399.31 |
|---|---|---|---|

EMPLOYEE NAME ON FILE 2017-2789182
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.153 | **Nonpriority creditor's name and mailing address** | | $32,122.06 |
|---|---|---|---|

EMPLOYEE NAME ON FILE 2017-2789188
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.154 | **Nonpriority creditor's name and mailing address** | | $50,878.09 |
|---|---|---|---|

EMPLOYEE NAME ON FILE 2017-2789204
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.155 | **Nonpriority creditor's name and mailing address** | | $3,464.00 |
|---|---|---|---|

EMPLOYEE NAME ON FILE 2017-2789226
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.156 | **Nonpriority creditor's name and mailing address** | | $5,006.45 |
|---|---|---|---|

EMPLOYEE NAME ON FILE 2017-2789323
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | iHeartCommunications, Inc. | Case number (if known) | 18-31273 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.157 | **Nonpriority creditor's name and mailing address** | | $33,675.15 |
|---|---|---|---|

EMPLOYEE NAME ON FILE 2017-2789359
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.158 | **Nonpriority creditor's name and mailing address** | | $51,514.80 |
|---|---|---|---|

EMPLOYEE NAME ON FILE 2017-2789388
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.159 | **Nonpriority creditor's name and mailing address** | | $23,912.66 |
|---|---|---|---|

EMPLOYEE NAME ON FILE 2017-2789547
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.160 | **Nonpriority creditor's name and mailing address** | | $35,302.35 |
|---|---|---|---|

EMPLOYEE NAME ON FILE 2017-2789616
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.161 | **Nonpriority creditor's name and mailing address** | | $6,519.22 |
|---|---|---|---|

EMPLOYEE NAME ON FILE 2017-2790130
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

Debtor __iHeartCommunications, Inc._____     Case number *(if known)* __18-31273 (MI)__
         Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.162** | **Nonpriority creditor's name and mailing address** | $10,552.91

EMPLOYEE NAME ON FILE 2017-2790399
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.163** | **Nonpriority creditor's name and mailing address** | $325,221.75

EMPLOYEE NAME ON FILE 2017-2790464
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.164** | **Nonpriority creditor's name and mailing address** | $31,294.58

EMPLOYEE NAME ON FILE 2017-2790584
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.165** | **Nonpriority creditor's name and mailing address** | $25,688.35

EMPLOYEE NAME ON FILE 2017-2790844
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.166** | **Nonpriority creditor's name and mailing address** | $30,512.43

EMPLOYEE NAME ON FILE 2017-2790856
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | iHeartCommunications, Inc. | Case number (if known) | 18-31273 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.167**

| **Nonpriority creditor's name and mailing address** | | $5,396.57 |
|---|---|---|

EMPLOYEE NAME ON FILE 2017-2790874
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.168**

| **Nonpriority creditor's name and mailing address** | | $4,609.37 |
|---|---|---|

EMPLOYEE NAME ON FILE 2017-2790876
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.169**

| **Nonpriority creditor's name and mailing address** | | $37,950.89 |
|---|---|---|

EMPLOYEE NAME ON FILE 2017-2790937
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.170**

| **Nonpriority creditor's name and mailing address** | | $32,498.37 |
|---|---|---|

EMPLOYEE NAME ON FILE 2017-2790964
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.171**

| **Nonpriority creditor's name and mailing address** | | $32,041.35 |
|---|---|---|

EMPLOYEE NAME ON FILE 2017-2790984
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | iHeartCommunications, Inc. | Case number *(if known)* | 18-31273 (MI) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.172**    **Nonpriority creditor's name and mailing address**          $17,508.05

EMPLOYEE NAME ON FILE 2017-2790993
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.173**    **Nonpriority creditor's name and mailing address**          $78,849.38

EMPLOYEE NAME ON FILE 2017-2791088
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.174**    **Nonpriority creditor's name and mailing address**          $39,729.01

EMPLOYEE NAME ON FILE 2017-2791137
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.175**    **Nonpriority creditor's name and mailing address**          $37,194.12

EMPLOYEE NAME ON FILE 2017-2791170
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.176**    **Nonpriority creditor's name and mailing address**          $213,491.97

EMPLOYEE NAME ON FILE 2017-2791172
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | iHeartCommunications, Inc. | Case number *(if known)* | 18-31273 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.177 | **Nonpriority creditor's name and mailing address** | | $164,175.31 |
|---|---|---|---|

EMPLOYEE NAME ON FILE 2017-2791276
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.178 | **Nonpriority creditor's name and mailing address** | | $3,913.50 |
|---|---|---|---|

EMPLOYEE NAME ON FILE 2017-2791280
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.179 | **Nonpriority creditor's name and mailing address** | | $138,992.29 |
|---|---|---|---|

EMPLOYEE NAME ON FILE 2017-2791480
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.180 | **Nonpriority creditor's name and mailing address** | | $38,090.49 |
|---|---|---|---|

EMPLOYEE NAME ON FILE 2017-2791549
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.181 | **Nonpriority creditor's name and mailing address** | | $12,588.54 |
|---|---|---|---|

EMPLOYEE NAME ON FILE 2017-2791663
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

Debtor _iHeartCommunications, Inc._____
        Name

Case number _(if known)_ _18-31273 (MI)_

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.182 **Nonpriority creditor's name and mailing address**                                    $69,734.88

EMPLOYEE NAME ON FILE 2017-2791733
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

3.183 **Nonpriority creditor's name and mailing address**                                    $31,878.06

EMPLOYEE NAME ON FILE 2017-2791783
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

3.184 **Nonpriority creditor's name and mailing address**                                    $11,067.37

EMPLOYEE NAME ON FILE 2017-2791915
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

3.185 **Nonpriority creditor's name and mailing address**                                    $65,853.68

EMPLOYEE NAME ON FILE 2017-2792072
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

3.186 **Nonpriority creditor's name and mailing address**                                    $28,033.10

EMPLOYEE NAME ON FILE 2017-2792075
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    iHeartCommunications, Inc.                            Case number *(if known)*  18-31273 (MI)
          _____
          Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | **Amount of claim**
If no additional NONPRIORITY creditors exist, do not fill out or submit this page. |

---

**3.187** | **Nonpriority creditor's name and mailing address** | | $6,813.68

EMPLOYEE NAME ON FILE 2017-2798172
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.188** | **Nonpriority creditor's name and mailing address** | | $12,043.43

EMPLOYEE NAME ON FILE 2017-2799082
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.189** | **Nonpriority creditor's name and mailing address** | | $5,540.96

EMPLOYEE NAME ON FILE 2018-615077
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.190** | **Nonpriority creditor's name and mailing address** | | $39,178.86

EMPLOYEE NAME ON FILE 2018-615078
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.191** | **Nonpriority creditor's name and mailing address** | | $5,754.26

EMPLOYEE NAME ON FILE 2018-615079
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | iHeartCommunications, Inc. | Case number *(if known)* | 18-31273 (MI) |
|---|---|---|---|
| | Name | | |

**Part 2:**   **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.192**    **Nonpriority creditor's name and mailing address**      $51,514.88

EMPLOYEE NAME ON FILE 2018-615080
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.193**    **Nonpriority creditor's name and mailing address**      $54,474.25

EMPLOYEE NAME ON FILE 2018-615081
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.194**    **Nonpriority creditor's name and mailing address**      $218.92

ENGRAVERS UNLIMITED INC
6065 BARFIELD RD STE114
ATLANTA, GA 30328

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.195**    **Nonpriority creditor's name and mailing address**      $ Undetermined

FRANKLIN ADVISERS, INC.
C/O JONES DAY
ATTN: J. LAURENS WILKES AND NICOLE M. PERRY
717 TEXAS AVENUE, SUITE 3300
HOUSTON, TX 77002

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation; Business Governance, Case Numbers 04:16-0532-CV And 2016-CI-07857

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.196**    **Nonpriority creditor's name and mailing address**      $ Undetermined

FRANKLIN MUTUAL ADVISERS, LLC
C/O JONES DAY
ATTN: N.SCOTT FLETCHER AND LAURENS WILKES
717 TEXAS AVENUE, SUITE 3300
HOUSTON, TX 77002

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Litigation; Business Governance, Case Number 2016-CI-07857

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | iHeartCommunications, Inc. | Case number *(if known)* | 18-31273 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.197** | **Nonpriority creditor's name and mailing address** | $ Underdetermined

HUTCHIN HILL CAPITAL PRIMARY FUND, LTD.
C/O WHITE & CASE, LLP
ATTN: GREGORY M. STARNER
1221 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation; Noteholder Litigation, Case Number 1:18-CV-01807

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.198** | **Nonpriority creditor's name and mailing address** | $10,482,552,385.00

IHEARTMEDIA MANAGEMENT SERVICES, INC.
20880 STONE OAK PKWY
SAN ANTONIO, TX 78258

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☒ Yes

**Last 4 digits of account number**

---

**3.199** | **Nonpriority creditor's name and mailing address** | $7,448.10

INDIVIDUAL NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.200** | **Nonpriority creditor's name and mailing address** | $480.00

INSIGHT GLOBAL INC
POB 198226
ATLANTA, GA 30384-8226

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.201** | **Nonpriority creditor's name and mailing address** | $ Undetermined

ISLINGTON PARTNERS, L.P.
C/O JONES DAY
ATTN: N.SCOTT FLETCHER AND LAURENS WILKES
717 TEXAS AVENUE, SUITE 3300
HOUSTON, TX 77002

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation; Business Governance, Case Number 2016-CI-07857

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    iHeartCommunications, Inc.
          _____
          Name

Case number *(if known)* __18-31273 (MI)__

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.202** | **Nonpriority creditor's name and mailing address** | $248.87

JASONS DELI
2929 MOSSROCK STE 119
SAN ANTONIO, TX 78230

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.203** | **Nonpriority creditor's name and mailing address** | $ Undetermined

KINGDON CREDIT MASTER FUND, L.P.
C/O WHITE & CASE, LLP
ATTN: GREGORY M. STARNER
1221 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation; Noteholder Litigation, Case Number 1:18-CV-01807

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.204** | **Nonpriority creditor's name and mailing address** | $ Undetermined

LAND TRANSPORT AUTHORITY OF SINGAPORE
1 HAMPSHIRE ROAD
219428
SINGAPORE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Guaranty Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.205** | **Nonpriority creditor's name and mailing address** | $2,406,523,699.57

LAW DEBENTURE TRUST COMPANY
ATTN: JAMES HEANEY
400 MADISON AVENUE
NEW YORK, NY 10017

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 14% Senior Notes, maturity date of February 1, 2021

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.206** | **Nonpriority creditor's name and mailing address** | $ Undetermined

LITIGATION PARTY - NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation; Employment Matter, Case Number 4523095

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor ___iHeartCommunications, Inc._____  Case number *(if known)* __18-31273 (MI)__
          Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.207 | **Nonpriority creditor's name and mailing address** | $ Undetermined |

LITIGATION PARTY - NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation; Personal Injury, Case Number 2017DCV0153

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.208 | **Nonpriority creditor's name and mailing address** | $ Undetermined |

LITIGATION PARTY - NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation; Libel, Defamation And Slander, Case Number 2015-C-406

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.209 | **Nonpriority creditor's name and mailing address** | $ Undetermined |

LITIGATION PARTY - NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation; Libel, Defamation And Slander, Case Number 2015-C-406

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.210 | **Nonpriority creditor's name and mailing address** | $ Undetermined |

LITIGATION PARTY - NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation; Libel, Defamation And Slander, Case Number 2015-C-406

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.211 | **Nonpriority creditor's name and mailing address** | $ Undetermined |

LITIGATION PARTY - NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation; Employment Matter, Case Number ADJ8469276

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | iHeartCommunications, Inc. | Case number (if known) | 18-31273 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.212 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

LITIGATION PARTY - NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation; Employment Matter, Case Number ADJ8129929

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.213 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

LOS ANGELES CLIPPERS, PROFESSIONAL BASKETBALL CLUB DBA
OKLAHOMA CITY THUNDER FKA SEATTLE SUPERSONICS
C/O GASKELL & BROWN, LLP
ATTN: DEBORAH GASKELL
159 E. CITY PLACE DRIVE
SANTA ANA, CA 92705

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation; Employment Matter, Case Numbers ADJ8129929 And ADJ8469276

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.214 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

M KINGDON OFFSHORE MASTER FUND, L.P.
C/O WHITE & CASE, LLP
ATTN: GREGORY M. STARNER
1221 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation; Noteholder Litigation, Case Number 1:18-CV-01807

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.215 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

M.H. DAVIDSON & CO.
C/O JONES DAY
ATTN: N.SCOTT FLETCHER AND LAURENS WILKES
717 TEXAS AVENUE, SUITE 3300
HOUSTON, TX 77002

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation; Business Governance, Case Number 2016-CI-07857

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.216 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

MIDTOWN ACQUISITIONS L.P.
C/O JONES DAY
ATTN: N.SCOTT FLETCHER AND LAURENS WILKES
717 TEXAS AVENUE, SUITE 3300
HOUSTON, TX 77002

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Litigation; Business Governance, Case Number 2016-CI-07857

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| Debtor | iHeartCommunications, Inc. | Case number (if known) | 18-31273 (MI) |
|---|---|---|---|
| | Name | | |

---

**Part 2:**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.217 | **Nonpriority creditor's name and mailing address** | $5,258.62 |

MUNSCH HARDT
500 N AKARD ST
3800 LINCOLN PLZ
DALLAS, TX 75201

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.218 | **Nonpriority creditor's name and mailing address** | $ Undetermined |

NORFOLK COUNTY RETIREMENT SYSTEM
C/O LABATON SUCHAROW LLP
ATTN: NED WEINBERGER AND THOMAS CURRY
300 DELAWARE AVE, SUITE 1340
WILMINGTON, DE 19801

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation; Business Governance, Case Number 2017-0930

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.219 | **Nonpriority creditor's name and mailing address** | $ Undetermined |

NUTMEG PARTNERS, L.P.
C/O WHITE & CASE, LLP
ATTN: GREGORY M. STARNER
1221 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation; Noteholder Litigation, Case Number 1:18-CV-01807

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.220 | **Nonpriority creditor's name and mailing address** | $450.19 |

OH NATL TIRE & BAT #523
1128 BOARDMAN POLAND RD
POLAND, OH 44514

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.221 | **Nonpriority creditor's name and mailing address** | $544.46 |

OHIO EDISON
POB 3637
AKRON, OH 44309

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor ___iHeartCommunications, Inc._____     Case number *(if known)* __18-31273 (MI)__
         Name

---

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.222** | **Nonpriority creditor's name and mailing address** | $75.58

OHIO TREASURER JOSH MANDEL
POB 183089
COLUMBUS, OH 43218

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.223** | **Nonpriority creditor's name and mailing address** | $252.00

POSTMASTER
407 BOARDMAN-CANFIELD RD
YOUNGSTOWN, OH 44512

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.224** | **Nonpriority creditor's name and mailing address** | $ Undetermined

TACONIC MASTER FUND 1.5 L.P.
C/O JONES DAY
ATTN: N.SCOTT FLETCHER AND LAURENS WILKES
717 TEXAS AVENUE, SUITE 3300
HOUSTON, TX 77002

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation; Business Governance, Case Number 2016-CI-07857

Date or dates debt was incurred Undetermined

Last 4 digits of account number

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.225** | **Nonpriority creditor's name and mailing address** | $ Undetermined

TACONIC OPPORTUNITY MASTER FUND L.P.
C/O JONES DAY
ATTN: N.SCOTT FLETCHER AND LAURENS WILKES
717 TEXAS AVENUE, SUITE 3300
HOUSTON, TX 77002

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation; Business Governance, Case Number 2016-CI-07857

Date or dates debt was incurred Undetermined

Last 4 digits of account number

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.226** | **Nonpriority creditor's name and mailing address** | $ Undetermined

THE BANK OF NEW YORK MELLON TRUST CO., N.A.
C/O REED SMITH LLP
ATTN: LOUIS M. SOLOMON
599 LEXINGTON AVENUE, 22ND FLOOR
NEW YORK, NY 10022

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Litigation; Noteholder Litigation, Case Number 1:18-CV-01807

Date or dates debt was incurred Undetermined

Last 4 digits of account number

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | iHeartCommunications, Inc. | Case number (if known) | 18-31273 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.227**

**Nonpriority creditor's name and mailing address**                                    $1,000.00

THE BANK OF NEW YORK MELLON
500 ROSS ST
PITTSBURGH, PA 15262

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

**Last 4 digits of account number**

☐ No
☐ Yes

---

**3.228**

**Nonpriority creditor's name and mailing address**                                    $ Undetermined

THE BANK OF NEW YORK N/K/A THE BANK OF NEW YORK MELLON
CORPORATION
C/O REED SMITH LLP
ATTN: KENNETH E. BROUGHTON AND MICHAEL H. BERNICK
811 MAIN STREET
SUITE 1700

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation; Business Governance, Case Number 2016-CI-21289

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

**Last 4 digits of account number**

☒ No
☐ Yes

---

**3.229**

**Nonpriority creditor's name and mailing address**                                    $ Undetermined

U.S. BANK NATIONAL ASSOCIATION
C/O JONES DAY
ATTN: GEOFFREY S. STEWART, THOMAS F. CULLEN, JR. AND DAVID
S. TORBORG
51 LOUISIANA AVENUE, N.W.
WASHINGTON, DC 20001-2113

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation; Business Governance, Case Numbers 2016-CI-21286
And 2016-CI-07857

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

**Last 4 digits of account number**

☒ No
☐ Yes

---

**3.230**

**Nonpriority creditor's name and mailing address**                                    $ Undetermined

UMB BANK, NATIONAL ASSOCIATION
C/O KELLEY DRYE & WARREN LLP
ATTN: WILLIAM J. JACKSON
515 POST OAK BLVD., SUITE 900
HOUSTON, TX 77027

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation; Business Governance, Case Number 2016-CI-21286

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

**Last 4 digits of account number**

☒ No
☐ Yes

---

**3.231**

**Nonpriority creditor's name and mailing address**                                    $1,104,940,969.38

UMB BANK
ATTN: LAURA ROBERSON
2 SOUTH BROADWAY SUITE 600
ST. LOUIS, MO 63102

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 11.25% Priority Guarantee Notes, maturity date of March 1, 2021

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

**Last 4 digits of account number**

☒ No
☐ Yes

---

| Debtor | iHeartCommunications, Inc. | Case number *(if known)* | 18-31273 (MI) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.232** | **Nonpriority creditor's name and mailing address** | $1,000,468,750.00

US BANK
ATTN: KRISTEL D. RICHARDS
13737 NOEL ROAD, SUITE 800
DALLAS, TX 75240

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 10.625% Priority Guarantee Notes, maturity date of March 15, 2023

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.233** | **Nonpriority creditor's name and mailing address** | $ Undetermined

WATERSHED CAPITAL INSTITUTIONAL PARTNERS III, L.P.
C/O JONES DAY
ATTN: N.SCOTT FLETCHER AND LAURENS WILKES
717 TEXAS AVENUE, SUITE 3300
HOUSTON, TX 77002

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation; Business Governance, Case Number 2016-CI-07857

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.234** | **Nonpriority creditor's name and mailing address** | $ Undetermined

WATERSHED CAPITAL PARTNERS (OFFSHORE) MASTER FUND II, L.P.
C/O JONES DAY
ATTN: N.SCOTT FLETCHER AND LAURENS WILKES
717 TEXAS AVENUE, SUITE 3300
HOUSTON, TX 77002

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation; Business Governance, Case Number 2016-CI-07857

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.235** | **Nonpriority creditor's name and mailing address** | $ Undetermined

WATERSHED CAPITAL PARTNERS (OFFSHORE) MASTER FUND III, L.P.
C/O JONES DAY
ATTN: N.SCOTT FLETCHER AND LAURENS WILKES
717 TEXAS AVENUE, SUITE 3300
HOUSTON, TX 77002

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation; Business Governance, Case Number 2016-CI-07857

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.236** | **Nonpriority creditor's name and mailing address** | $ Undetermined

WATERSHED CAPITAL PARTNERS (OFFSHORE) MASTER FUND IV, L.P.
C/O JONES DAY
ATTN: N.SCOTT FLETCHER AND LAURENS WILKES
717 TEXAS AVENUE, SUITE 3300
HOUSTON, TX 77002

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation; Business Governance, Case Number 2016-CI-07857

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | iHeartCommunications, Inc. | Case number (if known) | 18-31273 (MI) |
|---|---|---|---|
| | Name | | |

---

**Part 2:** **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.237** | **Nonpriority creditor's name and mailing address** | $ Underemined

WATERSHED CAPITAL PARTNERS (OFFSHORE)MASTER FUND, L.P.
C/O JONES DAY
ATTN: N.SCOTT FLETCHER AND LAURENS WILKES
717 TEXAS AVENUE, SUITE 3300
HOUSTON, TX 77002

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation; Business Governance, Case Number 2016-CI-07857

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.238** | **Nonpriority creditor's name and mailing address** | $178,007,812.50

WILMINGTON SAVINGS FUND SOCIETY, FSB
WSFS BANK CENTER
500 DELAWARE AVENUE
WILMINGTON, DE 19801

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 6.875% Unsecured Notes, maturity date of June 15, 2018

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.239** | **Nonpriority creditor's name and mailing address** | $309,062,500.00

WILMINGTON SAVINGS FUND SOCIETY, FSB
WSFS BANK CENTER
500 DELAWARE AVENUE
WILMINGTON, DE 19801

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 7.25% Unsecured Notes, maturity date of October 15, 2027

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.240** | **Nonpriority creditor's name and mailing address** | $ Undetermined

WILMINGTON TRUST, NATIONAL ASSOCIATION, F/K/A WILMINGTON
TRUST FSB
C/O DYKEMA COX SMITH
ATTN: MICHAEL DEBS BERNARD
112 E. PECAN STREET, SUITE 1800
SAN ANTONIO, TX 78205

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation; Business Governance, Case Numbers 2016-CI-21286
And 2016-CI-07857

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.241** | **Nonpriority creditor's name and mailing address** | $1,045,000,000.00

WILMINGTON TRUST
ATTN: JACK NEEDHAM
1100 N. MARKET STREET
WILMINGTON, DE 19890

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 9% Priority Guarantee Notes, maturity date of September 15,
2022

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | iHeartCommunications, Inc. | Case number (if known) | 18-31273 (MI) |
|---|---|---|---|
| | Name | | |

---

**Part 2:**   **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.242 | **Nonpriority creditor's name and mailing address** | | $1,834,875,000.00 |
|---|---|---|---|

WILMINGTON TRUST
ATTN: JACK NEEDHAM
1100 N. MARKET STREET
WILMINGTON, DE 19890

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 9% Priority Guarantee Notes, maturity date of March 1, 2021

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.243 | **Nonpriority creditor's name and mailing address** | | $2,044,810,837.50 |
|---|---|---|---|

WILMINGTON TRUST
ATTN: JACK NEEDHAM
1100 N. MARKET STREET
WILMINGTON, DE 19890

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 9% Priority Guarantee Notes, maturity date of December 15, 2019

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.244 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

WINGSPAN INVESTMENT MANAGEMENT, LP
C/O JONES DAY
ATTN: N.SCOTT FLETCHER AND LAURENS WILKES
717 TEXAS AVENUE, SUITE 3300
HOUSTON, TX 77002

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation; Business Governance, Case Number 2016-CI-07857

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor     iHeartCommunications, Inc.
           _____
           Name

Case number (if known)   18-31273 (MI)

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.   List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 1  BENEFIT STREET PARTNERS LLC<br>C/O JONES DAY<br>ATTN: J. LAUREN WILKES AND NECOLE M. PERRY<br>717 TEXAS AVENUE, SUITE 3300<br>HOUSTON, TX 77002 | Line 13<br>☐ Not listed. Explain _____ | |
| 2  BENEFIT STREET PARTNERS LLC<br>C/O GONZALEZ, CHISCANO, ANGULO & KASSON, PC<br>ATTN: STEVE A. CHISCANO, DAVID S. ANGULO AND JEFFRIE BOYSEN LEWIS<br>613 N.W. LOOP 410, SUITE 800<br>SAN ANTONIO, TX 78216 | Line 13<br>☐ Not listed. Explain _____ | |
| 3  BENEFIT STREET PARTNERS LLC<br>C/O JONES DAY<br>ATTN: BRUCE S. BENNETT AND JAMES JOHNSTON<br>555 SOUTH FLOWER STREET, 50TH FLOOR<br>LOS ANGELES, CA 90071 | Line 13<br>☐ Not listed. Explain _____ | |
| 4  BENEFIT STREET PARTNERS LLC<br>C/O JONES DAY<br>ATTN: THOMAS F. CULLEN, JR. AND GEOFFREY STEWART<br>51 LOUISIANA AVENUE, N.W.<br>WASHINGTON, DC 20001-2113 | Line 13<br>☐ Not listed. Explain _____ | |
| 5  BLUEJAY SECURITIES LLC<br>C/O FORD MURRAY, PLLC<br>ATTN: WILLIAM H. FORD AND S. MARK MURRAY<br>10001 REUNION PLACE, SUITE 640<br>SAN ANTONIO, TX 78216 | Line 14<br>☐ Not listed. Explain _____ | |
| 6  BLUEJAY SECURITIES LLC<br>C/O DAVIS POLK & WARDWELL LLP<br>ATTN: ELLIOTT MOSKOWITZ, ELI J. VONNEGUT AND LYNN E. BUSATH<br>450 LEXINGTON AVENUE<br>NEW YORK, NY 10017 | Line 14<br>☐ Not listed. Explain _____ | |
| 7  CANYON CAPITAL ADVISORS LLC<br>C/O JONES DAY<br>ATTN: N.SCOTT FLETCHER AND LAURENS WILKES<br>717 TEXAS AVENUE, SUITE 3300<br>HOUSTON, TX 77002 | Line 16<br>☐ Not listed. Explain _____ | |

Debtor  iHeartCommunications, Inc.
        _____
        Name

Case number (if known)  18-31273 (MI)

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---------|------------------------------------------------------------------|

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 8 CANYON CAPITAL ADVISORS LLC<br>C/O JONES DAY<br>ATTN: N.SCOTT FLETCHER AND LAURENS WILKES<br>717 TEXAS AVENUE, SUITE 3300<br>HOUSTON, TX 77002 | Line 16<br>☐ Not listed. Explain _____ | |
| 9 CITIBANK, N.A.<br>C/O CAHILL GORDON & REINDEL LLP<br>ATTN: CHARLES A. GILMAN AND JOHNATHAN R.L. SHARKEY<br>80 PINE STREET<br>NEW YORK, NY 10005 | Line 18<br>☐ Not listed. Explain _____ | |
| 10 FRANKLIN ADVISERS, INC.<br>C/O JONES DAY<br>ATTN: BRUCE BENNETT<br>555 SOUTH FLOWER STREET<br>50TH FLOOR<br>LOS ANGELES, CA 90071 | Line 195<br>☐ Not listed. Explain _____ | |
| 11 FRANKLIN ADVISERS, INC.<br>C/O JONES DAY<br>ATTN: THOMAS F. ALLEN, JR.<br>2727 NORTH HARWOOD STREET<br>DALLAS, TX 75201 | Line 195<br>☐ Not listed. Explain _____ | |
| 12 FRANKLIN ADVISERS, INC.<br>C/O JONES DAY<br>ATTN: THOMAS F. CULLEN, JR.<br>51 LOUISIANA AVENUE, N.W.<br>WASHINGTON, DC 20001 | Line 195<br>☐ Not listed. Explain _____ | |
| 13 FRANKLIN ADVISERS, INC.<br>C/O GONZALEZ, CHISCANO, ANGULO & KASSON, PC<br>ATTN: STEVE A. CHISCANO, DAVID S. ANGULO AND JEFFRIE BOYSEN LEWIS<br>613 N.W. LOOP 410, SUITE 800<br>SAN ANTONIO, TX 78216 | Line 195<br>☐ Not listed. Explain _____ | |
| 14 FRANKLIN ADVISERS, INC.<br>C/O JONES DAY<br>ATTN: N.SCOTT FLETCHER AND LAURENS WILKES<br>717 TEXAS AVENUE, SUITE 3300<br>HOUSTON, TX 77002 | Line 195<br>☐ Not listed. Explain _____ | |
| 15 NORFOLK COUNTY RETIREMENT SYSTEM<br>C/O FRIEDMAN OSTER & TEJTEL PLLC<br>ATTN: JEREMY S. FRIEDMAN, SPENCER OSTER AND DAVID F.E. TEJTEL<br>240 EAST 79TH STREET, SUITE A<br>NEW YORK, NY 10075 | Line 218<br>☐ Not listed. Explain _____ | |
| 16 NORFOLK COUNTY RETIREMENT SYSTEM<br>ATTN: JAY W. EISENHOFER, MICHAEL J. BARRY AND MARY S. THOMAS<br>123 JUSTISON STREET<br>WILMINGTON, DE 19801 | Line 218<br>☐ Not listed. Explain _____ | |
| 17 THE BANK OF NEW YORK N/K/A THE BANK OF NEW YORK MELLON CORPORATION<br>C/O REED SMITH LLP<br>ATTN: ERIC A. SCHAFFER<br>225 FIFTH AVENUE<br>PITTSBURGH, PA 15222-2716 | Line 228<br>☐ Not listed. Explain _____ | |

Debtor  iHeartCommunications, Inc.
        _____
        Name

Case number (if known)  18-31273 (MI)

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |
|---|---|

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 18 U.S. BANK NATIONAL ASSOCIATION<br>C/O JONES DAY<br>ATTN: BRUCE S. BENNETT AND JAMES O. JOHNSTON<br>555 SOUTH FLOWER STREET<br>LOS ANGELES, CA 90071 | Line 229<br><br>☐ Not listed. Explain _____ | |
| 19 U.S. BANK NATIONAL ASSOCIATION<br>C/O K & L GATES LLP<br>ATTN: ELIZABETH ABBOTT GILMAN AND JOHN FRANCIS SULLIVAN, III<br>1000 MAIN, SUITE 2550<br>HOUSTON, TX 77002 | Line 229<br><br>☐ Not listed. Explain _____ | |
| 20 U.S. BANK NATIONAL ASSOCIATION<br>C/O JONES DAY<br>ATTN: J. LAUREN WILKES AND NICOLE MARIE PERRY<br>717 TEXAS, SUITE 3300<br>HOUSTON, TX 77002 | Line 229<br><br>☐ Not listed. Explain _____ | |
| 21 U.S. BANK NATIONAL ASSOCIATION<br>C/O JONES DAY<br>ATTN: N.SCOTT FLETCHER AND LAURENS WILKES<br>717 TEXAS AVENUE, SUITE 3300<br>HOUSTON, TX 77002 | Line 229<br><br>☐ Not listed. Explain _____ | |
| 22 UMB BANK, NATIONAL ASSOCIATION<br>C/O KELLEY DRYE & WARREN LLP<br>ATTN: ERIC R. WILSON AND WILLIAM S. GYVES<br>101 PARK AVENUE<br>NEW YORK, NY 10178 | Line 230<br><br>☐ Not listed. Explain _____ | |
| 23 WILMINGTON TRUST, NATIONAL ASSOCIATION, F/K/A WILMINGTON TRUST FSB<br>C/O THOMPSON HINE LLP<br>ATTN: CURTIS L. TUGGLE<br>3900 KEY CENTER<br>127 PUBLIC SQUARE<br>CLEVELAND, OH 44114-1291 | Line 240<br><br>☐ Not listed. Explain _____ | |
| 24 WILMINGTON TRUST, NATIONAL ASSOCIATION, F/K/A WILMINGTON TRUST FSB<br>C/O JONES DAY<br>ATTN: N.SCOTT FLETCHER AND LAURENS WILKES<br>717 TEXAS AVENUE, SUITE 3300<br>HOUSTON, TX 77002 | Line 240<br><br>☐ Not listed. Explain _____ | |

Debtor      iHeartCommunications, Inc.
            _____              Case number (if known) 18-31273 (MI)
            Name                                                                  _____

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a.  **Total claims from Part 1** | 5a. | $ _____ 0.00<br>+ undetermined amounts |
| 5b.  **Total claims from Part 2** | 5b. **+** | $ _____ 24,578,653,230.61<br>+ undetermined amounts |
| 5c.  **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ _____ 24,578,653,230.61<br>+ undetermined amounts |

**Fill in this information to identify the case:**

Debtor name    iHeartCommunications, Inc.

United States Bankruptcy Court for the: Southern          District of    Texas, Houston Divison

Case number (If known):    18-31273 (MI)          Chapter    11

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | **State what the contract or lease is for and the nature of the debtor's interest** | Restriping of 200 Basse Parking Garage | 200 BASSE PARTNERSHIP LTD<br>200 E BASSE RD STE 300<br>SAN ANTONIO, TX 78209 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2** | **State what the contract or lease is for and the nature of the debtor's interest** | Guarantee of Office/Studio Lease - Columbus, OH Studios, 2323 West Fifth Avenue, Suite 2, Columbus, OH 43204 | 2323 REALTY GROUP, L.L.C.<br>P O BOX 2079<br>BIRMINGHAM, MI 48012 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.3** | **State what the contract or lease is for and the nature of the debtor's interest** | Service Agreement - Renewal Letter Dated 01/01/2008 | A.J. MONIER & CO., INC.<br>1446 N. FLORES ST.<br>SAN ANTONIO, TX 78212 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.4** | **State what the contract or lease is for and the nature of the debtor's interest** | Service Agreement - Renewal Letter Dated 01/01/2008 | A.J. MONIER & CO., INC.<br>1446 N. FLORES ST.<br>SAN ANTONIO, TX 78212 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.5** | **State what the contract or lease is for and the nature of the debtor's interest** | Service Agreement - Renewal Letter Dated 01/01/2008 | A.J. MONIER & CO., INC.<br>1446 N. FLORES ST.<br>SAN ANTONIO, TX 78212 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor ___iHeartCommunications, Inc.___
Name

Case number *(if known)* __18-31273 (MI)__

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.6** | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement - Renewal Letter Dated 01/01/2008 | A.J. MONIER & CO., INC. 1446 N. FLORES ST. SAN ANTONIO, TX 78212 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.7** | State what the contract or lease is for and the nature of the debtor's interest | General Conditions of Engagement - Salaried Professionals Dated 11/19/2012 | ACCOUNTEMPS SALARIED PROFESSIONAL SERVICE 9901 1H 10 WEST SUITE 230 SAN ANTONIO , TX 78230 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.8** | State what the contract or lease is for and the nature of the debtor's interest | Consultant Engagement Dated 06/01/2011 | ACCRETIVE SOLUTIONS ATTN: DOUG MZYK VP - MARKET LEADER CENTRAL TAXES 300 CONVENT STREET SUITE 2460 SAN ANTONIO , TX 78205 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.9** | State what the contract or lease is for and the nature of the debtor's interest | Consultant Engagement  Dated 09/28/2009 | ACCRETIVE SOLUTIONS ATTN: JANET C. IRWINE, BUSINESS DEVELOPMENT MANAGER ATTN: DOUG MZYK, VP AND MARKET LEADER 300 CONVENT STREET SUITE 2460 SAN ANTONIO , TX 78205 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.10** | State what the contract or lease is for and the nature of the debtor's interest | Consultant Engagement Dated 10/22/2009 | ACCRETIVE SOLUTIONS ATTN: JANET C. IRWINE, BUSINESS DEVELOPMENT MANAGER ATTN: DOUG MZYK, VP & MARKET LEADER 300 CONVENT STREET SUITE 2460 SAN ANTONIO , TX 78205 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.11** | State what the contract or lease is for and the nature of the debtor's interest | Consultant Engagement Dated 10/03/2011 | ACCRETIVE SOLUTIONS ATTN: 36990 TREASURY CENTER CHICAGO , IL 60694 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.12** | State what the contract or lease is for and the nature of the debtor's interest | Consultant Engagement  Dated 09/21/2009 | ACCRETIVE SOLUTIONS ATTN: JANET C. IRWINE, BUSINESS DEVELOPMENT MANAGER ATTN: DOUG MZYK, VP & MARKET LEADER 300 CONVENT STREET SUITE 2460 SAN ANTONIO , TX 78205 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor     iHeartCommunications, Inc.       Case number *(if known)*   18-31273 (MI)
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.13 | **State what the contract or lease is for and the nature of the debtor's interest** — Professional Executive Services Search Dated 01/07/2010 | ACCRETIVE SOLUTIONS ATTN: DOUG MZYK VP & MARKET LEADER 300 CONVENT STREET SUITE 2460 SAN ANTONIO , TX 78205 |
| | **State the term remaining** — Undetermined **List the contract number of any government contract** | |
| 2.14 | **State what the contract or lease is for and the nature of the debtor's interest** — Letter Service Agreement Dated 01/18/2010 | ACCRETIVE SOLUTIONS ATTN: DOUG MZYK VP & MARKET LEADER 300 CONVENT STREET SUITE 2460 SAN ANTONIO , TX 78205 |
| | **State the term remaining** — Undetermined **List the contract number of any government contract** | |
| 2.15 | **State what the contract or lease is for and the nature of the debtor's interest** — Professional Executive Services Search Dated 12/09/2009 | ACCRETIVE SOLUTIONS ATTN: DOUG MZYK VP & MARKET LEADER 300 CONVENT STREET SUITE 2460 SAN ANTONIO , TX 78205 |
| | **State the term remaining** — Undetermined **List the contract number of any government contract** | |
| 2.16 | **State what the contract or lease is for and the nature of the debtor's interest** — Letter Engagement Agreement Dated 11/02/2009 | ACCRETIVE SOLUTIONS ATTN: JANET C. IRWINE, BUSINESS DEVELOPMENT MANAGER ATTN: DOUG MZYK, VP & MARKET LEADER 300 CONVENT STREET SUITE 2460 SAN ANTONIO , TX 78258 |
| | **State the term remaining** — Undetermined **List the contract number of any government contract** | |
| 2.17 | **State what the contract or lease is for and the nature of the debtor's interest** — Service Agreement - Invoice Dated 09/21/2015 | ACCUSOFT CORP. 4001 N. RIVERSIDE DRIVE TAMPA, FL 33603 |
| | **State the term remaining** — Undetermined **List the contract number of any government contract** | |
| 2.18 | **State what the contract or lease is for and the nature of the debtor's interest** — Service Agreement - Invoice Dated 08/31/2016 | ACCUSOFT CORP. 4001 N. RIVERSIDE DRIVE TAMPA, FL 33603 |
| | **State the term remaining** — Undetermined **List the contract number of any government contract** | |
| 2.19 | **State what the contract or lease is for and the nature of the debtor's interest** — Insurance Binder Dated 11/01/2017 | ACE RISK MANAGEMENT GLOBAL CASUALTY 436 WALNUT STREET, 11TH FLOOR PHILADELPHIA, PA 19106 |
| | **State the term remaining** — Undetermined **List the contract number of any government contract** | |

Debtor _____iHeartCommunications, Inc._____
Name

Case number (if known) __18-31273 (MI)__



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.20 | State what the contract or lease is for and the nature of the debtor's interest | Adducco Proposal Dated 03/24/2011 | ADDUCCO CONSULTING , LLC ATTN: DEAN BROWN 20079 STONE OAK PARKWAY SAN ANTONIO , TX 78259 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.21 | State what the contract or lease is for and the nature of the debtor's interest | Letter Agreement Dated 06/14/2014 | ADSWIZZ INC. 385 1ST AVENUE SAN MATEO, CA 94401 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.22 | State what the contract or lease is for and the nature of the debtor's interest | Letter Agreement Dated 06/14/2014 | ADSWIZZ S.A. ATTN DIRECTOR 5 DREVE DE RHODODENDRONS BRUSSELS 1170 BELGIUM |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.23 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 12/27/2010 | AEQUOR TECHNOLOGIES, INC. ATTN: RAMESH NAIR VICE PRESIDENT 33 WOOD AVE SOUTH 5TH FLOOR ISELIN , NJ 08830 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.24 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 01/01/2010 | AEQUOR TECHNOLOGIES, INC. ATTN: RAMESH NAIR VICE PRESIDENT 33 WOOD AVE SOUTH 5TH FLOOR ISELIN , NJ 08830 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.25 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 01/01/2010 | AEQUOR TECHNOLOGIES, INC. ATTN: RAMESH NAIR VICE PRESIDENT 33 WOOD AVE SOUTH 5TH FLOOR ISELIN , NJ 08830 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.26 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 09/27/2010 | AEQUOR TECHNOLOGIES, INC. ATTN: RAMESH NAIR VICE PRESIDENT 33 WOOD AVE SOUTH 5TH FLOOR ISELIN , NJ 08830 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    iHeartCommunications, Inc.
Name

Case number *(if known)* 18-31273 (MI)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.27 | State what the contract or lease is for and the nature of the debtor's interest | Exhibit A Statement of Work Dated 10/19/2009 | AEQUOR TECHNOLOGIES ATTN: RAMESH NAIR VICE PRESIDENT 33 WOOD AVENUE SOUTH 5TH FLOOR ISELIN , NJ 08830 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.28 | State what the contract or lease is for and the nature of the debtor's interest | Trust Agreement Dated 07/30/2008 | ALOHA STATION TRUST LLC ATTN: JEANETTE TULLY 2119 CHITTAM PASS DR. SAN ANTONIO, TX 78232 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.29 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement Dated 09/13/2012 | AMER TECHNOLOGY INC 5717 NW PARKWAY SUITE 103 SAN ANTONIO, TX 78249 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.30 | State what the contract or lease is for and the nature of the debtor's interest | Corporate Discount Pricing Terms Dated 12/15/2009 | AMERICAN AIRLINES, INC. 4255 AMON CARTER BLVD. MD 4400 FT. WORTH , TX 76155 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.31 | State what the contract or lease is for and the nature of the debtor's interest | Collective Bargaining Agreement Dated 09/01/2004 | AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS- CHICAGO LOCAL ATTN: EXECUTIVE DIRECTOR ONE EAST ERIE, SUITE 650 CHICAGO, IL 60611 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.32 | State what the contract or lease is for and the nature of the debtor's interest | Collective Bargaining Agreement Dated 09/01/2004 | AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS 260 MADISON AVE. NEW YORK, NY 10016 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.33 | State what the contract or lease is for and the nature of the debtor's interest | Collective Bargaining Agreement Memorandum Dated 10/09/2008 | AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS 260 MADISON AVE. NEW YORK, NY 10016 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor ___iHeartCommunications, Inc._____  Case number (if known) __18-31273 (MI)__
Name



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.34 | State what the contract or lease is for and the nature of the debtor's interest | Amendment #2 to Costumer Service Agreement  Dated 06/11/2012 | AMERICAN TELECONFERENCING SERVICES, LTD D/B/A PREMIERE GLOBAL SERVICES<br>ATTN: LEGAL DEPARTMENT<br>3280 PEACHTREE ROAD NW<br>SUITE 1000<br>ATLANTA, GA 30305-2422 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.35 | State what the contract or lease is for and the nature of the debtor's interest | Amendment #2 Dated 06/11/2012 | AMERICAN TELECONFERENCING SERVICES, LTD D/B/A PREMIERE GLOBAL SERVICES<br>ATTN: LEGAL DEPARTMENT<br>3280 PEACHTREE ROAD NW<br>SUITE 1000<br>ATLANTA, GA 30305-2422 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.36 | State what the contract or lease is for and the nature of the debtor's interest | Amendment #1 to the Customer Service Agreement  Dated 06/03/2010 | AMERICAN TELECONFERENCING SERVICES, LTD D/B/A PREMIERE GLOBAL SERVICES<br>ATTN: LEGAL DEPARTMENT<br>3280 PEACHTREE ROAD NW<br>SUITE 1000<br>ATLANTA, GA 30305-2422 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.37 | State what the contract or lease is for and the nature of the debtor's interest | PGI Amendment #3 Dated 08/28/2014 | AMERICAN TELECONFERENCING SERVICES, LTD D/B/A PREMIERE GLOBAL SERVICES<br>3280  PEACHTREE ROAD, NE<br>SUITE 1000<br>ATLANTA , GA 30305-2422 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.38 | State what the contract or lease is for and the nature of the debtor's interest | Customer Service Agreement Dated 10/23/2008 | AMERICAN TELECONFERENCING SERVICES, LTD. D/B/A PREMIERE GLOBAL SERVICES<br>3280 PEACHTREE RD. NW<br>SUITE 1000<br>ATLANTA, GA 30305-2422 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.39 | State what the contract or lease is for and the nature of the debtor's interest | Tower Lease - KBKS-FM Tower, 10812 279th Avenue, SE, Issaquah, WA 98024 | AMERICAN TOWER CORPORATION<br>10 PRESIDENTIAL WAY<br>ATTENTION:  CONTRACTS MANAGER<br>WOBURN, MA 01801 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.40 | State what the contract or lease is for and the nature of the debtor's interest | Power of Attorney & Surety Bond Dated 11/17/2015 | AON RISK SERVICES SOUTHWEST, INC.<br>555 SAN FELIPE ST<br>SUITE 1500<br>HOUSTON, TX 77056 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    iHeartCommunications, Inc.
          Name

Case number *(if known)*   18-31273 (MI)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.41 | State what the contract or lease is for and the nature of the debtor's interest | Client Staffing Services Agreement Dated 12/14/2011 | APEX SYSTEMS INC 4400 COX ROAD SUITE 200 GLEN ALLEN, VA 23060 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.42 | State what the contract or lease is for and the nature of the debtor's interest | Exhibit A to Service Agreement Dated 10/13/2009 | APEX SYSTEMS INC 4400 COX ROAD SUITE 200 GLEN ALLEN, VA 23060 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.43 | State what the contract or lease is for and the nature of the debtor's interest | Appendix A - Work Order Dated 10/22/2012 | APEX SYSTEMS INC 4400 COX ROAD SUITE 200 GLEN ALLEN, VA 23060 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.44 | State what the contract or lease is for and the nature of the debtor's interest | Exhibit A to the Agreement Dated 11/20/2009 | APEX SYSTEMS INC 4400 COX ROAD SUITE 200 GLEN ALLEN, VA 23060 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.45 | State what the contract or lease is for and the nature of the debtor's interest | Client Staffing Services Agreement Dated 12/14/2011 | APEX SYSTEMS INC 4400 COX ROAD SUITE 200 GLEN ALLEN, VA 23060 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.46 | State what the contract or lease is for and the nature of the debtor's interest | Master Station License Agreement to Receive and Use Arbitron Radio Audience Estimates , Plus First Addendum  Dated 01/01/2011 | ARBITRON, INC. 9705 PATUXENT WOODS DRIVE COLUMBIA , MD 21046-1572 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.47 | State what the contract or lease is for and the nature of the debtor's interest | License Agreement - Term Sheet | ARGENT TWO BRIDGEWATER ROAD FARMINGTON, CT 06032 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor      iHeartCommunications, Inc.
            Name                                                    Case number (if known)   18-31273 (MI)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.48 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement - Invoice Dated 11/01/2007 | ARGENT<br>TWO BRIDGEWATER ROAD<br>FARMINGTON, CT 06032 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.49 | State what the contract or lease is for and the nature of the debtor's interest | Modification of General Indemnity Agreement Dated 03/04/2015 | ARGONAUT INSURANCE COMPANY<br>10101 REUNION PLACE<br>SUITE 500<br>SAN ANTONIO, TX 78216 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.50 | State what the contract or lease is for and the nature of the debtor's interest | Partial Assignment  Dated 03/17/2016 | ASHBY STREET OUTDOOR LLC<br>1100 SOUTH D STREET<br>FORT SMITH , AR 72901 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.51 | State what the contract or lease is for and the nature of the debtor's interest | Pricing Schedule  Dated 10/27/2010 | AT&T CORP.<br>20880 STONE OAK BLVD<br>SAN ANTONIO, TX 78249 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.52 | State what the contract or lease is for and the nature of the debtor's interest | Internet Service Pricing Schedule Dated 07/14/2015 | AT&T CORP.<br>ONE AT&T WAY<br>BEDMINSTER , NJ 07921-0752 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.53 | State what the contract or lease is for and the nature of the debtor's interest | Contract Tariff Order Form Dated 05/04/2000 | AT&T CORP.<br>10999 IH 10 WEST<br>SUITE 800<br>SAN ANTONIO, TX 78230 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.54 | State what the contract or lease is for and the nature of the debtor's interest | Internet Protect Service Pricing Schedule Dated 10/27/2010 | AT&T CORP.<br>712 E HUNTLAND AVE.<br>AUSTIN, TX 78752 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor          iHeartCommunications, Inc.                                    Case number (if known) __18-31273 (MI)__
                Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.55 | State what the contract or lease is for and the nature of the debtor's interest | Contract Tariff Order Form Dated 05/15/2000 | AT&T CORP.<br>10999 IH 10 WEST<br>SUITE 800<br>SAN ANTONIO, TX 78230 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.56 | State what the contract or lease is for and the nature of the debtor's interest | VPN Service Pricing Schedule Dated 08/11/2009 | AT&T CORP.<br>1010 N SAINT MARYS ST.<br>SAN ANTONIO, TX 78215 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.57 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement Dated 08/17/2000 | AT&T CORP.<br>ATTN:  MASTER AGREEMENT SUPPORT TEAM<br>55 CORPORATE DRIVE<br>BRIDGEWATER, NJ 08807 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.58 | State what the contract or lease is for and the nature of the debtor's interest | Pricing Schedule Dated 08/19/2009 | AT&T CORP.<br>ONE AT&T WAY<br>BEDMINSTER, NJ 07921-0752 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.59 | State what the contract or lease is for and the nature of the debtor's interest | Release and Settlement Agreement Dated 03/22/2016 | AT&T CORP.<br>ONE AT&T WAY<br>BEDMINSTER, NJ 07921-0752 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.60 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement Dated 07/28/2000 | AT&T CORP.<br>ONE AT&T WAY<br>BEDMINSTER, NJ 07921-0752 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.61 | State what the contract or lease is for and the nature of the debtor's interest | Pricing Schedule  Dated 07/14/2015 | AT&T CORP.<br>ONE AT&T WAY<br>BEDMINSTER, NJ 07921-0752 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor      iHeartCommunications, Inc.
            Name

Case number (if known)   18-31273 (MI)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.62 | State what the contract or lease is for and the nature of the debtor's interest | Asynchronous Transfer Mode Service Agreement Amendment Dated 05/16/2000 | AT&T CORP.<br>ONE AT&T WAY<br>BEDMINSTER, NJ 07921-0752 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.63 | State what the contract or lease is for and the nature of the debtor's interest | Customer Services Agreement Dated 11/18/2011 | AVANADE INC<br>ATTN: CONTRACTS COORDINATOR<br>5221 NORTH O'CONNOR BOULEVARD<br>SUITE 1400<br>IRVING, TX 75039 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.64 | State what the contract or lease is for and the nature of the debtor's interest | Customer Services Agreement Dated 11/18/2011 | AVANADE INC<br>ATTN: CONTRACTS COORDINATOR<br>5221 NORTH O'CONNOR BOULEVARD<br>SUITE 1400<br>IRVING , TX 75039 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.65 | State what the contract or lease is for and the nature of the debtor's interest | Customer Services Agreement Dated 07/01/2012 | AVANADE INC<br>ATTN: CONTRACTS COORDINATOR<br>5221 NORTH O'CONNOR BOULEVARD<br>SUITE 1400<br>IRVING , TX 75039 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.66 | State what the contract or lease is for and the nature of the debtor's interest | Customer Services Agreement Dated 08/13/2012 | AVANADE INC<br>ATTN: CONTRACTS COORDINATOR<br>5221 NORTH O'CONNOR BOULEVARD<br>SUITE 1400<br>IRVING , TX 75039 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.67 | State what the contract or lease is for and the nature of the debtor's interest | Change Request and Approval Dated 12/03/2012 | AVANADE INC<br>ATTN: CONTRACTS COORDINATOR<br>5221 NORTH O'CONNOR BOULEVARD<br>SUITE 1400<br>IRVING , TX 75039 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.68 | State what the contract or lease is for and the nature of the debtor's interest | Customer Service Agreement Work Order Dated 01/30/2012 | AVANADE INC<br>ATTN: CONTRACTS COORDINATOR<br>5221 NORTH O'CONNOR BOULEVARD<br>SUITE 1400<br>IRVING , TX 75039 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor ___iHeartCommunications, Inc.___   Case number *(if known)* __18-31273 (MI)__
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.69 | State what the contract or lease is for and the nature of the debtor's interest | Change Request and Approval Dated 05/13/2013 | AVANADE INC ATTN: CONTRACTS COORDINATOR 5221 NORTH O'CONNOR BOULEVARD SUITE 1400 IRVING , TX 75039 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.70 | State what the contract or lease is for and the nature of the debtor's interest | Customer Service Agreement Work Order Dated 02/20/2012 | AVANADE INC ATTN: CONTRACTS COORDINATOR 5221 NORTH O'CONNOR BOULEVARD SUITE 1400 IRVING , TX 75039 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.71 | State what the contract or lease is for and the nature of the debtor's interest | Customer Services Agreement Dated 03/04/2013 | AVANADE INC ATTN: CONTRACTS COORDINATOR 5221 NORTH O'CONNOR BOULEVARD SUITE 1400 IRVING , TX 75039 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.72 | State what the contract or lease is for and the nature of the debtor's interest | Change Request and Approval Dated 12/03/2012 | AVANADE INC ATTN: CONTRACTS COORDINATOR 5221 NORTH O'CONNOR BOULEVARD SUITE 1400 IRVING , TX 75039 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.73 | State what the contract or lease is for and the nature of the debtor's interest | Customer Services Agreement Dated 01/30/2012 | AVANADE INC ATTN: CONTRACTS COORDINATOR 5221 NORTH O'CONNOR BOULEVARD SUITE 1400 IRVING , TX 75039 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.74 | State what the contract or lease is for and the nature of the debtor's interest | Customer Services Agreement Dated 01/30/2012 | AVANADE INC ATTN: CONTRACTS COORDINATOR 5221 NORTH O'CONNOR BOULEVARD SUITE 1400 IRVING , TX 75039 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.75 | State what the contract or lease is for and the nature of the debtor's interest | Customer Services Agreement Dated 01/07/2013 | AVANADE INC ATTN: CONTRACTS COORDINATOR 5221 NORTH O'CONNOR BOULEVARD SUITE 1400 IRVING , TX 75039 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    iHeartCommunications, Inc.
          Name                                              Case number (if known)   18-31273 (MI)

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.76 | State what the contract or lease is for and the nature of the debtor's interest | Change Request and Approval Dated 05/13/2013 | AVANADE INC<br>ATTN: CONTRACTS COORDINATOR<br>5221 NORTH O'CONNOR BOULEVARD<br>SUITE 1400<br>IRVING , TX 75039 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.77 | State what the contract or lease is for and the nature of the debtor's interest | Customer Services Agreement Dated 09/04/2012 | AVANADE INC<br>ATTN: CONTRACTS COORDINATOR<br>5221 NORTH O'CONNOR BOULEVARD<br>SUITE 1400<br>IRVING , TX 75039 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.78 | State what the contract or lease is for and the nature of the debtor's interest | Customer Services Agreement Dated 06/25/2012 | AVANADE INC<br>ATTN: CONTRACTS COORDINATOR<br>5221 NORTH O'CONNOR BOULEVARD<br>SUITE 1400<br>IRVING , TX 75039 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.79 | State what the contract or lease is for and the nature of the debtor's interest | Customer Services Agreement Dated 09/04/2012 | AVANADE INC<br>ATTN: CONTRACTS COORDINATOR<br>5221 NORTH O'CONNOR BOULEVARD<br>SUITE 1400<br>IRVING , TX 75039 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.80 | State what the contract or lease is for and the nature of the debtor's interest | Customer Services Agreement Dated 12/03/2012 | AVANADE INC<br>ATTN: CONTRACTS COORDINATOR<br>5221 NORTH O'CONNOR BOULEVARD<br>SUITE 1400<br>IRVING , TX 75039 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.81 | State what the contract or lease is for and the nature of the debtor's interest | Change Request and Approval Dated 04/01/2013 | AVANADE INC<br>ATTN: CONTRACTS COORDINATOR<br>5221 NORTH O'CONNOR BOULEVARD<br>SUITE 1400<br>IRVING , TX 75039 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.82 | State what the contract or lease is for and the nature of the debtor's interest | Customer Services Agreement Dated 11/26/2012 | AVANADE INC<br>ATTN: CONTRACTS COORDINATOR<br>5221 NORTH O'CONNOR BOULEVARD<br>SUITE 1400<br>IRVING , TX 75039 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    __iHeartCommunications, Inc.__        Case number *(if known)* __18-31273 (MI)__
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.83 | **State what the contract or lease is for and the nature of the debtor's interest** | Change Request and Approval Dated 12/21/2012 | AVANADE INC<br>ATTN: CONTRACTS COORDINATOR<br>5221 NORTH O'CONNOR BOULEVARD<br>SUITE 1400<br>IRVING , TX 75039 |
|  | **State the term remaining** | Undetermined | |
|  | **List the contract number of any government contract** | | |
| 2.84 | **State what the contract or lease is for and the nature of the debtor's interest** | Change Request and Approval Dated 02/11/2013 | AVANADE INC<br>ATTN: CONTRACTS COORDINATOR<br>5221 NORTH O'CONNOR BOULEVARD<br>SUITE 1400<br>IRVING , TX 75039 |
|  | **State the term remaining** | Undetermined | |
|  | **List the contract number of any government contract** | | |
| 2.85 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Services Agreement Dated 08/06/2012 | AVANADE INC<br>ATTN: CONTRACTS COORDINATOR<br>5221 NORTH O'CONNOR BOULEVARD<br>SUITE 1400<br>IRVING , TX 75039 |
|  | **State the term remaining** | Undetermined | |
|  | **List the contract number of any government contract** | | |
| 2.86 | **State what the contract or lease is for and the nature of the debtor's interest** | Change Request and Approval Dated 10/31/2012 | AVANADE INC<br>ATTN: CONTRACTS COORDINATOR<br>5221 NORTH O'CONNOR BOULEVARD<br>SUITE 1400<br>IRVING , TX 75039 |
|  | **State the term remaining** | Undetermined | |
|  | **List the contract number of any government contract** | | |
| 2.87 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Services Agreement Dated 02/13/2012 | AVANADE INC<br>ATTN: CONTRACTS COORDINATOR<br>5221 NORTH O'CONNOR BOULEVARD<br>SUITE 1400<br>IRVING , TX 75039 |
|  | **State the term remaining** | Undetermined | |
|  | **List the contract number of any government contract** | | |
| 2.88 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Services Agreement Dated 08/27/2012 | AVANADE INC<br>ATTN: CONTRACTS COORDINATOR<br>5221 NORTH O'CONNOR BOULEVARD<br>SUITE 1400<br>IRVING , TX 75039 |
|  | **State the term remaining** | Undetermined | |
|  | **List the contract number of any government contract** | | |
| 2.89 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Services Agreement Dated 08/13/2012 | AVANADE INC<br>ATTN: CONTRACTS COORDINATOR<br>5221 NORTH O'CONNOR BOULEVARD<br>SUITE 1400<br>IRVING , TX 75039 |
|  | **State the term remaining** | Undetermined | |
|  | **List the contract number of any government contract** | | |

Debtor _____iHeartCommunications, Inc._____
Name

Case number *(if known)* __18-31273 (MI)__

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.90 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Services Agreement Dated 08/01/2012 | AVANADE INC<br>ATTN: CONTRACTS COORDINATOR<br>5221 NORTH O'CONNOR BOULEVARD<br>SUITE 1400<br>IRVING , TX 75039 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.91 | **State what the contract or lease is for and the nature of the debtor's interest** | Change Request and Approval Dated 02/11/2013 | AVANADE INC<br>ATTN: CONTRACTS COORDINATOR<br>5221 NORTH O'CONNOR BOULEVARD<br>SUITE 1400<br>IRVING , TX 75039 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.92 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Services Agreement Dated 02/06/2012 | AVANADE INC<br>ATTN: CONTRACTS COORDINATOR<br>5221 NORTH O'CONNOR BOULEVARD<br>SUITE 1400<br>IRVING , TX 75039 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.93 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Services Agreement Dated 08/27/2012 | AVANADE INC<br>ATTN: CONTRACTS COORDINATOR<br>5221 NORTH O'CONNOR BOULEVARD<br>SUITE 1400<br>IRVING , TX 75039 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.94 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Services Agreement Dated 08/13/2012 | AVANADE INC<br>ATTN: CONTRACTS COORDINATOR<br>5221 NORTH O'CONNOR BOULEVARD<br>SUITE 1400<br>IRVING , TX 75039 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.95 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Services Agreement Dated 04/01/2013 | AVANADE INC<br>ATTN: CONTRACTS COORDINATOR<br>5221 NORTH O'CONNOR BOULEVARD<br>SUITE 1400<br>IRVING , TX 75039 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.96 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Services Agreement Dated 02/11/2013 | AVANADE INC<br>ATTN: CONTRACTS COORDINATOR<br>5221 NORTH O'CONNOR BOULEVARD<br>SUITE 1400<br>IRVING , TX 75039 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor _____iHeartCommunications, Inc._____     Case number (if known) __18-31273 (MI)_____
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.97 | State what the contract or lease is for and the nature of the debtor's interest | Change Request and Approval Dated 05/13/2013 | AVANADE INC<br>ATTN: CONTRACTS COORDINATOR<br>5221 NORTH O'CONNOR BOULEVARD<br>SUITE 1400<br>IRVING , TX 75039 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.98 | State what the contract or lease is for and the nature of the debtor's interest | Change Request and Approval Dated 05/13/2013 | AVANADE INC<br>ATTN: CONTRACTS COORDINATOR<br>5221 NORTH O'CONNOR BOULEVARD<br>SUITE 1400<br>IRVING , TX 75039 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.99 | State what the contract or lease is for and the nature of the debtor's interest | Customer Services Agreement Dated 01/07/2013 | AVANADE INC<br>ATTN: ADAM M. DRUTZ<br>5221 NORTH O'CONNOR BOULEVARD<br>SUITE 1400<br>IRVING, TX 75039 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.100 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement Dated 10/10/2012 | AVENTINE HILL PARTNERS INC<br>ATTN: ERICA BAKER<br>13750 SAN PEDRO AVENUE<br>SUITE 370<br>SAN ANTONIO, TX 78232 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.101 | State what the contract or lease is for and the nature of the debtor's interest | Placement Agreement Dated 05/03/2012 | AVENTINE HILL PARTNERS INC<br>ATTN: ERICA BAKER<br>13750 SAN PEDRO AVENUE<br>SUITE 370<br>SAN ANTONIO, TX 78232 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.102 | State what the contract or lease is for and the nature of the debtor's interest | IT Contract Administration Support Dated 05/01/2012 | AVENTINE HILL PARTNERS INC<br>ATTN: ERICA BAKER<br>13750 SAN PEDRO AVENUE<br>SUITE 370<br>SAN ANTONIO, TX 78232 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.103 | State what the contract or lease is for and the nature of the debtor's interest | Consulting/Services Contract Dated 12/08/2011 | BAINBRIDGE TECHNOLOGY SOLUTIONS INC<br>752 WINSLOW WAY EAST<br>BAINBRIDGE ISLAND, WA 98110 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor     iHeartCommunications, Inc.
          Name                                                              Case number *(if known)*  18-31273 (MI)

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.104** | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 12/08/2011 | BAINBRIDGE TECHNOLOGY SOLUTIONS INC 752 WINSLOW WAY EAST BAINBRIDGE ISLAND, WA 98110 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.105** | State what the contract or lease is for and the nature of the debtor's interest | License Agreement - Invoice Dated 11/01/2005 | BEAST SOFTWARE, INC. PO BOX 404927 ATLANTA, GA 30384-4927 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.106** | State what the contract or lease is for and the nature of the debtor's interest | Guarantee of Office/Studio Lease - Temecula, CA Studio & Sales Office, 27349 Jefferson Avenue, Temecula, CA 92590 | BECK FAMILY TRUSTS 42072 FIFTH ST, #202F TEMECULA, CA 92560 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.107** | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 12/05/2011 | BELAYON 15423 232ND AVE NE WOODLNVILLE, WA 98077 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.108** | State what the contract or lease is for and the nature of the debtor's interest | Consulting/Services Agreement Dated 12/05/2011 | BELAYON 15423 232ND AVE NE WOODLNVILLE, WA 98077 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.109** | State what the contract or lease is for and the nature of the debtor's interest | Commercial Surety General Indemnity Agreement Dated 04/01/2009 | BERKLEY SURETY GROUP ATTN: SURETY CLAIMS DEPARTMENT 412 MOUNT KEMBLE AVE SUITE 310N MORRISTOWN, NJ 07960 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.110** | State what the contract or lease is for and the nature of the debtor's interest | Non-Disclosure Agreement Dated 06/01/2016 | BITIUM INC 2448 MAIN STREET SANTA MONICA , CA 90405 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    iHeartCommunications, Inc.
          Name

Case number (if known)  18-31273 (MI)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.111 | State what the contract or lease is for and the nature of the debtor's interest | Readiness Assessment Proposal Dated 08/18/2014 | BLUE CHIP CONSULTING GROUP LLC ATTN: SCOTT ARBOGAST; JEFFREY MASTERS; DOUG KOCH 6050 OAK TREE BOULEVARD SUITE 290 INDEPENDENCE, OH 44131 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.112 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 09/15/2014 | BLUE CHIP CONSULTING GROUP LLC ATTN: SEAN POWER; LINCOLN RUSSELL; SCOTT ARBOGAST; JEFFREY MASTERS; DOUG KOCH 050 OAK TREE BOULEVARD SUITE 290 INDEPENDENCE, OH 44131 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.113 | State what the contract or lease is for and the nature of the debtor's interest | Readiness Assessment Proposal Dated 08/18/2014 | BLUE CHIP CONSULTING GROUP LLC ATTN: SCOTT ARBOGAST; JEFFREY MASTERS; DOUG KOCH 6050 OAK TREE BOULEVARD SUITE 290 INDEPENDENCE , OH 44131 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.114 | State what the contract or lease is for and the nature of the debtor's interest | Data and Fulfillment Service Agreement Dated 12/21/2009 | BLUEGRASS BUSINESS SERVICES INC DBA BLUE GRASS 833 NANDINO BLVD LEXINGTON , KY 40511 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.115 | State what the contract or lease is for and the nature of the debtor's interest | License and Services Agreement Dated 09/21/2004 | BUSINESS OBJECTS AMERICAS ATTN:  CONTRACT MANAGER 3030 ORCHARD PARKWAY SAN JOSE, CA 95134 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.116 | State what the contract or lease is for and the nature of the debtor's interest | Engagement Letter Dated 09/21/2004 | BUSINESS OBJECTS AMERICAS 3030 ORCHARD PARKWAY SAN JOSE, CA 95134 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.117 | State what the contract or lease is for and the nature of the debtor's interest | Order Schedule Dated 09/23/2004 | BUSINESS OBJECTS AMERICAS ATTN:  CONTACTS ADMINISTRATION 3030 ORCHARD PARKWAY SAN JOSE, CA 95134 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor _____iHeartCommunications, Inc._____     Case number (if known) __18-31273 (MI)_____
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.118 | State what the contract or lease is for and the nature of the debtor's interest | License Agreement - Proposal Dated 09/22/2004 | BUSINESS OBJECTS AMERICAS ATTN: CONTRACTS MANAGER 3030 ORCHARD PARKWAY SAN JOSE, CA 95134 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.119 | State what the contract or lease is for and the nature of the debtor's interest | License Agreement - Purchase Order Dated 09/22/2004 | BUSINESS OBJECTS AMERICAS 3030 ORCHARD PARKWAY SAN JOSE, CA 95134 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.120 | State what the contract or lease is for and the nature of the debtor's interest | Confidentiality Agreement Dated 08/01/2006 | CAPGEMINI AMERICA INC 5 TIMES SQUARE NEW YORK, NY 10036 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.121 | State what the contract or lease is for and the nature of the debtor's interest | Consulting Agreement Dated 09/22/2006 | CATAPULT SYSTEMS INC 1221 SOUTH MOPAC EXPRESSWAY THREE BARTON SKYWAY SUITE 350 AUSTIN , TX 78746 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.122 | State what the contract or lease is for and the nature of the debtor's interest | Termination of Agreement Dated 11/05/2013 | CATAPULT SYSTEMS INC 1221 SOUTH MOPAC EXPRESSWAY THREE BARTON SKYWAY SUITE 350 AUSTIN , TX 78746 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.123 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 09/01/2007 | CATAPULT SYSTEMS INC 1221 SOUTH MOPAC EXPRESSWAY THREE BARTON SKYWAY SUITE 350 AUSTIN , TX 78746 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.124 | State what the contract or lease is for and the nature of the debtor's interest | Termination of Agreement Dated 11/05/2013 | CATAPULT SYSTEMS INC 1221 SOUTH MOPAC EXPRESSWAY, THREE BARTON SKYWAY SUITE 350 AUSTIN, TX 78746 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    iHeartCommunications, Inc.                     Case number *(if known)* __18-31273 (MI)__
        Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.125 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 08/01/2007 | CATAPULT SYSTEMS INC<br>MAURICIO IANNINI<br>3001 BEE CAVES ROAD<br>SUITE 300<br>AUSTIN, TX 78746 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.126 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 09/29/2006 | CATAPULT SYSTEMS INC<br>ATTN: ANDREW MONTZ<br>3001 BEE CAVES ROAD<br>SUITE 300<br>AUSTIN, TX 78746 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.127 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 10/07/2006 | CATAPULT SYSTEMS INC<br>ATTN: ANDREW MONTZ<br>3001 BEE CAVES ROAD<br>SUITE 300<br>AUSTIN , TX 78746 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.128 | State what the contract or lease is for and the nature of the debtor's interest | Moondog Coronation Ball - Letter Agreement Dated 11/21/2003 | CAVALIERS/GUND ARENA COMPANY<br>GUND ARENA<br>ONE CENTER COURT<br>CLEVELAND, OH 44115 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.129 | State what the contract or lease is for and the nature of the debtor's interest | Amendment to Traffic and Weather Together License Agreement  Dated 05/14/2007 | CBS RADIO, INC.<br>1515 BROADWAY<br>46TH FLOOR<br>NEW YORK, NY 10036 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.130 | State what the contract or lease is for and the nature of the debtor's interest | Letter of Agreement Dated 06/21/2016 | CEB GLOBAL LIMITED<br>1201 WILSON BOULEVARD<br>ARLINGTON, VA 22209 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.131 | State what the contract or lease is for and the nature of the debtor's interest | Letter of Agreement Dated 06/21/2016 | CEB INC.<br>1201 WILSON BOULEVARD<br>ARLINGTON, VA 22209 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor _____iHeartCommunications, Inc._____   Case number *(if known)* __18-31273 (MI)__
Name

   **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.132** | State what the contract or lease is for and the nature of the debtor's interest | Letter of Agreement Dated 06/21/2016 | CEB INC.<br>1201 WILSON BOULEVARD<br>ARLINGTON, VA 22209 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.133** | State what the contract or lease is for and the nature of the debtor's interest | Amendment No. 1  Dated 03/02/2010 | CELLCO PARTNERSHIP (D/B/A VERIZON WIRELESS)<br>ONE VERIZON WAY<br>BASKING RIDGE, NJ 07920-1097 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.134** | State what the contract or lease is for and the nature of the debtor's interest | National Account Agreement  Dated 01/25/2008 | CELLCO PARTNERSHIP (D/B/A VERIZON WIRELESS)<br>ONE VERIZON WAY<br>BASKING RIDGE, NJ 07920-1097 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.135** | State what the contract or lease is for and the nature of the debtor's interest | National Account Agreement  Dated 01/25/2008 | CELLCO PARTNERSHIP<br>VERIZON WIRELESS<br>ATTN: HQ LEGAL -- B2B<br>LEGAL & EXTERNAL AFFAIRS DEPT.<br>ONE VERIZON WAY, VC52S401<br>BASKING RIDGE, NJ 07920-1097 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.136** | State what the contract or lease is for and the nature of the debtor's interest | Contract Agreement Dated 06/06/2011 | CHASE-WALKER CONSULTING LLC<br>13150 N HUNTERS CIR<br>SAN ANTONIO, TX 78230 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.137** | State what the contract or lease is for and the nature of the debtor's interest | Volume Incentive Program Letter and Attachments Dated 08/19/2011 | CHRYSLER GROUP LLC,<br>1000 CHRYSLER DRIVE,<br>AUBURN HILLS, MI 48326-2766 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.138** | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement Dated 01/01/2008 | CISCO SYSTEMS CAPITAL CORP.<br>170 WEST TASMAN DRIVE<br>SAN JOSE, CA 95134 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor      iHeartCommunications, Inc.
                Name
                                                                    Case number (if known)  18-31273 (MI)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.139 | State what the contract or lease is for and the nature of the debtor's interest | Amendment to Service Agreement Dated 01/01/2008 | CISCO SYSTEMS CAPITAL CORP. 170 WEST TASMAN DRIVE SAN JOSE, CA 95134 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.140 | State what the contract or lease is for and the nature of the debtor's interest | Memorandum - Energy Services Dated 03/19/2002 | CITY PUBLIC SERVICE OF SAN ANTONIO PO BOX 1771 SAN ANTONIO, TX 78296 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.141 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement - Invoice Dated 01/01/2016 | CLEAR CHANNEL COMMUNICATIONS 814 ARION PARKWAY, SUITE 101 SAN ANTONIO, TX 78216 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.142 | State what the contract or lease is for and the nature of the debtor's interest | First Amendment to Revolving Promissory Note  Dated 12/23/2009 | CLEAR CHANNEL OUTDOOR HOLDINGS, INC. 20880 STONE OAK PKWY SAN ANTONIO, TX 78258 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.143 | State what the contract or lease is for and the nature of the debtor's interest | First Amendment to Revolving Promissory Note Dated 12/23/2009 | CLEAR CHANNEL OUTDOOR HOLDINGS, INC. 20880 STONE OAK PKWY SAN ANTONIO, TX 78258 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.144 | State what the contract or lease is for and the nature of the debtor's interest | Third Amendment to Revolving Promissory Note Dated 11/01/2017 | CLEAR CHANNEL OUTDOOR HOLDINGS, INC. 20880 STONE OAK PKWY SAN ANTONIO, TX 78258 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.145 | State what the contract or lease is for and the nature of the debtor's interest | EBIT Program Agreement Dated 11/10/2005 | CLEAR CHANNEL OUTDOOR HOLDINGS, INC. 20880 STONE OAK PKWY SAN ANTONIO, TX 78258 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor _____iHeartCommunications, Inc._____     Case number (if known) __18-31273 (MI)__
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.146 | State what the contract or lease is for and the nature of the debtor's interest | Employee Matters Agreement Dated 11/10/2005 | CLEAR CHANNEL OUTDOOR HOLDINGS, INC.<br>20880 STONE OAK PKWY<br>SAN ANTONIO, TX 78258 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.147 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement Dated 11/10/2005 | CLEAR CHANNEL OUTDOOR HOLDINGS, INC.<br>20880 STONE OAK PKWY<br>SAN ANTONIO, TX 78258 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.148 | State what the contract or lease is for and the nature of the debtor's interest | Tax Matters Agreement Dated 11/10/2005 | CLEAR CHANNEL OUTDOOR HOLDINGS, INC.<br>20880 STONE OAK PKWY<br>SAN ANTONIO, TX 78258 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.149 | State what the contract or lease is for and the nature of the debtor's interest | Registration Rights Agreement Dated 11/10/2005 | CLEAR CHANNEL OUTDOOR HOLDINGS, INC.<br>20880 STONE OAK PKWY<br>SAN ANTONIO, TX 78258 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.150 | State what the contract or lease is for and the nature of the debtor's interest | Amendment to EIBT Program Agreement Dated 09/18/2012 | CLEAR CHANNEL OUTDOOR HOLDINGS, INC.<br>20880 STONE OAK PKWY<br>SAN ANTONIO, TX 78258 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.151 | State what the contract or lease is for and the nature of the debtor's interest | Second Amendment to Revolving Promissory Note Dated 11/01/2017 | CLEAR CHANNEL OUTDOOR HOLDINGS, INC.<br>20880 STONE OAK PKWY<br>SAN ANTONIO, TX 78258 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.152 | State what the contract or lease is for and the nature of the debtor's interest | Work Order Dated 04/04/2013 | CLEAR SEARCH CONSULTING<br>ATTN: VIJAY KUMAR<br>CLEAR SEARCH CONSULTING<br>2014 FLAMINGO DR.<br>SAN ANTONIO , TX 78209 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor _____iHeartCommunications, Inc._____ Case number (if known) __18-31273 (MI)__
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.153 | State what the contract or lease is for and the nature of the debtor's interest | Appendix A - Work Order Dated 04/15/2013 | CLEAR SEARCH CONSULTING ATTN: VIJAY KUMAR CLEAR SEARCH CONSULTING 2014 FLAMINGO DR. SAN ANTONIO , TX 78209 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.154 | State what the contract or lease is for and the nature of the debtor's interest | Appendix A - Work Order Dated 06/25/2013 | CLEAR SEARCH CONSULTING ATTN: VIJAY KUMAR CLEAR SEARCH CONSULTING 2014 FLAMINGO DR. SAN ANTONIO , TX 78209 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.155 | State what the contract or lease is for and the nature of the debtor's interest | Work Order Dated 06/25/2013 | CLEAR SEARCH CONSULTING ATTN: VIJAY KUMAR CLEAR SEARCH CONSULTING 2014 FLAMINGO DR. SAN ANTONIO , TX 78209 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.156 | State what the contract or lease is for and the nature of the debtor's interest | Client Staffing Services Agreement Dated 01/10/2012 | CLEAR SEARCH CONSULTING 2014 FLAMINGO DR SAN ANTONIO, TX 78209 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.157 | State what the contract or lease is for and the nature of the debtor's interest | Work Order Dated 06/30/2013 | CLEAR SEARCH CONSULTING 2014 FLAMINGO DR SAN ANTONIO, TX 78209 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.158 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 07/19/2012 | CLEAR SEARCH CONSULTING 2014 FLAMINGO DR SAN ANTONIO, TX 78209 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.159 | State what the contract or lease is for and the nature of the debtor's interest | Staffing Services Agreement Dated 07/20/2012 | CLEAR SEARCH CONSULTING 2014 FLAMINGO DR SAN ANTONIO, TX 78209 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor _____iHeartCommunications, Inc._____     Case number *(if known)* __18-31273 (MI)__
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.160 | State what the contract or lease is for and the nature of the debtor's interest | Work Order  Dated 01/10/2012 | CLEAR SEARCH CONSULTING<br>2014 FLAMINGO DR<br>SAN ANTONIO, TX 78209 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.161 | State what the contract or lease is for and the nature of the debtor's interest | Appendix A -  Work Order Dated 06/25/2013 | CLEAR SEARCH CONSULTING<br>2014 FLAMINGO DR<br>SAN ANTONIO, TX 78209 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.162 | State what the contract or lease is for and the nature of the debtor's interest | Appendix A - Work Order Dated 06/25/2013 | CLEAR SEARCH CONSULTING<br>2014 FLAMINGO DR<br>SAN ANTONIO, TX 78209 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.163 | State what the contract or lease is for and the nature of the debtor's interest | Client Staffing Services Agreement Dated 01/10/2012 | CLEAR SEARCH CONSULTING<br>2014 FLAMINGO DR<br>SAN ANTONIO, TX 78209 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.164 | State what the contract or lease is for and the nature of the debtor's interest | Appendix A - Work Order Dated 01/04/2013 | CLEAR SEARCH CONSULTING<br>2014 FLAMINGO DR<br>SAN ANTONIO, TX 78209 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.165 | State what the contract or lease is for and the nature of the debtor's interest | Work Order Dated 03/25/2013 | CLEAR SEARCH CONSULTING<br>ATTN: JOHN E. ELLIOT<br>2014 FLAMINGO DRIVE<br>SAN ANTONIO, TX 78209 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.166 | State what the contract or lease is for and the nature of the debtor's interest | Change Order Dated 09/05/2012 | COGNIZANT TECHNOLOGY SOLUTIONS U.S. CORPORATION<br>500 FRANK W. BURR BLVD<br>TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    iHeartCommunications, Inc.                 Case number *(if known)* __18-31273 (MI)__
         Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.167 | State what the contract or lease is for and the nature of the debtor's interest | Change Order Dated 10/17/2012 | COGNIZANT TECHNOLOGY SOLUTIONS U.S. CORPORATION 500 FRANK W. BURR BLVD TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.168 | State what the contract or lease is for and the nature of the debtor's interest | Change Order Dated 11/21/2012 | COGNIZANT TECHNOLOGY SOLUTIONS U.S. CORPORATION 500 FRANK W BURR BLVD TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.169 | State what the contract or lease is for and the nature of the debtor's interest | Change Order Dated 01/07/2013 | COGNIZANT TECHNOLOGY SOLUTIONS U.S. CORPORATION 500 FRANK W. BURR BLVD. TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.170 | State what the contract or lease is for and the nature of the debtor's interest | Change Order Dated 02/28/2013 | COGNIZANT TECHNOLOGY SOLUTIONS U.S. CORPORATION 500 FRANK W. BURR BLVD TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.171 | State what the contract or lease is for and the nature of the debtor's interest | Change Order Dated 03/22/2013 | COGNIZANT TECHNOLOGY SOLUTIONS U.S. CORPORATION 500 FRANK W. BURR BLVD TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.172 | State what the contract or lease is for and the nature of the debtor's interest | Change Order Dated 11/21/2012 | COGNIZANT TECHNOLOGY SOLUTIONS U.S. CORPORATION 500 FRANK W. BURR BLVD TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.173 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work | COGNIZANT TECHNOLOGY SOLUTIONS U.S. CORPORATION 500 GLENPOINTE CENTRE WEST TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor      iHeartCommunications, Inc.
            Name                                                    Case number (if known)   18-31273 (MI)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.174 | State what the contract or lease is for and the nature of the debtor's interest | Change Request Dated 03/18/2013 | COGNIZANT TECHNOLOGY SOLUTIONS U.S. CORPORATION 500 GLENPOINTE CENTRE WEST TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.175 | State what the contract or lease is for and the nature of the debtor's interest | Change Order Dated 03/18/2013 | COGNIZANT TECHNOLOGY SOLUTIONS U.S. CORPORATION 500 GLENPOINTE CENTRE WEST TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.176 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work | COGNIZANT TECHNOLOGY SOLUTIONS U.S. CORPORATION 500 GLENPOINTE CENTRE WEST TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.177 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement  Dated 04/10/2013 | COGNIZANT TECHNOLOGY SOLUTIONS U.S. CORPORATION 500 GLENPOINTE CENTER WEST TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.178 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement Dated 04/10/2013 | COGNIZANT TECHNOLOGY SOLUTIONS US CORPORATION ATTN: GENERAL COUNSEL 500 FRANK W. BURR BLVD. TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.179 | State what the contract or lease is for and the nature of the debtor's interest | Attachment 11-A Dated 06/05/2014 | COGNIZANT TECHNOLOGY SOLUTIONS 500 FRANK W. BURR BLVD TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.180 | State what the contract or lease is for and the nature of the debtor's interest | Attachment 11-A Dated 10/21/2014 | COGNIZANT TECHNOLOGY SOLUTIONS 500 FRANK W. BURR BLVD TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor _____iHeartCommunications, Inc._____
Name

Case number *(if known)* __18-31273 (MI)__

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.181 | State what the contract or lease is for and the nature of the debtor's interest | Change Order Dated 09/09/2015 | COGNIZANT TECHNOLOGY SOLUTIONS 500 FRANK W. BURR BLVD TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.182 | State what the contract or lease is for and the nature of the debtor's interest | Attachment 11-A Dated 11/13/2014 | COGNIZANT TECHNOLOGY SOLUTIONS 500 FRANK W. BURR BLVD TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.183 | State what the contract or lease is for and the nature of the debtor's interest | Attachment 11-A Dated 03/12/2014 | COGNIZANT TECHNOLOGY SOLUTIONS 500 FRANK W. BURR BLVD TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.184 | State what the contract or lease is for and the nature of the debtor's interest | Change Order #27 Dated 04/21/2015 | COGNIZANT TECHNOLOGY SOLUTIONS 500 FRANK W. BURR BLVD TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.185 | State what the contract or lease is for and the nature of the debtor's interest | Attachment 11-A Dated 03/27/2014 | COGNIZANT TECHNOLOGY SOLUTIONS 500 FRANK W. BURR BLVD TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.186 | State what the contract or lease is for and the nature of the debtor's interest | Attachment 11-A Dated 02/27/2014 | COGNIZANT TECHNOLOGY SOLUTIONS 500 FRANK W. BURR BLVD TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.187 | State what the contract or lease is for and the nature of the debtor's interest | Attachment 11-A Dated 07/19/2013 | COGNIZANT TECHNOLOGY SOLUTIONS 500 FRANK W. BURR BLVD TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor _iHeartCommunications, Inc._
Name

Case number (if known) __18-31273 (MI)__

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.188 | State what the contract or lease is for and the nature of the debtor's interest | Change Order #31 Dated 09/18/2015 | COGNIZANT TECHNOLOGY SOLUTIONS 500 FRANK W. BURR BLVD TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.189 | State what the contract or lease is for and the nature of the debtor's interest | Change Order #35 Dated 05/10/2016 | COGNIZANT TECHNOLOGY SOLUTIONS 500 FRANK W. BURR BLVD TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.190 | State what the contract or lease is for and the nature of the debtor's interest | Attachment 11-A Dated 12/19/2013 | COGNIZANT TECHNOLOGY SOLUTIONS 500 FRANK W. BURR BLVD TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.191 | State what the contract or lease is for and the nature of the debtor's interest | Change Order #37 Dated 06/07/2016 | COGNIZANT TECHNOLOGY SOLUTIONS 500 FRANK W. BURR BLVD TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.192 | State what the contract or lease is for and the nature of the debtor's interest | Attachment 11-A Dated 11/14/2014 | COGNIZANT TECHNOLOGY SOLUTIONS 500 FRANK W. BURR BLVD TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.193 | State what the contract or lease is for and the nature of the debtor's interest | Change Order #24 Dated 01/12/2015 | COGNIZANT TECHNOLOGY SOLUTIONS 500 FRANK W. BURR BLVD TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.194 | State what the contract or lease is for and the nature of the debtor's interest | Change Order #28 Dated 06/15/2015 | COGNIZANT TECHNOLOGY SOLUTIONS 500 FRANK W. BURR BLVD TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    iHeartCommunications, Inc.
          Name

Case number (if known)  18-31273 (MI)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.195 | State what the contract or lease is for and the nature of the debtor's interest | Change Order #44 Dated 05/01/2017 | COGNIZANT TECHNOLOGY SOLUTIONS 500 FRANK W. BURR BLVD TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.196 | State what the contract or lease is for and the nature of the debtor's interest | Attachment 11-A Dated 03/27/2014 | COGNIZANT TECHNOLOGY SOLUTIONS 500 FRANK W. BURR BLVD TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.197 | State what the contract or lease is for and the nature of the debtor's interest | Attachment 11-A Dated 12/05/2013 | COGNIZANT TECHNOLOGY SOLUTIONS 500 FRANK W. BURR BLVD TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.198 | State what the contract or lease is for and the nature of the debtor's interest | Change Order #36 Dated 05/20/2016 | COGNIZANT TECHNOLOGY SOLUTIONS 500 FRANK W. BURR BLVD TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.199 | State what the contract or lease is for and the nature of the debtor's interest | Change Order #25 Dated 04/14/2015 | COGNIZANT TECHNOLOGY SOLUTIONS 500 FRANK W. BURR BLVD TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.200 | State what the contract or lease is for and the nature of the debtor's interest | Change Order #34 Dated 03/09/2016 | COGNIZANT TECHNOLOGY SOLUTIONS 500 FRANK W. BURR BLVD TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.201 | State what the contract or lease is for and the nature of the debtor's interest | Change Order #39 Dated 11/01/2016 | COGNIZANT TECHNOLOGY SOLUTIONS 500 FRANK W. BURR BLVD TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor ___iHeartCommunications, Inc.___
Name

Case number (if known) __18-31273 (MI)__

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.202 | State what the contract or lease is for and the nature of the debtor's interest | Attachment 11-A Dated 03/29/2013 | COGNIZANT TECHNOLOGY SOLUTIONS 500 FRANK W. BURR BLVD TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.203 | State what the contract or lease is for and the nature of the debtor's interest | Attachment 11-A Dated 11/04/2014 | COGNIZANT TECHNOLOGY SOLUTIONS 500 FRANK W. BURR BLVD TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.204 | State what the contract or lease is for and the nature of the debtor's interest | Change Order #15 Dated 03/26/2014 | COGNIZANT TECHNOLOGY SOLUTIONS 500 FRANK W. BURR BLVD TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.205 | State what the contract or lease is for and the nature of the debtor's interest | Change Order #26 Dated 02/19/2015 | COGNIZANT TECHNOLOGY SOLUTIONS 500 FRANK W. BURR BLVD TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.206 | State what the contract or lease is for and the nature of the debtor's interest | Attachment 11-A Dated 06/26/2013 | COGNIZANT TECHNOLOGY SOLUTIONS 500 FRANK W. BURR BLVD TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.207 | State what the contract or lease is for and the nature of the debtor's interest | Change Order #9 Dated 11/25/2013 | COGNIZANT TECHNOLOGY SOLUTIONS 500 FRANK W. BURR BLVD TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.208 | State what the contract or lease is for and the nature of the debtor's interest | Attachment 11-A Dated 07/16/2014 | COGNIZANT TECHNOLOGY SOLUTIONS 500 FRANK W. BURR BLVD TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor      iHeartCommunications, Inc.
            Name

Case number *(if known)*   18-31273 (MI)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.209 | State what the contract or lease is for and the nature of the debtor's interest | Change Order #11 Dated 01/29/2014 | COGNIZANT TECHNOLOGY SOLUTIONS 500 FRANK W. BURR BLVD TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.210 | State what the contract or lease is for and the nature of the debtor's interest | Change Order #21 Dated 07/25/2014 | COGNIZANT TECHNOLOGY SOLUTIONS 500 FRANK W. BURR BLVD TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.211 | State what the contract or lease is for and the nature of the debtor's interest | Attachment 11-A Dated 03/18/2014 | COGNIZANT TECHNOLOGY SOLUTIONS 500 FRANK W. BURR BLVD TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.212 | State what the contract or lease is for and the nature of the debtor's interest | Change Order #14 Dated 03/12/2014 | COGNIZANT TECHNOLOGY SOLUTIONS 500 FRANK W. BURR BLVD TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.213 | State what the contract or lease is for and the nature of the debtor's interest | Attachment 11-A Dated 12/19/2013 | COGNIZANT TECHNOLOGY SOLUTIONS 500 FRANK W. BURR BLVD TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.214 | State what the contract or lease is for and the nature of the debtor's interest | Change Order #12 Dated 01/29/2014 | COGNIZANT TECHNOLOGY SOLUTIONS 500 FRANK W. BURR BLVD TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.215 | State what the contract or lease is for and the nature of the debtor's interest | Change Order #18 Dated 05/28/2014 | COGNIZANT TECHNOLOGY SOLUTIONS 500 FRANK W. BURR BLVD TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    iHeartCommunications, Inc.             Case number *(if known)* __18-31273 (MI)__
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.216 | State what the contract or lease is for and the nature of the debtor's interest | Change Order #20 Dated 07/17/2014 | COGNIZANT TECHNOLOGY SOLUTIONS 500 FRANK W. BURR BLVD TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.217 | State what the contract or lease is for and the nature of the debtor's interest | Attachment 11-A Dated 03/06/2014 | COGNIZANT TECHNOLOGY SOLUTIONS 500 FRANK W. BURR BLVD TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.218 | State what the contract or lease is for and the nature of the debtor's interest | Attachment 11-A Dated 12/16/2014 | COGNIZANT TECHNOLOGY SOLUTIONS 500 FRANK W. BURR BLVD TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.219 | State what the contract or lease is for and the nature of the debtor's interest | Change Order #17 Dated 04/28/2014 | COGNIZANT TECHNOLOGY SOLUTIONS 500 FRANK W. BURR BLVD TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.220 | State what the contract or lease is for and the nature of the debtor's interest | Change Order #05 Dated 06/08/2015 | COGNIZANT TECHNOLOGY SOLUTIONS 500 FRANK W. BURR BLVD TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.221 | State what the contract or lease is for and the nature of the debtor's interest | Attachment 11-A Dated 10/02/2013 | COGNIZANT TECHNOLOGY SOLUTIONS 500 FRANK W. BURR BLVD TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.222 | State what the contract or lease is for and the nature of the debtor's interest | Change Order #40 Dated 12/22/2016 | COGNIZANT TECHNOLOGY SOLUTIONS 500 FRANK W. BURR BLVD TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor _____iHeartCommunications, Inc._____
            Name

Case number (if known) __18-31273 (MI)__

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.223 | State what the contract or lease is for and the nature of the debtor's interest | Change Order #46 Dated 07/05/2017 | COGNIZANT TECHNOLOGY SOLUTIONS<br>500 FRANK W. BURR BLVD<br>TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.224 | State what the contract or lease is for and the nature of the debtor's interest | Attachment 11-A Dated 08/29/2013 | COGNIZANT TECHNOLOGY SOLUTIONS<br>500 FRANK W. BURR BLVD<br>TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.225 | State what the contract or lease is for and the nature of the debtor's interest | Attachment 11-A Dated 05/08/2014 | COGNIZANT TECHNOLOGY SOLUTIONS<br>500 FRANK W. BURR BLVD<br>TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.226 | State what the contract or lease is for and the nature of the debtor's interest | Attachment 11-A Dated 03/29/2013 | COGNIZANT TECHNOLOGY SOLUTIONS<br>500 FRANK W. BURR BLVD<br>TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.227 | State what the contract or lease is for and the nature of the debtor's interest | Change Order #22 Dated 08/06/2014 | COGNIZANT TECHNOLOGY SOLUTIONS<br>500 FRANK W. BURR BLVD<br>TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.228 | State what the contract or lease is for and the nature of the debtor's interest | Change Order #1 Dated 02/07/2014 | COGNIZANT TECHNOLOGY SOLUTIONS<br>500 FRANK W. BURR BLVD<br>TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.229 | State what the contract or lease is for and the nature of the debtor's interest | Change Order #38 Dated 09/12/2016 | COGNIZANT TECHNOLOGY SOLUTIONS<br>500 FRANK W. BURR BLVD<br>TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor     iHeartCommunications, Inc.
Name

Case number (if known)   18-31273 (MI)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.230 | State what the contract or lease is for and the nature of the debtor's interest | Change Order #45 Dated 06/06/2017 | COGNIZANT TECHNOLOGY SOLUTIONS<br>500 FRANK W. BURR BLVD<br>TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.231 | State what the contract or lease is for and the nature of the debtor's interest | Attachment 11-A Dated 04/21/2014 | COGNIZANT TECHNOLOGY SOLUTIONS<br>500 FRANK W. BURR BLVD<br>TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.232 | State what the contract or lease is for and the nature of the debtor's interest | Attachment 11-A Dated 06/30/2014 | COGNIZANT TECHNOLOGY SOLUTIONS<br>500 FRANK W. BURR BLVD<br>TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.233 | State what the contract or lease is for and the nature of the debtor's interest | Change Order #42 Dated 01/16/2017 | COGNIZANT TECHNOLOGY SOLUTIONS<br>500 FRANK W. BURR BLVD<br>TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.234 | State what the contract or lease is for and the nature of the debtor's interest | Change Order #32 Dated 10/27/2015 | COGNIZANT TECHNOLOGY SOLUTIONS<br>500 FRANK W. BURR BLVD<br>TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.235 | State what the contract or lease is for and the nature of the debtor's interest | Change Order #43 Dated 03/30/2017 | COGNIZANT TECHNOLOGY SOLUTIONS<br>500 FRANK W. BURR BLVD<br>TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.236 | State what the contract or lease is for and the nature of the debtor's interest | Change Order #16 Dated 04/23/2014 | COGNIZANT TECHNOLOGY SOLUTIONS<br>500 FRANK W. BURR BLVD<br>TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor ___iHeartCommunications, Inc.___     Case number *(if known)* __18-31273 (MI)__
Name



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.237 | State what the contract or lease is for and the nature of the debtor's interest | Change Order #33 Dated 02/12/2016 | COGNIZANT TECHNOLOGY SOLUTIONS 500 FRANK W. BURR BLVD TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.238 | State what the contract or lease is for and the nature of the debtor's interest | Change Order #13 Dated 03/12/2014 | COGNIZANT TECHNOLOGY SOLUTIONS 500 FRANK W. BURR BLVD TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.239 | State what the contract or lease is for and the nature of the debtor's interest | Change Order #14 Dated 03/12/2014 | COGNIZANT TECHNOLOGY SOLUTIONS 500 FRANK W. BURR BLVD TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.240 | State what the contract or lease is for and the nature of the debtor's interest | Change Order #12 Dated 01/29/2014 | COGNIZANT TECHNOLOGY SOLUTIONS 500 FRANK W. BURR BLVD TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.241 | State what the contract or lease is for and the nature of the debtor's interest | Change Order #10 Dated 11/25/2013 | COGNIZANT TECHNOLOGY SOLUTIONS 500 FRANK W. BURR BLVD TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.242 | State what the contract or lease is for and the nature of the debtor's interest | Change Order #04 Dated 03/12/2015 | COGNIZANT TECHNOLOGY SOLUTIONS 500 FRANK W. BURR BLVD TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.243 | State what the contract or lease is for and the nature of the debtor's interest | Attachment 11-A Dated 10/01/2014 | COGNIZANT TECHNOLOGY SOLUTIONS 500 FRANK W. BURR BLVD TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    iHeartCommunications, Inc.            Case number *(if known)* 18-31273 (MI)
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.244 | State what the contract or lease is for and the nature of the debtor's interest | Attachment 11-A Dated 12/19/2013 | COGNIZANT TECHNOLOGY SOLUTIONS 500 FRANK W. BURR BLVD TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.245 | State what the contract or lease is for and the nature of the debtor's interest | Change Order #17 Dated 04/28/2014 | COGNIZANT TECHNOLOGY SOLUTIONS 500 FRANK W. BURR BLVD TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.246 | State what the contract or lease is for and the nature of the debtor's interest | Change Order #19 Dated 06/12/2014 | COGNIZANT TECHNOLOGY SOLUTIONS 500 FRANK W. BURR BLVD TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.247 | State what the contract or lease is for and the nature of the debtor's interest | Change Order #41 Dated 12/26/2016 | COGNIZANT TECHNOLOGY SOLUTIONS 500 FRANK W. BURR BLVD TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.248 | State what the contract or lease is for and the nature of the debtor's interest | Attachment 11-A Dated 08/26/2013 | COGNIZANT TECHNOLOGY SOLUTIONS 500 FRANK W. BURR BLVD TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.249 | State what the contract or lease is for and the nature of the debtor's interest | Attachment 11-A Dated 06/26/2013 | COGNIZANT TECHNOLOGY SOLUTIONS 500 FRANK W. BURR BLVD TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.250 | State what the contract or lease is for and the nature of the debtor's interest | Change Order #8 Dated 04/19/2013 | COGNIZANT TECHNOLOGY SOLUTIONS 500 FRANK W. BURR BLVD TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   iHeartCommunications, Inc.
Name

Case number (if known)   18-31273 (MI)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.251 | State what the contract or lease is for and the nature of the debtor's interest | Attachment 11-A Dated 02/05/2014 | COGNIZANT TECHNOLOGY SOLUTIONS 500 FRANK W. BURR BLVD TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.252 | State what the contract or lease is for and the nature of the debtor's interest | Attachment 11-A Dated 12/09/2014 | COGNIZANT TECHNOLOGY SOLUTIONS 500 FRANK W. BURR BLVD TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.253 | State what the contract or lease is for and the nature of the debtor's interest | Change Order #43 Dated 04/03/2017 | COGNIZANT TECHNOLOGY SOLUTIONS 500 FRANK W. BURR BLVD TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.254 | State what the contract or lease is for and the nature of the debtor's interest | Change Order #12 Dated 01/29/2014 | COGNIZANT TECHNOLOGY SOLUTIONS 500 FRANK W. BURR BLVD TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.255 | State what the contract or lease is for and the nature of the debtor's interest | Change Order #07 Dated 01/10/2016 | COGNIZANT TECHNOLOGY SOLUTIONS 500 FRANK W. BURR BLVD TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.256 | State what the contract or lease is for and the nature of the debtor's interest | Change Order #13 Dated 03/12/2014 | COGNIZANT TECHNOLOGY SOLUTIONS 500 FRANK W. BURR BLVD TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.257 | State what the contract or lease is for and the nature of the debtor's interest | Attachment 11-A Dated 07/01/2013 | COGNIZANT TECHNOLOGY SOLUTIONS 500 FRANK W. BURR BLVD TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor ___iHeartCommunications, Inc._____   Case number (if known) __18-31273 (MI)__
            Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.258 | State what the contract or lease is for and the nature of the debtor's interest | Change Order #30 Dated 09/09/2015 | COGNIZANT TECHNOLOGY SOLUTIONS 500 FRANK W. BURR BLVD TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.259 | State what the contract or lease is for and the nature of the debtor's interest | Attachment 11-A Dated 01/02/2015 | COGNIZANT TECHNOLOGY SOLUTIONS 500 FRANK W. BURR BLVD TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.260 | State what the contract or lease is for and the nature of the debtor's interest | Change Order #8 Dated 04/16/2013 | COGNIZANT TECHNOLOGY SOLUTIONS 500 FRANK W. BURR BLVD TEANECK, NJ 07666 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.261 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement - Invoice Dated 12/07/2015 | COMPUTER SOLUTIONS 814 ARION PARKWAY, SUITE 101 SAN ANTONIO, TX 78216 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.262 | State what the contract or lease is for and the nature of the debtor's interest | Voucher Cover Page Dated 04/30/2015 | COMPUTER SOLUTIONS 814 ARION PARKWAY, SUITE 101 SAN ANTONIO, TX 78216 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.263 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement - Multiple Invoices Dated 01/01/2015 | COMPUTER SOLUTIONS 814 ARION PARKWAY, SUITE 101 SAN ANTONIO, TX 78216 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.264 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement - Invoice Dated 01/01/2015 | COMPUTER SOLUTIONS 814 ARION PARKWAY, SUITE 101 SAN ANTONIO, TX 78216 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor _____iHeartCommunications, Inc._____  Case number *(if known)* __18-31273 (MI)__
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.265 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement - Invoice Dated 02/01/2015 | COMPUTER SOLUTIONS 814 ARION PARKWAY, SUITE 101 SAN ANTONIO, TX 78216 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.266 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement - Invoice Dated 03/01/2015 | COMPUTER SOLUTIONS 814 ARION PARKWAY, SUITE 101 SAN ANTONIO, TX 78216 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.267 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement - Invoice Dated 04/01/2015 | COMPUTER SOLUTIONS 814 ARION PARKWAY, SUITE 101 SAN ANTONIO, TX 78216 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.268 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement - Invoice Dated 05/01/2015 | COMPUTER SOLUTIONS 814 ARION PARKWAY, SUITE 101 SAN ANTONIO, TX 78216 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.269 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement - Invoice Dated 06/01/2015 | COMPUTER SOLUTIONS 814 ARION PARKWAY, SUITE 101 SAN ANTONIO, TX 78216 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.270 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement - Invoice Dated 07/01/2015 | COMPUTER SOLUTIONS 814 ARION PARKWAY, SUITE 101 SAN ANTONIO, TX 78216 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.271 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement - Invoice Dated 08/01/2015 | COMPUTER SOLUTIONS 814 ARION PARKWAY, SUITE 101 SAN ANTONIO, TX 78216 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    iHeartCommunications, Inc.
          Name

Case number (if known)   18-31273 (MI)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.272 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement - Invoice Dated 09/01/2015 | COMPUTER SOLUTIONS 814 ARION PARKWAY, SUITE 101 SAN ANTONIO, TX 78216 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.273 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement - Invoice Dated 10/01/2015 | COMPUTER SOLUTIONS 814 ARION PARKWAY, SUITE 101 SAN ANTONIO, TX 78216 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.274 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement - Invoice Dated 11/01/2015 | COMPUTER SOLUTIONS 814 ARION PARKWAY, SUITE 101 SAN ANTONIO, TX 78216 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.275 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement - Invoice Dated 12/01/2015 | COMPUTER SOLUTIONS 814 ARION PARKWAY, SUITE 101 SAN ANTONIO, TX 78216 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.276 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement - Invoice Dated 02/01/2016 | COMPUTER SOLUTIONS 814 ARION PARKWAY, SUITE 101 SAN ANTONIO, TX 78216 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.277 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement - Invoice Dated 03/01/2016 | COMPUTER SOLUTIONS 814 ARION PARKWAY, SUITE 101 SAN ANTONIO, TX 78216 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.278 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement - Invoice Dated 04/01/2016 | COMPUTER SOLUTIONS 814 ARION PARKWAY, SUITE 101 SAN ANTONIO, TX 78216 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor ___iHeartCommunications, Inc.___
Name

Case number (if known) __18-31273 (MI)__

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.279 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 10/22/2009 | COMPUTER SOLUTIONS<br>814 ARION PARKWAY, SUITE 101<br>SAN ANTONIO, TX 78216 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.280 | State what the contract or lease is for and the nature of the debtor's interest | Fast Track Purchase Order Dated 08/15/2010 | COMSYS SERVICES LLC<br>3512 PAESANOS PKWY<br>SUITE 204<br>SAN ANTONIO, TX 78231 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.281 | State what the contract or lease is for and the nature of the debtor's interest | Fast Track Purchase Order Dated 08/31/2010 | COMSYS SERVICES LLC<br>3512 PAESANOS PARKWAY<br>SUITE 204<br>SAN ANTONIO, TX 78231 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.282 | State what the contract or lease is for and the nature of the debtor's interest | Fast Track Purchase Order Dated 12/28/2009 | COMSYS SERVICES LLC<br>3512 PAESANOS PARKWAY<br>SUITE 204<br>SAN ANTONIO, TX 78231 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.283 | State what the contract or lease is for and the nature of the debtor's interest | Fast Track Purchase Order Dated 06/29/2010 | COMSYS SERVICES LLC<br>3512 PAESANOS PARKWAY<br>SUITE 204<br>SAN ANTONIO, TX 78231 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.284 | State what the contract or lease is for and the nature of the debtor's interest | Fast Track Purchase Order Dated 07/06/2010 | COMSYS SERVICES LLC<br>3512 PAESANOS PARKWAY<br>SUITE 204<br>SAN ANTONIO, TX 78231 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.285 | State what the contract or lease is for and the nature of the debtor's interest | Invoice Dated 08/15/2007 | COMSYS SERVICES LLC<br>PO BOX 60260<br>CHARLOTTE, NC 28260 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   iHeartCommunications, Inc.
Name

Case number (if known)   18-31273 (MI)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.286** | State what the contract or lease is for and the nature of the debtor's interest | Exhibit A Dated 12/16/2009 | COMSYS SERVICES LLC<br>PO BOX 60260<br>CHARLOTTE, NC 28260 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.287** | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement - Invoice Dated 01/14/2000 | CONCUR TECHNOLOGIES, INC.<br>ATTN: ACCOUNTS RECEIVABLE<br>6222 185TH AVE. NE<br>REDMOND, WA 98052 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.288** | State what the contract or lease is for and the nature of the debtor's interest | Corporate Discount Agreement Dated 12/01/2010 | CONTINENTAL AIRLINES, INC.<br>1600 SMITH ST. HQS-SP<br>HOUSTON, TX 77002 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.289** | State what the contract or lease is for and the nature of the debtor's interest | Participation Agreement Dated 07/15/2009 | CORETRUST PURCHASING GROUP<br>ATTN: VICE PRESIDENT, MARKET DEVELOPMENT<br>115 FRANKLIN RD.<br>SUITE 400<br>BRENTWOOD, TN 37027 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.290** | State what the contract or lease is for and the nature of the debtor's interest | Purchasing Group Participation Agreement  Dated 07/15/2009 | CORETRUST PURCHASING GROUP<br>155 FRANKLIN ROAD<br>SUITE 400<br>SUITE 400<br>BRENTWOOD, TN 37027 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.291** | State what the contract or lease is for and the nature of the debtor's interest | Amendment  Dated 01/08/2010 | CORETRUST PURCHASING GROUP<br>155 FRANKLIN ROAD<br>SUITE 400<br>SUITE 400<br>BRENTWOOD, TN 37027 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.292** | State what the contract or lease is for and the nature of the debtor's interest | Amendment Dated 04/01/2011 | CORETRUST PURCHASING GROUP<br>155 FRANKLIN ROAD<br>SUITE 400<br>SUITE 400<br>BRENTWOOD, TN 37027 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor     iHeartCommunications, Inc.
Name

Case number (if known) __18-31273 (MI)__



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.293 | **State what the contract or lease is for and the nature of the debtor's interest** | Participation Agreement Amendment to Add Committed Category Dated 01/08/2010 | CORETRUST PURCHASING GROUP<br>155 FRANKLIN ROAD<br>SUITE 400<br>SUITE 400<br>BRENTWOOD, TN 37027 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.294 | **State what the contract or lease is for and the nature of the debtor's interest** | Participation Agreement Amendment to Add Committed Category Dated 04/01/2011 | CORETRUST PURCHASING GROUP<br>155 FRANKLIN ROAD<br>SUITE 400<br>SUITE 400<br>BRENTWOOD, TN 37027 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.295 | **State what the contract or lease is for and the nature of the debtor's interest** | Membership Agreement Dated 06/28/2013 | CORPORATE EXECUTIVE BOARD<br>3393 COLLECTION CENTER DR<br>CHICAGO, IL 60693 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.296 | **State what the contract or lease is for and the nature of the debtor's interest** | Addendum to Membership Agreement Dated 12/31/2013 | CORPORATE EXECUTIVE BOARD<br>3393 COLLECTION CENTER DR<br>CHICAGO, IL 60693 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.297 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract Agreement Dated 06/06/2010 | COUNTERPARTY NAME ON FILE 2018-161154<br>ADDRESS ON FILE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.298 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement Dated 11/22/2013 | COUNTERPARTY NAME ON FILE 2018-175200<br>ADDRESS ON FILE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.299 | **State what the contract or lease is for and the nature of the debtor's interest** | Statement of Work  Dated 01/26/2010 | COUNTERPARTY NAME ON FILE 2018-95436<br>ADDRESS ON FILE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor ___iHeartCommunications, Inc._____     Case number (if known) __18-31273 (MI)___
       Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.300 | State what the contract or lease is for and the nature of the debtor's interest | Guarantee of Talent Agreement | COUNTERPARTY NAME ON FILE ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.301 | State what the contract or lease is for and the nature of the debtor's interest | Agreement Dated 03/13/2008 | COVAST CORPORATION 3340 PEACHTREE ROAD NE TOWER PLACE SUITE 1800 ATLANTA, GA 30326 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.302 | State what the contract or lease is for and the nature of the debtor's interest | Evaluation Agreement Dated 05/13/2005 | COVAST CORPORATION 3340 PEACHTREE ROAD NE TOWER PLACE SUITE 1800 ATLANTA, GA 30326 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.303 | State what the contract or lease is for and the nature of the debtor's interest | Software License Agreement Dated 08/05/1999 | CRITICAL TECHNOLOGIES, LLC ATTN: NICHOLAS V. DUNCAN 100 PARK AVENUE, SUITE 500 OKLAHOMA CITY, OK 73102 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.304 | State what the contract or lease is for and the nature of the debtor's interest | Letter Dated 04/23/2009 | CRS ASSOCIATES LLC 14 EDGEWOOD DRIVE SUMMIT, NJ 07901 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.305 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work 4 Dated 01/01/2012 | DAN LARSON GROUP LLC 405 S. DALE MABRY HWY, STE 105 TAMPA, FL 33609 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.306 | State what the contract or lease is for and the nature of the debtor's interest | Restriping of 200 Basse Parking Garage | DARREN CASEY INTERESTS, INC. 200 EAST BASSE SUITE 300 SAN ANTONIO, TX 78209 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor ___iHeartCommunications, Inc._____   Case number *(if known)* __18-31273 (MI)__
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.307** | State what the contract or lease is for and the nature of the debtor's interest | Service Letter Dated 11/22/2004 | DEACON RECRUITING<br>12500 SAN PEDRO<br>SUITE 140<br>SAN ANTONINO, TX 78216 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.308** | State what the contract or lease is for and the nature of the debtor's interest | Agreement Letter Dated 10/21/2013 | DELOITTE CONSULTING LLP<br>25 BROADWAY<br>NEW YORK, NY 10004 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.309** | State what the contract or lease is for and the nature of the debtor's interest | Engagement Letter Dated 10/21/2013 | DELOITTE CONSULTING LLP<br>ATTN: DANIEL M. SIEGEL<br>PRINCIPAL<br>100 KIMBALL DRIVE<br>PARSIPPANY , NJ 07054 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.310** | State what the contract or lease is for and the nature of the debtor's interest | Master Consulting Services Agreement  Dated 09/28/2012 | DENIM GROUP, LTD.<br>ATTN: GENERAL PARTNER<br>3463 MAGIC DRIVE<br>SUITE 315<br>SAN ANTONIO, TX 78229 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.311** | State what the contract or lease is for and the nature of the debtor's interest | Letter of Credit Agreement & Letter Dated 03/29/2010 | DEUTSCHE BANK AG<br>ATTN: TRADE SERVICES<br>60 WALL STREET<br>25TH FLOOR<br>NEW YORK, NY 10005-2858 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.312** | State what the contract or lease is for and the nature of the debtor's interest | Sales & Marketing Solutions Order Form  Dated 07/01/2005 | DUN & BRADSTREET<br>NEEL CHAUHAN<br>LEADER PRODUCT MANAGEMENT<br>103 JFK PARKWAY<br>SHORT HILLS, NJ 07078 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.313** | State what the contract or lease is for and the nature of the debtor's interest | Order Form  Dated 12/19/2007 | DUN & BRADSTREET<br>NEEL CHAUHAN<br>LEADER PRODUCT MANAGEMENT<br>103 JFK PARKWAY<br>SHORT HILLS, NJ 07078 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    iHeartCommunications, Inc.
Name

Case number (if known)   18-31273 (MI)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.314 | State what the contract or lease is for and the nature of the debtor's interest | Order Form  Dated 12/19/2005 | DUN & BRADSTREET NEEL CHAUHAN LEADER PRODUCT MANAGEMENT 103 JFK PARKWAY SHORT HILLS, NJ 07078 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.315 | State what the contract or lease is for and the nature of the debtor's interest | Order Form  Dated 04/03/2006 | DUN & BRADSTREET NEEL CHAUHAN LEADER PRODUCT MANAGEMENT 103 JFK PARKWAY SHORT HILLS, NJ 07078 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.316 | State what the contract or lease is for and the nature of the debtor's interest | Guarantee of Office/Studio Lease - Phoenix, AZ Studios, Music, Outdoor, 4686 E. Van Buren St, Phoenix, AZ 85008-0959 | EAST GATEWAY CENTER LLC C/O PACIFICA PROPERTY MGMT COMPANY 200 E. CARRILLO STREET, SUITE 100 SANTA BARBARA, CA 93101 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.317 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement Dated 01/01/2008 | ELEMENT K ATTN:  LEGAL DEPARTMENT 500 CANAL VIEW BOULEVARD ROCHESTER, NY 14623 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.318 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement - Quote Dated 03/04/2007 | EMC CORP. 2831 MISSION COLLEGE BOULEVARD PO BOX 58199 SANTA CLARA, CA 95052-8199 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.319 | State what the contract or lease is for and the nature of the debtor's interest | Work Order  Dated 03/06/2013 | EMPLOYMENT CONTRACTOR SERVICES INC. 1 KATTELVILLE ROAD SUITE 4 BINGHAMTON, NY 13901 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.320 | State what the contract or lease is for and the nature of the debtor's interest | Work Order  Dated 08/01/2012 | EMPLOYMENT CONTRACTOR SERVICES INC. 1 KATTELVILLE ROAD SUITE 4 BINGHAMTON, NY 13901 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    iHeartCommunications, Inc.
          Name

Case number (if known)   18-31273 (MI)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.321 | State what the contract or lease is for and the nature of the debtor's interest | Work Order  Dated 07/27/2012 | EMPLOYMENT CONTRACTOR SERVICES INC. 1 KATTELVILLE ROAD SUITE 4 BINGHAMTON, NY 13901 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.322 | State what the contract or lease is for and the nature of the debtor's interest | Work Order  Dated 07/07/2012 | EMPLOYMENT CONTRACTOR SERVICES INC. 1 KATTELVILLE ROAD SUITE 4 BINGHAMTON, NY 13901 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.323 | State what the contract or lease is for and the nature of the debtor's interest | Work Order  Dated 03/06/2013 | EMPLOYMENT CONTRACTOR SERVICES INC. 1 KATTELVILLE ROAD SUITE 4 BINGHAMTON, NY 13901 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.324 | State what the contract or lease is for and the nature of the debtor's interest | Work Order  Dated 03/06/2013 | EMPLOYMENT CONTRACTOR SERVICES INC. 1 KATTELVILLE ROAD SUITE 4 BINGHAMTON, NY 13901 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.325 | State what the contract or lease is for and the nature of the debtor's interest | Client Staffing Services Agreement Dated 07/27/2012 | EMPLOYMENT CONTRACTOR SERVICES INC. 1 KATTELVILLE ROAD SUITE 4 BINGHAMTON, NY 13901 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.326 | State what the contract or lease is for and the nature of the debtor's interest | Work Order Dated 08/01/2012 | EMPLOYMENT CONTRACTOR SERVICES INC. 1 KATTELVILLE ROAD SUITE 4 BINGHAMTON, NY 13901 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.327 | State what the contract or lease is for and the nature of the debtor's interest | Work Order  Dated 03/06/2013 | EMPLOYMENT CONTRACTOR SERVICES INC. 1 KATTELVILLE ROAD SUITE 4 BINGHAMTON, NY 13901 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    iHeartCommunications, Inc.
          Name                                                                    Case number (if known)  18-31273 (MI)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.328 | State what the contract or lease is for and the nature of the debtor's interest | Work Order  Dated 12/11/2014 | EMPLOYMENT CONTRACTOR SERVICES INC.<br>1 KATTELVILLE ROAD<br>SUITE 4<br>BINGHAMTON, NY 13901 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| 2.329 | State what the contract or lease is for and the nature of the debtor's interest | Work Order  Dated 08/01/2012 | EMPLOYMENT CONTRACTOR SERVICES INC.<br>1 KATTELVILLE ROAD<br>SUITE 4<br>BINGHAMTON, NY 13901 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| 2.330 | State what the contract or lease is for and the nature of the debtor's interest | Work Order  Dated 09/27/2012 | EMPLOYMENT CONTRACTOR SERVICES INC.<br>1 KATTELVILLE ROAD<br>SUITE 4<br>BINGHAMTON, NY 13901 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| 2.331 | State what the contract or lease is for and the nature of the debtor's interest | Work Order  Dated 12/11/2014 | EMPLOYMENT CONTRACTOR SERVICES INC.<br>1 KATTELVILLE ROAD<br>SUITE 4<br>BINGHAMTON, NY 13901 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| 2.332 | State what the contract or lease is for and the nature of the debtor's interest | Certificate of Liability Insurance Dated 03/11/2013 | EMPLOYMENT CONTRACTOR SERVICES, INC.<br>1 KATTELVILLE ROAD<br>SUITE 4<br>BINGHAMTOM, NY 13901 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| 2.333 | State what the contract or lease is for and the nature of the debtor's interest | Client Staffing Services Agreement Dated 07/27/2012 | EMPLOYMENT CONTRACTOR SERVICES, INC.<br>1 KATTELVILLE ROAD<br>SUITE 4<br>BINGHAMTON, NY 13901 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| 2.334 | State what the contract or lease is for and the nature of the debtor's interest | Client Staffing Services Agreement Dated 07/27/2012 | EMPLOYMENT CONTRACTOR SERVICES, INC.<br>1 KATTELVILLE ROAD<br>SUITE 4<br>BINGHAMTON, NY 13901 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |

Debtor    iHeartCommunications, Inc.                     Case number (if known)   18-31273 (MI)
               Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.335 | State what the contract or lease is for and the nature of the debtor's interest | Amendment No. 1 to Master License Agreement Dated 12/30/2013 | ENVIRONMENTAL SYSTEMS RESEARCH INSTITUTE, INC.<br>380 NEW YORK ST.<br>REDLANDS, CA 92373-8100 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.336 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 07/19/2017 | ERNST & YOUNG LLP<br>401 CONGRESS AVE.<br>SUITE 1800<br>AUSTIN, TX 78701 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.337 | State what the contract or lease is for and the nature of the debtor's interest | Amendment to Statement of Work Dated 12/13/2017 | ERNST & YOUNG LLP<br>401 CONGRESS AVE.<br>SUITE 1800<br>AUSTIN, TX 78701 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.338 | State what the contract or lease is for and the nature of the debtor's interest | Audit Engagement Letter Dated 05/03/2017 | ERNST & YOUNG, LLP<br>1700 FROST BANK TOWER<br>100 W HOUSTON STREET<br>SAN ANTONIO, TX 78205 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.339 | State what the contract or lease is for and the nature of the debtor's interest | Work Order Dated 01/01/2014 | EXCELLERENT TECHNOLOGY<br>ATTN: ORNE BEY<br>PRESIDENT<br>SEVEN PARKWAY CENTER, SUITE 180<br>875 GREENTREE ROAD<br>PITTSBURGH, PA 15220 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.340 | State what the contract or lease is for and the nature of the debtor's interest | Work Order Dated 06/17/2013 | EXCELLERENT TECHNOLOGY SOLUTIONS<br>ATTN: ORNE BEY<br>PRESIDENT<br>SEVEN PARKWAY CENTER, SUITE 180<br>875 GREENTREE ROAD<br>PITTSBURGH, PA 15220 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.341 | State what the contract or lease is for and the nature of the debtor's interest | Work Order Dated 03/31/2014 | EXCELLERENT TECHNOLOGY SOLUTIONS<br>ATTN: ORNE BEY<br>PRESIDENT<br>SEVEN PARKWAY CENTER, SUITE 180<br>875 GREENTREE ROAD<br>PITTSBURGH, PA 15220 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    iHeartCommunications, Inc.                                        Case number *(if known)* __18-31273 (MI)__
        Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.342 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement Dated 08/24/2012 | EXCELLERENT TECHNOLOGY SOLUTIONS, INC.<br>875 GREENTREE ROAD<br>SEVEN PARKWAY CENTER, SUITE 180<br>PITTSBURGH, PA 15220 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.343 | **State what the contract or lease is for and the nature of the debtor's interest** | Work Order  Dated 02/03/2014 | EXCELLERENT TECHNOLOGY SOLUTIONS<br>ATTN: ORNE BEY<br>PRESIDENT<br>STEVEN PARKWAY CENTER, SUITE 180<br>875 GREENTREE ROAD<br>PITTSBURGH, PA 15220 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.344 | **State what the contract or lease is for and the nature of the debtor's interest** | Work Order  Dated 09/18/2013 | EXCELLERENT TECHNOLOGY SOLUTIONS<br>ATTN: ORNE BEY<br>PRESIDENT<br>SEVEN PARKWAY CENTER, SUITE 180<br>875 GREENTREE ROAD<br>PITTSBURGH, PA 15220 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.345 | **State what the contract or lease is for and the nature of the debtor's interest** | Work Order  Dated 09/18/2013 | EXCELLERENT TECHNOLOGY SOLUTIONS<br>ATTN: ORNE BEY<br>PRESIDENT<br>SEVEN PARKWAY CENTER, SUITE 180<br>875 GREENTREE ROAD<br>PITTSBURGH, PA 15220 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.346 | **State what the contract or lease is for and the nature of the debtor's interest** | Work Order  Dated 01/01/2014 | EXCELLERENT TECHNOLOGY SOLUTIONS<br>ATTN: ORNE BEY<br>PRESIDENT<br>SEVEN PARKWAY CENTER, SUITE 180<br>875 GREENTREE ROAD<br>PITTSBURGH, PA 15220 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.347 | **State what the contract or lease is for and the nature of the debtor's interest** | Work Order Dated 03/05/2013 | EXCELLERENT TECHNOLOGY SOLUTIONS<br>ATTN: ORNE BEY<br>PRESIDENT<br>SEVEN PARKWAY CENTER, SUITE 180<br>875 GREENTREE ROAD<br>PITTSBURGH, PA 15220 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.348 | **State what the contract or lease is for and the nature of the debtor's interest** | Work Order  Dated 05/29/2013 | EXCELLERENT TECHNOLOGY SOLUTIONS<br>ATTN: ORNE BEY<br>PRESIDENT<br>SEVEN PARKWAY CENTER, SUITE 180<br>875 GREENTREE ROAD<br>PITTSBURGH, PA 15220 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor    iHeartCommunications, Inc.
          Name

Case number (if known)   18-31273 (MI)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.349 | State what the contract or lease is for and the nature of the debtor's interest | Work Order  Dated 04/17/2013 | EXCELLERENT TECHNOLOGY SOLUTIONS ATTN: ORNE BEY PRESIDENT SEVEN PARKWAY CENTER, SUITE 180 875 GREENTREE ROAD PITTSBURGH, PA 15220 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.350 | State what the contract or lease is for and the nature of the debtor's interest | Work Order Dated 03/31/2014 | EXCELLERENT TECHNOLOGY SOLUTIONS ATTN: ORNE BEY PRESIDENT SEVEN PARKWAY CENTER, SUITE 180 875 GREENTREE ROAD PITTSBURGH, PA 15220 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.351 | State what the contract or lease is for and the nature of the debtor's interest | Work Order  Dated 05/01/2014 | EXCELLERENT TECHNOLOGY SOLUTIONS ATTN: ORNE BEY PRESIDENT SEVEN PARKWAY CENTER, SUITE 180 875 GREENTREE ROAD PITTSBURGH, PA 15220 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.352 | State what the contract or lease is for and the nature of the debtor's interest | Work Order Dated 08/28/2014 | EXCELLERENT TECHNOLOGY SOLUTIONS ATTN: ORNE BEY PRESIDENT SEVEN PARKWAY CENTER, SUITE 180 875 GREENTREE ROAD PITTSBURGH, PA 15220 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.353 | State what the contract or lease is for and the nature of the debtor's interest | Work Order  Dated 03/01/2013 | EXCELLERENT TECHNOLOGY SOLUTIONS ATTN: ORNE BEY PRESIDENT SEVEN PARKWAY CENTER, SUITE 180 875 GREENTREE ROAD PITTSBURGH, PA 15220 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.354 | State what the contract or lease is for and the nature of the debtor's interest | Work Order  Dated 03/31/2014 | EXCELLERENT TECHNOLOGY SOLUTIONS ATTN: ORNE BEY PRESIDENT SEVEN PARKWAY CENTER, SUITE 180 875 GREENTREE ROAD PITTSBURGH, PA 15220 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.355 | State what the contract or lease is for and the nature of the debtor's interest | Work Order  Dated 12/02/2013 | EXCELLERENT TECHNOLOGY SOLUTIONS ATTN: ORNE BEY PRESIDENT SEVEN PARKWAY CENTER, SUITE 180 875 GREENTREE ROAD PITTSBURGH, PA 15220 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    iHeartCommunications, Inc.                         Case number *(if known)* __18-31273 (MI)__
        Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.356 | State what the contract or lease is for and the nature of the debtor's interest | Work Order  Dated 05/01/2014 | EXCELLERENT TECHNOLOGY SOLUTIONS<br>ATTN: ORNE BEY<br>PRESIDENT<br>SEVEN PARKWAY CENTER, SUITE 180<br>875 GREENTREE ROAD<br>PITTSBURGH, PA 15220 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.357 | State what the contract or lease is for and the nature of the debtor's interest | Work Order  Dated 12/17/2012 | EXCELLERENT TECHNOLOGY SOLUTIONS<br>ATTN: ORNE BEY<br>PRESIDENT<br>SEVEN PARKWAY CENTER, SUITE 180<br>875 GREENTREE ROAD<br>PITTSBURGH, PA 15220 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.358 | State what the contract or lease is for and the nature of the debtor's interest | Advertising Commitment  Dated 04/28/2009 | EXPEDIA, INC.<br>333 108TH AVENUE NE<br>BELLEVUE, WA 98004 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.359 | State what the contract or lease is for and the nature of the debtor's interest | Direct Hire Agreement- Professional Dated 10/03/2013 | EXPERIS US, INC.<br>100 MANPOWER PLACE<br>MILWAUKEE, WI 53212 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.360 | State what the contract or lease is for and the nature of the debtor's interest | Direct Hire Agreement Dated 10/03/2013 | EXPERIS US, INC<br>100 MANPOWER PLACE<br>MILWAUKEE, WI 63212 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.361 | State what the contract or lease is for and the nature of the debtor's interest | Invoice Dated 12/06/2017 | FALCON CREST AVIATION SUPPLY, INC.<br>8318 BRANIFF<br>HOUSTON, TX 77061 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.362 | State what the contract or lease is for and the nature of the debtor's interest | Invoice Dated 12/29/2017 | FALCON CREST AVIATION SUPPLY, INC.<br>8318 BRANIFF<br>HOUSTON, TX 77061 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    iHeartCommunications, Inc.
          Name

Case number *(if known)*   18-31273 (MI)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.363 | State what the contract or lease is for and the nature of the debtor's interest | Invoice Dated 12/21/2017 | FALCON CREST AVIATION SUPPLY, INC.<br>8318 BRANIFF<br>HOUSTON, TX 77061 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.364 | State what the contract or lease is for and the nature of the debtor's interest | Guarantee of Office/Studio Lease - Albany, NY Studios, 1203 Troy Schenectady Road, Latham, NY 12110-1046 | FCA GROUP, LLC<br>22 CENTURY HILL DRIVE, SUITE 301<br>LATHAM, NY 12110 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.365 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work  Dated 02/06/2012 | FIDELITY INFORMATION SERVICES, LLC<br>ATTN: PETER BOUCHER<br>FIDELITY INFORMATION SERVICES<br>601 RIVERSIDE AVENUE<br>JACKSONVILLE, FL 32204 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.366 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work  Dated 02/08/2012 | FIDELITY INFORMATION SERVICES, LLC<br>ATTN CHRIS ROSEN<br>601 RIVERSIDE AVENUE<br>JACKSONVILLE, FL 32204 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.367 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work  Dated 11/28/2011 | FIDELITY INFORMATION SERVICES, LLC<br>ATTN: PETER BOUCHER<br>FIDELITY INFORMATION SERVICES<br>601 RIVERSIDE AVENUE<br>JACKSONVILLE, FL 32204 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.368 | State what the contract or lease is for and the nature of the debtor's interest | Quote and Order Form  Dated 09/05/2013 | FIORANO SOFTWARE INC.<br>230 S. CALIFORNIA AVENUE<br>SUITE 103<br>PALO ALTO, CA 94306 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.369 | State what the contract or lease is for and the nature of the debtor's interest | Quote and Order Form | FIORANO SOFTWARE, INC.<br>230 S. CALIFORNIA AVENUE, SUITE 103<br>PALO ALTO, CA 94306 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor _____iHeartCommunications, Inc._____
Name

Case number (if known) __18-31273 (MI)__

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.370 | State what the contract or lease is for and the nature of the debtor's interest | Service Quote and Order Form  Dated 01/08/2014 | FIORANO SOFTWARE, INC.<br>230 S. CALIFORNIA AVENUE<br>SUITE 103<br>PALO ALTO, CA 94306 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.371 | State what the contract or lease is for and the nature of the debtor's interest | Quote and Order Form  Dated 01/08/2014 | FIORANO SOFTWARE, INC.<br>230 S. CALIFORNIA AVENUE,<br>SUITE 103<br>PALO ALTO, CA 94306 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.372 | State what the contract or lease is for and the nature of the debtor's interest | Fiorano Professional Services and Order Form  Dated 01/08/2014 | FIORANO SOFTWARE, INC.<br>230 S. CALIFORNIA AVENUE<br>SUITE 103<br>PALO ALTO, CA 94306 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.373 | State what the contract or lease is for and the nature of the debtor's interest | Service Quote and Order Form  Dated 02/26/2014 | FLORANO SOFTWARE, INC.<br>220 S. CALIFORNIA AVENUE, SUITE 103<br>PALO ALTO, CA 94306 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.374 | State what the contract or lease is for and the nature of the debtor's interest | License Agreement - Invoice Dated 04/01/2015 | FLUKE NETWORKS<br>PO BOX 777<br>EVERETT, WA 98206 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.375 | State what the contract or lease is for and the nature of the debtor's interest | License Agreement - Invoice Dated 04/01/2016 | FLUKE NETWORKS<br>PO BOX 777<br>EVERETT, WA 98206-0777 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.376 | State what the contract or lease is for and the nature of the debtor's interest | Contract Database Input Form Amendment Dated 01/01/2011 | FOX NEWS NETWORK, LLC<br>ATTN: DIANNE BRANDI<br>1211 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    iHeartCommunications, Inc.             Case number *(if known)* __18-31273 (MI)__
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.377 | State what the contract or lease is for and the nature of the debtor's interest | Contract Database Input Form Dated 05/17/2010 | FOX NEWS NETWORK, LLC ATTN: DIANNE BRANDI 1211 AVENUE OF THE AMERICAS NEW YORK, NY 10036 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.378 | State what the contract or lease is for and the nature of the debtor's interest | Amendment Letter Dated 03/08/2011 | FOX NEWS NETWORK, LLC ATTN: DIANNE BRANDI 1211 AVENUE OF THE AMERICAS NEW YORK, NY 10036 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.379 | State what the contract or lease is for and the nature of the debtor's interest | Contract Database Input Form - Amendment to Master Agreement Dated 01/01/2012 | FOX NEWS NETWORK, LLC ATTN: DIANNE BRANDI 1211 AVENUE OF THE AMERICAS NEW YORK, NY 10036 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.380 | State what the contract or lease is for and the nature of the debtor's interest | Contract Database Input Form Amendment Dated 01/01/2011 | FOX NEWS NETWORK, LLC ATTN: DIANNE BRANDI 1211 AVENUE OF THE AMERICAS NEW YORK, NY 10036 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.381 | State what the contract or lease is for and the nature of the debtor's interest | Letter Amendment to Master Agreement Dated 03/08/2012 | FOX NEWS NETWORK, LLC ATTN: DIANNE BRANDI 1211 AVENUE OF THE AMERICAS NEW YORK, NY 10036 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.382 | State what the contract or lease is for and the nature of the debtor's interest | Letter Amendment to Master Agreement Dated 03/08/2011 | FOX NEWS NETWORK, LLC ATTN: DIANNE BRANDI 1211 AVENUE OF THE AMERICAS NEW YORK, NY 10036 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.383 | State what the contract or lease is for and the nature of the debtor's interest | Radio Broadcast Affiliation Master Agreement Dated 08/03/2010 | FOX NEWS RADIO ATTN: ROBERT FINNERTY 1211 AVENUE OF THE AMERICAS NEW YORK, NY 10036 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor _____iHeartCommunications, Inc._____          Case number *(if known)* __18-31273 (MI)__
              Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.384 | State what the contract or lease is for and the nature of the debtor's interest | Invoice Dated 03/30/2012 | FOX NEWS, LLC<br>1211 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.385 | State what the contract or lease is for and the nature of the debtor's interest | Guarantee of Office/Studio Lease - Minneapolis, MN Studios, Airports, Inergize Media, 1600 Utica Avenue South, 4th & 5th Floors, St. Louis Park, MN 55416 | G&I VII 1600 & MONEYGRAM LLC<br>1550 UTICA AVENUE SOUTH, SUITE 140<br>ATTENTION: JOE LIPUMA<br>ST. LOUIS PARK, MN 55416 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.386 | State what the contract or lease is for and the nature of the debtor's interest | Guarantee of Office/Studio Lease - Katz San Francisco, 101 Mission Street, San Francisco, CA 94105 | GA MISSION LLC<br>7 GIRALDA FARMS<br>ATTN: GREG SHANKLIN, ESQUIRE<br>MADISON, NJ 07940 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.387 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement  Dated 12/01/2016 | GARTNER, INC.<br>56 TOP GALLANT RD.<br>STANFORD, CT 06904 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.388 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement Dated 10/01/2017 | GARTNER, INC.<br>56 TOP GALLANT ROAD<br>STAMFORD, CT 06904 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.389 | State what the contract or lease is for and the nature of the debtor's interest | Purchase & Marketing Agreement Dated 08/02/2012 | GE FLEET SERVICES<br>THREE CAPITAL DRIVE<br>EDEN PRAIRIE, MN 55344 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.390 | State what the contract or lease is for and the nature of the debtor's interest | Amendment to Master Lease Agreement Dated 06/04/2010 | GE FLEET SERVICES<br>THREE CAPITAL DRIVE<br>EDEN PRAIRIE, MN 55344 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   iHeartCommunications, Inc.   Case number (if known)   18-31273 (MI)
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.391 | State what the contract or lease is for and the nature of the debtor's interest | Purchase & Marketing Agreement - Schedule of Rates Dated 08/02/2012 | GE FLEET SERVICES<br>THREE CAPITAL DRIVE<br>EDEN PRAIRIE, MN 55344 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.392 | State what the contract or lease is for and the nature of the debtor's interest | Amendment and Rate Schedule Dated 04/14/2010 | GE FLEET SERVICES<br>THREE CAPITAL DRIVE<br>EDEN PRAIRIE, MN 55344 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.393 | State what the contract or lease is for and the nature of the debtor's interest | Amendment to Master Lease Agreement  Dated 06/04/2010 | GE FLEET SERVICES<br>THREE CAPITAL DRIVE<br>EDEN PRAIRIE, MN 55344 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.394 | State what the contract or lease is for and the nature of the debtor's interest | Name Change Agreement Dated 04/01/2015 | GE FLEET SERVICES<br>THREE CAPITAL DRIVE<br>EDEN PRAIRIE, MN 55344 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.395 | State what the contract or lease is for and the nature of the debtor's interest | Letter of Credit Agreement & Letter Dated 03/29/2010 | GELCO CORPORATION D/B/A GE FLEET SERVICES<br>ATTN: CEFS CREDIT MANAGER<br>THREE CAPITAL DRIVE<br>EDEN PRAIRIE, MN 55344 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.396 | State what the contract or lease is for and the nature of the debtor's interest | Fleet Management Solutions Addendum  Dated 04/14/2010 | GELCO CORPORATION D/B/A GE FLEET SERVICES<br>THREE CAPITAL DRIVE<br>EDEN PRAIRIE, MN 55344 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.397 | State what the contract or lease is for and the nature of the debtor's interest | Purchase & Marketing Agreement (Interim Interest) Dated 03/30/2012 | GELCO CORPORATION D/B/A GE FLEET SERVICES<br>THREE CAPITAL DRIVE<br>EDEN PRAIRIE, MN 55344 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   iHeartCommunications, Inc.
Name

Case number *(if known)*   18-31273 (MI)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.398 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement  Dated 04/14/2010 | GELCO CORPORATION D/B/A GE FLEET SERVICES THREE CAPITAL DRIVE EDEN PRAIRIE, MN 55344 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.399 | State what the contract or lease is for and the nature of the debtor's interest | Master Lease Agreement: Amendment and Rate Schedule Dated 12/16/2010 | GELCO CORPORATION D/B/A GE FLEET SERVICES THREE CAPITAL DRIVE EDEN PRAIRIE, MN 55344 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.400 | State what the contract or lease is for and the nature of the debtor's interest | Amendment to Master Lease Agreement re: Chevrolet Silverado Dated 11/09/2012 | GELCO CORPORATION D/B/A GE FLEET SERVICES THREE CAPITAL DRIVE EDEN PRAIRIE, MN 55344 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.401 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement Dated 04/14/2010 | GELCO CORPORATION D/B/A GE FLEET SERVICES THREE CAPITAL DRIVE EDEN PRAIRIE, MN 55344 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.402 | State what the contract or lease is for and the nature of the debtor's interest | Letter of Credit Agreement  Dated 03/29/2010 | GELCO CORPORATION D/B/A GE FLEET SERVICES THREE CAPITAL DRIVE EDEN PRAIRIE, MN 55344 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.403 | State what the contract or lease is for and the nature of the debtor's interest | Master Lease Agreement Amendment and Rate Schedule - Interim Rental Dated 12/16/2010 | GELCO CORPORATION D/B/A GE FLEET SERVICES THREE CAPITAL DRIVE EDEN PRAIRIE, MN 55344 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.404 | State what the contract or lease is for and the nature of the debtor's interest | Maintenance Management Addendum  Dated 04/14/2010 | GELCO CORPORATION D/B/A GE FLEET SERVICES THREE CAPITAL DRIVE EDEN PRAIRIE, MN 55344 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor _iHeartCommunications, Inc._____
Name

Case number *(if known)* _18-31273 (MI)_

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.405 | State what the contract or lease is for and the nature of the debtor's interest | RapidTag Addendum  Dated 04/14/2010 | GELCO CORPORATION D/B/A GE FLEET SERVICES THREE CAPITAL DRIVE EDEN PRAIRIE, MN 55344 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.406 | State what the contract or lease is for and the nature of the debtor's interest | Master Lease Agreement Dated 04/14/2010 | GELCO CORPORATION D/B/A GE FLEET SERVICES THREE CAPITAL DRIVE EDEN PRAIRIE, MN 55344 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.407 | State what the contract or lease is for and the nature of the debtor's interest | Partial Assignment And Assumption Dated 02/25/2016 | GELCO CORPORATION D/B/A GE FLEET SERVICES THREE CAPITAL DRIVE EDEN PRAIRIE, MN 55344 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.408 | State what the contract or lease is for and the nature of the debtor's interest | Master Lease Agreement  Dated 04/14/2010 | GELCO CORPORATION D/B/A GE FLEET SERVICES THREE CAPITAL DRIVE EDEN PRAIRIE, MN 55344 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.409 | State what the contract or lease is for and the nature of the debtor's interest | Purchase & Marketing Agreement Dated 03/30/2012 | GELCO CORPORATION D/B/A GE FLEET SERVICES THREE CAPITAL DRIVE EDEN PRAIRIE, MN 55344 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.410 | State what the contract or lease is for and the nature of the debtor's interest | Non-Standard Tire Authorization Agreement  Dated 08/30/2010 | GELCO CORPORATION D/B/A GE FLEET SERVICES THREE CAPITAL DRIVE EDEN PRAIRIE, MN 55344 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.411 | State what the contract or lease is for and the nature of the debtor's interest | Partial Assignment  Dated 03/17/2016 | GELCO CORPORATION D/B/A GE FLEET SERVICES THREE CAPITAL DRIVE EDEN PRAIRIE, MN 55344 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    iHeartCommunications, Inc.        Case number *(if known)* __18-31273 (MI)__
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.412 | State what the contract or lease is for and the nature of the debtor's interest | Personal Mileage Analysis Addendum Dated 04/14/2010 | GELCO CORPORATION D/B/A GE FLEET SERVICES THREE CAPITAL DRIVE EDEN PRAIRIE, MN 55344 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.413 | State what the contract or lease is for and the nature of the debtor's interest | Amendment to Master Lease Agreement Dated 11/09/2012 | GELCO CORPORATION D/B/A GE FLEET SERVICES THREE CAPITAL DRIVE EDEN PRAIRIE, MN 55344 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.414 | State what the contract or lease is for and the nature of the debtor's interest | Amendment to Master Lease Agreement Dated 05/30/2013 | GELCO CORPORATION D/B/A GE FLEET SERVICES THREE CAPITAL DRIVE EDEN PRAIRIE, MN 55344 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.415 | State what the contract or lease is for and the nature of the debtor's interest | Amendment to Master Lease Agreement Amendment and Rate Schedule - Interim Rental Dated 05/30/2013 | GELCO CORPORATION D/B/A GE FLEET SERVICES THREE CAPITAL DRIVE EDEN PRAIRIE, MN 55344 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.416 | State what the contract or lease is for and the nature of the debtor's interest | Non-standard Tire Authorization Agreement Dated 08/30/2010 | GELCO CORPORATION D/B/A GE FLEET SERVICES THREE CAPITAL DRIVE EDEN PRAIRIE, MN 55344 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.417 | State what the contract or lease is for and the nature of the debtor's interest | Facility Purchasing Agreement Dated 01/22/2013 | HERMAN MILLER, INC. ATTN: CONTRACTS MANAGER LOCATION 0111 855 E. MAIN AVE. ZEELAND, MI 49464 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.418 | State what the contract or lease is for and the nature of the debtor's interest | Guarantee of Office/Studio Lease - Grand Rapids, MI Studios, 77 Monroe Center NW, Grand Rapids MI 49503 | HGR-1, LLC 750 TRADE CENTER WAY SUITE 100 PORTAGE, MI 49002 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor ____iHeartCommunications, Inc.____ Case number *(if known)* __18-31273 (MI)__
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.419 | State what the contract or lease is for and the nature of the debtor's interest | Guarantee of Office/Studio Lease - Raleigh, NC Studios, 3100 Smoketree Court, Raleigh, NC 27604 | HIGHWOODS REALTY LIMITED PARTNERSHIP 3100 SMOKETREE COURT, SUITE 700 RALEIGH, NC 27604 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.420 | State what the contract or lease is for and the nature of the debtor's interest | Letter Agreement Dated 06/01/2016 | ICON INTERNATIONAL, INC. ATTN: JOHN P. KRAMER FOUR STAMFORD PLAZA, 15TH FLOOR 107 ELM STREET STAMFORD, CT 06902 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.421 | State what the contract or lease is for and the nature of the debtor's interest | Letter Agreement Dated 09/30/2016 | ICON INTERNATIONAL, INC. ATTN: JOHN P KRAMER FOUR STAMFORD PLAZA, 15TH FLOOR 107 ELM STREET STAMFORD, CT 06902 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.422 | State what the contract or lease is for and the nature of the debtor's interest | Letter Agreement Dated 12/22/2016 | ICON INTERNATIONAL, INC. ATTN: JOHN P KRAMER FOUR STAMFORD PLAZA, 15TH FLOOR 107 ELM STREET STAMFORD, CT 06902 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.423 | State what the contract or lease is for and the nature of the debtor's interest | Letter Agreement Dated 06/30/2016 | ICON INTERNATIONAL, INC. ATTN: JOHN P KRAMER FOURT STAMFORD PLAZA, 15TH FLOOR 107 ELM STREET STAMFORD, CT 06902 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.424 | State what the contract or lease is for and the nature of the debtor's interest | Letter Agreement Dated 07/31/2017 | ICON INTERNATIONAL, INC. ATTN: JOHN P KRAMER FOUR STAMFORD PLAZA, 15TH FLOOR 107 ELM STREET STAMFORD, CT 06902 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.425 | State what the contract or lease is for and the nature of the debtor's interest | Advertising Agreement Dated 04/05/2017 | ICON INTERNATIONAL, INC. ATTN: JOHN P. KRAMER, PRESIDENT FOUR STAMFORD PLAZA, 15TH FLOOR 107 ELM STREET STAMFORD, CT 06902 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor _____iHeartCommunications, Inc._____     Case number (if known) __18-31273 (MI)__
        Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.426 | State what the contract or lease is for and the nature of the debtor's interest | Advertising Agreement Dated 07/31/2017 | ICON INTERNATIONAL, INC.<br>ATTN:  JOHN P. KRAMER, PRESIDENT<br>FOUR STAMFORD PLAZA, 15TH FLOOR<br>107 ELM STREET<br>STAMFORD, CT 06902 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.427 | State what the contract or lease is for and the nature of the debtor's interest | Advertising Agreement Dated 06/30/2016 | ICON INTERNATIONAL, INC.<br>ATTN:  JOHN P. KRAMER, PRESIDENT<br>FOUR STAMFORD PLAZA, 15TH FLOOR<br>107 ELM STREET<br>STAMFORD, CT 06902 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.428 | State what the contract or lease is for and the nature of the debtor's interest | Advertising Agreement Dated 12/22/2016 | ICON INTERNATIONAL, INC.<br>ATTN:  JOHN P. KELLY, PRESIDENT<br>FOUR STAMFORD PLAZA, 15TH FLOOR<br>107 ELM STREET<br>STAMFORD, CT 06902 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.429 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement  Dated 08/09/2012 | IDE INTERNATIONAL INC.<br>105 BRANCJWOOD TRL<br>COPPELL, TX 75019 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.430 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work  Dated 08/13/2012 | IDE INTERNATIONAL INC.<br>105 BRANCJWOOD TRL<br>COPPELL, TX 75019 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.431 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work  Dated 09/17/2012 | IDE INTERNATIONAL INC.<br>105 BRANCJWOOD TRL<br>COPPELL, TX 75019 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.432 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 08/13/2012 | IDE INTERNATIONAL INC.<br>105 BRANCJWOOD TRL<br>COPPELL, TX 75019 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor  _iHeartCommunications, Inc._____    Case number (if known) __18-31273 (MI)_____
         Name

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.433 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work  Dated 08/13/2012 | IDE INTERNATIONAL INC. 105 BRANCJWOOD TRL COPPELL, TX 75019 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.434 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement  Dated 08/09/2012 | IDE INTERNATIONAL INC. 105 BRANCKWOOD TRL COPPELL , TX 75019 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.435 | State what the contract or lease is for and the nature of the debtor's interest | Amended and Restated License Agreement Dated 11/10/2005 | IHM IDENTITY, INC. 20880 STONE OAK PKWY SAN ANTONIO, TX 78258 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.436 | State what the contract or lease is for and the nature of the debtor's interest | License Agreement Dated 07/24/2002 | INFINITY BROADCASTING CORPORATION PRESIDENT 40 WEST 57TH STREET NEW YORK, NY 10019 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.437 | State what the contract or lease is for and the nature of the debtor's interest | Traffic and Weather Together License Agreement  Dated 07/24/2002 | INFINITY BROADCASTING CORPORATION PRESIDENT 40 WEST 57TH STREET NEW YORK, NY 10019 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.438 | State what the contract or lease is for and the nature of the debtor's interest | Settlement Email and Letter Dated 10/24/2001 | INFINITY ATTN: SCOTT ZOLKE HEENAN BLAIKIE 9401 WILSHIRE BOULEVARD SUITE 1100 BEVERLY HILLS, CA 90212-2924 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.439 | State what the contract or lease is for and the nature of the debtor's interest | Change Request NO. CCIT- Smart Bike-05 Dated 12/14/2012 | INFOSYS LIMITED 6100 TENNYSON PARKWAY SUITE 200 PLANO , TX 75024 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    iHeartCommunications, Inc.        Case number (if known) __18-31273 (MI)__
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.440 | State what the contract or lease is for and the nature of the debtor's interest | Change Request Dated 04/01/2012 | INFOSYS LIMITED 6100 TENNYSON PARKWAY SUITE 200 PLANO , TX 75024 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.441 | State what the contract or lease is for and the nature of the debtor's interest | Change Request  Dated 04/16/2012 | INFOSYS LIMITED 6100 TENNYSON PARKWAY SUITE 200 PLANO , TX 75024 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.442 | State what the contract or lease is for and the nature of the debtor's interest | Change Request  Dated 11/05/2012 | INFOSYS LIMITED 6100 TENNYSON PARKWAY SUITE 200 PLANO , TX 75024 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.443 | State what the contract or lease is for and the nature of the debtor's interest | Change Request Dated 01/01/2013 | INFOSYS LIMITED 6100 TENNYSON PARKWAY SUITE 200 PLANO , TX 75024 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.444 | State what the contract or lease is for and the nature of the debtor's interest | Change Request for Statement of Work  Dated 01/01/2013 | INFOSYS LIMITED 6100 TENNYSON PARKWAY SUITE 200 PLANO , TX 75024 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.445 | State what the contract or lease is for and the nature of the debtor's interest | Change Request  Dated 10/16/2012 | INFOSYS LIMITED 6100 TENNYSON PARKWAY SUITE 200 PLANO , TX 75024 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.446 | State what the contract or lease is for and the nature of the debtor's interest | Change Request Dated 04/16/2012 | INFOSYS LIMITED 6100 TENNYSON PARKWAY SUITE 200 PLANO , TX 75024 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    iHeartCommunications, Inc.         Case number *(if known)*   18-31273 (MI)
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.447 | **State what the contract or lease is for and the nature of the debtor's interest** | Change Request  Dated 04/16/2012 | INFOSYS LIMITED<br>6100 TENNYSON PARKWAY<br>SUITE 200<br>PLANO , TX 75024 |
| | **State the term remaining**<br>**List the contract number of any government contract** | Undetermined | |
| 2.448 | **State what the contract or lease is for and the nature of the debtor's interest** | Change Request NO. CCIT- Smart Bike-05 Dated 12/14/2012 | INFOSYS TECHNOLOGIES (CHINA) CO. LIMITED<br>BUILDING 10<br>3000 LONGDONG AVENUE<br>SHANGHAI 201203<br>CHINA |
| | **State the term remaining**<br>**List the contract number of any government contract** | Undetermined | |
| 2.449 | **State what the contract or lease is for and the nature of the debtor's interest** | Change Request  Dated 10/16/2012 | INFOSYS TECHNOLOGIES (CHINA) CO. LIMITED<br>BUILDING 10<br>3000 LONGDONG AVENUE<br>SHANGHAI 201203<br>CHINA |
| | **State the term remaining**<br>**List the contract number of any government contract** | Undetermined | |
| 2.450 | **State what the contract or lease is for and the nature of the debtor's interest** | Change Request NO. CCIT- Smart Bike-05 Dated 12/14/2012 | INFOSYS TECHNOLOGIES (CHINA) CO. LIMITED<br>BUILDING 10<br>3000 LONGDONG AVENUE<br>SHANGHAI 201203<br>CHINA |
| | **State the term remaining**<br>**List the contract number of any government contract** | Undetermined | |
| 2.451 | **State what the contract or lease is for and the nature of the debtor's interest** | Change Request Dated 04/01/2012 | INFOSYS TECHNOLOGIES (CHINA) CO. LIMITED<br>BUILDING 10<br>3000 LONGDONG AVENUE<br>SHANGHAI 201203<br>CHINA |
| | **State the term remaining**<br>**List the contract number of any government contract** | Undetermined | |
| 2.452 | **State what the contract or lease is for and the nature of the debtor's interest** | Change Request  Dated 04/16/2012 | INFOSYS TECHNOLOGIES (CHINA) CO. LIMITED<br>BUILDING 10<br>3000 LONGDONG AVENUE<br>SHANGHAI 201203<br>CHINA |
| | **State the term remaining**<br>**List the contract number of any government contract** | Undetermined | |
| 2.453 | **State what the contract or lease is for and the nature of the debtor's interest** | Change Request  Dated 04/16/2012 | INFOSYS TECHNOLOGIES (CHINA) CO. LIMITED<br>BUILDING 10<br>3000 LONGDONG AVENUE<br>SHANGHAI 201203<br>CHINA |
| | **State the term remaining**<br>**List the contract number of any government contract** | Undetermined | |

Debtor     iHeartCommunications, Inc.
           Name

Case number (if known)   18-31273 (MI)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.454 | State what the contract or lease is for and the nature of the debtor's interest | Change Request  Dated 11/05/2012 | INFOSYS TECHNOLOGIES (CHINA) CO. LIMITED BUILDING 10 3000 LONGDONG AVENUE SHANGHAI 201203 CHINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.455 | State what the contract or lease is for and the nature of the debtor's interest | Change Request Dated 01/01/2013 | INFOSYS TECHNOLOGIES (CHINA) CO. LIMITED BUILDING 10 3000 LONGDONG AVENUE SHANGHAI 201203 CHINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.456 | State what the contract or lease is for and the nature of the debtor's interest | Change Request Dated 04/01/2012 | INFOSYS TECHNOLOGIES (CHINA) CO. LIMITED BUILDING 10 3000 LONGDONG AVENUE SHANGHAI 201203 CHINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.457 | State what the contract or lease is for and the nature of the debtor's interest | Change Request Dated 04/16/2012 | INFOSYS TECHNOLOGIES (CHINA) CO. LIMITED BUILDING 10 3000 LONGDONG AVENUE SHANGHAI 201203 CHINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.458 | State what the contract or lease is for and the nature of the debtor's interest | Change Request  Dated 04/16/2012 | INFOSYS TECHNOLOGIES (SHANGHAI) CO. LIMITED ROOM 401&501, BUILDING 5, NO. 555, DONGCHUAN ROAD, MINHANG DISTRICT, SHANGHAI 200241 CHINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.459 | State what the contract or lease is for and the nature of the debtor's interest | Change Request  Dated 04/16/2012 | INFOSYS TECHNOLOGIES (SHANGHAI) CO. LIMITED ROOM 401&501, BUILDING 5, NO. 555, DONGCHUAN ROAD, MINHANG DISTRICT, SHANGHAI 200241 CHINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.460 | State what the contract or lease is for and the nature of the debtor's interest | Change Request  Dated 11/05/2012 | INFOSYS TECHNOLOGIES (SHANGHAI) CO. LIMITED ROOM 401&501, BUILDING 5, NO. 555, DONGCHUAN ROAD, MINHANG DISTRICT, SHANGHAI 200241 CHINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor     iHeartCommunications, Inc.
           Name

Case number (if known)  18-31273 (MI)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.461 | State what the contract or lease is for and the nature of the debtor's interest | Change Request Dated 04/16/2012 | INFOSYS TECHNOLOGIES (SHANGHAI) CO. LIMITED ROOM 401&501, BUILDING 5, NO. 555, DONGCHUAN ROAD, MINHANG DISTRICT, SHANGHAI 200241 CHINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.462 | State what the contract or lease is for and the nature of the debtor's interest | Change Request  Dated 10/16/2012 | INFOSYS TECHNOLOGIES (SHANGHAI) CO. LIMITED ROOM 401&501, BUILDING 5, NO. 555, DONGCHUAN ROAD, MINHANG DISTRICT, SHANGHAI 200241 CHINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.463 | State what the contract or lease is for and the nature of the debtor's interest | Change Request Dated 01/01/2013 | INFOSYS TECHNOLOGIES (SHANGHAI) CO. LIMITED ROOM 401&501, BUILDING 5, NO. 555, DONGCHUAN ROAD, MINHANG DISTRICT, SHANGHAI 200241 CHINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.464 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement  Dated 04/22/2009 | INFOSYS TECHNOLOGIES LIMITED ATTN: HEAD OF THE LEGAL DEPARTMENT ELECTRONICS CITY, HOSUR ROAD BANGALORE  561 100 INDIA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.465 | State what the contract or lease is for and the nature of the debtor's interest | Master Professional Services Agreement Dated 12/23/2009 | INNERWORKINGS, INC. 600 W. CHICAGO SUITE 850 CHICAGO, IL 60654 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.466 | State what the contract or lease is for and the nature of the debtor's interest | Project Change Request  Dated 05/07/2012 | INTERNATIONAL BUSINESS MACHINES CORP. PO BOX 643600 PITTSBURGH, PA 15264-3600 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.467 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work  Dated 09/21/2011 | INTERNATIONAL BUSINESS MACHINES CORP. PO BOX 643600 PITTSBURGH, PA 15264-3600 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor      iHeartCommunications, Inc.                                    Case number (if known)  18-31273 (MI)
            Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.468 | State what the contract or lease is for and the nature of the debtor's interest | Project Change Request  Dated 11/20/2013 | INTERNATIONAL BUSINESS MACHINES CORP. PO BOX 643600 PITTSBURGH, PA 15264-3600 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.469 | State what the contract or lease is for and the nature of the debtor's interest | Project Change Request  Dated 10/13/2016 | INTERNATIONAL BUSINESS MACHINES CORP. PO BOX 643600 PITTSBURGH, PA 15264-3600 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.470 | State what the contract or lease is for and the nature of the debtor's interest | Project Change Request  Dated 09/06/2016 | INTERNATIONAL BUSINESS MACHINES CORP. PO BOX 643600 PITTSBURGH, PA 15264-3600 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.471 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work  Dated 08/10/2015 | INTERNATIONAL BUSINESS MACHINES CORP. PO BOX 643600 PITTSBURGH, PA 15264-3600 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.472 | State what the contract or lease is for and the nature of the debtor's interest | Project Change Request  Dated 11/11/2015 | INTERNATIONAL BUSINESS MACHINES CORP. PO BOX 643600 PITTSBURGH, PA 15264-3600 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.473 | State what the contract or lease is for and the nature of the debtor's interest | Project Change Request  Dated 05/12/2016 | INTERNATIONAL BUSINESS MACHINES CORP. PO BOX 643600 PITTSBURGH, PA 15264-3600 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.474 | State what the contract or lease is for and the nature of the debtor's interest | Project Change Request  Dated 02/08/2012 | INTERNATIONAL BUSINESS MACHINES CORP. PO BOX 643600 PITTSBURGH, PA 15264-3600 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor _____iHeartCommunications, Inc._____   Case number (if known) __18-31273 (MI)__
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.475 | State what the contract or lease is for and the nature of the debtor's interest | Texas Brokerage Agreement Dated 01/23/2012 | J. MICHAEL LISH D/B/A THE LISH COMPANY<br>9203 SADDLE HORN COURT<br>PROSPER , TX 75078 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.476 | State what the contract or lease is for and the nature of the debtor's interest | Exclusive Management and Reseller Agreement Dated 01/02/2015 | JELLI, INC.<br>ATTN: MIKE DOUGHERTY, CEO<br>703 SOUTH B STREET<br>2ND FLOOR<br>SAN MATEO, CA 94401 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.477 | State what the contract or lease is for and the nature of the debtor's interest | Sales of Series B  Preferred Stock Closing Book Dated 01/02/2015 | JELLI, INC.<br>ATTN: MIKE DOUGHERTY, CEO<br>703 SOUTH B STREET<br>2ND FLOOR<br>SAN MATEO, CA 94401 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.478 | State what the contract or lease is for and the nature of the debtor's interest | Schedule of Exceptions Dated 01/02/2015 | JELLI, INC.<br>ATTN: MIKE DOUGHERTY, CEO<br>703 SOUTH B STREET<br>2ND FLOOR<br>SAN MATEO, CA 94401 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.479 | State what the contract or lease is for and the nature of the debtor's interest | Investors' Rights Agreement Dated 01/02/2015 | JELLI, INC.<br>ATTN: MIKE DOUGHERTY, CEO<br>703 SOUTH B STREET<br>2ND FLOOR<br>SAN MATEO, CA 94401 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.480 | State what the contract or lease is for and the nature of the debtor's interest | KellyDirect Agreement Dated 06/07/2012 | KELLY SERVICES INC<br>POB 820405<br>PHILADELPHIA, PA 19182-0405 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.481 | State what the contract or lease is for and the nature of the debtor's interest | Customer Service Agreement Dated 08/07/2012 | KELLY SERVICES INC<br>POB 820405<br>PHILADELPHIA, PA 19182-0405 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor _____iHeartCommunications, Inc._____
Name

Case number *(if known)* __18-31273 (MI)__

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.482 | State what the contract or lease is for and the nature of the debtor's interest | Services  Dated 12/04/2009 | KFORCE, INC.<br>ATTN:  CONTRACTS MANAGEMENT<br>1001 EAST PALM AVENUE<br>TAMPA, FL 33605 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| 2.483 | State what the contract or lease is for and the nature of the debtor's interest | Client Services Agreement Dated 04/06/2010 | KFORCE, INC.<br>ATTN:  CONTRACTS MANAGEMENT<br>1001 EAST PALM AVENUE<br>TAMPA, FL 33605 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| 2.484 | State what the contract or lease is for and the nature of the debtor's interest | Client Services Work Order Dated 01/16/2012 | KFORCE, INC.<br>ATTN:  CONTRACTS MANAGEMENT<br>1001 EAST PALM AVENUE<br>TAMPA, FL 33605 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| 2.485 | State what the contract or lease is for and the nature of the debtor's interest | Contractual Guaranty | LAND TRANSPORT AUTHORITY OF SINGAPORE<br>1 HAMPSHIRE ROAD<br> 219428<br>SINGAPORE |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.486 | State what the contract or lease is for and the nature of the debtor's interest | 2017 Corporate Rate Agreement Dated 01/13/2017 | LE PARKER MERIDIEN NEW YORK<br>118 WEST 57TH STREET<br>NEW YORK, NY 10019 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| 2.487 | State what the contract or lease is for and the nature of the debtor's interest | License Agreement - Invoice Dated 01/01/2017 | LEXMARK ENTERPRISE SOFTWARE<br>8900 RENNER BLVD.<br>LENEXA, KS 66219-3049 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| 2.488 | State what the contract or lease is for and the nature of the debtor's interest | License Agreement - Invoice Dated 01/01/2016 | LEXMARK ENTERPRISE SOFTWARE<br>8900 RENNER BLVD.<br>LENEXA, KS 66219-3049 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |

Debtor     iHeartCommunications, Inc.
           Name                                                         Case number (if known)  18-31273 (MI)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.489 | State what the contract or lease is for and the nature of the debtor's interest | License Agreement - Quote Dated 01/01/2016 | LEXMARK ENTERPRISE SOFTWARE 8900 RENNER BLVD. LENEXA, KS 66219-3049 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.490 | State what the contract or lease is for and the nature of the debtor's interest | Storage Tank Third Party Liability Corrective Action and Cleanup Policy Dated 12/15/2017 | LIBERTY SURPLUS INSURANCE CORPORATION PRESIDENTIAL SERVICE TEAM 175 BERKELEY STREET MS 10B BOSTON, MA 02116 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.491 | State what the contract or lease is for and the nature of the debtor's interest | Guarantee of Office/Studio Lease - Harrisburg, PA Radio Studios, 600 Corporate Circle, Harrisburg, PA 17110 | LINLO PROPERTIES 1013 MUMMA ROAD SUITE 100 LEMOYNE, PA 17043 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.492 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 07/31/2013 | MATISIA CONSULTANT COMPANY ATTN:  JOEY DELOVINO 3134 ELLIOTT AVENUE SEATTLE, WA 98121 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.493 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 09/17/2014 | MATISIA CONSULTANT COMPANY ATTN:  JOEY DELOVINO 3134 ELLIOTT AVENUE SEATTLE, WA 98121 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.494 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 07/31/2013 | MATISIA CONSULTANT COMPANY ATTN:  JOEY DELOVINO 3134 ELLIOTT AVENUE SEATTLE, WA 98121 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.495 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 07/31/2013 | MATISIA CONSULTANT COMPANY ATTN:  JOEY DELOVINO 3134 ELLIOTT AVENUE SEATTLE, WA 98121 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor ___iHeartCommunications, Inc._____      Case number (if known) __18-31273 (MI)___
      Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.496 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 03/20/2014 | MATISIA CONSULTANT COMPANY<br>ATTN: JOEY DELOVINO<br>3134 ELLIOTT AVENUE<br>SEATTLE, WA 98121 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.497 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work  Dated 05/01/2013 | MATISIA CONSULTANT COMPANY<br>ATTN: JOEY DELOVINO<br>3134 ELLIOTT AVENUE<br>SEATTLE, WA 98121 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.498 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 07/31/2013 | MATISIA CONSULTANT COMPANY<br>ATTN: JOEY DELOVINO<br>3134 ELLIOTT AVENUE<br>SEATTLE, WA 98121 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.499 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 05/01/2013 | MATISIA CONSULTANT COMPANY<br>ATTN: JOEY DELOVINO<br>3134 ELLIOTT AVENUE<br>SEATTLE, WA 98121 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.500 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement Dated 04/29/2013 | MATISIA CONSULTANT COMPANY<br>ATTN: JOEY DELOVINO<br>3134 ELLIOTT AVENUE<br>SEATTLE, WA 98121 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.501 | State what the contract or lease is for and the nature of the debtor's interest | Confirmation of Coverage: Aircraft Hull & Liability Policy Dated 11/01/2017 | MCGRIFF SEIBELS & WILLIAMS INC<br>3023 80TH AVE SE STE 300<br>MERCER ISLAND, WA 98040 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.502 | State what the contract or lease is for and the nature of the debtor's interest | Mutual Nondisclosure Agreement Dated 11/12/2010 | MERCEDES-BENZ RESEARCH & DEVELOPMENT NORTH AMERICA, INC.<br>850 HANSEN WAY<br>PALO ALTO, CA 94304 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    iHeartCommunications, Inc.
Name

Case number (if known)  18-31273 (MI)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.503 | State what the contract or lease is for and the nature of the debtor's interest | Maintenance Agreement - Invoice Dated 12/12/2015 | MHC SOFTWARE, INC. PO BOX 1749 BURNSVILLE, MN 55337 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.504 | State what the contract or lease is for and the nature of the debtor's interest | License Agreement - Work Order Dated 12/31/2017 | MICROSOFT CORP. 1950 N. STEMMONS FWY STE 5010 DALLAS, TX 75207 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.505 | State what the contract or lease is for and the nature of the debtor's interest | License Agreement - Work Order Support Exhibit  Dated 12/31/2017 | MICROSOFT CORP. 1950 N. STEMMONS FWY STE 5010 DALLAS, TX 75207 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.506 | State what the contract or lease is for and the nature of the debtor's interest | License Confirmation | MICROSOFT CORP. 1950 N. STEMMONS FWY STE 5010 DALLAS, TX 75207 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.507 | State what the contract or lease is for and the nature of the debtor's interest | License Agreement - Invoice Dated 12/31/2014 | MICROSOFT CORP. 1950 N. STEMMONS FWY, STE 5010 DALLAS, TX 75207 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.508 | State what the contract or lease is for and the nature of the debtor's interest | Consulting Services Work Order Dated 03/25/2013 | MICROSOFT CORP. 1950 N. STEMMONS FWY, STE 5010 DALLAS, TX 75207 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.509 | State what the contract or lease is for and the nature of the debtor's interest | Engagement Letter | MOELIS & COMPANY 399 PARK AVENUE 5TH FLOOR NEW YORK, NY 10022 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor     iHeartCommunications, Inc.
Name

Case number *(if known)*   18-31273 (MI)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.510 | State what the contract or lease is for and the nature of the debtor's interest | Engagement Letter Dated 01/03/2017 | MOELIS & COMPANY<br>399 PARK AVENUE<br>5TH FLOOR<br>NEW YORK, NY 10022 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.511 | State what the contract or lease is for and the nature of the debtor's interest | Confirmation of Coverage: Aircraft Hull & Liability Policy Dated 11/01/2017 | NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.<br>CONNELL CORPORATE CENTER I<br>100 CONNELL DRIVE, SUITE 2100<br>BERKELEY HEIGHTS, NJ 07922 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.512 | State what the contract or lease is for and the nature of the debtor's interest | Business Electricity Authorization Dated 07/05/2011 | NEXTERA ENERGY SERVICES CONNECTICUT, LLC<br>20455 STATE HIGHWAY 249<br>SUITE 200<br>HOUSTON, TX 77070 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.513 | State what the contract or lease is for and the nature of the debtor's interest | Permanent Recruitment Services | NIGEL FRANK INTERNATIONAL INC.<br>65 BROADWAY, SUITE 1084<br>NEW YORK, NY 10006 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.514 | State what the contract or lease is for and the nature of the debtor's interest | Guarantee of Office/Studio Lease - TTWN Los Angeles, CA Traffic, 1500 Hughes Way, Long Beach, CA 90810 | OMNINET FREEWAY, LP<br>9420 WILSHIRE BOULEVARD, 4TH FLOOR<br>ATTN: MICHAEL DANIELPOUR<br>BEVERLY HILLS, CA 90212 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.515 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement Dated 06/15/2010 | ONE SOURCE NETWORKS INC.<br>ATTN: CONTRACT ADMINISTRATION<br>2243 WINDING VIEW<br>SAN ANTONIO, TX 78258 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.516 | State what the contract or lease is for and the nature of the debtor's interest | Service Order for Network Support Services Dated 02/15/2013 | ONE SOURCE NETWORKS, INC.<br>14402 BLANCO ROAD, SUITE 300<br>SAN ANTONIO, TX 78216 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    iHeartCommunications, Inc.
          Name

Case number (if known)  18-31273 (MI)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.517 | State what the contract or lease is for and the nature of the debtor's interest | Amended and Restated License Agreement Dated 11/10/2005 | OUTDOOR MANAGEMENT SERVICES, INC.<br>20880 STONE OAK PKWY<br>SAN ANTONIO, TX 78258 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.518 | State what the contract or lease is for and the nature of the debtor's interest | Office/Studio Lease - Los Angeles, CA Studios, Internet Group, 3400 West Olive Avenue, Burbank, CA 91505 | P1 PINNACLE OWNER LLC<br>100 WILSHIRE BOULEVARD, SUITE 1600<br>ATTENTION: JEFF WORTHE<br>SANTA MONICA, CA 90401 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.519 | State what the contract or lease is for and the nature of the debtor's interest | Office/Studio Lease - Atlanta, GA Studios, Creative Svcs, TTWN , 1819 Peachtree Road, Atlanta, GA | PALISADES EAST LLC<br>1819 PEACHTREE ROAD, SUITE 250<br>C/O ELV ASSOCIATES<br>ATLANTA, GA 30309 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.520 | State what the contract or lease is for and the nature of the debtor's interest | License Agreement - Invoice Dated 01/01/2015 | PERCEPTIVE SOFTWARE<br>8900 RENNDER BLVD.<br>LENEXA, KS 66219-3049 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.521 | State what the contract or lease is for and the nature of the debtor's interest | IBM Software Renewal Dated 03/01/2015 | PERFICIENT<br>555 MARYVILLE UNIVERSITY DRIVE<br>SUITE 600<br>SAINT LOUIS, MO 63141 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.522 | State what the contract or lease is for and the nature of the debtor's interest | Invoice Annual Subscription Dated 03/11/2015 | PLURALSIGHT LLC<br>19719<br>5505 N CUMBERLAND AVE<br>SUITE 307<br>CHICAGO, IL 60656 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.523 | State what the contract or lease is for and the nature of the debtor's interest | Invoice e-Learning Subscription Dated 01/12/2016 | PLURALSIGHT LLC<br>5505 N CUMBERLAND<br>SUITE 307<br>CHICAGO, IL 60656 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    iHeartCommunications, Inc.      Case number *(if known)* 18-31273 (MI)
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.524 | State what the contract or lease is for and the nature of the debtor's interest | Invoice Annual Renewal Dated 01/07/2015 | PLURALSIGHT LLC<br>5505 N CUMBERLAND<br>SUITE 307<br>CHICAGO, IL 60656 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.525 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement Dated 09/13/2012 | POINT B, INC.<br>ATTN:  SHELLEY HOLM<br>1420 FIFTH AVENUE, SUITE 2200<br>SEATTLE, WA 98101 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.526 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 02/25/2013 | POINT B, INC.<br>1420 5TH AVENUE, SUITE 2200<br>SEATTLE, WA 98101 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.527 | State what the contract or lease is for and the nature of the debtor's interest | Statement of work/letter outlining the Arrangement Dated 03/18/2013 | POINT B, INC.<br>1420 5TH AVENUE<br>SUITE 2200<br>SEATTLE, WA 98101 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.528 | State what the contract or lease is for and the nature of the debtor's interest | Statement of work/letter outlining the arrangement Dated 09/17/2012 | POINT B, INC.<br>1420 5TH AVENUE<br>SUITE 2200<br>SEATTLE, WA 98101 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.529 | State what the contract or lease is for and the nature of the debtor's interest | Additions to the statement or work Dated 05/22/2014 | POINT B, INC.<br>1420 5TH AVENUE<br>SUITE 2200<br>SEATTLE, WA 98101 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.530 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 05/17/2013 | POINT B, INC.<br>1420 5TH AVENUE<br>SUITE 2200<br>SEATTLE, WA 98101 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    iHeartCommunications, Inc.
          Name

Case number (if known)   18-31273 (MI)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.531 | **State what the contract or lease is for and the nature of the debtor's interest** | Statement of work/Letter outlining the Arrangement Dated 12/17/2012 | POINT B, INC. 1420 5TH AVENUE SUITE 2200 SEATTLE, WA 98101 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.532 | **State what the contract or lease is for and the nature of the debtor's interest** | Statement of work/Letter Outlining the Arrangement Dated 12/17/2012 | POINT, B. INC. 1420 5TH AVENUE SUITE 2200 SEATTLE, WA 98101 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.533 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Service Agreement  Dated 10/03/2008 | PREMIERE GLOBAL SERVICES 3280 PEACHTREE ROAD NW SUITE 1000 ATLANTA, GA 30305-2422 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.534 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement Dated 04/24/2013 | RECRUITING POINT, INC. ATTN:  JOHN BILODEAU 1700 7TH AVENUE, SUITE 2100 SEATTLE, WA 98101 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.535 | **State what the contract or lease is for and the nature of the debtor's interest** | Electricity Sales Agreement Dated 06/01/2010 | RELIANT ENERGY ATTN: RETAIL CONTRACT MANAGEMENT 1000 MAIN HOUSTON, TX 77253 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.536 | **State what the contract or lease is for and the nature of the debtor's interest** | Electricity Sales Agreement Dated 09/04/2009 | RELIANT ENERGY ATTN: RELIANT CONTRACT MANAGEMENT 1000 MAIN HOUSTON, TX 77002 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.537 | **State what the contract or lease is for and the nature of the debtor's interest** | General Conditions of Engagement - Salaried Professionals Dated 02/04/2013 | ROBERT HALF INTERNATIONAL ACCOUNTEMPS SALARIED PROFESSIONAL SERVICE 9901 1H 10 WEST SUITE 230 SAN ANTONIO , TX 78230 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor    iHeartCommunications, Inc.                                                Case number *(if known)* __18-31273 (MI)__
         Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.538 | **State what the contract or lease is for and the nature of the debtor's interest** | General Conditions of Engagement - Salaried Professionals Dated 01/14/2013 | ROBERT HALF INTERNATIONAL ACCOUNTEMPS SALARIED PROFESSIONAL SERVICE 9901 1H 10 WEST SUITE 230 SAN ANTONIO, TX 78230 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.539 | **State what the contract or lease is for and the nature of the debtor's interest** | General Conditions of Assignment Dated 01/02/2014 | ROBERT HALF MANAGEMENT RESOURCES 125 PARK AVENUE 4TH FLOOR NEW YORK, NY 10017 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.540 | **State what the contract or lease is for and the nature of the debtor's interest** | General Conditions of Assignment Dated 12/10/2012 | ROBERT HALF TECHNOLOGY 9901 1H 10 WEST SUITE 230 SAN ANTONIO , TX 78230 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.541 | **State what the contract or lease is for and the nature of the debtor's interest** | General Conditions of Assignment Dated 01/18/2011 | ROBERT HALF TECHNOLOGY 9901 1H 10 WEST SUITE 230 SAN ANTONIO , TX 78230 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.542 | **State what the contract or lease is for and the nature of the debtor's interest** | General Conditions of Assignment Dated 12/10/2012 | ROBERT HALF TECHNOLOGY 9901 1H 10 WEST SUITE 230 SAN ANTONIO, TX 78230 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.543 | **State what the contract or lease is for and the nature of the debtor's interest** | General Conditions of Assignment Dated 07/15/2013 | ROBERT HALF TECHNOLOGY 9901 1H 10 WEST SUITE 230 SAN ANTONIO, TX 78230 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.544 | **State what the contract or lease is for and the nature of the debtor's interest** | Statement of Work  Dated 02/26/2013 | SALES BENCHMARK INDEX 1595 PEACHTREE PKWY STE 204-328 CUMMING, GA 30041 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor      iHeartCommunications, Inc.
            Name                                                    Case number (if known)   18-31273 (MI)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.545 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 11/28/2011 | SANDRA J. PIOTROWSKI, LLC<br>19009 109TH AVE SE<br>SNOHOMISH, WA 98296 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.546 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work - Contractor Expertise Dated 11/28/2011 | SANDRA J. PIOTROWSKI, LLC<br>19009 109TH AVE SE<br>SNOHOMISH, WA 98296 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.547 | State what the contract or lease is for and the nature of the debtor's interest | Collective Bargaining Agreement Dated 11/01/2017 | SCREEN ACTORS GUILD-AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS<br>NEW YORK LOCAL<br>1900 BROADWAY<br>NEW YORK, NY 10023 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.548 | State what the contract or lease is for and the nature of the debtor's interest | Collective Bargaining Agreement Dated 11/15/2014 | SCREEN ACTORS GUILD-AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS<br>5757 WILSHIRE BLVD.<br>LOS ANGELES, CA 90036 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.549 | State what the contract or lease is for and the nature of the debtor's interest | Invoice IT Operations Management Dated 06/11/2015 | SERVICENOW<br>4810 EASTGATE MALL<br>SAN DIEGO, CA 92121 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.550 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement Dated 10/25/2010 | SHILSHOLE CONSULTING, INC.<br>2851 NW 61ST ST<br>SEATTLE, WA 98107 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.551 | State what the contract or lease is for and the nature of the debtor's interest | Invoice IT Consulting Dated 12/25/2015 | SIGMA A PIVOT COMPANY<br>C/O SIGMA SOLUTIONS<br>P.O. BOX 733113<br>DALLAS, TX 75373 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor _____iHeartCommunications, Inc._____
Name

Case number (if known) __18-31273 (MI)__

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.552 | State what the contract or lease is for and the nature of the debtor's interest | Invoice IT Consulting Dated 01/26/2015 | SIGMA TECHNOLOGY SOLUTIONS, INC. D/B/A SIGMA SOLUTIONS P.O. BOX 677680 DALLAS, TX 75267 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.553 | State what the contract or lease is for and the nature of the debtor's interest | Letter Service Agreement  Dated 11/06/2009 | SMITH HANLEY CONSULTING GROUP, LLC 16225 PARK TEN PLACE #225 HOUSTON , TX 77084 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.554 | State what the contract or lease is for and the nature of the debtor's interest | Invoice IT Operations Management Annual Maintenance Renewal Dated 08/11/2016 | SOLARWINDS P.O. BOX 730720 DALLAS, TX 75373 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.555 | State what the contract or lease is for and the nature of the debtor's interest | Invoice IT Operations Management Annual Maintenance Renewal Dated 01/17/2017 | SOLARWINDS P.O. BOX 730720 DALLAS, TX 75373 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.556 | State what the contract or lease is for and the nature of the debtor's interest | Invoice IT Operations Management Annual Maintenance Renewal Dated 08/20/2015 | SOLARWINDS P.O. BOX 730720 DALLAS , TX 75373 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.557 | State what the contract or lease is for and the nature of the debtor's interest | Restricted Use Agreement Dated 02/23/2018 | SOUNDEXCHANGE INC ATTN ROYALTY ADMINISTRATION 733 10TH ST NW FL10 WASHINGTON, DC 20001-4888 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.558 | State what the contract or lease is for and the nature of the debtor's interest | Recruitment Process Outsourcing Services Agreement  Dated 05/15/2011 | SOURCE RIGHT SOLUTIONS 925 NORTH POINT PARKWAY ALPHARETTA, GA 30005 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor ___iHeartCommunications, Inc.___
Name

Case number (if known) __18-31273 (MI)__



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.559 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work  Dated 02/15/2012 | SOURCECODE TECHNOLOGY HOLDINGS, INC. 2615 151TH PLACE NE REDMOND , WA 98052 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.560 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 02/15/2012 | SOURCECODE TECHNOLOGY HOLDINGS, INC. 2615 151TH PLACE NE REDMOND , WA 98052 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.561 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement Dated 01/09/2012 | SOURCECODE TECHNOLOGY HOLDINGS, INC. 2615 151TH PLACE NE REDMOND , WA 98052 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.562 | State what the contract or lease is for and the nature of the debtor's interest | Master Purchasing Agreement  Dated 06/01/2009 | STAPLES CONTRACT & COMMERCIAL, INC. 500 STAPLES DRIVE FRAMINGHAM, MA 01702 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.563 | State what the contract or lease is for and the nature of the debtor's interest | Radio Broadcast Agreement  Dated 10/29/2013 | STERLING METS, LP ATTN: CHIEF REVENUE OFFICER CITI FIELD FLUSHING, NY 11368 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.564 | State what the contract or lease is for and the nature of the debtor's interest | Office/Studio Lease dated 1/16/2015 - San Antonio iHM Service Center, Katz, 20880 Stone Oak Parkway, San Antonio, TX 78258 | STONE OAK 17 (TX) LLC 50 ROCKEFELLER PLAZA C/O W.P CAREY INC. NEW YORK, NY 10020 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.565 | State what the contract or lease is for and the nature of the debtor's interest | Office/Studio Lease - San Antonio iHM Service Center, Katz, 20880 Stone Oak Parkway, San Antonio, TX 78258 | STONE OAK 17 (TX) LLC 50 ROCKEFELLER PLAZA C/O W.P CAREY INC. NEW YORK, NY 10020 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor     iHeartCommunications, Inc.
Name

Case number *(if known)*   18-31273 (MI)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.566 | State what the contract or lease is for and the nature of the debtor's interest | Storage Tank Third Party Liability Corrective Action and Cleanup Policy Dated 12/15/2017 | STONE OAK 17 TX LLC ATTN WP CARE INC 50 ROCKEFELLER PLAZA 2ND FL NEW YORK, NY 10020 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.567 | State what the contract or lease is for and the nature of the debtor's interest | Letter Services Agreement  Dated 05/17/2010 | TBO INTERNATIONAL, LLC 18866 STONE OAK PARKWAY SUITE 103-91 SAN ANTONIO , TX 78285 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.568 | State what the contract or lease is for and the nature of the debtor's interest | Collective Bargaining Agreement Dated 06/01/2017 | TEAMSTERS LOCAL 107 12275 TOWNSEND RD PHILADELPHIA, PA 19154 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.569 | State what the contract or lease is for and the nature of the debtor's interest | Membership Agreement Dated 08/06/2014 | THE CORPORATE EXECUTIVE BOARD COMPANY 3393 COLLECTION CENTER DR CHICAGO, IL 60693 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.570 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement Dated 06/30/2015 | THE CORPORATE EXECUTIVE BOARD COMPANY 3393 COLLECTION CENTER DR CHICAGO, IL 60693 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.571 | State what the contract or lease is for and the nature of the debtor's interest | License Agreement Dated 06/22/2009 | THE CROMWELL GROUP, INC. PO BOX 150846 NASHVILLE, TN 37215-0846 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.572 | State what the contract or lease is for and the nature of the debtor's interest | License Agreement Dated 11/18/2005 | THE CROMWELL GROUP, INC. PO BOX 150846 NASHVILLE, TN 37215-0846 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    iHeartCommunications, Inc.
          Name

Case number *(if known)*  18-31273 (MI)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.573 | State what the contract or lease is for and the nature of the debtor's interest | Corporate Account Agreement  Dated 03/01/2010 | THE HERTZ CORPORATION<br>225 BRAE BOULEVARD<br>PARK RIDGE, NJ 07656-0713 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.574 | State what the contract or lease is for and the nature of the debtor's interest | Partial Assignment And Assumption Dated 02/25/2016 | THE LAMAR COMPANY, LLC<br>POB 96030<br>BATON ROUGE, LA 70896 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.575 | State what the contract or lease is for and the nature of the debtor's interest | Consulting/Services Agreement Dated 07/29/2010 | THE OPERARI GROUP<br>P.O. BOX 690327<br>SAN ANTONIO, TX |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.576 | State what the contract or lease is for and the nature of the debtor's interest | Guaranty of Lease Dated 02/27/2015 | THE PRUDENTIAL INSURANCE COMPANY OF AMERICA<br>ATTN: CAITLIN O'CONNOR<br>4 EMBARCADERO CENTER<br>27TH FLOOR<br>SAN FRANCISCO, CA 94111 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.577 | State what the contract or lease is for and the nature of the debtor's interest | Non-Disclosure Agreement  Dated 09/08/2015 | THINK SOLUTIONS, INC.<br>601 U.S. HWY 206<br>SUITE 26-401<br>HILLSBOROUGH, NJ 08844 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.578 | State what the contract or lease is for and the nature of the debtor's interest | Non Disclosure Agreement  Dated 09/08/2015 | THINKSOLUTIONS, INC.<br>61 U.S. HWY 206<br>SUITE 26-401<br>HILLSBOROUGH, NJ 08844 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.579 | State what the contract or lease is for and the nature of the debtor's interest | Invoice Dated 01/01/2016 | THOMSON REUTERS (TAX & ACCOUNTING) INC.<br>ATTN: ORDER PROCESSING<br>2395 MIDWAY ROAD<br>CARROLLTON, TX 75006-2521 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    iHeartCommunications, Inc.
          Name

Case number (if known)  18-31273 (MI)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.580 | State what the contract or lease is for and the nature of the debtor's interest | Letter Pricing Changes for 2018 Dated 09/01/2017 | THOMSON REUTERS (TAX & ACCOUNTING) INC. ATTN: ORDER PROCESSING 2395 MIDWAY ROAD CARROLLTON, TX 75006-2521 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.581 | State what the contract or lease is for and the nature of the debtor's interest | Invoice Dated 01/01/2015 | THOMSON REUTERS (TAX & ACCOUNTING) INC. ATTN: ORDER PROCESSING 2395 MIDWAY ROAD CARROLLTON, TX 75006-2521 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.582 | State what the contract or lease is for and the nature of the debtor's interest | General Contract of Indemnity Dated 02/13/2009 | TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA ONE TOWER SQUARE HARTFORD, CT 06183 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.583 | State what the contract or lease is for and the nature of the debtor's interest | Client Staffing Services Agreement Dated 12/12/2011 | TRI-STARR PERSONNEL 121 INTERPARK BLVD. SAN ANTONIO, TX 78216 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.584 | State what the contract or lease is for and the nature of the debtor's interest | Client Staffing Services Agreement Dated 12/12/2011 | TRI-STARR PERSONNEL 121 INTERPARK BLVD. SAN ANTONIO , TX 78216 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.585 | State what the contract or lease is for and the nature of the debtor's interest | Tower Lease - WHKF-FM Tower , Reeser's Summit, Fairview Twnshp., PA 17070 | TRIANGLE COMMUNICATIONS, INC. 940 WEST MAIN STREET NEW HOLLAND, PA 17557 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.586 | State what the contract or lease is for and the nature of the debtor's interest | Guarantee of Office/Studio Lease - Portland, OR Studios, 13333 S.W. 68th Parkway, Tigard, OR 97223 | TRIANGLE POINTE, LLC C/O NAI ELLIOTT 901 NE GLISAN STREET, SUITE 100 PORTLAND, OR 97232 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor _____iHeartCommunications, Inc._____
Name

Case number (if known) __18-31273 (MI)__

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.587 | State what the contract or lease is for and the nature of the debtor's interest | Rate Agreement Dated 12/19/2012 | TRUE NORTH RECRUITING, LLC<br>70 NE LOOP 410<br>SUITE 850<br>SAN ANTONIO , TX 78216 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.588 | State what the contract or lease is for and the nature of the debtor's interest | Rate Agreement  Dated 10/08/2012 | TRUE NORTH RECRUITING, LLC<br>70 NE LOOP 410<br>SUITE 850<br>SAN ANTONIO , TX 78216 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.589 | State what the contract or lease is for and the nature of the debtor's interest | Rate Agreement  Dated 10/05/2012 | TRUE NORTH RECRUITING, LLC<br>70 NE LOOP 410<br>SUITE 850<br>SAN ANTONIO , TX 78216 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.590 | State what the contract or lease is for and the nature of the debtor's interest | Rate Agreement  Dated 03/04/2013 | TRUE NORTH RECRUITING, LLC<br>70 NE LOOP 410<br>SUITE 850<br>SAN ANTONIO , TX 78216 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.591 | State what the contract or lease is for and the nature of the debtor's interest | Rate Agreement  Dated 12/10/2012 | TRUE NORTH RECRUITING, LLC<br>70 NE LOOP 410<br>SUITE 850<br>SAN ANTONIO , TX 78216 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.592 | State what the contract or lease is for and the nature of the debtor's interest | Rate Agreement Dated 12/20/2012 | TRUE NORTH RECRUITING, LLC<br>70 NE LOOP 410<br>SUITE 850<br>SAN ANTONIO , TX 78216 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.593 | State what the contract or lease is for and the nature of the debtor's interest | Rate Agreement Dated 04/15/2013 | TRUE NORTH RECRUITING, LLC<br>70 NE LOOP 410<br>SUITE 850<br>SAN ANTONIO , TX 78216 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   iHeartCommunications, Inc.
Name

Case number (if known) __18-31273 (MI)__

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.594 | State what the contract or lease is for and the nature of the debtor's interest | Contingency Search Agreement Dated 08/23/2010 | TRUE NORTH RECRUITING, LLC 70 NE LOOP 410 SUITE 850 SAN ANTONIO , TX 78216 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.595 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement  Dated 10/05/2012 | TRUE NORTH RECRUITING, LLC ATTN: JAY LUCAS 70 NE LOOP 410 SUITE 850 SAN ANTONIO , TX 78216 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.596 | State what the contract or lease is for and the nature of the debtor's interest | Service Order  Dated 03/19/2014 | TW TELECOM HOLDINGS, INC. 10475 PARK MEADOWS DRIVE LITTLETON , CO 80124 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.597 | State what the contract or lease is for and the nature of the debtor's interest | Service Order | TW TELECOM HOLDINGS, INC. 10475 PARK MEADOWS DRIVE LITTLETON , CO 80124 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.598 | State what the contract or lease is for and the nature of the debtor's interest | Lease Assumption Agreement Dated 04/01/2010 | VERIFONE, INC. 4523 SOLUTIONS CENTER LOCKBOX #774523 CHICAGO, IL 60677-4005 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.599 | State what the contract or lease is for and the nature of the debtor's interest | First Amendment to Business Service Agreement Dated 04/04/2008 | VERIZON BUSINESS NETWORK SERVICES, INC. 22001 LOUDOUN COUNTY PARKWAY ASHBURN, VA 20147 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.600 | State what the contract or lease is for and the nature of the debtor's interest | Seventh Amendment to Business Service Agreement  Dated 03/08/2009 | VERIZON BUSINESS NETWORK SERVICES, INC. 22001 LOUDOUN COUNTY PARKWAY ASHBURN, VA 20147 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor _____iHeartCommunications, Inc._____
Name

Case number *(if known)* __18-31273 (MI)__



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.601** | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement  Dated 11/19/2007 | VERIZON BUSINESS NETWORK SERVICES, INC.<br>22001 LOUDOUN COUNTY PARKWAY<br>ASHBURN, VA 20147 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.602** | State what the contract or lease is for and the nature of the debtor's interest | Seventh Amendment  Dated 12/12/2008 | VERIZON BUSINESS NETWORK SERVICES, INC.<br>22001 LOUDOUN COUNTY PARKWAY<br>ASHBURN, VA 20147 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.603** | State what the contract or lease is for and the nature of the debtor's interest | Second Amendment Dated 01/31/2008 | VERIZON BUSINESS NETWORK SERVICES, INC.<br>22001 LOUDOUN COUNTY PARKWAY<br>ASHBURN, VA 20147 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.604** | State what the contract or lease is for and the nature of the debtor's interest | Fourth Amendment  Dated 06/30/2008 | VERIZON BUSINESS NETWORK SERVICES, INC.<br>22001 LOUDOUN COUNTY PARKWAY<br>ASHBURN, VA 20147 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.605** | State what the contract or lease is for and the nature of the debtor's interest | Fifth Amendment Dated 09/30/2008 | VERIZON BUSINESS NETWORK SERVICES, INC.<br>22001 LOUDOUN COUNTY PARKWAY<br>ASHBURN, VA 20147 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.606** | State what the contract or lease is for and the nature of the debtor's interest | Ninth Amendment Dated 09/14/2009 | VERIZON BUSINESS NETWORK SERVICES, INC.<br>22001 LOUDOUN COUNTY PARKWAY<br>ASHBURN, VA 20147 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.607** | State what the contract or lease is for and the nature of the debtor's interest | Sixth Amendment Dated 11/03/2008 | VERIZON BUSINESS NETWORK SERVICES, INC.<br>22001 LOUDOUN COUNTY PARKWAY<br>ASHBURN, VA 20147 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    iHeartCommunications, Inc.                       Case number *(if known)*   18-31273 (MI)
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.608 | State what the contract or lease is for and the nature of the debtor's interest | Eight Amendment to Business Service Agreement Dated 06/08/2009 | VERIZON BUSINESS NETWORK SERVICES, INC. 22001 LOUDON COUNTY PARKWAY ASHBURN, VA 20147 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.609 | State what the contract or lease is for and the nature of the debtor's interest | Twelfth Amendment to Business Service Agreement  Dated 01/31/2011 | VERIZON BUSINESS NETWORK SERVICES, INC. 22001 LOUDON COUNTY PARKWAY ASHBURN, VA 20147 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.610 | State what the contract or lease is for and the nature of the debtor's interest | Second Amendment to Business Service Agreement Dated 04/08/2005 | VERIZON BUSINESS NETWORK SERVICES, INC. 22001 LOUDON COUNTY PARKWAY ASHBURN, VA 20147 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.611 | State what the contract or lease is for and the nature of the debtor's interest | Thirteenth Amendment to Business Service Agreement Dated 04/11/2011 | VERIZON BUSINESS NETWORK SERVICES, INC. 22001 LOUDON COUNTY PARKWAY ASHBURN, VA 20147 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.612 | State what the contract or lease is for and the nature of the debtor's interest | Sixteenth Amendment to Business Service Agreement Dated 09/10/2012 | VERIZON BUSINESS NETWORK SERVICES, INC. 22001 LOUDON COUNTY PARKWAY ASHBURN, VA 20147 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.613 | State what the contract or lease is for and the nature of the debtor's interest | Fourth Amendment to Business Service Agreement  Dated 09/08/2008 | VERIZON BUSINESS NETWORK SERVICES, INC. 22001 LOUDON COUNTY PARKWAY ASHBURN, VA 20147 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.614 | State what the contract or lease is for and the nature of the debtor's interest | Ninth Amendment to Business Service Agreement Dated 12/08/2009 | VERIZON BUSINESS NETWORK SERVICES, INC. 22001 LOUDON COUNTY PARKWAY ASHBURN, VA 20147 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor        iHeartCommunications, Inc.                                    Case number (if known)   18-31273 (MI)
              Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.615 | State what the contract or lease is for and the nature of the debtor's interest | Sixth Amendment to Business Service Agreement Dated 02/09/2009 | VERIZON BUSINESS NETWORK SERVICES, INC. 22001 LOUDOUN COUNTY PARKWAY ASHBURN, VA 20147 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.616 | State what the contract or lease is for and the nature of the debtor's interest | Tenth Amendment to Service Business Agreement Dated 03/08/2009 | VERIZON BUSINESS NETWORK SERVICES, INC. 22001 LOUDOUN COUNTY PARKWAY ASHBURN, VA 20147 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.617 | State what the contract or lease is for and the nature of the debtor's interest | Eleventh Amendment to Business Service Agreement Dated 01/13/2011 | VERIZON BUSINESS NETWORK SERVICES, INC. 22001 LOUDOUN COUNTY PARKWAY ASHBURN, VA 20147 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.618 | State what the contract or lease is for and the nature of the debtor's interest | Fourteenth Amendment Dated 11/15/2011 | VERIZON BUSINESS NETWORK SERVICES, INC. 22001 LOUDOUN COUNTY PARKWAY ASHBURN, VA 20147 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.619 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement  Dated 11/19/2007 | VERIZON BUSINESS NETWORK SERVICES, INC. 22001 LOUDOUN COUNTY PARKWAY ASHBURN, VA 20147 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.620 | State what the contract or lease is for and the nature of the debtor's interest | Fifteenth Amendment to Business Service Agreement  Dated 05/31/2012 | VERIZON BUSINESS NETWORK SERVICES, INC. 22001 LOUDOUN COUNTY PARKWAY ASHBURN, VA 20147 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.621 | State what the contract or lease is for and the nature of the debtor's interest | Third Amendment to Business Service Agreement Dated 04/08/2008 | VERIZON BUSINESS NETWORK SERVICES, INC. 22001 LOUDOUN COUNTY PARKWAY ASHBURN, VA 20147 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    iHeartCommunications, Inc.           Case number *(if known)* __18-31273 (MI)__
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.622 | State what the contract or lease is for and the nature of the debtor's interest | First Amendment  Dated 01/15/2008 | VERIZON BUSINESS NETWORK SERVICES, INC. 22001 LOUDOUN COUNTY PARKWAY ASHBURN, VA 20147 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.623 | State what the contract or lease is for and the nature of the debtor's interest | Fifth Amendment to Business Service Agreement Dated 12/08/2008 | VERIZON BUSINESS NETWORK SERVICES, INC. 22001 LOUDOUN COUNTY PARKWAY ASHBURN, VA 20147 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.624 | State what the contract or lease is for and the nature of the debtor's interest | Tenth Amendment Dated 12/05/2009 | VERIZON BUSINESS NETWORK SERVICES, INC. 22001 LOUDOUN COUNTY PARKWAY ASHBURN, VA 20147 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.625 | State what the contract or lease is for and the nature of the debtor's interest | Fourteenth Amendment to Business Service Agreement  Dated 11/15/2011 | VERIZON BUSINESS NETWORK SERVICES, INC. 22001 LOUDOUN COUNTY PARKWAY ASHBURN, VA 20147 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.626 | State what the contract or lease is for and the nature of the debtor's interest | Eleventh Amendment Dated 01/13/2011 | VERIZON BUSINESS NETWORK SERVICES, INC. 22001 LOUDOUN COUNTY PARKWAY ASHBURN, VA 20147 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.627 | State what the contract or lease is for and the nature of the debtor's interest | Eleventh Amendment Dated 01/13/2011 | VERIZON BUSINESS NETWORK SERVICES, INC. 22001 LOUDOUN COUNTY PARKWAY ASHBURN, VA 20147 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.628 | State what the contract or lease is for and the nature of the debtor's interest | Second Amendment Dated 01/31/2008 | VERIZON BUSINESS NETWORK SERVICES, INC. 22001 LOUDOUN COUNTY PARKWAY ASHBURN, VA 20147 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor _____iHeartCommunications, Inc._____     Case number *(if known)* __18-31273 (MI)__
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.629 | State what the contract or lease is for and the nature of the debtor's interest | Eighth Amendment Dated 03/03/2009 | VERIZON BUSINESS NETWORK SERVICES, INC. 22001 LOUDOUN COUNTY PARKWAY ASHBURN, VA 20147 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.630 | State what the contract or lease is for and the nature of the debtor's interest | Customer Acknowledgment Letter regarding Pricing Dated 02/28/2011 | VERIZON WIRELESS ATTN: AREA GENERAL COUNSEL ONE VERIZON PLACE ALPHARETTA, GA 30004 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.631 | State what the contract or lease is for and the nature of the debtor's interest | Customer Acknowledgement Form Dated 02/28/2011 | VERIZON WIRELESS ATTN: AREA GENERAL COUNSEL ONE VERIZON PLACE ALPHARETTA, GA 30004 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.632 | State what the contract or lease is for and the nature of the debtor's interest | Work Order Dated 12/15/2011 | VERTEX GROUP 935 N. PLUM  GROVE RD. SUITE #D SCHAUMBURG, IL 60173 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.633 | State what the contract or lease is for and the nature of the debtor's interest | Client Staffing Services Agreement Dated 12/09/2011 | VERTEX GROUP 935 N. PLUM  GROVE RD. SUITE #D SCHAUMBURG, IL 60173 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.634 | State what the contract or lease is for and the nature of the debtor's interest | Tower Lease - TTWN , 15401 Ten Mile Rd, Oak Park, MI 48237 | VERTICAL BRIDGE CC FM, LLC 750 PARK COMMERCE DRIVE SUITE 200 BOCA RATON, FL 33487 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.635 | State what the contract or lease is for and the nature of the debtor's interest | Restriping of 200 Basse Parking Garage | VYSK COMMUNICATIONS, INC. 300 CONVENT ST SAN ANTONIO, TX 78205 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    iHeartCommunications, Inc.
          Name

Case number (if known)   18-31273 (MI)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.636 | State what the contract or lease is for and the nature of the debtor's interest | Guarantee of Office/Studio Lease - Charleston, SC Studios, 950 Houston Northcutt Blvd., 2nd Floor, Mount Pleasant, SC 29465 | WATERMARK ASSOCIATES PO BOX 881 MOUNT PLEASANT, SC 29465 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.637 | State what the contract or lease is for and the nature of the debtor's interest | Lease Assumption Agreement Dated 04/01/2010 | WHEELS INC ATTN WHEELS DIRECT VEHICLE REMARKETING WHEELS EXCHANGE LLC 666 GARLAND PL DES PLAINES, IL 60016 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.638 | State what the contract or lease is for and the nature of the debtor's interest | National Vehicle Lease  Dated 02/18/2003 | WHEELS LT |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.639 | State what the contract or lease is for and the nature of the debtor's interest | Guarantee of Office/Studio Lease - New York RCS HQ, 445 Hamilton Avenue, Suite 210, White Plains, NY 10601 | WHITE PLAINS PLAZA REALTY LLC 1 N BROADWAY SUITE 125 WHITE PLAINS, NY 10601 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.640 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement | WHITE PLAINS PLAZA REALTY, LLC C/O HEYMAN PROPERTIES ATTN: KATHY RORICK 333 POST ROAD WEST WESTPORT, CT 06880 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.641 | State what the contract or lease is for and the nature of the debtor's interest | Guarantee of Office/Studio Lease - Katz Los Angeles, 5700 Wilshire Boulevard, Los Angeles, CA 90036 | WILSHIRE COURTYARD, LP 5700 WILSHIRE BOULEVARD, SUITE 365 ATTENTION:  PROPERTY MANAGER LOS ANGELES, CA 90036 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.642 | State what the contract or lease is for and the nature of the debtor's interest | Tower Lease - WZHT-FM, WHLW-FM Tower, 2018 Fannin Mill Road, Grady, AL 36036 | WSFA, LLC 12 EAST DELANO AVE ATTN:  GENERAL MANAGER MONTGOMERY, AL 36105 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor   _iHeartCommunications, Inc._____          Case number *(if known)* __18-31273 (MI)_____
          Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.643** **State what the contract or lease is for and the nature of the debtor's interest**  Non-Disclosure Agreement  Dated 06/13/2016 | Y&L CONSULTING 7550IH 10 WEST SUITE 940 SAN ANTONIO , TX 78229 |
| **State the term remaining**  Undetermined  **List the contract number of any government contract** | |

**Fill in this information to identify the case:**

Debtor name  iHeartCommunications, Inc.

United States Bankruptcy Court for the: Southern                         District of  Texas,
                                                                          Houston
Case number (If known):   18-31273 (MI)                                   Division

☐ Check if this is an
amended filing

## Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☒ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1  Citicasters Co. | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | 2323 REALTY GROUP, L.L.C. | ☐ D<br>☐ E/F<br>☒ G |
| 2.2  iHeartMedia + Entertainment, Inc. | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | BECK FAMILY TRUSTS | ☐ D<br>☐ E/F<br>☒ G |
| 2.3  iHM Identity, Inc. | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | CITIBANK, N.A. | ☒ D<br>☐ E/F<br>☐ G |
| 2.4  Clear Channel Holdings, Inc. | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | CITIBANK, N.A. | ☒ D<br>☐ E/F<br>☐ G |
| 2.5  AMFM Operating, Inc. | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | CITIBANK, N.A. | ☒ D<br>☐ E/F<br>☐ G |
| 2.6  AMFM Radio Licenses, LLC | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | CITIBANK, N.A. | ☒ D<br>☐ E/F<br>☐ G |

| Debtor | iHeartCommunications, Inc. | Case number (if known) | 18-31273 (MI) |
|---|---|---|---|
| | Name | | |

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.7 | Capstar TX, LLC | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | CITIBANK, N.A. | ☒ D<br>☐ E/F<br>☐ G |
| 2.8 | CC Broadcast Holdings, Inc. | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | CITIBANK, N.A. | ☒ D<br>☐ E/F<br>☐ G |
| 2.9 | CC Finco Holdings, LLC | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | CITIBANK, N.A. | ☒ D<br>☐ E/F<br>☐ G |
| 2.10 | CC Licenses, LLC | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | CITIBANK, N.A. | ☒ D<br>☐ E/F<br>☐ G |
| 2.11 | AMFM Broadcasting Licenses, LLC | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | CITIBANK, N.A. | ☒ D<br>☐ E/F<br>☐ G |
| 2.12 | AMFM Broadcasting, Inc. | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | CITIBANK, N.A. | ☒ D<br>☐ E/F<br>☐ G |
| 2.13 | AMFM Operating, Inc. | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | CITIBANK, N.A. | ☒ D<br>☐ E/F<br>☐ G |
| 2.14 | AMFM Radio Licenses, LLC | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | CITIBANK, N.A. | ☒ D<br>☐ E/F<br>☐ G |
| 2.15 | AMFM Texas Broadcasting, LP | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | CITIBANK, N.A. | ☒ D<br>☐ E/F<br>☐ G |
| 2.16 | AMFM Texas Licenses, LLC | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | CITIBANK, N.A. | ☒ D<br>☐ E/F<br>☐ G |
| 2.17 | Katz Net Radio Sales, Inc. | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | CITIBANK, N.A. | ☒ D<br>☐ E/F<br>☐ G |

Debtor    iHeartCommunications, Inc.
          _____
          Name

Case number (if known)  18-31273 (MI)
                        _____

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.18 | M Street Corporation | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | CITIBANK, N.A. | ☒ D  ☐ E/F  ☐ G |
| 2.19 | Premiere Networks, Inc. | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | CITIBANK, N.A. | ☒ D  ☐ E/F  ☐ G |
| 2.20 | Terrestrial RF Licensing, Inc. | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | CITIBANK, N.A. | ☒ D  ☐ E/F  ☐ G |
| 2.21 | TTWN Media Networks, LLC | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | CITIBANK, N.A. | ☒ D  ☐ E/F  ☐ G |
| 2.22 | TTWN Networks, LLC | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | CITIBANK, N.A. | ☒ D  ☐ E/F  ☐ G |
| 2.23 | iHeartMedia Capital I, LLC | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | CITIBANK, N.A. | ☒ D  ☐ E/F  ☐ G |
| 2.24 | iHeartMedia Management Services, Inc. | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | CITIBANK, N.A. | ☒ D  ☐ E/F  ☐ G |
| 2.25 | iHM Identity, Inc. | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | CITIBANK, N.A. | ☒ D  ☐ E/F  ☐ G |
| 2.26 | Katz Communications, Inc. | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | CITIBANK, N.A. | ☒ D  ☐ E/F  ☐ G |
| 2.27 | Katz Media Group, Inc. | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | CITIBANK, N.A. | ☒ D  ☐ E/F  ☐ G |
| 2.28 | Katz Millennium Sales & Marketing, Inc. | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | CITIBANK, N.A. | ☒ D  ☐ E/F  ☐ G |

| Debtor | iHeartCommunications, Inc. | Case number (if known) | 18-31273 (MI) |
|---|---|---|---|
| | Name | | |

| | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.29 | Clear Channel Investments, Inc. | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | CITIBANK, N.A. | ☒ D<br>☐ E/F<br>☐ G |
| 2.30 | Clear Channel Metro, LLC | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | CITIBANK, N.A. | ☒ D<br>☐ E/F<br>☐ G |
| 2.31 | Clear Channel Mexico Holdings, Inc. | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | CITIBANK, N.A. | ☒ D<br>☐ E/F<br>☐ G |
| 2.32 | Clear Channel Real Estate, LLC | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | CITIBANK, N.A. | ☒ D<br>☐ E/F<br>☐ G |
| 2.33 | Critical Mass Media, Inc. | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | CITIBANK, N.A. | ☒ D<br>☐ E/F<br>☐ G |
| 2.34 | iHeartMedia + Entertainment, Inc. | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | CITIBANK, N.A. | ☒ D<br>☐ E/F<br>☐ G |
| 2.35 | Christal Radio Sales, Inc. | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | CITIBANK, N.A. | ☒ D<br>☐ E/F<br>☐ G |
| 2.36 | Cine Guarantors II, Inc. | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | CITIBANK, N.A. | ☒ D<br>☐ E/F<br>☐ G |
| 2.37 | Citicasters Co. | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | CITIBANK, N.A. | ☒ D<br>☐ E/F<br>☐ G |
| 2.38 | Citicasters Licenses, Inc. | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | CITIBANK, N.A. | ☒ D<br>☐ E/F<br>☐ G |
| 2.39 | Premiere Networks, Inc. | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | COUNTERPARTY NAME ON FILE | ☐ D<br>☐ E/F<br>☒ G |

| Debtor | iHeartCommunications, Inc. | Case number *(if known)* | 18-31273 (MI) |
|--------|---------------------------|--------------------------|----------------|
| | Name | | |

### Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | | Column 2: **Creditor** | |
|---|---|---|---|---|---|
| | **Name** | **Mailing address** | | **Name** | *Check all schedules that apply:* |
| 2.40 | iHeartMedia + Entertainment, Inc. | 20880 STONE OAK PKWY | SAN ANTONIO, TX  78258 | EAST GATEWAY CENTER LLC | ❑ D<br>❑ E/F<br>☒ G |
| 2.41 | iHeartMedia + Entertainment, Inc. | 20880 STONE OAK PKWY | SAN ANTONIO, TX  78258 | FCA GROUP, LLC | ❑ D<br>❑ E/F<br>☒ G |
| 2.42 | AMFM Operating, Inc. | 20880 STONE OAK PKWY | SAN ANTONIO, TX  78258 | G&I VII 1600 & MONEYGRAM LLC | ❑ D<br>❑ E/F<br>☒ G |
| 2.43 | iHeartMedia + Entertainment, Inc. | 20880 STONE OAK PKWY | SAN ANTONIO, TX  78258 | G&I VII 1600 & MONEYGRAM LLC | ❑ D<br>❑ E/F<br>☒ G |
| 2.44 | Katz Communications, Inc. | 20880 STONE OAK PKWY | SAN ANTONIO, TX  78258 | GA MISSION LLC | ❑ D<br>❑ E/F<br>☒ G |
| 2.45 | iHeartMedia + Entertainment, Inc. | 20880 STONE OAK PKWY | SAN ANTONIO, TX  78258 | HGR-1, LLC | ❑ D<br>❑ E/F<br>☒ G |
| 2.46 | iHeartMedia + Entertainment, Inc. | 20880 STONE OAK PKWY | SAN ANTONIO, TX  78258 | HIGHWOODS REALTY LIMITED PARTNERSHIP | ❑ D<br>❑ E/F<br>☒ G |
| 2.47 | Clear Channel Singapore Pte Ltd. | 20880 STONE OAK PKWY STATES | SAN ANTONIO, TX  78258UNITED | LAND TRANSPORT AUTHORITY OF SINGAPORE | ❑ D<br>❑ E/F<br>☒ G |
| 2.48 | Katz Net Radio Sales, Inc. | 20880 STONE OAK PKWY | SAN ANTONIO, TX  78258 | LAW DEBENTURE TRUST COMPANY | ❑ D<br>☒ E/F<br>❑ G |
| 2.49 | AMFM Texas Licenses, LLC | 20880 STONE OAK PKWY | SAN ANTONIO, TX  78258 | LAW DEBENTURE TRUST COMPANY | ❑ D<br>☒ E/F<br>❑ G |
| 2.50 | AMFM Texas Broadcasting, LP | 20880 STONE OAK PKWY | SAN ANTONIO, TX  78258 | LAW DEBENTURE TRUST COMPANY | ❑ D<br>☒ E/F<br>❑ G |

Debtor   iHeartCommunications, Inc.
         Name

Case number (if known)   18-31273 (MI)

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | | Column 2: **Creditor** | |
|---|---|---|---|---|---|
| | **Name** | **Mailing address** | | **Name** | *Check all schedules that apply:* |
| 2.51 | AMFM Radio Licenses, LLC | 20880 STONE OAK PKWY | SAN ANTONIO, TX  78258 | LAW DEBENTURE TRUST COMPANY | ☐ D  ☒ E/F  ☐ G |
| 2.52 | AMFM Broadcasting, Inc. | 20880 STONE OAK PKWY | SAN ANTONIO, TX  78258 | LAW DEBENTURE TRUST COMPANY | ☐ D  ☒ E/F  ☐ G |
| 2.53 | AMFM Broadcasting Licenses, LLC | 20880 STONE OAK PKWY | SAN ANTONIO, TX  78258 | LAW DEBENTURE TRUST COMPANY | ☐ D  ☒ E/F  ☐ G |
| 2.54 | AMFM Operating, Inc. | 20880 STONE OAK PKWY | SAN ANTONIO, TX  78258 | LAW DEBENTURE TRUST COMPANY | ☐ D  ☒ E/F  ☐ G |
| 2.55 | iHeartMedia + Entertainment, Inc. | 20880 STONE OAK PKWY | SAN ANTONIO, TX  78258 | LAW DEBENTURE TRUST COMPANY | ☐ D  ☒ E/F  ☐ G |
| 2.56 | Critical Mass Media, Inc. | 20880 STONE OAK PKWY | SAN ANTONIO, TX  78258 | LAW DEBENTURE TRUST COMPANY | ☐ D  ☒ E/F  ☐ G |
| 2.57 | Clear Channel Real Estate, LLC | 20880 STONE OAK PKWY | SAN ANTONIO, TX  78258 | LAW DEBENTURE TRUST COMPANY | ☐ D  ☒ E/F  ☐ G |
| 2.58 | Clear Channel Mexico Holdings, Inc. | 20880 STONE OAK PKWY | SAN ANTONIO, TX  78258 | LAW DEBENTURE TRUST COMPANY | ☐ D  ☒ E/F  ☐ G |
| 2.59 | Clear Channel Metro, LLC | 20880 STONE OAK PKWY | SAN ANTONIO, TX  78258 | LAW DEBENTURE TRUST COMPANY | ☐ D  ☒ E/F  ☐ G |
| 2.60 | Clear Channel Investments, Inc. | 20880 STONE OAK PKWY | SAN ANTONIO, TX  78258 | LAW DEBENTURE TRUST COMPANY | ☐ D  ☒ E/F  ☐ G |
| 2.61 | Katz Media Group, Inc. | 20880 STONE OAK PKWY | SAN ANTONIO, TX  78258 | LAW DEBENTURE TRUST COMPANY | ☐ D  ☒ E/F  ☐ G |

| Debtor | iHeartCommunications, Inc. | Case number (if known) | 18-31273 (MI) |
| --- | --- | --- | --- |
| | Name | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | | Column 2: **Creditor** | |
| --- | --- | --- | --- | --- | --- |
| | **Name** | **Mailing address** | | **Name** | *Check all schedules that apply:* |
| 2.62 | Katz Millennium Sales & Marketing, Inc. | 20880 STONE OAK PKWY | SAN ANTONIO, TX  78258 | LAW DEBENTURE TRUST COMPANY | ❏ D  ☒ E/F  ❏ G |
| 2.63 | Katz Communications, Inc. | 20880 STONE OAK PKWY | SAN ANTONIO, TX  78258 | LAW DEBENTURE TRUST COMPANY | ❏ D  ☒ E/F  ❏ G |
| 2.64 | iHM Identity, Inc. | 20880 STONE OAK PKWY | SAN ANTONIO, TX  78258 | LAW DEBENTURE TRUST COMPANY | ❏ D  ☒ E/F  ❏ G |
| 2.65 | iHeartMedia Management Services, Inc. | 20880 STONE OAK PKWY | SAN ANTONIO, TX  78258 | LAW DEBENTURE TRUST COMPANY | ❏ D  ☒ E/F  ❏ G |
| 2.66 | iHeartMedia Capital I, LLC | 20880 STONE OAK PKWY | SAN ANTONIO, TX  78258 | LAW DEBENTURE TRUST COMPANY | ❏ D  ☒ E/F  ❏ G |
| 2.67 | TTWN Networks, LLC | 20880 STONE OAK PKWY | SAN ANTONIO, TX  78258 | LAW DEBENTURE TRUST COMPANY | ❏ D  ☒ E/F  ❏ G |
| 2.68 | TTWN Media Networks, LLC | 20880 STONE OAK PKWY | SAN ANTONIO, TX  78258 | LAW DEBENTURE TRUST COMPANY | ❏ D  ☒ E/F  ❏ G |
| 2.69 | Terrestrial RF Licensing, Inc. | 20880 STONE OAK PKWY | SAN ANTONIO, TX  78258 | LAW DEBENTURE TRUST COMPANY | ❏ D  ☒ E/F  ❏ G |
| 2.70 | Premiere Networks, Inc. | 20880 STONE OAK PKWY | SAN ANTONIO, TX  78258 | LAW DEBENTURE TRUST COMPANY | ❏ D  ☒ E/F  ❏ G |
| 2.71 | M Street Corporation | 20880 STONE OAK PKWY | SAN ANTONIO, TX  78258 | LAW DEBENTURE TRUST COMPANY | ❏ D  ☒ E/F  ❏ G |
| 2.72 | CC Finco Holdings, LLC | 20880 STONE OAK PKWY | SAN ANTONIO, TX  78258 | LAW DEBENTURE TRUST COMPANY | ❏ D  ☒ E/F  ❏ G |

| Debtor | iHeartCommunications, Inc. | Case number (if known) | 18-31273 (MI) |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.73 | Capstar TX, LLC | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | LAW DEBENTURE TRUST COMPANY | ☐ D  ☒ E/F  ☐ G |
| 2.74 | CC Broadcast Holdings, Inc. | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | LAW DEBENTURE TRUST COMPANY | ☐ D  ☒ E/F  ☐ G |
| 2.75 | CC Licenses, LLC | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | LAW DEBENTURE TRUST COMPANY | ☐ D  ☒ E/F  ☐ G |
| 2.76 | Capstar Radio Operating Company | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | LAW DEBENTURE TRUST COMPANY | ☐ D  ☒ E/F  ☐ G |
| 2.77 | AMFM Texas, LLC | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | LAW DEBENTURE TRUST COMPANY | ☐ D  ☒ E/F  ☐ G |
| 2.78 | Clear Channel Holdings, Inc. | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | LAW DEBENTURE TRUST COMPANY | ☐ D  ☒ E/F  ☐ G |
| 2.79 | Clear Channel Broadcasting Licenses, Inc. | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | LAW DEBENTURE TRUST COMPANY | ☐ D  ☒ E/F  ☐ G |
| 2.80 | Citicasters Licenses, Inc. | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | LAW DEBENTURE TRUST COMPANY | ☐ D  ☒ E/F  ☐ G |
| 2.81 | Citicasters Co. | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | LAW DEBENTURE TRUST COMPANY | ☐ D  ☒ E/F  ☐ G |
| 2.82 | Cine Guarantors II, Inc. | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | LAW DEBENTURE TRUST COMPANY | ☐ D  ☒ E/F  ☐ G |
| 2.83 | Christal Radio Sales, Inc. | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | LAW DEBENTURE TRUST COMPANY | ☐ D  ☒ E/F  ☐ G |

| Debtor | iHeartCommunications, Inc. | Case number (if known) | 18-31273 (MI) |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | | Column 2: **Creditor** | |
|---|---|---|---|---|---|
| | **Name** | **Mailing address** | | **Name** | Check all schedules that apply: |
| 2.84 | iHeartMedia + Entertainment, Inc. | 20880 STONE OAK PKWY | SAN ANTONIO, TX  78258 | LINLO PROPERTIES | ☐ D<br>☐ E/F<br>☒ G |
| 2.85 | TTWN Media Networks, LLC | 20880 STONE OAK PKWY | SAN ANTONIO, TX  78258 | OMNINET FREEWAY, LP | ☐ D<br>☐ E/F<br>☒ G |
| 2.86 | AMFM Broadcasting Licenses, LLC | 20880 STONE OAK PKWY | SAN ANTONIO, TX  78258 | TPG SPECIALTY LENDING, INC. | ☒ D<br>☐ E/F<br>☐ G |
| 2.87 | AMFM Broadcasting, Inc. | 20880 STONE OAK PKWY | SAN ANTONIO, TX  78258 | TPG SPECIALTY LENDING, INC. | ☒ D<br>☐ E/F<br>☐ G |
| 2.88 | AMFM Operating, Inc. | 20880 STONE OAK PKWY | SAN ANTONIO, TX  78258 | TPG SPECIALTY LENDING, INC. | ☒ D<br>☐ E/F<br>☐ G |
| 2.89 | AMFM Radio Licenses, LLC | 20880 STONE OAK PKWY | SAN ANTONIO, TX  78258 | TPG SPECIALTY LENDING, INC. | ☒ D<br>☐ E/F<br>☐ G |
| 2.90 | AMFM Texas Broadcasting, LP | 20880 STONE OAK PKWY | SAN ANTONIO, TX  78258 | TPG SPECIALTY LENDING, INC. | ☒ D<br>☐ E/F<br>☐ G |
| 2.91 | AMFM Texas Licenses, LLC | 20880 STONE OAK PKWY | SAN ANTONIO, TX  78258 | TPG SPECIALTY LENDING, INC. | ☒ D<br>☐ E/F<br>☐ G |
| 2.92 | Katz Net Radio Sales, Inc. | 20880 STONE OAK PKWY | SAN ANTONIO, TX  78258 | TPG SPECIALTY LENDING, INC. | ☒ D<br>☐ E/F<br>☐ G |
| 2.93 | M Street Corporation | 20880 STONE OAK PKWY | SAN ANTONIO, TX  78258 | TPG SPECIALTY LENDING, INC. | ☒ D<br>☐ E/F<br>☐ G |
| 2.94 | Premiere Networks, Inc. | 20880 STONE OAK PKWY | SAN ANTONIO, TX  78258 | TPG SPECIALTY LENDING, INC. | ☒ D<br>☐ E/F<br>☐ G |

| Debtor | iHeartCommunications, Inc. | Case number (if known) | 18-31273 (MI) |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | | Column 2: **Creditor** | |
|---|---|---|---|---|---|
| | **Name** | **Mailing address** | | **Name** | *Check all schedules that apply:* |
| 2.95 | Terrestrial RF Licensing, Inc. | 20880 STONE OAK PKWY | SAN ANTONIO, TX  78258 | TPG SPECIALTY LENDING, INC. | ☒ D<br>☐ E/F<br>☐ G |
| 2.96 | TTWN Media Networks, LLC | 20880 STONE OAK PKWY | SAN ANTONIO, TX  78258 | TPG SPECIALTY LENDING, INC. | ☒ D<br>☐ E/F<br>☐ G |
| 2.97 | TTWN Networks, LLC | 20880 STONE OAK PKWY | SAN ANTONIO, TX  78258 | TPG SPECIALTY LENDING, INC. | ☒ D<br>☐ E/F<br>☐ G |
| 2.98 | iHeartMedia Capital I, LLC | 20880 STONE OAK PKWY | SAN ANTONIO, TX  78258 | TPG SPECIALTY LENDING, INC. | ☒ D<br>☐ E/F<br>☐ G |
| 2.99 | iHeartMedia Management Services, Inc. | 20880 STONE OAK PKWY | SAN ANTONIO, TX  78258 | TPG SPECIALTY LENDING, INC. | ☒ D<br>☐ E/F<br>☐ G |
| 2.100 | iHM Identity, Inc. | 20880 STONE OAK PKWY | SAN ANTONIO, TX  78258 | TPG SPECIALTY LENDING, INC. | ☒ D<br>☐ E/F<br>☐ G |
| 2.101 | Katz Communications, Inc. | 20880 STONE OAK PKWY | SAN ANTONIO, TX  78258 | TPG SPECIALTY LENDING, INC. | ☒ D<br>☐ E/F<br>☐ G |
| 2.102 | Katz Media Group, Inc. | 20880 STONE OAK PKWY | SAN ANTONIO, TX  78258 | TPG SPECIALTY LENDING, INC. | ☒ D<br>☐ E/F<br>☐ G |
| 2.103 | Katz Millennium Sales & Marketing, Inc. | 20880 STONE OAK PKWY | SAN ANTONIO, TX  78258 | TPG SPECIALTY LENDING, INC. | ☒ D<br>☐ E/F<br>☐ G |
| 2.104 | Clear Channel Investments, Inc. | 20880 STONE OAK PKWY | SAN ANTONIO, TX  78258 | TPG SPECIALTY LENDING, INC. | ☒ D<br>☐ E/F<br>☐ G |
| 2.105 | Clear Channel Metro, LLC | 20880 STONE OAK PKWY | SAN ANTONIO, TX  78258 | TPG SPECIALTY LENDING, INC. | ☒ D<br>☐ E/F<br>☐ G |

Debtor ___iHeartCommunications, Inc._____
          Name

Case number *(if known)* ___18-31273 (MI)___

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.106 Clear Channel Mexico Holdings, Inc. | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | TPG SPECIALTY LENDING, INC. | ☒ D<br>☐ E/F<br>☐ G |
| 2.107 Clear Channel Real Estate, LLC | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | TPG SPECIALTY LENDING, INC. | ☒ D<br>☐ E/F<br>☐ G |
| 2.108 Critical Mass Media, Inc. | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | TPG SPECIALTY LENDING, INC. | ☒ D<br>☐ E/F<br>☐ G |
| 2.109 iHeartMedia + Entertainment, Inc. | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | TPG SPECIALTY LENDING, INC. | ☒ D<br>☐ E/F<br>☐ G |
| 2.110 Christal Radio Sales, Inc. | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | TPG SPECIALTY LENDING, INC. | ☒ D<br>☐ E/F<br>☐ G |
| 2.111 Cine Guarantors II, Inc. | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | TPG SPECIALTY LENDING, INC. | ☒ D<br>☐ E/F<br>☐ G |
| 2.112 Citicasters Co. | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | TPG SPECIALTY LENDING, INC. | ☒ D<br>☐ E/F<br>☐ G |
| 2.113 Citicasters Licenses, Inc. | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | TPG SPECIALTY LENDING, INC. | ☒ D<br>☐ E/F<br>☐ G |
| 2.114 Clear Channel Broadcasting Licenses, Inc. | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | TPG SPECIALTY LENDING, INC. | ☒ D<br>☐ E/F<br>☐ G |
| 2.115 Clear Channel Holdings, Inc. | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | TPG SPECIALTY LENDING, INC. | ☒ D<br>☐ E/F<br>☐ G |
| 2.116 AMFM Texas, LLC | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | TPG SPECIALTY LENDING, INC. | ☒ D<br>☐ E/F<br>☐ G |

Debtor   iHeartCommunications, Inc.
         Name

Case number *(if known)*   18-31273 (MI)

| | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.117 | Capstar Radio Operating Company | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | TPG SPECIALTY LENDING, INC. | ☒ D  ☐ E/F  ☐ G |
| 2.118 | Capstar TX, LLC | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | TPG SPECIALTY LENDING, INC. | ☒ D  ☐ E/F  ☐ G |
| 2.119 | CC Broadcast Holdings, Inc. | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | TPG SPECIALTY LENDING, INC. | ☒ D  ☐ E/F  ☐ G |
| 2.120 | CC Finco Holdings, LLC | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | TPG SPECIALTY LENDING, INC. | ☒ D  ☐ E/F  ☐ G |
| 2.121 | CC Licenses, LLC | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | TPG SPECIALTY LENDING, INC. | ☒ D  ☐ E/F  ☐ G |
| 2.122 | Citicasters Co. | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | TRIANGLE POINTE, LLC | ☐ D  ☐ E/F  ☒ G |
| 2.123 | CC Licenses, LLC | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | UMB BANK | ☐ D  ☒ E/F  ☐ G |
| 2.124 | Capstar Radio Operating Company | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | UMB BANK | ☐ D  ☒ E/F  ☐ G |
| 2.125 | Capstar TX, LLC | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | UMB BANK | ☐ D  ☒ E/F  ☐ G |
| 2.126 | CC Broadcast Holdings, Inc. | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | UMB BANK | ☐ D  ☒ E/F  ☐ G |
| 2.127 | CC Finco Holdings, LLC | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | UMB BANK | ☐ D  ☒ E/F  ☐ G |

Debtor  iHeartCommunications, Inc.
         Name

Case number (if known)  18-31273 (MI)

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.128 AMFM Radio Licenses, LLC | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | UMB BANK | ☐ D  ☒ E/F  ☐ G |
| 2.129 AMFM Texas Broadcasting, LP | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | UMB BANK | ☐ D  ☒ E/F  ☐ G |
| 2.130 AMFM Texas Licenses, LLC | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | UMB BANK | ☐ D  ☒ E/F  ☐ G |
| 2.131 AMFM Broadcasting Licenses, LLC | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | UMB BANK | ☐ D  ☒ E/F  ☐ G |
| 2.132 AMFM Broadcasting, Inc. | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | UMB BANK | ☐ D  ☒ E/F  ☐ G |
| 2.133 AMFM Operating, Inc. | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | UMB BANK | ☐ D  ☒ E/F  ☐ G |
| 2.134 Katz Net Radio Sales, Inc. | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | UMB BANK | ☐ D  ☒ E/F  ☐ G |
| 2.135 M Street Corporation | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | UMB BANK | ☐ D  ☒ E/F  ☐ G |
| 2.136 Premiere Networks, Inc. | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | UMB BANK | ☐ D  ☒ E/F  ☐ G |
| 2.137 Terrestrial RF Licensing, Inc. | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | UMB BANK | ☐ D  ☒ E/F  ☐ G |
| 2.138 TTWN Media Networks, LLC | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | UMB BANK | ☐ D  ☒ E/F  ☐ G |

Debtor   iHeartCommunications, Inc.
         _____
         Name

Case number (if known) __18-31273 (MI)__

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.139 TTWN Networks, LLC | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | UMB BANK | ❑ D  ☒ E/F  ❑ G |
| 2.140 iHeartMedia Capital I, LLC | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | UMB BANK | ❑ D  ☒ E/F  ❑ G |
| 2.141 iHeartMedia Management Services, Inc. | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | UMB BANK | ❑ D  ☒ E/F  ❑ G |
| 2.142 iHM Identity, Inc. | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | UMB BANK | ❑ D  ☒ E/F  ❑ G |
| 2.143 Katz Communications, Inc. | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | UMB BANK | ❑ D  ☒ E/F  ❑ G |
| 2.144 Katz Media Group, Inc. | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | UMB BANK | ❑ D  ☒ E/F  ❑ G |
| 2.145 Katz Millennium Sales & Marketing, Inc. | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | UMB BANK | ❑ D  ☒ E/F  ❑ G |
| 2.146 Clear Channel Investments, Inc. | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | UMB BANK | ❑ D  ☒ E/F  ❑ G |
| 2.147 Clear Channel Metro, LLC | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | UMB BANK | ❑ D  ☒ E/F  ❑ G |
| 2.148 Clear Channel Mexico Holdings, Inc. | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | UMB BANK | ❑ D  ☒ E/F  ❑ G |
| 2.149 Clear Channel Real Estate, LLC | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | UMB BANK | ❑ D  ☒ E/F  ❑ G |

Debtor    iHeartCommunications, Inc.
          _____
          Name

Case number (if known)   18-31273 (MI)

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
| --- | --- | --- | --- |
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.150  Critical Mass Media, Inc. | 20880 STONE OAK PKWY     SAN ANTONIO, TX  78258 | UMB BANK | ☐ D  ☒ E/F  ☐ G |
| 2.151  iHeartMedia + Entertainment, Inc. | 20880 STONE OAK PKWY     SAN ANTONIO, TX  78258 | UMB BANK | ☐ D  ☒ E/F  ☐ G |
| 2.152  Christal Radio Sales, Inc. | 20880 STONE OAK PKWY     SAN ANTONIO, TX  78258 | UMB BANK | ☐ D  ☒ E/F  ☐ G |
| 2.153  Cine Guarantors II, Inc. | 20880 STONE OAK PKWY     SAN ANTONIO, TX  78258 | UMB BANK | ☐ D  ☒ E/F  ☐ G |
| 2.154  Citicasters Co. | 20880 STONE OAK PKWY     SAN ANTONIO, TX  78258 | UMB BANK | ☐ D  ☒ E/F  ☐ G |
| 2.155  Citicasters Licenses, Inc. | 20880 STONE OAK PKWY     SAN ANTONIO, TX  78258 | UMB BANK | ☐ D  ☒ E/F  ☐ G |
| 2.156  Clear Channel Broadcasting Licenses, Inc. | 20880 STONE OAK PKWY     SAN ANTONIO, TX  78258 | UMB BANK | ☐ D  ☒ E/F  ☐ G |
| 2.157  Clear Channel Holdings, Inc. | 20880 STONE OAK PKWY     SAN ANTONIO, TX  78258 | UMB BANK | ☐ D  ☒ E/F  ☐ G |
| 2.158  AMFM Texas, LLC | 20880 STONE OAK PKWY     SAN ANTONIO, TX  78258 | UMB BANK | ☐ D  ☒ E/F  ☐ G |
| 2.159  iHeartMedia Management Services, Inc. | 20880 STONE OAK PKWY     SAN ANTONIO, TX  78258 | US BANK | ☐ D  ☒ E/F  ☐ G |
| 2.160  iHM Identity, Inc. | 20880 STONE OAK PKWY     SAN ANTONIO, TX  78258 | US BANK | ☐ D  ☒ E/F  ☐ G |

Debtor  iHeartCommunications, Inc.
        _____
        Name

Case number (if known) __18-31273 (MI)__

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.161 iHeartMedia + Entertainment, Inc. | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | US BANK | ☐ D  ☒ E/F  ☐ G |
| 2.162 iHeartMedia Capital I, LLC | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | US BANK | ☐ D  ☒ E/F  ☐ G |
| 2.163 M Street Corporation | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | US BANK | ☐ D  ☒ E/F  ☐ G |
| 2.164 Katz Net Radio Sales, Inc. | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | US BANK | ☐ D  ☒ E/F  ☐ G |
| 2.165 TTWN Media Networks, LLC | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | US BANK | ☐ D  ☒ E/F  ☐ G |
| 2.166 Terrestrial RF Licensing, Inc. | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | US BANK | ☐ D  ☒ E/F  ☐ G |
| 2.167 Premiere Networks, Inc. | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | US BANK | ☐ D  ☒ E/F  ☐ G |
| 2.168 Katz Millennium Sales & Marketing, Inc. | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | US BANK | ☐ D  ☒ E/F  ☐ G |
| 2.169 Katz Communications, Inc. | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | US BANK | ☐ D  ☒ E/F  ☐ G |
| 2.170 Katz Media Group, Inc. | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | US BANK | ☐ D  ☒ E/F  ☐ G |
| 2.171 Clear Channel Holdings, Inc. | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | US BANK | ☐ D  ☒ E/F  ☐ G |

| Debtor | iHeartCommunications, Inc. | Case number (if known) | 18-31273 (MI) |
|--------|---------------------------|------------------------|---------------|
|        | Name                      |                        |               |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.172 Clear Channel Investments, Inc. | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | US BANK | ☐ D  ☒ E/F  ☐ G |
| 2.173 Clear Channel Mexico Holdings, Inc. | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | US BANK | ☐ D  ☒ E/F  ☐ G |
| 2.174 Clear Channel Real Estate, LLC | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | US BANK | ☐ D  ☒ E/F  ☐ G |
| 2.175 Critical Mass Media, Inc. | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | US BANK | ☐ D  ☒ E/F  ☐ G |
| 2.176 CC Licenses, LLC | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | US BANK | ☐ D  ☒ E/F  ☐ G |
| 2.177 Clear Channel Metro, LLC | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | US BANK | ☐ D  ☒ E/F  ☐ G |
| 2.178 Christal Radio Sales, Inc. | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | US BANK | ☐ D  ☒ E/F  ☐ G |
| 2.179 Cine Guarantors II, Inc. | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | US BANK | ☐ D  ☒ E/F  ☐ G |
| 2.180 Citicasters Co. | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | US BANK | ☐ D  ☒ E/F  ☐ G |
| 2.181 Citicasters Licenses, Inc. | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | US BANK | ☐ D  ☒ E/F  ☐ G |
| 2.182 Clear Channel Broadcasting Licenses, Inc. | 20880 STONE OAK PKWY    SAN ANTONIO, TX  78258 | US BANK | ☐ D  ☒ E/F  ☐ G |

Debtor      iHeartCommunications, Inc.
            _____
            Name

Case number (if known) __18-31273 (MI)__

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.183  AMFM Texas Licenses, LLC | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | US BANK | ❏ D<br>☒ E/F<br>❏ G |
| 2.184  AMFM Texas, LLC | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | US BANK | ❏ D<br>☒ E/F<br>❏ G |
| 2.185  Capstar Radio Operating Company | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | US BANK | ❏ D<br>☒ E/F<br>❏ G |
| 2.186  Capstar TX, LLC | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | US BANK | ❏ D<br>☒ E/F<br>❏ G |
| 2.187  CC Broadcast Holdings, Inc. | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | US BANK | ❏ D<br>☒ E/F<br>❏ G |
| 2.188  CC Finco Holdings, LLC | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | US BANK | ❏ D<br>☒ E/F<br>❏ G |
| 2.189  TTWN Networks, LLC | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | US BANK | ❏ D<br>☒ E/F<br>❏ G |
| 2.190  AMFM Broadcasting Licenses, LLC | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | US BANK | ❏ D<br>☒ E/F<br>❏ G |
| 2.191  AMFM Broadcasting, Inc. | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | US BANK | ❏ D<br>☒ E/F<br>❏ G |
| 2.192  AMFM Operating, Inc. | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | US BANK | ❏ D<br>☒ E/F<br>❏ G |
| 2.193  AMFM Radio Licenses, LLC | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | US BANK | ❏ D<br>☒ E/F<br>❏ G |

| Debtor | iHeartCommunications, Inc. | Case number (if known) | 18-31273 (MI) |
|---|---|---|---|
| | Name | | |

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.194 AMFM Texas Broadcasting, LP | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | US BANK | ☐ D<br>☒ E/F<br>☐ G |
| 2.195 Citicasters Co. | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | WATERMARK ASSOCIATES | ☐ D<br>☐ E/F<br>☒ G |
| 2.196 iHeartMedia Management Services, Inc. | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | WHITE PLAINS PLAZA REALTY LLC | ☐ D<br>☐ E/F<br>☒ G |
| 2.197 AMFM Broadcasting, Inc. | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | WILMINGTON TRUST | ☐ D<br>☒ E/F<br>☐ G |
| 2.198 AMFM Broadcasting Licenses, LLC | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | WILMINGTON TRUST | ☐ D<br>☒ E/F<br>☐ G |
| 2.199 AMFM Operating, Inc. | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | WILMINGTON TRUST | ☐ D<br>☒ E/F<br>☐ G |
| 2.200 AMFM Radio Licenses, LLC | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | WILMINGTON TRUST | ☐ D<br>☒ E/F<br>☐ G |
| 2.201 AMFM Texas Licenses, LLC | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | WILMINGTON TRUST | ☐ D<br>☒ E/F<br>☐ G |
| 2.202 AMFM Texas Broadcasting, LP | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | WILMINGTON TRUST | ☐ D<br>☒ E/F<br>☐ G |
| 2.203 Terrestrial RF Licensing, Inc. | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | WILMINGTON TRUST | ☐ D<br>☒ E/F<br>☐ G |
| 2.204 Premiere Networks, Inc. | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | WILMINGTON TRUST | ☐ D<br>☒ E/F<br>☐ G |

| Debtor | iHeartCommunications, Inc. | Case number *(if known)* | 18-31273 (MI) |
|---|---|---|---|
| | Name | | |

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.205 | M Street Corporation | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | WILMINGTON TRUST | ☐ D  ☒ E/F  ☐ G |
| 2.206 | Katz Net Radio Sales, Inc. | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | WILMINGTON TRUST | ☐ D  ☒ E/F  ☐ G |
| 2.207 | Citicasters Licenses, Inc. | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | WILMINGTON TRUST | ☐ D  ☒ E/F  ☐ G |
| 2.208 | Citicasters Co. | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | WILMINGTON TRUST | ☐ D  ☒ E/F  ☐ G |
| 2.209 | Cine Guarantors II, Inc. | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | WILMINGTON TRUST | ☐ D  ☒ E/F  ☐ G |
| 2.210 | Christal Radio Sales, Inc. | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | WILMINGTON TRUST | ☐ D  ☒ E/F  ☐ G |
| 2.211 | iHeartMedia + Entertainment, Inc. | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | WILMINGTON TRUST | ☐ D  ☒ E/F  ☐ G |
| 2.212 | Critical Mass Media, Inc. | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | WILMINGTON TRUST | ☐ D  ☒ E/F  ☐ G |
| 2.213 | Clear Channel Real Estate, LLC | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | WILMINGTON TRUST | ☐ D  ☒ E/F  ☐ G |
| 2.214 | Clear Channel Mexico Holdings, Inc. | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | WILMINGTON TRUST | ☐ D  ☒ E/F  ☐ G |
| 2.215 | Clear Channel Investments, Inc. | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | WILMINGTON TRUST | ☐ D  ☒ E/F  ☐ G |

Debtor      iHeartCommunications, Inc.                                        Case number *(if known)*   18-31273 (MI)
                 Name

| | | **Additional Page if Debtor Has More Codebtors** |
|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.216 | Clear Channel Metro, LLC | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | WILMINGTON TRUST | ☐ D  ☒ E/F  ☐ G |
| 2.217 | Katz Millennium Sales & Marketing, Inc. | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | WILMINGTON TRUST | ☐ D  ☒ E/F  ☐ G |
| 2.218 | Katz Communications, Inc. | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | WILMINGTON TRUST | ☐ D  ☒ E/F  ☐ G |
| 2.219 | Katz Media Group, Inc. | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | WILMINGTON TRUST | ☐ D  ☒ E/F  ☐ G |
| 2.220 | iHM Identity, Inc. | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | WILMINGTON TRUST | ☐ D  ☒ E/F  ☐ G |
| 2.221 | iHeartMedia Management Services, Inc. | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | WILMINGTON TRUST | ☐ D  ☒ E/F  ☐ G |
| 2.222 | iHeartMedia Capital I, LLC | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | WILMINGTON TRUST | ☐ D  ☒ E/F  ☐ G |
| 2.223 | TTWN Networks, LLC | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | WILMINGTON TRUST | ☐ D  ☒ E/F  ☐ G |
| 2.224 | TTWN Media Networks, LLC | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | WILMINGTON TRUST | ☐ D  ☒ E/F  ☐ G |
| 2.225 | Capstar TX, LLC | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | WILMINGTON TRUST | ☐ D  ☒ E/F  ☐ G |
| 2.226 | Capstar Radio Operating Company | 20880 STONE OAK PKWY   SAN ANTONIO, TX  78258 | WILMINGTON TRUST | ☐ D  ☒ E/F  ☐ G |

| Debtor | iHeartCommunications, Inc. | Case number *(if known)* | 18-31273 (MI) |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | | Column 2: **Creditor** | |
|---|---|---|---|---|---|
| | **Name** | **Mailing address** | | **Name** | *Check all schedules that apply:* |
| 2.227 | Clear Channel Holdings, Inc. | 20880 STONE OAK PKWY | SAN ANTONIO, TX 78258 | WILMINGTON TRUST | ❑ D  ☒ E/F  ❑ G |
| 2.228 | AMFM Texas, LLC | 20880 STONE OAK PKWY | SAN ANTONIO, TX 78258 | WILMINGTON TRUST | ❑ D  ☒ E/F  ❑ G |
| 2.229 | Clear Channel Broadcasting Licenses, Inc. | 20880 STONE OAK PKWY | SAN ANTONIO, TX 78258 | WILMINGTON TRUST | ❑ D  ☒ E/F  ❑ G |
| 2.230 | CC Broadcast Holdings, Inc. | 20880 STONE OAK PKWY | SAN ANTONIO, TX 78258 | WILMINGTON TRUST | ❑ D  ☒ E/F  ❑ G |
| 2.231 | CC Finco Holdings, LLC | 20880 STONE OAK PKWY | SAN ANTONIO, TX 78258 | WILMINGTON TRUST | ❑ D  ☒ E/F  ❑ G |
| 2.232 | CC Licenses, LLC | 20880 STONE OAK PKWY | SAN ANTONIO, TX 78258 | WILMINGTON TRUST | ❑ D  ☒ E/F  ❑ G |
| 2.233 | Katz Communications, Inc. | 20880 STONE OAK PKWY | SAN ANTONIO, TX 78258 | WILSHIRE COURTYARD, LP | ❑ D  ❑ E/F  ☒ G |

---

**Fill in this information to identify the case and this filing:**

Debtor Name __iHeartCommunications, Inc.__

United States Bankruptcy Court for the: __Southern__   District of Texas,
Houston
Divison

Case number (*If known*): __18-31273 (MI)__

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☒ *Schedule H: Codebtors* (Official Form 206H)

☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☒ Amended *Schedule* __E/F__

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __5/29/2018__          ✘ /s/ Scott D. Hamilton
MM / DD / YYYY                              Signature of individual signing on behalf of debtor

Scott D. Hamilton
Printed name

Senior Vice President, Chief Accounting Officer and Assistant Secretary
Position or relationship to debtor

---