UNITED STATES BANKRUPTCY COURT        SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | HOUSTON | Main Case Number | 18-31274 |
|---|---|---|---|
| Debtor | In Re: | iHeartMedia, Inc. | |

This lawyer, who is admitted to the State Bar of ___New York___:

| | |
|---|---|
| Name | Eli J. Vonnegut |
| Firm | Davis Polk & Wardwell LLP |
| Street | 450 Lexington Avenue |
| City & Zip Code | New York, NY 10017 |
| Telephone | 212.450.4000 |
| Licensed: State & Number | NY - 4610515 |

Seeks to appear as the attorney for this party:

| Citibank, N.A. |
|---|
| Dated: June 6, 2018    Signed: /s/ Eli J. Vonnegut |

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:                 Signed: _____
                                Deputy Clerk

Order

This lawyer is admitted *pro hac vice*.

Dated: _____        _____
                                 United States Bankruptcy Judge