IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| IHEARTMEDIA, INC., *et al.*,[1] | § | Case No. 18-31274 (MI) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |

*AMENDED* **AGENDA FOR MOTIONS SCHEDULED FOR JUNE 7, 2018, AT 3:30 P.M. (PREVAILING CENTRAL TIME), BEFORE THE HONORABLE MARVIN ISGUR AT THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF TEXAS, AT COURTROOM 404, 515 RUSK STREET, HOUSTON, TEXAS 77002[2]**

The above-referenced debtors and debtors in possession (collectively, the "Debtors") hereby file their agenda for matters set for hearing on June 7, 2018, at 3:30 p.m. (prevailing Central Time).

**I.   DIP FINANCING MATTER**

1. Debtors' Motion for Entry of an Order (I) Authorizing Debtors to Obtain Postpetition Financing Pursuant to 11 U.S.C. §§ 105, 362, 363(b), 364(c)(1), 364(d)(1) and 364(e), (II) Granting Adequate Protection to Prepetition Secured Parties Pursuant to 11 U.S.C. §§ 361, 362, 363, 364 and 507(b) and (III) Authorizing Debtors to Obtain Exit Financing [Docket No. 745]

    Responses Received:  None

    Related Documents:

    A.   *Proposed Order (I) Authorizing Debtors to Obtain Postpetition Financing Pursuant to 11 U.S.C. §§ 105, 362, 363(b), 364(c)(1), 364(d)(1) and 364(e), (II) Granting Adequate Protection to Prepetition Secured Parties*

---

[1] Due to the large number of Debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the Debtors and the last four digits of their tax identification, registration, or like numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.primeclerk.com/iheartmedia. The location of Debtor iHeartMedia, Inc.'s principal place of business and the Debtors' service address is: 20880 Stone Oak Parkway, San Antonio, Texas 78258.

[2] *Changes from the original* **Agenda for Motions Scheduled for June 7, 2018, at 3:30 p.m. (Prevailing Central Time), Before the Honorable Marvin Isgur at the United States Bankruptcy Court for the Southern District of Texas, at Courtroom 404, 515 Rusk Street, Houston, Texas 77002 [Docket No. 906]** *are noted in bold and italic print herein*.

       *Pursuant to 11 U.S.C. §§ 361, 362, 363, 364 and 507(b) and (III) Authorizing Debtors to Obtain Exit Financing [Docket No. 907]*

    B.    *Stipulation and Agreed Order Among the Debtors, the Official Committee of Unsecured Creditors and the ABL Secured Parties [Docket No. 908]*

    C.    *Proposed Order (I) Authorizing Debtors to Obtain Postpetition Financing Pursuant to 11 U.S.C. §§ 105, 362, 363(b), 364(c)(1), 364(d)(1) and 364(e), (II) Granting Adequate Protection to Prepetition Secured Parties Pursuant to 11 U.S.C. §§ 361, 362, 363, 364 and 507(b) and (III) Authorizing Debtors to Obtain Exit Financing [Docket No. 911]*

    <u>Status</u>:  This matter is going forward.

2.    ***Debtors' Motion for Entry of an Order Authorizing the Debtors to File Under Seal the Dip Facility Fee Letter [Docket No. 744]***

    <u>*Responses Received*</u>*: None*

    <u>*Related Documents*</u>*:*

    A.    ***Sealed Document - DIP Facility Fee Letter [Docket No. 746]***

    <u>*Status*</u>*:  This matter is going forward.*

## II.    <u>INCENTIVE PLAN MOTION MATTER</u>

3.    Debtors' Supplemental Motion for Entry of an Order Authorizing and Approving the Debtors' 2018 Incentive Plans [Docket No. 898]

    <u>Responses Received</u>:  None

    <u>Related Documents</u>:

    A.    Notice of Reset Hearings [Docket No. 831]

    B.    Order Continuing the Hearings [Docket No. 848]

    C.    Debtors' Witness and Exhibit List for June 7, 2018 [Docket No. 889]

    D.    Witness and Exhibit List of United States Trustee [Docket No. 891]

    E.    Amended Witness and Exhibit List of United States Trustee [Docket No. 892]

    F.    Debtors' Motion for Entry of an Order Authorizing and Approving the Debtors' 2018 Incentive Plans [Docket No. 606]

      G.      Notice of Filing of Amended Exhibits C and D Attached to the Debtors' Motion for Entry of an Order Authorizing and Approving the Debtors' 2018 Incentive Plans [Docket No. 895]

      H.      Notice of Filing of Revised Proposed Order Regarding Debtors' Motion for Entry of an Order Authorizing and Approving the Debtors' 2018 Incentive Plans [Docket No. 896]

      I.      Notice of Withdrawal of Debtors' Motion for Entry of an Order Authorizing the Debtors to File Under Seal the Performance Metrics for the 2018 Incentive Plans [Docket No. 897]

Status:  The Debtors are going forward with a revised form of order with respect to the non-insider incentive plan only.  The insider incentive plan will be adjourned to a hearing to be scheduled and the objection deadline for solely the U.S. Trustee has been extended.

### III.   LETTER TO RECONSIDER

4.   Letter to Reconsider filed by John Voskuhl of Bloomberg News [Docket No. 844]

      Responses Received:

      A.      Debtors' Objection to John Voskuhl's Letter Requesting Reconsideration of the Order Authorizing the Debtors to Redact Information in Respect of Individual Employees and Creditors [Docket No. 905]

      Related Documents:  None

      Status:  This matter is going forward.

Houston, Texas
June 7, 2018

/s/ *Patricia B. Tomasco*

| | |
|---|---|
| Patricia B. Tomasco (TX Bar No. 01797600) | James H.M. Sprayregen, P.C. |
| Matthew D. Cavenaugh (TX Bar No. 24062656) | Anup Sathy, P.C. (admitted *pro hac vice*) |
| Jennifer F. Wertz (TX Bar No. 24072822) | Brian D. Wolfe (admitted *pro hac vice*) |
| **JACKSON WALKER L.L.P.** | William A. Guerrieri (admitted *pro hac vice*) |
| 1401 McKinney Street, Suite 1900 | **KIRKLAND & ELLIS LLP** |
| Houston, Texas 77010 | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Telephone: (713) 752-4200 | 300 North LaSalle Street |
| Facsimile: (713) 752-4221 | Chicago, Illinois 60654 |
| Email: ptomasco@jw.com | Telephone: (312) 862-2000 |
| mcavenaugh@jw.com | Facsimile: (312) 862-2200 |
| jwertz@jw.com | Email: james.sprayregen@kirkland.com |
| | anup.sathy@kirkland.com |
| | brian.wolfe@kirkland.com |
| | will.guerrieri@kirkland.com |

*Co-Counsel to the Debtors*
*and Debtors in Possession*

-and-

Christopher J. Marcus, P.C. (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900
Email:         christopher.marcus@kirkland.com

*Co-Counsel to the Debtors*
*and Debtors in Possession*

## Certificate of Service

      I certify that on June 7, 2018, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                   */s/ Patricia B. Tomasco*
                                                   Patricia B. Tomasco