# Exhibit B



Contact 877.756.7779     Client Login

# iHeartMedia, Inc. (18-31274)   CHANGE CASE

Case Info | Docket | **Claims** | Submit a Claim | Submit E-Ballot | Submit Inquiry

Search Docket     Search Claim

Q Enter number or name

| Schedule | Claim # | Filed Date | Creditor Name | Debtor Name | Claim Value |
|---|---|---|---|---|---|
| 740762 | | | ALLTEL MARTIN AGENCY | iHeartMedia + Entertainment, Inc. | $ 0.00 |
| 745466 | | | BARBER MARTIN ADVERTISING | Citicasters Co. | $ 0.00 |
| 734144 | | | BARBER MARTIN AGENCY | Capstar Radio Operating Company | $ 0.00 |
| 741075 | | | BARBER MARTIN AND ASSOC | iHeartMedia + Entertainment, Inc. | $ 0.00 |
| 740486 | | | BLUE MARTINI | iHeartMedia + Entertainment, Inc. | $ 0.00 |
| | 3943 | 11/14/2018 | Martin , James B. | Capstar Radio Operating Company | $ 5,000,000.00 |
| 743878 | | | MARTIN AGENCY | Citicasters Co. | $ 0.00 |
| 743879 | | | MARTIN AGENCY | Citicasters Co. | $ 0.00 |
| 743880 | | | MARTIN AGENCY | Citicasters Co. | $ 0.00 |
| 743881 | | | MARTIN AGENCY | Citicasters Co. | $ 0.00 |
| 743882 | | | MARTIN RETAIL GROUP | Citicasters Co. | $ 0.00 |

Select scope

Claims & Schedules

Claim Number(s)(e.g. 1,3,5-7)

Schedule Number

Creditor name

Debtor(s)

iHeartMedia, Inc.(18-31274)

Select Classification

Select an Option

Select Search Operator

| | | | | |
|---|---|---|---|---|
| 3841 | 09/06/2018 | Martin, James B | Capstar Radio Operating Company | $ 50,000.00 |
| 3941 | 11/14/2018 | Martin, James B | Capstar TX, LLC | $ 5,000,000.00 |
| 3840 | 09/06/2018 | Martin, James B | Capstar TX, LLC | $ 50,000.00 |
| 3842 | 09/06/2018 | Martin, James B | iHeartCommunications, Inc. | $ 50,000.00 |
| 3940 | 11/14/2018 | Martin, James B | iHeartCommunications, Inc. | $ 5,000,000.00 |
| 3868 | 09/06/2018 | Martin, James B | iHeartMedia, Inc. | $ 50,000.00 |
| 3942 | 11/14/2018 | Martin, James B | iHeartMedia, Inc. | $ 5,000,000.00 |
| 1704 | 06/18/2018 | MARTIN, TOM & SUSAN | iHeartMedia, Inc. | $ 10,000.00 |
| 2419 | 06/25/2018 | MARTIN, TOM & SUSAN | iHeartMedia, Inc. | $ 0.00 |

Page 1 of 2     20 ▼     View 1 - 20 of 30

Select an Option

Amount

Date from    Date to

Search Claim

Reset