

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
12/10/2018

|  |  |  |
|---|---|---|
| In re: | § | Chapter 11 |
|  | § |  |
| IHEARTMEDIA, INC., *et al.*,[1] | § | Case No. 18-31274 (MI) |
|  | § |  |
| Debtors. | § | (Jointly Administered) |
|  | § |  |

**STIPULATION AND ORDER REGARDING EXISTING DEADLINES IN RESPECT TO CONFIRMATION, THE LEGACY 510(B) CLAIMS, AND THE CCOH CLAIM**

The above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), the Wilmington Savings Fund Society, FSB solely in its capacity as successor indenture trustee with respect to the 6.875% Senior Notes due 2018 and 7.25% Senior Notes due 2027, ("WSFS"), together with the Debtors, (the "Parties") hereby enter into this stipulation and order (this "Stipulation and Order") as follows:

WHEREAS the hearing on Confirmation of the Debtors' Plan of Reorganization has been moved from December 11, 2018 to a future date.

**IT IS STIPULATED BY THE PARTIES AND HEREBY ORDERED THAT:**

1. The deadline for the filing of the Confirmation Brief and Responses to Plan Objections is extended from December 7, 2018 to a future date to be determined by agreement of the parties, subject to the Court's approval.

---

[1] Due to the large number of Debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the Debtors and the last four digits of their tax identification, registration, or like numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims, noticing, and solicitation agent at https://cases.primeclerk.com/iheartmedia. The location of Debtor iHeartMedia Inc.'s principal place of business and the Debtors' service address is: 20880 Stone Oak Parkway, San Antonio, Texas 78258.

2.      The deadline for the filing of the Debtors' Reply in Support of Their Objection to the Legacy 510(B) Claims shall be extended to a future date to be determined by agreement of the parties, subject to the Court's approval.

3.      The deadline for the filing of any response to the Objection of Wilmington Savings Fund Society FSB to Proof of Claim No. 3833 of Clear Channel Outdoor Holdings Inc., and any reply in support of the Objection, shall be extended to a future date to be determined by agreement of the parties, subject to the Court's approval.

Signed: December 10, 2018

_____
Marvin Isgur
United States Bankruptcy Judge

**IN WITNESS WHEREOF,** the Parties, by their authorized counsel, executed this Stipulation and Order as of the date written below.

Houston, Texas
December 5, 2018

/s/ *Patricia B. Tomasco*
Patricia B. Tomasco (TX Bar No. 01797600)
Elizabeth C. Freeman  (TX Bar No. 24009222)
Matthew D. Cavenaugh (TX Bar No. 24062656)
**JACKSON WALKER L.L.P.**
1401 McKinney Street, Suite 1900
Houston, Texas 77010
Telephone:     (713) 752-4200
Facsimile:      (713) 752-4221
Email:             ptomasco@jw.com
                      efreeman@jw.com
                      mcavenaugh@jw.com

*Co-Counsel to the Debtors
and Debtors in Possession*

James H.M. Sprayregen, P.C.
Anup Sathy, P.C. (admitted *pro hac vice*)
Brian D. Wolfe (admitted *pro hac vice*)
William A. Guerrieri (admitted *pro hac vice*)
Benjamin M. Rhode (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:      (312) 862-2200
Email:             james.sprayregen@kirkland.com
                      anup.sathy@kirkland.com
                      brian.wolfe@kirkland.com
                      will.guerrieri@kirkland.com
                      benjamin.rhode@kirkland.com

-and-

Christopher J. Marcus, P.C. (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:     (212) 446-4800
Facsimile:      (212) 446-4900
Email:             christopher.marcus@kirkland.com

*Co-Counsel to the Debtors
and Debtors in Possession*

/s/ *Timothy A. Davidson II*
Timothy A. Davidson II (TX Bar No. 24012503)
Ashley L. Harper (TX Bar No. 24065272)
HUNTON ANDREWS KURTH LLP
600 Travis, Suite 4200
Houston, Texas 77002
Telephone:     (713) 220-3810
Fax:                (713) 220-4285
Email:             taddavidson@HuntonAK.com
                      ashleyharper@HuntonAK.com

*Counsel to WSFS*