

ENTERED
12/10/2018

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| IHEARTMEDIA, INC., *et al.*,[1] ) | Case No. 18-31274 (MI) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |

**STIPULATION AND ORDER REGARDING EXISTING DEADLINES IN RESPECT TO LEGACY MOTION TO DESIGNATE VOTES**

The above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), Abrams Capital, L.P. ("Abrams"), and the Wilmington Savings Fund Society, FSB solely in its capacity as successor indenture trustee with respect to the 6.875% Senior Notes due 2018 and 7.25% Senior Notes due 2027, ("WSFS", collectively with the Debtors and Abrams, the "Parties") hereby enter into this stipulation and order (this "Stipulation and Order") as follows:

WHEREAS on November 16, 2018, WSFS filed its Motion to Designate Votes of Abrams Capital L.P. and Clear Channel Holdings, Inc. (Dkt. No. 1925, the "Vote Designation Motion"), and

WHEREAS the hearing on Confirmation of the Debtors' Plan of Reorganization has been moved from December 11, 2018 to a future date.

---

[1] Due to the large number of Debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the Debtors and the last four digits of their tax identification, registration, or like numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims, noticing, and solicitation agent at https://cases.primeclerk.com/iheartmedia.  The location of Debtor iHeartMedia Inc.'s principal place of business and the Debtors' service address is: 20880 Stone Oak Parkway, San Antonio, Texas 78258.

**IT IS STIPULATED BY THE PARTIES AND HEREBY ORDERED THAT:**

1. The deadline for the filing of any response to the Vote Designation Motion, and any reply in support of the Vote Designation Motion, shall be extended to a future date to be determined by agreement of the Parties, subject to the Court's approval.

2. The hearing on the Vote Designation Motion shall be continued to a future date to be determined by agreement of the Parties, subject to the Court's approval.

Signed: December 10, 2018

_____
Marvin Isgur
United States Bankruptcy Judge

**IN WITNESS WHEREOF,** the Parties, by their authorized counsel, executed this Stipulation and Order as of the date written below.

Houston, Texas
December 6, 2018

| | |
|---|---|
| /s/ *Patricia B. Tomasco* | |
| Patricia B. Tomasco (TX Bar No. 01797600) | James H.M. Sprayregen, P.C. |
| Elizabeth C. Freeman  (TX Bar No. 24009222) | Anup Sathy, P.C. (admitted *pro hac vice*) |
| Matthew D. Cavenaugh (TX Bar No. 24062656) | Brian D. Wolfe (admitted *pro hac vice*) |
| **JACKSON WALKER L.L.P.** | William A. Guerrieri (admitted *pro hac vice*) |
| 1401 McKinney Street, Suite 1900 | Benjamin M. Rhode (admitted *pro hac vice*) |
| Houston, Texas 77010 | **KIRKLAND & ELLIS LLP** |
| Telephone:    (713) 752-4200 | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Facsimile:    (713) 752-4221 | 300 North LaSalle Street |
| Email:          ptomasco@jw.com | Chicago, Illinois 60654 |
|                     efreeman@jw.com | Telephone:    (312) 862-2000 |
|                     mcavenaugh@jw.com | Facsimile:    (312) 862-2200 |
| | Email:          james.sprayregen@kirkland.com |
| | anup.sathy@kirkland.com |
| *Co-Counsel to the Debtors* | brian.wolfe@kirkland.com |
| *and Debtors in Possession* | will.guerrieri@kirkland.com |
| | benjamin.rhode@kirkland.com |

-and-

Christopher J. Marcus, P.C. (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:          christopher.marcus@kirkland.com

*Co-Counsel to the Debtors*
*and Debtors in Possession*

FERGUSON BRASWELL FRASER KUBASTA PC
*/s/ Kenneth H. Holt*
Kenneth H. Holt
S.D. ID No. 22589
Texas Bar No. 00793012
9 Greenway Plaza, Suite 500
Houston, Texas 77046
Telephone:    713-403-4200
Facsimile:    713-403-4201
Email:          kholt@fbfk.law

-and-

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*/s/ Thomas Moers Mayer*
Thomas Moers Mayer
P. Bradley O'Neill
1177 Avenue of the Americas
New York, New York 10036
Telephone:  (212) 715-9100
Facsimile:  (212) 715-8000

*Attorneys for Abrams Capital, L.P.*


/s/ *Timothy A. Davidson II*
Timothy A. Davidson II (TX Bar No. 24012503)
Ashley L. Harper (TX Bar No. 24065272)
HUNTON ANDREWS KURTH LLP
600 Travis, Suite 4200
Houston, Texas 77002
Telephone:  (713) 220-3810
Fax:  (713) 220-4285
Email:  taddavidson@HuntonAK.com
ashleyharper@HuntonAK.com

*Counsel to WSFS*