

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
12/11/2018

| | | |
|---|---|---|
| IN RE: | § | |
| IHEARTMEDIA, INC., *et al* | § | CASE NO: 18-31274 |
| | § | |
| | § | Jointly Administered Order |
| Debtor(s) | § | |
| | § | CHAPTER 11 |

## ORDER REGARDING CONFIRMATION HEARING DATES

At a hearing on December 11, 2018, the Court announced dates and times for hearings related to the continued hearings on confirmation of the Debtors' proposed plan, settlements contained within the proposed plan, and class action matters. This table is intended to provide a shorthand rendition of matters that are scheduled. The specific matters that will be heard are those identified on the record at the December 11, 2018 hearing.

| Date and Time | Presiding Judge(s) | Summary of Matters to be Considered |
|---|---|---|
| 2:30 p.m. December 17, 2018 | Judge Isgur | Preliminary class action matters, including whether to authorize the sending of a class action notice, whether Clear Channel has standing to settle the claims, and issues concerning class counsel and class representative(s). |
| 9:00 a.m. January 10, 2019 | Judge Isgur | All confirmation issues, other than those scheduled for January 17, 2019 and January 22, 2019. |
| 9:00 a.m. January 17, 2019 | Judge Isgur | All issues concerning the proposed settlements relating to Clear Channel, GAMCO and related parties, other than those issues scheduled for January 22, 2019. Any issues continued from January 10, 2019. |
| 8:30 a.m. January 22, 2019 | Chief Judge Rosenthal  Judge Isgur | All remaining class action issues. |
| 2:30 p.m. January 23, 2019 | Judge Isgur | All remaining confirmation issues. |

SIGNED **December 11, 2018.**

_____
Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE