IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| IHEARTMEDIA, INC., *et al.*,[1] | § | Case No. 18-31274 (MI) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |

**AGENDA FOR MATTERS SCHEDULED FOR DECEMBER 17, 2018, AT 2:30 P.M. (PREVAILING CENTRAL TIME), BEFORE THE HONORABLE MARVIN ISGUR AT THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF TEXAS, AT COURTROOM 404, 515 RUSK STREET, HOUSTON, TEXAS 77002**

The above-referenced debtors and debtors in possession (collectively, the "Debtors") hereby file their agenda for matters set for hearing on December 17, 2018, at 2:30 p.m. (prevailing Central Time).

**I.     ADJOURNED MATTERS**

1. Debtors' Second Omnibus Objection to Certain Proofs of Claim (Incorrect Debtor Claims) [Docket No. 1320]

    Responses Received: None.

    Related Documents:

    A. Order Sustaining Debtors' Second Omnibus Objection to Certain Proofs of Claim (Incorrect Debtor Claims) [Docket No. 1829]

    B. Notice of Adjournment of Hearing on Objections to Proofs of Claim Numbers 1905 and 2537 [Docket No. 1947]

    C. Notice of Adjournment of Hearing on Objections to Proofs of Claim Numbers 1905 and 2537, and 746254 [Docket No. 2216]

---

[1] Due to the large number of Debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the Debtors and the last four digits of their tax identification, registration, or like numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims, noticing, and solicitation agent at https://cases.primeclerk.com/iheartmedia. The location of Debtor iHeartMedia, Inc.'s principal place of business and the Debtors' service address is: 20880 Stone Oak Parkway, San Antonio, Texas 78258.

KE 58465043

        <u>Status</u>: This matter is adjourned to February 5, 2019 at 2:30 p.m. (prevailing Central Time).

2. Debtors' Fifth Omnibus Objection to Certain Proofs of Claim (Incorrect Debtor Claims) [Docket No. 1323]

        <u>Responses Received</u>: None.

        <u>Related Documents</u>:

        A. Notice of Adjournment of Hearing on Objections to Proofs of Claim Numbers 1905 and 2537 [Docket No. 1947]

        B. Order Sustaining Debtors' Omnibus Objections to Certain Proofs of Claim (Incorrect Debtor Claims) [Docket No. 1962]

        C. Notice of Adjournment of Hearing on Objections to Proofs of Claim Numbers 1905 and 2537, and 746254 [Docket No. 2216]

        <u>Status</u>: This matter is adjourned to February 5, 2019 at 2:30 p.m. (prevailing Central Time).

**II.  OMNIBUS CLAIMS OBJECTION**

3. Debtors' Twenty-Ninth Omnibus Objection to Certain Proofs of Claim (Incorrect Debtor Claims, Amended Claims, Exact Duplicate Claims, Satisfied Claims, Cross-Debtor Duplicate Claims, Debtholder Duplicate Claims, No Liability - Non-Debtor Liability Claims, and Reclassified Claims) [Docket No. 1926]

        <u>Responses Received</u>: None.

        <u>Related Documents</u>:

        A. *Proposed* Order Sustaining Debtors' Twenty-Ninth Omnibus Objection to Certain Proofs of Claim (Incorrect Debtor Claims, Amended Claims, Exact Duplicate Claims, Satisfied Claims, Cross-Debtor Duplicate Claims, Debtholder Duplicate Claims, No Liability - Non-Debtor Liability Claims, and Reclassified Claims) [Docket No. 2217]

        <u>Status</u>: This matter is going forward.

**III.  DELOITTE RETENTION**

4. Debtors' Application for Entry of an Order (A) Authorizing the Debtors to Employ and Retain Deloitte Consulting LLP as Consulting Services Provider Effective *Nunc Pro Tunc* to September 1, 2018 and (B) Granting Related Relief [Docket No. 2040]

Responses Received: None.

Related Documents:

    A.    *Proposed* Order (A) Authorizing the Debtors to Employ and Retain Deloitte Consulting LLP as Consulting Services Provider Effective *Nunc Pro Tunc* to September 1, 2018 and (B) Granting Related Relief [Docket No. 2202]

    B.    Notice of Filing of Revised *Proposed* Order (A) Authorizing the Debtors to Employ and Retain Deloitte Consulting LLP as Consulting Services Provider Effective *Nunc Pro Tunc* to September 1, 2018 and (B) Granting Related Relief [Docket No. 2203]

Status: This matter is going forward.

## IV. HEARING REGARDING IMPLEMENTATION OF CCOH SEPARATION SETTLEMENT

5.    Joint <u>Emergency</u> Motion for Entry of an Order (I) Directing the Application of Bankruptcy Rules 7023 and 7023.1, (II) Preliminarily Approving the Settlement, (III) Approving the Retention of Prime Clerk LLC as Notice Administrator, (IV) Approving the Form and Manner of Notice, (V) Scheduling a Fairness Hearing to Consider Final Approval of the Settlement as Part of Confirmation of the Plan, and (VI) Granting Related Relief [Docket No. 2143]

Responses Received:

    A.    The Term Loan/PGN Group's Objection to Emergency Motion Regarding GAMCO Settlement Procedures [Docket No. 2147]

    B.    Preliminary Objection of Norfolk County Retirement System to (A) Joint <u>Emergency</u> Motion for Entry of an Order (I) Directing the Application of Bankruptcy Rules 7023 and 7023.1, (II) Preliminarily Approving the Settlement, (III) Approving the Retention of Prime Clerk LLC as Notice Administrator, (IV) Approving the Form and Manner of Notice, (V) Scheduling a Fairness Hearing to Consider Final Approval of the Settlement as Part of Confirmation of the Plan, and (VI) Granting Related Relief and (B) GAMCO Asset Management, Inc.'s <u>Emergency</u> Motion for Entry of an Order (I) Directing the Application of Bankruptcy Rules 7023 and 7023.1, (II) Certifying a Class, Designating a Class Representative, and Appointing Class Counsel for Purposes of Settlement, and (III) Granting Related Relief [Docket No. 2149]

Related Documents:

    A.    Debtors' Reply in Support of the Joint Emergency Motion [Docket No. 2160]

    B.    Joint Further Reply in Support of Joint Emergency Motion and Emergency Motion [Docket No. 2188]

    C.    Notice of Filing of Final Separation Settlement Agreement and Separation Documents [Docket No. 2212]

    D.    *Proposed* Order (I) Directing the Application of Bankruptcy Rules 7023 and 7023.1, (II) Preliminarily Approving the Settlement, (III) Approving the Retention of Prime Clerk LLC as Notice Administrator, (IV) Approving the Form and Manner of Notice, (V) Scheduling a Fairness Hearing to Consider Final Approval of the Settlement as Part of Confirmation of the Plan, and (VI) Granting Related Relief [Docket No. 2213]

    <u>Status</u>:  This matter is going forward.

6.    GAMCO Asset Management, Inc.'s <u>Emergency</u> Motion for Entry of an Order (I) Directing the Application of Bankruptcy Rules 7023 and 7023.1, (II) Certifying a Class, Designating a Class Representative, and Appointing Class Counsel for Purposes of Settlement, and (III) Granting Related Relief [Docket No. 2144]

    <u>Responses Received</u>:

    A.    Preliminary Objection of Norfolk County Retirement System to (A) Joint <u>Emergency</u> Motion for Entry of an Order (I) Directing the Application of Bankruptcy Rules 7023 and 7023.1, (II) Preliminarily Approving the Settlement, (III) Approving the Retention of Prime Clerk LLC as Notice Administrator, (IV) Approving the Form and Manner of Notice, (V) Scheduling a Fairness Hearing to Consider Final Approval of the Settlement as Part of Confirmation of the Plan, and (VI) Granting Related Relief and (B) GAMCO Asset Management, Inc.'s <u>Emergency</u> Motion for Entry of an Order (I) Directing the Application of Bankruptcy Rules 7023 and 7023.1, (II) Certifying a Class, Designating a Class Representative, and Appointing Class Counsel for Purposes of Settlement, and (III) Granting Related Relief [Docket No. 2149]

    <u>Related Documents</u>:

    A.    Debtors' Reply in Support of the Joint Emergency Motion [Docket No. 2160]

    B.    Supplemental Memorandum of Law in Further Support of GAMCO Asset Management, Inc.'s Emergency Motion for Entry of an Order (I) Directing the Application of Bankruptcy Rules 7023 and 7023.1, (II) Certifying A Class, Designating A Class Representative, and Appointing Class Counsel for Purposes of Settlement, and (III) Granting Related Relief (Docket No. 2144) [Docket No. 2192]

       C.       Supplemental Declaration of Andrew J. Entwistle in Further Support of GAMCO Asset Management, Inc.'s Emergency Motion for Entry of an Order (I) Directing the Application of Bankruptcy Rules 7023 and 7023.1, (II) Certifying a Class, Designating a Class Representative, and Appointing Class Counsel for Purposes of Settlement, and (III) Granting Related Relief [Docket No. 2193]

       D.       *Proposed* Order (I) Directing the Application of Bankruptcy Rules 7023 and 7023.1, (II) Certifying A Class, Designating A Class Representative, and Appointing Class Counsel for Purposes of Settlement, and (III) Granting Related Relief [Docket No. 2214]

    Status:  This matter is going forward.

## V.    2019 INCENTIVE PLAN MOTION

7.    Debtors' Motion for Entry of an Order Authorizing and Approving the Debtors' 2019 Incentive Plans [Docket No. 1989]

    Responses Received:

       A.       Objection of the Acting United States Trustee to Debtors' Motion for Entry of an Order Authorizing and Approving the Debtors' 2019 Incentive Plans [Docket No. 2153]

    Related Documents:

       A.       Notice of Adjournment of Debtors' Motion for Entry of an Order Authorizing and Approving the Debtors' 2019 Incentive Plan [Docket No. 2159]

       B.       Notice of Filing of Amended Exhibit C Attached to Debtors' Motion for Entry of an Order Authorizing and Approving the Debtors' 2019 Incentive Plan [Docket No. 2208]

       C.       *Proposed* Order Authorizing and Approving the Debtors' 2019 Incentive Plans [Docket No. 2209]

       D.       Notice of Filing *Proposed* Order Authorizing and Approving the Debtors' 2019 Incentive Plans [Docket No. 2210]

       E.       Debtors' Reply to the U.S. Trustee's Objection to the Debtors' Motion for Entry of an Order Authorizing and Approving the Debtors' 2019 Incentive Plan for Insiders [Docket No. 2211]

    Status:  This matter is going forward.

**VI.**   **CONTINUED CONFIRMATION STATUS CONFERENCE**

8. Order Regarding Confirmation Hearing Dates [Docket No. 2171]

    <u>Status</u>:  This matter is going forward.

**VII.**   **WITNESS AND EXHIBIT LISTS**

9. Debtors' Witness and Exhibit List for Hearing Scheduled for December 17, 2018 at 2:30 p.m. (Prevailing Central Time) [Docket No. 2135]

10. Witness and Exhibit List of United States Trustee [Docket No. 2154]

11. Norfolk County Retirement System's Witness and Exhibit List [Docket No. 2187]

12. GAMCO Asset Management's Witness and Exhibit List for Hearing Scheduled for December 17, 2018 at 2:30 p.m. [Docket No. 2197]

    [*Remainder of page intentionally left blank*]

Houston, Texas
December 17, 2018

/s/ *Patricia B. Tomasco*

| | |
|---|---|
| Patricia B. Tomasco (TX Bar No. 01797600) | James H.M. Sprayregen, P.C. |
| Elizabeth C. Freeman (TX Bar No. 24009222) | Anup Sathy, P.C. (admitted *pro hac vice*) |
| Matthew D. Cavenaugh (TX Bar No. 24062656) | Brian D. Wolfe (admitted *pro hac vice*) |
| **JACKSON WALKER L.L.P.** | William A. Guerrieri (admitted *pro hac vice*) |
| 1401 McKinney Street, Suite 1900 | Benjamin M. Rhode (admitted *pro hac vice*) |
| Houston, Texas 77010 | **KIRKLAND & ELLIS LLP** |
| Telephone: (713) 752-4200 | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Facsimile: (713) 752-4221 | 300 North LaSalle Street |
| Email: ptomasco@jw.com | Chicago, Illinois 60654 |
|   efreeman@jw.com | Telephone: (312) 862-2000 |
|   mcavenaugh@jw.com | Facsimile: (312) 862-2200 |
| | Email: james.sprayregen@kirkland.com |
| | anup.sathy@kirkland.com |
| *Co-Counsel to the Debtors* | brian.wolfe@kirkland.com |
| *and Debtors in Possession* | will.guerrieri@kirkland.com |
| | benjamin.rhode@kirkland.com |

-and-

Christopher Marcus, P.C. (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    christopher.marcus@kirkland.com

*Co-Counsel to the Debtors*
*and Debtors in Possession*

**Certificate of Service**

    I certify that on December 17, 2018, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                              */s/ Patricia B. Tomasco*
                                              Patricia B. Tomasco