ENTERED
01/07/2019

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| IHEARTMEDIA, INC., *et al.*,[1] | ) Case No. 18-31274 (MI) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**STIPULATION AND ORDER REGARDING EXISTING DEADLINES IN RESPECT TO CONFIRMATION, THE LEGACY 510(B) CLAIMS, AND THE CCOH CLAIM**

The above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), the Wilmington Savings Fund Society, FSB solely in its capacity as successor indenture trustee with respect to the 6.875% Senior Notes due 2018 and 7.25% Senior Notes due 2027, ("WSFS"), together with the Debtors, (the "Parties") hereby enter into this stipulation and order (this "Stipulation and Order") as follows:

WHEREAS the Parties previously stipulated and the Court ordered that various deadlines concerning Confirmation of the Debtors' Plan of Reorganization, the Debtors' Objection to the Legacy 510(b) Claims, the Objection of Wilmington Savings Fund Society FSB to Proof of Claim No. 3833 of Clear Channel Outdoor Holdings Inc., and the CCOH Settlement Agreement would be extended to future dates to be determined by agreement of the parties, subject to the Court's approval, and

WHEREAS the Parties have agreed that WSFS will not prosecute its Motion to Designate Votes of Abrams Capital L.P. and Clear Channel Holdings, Inc. (Dkt. No. 1925, the "Vote

---

[1] Due to the large number of Debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the Debtors and the last four digits of their tax identification, registration, or like numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims, noticing, and solicitation agent at https://cases.primeclerk.com/iheartmedia.  The location of Debtor iHeartMedia Inc.'s principal place of business and the Debtors' service address is: 20880 Stone Oak Parkway, San Antonio, Texas 78258.

Designation Motion"), that WSFS will withdraw the Vote Designation Motion, and that WSFS will not seek any relief concerning the designation of any votes in the adversary proceeding captioned *Wilmington Savings Fund Society, FSB v. Bain Capital, LP, et al.*, Adv. No. 18-03287 (MI).

**IT IS STIPULATED BY THE PARTIES AND HEREBY ORDERED THAT:**

1. Any dates concerning the Vote Designation Motion are vacated, no further briefing or arguments will be scheduled concerning the Vote Designation Motion, and the Vote Designation Motion shall be and is hereby withdrawn.

2. The following schedule shall control with respect to Confirmation of the Debtors' Plan of Reorganization, the Debtors' Objection to the Legacy 510(b) Claims, the Objection of Wilmington Savings Fund Society FSB to Proof of Claim No. 3833 of Clear Channel Outdoor Holdings Inc., and the CCOH Settlement Agreement:

| **Item Due** | **Deadline** |
|---|---|
| Witness lists, exhibit lists, and deposition designations for the January 10, 2019 hearing: | January 4, 2019 |
| All briefs in support of confirmation and responses to plan objections for matters to be heard on January 10, 2019: | January 7, 2019 |
| Objections to witness lists and exhibit lists and counter-designations for the January 10, 2019 hearing: | January 7, 2019 |
| Debtors' proposed confirmation order: | January 7, 2019 |
| Debtors' reply in support of the Debtors' Objection to the Legacy 510(B) Claims: | January 7, 2019 |
| Supplemental confirmation objection by Wilmington Savings Fund Society FSB related to the CCOH Settlement Agreement/CCOH Claim: | January 9, 2019 |
| Hearing on the Debtors' Objection to the Legacy 510(B) Claims: | January 10, 2019 |

2

| | |
|---|---|
| Witness lists, exhibit lists, and deposition designations for the January 17, 2019 hearing: | January 11, 2019 |
| All briefs in support of confirmation and responses to plan objections for CCOH-related matters to be heard on January 17, 2019, and any responses to the Objection of Wilmington Savings Fund Society FSB to Proof of Claim No. 3833 of Clear Channel Outdoor Holdings Inc.: | January 14, 2019 |
| Objections to witness lists and exhibit lists and counter-designations for the January 17, 2019 hearing: | January 14, 2019 |
| Hearing on the Objection of Wilmington Savings Fund Society FSB to Proof of Claim No. 3833 of Clear Channel Outdoor Holdings Inc.: | January 17, 2019 |
| Witness lists, exhibit lists, and deposition designations for the January 23, 2019 hearing: | January 18, 2019 |
| Objections to witness lists and exhibit lists and counter-designations for the January 23, 2019 hearing: | January 21, 2019 |

Signed: January 07, 2019

_____
Marvin Isgur
United States Bankruptcy Judge

**IN WITNESS WHEREOF,** the Parties, by their authorized counsel, executed this Stipulation and Order as of the date written below.

Houston, Texas
January 3, 2019

*/s/ Patricia B. Tomasco*
Patricia B. Tomasco (TX Bar No. 01797600)
Elizabeth C. Freeman (TX Bar No. 24009222)
Matthew D. Cavenaugh (TX Bar No. 24062656)
**JACKSON WALKER L.L.P.**
1401 McKinney Street, Suite 1900
Houston, Texas 77010
Telephone:   (713) 752-4200
Facsimile:   (713) 752-4221
Email:        ptomasco@jw.com
              efreeman@jw.com
              mcavenaugh@jw.com

*Co-Counsel to the Debtors*
*and Debtors in Possession*

James H.M. Sprayregen, P.C.
Anup Sathy, P.C. (admitted *pro hac vice*)
Brian D. Wolfe (admitted *pro hac vice*)
William A. Guerrieri (admitted *pro hac vice*)
Benjamin M. Rhode (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:        james.sprayregen@kirkland.com
              anup.sathy@kirkland.com
              brian.wolfe@kirkland.com
              will.guerrieri@kirkland.com
              benjamin.rhode@kirkland.com

-and-

Christopher J. Marcus, P.C. (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:        christopher.marcus@kirkland.com

*Co-Counsel to the Debtors*
*and Debtors in Possession*

*/s/ Timothy A. Davidson II*
Timothy A. Davidson II (TX Bar No. 24012503)
Ashley L. Harper (TX Bar No. 24065272)
HUNTON ANDREWS KURTH LLP
600 Travis, Suite 4200
Houston, Texas 77002
Telephone:   (713) 220-3810
Fax:         (713) 220-4285
Email:        taddavidson@HuntonAK.com
              ashleyharper@HuntonAK.com

*Counsel to WSFS*