IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | § Chapter 11 |
| | § |
| IHEARTMEDIA, INC., *et al.*,[1] | § Case No. 18-31274 (MI) |
| | § |
| Debtors. | § (Jointly Administered) |

**NOTICE OF FILING OF *PROPOSED* FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER CONFIRMING THE MODIFIED FIFTH AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION OF IHEARTMEDIA, INC. AND ITS DEBTOR AFFILIATES PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE**

**PLEASE TAKE NOTICE** that the above-captioned debtors and debtors in possession (collectively, the "Debtors"), hereby file the proposed *Findings of Fact, Conclusions of Law, and Order Confirming the Modified Fifth Amended Joint Chapter 11 Plan of Reorganization of iHeartMedia, Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* (the "Proposed Confirmation Order") with the United States Bankruptcy Court for the Southern District of Texas (the "Court"), attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that the Debtors reserve the right to materially alter, amend, or modify the Proposed Confirmation Order, *provided that* the Debtors will file a revised version of the Proposed Confirmation Order if such document is altered, amended, or modified in any material respect.

**PLEASE TAKE FURTHER NOTICE** that the Proposed Confirmation Order is subject to certain consent and approval rights to the extent provided under the *Modified Fifth Amended Joint Chapter 11 Plan of Reorganization of iHeartMedia, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 2207] (as may be amended or modified from time to time and including all exhibits and supplements thereto, the "Plan") or the Restructuring Support Agreement (as defined under the Plan). Certain parties with such consent and approval rights are still reviewing the Proposed Confirmation Order and have not yet given their consent and approval.

**PLEASE TAKE FURTHER NOTICE** that the hearing at which the Court will consider confirmation of the Plan and entry of the Proposed Confirmation Order commenced on

---

[1] Due to the large number of Debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the Debtors and the last four digits of their tax identification, registration, or like numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims, noticing, and solicitation agent at https://cases.primeclerk.com/iheartmedia. The location of Debtor iHeartMedia, Inc.'s principal place of business and the Debtors' service address is: 20880 Stone Oak Parkway, San Antonio, Texas 78258.

**December 11, 2018, at 9:00 a.m., prevailing Central Time**, before the Honorable Marvin Isgur, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of Texas, Courtroom 404, 515 Rusk Street, Houston, Texas 77002 and will continue as set forth below (all times, prevailing Central Time):

- **January 10, 2019, at 9:00 a.m.** to consider all confirmation issues other than those scheduled to be heard on January 17, 2019, and January 22, 2019;

- **January 17, 2019, at 9:00 a.m.** to consider all issues concerning the CCOH Separation Settlement, other than those issues scheduled to be heard on January 22, 2019, and any issues continued from the January 10, 2019, hearing;

- **January 22, 2019, at 8:30 a.m.** to consider all remaining issues concerning consideration of the class action settlement related to the CCOH Separation Settlement and the GAMCO Motion; and

- **January 23, 2019, at 2:30 p.m.** to consider all remaining confirmation issues.

**PLEASE TAKE FURTHER NOTICE** that copies of all documents filed in these chapter 11 cases are available free of charge by visiting https://cases.primeclerk.com/iheartmedia or by calling (877) 756-7779 (toll-free within the U.S. or Canada) or (347) 505-7142 (outside the U.S. or Canada). You may also obtain copies of any pleadings by visiting the Court's website at https://ecf.txsb.uscourts.gov in accordance with the procedures and fees set forth therein.

[*Remainder of page intentionally left blank*]

Houston, Texas
January 7, 2019

/s/ *Patricia B. Tomasco*

| | |
|---|---|
| Patricia B. Tomasco (TX Bar No. 01797600) | James H.M. Sprayregen, P.C. |
| Elizabeth C. Freeman (TX Bar No. 24009222) | Anup Sathy, P.C. (admitted *pro hac vice*) |
| Matthew D. Cavenaugh (TX Bar No. 24062656) | Brian D. Wolfe (admitted *pro hac vice*) |
| **JACKSON WALKER L.L.P.** | William A. Guerrieri (admitted *pro hac vice*) |
| 1401 McKinney Street, Suite 1900 | Benjamin M. Rhode (admitted *pro hac vice*) |
| Houston, Texas 77010 | **KIRKLAND & ELLIS LLP** |
| Telephone:   (713) 752-4200 | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Facsimile:   (713) 752-4221 | 300 North LaSalle Street |
| Email:   ptomasco@jw.com | Chicago, Illinois 60654 |
|    efreeman@jw.com | Telephone:   (312) 862-2000 |
|    mcavenaugh@jw.com | Facsimile:   (312) 862-2200 |
| | Email:   james.sprayregen@kirkland.com |
| *Co-Counsel to the Debtors* |    anup.sathy@kirkland.com |
| *and Debtors in Possession* |    brian.wolfe@kirkland.com |
| |    will.guerrieri@kirkland.com |
| |    benjamin.rhode@kirkland.com |
| | |
| | -and- |
| | |
| | Christopher Marcus, P.C. (admitted *pro hac vice*) |
| | **KIRKLAND & ELLIS LLP** |
| | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| | 601 Lexington Avenue |
| | New York, New York 10022 |
| | Telephone:   (212) 446-4800 |
| | Facsimile:   (212) 446-4900 |
| | Email:   christopher.marcus@kirkland.com |
| | |
| | *Co-Counsel to the Debtors* |
| | *and Debtors in Possession* |

**Certificate of Service**

      I certify that on January 7, 2019, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

      /s/ *Patricia B. Tomasco*
      Patricia B. Tomasco