IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** § | **Chapter 11** |
| § | |
| **iHeartMedia, Inc.,** *et al.***,** § | **Case No. 18-31274 (MI)** |
| § | |
| **Debtors.** § | **(Jointly Administered)** |

**United States of America's Opposed Expedited
<u>Motion to Stay January 10 Confirmation Hearing</u>**

**Pursuant to BLR 9013-1:**

>**This motion seeks an order that may adversely affect you. If you oppose the motion, you should immediately contact the moving party to resolve the dispute. If you and the moving party cannot agree, you must file a response and send a copy to the moving party. You must file and serve your response within 21 days of the date this was served on you. Your response must state why the motion should not be granted. If you do not file a timely response, the relief may be granted without further notice to you. If you oppose the motion and have not reached an agreement, you must attend the hearing. Unless the parties agree otherwise, the court may consider evidence at the hearing and may decide the motion at the hearing.**
>
>**Represented parties should act through their attorney.**
>
>**Expedited relief has been requested. If the Court considers the motion on an emergency basis, then you will have less than 21 days to answer. If you object to the requested relief or if you believe that the expedited consideration is not warranted, you should file an immediate response.**

**To the Honorable Marvin Isgur,
United States Bankruptcy Judge:**

The United States of America (the "United States") moves the Court to stay the January 10, 2019, hearing to consider substantially all confirmation matters.

**Summary**

The United States moves for a stay of the January 10, 2019, hearing due to a lapse in appropriations. Although the United States believes it has resolved all confirmation issues with the Debtors by agreement, the United States wishes to attend the confirmation hearing. Counsel for the United States is unable to do so unless either (a) funding is restored to the Department of Justice, or (b) the Court denies this Motion. Counsel for the Debtors is opposed to a stay of the January 10, 2019, hearing.

**Background**

On December 11, 2018, the Court entered an order setting the majority of confirmation issues for hearing beginning at 9:00 a.m. on Thursday, January 10, 2019. [Doc. No. 2171].

At the end of the day on December 21, 2018, the appropriations act that had been funding the Department of Justice ("DOJ") expired and appropriations to the DOJ lapsed. The same is true for several other Executive agencies, including the Federal Communications Commission.

Absent an appropriation, DOJ attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1432.

**Relief Requested**

The Untied States requests a stay of the January 10, 2019, confirmation hearing until appropriations have been restored to the DOJ. If the Court grants this motion, the United States will notify the Court once funds have been appropriated for the DOJ. The United States requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations.

Counsel for the United States conferred with counsel for the Debtors concerning the relief requested, and the Debtors are opposed to a stay of confirmation.

Accordingly, the United States requests that the Court stay the January 10, 2019, confirmation hearing until funding has been restored to the DOJ.

Dated: January 8, 2019.

Respectfully submitted,

RYAN K. PATRICK,
United States Attorney

By:   *s/ Richard A. Kincheloe*
Richard A. Kincheloe
Assistant United States Attorney
Attorney-in-Charge
United States Attorney's Office
Southern District of Texas
Texas Bar No. 24068107
S.D. Tex. ID No. 1132346
1000 Louisiana St., Suite 2300
Houston, Texas 77002
Telephone: (713) 567-9422
Facsimile: (713) 718-3033
Email: Richard.Kincheloe@usdoj.gov
**Attorney for the United States of America**

**Certificate of Service**

The undersigned certifies that he served the foregoing Motion on the parties receiving ECF notice in this case on January 8, 2019, through the Court's ECF notification system.

*s/ Richard A. Kincheloe*
Richard A. Kincheloe
Assistant United States Attorney