

ENTERED
01/08/2019

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| IHEARTMEDIA, INC., *et al* | § | CASE NO: 18-31274 |
| | § | |
| | § | |
| | § | Jointly Administered Order |
| Debtors. | § | |
| | § | CHAPTER 11 |

### ORDER SETTING STATUS CONFERENCE

On January 7, 2019, iHeartMedia, Inc. and AG Super Fund Master, L.P. *et al* filed a Stipulation at ECF 2364 which grants the Legacy 510(b) claimants leave to withdraw claims and deems iHeartCommunication, Inc.'s claim objection as moot.

The Court will conduct a telephonic status conference on January 9, 2019 at 1:30 P.M., so the Court may determine what effect the Stipulation will have on the upcoming confirmation hearing and on adversary proceeding 18-3052.

SIGNED **January 8, 2019.**

_____
Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE