IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
01/08/2019

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **iHeartMedia, Inc.,** *et al.*, | § | **Case No. 18-31274 (MI)** |
| | § | |
| **Debtors.** | § | **(Jointly Administered)** |

**ORDER**
**(Related to Doc. No. _____)**

It is hereby ordered that the Opposed Expedited Motion by the United States of America to Stay January 10 Confirmation Hearing is denied.

Signed: January 08, 2019

_____
Marvin Isgur
United States Bankruptcy Judge