**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: § | § Chapter 11 |
| IHEARTMEDIA, INC., *et al.*,[1] § | § Case No. 18-31274 (MI) |
| Debtors. § | § (Jointly Administered) |

**AGENDA FOR MATTERS SCHEDULED FOR JANUARY 10, 2019, AT 9:00 A.M. (PREVAILING CENTRAL TIME), BEFORE THE HONORABLE MARVIN ISGUR AT THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF TEXAS, AT COURTROOM 404, 515 RUSK STREET, HOUSTON, TEXAS 77002**

The above-referenced debtors and debtors in possession (collectively, the "Debtors") hereby file their agenda for matters set for hearing on January 10, 2019, at 9:00 a.m. (prevailing Central Time).

**I.    CONFIRMATION**

1.  Modified Fifth Amended Joint Chapter 11 Plan of Reorganization of iHeartMedia, Inc. and Its Debtor Affiliate Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 2207]

    Plan Supplement Documents:

    A.  Plan Supplement for the Fifth Amended Joint Chapter 11 Plan of Reorganization of iHeartMedia, Inc. and Its Debtor Affiliate Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 1781]

    B.  Amended Plan Supplement for the Fifth Amended Joint Chapter 11 Plan of Reorganization of iHeartMedia, Inc. and Its Debtor Affiliate Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 1929]

    C.  Second Amended Plan Supplement for the Fifth Amended Joint Chapter 11 Plan of Reorganization of iHeartMedia, Inc. and Its Debtor Affiliate Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 2245].

---

[1] Due to the large number of Debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the Debtors and the last four digits of their tax identification, registration, or like numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims, noticing, and solicitation agent at https://cases.primeclerk.com/iheartmedia. The location of Debtor iHeartMedia, Inc.'s principal place of business and the Debtors' service address is: 20880 Stone Oak Parkway, San Antonio, Texas 78258.

KE 58785228

Responses Received:

A. Reservation of Rights and Limited Objection of Broadcast Music, Inc. Relating to the Fifth Amended Joint Chapter 11 Plan of Reorganization of iHeartMedia, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 1923]

B. Travis County's Objection to Fifth Amended Joint Chapter 11 Plan of Reorganization of iHeartMedia, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 2047]

C. Limited Objection of Norfolk County Retirement System to the Approval of Fifth Amended Joint Chapter 11 Plan of Reorganization of iHeartMedia, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code Docket No. 2055]

D. Tata America International Corporation's Objection to Debtors' Proposed Cure Amounts for Assumption of Executory Contracts Under the Fifth Amended Joint Chapter 11 Plan of Reorganization of iHeartMedia, Inc. ad Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 2056]

E. Objection of the Securities and Exchange Commission to the Confirmation of the Fifth Amended Joint Chapter 11 Plan of Reorganization of iHeartMedia, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 2057]

F. Objection of the Acting United States Trustee to Debtors' Fifth Amended Joint Chapter 11 Plan of Reorganization of iHeartMedia, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 2058]

G. Objection of Wilmington Savings Fund Society, FSB, as Successor Indenture Trustee, to Confirmation of Fifth Amended Joint Chapter 11 Plan of Reorganization of iHeartMedia, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 2060]

H. Limited Objection and Reservation of Rights of Sony Music Entertainment to the Plan and to the Debtors' Proposed Assumption of Executory Contracts and Cure Amounts [Docket No. 2080]

I. Objection of James B. Martin to Confirmation of Plan of Reorganization in the Absence of an Estimation of His Claim Pursuant to 11 U.S.C. §502 (c) (1) [Docket No. 2148]

J. Limited Objection to Confirmation of the Fifth Amended Joint Chapter 11 Plan of Reorganization of iHeartMedia, Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code (Computershare Trust

        Company, N.A. and Computershare Trust Company of Canada) [Docket No. 2307]

K.     Limited Objection of Wilmington Trust, National Association to Confirmation of the Debtors' Modified Fifth Amended Joint Chapter 11 Plan of Reorganization [Docket No. 2320]

L.     Limited Joinder to Limited Objections of Wilmington Trust, National Association and Computershare Trust Company, N.A./Computershare Trust Company of Canada to Confirmation of Debtors' Fifth Amended Plan (UMB Bank, National Association) [Docket No. 2358]

M.     Limited Objection and Reservation of Rights of Broadcast Music, Inc. Relating to the Notice of (A) Executory Contracts and Unexpired Leases to be Assumed by the Debtors Pursuant to the Plan, (B) Cure Amounts, if any, and (C) Related Procedures in Connection Therewith [Docket No. 2359]

N.     The Ad Hoc 2021 Noteholder Group's Response to Wilmington Savings Fund Society's Objection to Confirmation of the Fifth Amended Joint Chapter 11 Plan of Reorganization [Docket No. 2360]

O.     The Term Loan/PGN Group's Statement in Support of Confirmation and Response to PGN Trustee Objections [Docket No. 2370]

P.     United States of America's Opposed Expedited Motion to Stay January 10 Confirmation Hearing [Docket No. 2373]

    i.     Order Denying Motion to Stay January 10 Confirmation Hearing [Docket No. 2378]

Q.     Delaware Trust Company's Limited Joinder to Limited Objections of Wilmington Trust, National Association and Computershare Trust Company, N.A./Computershare Trust Company of Canada to Confirmation of Debtors' Fifth Amended Plan [Docket No. 2374]

Contract Cure Responses:

A.     Limited Objection and Reservation of Rights of Sony Music Entertainment to the Plan and to the Debtors' Proposed Assumption of Executory Contracts and Cure Amounts [Docket No. 2080]

B.     Limited Objection and Reservation of Rights of Google LLC to the Assumption of Certain Executory Contracts [Docket No. 2279]

C.     Limited Objection and Reservation of Rights of Broadcast Music, Inc. Relating to the Notice of (A) Executory Contracts and Unexpired Leases to be Assumed by the Debtors Pursuant to the Plan, (B) Cure Amounts, if any, and (C) Related Procedures in Connection Therewith [Docket No. 2359]

Confirmation Briefs and Declarations in Support of Confirmation:

A. Debtors' Memorandum of Law in Support of Confirmation of Joint Chapter 11 Plan [Docket No. 2365]

B. Reply of the Ad Hoc Group of Term Lenders in Support of Confirmation of the Modified Fifth Amended Joint Chapter 11 Plan of Reorganization of iHeartMedia, Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 2366]

   i. First Supplemental Verified Statement of Arnold & Porter Kaye Scholer LLP Pursuant to Federal Rule of Bankruptcy Procedure 2019 [Docket No. 2368]

C. Declaration of Charles H. Cremens in Support of Confirmation of the Modified Fifth Amended Joint Chapter 11 Plan of Reorganization of iHeartMedia, Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 2367]

D. Joinder of Certain Funds or Affiliates of Bain Capital LP and Thomas H. Lee Partners, L.P. in Support of Confirmation of Joint Chapter 11 Plan of iHeartMedia, Inc. and its Debtor Affiliates [Docket No. 2369]

E. The Term Loan/PGN Group's Statement in Support of Confirmation and Response to PGN Trustee Objections [Docket No. 2370]

Voting Reports:

A. Declaration of Christina Pullo of Prime Clerk LLC Regarding the Solicitation of Votes and Tabulation of Ballots Cast on the Fifth Amended Joint Chapter 11 Plan of Reorganization of iHeartMedia, Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 2116]

B. Supplemental Declaration of Christina Pullo of Prime Clerk LLC Regarding the Solicitation of Votes and Tabulation of Ballots Cast on the Fifth Amended Joint Chapter 11 Plan of Reorganization of iHeartMedia, Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 2246]

Proposed Confirmation Order:

A. *Proposed* Findings of Fact, Conclusions of Law, and Order Confirming the Fifth Amended Joint Chapter 11 Plan of Reorganization of iHeartMedia, Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 2371]

Scheduling Related Documents:

A. Order Regarding Confirmation Hearing Dates [Docket No. 2171]

B. Notice of Modified Fifth Amended Plan, CCOH Separation Settlement Agreement, and Setting of Confirmation Hearing Dates [Docket No. 2232]

C. Stipulation and Order Regarding Existing Deadlines with Respect to the Objection of James B. Martin to Confirmation of Plan of Reorganization in Absence of an Estimation of His Claim Pursuant to 11 U.S.C. §502 (c) (1) [Docket No. 2357]

D. *Entered* Stipulation and Order Regarding Existing Deadlines with Respect to the Objection of James B. Martin to Confirmation of Plan of Reorganization in Absence of an Estimation of His Claim Pursuant to 11 U.S.C. §502 (c) (1) [Docket No. 2372]

Previously Filed Plans:

A. Joint Chapter 11 Plan of Reorganization of iHeartMedia, Inc. and Its Debtor Affiliate Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 551]

B. Amended Joint Chapter 11 Plan of Reorganization of iHeartMedia, Inc. and Its Debtor Affiliate Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 1213]

C. Second Amended Joint Chapter 11 Plan of Reorganization of iHeartMedia, Inc. and Its Debtor Affiliate Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 1301]

D. Third Amended Joint Chapter 11 Plan of Reorganization of iHeartMedia, Inc. and Its Debtor Affiliate Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 1348]

E. Fourth Amended Joint Chapter 11 Plan of Reorganization of iHeartMedia, Inc. and Its Debtor Affiliate Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 1441]

F. Fourth Amended Joint Chapter 11 Plan of Reorganization of iHeartMedia, Inc. and Its Debtor Affiliate Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 1469]

G. Fourth Amended Joint Chapter 11 Plan of Reorganization of iHeartMedia, Inc. and Its Debtor Affiliate Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 1482]

H.     Fifth Amended Joint Chapter 11 Plan of Reorganization of iHeartMedia, Inc. and Its Debtor Affiliate Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 1605]

I.     Fifth Amended Joint Chapter 11 Plan of Reorganization of iHeartMedia, Inc. and Its Debtor Affiliate Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 1626]

J.     Modified Fifth Amended Joint Chapter 11 Plan of Reorganization of iHeartMedia, Inc. and Its Debtor Affiliate Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 2207]

Plan Redlines:

A.     Redline of Amended Joint Chapter 11 Plan of Reorganization of iHeartMedia, Inc. and Its Debtor Affiliate Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 1213]

B.     Redline of Second Amended Joint Chapter 11 Plan of Reorganization of iHeartMedia, Inc. and Its Debtor Affiliate Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 1301]

C.     Redline of Third Amended Joint Chapter 11 Plan of Reorganization of iHeartMedia, Inc. and Its Debtor Affiliate Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 1348]

D.     Redline of Fourth Amended Joint Chapter 11 Plan of Reorganization of iHeartMedia, Inc. and Its Debtor Affiliate Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 1441]

E.     Redline of Fourth Amended Joint Chapter 11 Plan of Reorganization of iHeartMedia, Inc. and Its Debtor Affiliate Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 1469]

F.     Redline of Fifth Amended Joint Chapter 11 Plan of Reorganization of iHeartMedia, Inc. and Its Debtor Affiliate Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 1605]

G.     Redline of Fifth Amended Joint Chapter 11 Plan of Reorganization of iHeartMedia, Inc. and Its Debtor Affiliate Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 1626]

H.     Redline of Modified Fifth Amended Joint Chapter 11 Plan of Reorganization of iHeartMedia, Inc. and Its Debtor Affiliate Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 2207]

Disclosure Statement, Disclosure Statement Order, Disclosure Statement Supplement and Disclosure Statement Supplement Order:

A. Disclosure Statement Relating to the Fourth Amended Joint Chapter 11 Plan of Reorganization of iHeartMedia, Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 1484]

B. Order (I) Approving the Adequacy of the Disclosure Statement, (II) Approving the Solicitation and Notice Procedures with Respect to Confirmation of the Debtors' Proposed Joint Plan of Reorganization, (III) Approving the Forms of Ballots and Notices in Connection Therewith, (IV) Scheduling Certain Dates with Respect Thereto, and (V) Granting Related Relief [Docket No. 1481]

C. Disclosure Statement Supplement Relating to the Fifth Amended Joint Chapter 11 Plan of Reorganization of iHeartMedia, Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 1627]

D. Order (I) Approving the Debtors' Continued Solicitation of the Fifth Amended Plan and the Adequacy of the Supplemental Disclosure in Connection Therewith, (II) Modifying Certain Deadlines and Procedures in Connection with Plan Confirmation, (III) Approving the Form of Ballots in Connection Therewith, and (IV) Granting Related Relief [Docket No. 1631]

Affidavits Regarding Publication of Notice of Hearing and Service of Solicitation Related to Confirmation of the Chapter 11 Plan:

A. Affidavit Re: Mailing for the Period from September 22, 2018 through September 28, 2018 (Docket Nos. 1482, 1484) [Docket No. 1582]

B. Affidavit Re: Mailing for the Period from October 20, 2018 through October 26, 2018 (Docket Nos. 1482, 1484, 1633) [Docket No. 1728]

C. Affidavit Re: Mailings for the Period from December 1, 2018 through December 7, 2018 (Docket Nos. 1781, 1929, 2135) [Docket No. 2180]

D. Notice of Modified Fifth Amended Plan, CCOH Separation Settlement Agreement, and Setting of Confirmation Hearing Dates [Docket No. 2232]

E. Affidavit Re: Mailings for the Period from December 15, 2018 through December 21, 2018 (Docket Nos. 2232) [Docket No. 2271]

F. Affidavit Re: Mailings for the Period from December 21, 2018 through December 28, 2018 (Docket Nos. 2245, 2246) [Docket No. 2313]

Witness and Exhibit Lists:

A. The Term Loan/PGN Group's Disclosure of Fact Witnesses for Confirmation Hearing [Docket No. 1601]

B. Wilmington Savings Fund Society, FSB's Preliminary Fact Witness List [Docket No. 1602]

C. Debtors' Fact Witness Disclosure for Confirmation Hearing [Docket No. 1603]

D. The Committee's Disclosure of Fact Witnesses [Docket No. 1604]

E. United States Trustee's Disclosure of Fact Witnesses [Docket No. 1609]

F. United States Securities and Exchange Commission's Disclosure of Fact Witnesses [Docket No. 1610]

G. The Term Loan/PGN Group's Witness and Exhibit List for January 10, 2019 Hearing [Docket No. 2306]

H. Debtors' Witness and Exhibit List for Hearing Scheduled for January 10, 2019 at 9:00 a.m. (Prevailing Central Time) [Docket No. 2331]

I. Wilmington Savings Fund Society, FSB's Witness and Exhibit List for Hearing Scheduled for January 10, 2019 at 9:00 a.m. (Prevailing Central Time) [Docket No. 2343]

J. Witness and Exhibit List of the Acting United States Trustee [Docket No. 2345]

Status:  This matter is going forward.

## II. ADJOURNED MATTER

Wilmington's CCOH Objection:

A. Objection of Wilmington Savings Fund Society, FSB, as Successor Indenture Trustee, to Proof of Claim No. 3833 of Clear Channel Outdoor Holdings, Inc. [Docket No. 1681]

Related Documents:

A. Stipulation and Order Regarding Existing Deadlines in Respect to Confirmation, the Legacy 510(b) Claims, and the CCOH Claim [Docket No. 2287]

  B. *Entered* Stipulation and Order Regarding Existing Deadlines in Respect to Confirmation, the Legacy 510(b) Claims, and the CCOH Claim [Docket No. 2356]

Status: This matter will be heard on January 17, 2019, at 9:00 a.m. (prevailing Central Time).

### III.  WITHDRAWN MATTERS: LEGACY 510(B) CLAIMS OBJECTIONS

Debtors' Objections:

A. Debtor iHeartCommunications, Inc.'s Objection to AG Super Fund Master LP's Proof of Claim No. 2352 [Docket No. 1661]

B. Debtor iHeartCommunications, Inc.'s Objection to Nutmeg Partners, LP's Proof of Claim No. 2353 [Docket No. 1662]

C. Debtor iHeartCommunications, Inc.'s Objection to AG MM, LP's Proof of Claim No. 2381 [Docket No. 1663]

D. Debtor iHeartCommunications, Inc.'s Objection to AG Centre Street Partners LP's Proof of Claim No. 2406 [Docket No. 1664]

E. Debtor iHeartCommunications, Inc.'s Objection to AG Capital Recovery Partners VIII, LP's Proof of Claim No. 2412 [Docket No. 1665]

F. Debtor iHeartCommunications, Inc.'s Objection to AG Corporate Credit Opportunities Fund, LP's Proof of Claim No. 2418 [Docket No. 1666]

G. Debtor iHeartCommunications, Inc.'s Objection to KLS Diversified Asset Management LP's Proof of Claim No. 3064 [Docket No. 1667]

H. Debtor iHeartCommunications, Inc.'s Objection to HG Vora Special Opportunities Master Fund, Ltd's Proof of Claim No. 3247 [Docket No. 1668]

I. Debtor iHeartCommunications, Inc.'s Objection to Kingdon Credit Master Fund LP's Proof of Claim No. 3790 [Docket No. 1669]

J. Debtor iHeartCommunications, Inc.'s Objection to Kingdon Credit Master Fund LP's Proof of Claim No. 3792 [Docket No. 1671]

K. Debtor iHeartCommunications, Inc.'s Objection to M. Kingdon Offshore Master Fund LP's Proof of Claim No. 3793 [Docket No. 1672]

L. Debtor iHeartCommunications, Inc.'s Objection to M. Kingdon Offshore Master Fund LP's Proof of Claim No. 3794 [Docket No. 1673]

Responses Received:

A.  Omnibus Reply of Legacy 510(b) Claimants to Debtor iHeartCommunications, Inc.'s Objection to Legacy 510(b) Proofs of Claim [Docket No. 2061]

Related Documents:

A.  Stipulation and Agreed Order (I) Extending Deadline to File Responses to Objections to Legacy 510(b) Claims (II) Setting Evidentiary Hearing on Objection of Wilmington Savings Fund Society, FSB, as Successor Indenture Trustee, to Proof of Claim No. 3833 of Clear Channel Outdoor Holdings, Inc. [Docket No. 1998]

B.  Stipulation and Agreed Order (I) Extending Deadline to File Responses to Objections to Legacy 510(b) Claims (II) Setting Evidentiary Hearing on Objection of Wilmington Savings Fund Society, FSB, as Successor Indenture Trustee, to Proof of Claim No. 3833 of Clear Channel Outdoor Holdings, Inc. [Docket No. 2030]

C.  Joint Motion to (I) Continue Evidentiary Hearing on the Legacy 510(B) Claims and Proof of Claim No. 3833 of Clear Channel Outdoor Holdings, Inc., and (II) Modify Confirmation Schedule [Docket No. 2098]

D.  Order (I) Continuing Evidentiary Hearing on the Legacy 510(B) Claims and Proof of Claim No. 3833 of Clear Channel Outdoor Holdings, Inc., and (II) Modify Confirmation Schedule [Docket No. 2121]

E.  Stipulation and Order Regarding Existing Deadlines in Respect to Confirmation, the Legacy 510(b) Claims, and the CCOH Claim [Docket No. 2123]

F.  *Entered* Stipulation and Order Regarding Existing Deadlines in Respect to Confirmation, the Legacy 510(b) Claims, and the CCOH Claim [Docket No. 2151]

G.  Stipulation and Order Regarding Existing Deadlines in Respect to Confirmation, the Legacy 510(b) Claims, and the CCOH Claim [Docket No. 2287]

H.  *Entered* Stipulation and Order Regarding Existing Deadlines in Respect to Confirmation, the Legacy 510(b) Claims, and the CCOH Claim [Docket No. 2356]

I.  *Proposed* Stipulation and Order (I) Granting the Legacy 510(b) Claimants Leave to Withdraw and Deeming the Legacy 510(b) Claims Withdrawn; and (II) Overruling iHeartCommunications, Inc.'s Claim Objections as Moot [Docket No. 2364]

J.  *Entered* Stipulation and Order (I) Granting the Legacy 510(b) Claimants Leave to Withdraw and Deeming the Legacy 510(b) Claims Withdrawn; and (II) Overruling iHeartCommunications, Inc.'s Claim Objections as Moot [Docket No. 2383]

K.  Order Setting Status Conference [Docket No. 2375]

Status:  The omnibus claims objections have been withdrawn as moot pursuant to the stipulation and order entered at Docket No. 2383.

Houston, Texas
January 9, 2019

/s/ *Patricia B. Tomasco*

| | |
|---|---|
| Patricia B. Tomasco (TX Bar No. 01797600) | James H.M. Sprayregen, P.C. |
| Elizabeth C. Freeman (TX Bar No. 24009222) | Anup Sathy, P.C. (admitted *pro hac vice*) |
| Matthew D. Cavenaugh (TX Bar No. 24062656) | Brian D. Wolfe (admitted *pro hac vice*) |
| **JACKSON WALKER L.L.P.** | William A. Guerrieri (admitted *pro hac vice*) |
| 1401 McKinney Street, Suite 1900 | Benjamin M. Rhode (admitted *pro hac vice*) |
| Houston, Texas 77010 | **KIRKLAND & ELLIS LLP** |
| Telephone: (713) 752-4200 | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Facsimile: (713) 752-4221 | 300 North LaSalle Street |
| Email: ptomasco@jw.com | Chicago, Illinois 60654 |
| efreeman@jw.com | Telephone: (312) 862-2000 |
| mcavenaugh@jw.com | Facsimile: (312) 862-2200 |
| | Email: james.sprayregen@kirkland.com |
| | anup.sathy@kirkland.com |
| *Co-Counsel to the Debtors* | brian.wolfe@kirkland.com |
| *and Debtors in Possession* | will.guerrieri@kirkland.com |
| | benjamin.rhode@kirkland.com |

-and-

Christopher Marcus, P.C. (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    christopher.marcus@kirkland.com

*Co-Counsel to the Debtors*
*and Debtors in Possession*

## Certificate of Service

      I certify that on January 9, 2019, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                 */s/ Patricia B. Tomasco*
                                                 Patricia B. Tomasco