

ENTERED
01/23/2019

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | § | |
|---|---|---|
| In re | § | Chapter 11 |
| IHEARTMEDIA, INC., *et al.*, | § | |
| | § | Case No. 18-31274 (MI) |
| Debtors. | § | |
| | § | (Jointly Administered) |
| | § | |

## ORDER GRANTING FINAL APPROVAL
## OF PROPOSED SETTLEMENT AGREEMENT

On January 17, 2018, GAMCO Asset Management, Inc. and Norfolk Retirement System moved for final approval of the proposed class settlement agreement among GAMCO; Norfolk; Clear Channel Outdoor Holdings, Inc.; Bain Capital Partners, LLC and Bain Capital LP; Thomas H. Lee Partners, L.P.; individual defendants to lawsuits in the Delaware courts; and iHeartMedia, Inc. and its debtor affiliates. (Docket Entry Nos. 2480, 2481-1, 2484). On January 22, 2018, the court heard argument on class certification and the fairness, reasonableness, and adequacy of the proposed settlement agreement.

As stated in detail on the record, the court:

- certifies the putative class of minority shareholders of Clear Channel's Class A common shares from March 14, 2015, to March 14, 2018, under Federal Rules of Civil Procedure 23(a) and 23(b)(1);[1]

- finds that the notice provided to class members satisfies Rules 23(c)(2), 23(e), and 23.1(c) and due-process requirements;

---

[1] The court also finds that the class satisfies Rule 23(b)(3).

- appoints GAMCO as class representative and Entwistle & Cappucci LLP as class counsel under Rules 23(c)(1)(B) and 23(g); and

- finds that the proposed settlement agreement satisfies Rule 23(e)(2) and *Reed v. Gen. Motors Corp.*, 703 F.2d 170, 172 (5th Cir. 1983).

The proposed settlement agreement, (Docket Entry No. 2481-1), is approved under Rules 23(e)(2) and 23.1(c).

SIGNED on January 23, 2019, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge