IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| IHEARTMEDIA, INC., *et al.*,[1] | § | Case No. 18-31274 (MI) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |

**NOTICE OF SETTING OF THE DISTRIBUTION RECORD DATE**

**PLEASE TAKE NOTICE THAT** on January 22, 2019, the Bankruptcy Court entered an order [Docket No. 2525] confirming the *Modified Fifth Amended Joint Chapter 11 Plan of Reorganization of iHeartMedia, Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 2521] (the "Plan").[2]

**PLEASE TAKE FURTHER NOTICE THAT** the Distribution Record Date is defined in the Plan as "other than with respect to Securities of the Debtors deposited with DTC, the record date for purposes of determining which Holders of Allowed Claims against or Allowed Interests in the Debtors are eligible to receive distributions under the Plan, which date shall be the Confirmation Date, *or such other date as is agreed to by the Debtors and the Required Consenting Senior Creditors* or designated in a Final Order of the Bankruptcy Court." Plan at Art. I.A.111 (emphasis added).

**PLEASE TAKE FURTHER NOTICE THAT** the Debtors and the Required Consenting Senior Creditors have agreed to set the Distribution Record Date as **February 22, 2019**.

**PLEASE TAKE FURTHER NOTICE THAT** copies of all documents filed in these chapter 11 cases are available free of charge by visiting https://cases.primeclerk.com/iheartmedia or by calling (877) 756-7779 (toll-free within the U.S. or Canada) or (347) 505-7142 (outside the U.S. or Canada). You may also obtain copies of any pleadings by visiting the Court's website at https://ecf.txsb.uscourts.gov in accordance with the procedures and fees set forth therein.

---

[1] Due to the large number of Debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the Debtors and the last four digits of their tax identification, registration, or like numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims, noticing, and solicitation agent at https://cases.primeclerk.com/iheartmedia. The location of Debtor iHeartMedia, Inc.'s principal place of business and the Debtors' service address is: 20880 Stone Oak Parkway, San Antonio, Texas 78258.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Plan.

22341905v.1 152106/00001

Houston, Texas
February 5, 2019

/s/ *Patricia B. Tomasco*

| | |
|---|---|
| Patricia B. Tomasco (TX Bar No. 01797600) | James H.M. Sprayregen, P.C. |
| Elizabeth C. Freeman (TX Bar No. 24009222) | Anup Sathy, P.C. (admitted *pro hac vice*) |
| Matthew D. Cavenaugh (TX Bar No. 24062656) | Brian D. Wolfe (admitted *pro hac vice*) |
| **JACKSON WALKER L.L.P.** | William A. Guerrieri (admitted *pro hac vice*) |
| 1401 McKinney Street, Suite 1900 | Benjamin M. Rhode (admitted *pro hac vice*) |
| Houston, Texas 77010 | **KIRKLAND & ELLIS LLP** |
| Telephone: (713) 752-4200 | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Facsimile: (713) 752-4221 | 300 North LaSalle Street |
| Email: ptomasco@jw.com | Chicago, Illinois 60654 |
| efreeman@jw.com | Telephone: (312) 862-2000 |
| mcavenaugh@jw.com | Facsimile: (312) 862-2200 |
| | Email: james.sprayregen@kirkland.com |
| | anup.sathy@kirkland.com |
| *Co-Counsel to the Debtors* | brian.wolfe@kirkland.com |
| *and Debtors in Possession* | will.guerrieri@kirkland.com |
| | benjamin.rhode@kirkland.com |

-and-

Christopher Marcus, P.C. (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    christopher.marcus@kirkland.com

*Co-Counsel to the Debtors*
*and Debtors in Possession*

## Certificate of Service

    I certify that on February 5, 2019, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                */s/ Patricia B. Tomasco*
                                                Patricia B. Tomasco