2-19-19

United States Courts
Southern District of Texas
FILED

FEB 26 2019

David J. Bradley, Clerk of Court

Judge Marvin Isgur
Case # 18-31274 (MI)

The issue of my last correspondence as been resolved completely. Both Fidelity Investments and TD Ameritrade who were required to submit paperwork or action to Prime Clerk were not doing that and were telling me a range of stories from "it wasn't there capacity to contact Prime Clerk that I was to do that" to "they didn't have the time to do it because of being short on staff" to many other illogical reasons why my interests were not being represented. But finally I found help at Fidelity and TD Ameritrade so all is good in that regard.

If you would consider changing your ruling on allowing the LEIN

(1)

motion brought by the TRUSTEE of my bonds that would be helpful because my life savings is now $700,000 instead of 2 million. The LEIN motion is not NEW LAW there are other cases that have allowed LEINS in similar circumstances please re-consider your decision. I Heart did not LIQUIDATE, their still in business making 6 billion just off of the Sean Hannity and Rush Limbaugh shows alone. I Heart hired the accountant whose numbers were used in the BANKRUPTCY case. I Heart has enough money to pay off my bonds in full. LIBERTY MEDIA should be allowed to buy I Heart.

Michael T. Nalewaja