

ENTERED
03/11/2019

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| IHEARTMEDIA, INC., *et al.*,[1] | § | Case No. 18-31274 (MI) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |

**STIPULATION AND ORDER REGARDING
THE DEBTORS' CONTINUING ABILITY TO USE CASH COLLATERAL**

The above-captioned debtors and debtors in possession (collectively, the "Debtors"), the Term Loan/PGN Group, and the Term Lender Group,[2] in each case by and through their respective undersigned counsel, hereby stipulate and agree (this "Stipulation") to the following:

**WHEREAS**, on April 12, 2018, the Court entered the *Final Order (I) Authorizing Postpetition Use of Cash Collateral and (II) Granting Adequate Protection to Prepetition Lenders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, and 507, Bankruptcy Rules 2002, 4001, and 9014 and Local Bankruptcy Rules 4001-1(b) and 4002-1* [Docket No. 452] (the "Cash Collateral Order"),[3] pursuant to which the Debtors' right to use cash collateral terminates upon, among other things, the earliest to occur of (a) the one-year anniversary of the Petition Date or (b) the effective date of the plan of reorganization (the "Effective Date");

**WHEREAS**, on January 22, 2019, the Court entered the *Findings of Fact, Conclusions of Law, and Order Confirming the Modified Fifth Amended Joint Chapter 11 Plan of Reorganization of iHeartMedia, Inc. And Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 2525] (the "Confirmation Order");

---

[1]  Due to the large number of Debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the Debtors and the last four digits of their tax identification, registration, or like numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims, noticing, and solicitation agent at https://cases.primeclerk.com/iheartmedia.  The location of Debtor iHeartMedia, Inc.'s principal place of business and the Debtors' service address is: 20880 Stone Oak Parkway, San Antonio, Texas 78258.

[2]  "Term Loan/PGN Group" and "Term Lender Group" shall have the meanings ascribed to them in the *Modified Fifth Amended Joint Chapter 11 Plan of Reorganization of iHeartMedia, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 2521].

[3]  Capitalized terms used but not otherwise defined herein have the meanings ascribed to them under the Cash Collateral Order.

**WHEREAS**, the Debtors do not anticipate that the Effective Date will occur prior to the one-year anniversary of the Petition Date.

**NOW THEREFORE**, the Debtors, Term Loan/PGN Group, and Term Lender Group hereby stipulate and agree as follows:

1. The Cash Collateral Order is hereby amended to replace clause (i) of paragraph 12 with: "June 1, 2019".

2. Except as expressly set forth herein, nothing contained herein shall constitute an amendment of or modification to the Cash Collateral Order, which shall otherwise remain in full force and effect, and all parties' respective rights, remedies, and limitations thereunder shall remain unaffected.

3. This Stipulation shall be binding and effective upon execution by all the parties hereto.

IT IS SO ORDERED.

Signed: March 11, 2019

_____
Marvin Isgur
United States Bankruptcy Judge

March 7, 2019

| | |
|---|---|
| /s/ *Matthew D. Cavenaugh* | |
| Elizabeth Freeman  (TX Bar No. 24009222) | James H.M. Sprayregen, P.C. |
| Matthew D. Cavenaugh (TX Bar No. 24062656) | Anup Sathy, P.C. (admitted *pro hac vice*) |
| **JACKSON WALKER L.L.P.** | Brian D. Wolfe (admitted *pro hac vice*) |
| 1401 McKinney Street, Suite 1900 | William A. Guerrieri (admitted *pro hac vice*) |
| Houston, Texas 77010 | Benjamin M. Rhode (admitted *pro hac vice*) |
| Telephone:     (713) 752-4200 | **KIRKLAND & ELLIS LLP** |
| Facsimile:      (713) 752-4221 | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Email:            ptomasco@jw.com | 300 North LaSalle Street |
|                       efreeman@jw.com | Chicago, Illinois 60654 |
|                       mcavenaugh@jw.com | Telephone:     (312) 862-2000 |
| | Facsimile:      (312) 862-2200 |
| *Co-Counsel to the Debtors* | Email:            james.sprayregen@kirkland.com |
| *and Debtors in Possession* |                       anup.sathy@kirkland.com |
| |                       brian.wolfe@kirkland.com |
| |                       will.guerrieri@kirkland.com |
| |                       benjamin.rhode@kirkland.com |

-and-

Christopher Marcus, P.C. (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:     (212) 446-4800
Facsimile:      (212) 446-4900
Email:            christopher.marcus@kirkland.com

*Co-Counsel to the Debtors*
*and Debtors in Possession*

March 7, 2019

/s/ *Thomas A. Howley*
Thomas A. Howley (TX Bar No. 24010115)
**JONES DAY**
717 Texas Ave., Suite 3300
Houston, Texas 77002
Telephone: (832) 239-3939
Facsimile: (832) 239-3600
Email:       tahowley@jonesday.com

-and-

Bruce S. Bennett (CA Bar No. 105430) (admitted *pro hac vice*)
Joshua M. Mester (CA Bar No. 194783) (admitted *pro hac vice*)
James O. Johnston (CA Bar No. 167330) (admitted *pro hac vice*)
**JONES DAY**
555 South Flower Street, Fiftieth Floor
Los Angeles, CA 90013
Telephone: (213) 489-3939
Facsimile: (213) 243-2539
Email:       bbennett@jonesday.com
             jmester@jonesday.com
             jjohnston@jonesday.com

*Counsel to the Term Loan/PGN Group*

March 7, 2019

/s/ *Hannah D. Sibiski*
Christopher M. Odell (TX Bar No. 24037205)
Hannah D. Sibiski (TX Bar No. 24041373)
**ARNOLD & PORTER KAYE SCHOLER LLP**
700 Louisiana Street, Suite 4000
Houston, Texas 77002-2755
Telephone: (713) 576-2400
Facsimile: (713) 576-2499
Email:     christopher.odell@arnoldporter.com
           hannah.sibiski@arnoldporter.com

-and-

Michael D. Messersmith (admitted *pro hac vice*)
D. Tyler Nurnberg (admitted *pro hac vice*)
Sarah Gryll (admitted *pro hac vice*)
**ARNOLD & PORTER KAYE SCHOLER LLP**
70 West Madison Street, Suite 4200
Chicago, Illinois 60602-4231
Telephone: (312) 583-2300
Facsimile: (312) 583-2360
Email:     michael.messersmith@arnoldporter.com
           tyler.nurnberg@arnoldporter.com
           sarah.gryll@arnoldporter.com

*Counsel to the Term Lender Group*