**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| Case Name: | iHeartMedia, Inc. | | Petition Date: | March 14, 2018 |
|---|---|---|---|---|
| Case Number: | 18-31274 (MI) | | | |

**Monthly Operating Report Summary for the Period Ending**

| Monthly Period (USD $ millions) (1) | Apr-18 | May-18 | Jun-18 | Jul-18 | Aug-18 | Sep-18 | Oct-18 | Nov-18 | Dec-18 | Jan-19 |
|---|---|---|---|---|---|---|---|---|---|---|
| Revenues (MOR-6) | 417.9 | 318.7 | 305.9 | 281.1 | 299.4 | 329.5 | 349.4 | 343.7 | 326.0 | 231.8 |
| Operating Income (MOR-6) | 63.9 | 80.9 | 77.1 | 55.2 | 76.8 | 62.4 | 104.8 | 107.1 | 57.3 | 7.6 |
| Net Income (Loss) (MOR-6) | (139.8) | 57.7 | (119.7) | 49.6 | 66.9 | 11.9 | 100.2 | 104.2 | (0.0) | (9.5) |
| Payments to Insiders (MOR-9) | 6.1 | 3.7 | 3.7 | 3.7 | 6.3 | 0.7 | 6.2 | 0.7 | 0.7 | 0.7 |
| Payments to Professionals (MOR-9) | 1.4 | 1.0 | 1.4 | 15.7 | 10.1 | 15.8 | 21.0 | 12.8 | 12.7 | 14.5 |
| Total Disbursements (Exhibit A) | 306.4 | 260.2 | 622.1 | 251.7 | 396.1 | 254.8 | 335.8 | 251.4 | 300.7 | 302.8 |

**\*\*The jointly administered Debtors are authorized to file monthly operating reports on a consolidated basis, and have disbursements broken down by case number on Exhibit A attached\*\***

**\*\*The original of this document must be filed with the United States Bankruptcy Court\*\***

**Circle One**

**Required Insurance Maintained**

| As of Signature Date | | Exp. Date |
|---|---|---|
| Excess Liability | Yes (X) No ( ) | Various |
| Worker's Compensation | Yes (X) No ( ) | Mar-19 |
| General Liability | Yes (X) No ( ) | Mar-19 |
| Auto Liability | Yes (X) No ( ) | Mar-19 |
| Other | Yes (X) No ( ) | Various |

Are all accounts receivable being collected within terms? **Yes** No

Are all post-petition liabilities, including taxes, being paid within terms? **Yes** No

Have any pre-petition liabilities been paid? **Yes** No

If so, describe   Pursuant to various "first day" orders, including Talent, Taxes, Employee Wages & Benefits, Insurance, Cash Management, and Customer Programs

Are all funds received being deposited into DIP bank accounts? **Yes** No

Were any assets disposed of outside the normal course of business? Yes **No**

If so, describe   n/a

What is the status of your Plan of Reorganization?

On January 22, 2019 and October 18, 2018, respectively, the Debtors filed an updated Plan of Reorganization (Docket #2521) and an updated Disclosure Statement (Docket #1633). The Plan of Reorganization was approved on January 22, 2019 (Docket #2525). These are updates to prior filings (Dockets 551, 552, 982, 1213, 1301, 1304, 1347, 1348, 1349, 1441, 1445, 1467, 1469, 1474, 1481, 1482, 1484, 1605, 1606, 1626, 1627, 1632, 2207, 2232, 2245, 2452, 2515, and 2516).

I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct.

| Attorney Name: | Matthew D. Cavenaugh |
|---|---|
| Firm Name: | Jackson & Walker LLP |
| Address: | 1401 McKinney St. |
| | Suite 1900 |
| City, State, ZIP: | Houston, Texas 77010 |
| Telephone/Fax: | +1 (713) 752-4284 |

**SIGNED X**   /s/ Scott D. Hamilton   **Title:**   Senior Vice President, Chief Accounting Officer, and Assistant Secretary

(Original Signature)

Scott D. Hamilton     3/14/2019
(Print Name of Signatory)     Date

**Notes:**

(1) The period ending: "Apr-18" includes the Post-Petition activity from March 15, 2018 through April 30, 2018

*MOR-1*     *Page 1 of 16*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | | |
|---|---|---|---|
| Case Name: | iHeartMedia, Inc. | Petition Date: | March 14, 2018 |
| Case Number: | 18-31274 (MI) | | |

**GLOBAL NOTES AND STATEMENTS OF LIMITATIONS AND**
**DISCLAIMERS REGARDING THE DEBTORS' MONTHLY OPERATING REPORT**

On March 14, 2018 (the "Petition Date"), iHeartMedia, Inc. and certain of its affiliated debtors, as debtors and debtors in possession (collectively, the "Debtors"), each commenced with the United States Bankruptcy Court for the Southern District of Texas (the "Court") a voluntary case under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"). The Debtors are authorized to continue operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On March 15, 2018, the Bankruptcy Court entered an order authorizing the joint administration of these cases pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure. On March 21, 2018, the United States Trustee for Region 7 (the "U.S. Trustee") appointed an official committee of unsecured creditors pursuant to section 1102(a)(1) of the Bankruptcy Code.

1. **General Methodology:** The Debtors are filing this monthly operating report (the "MOR") solely for purposes of complying with the monthly operating requirements applicable in the Debtors' chapter 11 cases. The financial information contained herein is unaudited, limited in scope, and as such, has not been subject to procedures that would typically be applied to financial statements in accordance with accounting principles generally accepted in the United States of America ("U.S. GAAP"). The MOR should not be relied upon by any persons for information relating to current or future financial condition, events, or performance of any of the Debtors or their affiliates, as the results of operations contained herein are not necessarily indicative of results which may be expected from any other period or for the full year, and may not necessarily reflect the combined results of operations, financial position, and schedule of receipts and disbursements in the future. There can be no assurance that such information is complete, and the MOR may be subject to revision. The following notes, statements, and limitations should be referred to, and referenced in connection with, any review of the MOR.

2. **Basis of Presentation:** For financial reporting purposes, the Debtors prepare consolidated financial statements, which include information for iHeartMedia, Inc., and its Debtor and non-Debtors subsidiaries. This MOR only contains financial information of the Debtors. For the purposes of MOR reporting, the accompanying Balance Sheets and Statement of Income (Loss) of the Debtors have been prepared on a condensed combined basis. This basis of presentation is consistent with footnotes and related disclosures contained within the Form 10-Q filed by iHeartMedia, Inc. for the quarterly periods ended March 31, 2018, June 30, 2018 and September 30, 2018 and Form 10-K for the fiscal year ended December 31, 2018 which was filed on March 5, 2019. The Debtors are maintaining their books and records in accordance with U.S. GAAP and the information furnished in this MOR uses the Debtors' normal accrual method of accounting. In preparing the MOR, the Debtors relied on financial data derived from their books and records that was available at the time of preparation. Nevertheless, in preparing this MOR, the Debtors made reasonable efforts to supplement the information set forth in their books and records with additional information concerning transactions that may not have been identified therein. Subsequent information or discovery may result in material changes to the MOR and errors or omissions may exist. Notwithstanding any such discovery, new information, or errors or omissions, the Debtors do not undertake any obligation or commitment to update this MOR.

3. **Reporting Period:** Unless otherwise noted herein, the MOR generally reflects the Debtors' books and records and financial activity occurring during the applicable reporting period. Except as otherwise noted, no adjustments have been made for activity occurring after the close of the reporting period.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| Case Name: iHeartMedia, Inc. | Petition Date: March 14, 2018 |
| Case Number: 18-31274 (MI) | |

**GLOBAL NOTES AND STATEMENTS OF LIMITATIONS AND**
**DISCLAIMERS REGARDING THE DEBTORS' MONTHLY OPERATING REPORT**

4. **Accuracy:** The financial information disclosed herein was not prepared in accordance with federal or state securities laws or other applicable non-bankruptcy law or in lieu of complying with any periodic reporting requirements thereunder. Persons and entities trading in or otherwise purchasing, selling, or transferring the claims against or equity interests in the Debtors should evaluate this financial information in light of the purposes for which it was prepared. The Debtors are not liable for and undertake no responsibility to indicate variations from securities laws or for any evaluations of the Debtors based on this financial information or any other information.

5. **Payment of Prepetition Claims Pursuant to First Day Orders:** On March 15, 2018 and April 12, 2018, the Bankruptcy Court entered orders (the "First Day Orders" and "Final First Day Orders", respectively) authorizing, but not directing, the Debtors to, among other things, pay certain prepetition (a) liabilities related to use of the Debtors' cash collateral, and continued use of their cash management system, (b) obligations payable to talent, station affiliates, royalties, and copyrights (c) insurance obligations, (d) employee wages, salaries, and related items, (e) obligations relating to existing customer obligations, and (f) taxes and assessments. If any payments were made on account of such claims following the commencement of these chapter 11 cases pursuant to the authority granted to the Debtors by the Bankruptcy Court under the First Day Orders, such payments have been included in this MOR unless otherwise noted.

6. **Liabilities Subject to Compromise ("LSTC"):** LSTC represents the Debtors' estimate of pre-petition claims to be resolved in connection with the chapter 11 cases. As a result of the chapter 11 filings, the payment of pre-petition liabilities are subject to compromise or other treatment under a plan of reorganization. The determination of how liabilities will ultimately be settled or treated cannot be made until the Bankruptcy Court approves a chapter 11 plan or reorganization. Accordingly, the ultimate amount of such liabilities is not determinable at this time. Pre-petition liabilities that are subject to compromise under ASC 852 are preliminary and may be subject to, among other things, future adjustments depending on Court actions, further developments with respect to disputed claims, determinations of the secured status of certain claims, the values of any collateral securing such claims, rejection of executory contracts, continued reconciliation or other events. On May 17, 2018, the Court entered an order setting June 29, 2018 as the deadline for the filing of proofs of claim against the Debtors for non-governmental entities.

7. **Reorganization Items:** ASC 852 requires expenses and income directly associated with the chapter 11 filings to be reported separately in the income statement as reorganization items. Reorganization items primarily include write-off of certain original issue discount and fees relating to debt obligations classified as LSTC, expenses related to legal advisory and representation services, other professional consulting and advisory services, and changes in liabilities subject to compromise recognized as there are changes in amounts expected to be allowed as claims. Nothing contained in this MOR shall constitute a waiver of any of the Debtors' rights or an admission with respect to their chapter 11 proceedings, including, but not limited to, matters involving objections to claims, substantive consolidation, equitable subordination, defenses, characterization or re-characterization of contracts, assumption or rejection of contracts under the provisions of chapter 3 of Title 11 of the Bankruptcy Code and/or causes of action under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable laws to recover assets or avoid transfers.

8. **Cash and Cash Equivalents:** Consistent with the Debtors historical reporting practices and U.S. GAAP, any cash balances considered restricted are reflected in the Balance Sheets as a component of Other current assets or Other assets based on when those restrictions are expected to lapse. As such, the reconciliation of cash receipts and disbursements on MOR-7 includes adjustments for any cash balances moving to and from these restricted accounts.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

Case Name: iHeartMedia, Inc.  Petition Date: March 14, 2018
Case Number: 18-31274 (MI)

**GLOBAL NOTES AND STATEMENTS OF LIMITATIONS AND**
**DISCLAIMERS REGARDING THE DEBTORS' MONTHLY OPERATING REPORT**

9. **Intercompany Transactions and Balance:** Prior to the Petition Date (and subsequent to the Petition Date but only pursuant to Bankruptcy Court approval), the Debtors routinely engaged (and continue to engage) in intercompany transactions with both Debtor and non-Debtor affiliates. Intercompany transactions among the Debtors have been eliminated in the financial statements contained herein. Intercompany transactions among the Debtors and the Non-Filing Entities are presented on a net balance basis.

10. **Investments in Subsidiaries:** The book basis for investments in subsidiaries have not historically been maintained by the Debtors in the general ledgers at a legal entity level and these values are not representative of the fair value or net assets of non-Debtor affiliates. As such, these balances are reflected in the Balance Sheets as a component of Equity.

11. **Insiders:** For purposes of this MOR, the Debtors defined "insiders" pursuant to section 101(31) of the Bankruptcy Code as: (a) directors; (b) officers; (c) persons in control of the Debtors; (d) relatives of the Debtors' directors, officers, or persons in control of the Debtors; and (e) Debtor and non-Debtor affiliates of the foregoing. Moreover, the Debtors do not take a position with respect to: (a) any insider's influence over the control of the Debtors; (b) the management responsibilities or functions of any such insider; (c) the decision making or corporate authority of any such insider; or (d) whether the Debtors or any such insider could successfully argue that he or she is not an "insider" under applicable law, with respect to any theories of liability, or for any other purpose.

12. **Reservation of Rights:** The Debtors reserve all rights to amend or supplement the MOR in all respects, as may be necessary or appropriate, but shall be under no obligation to do so. Nothing contained in this MOR shall constitute a waiver of any of the Debtors' rights or an admission with respect to their chapter 11 cases.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| Case Name: | iHeartMedia, Inc. | Petition Date: | March 14, 2018 |
|---|---|---|---|
| Case Number: | 18-31274 (MI) | | |

**Comparative Balance Sheets**

| Assets (USD $ thousands) | 31-Mar-18 | 30-Apr-18 | 31-May-18 | 30-Jun-18 | 31-Jul-18 | 31-Aug-18 | 30-Sep-18 | 31-Oct-18 | 30-Nov-18 | 31-Dec-18 | 31-Jan-19 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Current Assets** | | | | | | | | | | | |
| Cash and cash equivalents | $ 120,121 | $ 240,683 | $ 275,391 | $ 57,370 | $ 157,610 | $ 89,481 | $ 76,154 | $ 126,251 | $ 162,908 | $ 178,924 | $ 221,202 |
| Accounts receivable, net of allowance | 728,528 | 706,389 | 734,391 | 777,958 | 743,602 | 750,174 | 809,974 | 809,268 | 841,409 | 866,088 | 760,167 |
| Intercompany Receivable | - | - | - | 2,329 | - | - | - | - | 5,495 | - | - |
| Prepaid expenses | 118,179 | 120,873 | 105,675 | 113,028 | 116,428 | 112,458 | 115,308 | 107,479 | 107,219 | 98,836 | 113,260 |
| Other current assets | 83,269 | 50,199 | 62,786 | 22,825 | 36,486 | 25,900 | 25,651 | 62,482 | 62,558 | 24,576 | 23,554 |
| **Total Current Assets** | 1,050,097 | 1,118,144 | 1,178,243 | 973,510 | 1,054,126 | 978,013 | 1,027,087 | 1,105,480 | 1,179,589 | 1,168,424 | 1,118,183 |
| **Property, Plant and Equipment** | | | | | | | | | | | |
| Other property, plant and equipment, net | 473,231 | 469,664 | 466,603 | 466,089 | 461,270 | 461,122 | 462,609 | 463,849 | 466,538 | 501,677 | 496,914 |
| **Intangible Assets** | | | | | | | | | | | |
| Indefinite-lived intangibles - licenses | 2,442,785 | 2,442,785 | 2,442,784 | 2,442,784 | 2,442,477 | 2,442,477 | 2,409,326 | 2,409,411 | 2,409,411 | 2,409,411 | 2,409,411 |
| Other intangibles, net | 230,075 | 216,820 | 203,535 | 190,154 | 176,864 | 173,998 | 171,134 | 168,272 | 165,407 | 196,741 | 193,504 |
| Goodwill | 3,335,433 | 3,335,433 | 3,335,433 | 3,335,433 | 3,335,433 | 3,335,433 | 3,335,433 | 3,335,433 | 3,335,433 | 3,412,753 | 3,412,753 |
| **Other Assets** | | | | | | | | | | | |
| Right of Use Assets (1) | - | - | - | - | - | - | - | - | - | - | 356,215 |
| Other assets | 47,398 | 47,899 | 47,860 | 49,050 | 49,254 | 55,143 | 58,080 | 59,007 | 60,258 | 63,203 | 63,819 |
| **Total Assets** | $ 7,579,019 | $ 7,630,745 | $ 7,674,458 | $ 7,457,020 | $ 7,519,424 | $ 7,446,186 | $ 7,463,669 | $ 7,541,452 | $ 7,616,636 | $ 7,752,209 | $ 8,050,799 |

**Note:**

(1) In July 2018, the FASB issued ASU 2018-11, Leases (Topic 842), which was adopted by the Company effective January 1, 2019. As a result of adoption, the Company recorded the fair value of its lease commitments as a Right of Use asset with the offsetting liability primarily charged to Liabilities Subject to Compromise for the leases that were in place as of the petition date. Further, a reduction in Total other Long-term Liabilities was also recorded in January 2019 as a result of the write-off of non-cash deferred gains associated with certain leases.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | | |
|---|---|---|---|
| Case Name: | iHeartMedia, Inc. | Petition Date: | March 14, 2018 |
| Case Number: | 18-31274 (MI) | | |

**Comparative Balance Sheets**

| Liabilities and Equity (USD $ thousands) | 31-Mar-18 | 30-Apr-18 | 31-May-18 | 30-Jun-18 | 31-Jul-18 | 31-Aug-18 | 30-Sep-18 | 31-Oct-18 | 30-Nov-18 | 31-Dec-18 | 31-Jan-19 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Current Liabilities** | | | | | | | | | | | |
| Accounts payable | $ 15,001 | $ 35,199 | $ 36,329 | $ 44,342 | $ 44,448 | $ 43,927 | $ 49,737 | $ 44,922 | $ 45,584 | $ 49,129 | $ 46,751 |
| Intercompany payable | 193 | 16,999 | 14,690 | - | 18,636 | 34,943 | 9,227 | 7,604 | - | 2,894 | 6,998 |
| Accrued expenses | 90,026 | 137,072 | 172,405 | 236,453 | 246,399 | 214,887 | 240,412 | 245,862 | 246,678 | 296,149 | 251,606 |
| Accrued interest | 1,363 | 1,325 | 1,702 | 427 | 486 | 517 | 592 | 349 | 470 | 766 | 379 |
| Deferred income | 137,592 | 142,293 | 142,300 | 133,420 | 129,482 | 129,082 | 130,236 | 125,825 | 110,435 | 120,328 | 123,874 |
| Short-term DIP financing | - | - | - | 125,000 | 125,000 | 25,000 | - | - | - | - | - |
| Current portion of long-term debt (1) | - | - | - | - | - | - | - | - | - | 46,105 | 46,105 |
| **Total Current Liabilities** | 244,175 | 332,888 | 367,426 | 539,642 | 564,451 | 448,356 | 430,204 | 424,562 | 403,167 | 515,371 | 475,713 |
| Long-term debt | 365,811 | 367,721 | 368,163 | - | - | - | - | - | - | - | - |
| Total other long-term liabilities (2) | 237,313 | 236,147 | 234,950 | 235,930 | 234,723 | 233,692 | 233,769 | 232,583 | 232,213 | 229,640 | 121,742 |
| Liabilities subject to compromise (2) | 17,520,114 | 17,454,327 | 17,406,356 | 17,503,352 | 17,492,457 | 17,483,535 | 17,507,135 | 17,491,493 | 17,484,234 | 17,511,976 | 17,853,328 |
| **Equity (Deficit)** | | | | | | | | | | | |
| Total Equity | (10,788,394) | (10,760,338) | (10,702,437) | (10,821,904) | (10,772,207) | (10,719,397) | (10,707,439) | (10,607,186) | (10,502,978) | (10,504,778) | (10,399,984) |
| **Total Liabilities And Equity** | $ 7,579,019 | $ 7,630,745 | $ 7,674,458 | $ 7,457,020 | $ 7,519,424 | $ 7,446,186 | $ 7,463,669 | $ 7,541,452 | $ 7,616,636 | $ 7,752,209 | $ 8,050,799 |

**Notes:**

(1) Beginning December 2018, balance includes deferred purchase considerations related to two court approved business acquisitions expected to be paid within one year.

(2) In July 2018, the FASB issued ASU 2018-11, Leases (Topic 842), which was adopted by the Company effective January 1, 2019.  As a result of adoption, the Company recorded the fair value of its lease commitments as a Right of Use asset with the offsetting liability primarily charged to Liabilities Subject to Compromise for the leases that were in place as of the petition date. Further, a reduction in Total other Long-term Liabilities was also recorded in January 2019 as a result of the write-off of non-cash deferred gains associated with certain leases.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

Case Name: iHeartMedia, Inc.  Petition Date: March 14, 2018
Case Number: 18-31274 (MI)

**Schedule of Post-Petition Liabilities**

| Post-Petition Liabilities (USD $ thousands) | 30-Apr-18 | 31-May-18 | 30-Jun-18 | 31-Jul-18 | 31-Aug-18 | 30-Sep-18 | 31-Oct-18 | 30-Nov-18 | 31-Dec-18 | 31-Jan-19 |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| **Post-Petition Liabilities** | | | | | | | | | | |
| Accounts payable | $ 35,199 | $ 36,329 | $ 44,342 | $ 44,448 | $ 43,927 | $ 49,737 | $ 44,922 | $ 45,584 | $ 49,129 | $ 46,751 |
| Intercompany payable | 16,999 | 14,690 | - | 18,636 | 34,943 | 9,227 | 7,604 | - | 2,894 | 6,998 |
| Accrued expenses | | | | | | | | | | |
| Accrued compensation | 58,867 | 64,874 | 72,706 | 81,761 | 52,850 | 65,652 | 55,347 | 56,124 | 83,360 | 80,723 |
| Accrued benefits | 9,024 | 7,054 | 9,283 | 8,220 | 8,232 | 8,167 | 7,813 | 7,996 | 8,756 | 11,652 |
| Accrued insurance | 25,375 | 26,024 | 27,420 | 26,045 | 26,555 | 27,536 | 28,789 | 29,628 | 29,455 | 29,818 |
| Accrued other | 43,806 | 74,453 | 127,044 | 130,373 | 127,250 | 139,057 | 153,913 | 152,930 | 174,578 | 129,413 |
| Accrued interest | 1,325 | 1,702 | 427 | 486 | 517 | 592 | 349 | 470 | 766 | 379 |
| Deferred income | 142,293 | 142,300 | 133,420 | 129,482 | 129,082 | 130,236 | 125,825 | 110,435 | 120,328 | 123,874 |
| Short-term DIP financing | - | - | 125,000 | 125,000 | 25,000 | - | - | - | - | - |
| Current portion of long-term debt (1) | - | - | - | - | - | - | - | - | 46,105 | 46,105 |
| Total long term liabilities (2) | 603,868 | 603,113 | 235,930 | 234,723 | 233,692 | 233,769 | 232,583 | 232,213 | 229,640 | 121,742 |
| **Total Post-Petition Liabilities** | **$ 936,756** | **$ 970,539** | **$ 775,572** | **$ 799,174** | **$ 682,048** | **$ 663,973** | **$ 657,145** | **$ 635,380** | **$ 745,011** | **$ 597,455** |

**Notes:**
(1) Beginning December 2018, balance includes deferred purchase considerations related to two court approved business acquisitions expected to be paid within one year.
(2) In July 2018, the FASB issued ASU 2018-11, Leases (Topic 842), which was adopted by the Company effective January 1, 2019.  As a result of adoption, the Company recorded the fair value of its lease commitments as a Right of Use asset with the offsetting liability primarily charged to Liabilities Subject to Compromise for the leases that were in place as of the petition date. Further, a reduction in Total other Long-term Liabilities was also recorded in January 2019 as a result of the write-off of non-cash deferred gains associated with certain leases.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| Case Name: | iHeartMedia, Inc. | Petition Date: | March 14, 2018 |
|---|---|---|---|
| Case Number: | 18-31274 (MI) | | |

### Aging of Post-Petition Liabilities and Aging of Accounts Receivable

(USD $ thousands)

**Aging of Post-Petition Liabilities as of January 31, 2019 (1)**

| Days | Trade Accounts | Intercompany Payable | Accrued Compensation | Accrued Benefits | Accrued Insurance | Accrued Other | Accrued Interest | Deferred Income | Other Liabilities | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Current | $ 42,618 | $ 6,998 | $ 80,723 | $ 11,652 | $ 29,818 | $ 129,413 | $ 379 | $ 123,874 | $ 167,847 | $ 593,322 |
| 1-30 | 3,577 | - | - | - | - | - | - | - | - | 3,577 |
| 30-60 | 78 | - | - | - | - | - | - | - | - | 78 |
| 60-90 | 146 | - | - | - | - | - | - | - | - | 146 |
| 90+ | 332 | - | - | - | - | - | - | - | - | 332 |
| | $ 46,751 | $ 6,998 | $ 80,723 | $ 11,652 | $ 29,818 | $ 129,413 | $ 379 | $ 123,874 | $ 167,847 | $ 597,455 |

**Aging of Accounts Receivable as of January 31, 2019 (1)**

| Days | Customer #1 | Customer #2 | Customer #3 | Customer #4 | Customer #5 | Other | Total |
|---|---|---|---|---|---|---|---|
| Current | $ 6,618 | $ 6,967 | $ 2,789 | $ 5,898 | $ 3,778 | $ 231,082 | $ 257,132 |
| 31-60 | 11,356 | 10,240 | 5,164 | 5,336 | 6,629 | 188,362 | 227,087 |
| 61-90 | 7,545 | 4,893 | 5,264 | 5,357 | 4,932 | 115,162 | 143,153 |
| 91+ | 1,028 | 4,420 | 11,839 | 5,071 | 5,477 | 130,435 | 158,270 |
| Less: Allowance For Doubtful Accounts | | | | | | | (25,475) |
| Total | $ 26,547 | $ 26,520 | $ 25,056 | $ 21,662 | $ 20,816 | $ 665,041 | $ 760,167 |

**Notes:**

(1) Figures on MOR-5 may not foot and immaterial differences with balances reported on MOR-2 and MOR-3 may exist as a result of rounding.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| Case Name: | iHeartMedia, Inc. | Petition Date: | March 14, 2018 |
|---|---|---|---|
| Case Number: | 18-31274 (MI) | | |

**Statement of Income (Loss) for the Period Ending**

| Profit and Loss (USD $ thousands) (1) | 30-Apr-18 | 31-May-18 | 30-Jun-18 | 31-Jul-18 | 31-Aug-18 | 30-Sep-18 | 31-Oct-18 | 30-Nov-18 | 31-Dec-18 | 31-Jan-19 |
|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | $ 417,946 | $ 318,665 | $ 305,885 | $ 281,124 | $ 299,394 | $ 329,466 | $ 349,402 | $ 343,676 | $ 326,035 | $ 231,805 |
| Operating expenses: | | | | | | | | | | |
| Direct operating expenses (excludes depreciation and amortization) | 130,489 | 89,716 | 87,526 | 83,875 | 86,475 | 96,767 | 89,299 | 90,913 | 107,235 | 86,687 |
| Selling, general and administrative (excludes depreciation and amortization) | 165,657 | 107,831 | 111,721 | 102,724 | 104,603 | 115,083 | 121,764 | 114,295 | 133,395 | 107,958 |
| Corporate expenses (excludes depreciation and amortization) | 22,778 | 18,570 | 7,436 | 17,540 | 19,449 | 10,442 | 21,342 | 20,116 | 13,186 | 18,223 |
| Depreciation and amortization | 34,377 | 21,577 | 21,393 | 21,406 | 10,818 | 10,812 | 11,418 | 10,622 | 14,101 | 11,826 |
| Impairment charges | - | - | - | - | - | 33,151 | - | - | - | - |
| Other operating income (expense), net | (714) | (77) | (692) | (333) | (1,294) | (831) | (829) | (669) | (854) | 488 |
| **Operating income** | 63,931 | 80,894 | 77,117 | 55,246 | 76,755 | 62,380 | 104,750 | 107,061 | 57,264 | 7,599 |
| Interest income (expense), net | (10,171) | (2,805) | (5,594) | (727) | (766) | (1,145) | (119) | (153) | (730) | 123 |
| Equity income (loss) of nonconsolidated affiliates | (6) | (21) | (10) | (11) | (10) | (10) | (10) | (14) | (22) | 31 |
| Other income (expense), net | (85) | (1,966) | (2) | (255) | 107 | 8 | (42) | 17 | 2,704 | 30 |
| Reorganization items, net (2) | 202,452 | 21,022 | 37,321 | 15,071 | 19,916 | 17,489 | 16,483 | 11,737 | 14,628 | 13,287 |
| **Income (Loss) before income taxes** | (148,783) | 55,080 | 34,190 | 39,182 | 56,170 | 43,744 | 88,096 | 95,174 | 44,588 | (5,504) |
| Income tax benefit (expense) | 8,979 | 2,630 | (153,851) | 10,369 | 10,749 | (31,799) | 12,112 | 8,996 | (44,629) | (4,029) |
| **Net Income (Loss)** | $ (139,804) | $ 57,710 | $ (119,661) | $ 49,551 | $ 66,919 | $ 11,945 | $ 100,208 | $ 104,170 | $ (41) | $ (9,533) |

**Notes:**

(1) The period ending: "30-APR-18" includes the Post-Petition activity from March 15, 2018 through April 30, 2018

(2) 'During the three months ended June 30, 2018, the Company wrote-off $12.4 million in long-term debt fees in relation to its receivables based credit facility, which was replaced with a $450.0 million debtors-in-possession credit facility (the "DIP Facility").  The write-off of long-term debt fees was included within Reorganization items, net.  The Company also expensed $10.4 million in long-term debt fees incurred in relation to the new DIP Facility and included them within Reorganization items, net.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

Case Name: iHeartMedia, Inc.　　　　　　　　　　　　　　　Petition Date: March 14, 2018
Case Number: 18-31274 (MI)

**Cash Receipts and Disbursements for the Period Ending**

| Book Cash Receipts and Disbursements (USD $ millions) (1)(2) | 30-Apr-18 | 31-May-18 | 30-Jun-18 | 31-Jul-18 | 31-Aug-18 | 30-Sep-18 | 31-Oct-18 | 30-Nov-18 | 31-Dec-18 | 31-Jan-19 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Receipts** | | | | | | | | | | |
| Net Operating Receipts | $ 427.2 | $ 297.3 | $ 268.2 | $ 331.0 | $ 311.6 | $ 267.4 | $ 384.1 | $ 301.2 | $ 308.4 | $ 341.0 |
| Total Receipts | 427.2 | 297.3 | 268.2 | 331.0 | 311.6 | 267.4 | 384.1 | 301.2 | 308.4 | 341.0 |
| **Disbursements** | | | | | | | | | | |
| Rent (Non-Site Leases) | (20.3) | (13.1) | (14.1) | (11.6) | (14.9) | (13.5) | (19.8) | (13.1) | (16.1) | (13.7) |
| Payroll | (75.5) | (64.3) | (55.3) | (56.9) | (82.0) | (55.6) | (79.7) | (61.7) | (58.6) | (61.0) |
| Payroll Tax | (41.7) | (32.3) | (27.2) | (40.7) | (29.9) | (25.6) | (37.3) | (30.4) | (26.3) | (34.6) |
| Benefits | (27.6) | (22.0) | (19.5) | (20.2) | (22.2) | (19.8) | (22.7) | (22.8) | (25.4) | (19.8) |
| General AP (3) | (124.2) | (118.1) | (106.3) | (99.0) | (124.8) | (89.6) | (143.0) | (101.6) | (149.5) | (148.3) |
| Utilities/Telecom | (6.5) | (4.5) | (3.5) | (4.7) | (5.6) | (4.3) | (5.2) | (3.8) | (3.6) | (3.9) |
| Management Fees | - | - | - | - | - | - | - | - | - | - |
| Total Operating Disbursements | (295.8) | (254.2) | (225.8) | (233.1) | (279.4) | (208.4) | (307.8) | (233.3) | (279.5) | (281.2) |
| **Operating Cash Flow** | 131.4 | 43.0 | 42.4 | 97.9 | 32.2 | 59.0 | 76.3 | 67.9 | 28.8 | 59.8 |
| Debt Paydown (4) | - | - | (387.6) | - | (100.0) | (25.1) | - | - | - | - |
| ABL Draw (5) | - | - | 118.3 | - | - | - | - | - | - | - |
| Interest | - | - | - | - | - | - | - | - | - | - |
| ABL Adequate Protection Interest | (2.4) | (2.2) | (0.0) | (0.6) | (0.7) | (0.2) | (0.6) | (0.2) | (0.0) | (0.8) |
| Capex | (6.9) | (2.9) | (7.2) | (2.3) | (5.9) | (5.4) | (6.4) | (5.2) | (8.5) | (6.3) |
| **Cash Flow Before Intercompany** | 122.2 | 38.0 | (234.2) | 95.0 | (74.3) | 28.4 | 69.3 | 62.6 | 20.3 | 52.7 |
| Intercompany Transfer from / (to) Non-Filing Entities (6) | 11.7 | (2.3) | (17.0) | 21.0 | 16.3 | (25.7) | (1.6) | (13.1) | 8.4 | 4.1 |
| **Total Operating Cash Flow** | 133.9 | 35.7 | (251.2) | 115.9 | (58.0) | 2.7 | 67.7 | 49.5 | 28.7 | 56.8 |
| **Restructuring Activities** | | | | | | | | | | |
| Restructuring Professional Fees (MOR-9) | (1.4) | (1.0) | (1.4) | (15.7) | (10.1) | (15.8) | (21.0) | (12.8) | (12.7) | (14.5) |
| **Total Cash Flow** | $ 132.5 | $ 34.7 | $ (252.6) | $ 100.2 | $ (68.1) | $ (13.1) | $ 46.7 | $ 36.7 | $ 16.0 | $ 42.3 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| Case Name: | iHeartMedia, Inc. | | Petition Date: | March 14, 2018 |
| Case Number: | 18-31274 (MI) | | | |

**Cash Receipts and Disbursements for the Period Ending**

| Book Cash Receipts and Disbursements (USD $ millions) (1)(2) | 30-Apr-18 | 31-May-18 | 30-Jun-18 | 31-Jul-18 | 31-Aug-18 | 30-Sep-18 | 31-Oct-18 | 30-Nov-18 | 31-Dec-18 | 31-Jan-19 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

**Notes:**

(1) The period ending: "30-APR-18" includes the Post-Petition activity from March 15, 2018 through April 30, 2018.

(2) Figures on MOR-7 may not foot due to rounding.

(3) October 2018 and December 2018 includes approximately $36.2 million and $38.0 million of cash purchase consideration, respectively, related to two recent court approved business acquisitions.

(4) On June 14, 2018, the Debtors refinanced the existing ABL credit facility with TPG (the "TPG Facility"). As part of the refinancing process, the Debtors repaid the TPG Facility in full, partially through the use of ~$269 million of cash on-hand. The balance of the repayment of the TPG Facility was sourced via funding provided under the Debtor's replacement ABL credit facility with Citibank. Subsequently, the Debtors paid down $100mm of the ABL balance on August 16, 2018 and $25mm on September 17, 2018 as cash permitted.

(5) ABL draw represents the balance that was transferred from Citibank to Debtor bank accounts net of bank and professional fees associated with the refinance.

(6) As described more fully in the Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System and Maintain Existing Bank Accounts and (B) Continue to Perform Intercompany Transactions and (III) Granting Related Relief [Docket No. 14] (the "Cash Management Motion"), the Debtors engage in a range of intercompany transactions in the ordinary course of business. Pursuant to the order granting the relief requested in the Cash Management Motion [Docket No. 454] (the "Cash Management Order"), the Bankruptcy Court has granted the Debtors authority to continue the intercompany transactions in the ordinary course of business.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| Case Name: | iHeartMedia, Inc. | | Petition Date: | March 14, 2018 |
|---|---|---|---|---|
| Case Number: | 18-31274 (MI) | | | |

**Cash Account Reconcilation**

(USD $ millions)

**Bank Account Balances as of January 31, 2019**

| Bank | Legal Entity | Account # | Type | Balance | Bank | Legal Entity | Account # | Type | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Bank of America | Capstar Radio Operating Company | 9903 | Savings | 0.0 | Bank of America | iHeartMedia Management Services, Inc. | 1EJE | Postpetition Investment | - |
| Seaport | CC Finco Holdings, LLC | 0178 | Investment | - | Bank of America | iHeartMedia Management Services, Inc. | 7481 | Lockbox | - |
| Merrill Lynch | Clear Channel Holdings, Inc. | 2712 | Investment | 0.0 | Bank of America | iHeartMedia Management Services, Inc. | 8238 | Lockbox | - |
| Pershing | Clear Channel Holdings, Inc. | 1607 | Investment | - | Bank of America | iHeartMedia Management Services, Inc. | 6750 | Lockbox | - |
| Bank of America | Clear Channel Metro, LLC | 8035 | Concentration | 0.2 | Citibank | iHeartMedia Management Services, Inc. | 7601 | Escrow | - |
| Bank of America | Clear Channel Metro, LLC | 4486 | Lockbox | - | U.S. Bank | iHeartMedia Management Services, Inc. | 5112 | Disbursement | - |
| Bank of America | Critical Mass Media, Inc. | 3479 | Lockbox | - | U.S. Bank | iHeartMedia Management Services, Inc. | 5450 | Disbursement | - |
| U.S. Bank | Critical Mass Media, Inc. | 0747 | Disbursement | - | U.S. Bank | iHeartMedia Management Services, Inc. | 5146 | Disbursement | - |
| Bank of America | iHeartCommunications, Inc. | 0614 | Lockbox | - | U.S. Bank | iHeartMedia Management Services, Inc. | 5120 | Payroll | - |
| Bank of America | iHeartCommunications, Inc. | 1558 | Lockbox | - | Federated | iHeartMedia Management Services, Inc. | 3888 | Investment | - |
| PNC | iHeartCommunications, Inc. | 0015 | Deposit | - | Fidelity | iHeartMedia Management Services, Inc. | 8321 | Investment | - |
| BNY Mellon | iHeartCommunications, Inc. | 4238 | Investment | - | Goldman Sachs | iHeartMedia Management Services, Inc. | 5589 | Investment | - |
| UBS | iHeartCommunications, Inc. | 2902 | Investment | - | Goldman Sachs | iHeartMedia Management Services, Inc. | 5773 | Investment | - |
| U.S. Bank | iHeartMedia + Entertainment, Inc. | 2264 | Deposit | 0.0 | Goldman Sachs | iHeartMedia Management Services, Inc. | 2342 | Investment | - |
| Bank of America | iHeartMedia + Entertainment, Inc. | 2512 | Lockbox | - | Goldman Sachs | iHeartMedia Management Services, Inc. | 5775 | Investment | - |
| Bank of America | iHeartMedia + Entertainment, Inc. | 6934 | Lockbox | - | Goldman Sachs | iHeartMedia Management Services, Inc. | 2340 | Investment | - |
| Bank of America | iHeartMedia + Entertainment, Inc. | 5609 | Lockbox | - | Goldman Sachs | iHeartMedia Management Services, Inc. | 2343 | Investment | - |
| Bank of America | iHeartMedia + Entertainment, Inc. | 0167 | Lockbox | - | Goldman Sachs | iHeartMedia Management Services, Inc. | 5711 | Investment | - |
| Bank of America | iHeartMedia + Entertainment, Inc. | 3709 | Lockbox | - | Goldman Sachs | iHeartMedia Management Services, Inc. | 7265 | Investment | - |
| Bank of America | iHeartMedia Management Services, Inc. | 7415 | Disbursement | 0.3 | Goldman Sachs | iHeartMedia Management Services, Inc. | 5311 | Investment | - |
| Bank of America | iHeartMedia Management Services, Inc. | 6812 | Disbursement | 0.5 | Goldman Sachs | iHeartMedia Management Services, Inc. | 8552 | Investment | - |
| Bank of America | iHeartMedia Management Services, Inc. | 3953 | Disbursement | 0.0 | Goldman Sachs | iHeartMedia Management Services, Inc. | 0500 | Investment | - |
| Bank of America | iHeartMedia Management Services, Inc. | 6586 | Master Concentration | 1.5 | Goldman Sachs | iHeartMedia Management Services, Inc. | 2341 | Investment | - |
| Bank of America | iHeartMedia Management Services, Inc. | 1402 | Master Disbursement | 0.5 | Goldman Sachs | iHeartMedia Management Services, Inc. | 5774 | Investment | - |
| Bank of America | iHeartMedia Management Services, Inc. | 6466 | Lockbox Concentration | 6.3 | Goldman Sachs | iHeartMedia Management Services, Inc. | 8616 | Investment | - |
| Citibank | iHeartMedia Management Services, Inc. | 9340 | Deposit | 0.3 | State Street | iHeartMedia Management Services, Inc. | 1421 | Investment | - |
| Citibank | iHeartMedia Management Services, Inc. | 6001 | Deposit | 0.2 | StoneCastle | iHeartMedia Management Services, Inc. | 4539 | Investment | - |
| Citibank | iHeartMedia Management Services, Inc. | 9359 | Deposit | 0.5 | Merrill Lynch | iHeartMedia Management Services, Inc. | 0420 | Postpetition Investment | - |
| Citibank | iHeartMedia Management Services, Inc. | 5075 | Deposit | 0.2 | Fidelity | iHeartMedia, Inc. | 1576 | Deferred Comp | 12.0 |
| Citibank | iHeartMedia Management Services, Inc. | 1943 | Deposit | - | Bank of America | iHeartMedia, Inc. | 5540 | Deposit | - |
| Frost | iHeartMedia Management Services, Inc. | 0148 | Deposit | 0.0 | U.S. Bank | Katz Media Group, Inc. | 5096 | Disbursement | - |
| U.S. Bank | iHeartMedia Management Services, Inc. | 5070 | Disbursement | - | Bank of America | Katz Media Group, Inc. | 3777 | Lockbox | - |
| U.S. Bank | iHeartMedia Management Services, Inc. | 5088 | Disbursement | - | Bank of America | Katz Media Group, Inc. | 5119 | Lockbox | - |
| U.S. Bank | iHeartMedia Management Services, Inc. | 0507 | Master Funding | - | U.S. Bank | Katz Media Group, Inc. | 5104 | Disbursement | - |
| U.S. Bank | iHeartMedia Management Services, Inc. | 1880 | Payroll | 0.0 | Bank of America | Premiere Networks, Inc. | 7905 | Deposit | 0.0 |
| U.S. Bank | iHeartMedia Management Services, Inc. | 1898 | Payroll | 0.0 | Bank of America | Premiere Networks, Inc. | 8094 | Deposit | 0.0 |
| U.S. Bank | iHeartMedia Management Services, Inc. | 5138 | Payroll | - | Chase | Premiere Networks, Inc. | 8365 | Deposit | 0.0 |
| Bank of America | iHeartMedia Management Services, Inc. | 4404 | ABL Reserve | - | Bank of America | Terrestrial RF Licensing, Inc. | 9054 | Lockbox | - |
| Bank of America | iHeartMedia Management Services, Inc. | 4462 | Utility Deposit | 3.4 | Signature Bank | iHeartMedia Management Services, Inc. | 0716 | Checking | - |
| Goldman Sachs | iHeartMedia Management Services, Inc. | 2344 | Postpetition Investment | - | Signature Bank | iHeartMedia Management Services, Inc. | 0724 | Investment | 109.1 |
| Invesco | iHeartMedia Management Services, Inc. | 0266 | Investment | - | Signature Bank | iHeartMedia Management Services, Inc. | 0732 | Investment | 117.9 |
| **Total above** | | | | **$ 13.9** | **Total Above** | | | | **$ 239.0** |
| | | | | | **Total Cash** | | | | **$ 252.9** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

Case Name: iHeartMedia, Inc.   Petition Date: March 14, 2018
Case Number: 18-31274 (MI)

**Cash Account Reconcilation**

(USD $ millions)

**Book-To-Bank Cash Reconciliation**

| | |
|---|---:|
| Beginning Book Balance (1) | $ 178.9 |
| (+/-) Net Book Cash Flow (MOR-7) | 42.3 |
| (+/-) Decrease (increase) in Restricted Cash | - |
| Ending Book Balance (MOR-2) | 221.2 |
| (+) Fidelity Account (Deferred Comp) | 12.0 |
| (+) Utility Deposit Account | 3.4 |
| (+) ABL Reserve Account | - |
| (-) Cash In Transit, Outstanding Checks, & Other | 16.3 |
| Ending Bank Balance | $ 252.9 |

**Notes:**
(1) The Beginning Book Balance reflects the balance as of December 31, 2018.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

Case Name: iHeartMedia, Inc.  
Case Number: 18-31274 (MI)  
Petition Date: March 14, 2018

**Total Disbursements by Debtor Entity for the Period Ending**

(USD $) (1)

**Total Disbursements By Debtor Entity**

| Debtor Case # | Legal Entity Name | 31-Mar-18 | 30-Apr-18 | 31-May-18 | 30-Jun-18 | 31-Jul-18 | 31-Aug-18 | 30-Sep-18 | 31-Oct-18 | 30-Nov-18 | 31-Dec-18 | 31-Jan-19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 18-31274 | iHeartMedia, Inc | $ - | $ 196,398 | $ 181,194 | $ 142,084 | $ - | $ - | $ 684,796 | $ 187,500 | $ 37,966 | $ 261,289 | $ 4,135 |
| 18-31277 | AMFM Broadcasting Licenses, LLC | - | - | - | - | - | - | - | - | - | - | - |
| 18-31278 | AMFM Broadcasting, Inc. | 1,299,769 | 3,798,447 | 2,074,130 | 1,905,005 | 1,750,567 | 1,729,292 | 1,639,228 | 2,557,367 | 2,011,961 | 1,361,605 | 2,393,852 |
| 18-31279 | AMFM Operating, Inc. | - | - | - | - | - | - | - | - | - | - | - |
| 18-31280 | AMFM Radio Licenses, LLC | - | - | - | - | - | - | - | - | - | - | - |
| 18-31281 | AMFM Texas Broadcasting, LP | 268,902 | 394,218 | 381,428 | 623,711 | 468,055 | 541,817 | 328,965 | 443,439 | 400,095 | 373,301 | 242,267 |
| 18-31282 | AMFM Texas Licenses, LLC | - | - | - | - | - | - | - | - | - | - | - |
| 18-31283 | AMFM Texas, LLC | - | - | - | - | - | - | 63,860 | - | - | - | - |
| 18-31284 | Capstar Radio Operating Company | 5,316,769 | 8,259,064 | 8,946,165 | 10,554,645 | 8,294,495 | 10,303,250 | 9,446,771 | 13,005,872 | 8,670,737 | 8,303,280 | 9,148,370 |
| 18-31285 | Capstar TX, LLC | 7,883 | 2,586 | - | 449 | 814 | 20,126 | 4,313,946 | 810 | 4,749 | 760 | 624 |
| 18-31286 | CC Broadcast Holdings, Inc. | - | - | - | - | - | - | - | - | - | - | - |
| 18-31287 | CC Finco Holdings, LLC | - | - | - | - | - | - | - | - | - | - | - |
| 18-31288 | CC Licenses, LLC | - | - | - | - | - | - | - | - | - | - | - |
| 18-31289 | Christal Radio Sales, Inc. | - | - | - | - | - | - | - | - | - | - | - |
| 18-31290 | Cine Guarantors II, Inc. | - | - | - | - | - | - | - | - | - | - | - |
| 18-31291 | Citicasters Co. | 4,586,064 | 6,283,054 | 6,963,703 | 5,678,541 | 5,556,511 | 8,951,935 | 6,300,980 | 5,964,337 | 4,413,285 | 5,122,302 | 8,473,091 |
| 18-31292 | Citicasters Licenses, Inc. | - | - | - | - | - | - | - | - | - | - | - |
| 18-31293 | Clear Channel Broadcasting Licenses, Inc. | - | - | - | - | - | - | - | - | - | - | - |
| 18-31294 | Clear Channel Holdings, Inc. | 12,635 | 5,711 | - | - | - | 128,287 | 205,683 | 288,633 | 674,195 | 105,360 | 14,885 |

*Exhibit A*    *Page 14 of 16*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

Case Name: iHeartMedia, Inc.  Petition Date: March 14, 2018
Case Number: 18-31274 (MI)

**Total Disbursements by Debtor Entity for the Period Ending**

(USD $) (1)

**Total Disbursements By Debtor Entity**

| Debtor Case # | Legal Entity Name | 31-Mar-18 | 30-Apr-18 | 31-May-18 | 30-Jun-18 | 31-Jul-18 | 31-Aug-18 | 30-Sep-18 | 31-Oct-18 | 30-Nov-18 | 31-Dec-18 | 31-Jan-19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 18-31296 | Clear Channel Metro, LLC | - | - | - | - | - | - | - | - | - | - | - |
| 18-31297 | Clear Channel Mexico Holdings, Inc. | - | - | - | - | - | - | - | - | - | - | - |
| 18-31298 | Clear Channel Real Estate, LLC | - | - | - | - | - | - | - | - | - | - | - |
| 18-31299 | Critical Mass Media, Inc. | - | - | - | - | - | - | 1,150 | - | - | - | - |
| 18-31273 | iHeartCommunications, Inc. | 416,743 | 2,409,311 | 2,152,005 | 263,311 | 15,678,304 | 10,362,812 | 18,201,182 | 20,155,474 | 14,486,106 | 15,681,324 | 15,662,228 |
| 18-31275 | iHeartMedia Capital I, LLC | - | - | - | - | - | - | - | - | - | - | - |
| 18-31276 | iHeartMedia Capital II, LLC | - | - | - | - | - | - | - | - | - | - | - |
| 18-31301 | iHeartMedia Management Services, Inc. | 73,531,066 | 137,853,242 | 193,248,629 | 577,425,135 | 171,419,254 | 313,971,652 | 176,146,684 | 233,846,351 | 178,033,941 | 225,886,018 | 176,492,593 |
| 18-31302 | iHM Identity, Inc. | - | - | - | - | - | - | - | - | - | - | - |
| 18-31303 | Katz Communications, Inc. | 13,119,980 | 9,464,344 | 13,446,375 | 7,040,369 | 17,355,839 | 20,032,280 | 19,471,652 | 26,536,680 | 15,627,817 | 18,396,585 | 55,648,144 |
| 18-31304 | Katz Media Group, Inc. | - | - | - | - | - | - | - | - | - | - | - |
| 18-31305 | Katz Millennium Sales & Marketing, Inc. | - | - | - | - | - | - | - | - | - | - | - |
| 18-31306 | Katz Net Radio Sales, Inc. | - | - | - | - | - | - | - | - | - | - | - |
| 18-31307 | M Street Corporation | 1,200 | 1,200 | 1,930 | 15,055 | 22,675 | 13,475 | 12,267 | 42,866 | 4,570 | 2,774 | 1,200 |
| 18-31308 | Premiere Networks, Inc. | 9,518,395 | 11,082,118 | 19,959,043 | 8,090,262 | 21,033,247 | 16,600,973 | 7,506,292 | 22,144,639 | 16,066,498 | 14,165,830 | 22,192,550 |
| 18-31309 | Terrestrial RF Licensing, Inc. | - | - | - | - | - | - | - | - | - | - | - |
| 18-31310 | TTWN Media Networks, LLC | 5,488,481 | 3,683,704 | 6,228,369 | 4,615,844 | 5,354,787 | 7,690,719 | 4,348,331 | 3,852,608 | 5,239,133 | 5,526,286 | 6,277,166 |
| 18-31311 | TTWN Networks, LLC | - | - | - | - | - | - | - | - | - | - | - |
| 18-31300 | iHeartMedia + Entertainment, Inc. | 4,040,195 | 5,336,218 | 6,652,925 | 5,711,300 | 4,793,788 | 5,729,182 | 6,129,821 | 6,729,712 | 5,766,769 | 5,553,069 | 6,230,025 |
| 18-31295 | Clear Channel Investments, Inc. | - | - | - | - | - | - | - | - | - | - | - |
| | **Total above** | $ 117,608,082 | $ 188,769,617 | $ 260,235,896 | $ 622,065,712 | $ 251,728,335 | $ 396,075,799 | $ 254,801,608 | $ 335,756,289 | $ 251,437,822 | $ 300,739,785 | $ 302,781,131 |

(1) The period ending "31-Mar-18" includes disbursements made between March 15, 2018 and March 31, 2018.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

Case Name: iHeartMedia, Inc.  
Case Number: 18-31274 (MI)  
Petition Date: March 14, 2018

**Payments to Insiders and Professionals for the Period Ending**

| Payments to Insiders & Professionals (USD $ millions) (1) | 30-Apr-18 | 31-May-18 | 30-Jun-18 | 31-Jul-18 | 31-Aug-18 | 30-Sep-18 | 31-Oct-18 | 30-Nov-18 | 31-Dec-18 | 31-Jan-19 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Total Payments to Insiders** | $ 6.1 | $ 3.7 | $ 3.7 | $ 3.7 | $ 6.3 | $ 0.7 | $ 6.2 | $ 0.7 | $ 0.7 | $ 0.7 |
| **Payments to Professionals (2)** | | | | | | | | | | |
| 1. Kirkland & Ellis LLP (Debtors' lead counsel) | $ - | $ - | $ - | $ 7.2 | $ - | $ 3.0 | $ 6.4 | $ 3.8 | $ 0.1 | $ 12.3 |
| 2. Moelis & Company (Debtors' financial advisor) | - | - | - | - | 2.7 | 1.4 | 0.8 | 0.8 | 0.4 | 0.2 |
| 3. LionTree Advisors, LLC (Debtors' financial advisor) | - | - | - | - | - | - | 1.0 | - | 0.1 | - |
| 4. Jackson Walker (Debtors' co-counsel) | - | - | - | 0.2 | 0.1 | 0.1 | 0.1 | - | 0.2 | 0.1 |
| 5. Alvarez & Marsal (Debtors' restructuring advisor) | - | - | - | 3.2 | 2.4 | 2.1 | 5.5 | - | 2.2 | - |
| 6. Prime Clerk LLC (Debtors' claims, noticing, and solicitation agent) | 0.4 | 0.3 | 0.5 | 0.4 | 0.2 | - | 0.6 | 0.7 | 0.6 | 0.3 |
| 7. Ernst & Young (Debtors' auditor) | - | - | - | - | - | - | 0.3 | - | 0.6 | - |
| 8. PricewaterhouseCoopers (Debtors' tax and accounting advisor) | - | - | - | 1.6 | - | 0.5 | 1.2 | 0.8 | 1.0 | 0.3 |
| 9. Munger, Tolles & Olson LLP (counsel to the Debtors' disinterested directors) | - | - | - | - | - | 0.6 | - | 0.2 | - | - |
| 10. Perella Wienberg Partners L.P. (financial advisor to the Debtors' disinterested directors) | - | - | - | - | 0.5 | - | 0.3 | - | 0.4 | 0.1 |
| 11. Jones Day (counsel to the Term Loan/PGN Group) | - | - | - | - | - | 2.5 | - | 2.2 | 2.8 | - |
| 12. PJT Partners, Inc. (financial advisor to the Term Loan/PGN Group) | - | 0.2 | 0.2 | 0.3 | 0.5 | - | 0.2 | 0.5 | - | 0.2 |
| 13. Arnold & Porter Kaye Scholer LLP (counsel to the Crossover Group) | 0.4 | - | 0.4 | 0.2 | 0.4 | - | 0.3 | 0.3 | 0.6 | - |
| 14. Ducera Partners LLC (financial advisor to the Crossover Group) | - | - | - | - | - | - | - | - | - | - |
| 15. Gibson, Dunn & Crutcher LLP (counsel to the 2021 Notes Group) | - | - | - | - | - | - | - | - | - | - |
| 16. Kelley, Drye & Warren (counsel to UMB Bank, N.A., as successor Trustee to the 11.25% PGN Notes due 2021) | - | 0.1 | - | - | 0.2 | - | - | 0.1 | 0.1 | 0.1 |
| 17. GLC Advisors & Co., Inc. (financial advisor to the 2021 Notes Group) | - | - | - | - | - | - | - | - | - | - |
| 18. Schulte Roth & Zabel LLP (co-counsel to TPG Specialty Lending, Inc., Administrative Agent for the ABL Facility) | 0.4 | - | - | - | - | 0.6 | - | - | - | - |
| 19. Jones Walker LLP (co-counsel to TPG Specialty Lending, Inc., Administrative Agent for the ABL Facility) | - | - | - | - | - | - | 0.1 | - | - | - |
| 20. Akin Gump Strauss Hauer & Feld LLP (counsel to the UCC) | - | - | - | 1.8 | 2.1 | 1.9 | 3.1 | 2.4 | 1.5 | - |
| 21. Jefferies & Company, Inc. (financial advisor to the UCC) | - | - | - | - | - | 0.7 | - | - | 0.6 | - |
| 22. FTI Consulting, Inc. (restructuring advisor to the UCC) | - | - | - | 0.4 | 0.6 | 0.6 | 0.7 | 0.9 | 0.6 | - |
| 23. Cahill Gordon & Reindell LLP (counsel to Citibank, N.A., Agent for the Term Loan Facility) | 0.2 | 0.1 | 0.2 | 0.2 | - | 0.4 | 0.2 | - | 0.3 | 0.1 |
| 24. K&L Gates LLP (counsel to U.S. Bank, N.A. Indenture Trustee) | - | 0.1 | - | 0.1 | - | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| 25. Stoock & Stroock & Lavan LLP (counsel to Wilmington Trust, N.A. as successor trustee to the 9% PGNs due 2019, trustee to the 9% PGNs due 2021, and successor trustee to the 9% PGNs due 2022) | - | 0.1 | - | 0.1 | - | 0.2 | - | 0.0 | 0.1 | 0.1 |
| 26. Thompson Hine LLP (Local Counsel to Indenture Trustee) | - | - | - | 0.0 | 0.0 | - | - | - | - | - |
| 27. Odinbrook Global Advisors (Expert Witness for Indenture Trustee) | - | - | - | - | 0.1 | 0.3 | - | - | - | - |
| 28. Loewinsohn Flegle Deary Simon LLP (Term Loan/PGN Group Counsel) | - | - | - | - | 0.3 | 1.0 | - | 0.0 | - | - |
| 29. Haynes & Boone Fee Examiner | - | - | - | - | - | - | - | - | 0.5 | 0.7 |
| **Total Payments to Professionals (2)** | $ 1.4 | $ 1.0 | $ 1.4 | $ 15.7 | $ 10.1 | $ 15.8 | $ 21.0 | $ 12.8 | $ 12.7 | $ 14.5 |

**Notes:**

(1) The period ending: "30-APR-18" includes the Post-Petition activity from March 15, 2018 through April 30, 2018.

(2) Payments to ordinary course professionals are not included in MOR-9.