

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
03/14/2019

In re                                              :
                                                   :   Chapter 11
IHEARTMEDIA, INC., et.al                           :
                                                   :   Case No. 18-31274 (MI)
                                                   :

## ORDER

AND NOW, to wit, on this __14__ day of __March__, 2019, it is hereby **ORDERED** and **DECREED** that t~~he Motion for Relief from Stay of Petitioner~~, Adela Rodriguez, ~~is GRANTED. It is FURTHER ORDERED that Petitione~~r may proceed with her lawsuit against Debtor, IHEARTMEDIA, INC., ~~with the exposure limited to the Debtor's insurance policy limits.~~

> PROVIDED, the Debtor is not required to pay any legal fees, costs or expenses with respect to this matter and no collection may be sought or obtained from any source other than any insurer. If there is a deductible or a self-insured retention, the Debtor is not required to pay any deductible or self-insured retention.

Signed: March 14, 2019

_____
Marvin Isgur
United States Bankruptcy Judge