

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
04/12/2019

| | | |
|---|---|---|
| IN RE: | § | |
| IHEARTMEDIA, INC., *et al* | § | CASE NO: 18-31274 |
| | § | |
| | § | Jointly Administered Order |
| Debtors | § | |
| | § | CHAPTER 11 |

### ORDER

    For the reasons set forth in the Memorandum Opinion issued on this date, Samantha Springs may amend the debtor named in Proof of Claim No. 88-2. This amendment must be filed by 5:00 p.m. on April 22, 2019.

    SIGNED **April 12, 2019.**

Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE