

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
05/28/2019

| | | |
|---|---|---|
| IN RE: | § | |
| IHEARTMEDIA, INC., *et al* | § | CASE NO: 18-31274 |
| | § | |
| Debtors | § | |
| | § | Jointly Administered Order |
| | § | |
| | § | CHAPTER 11 |

## ORDER

For the reasons set forth in Memorandum Opinion issued on this date, MGM Grand Hotel, LLC's motion for relief from the automatic stay is denied, with leave to file further motions as appropriate under the Memorandum Opinion.

SIGNED **May 28, 2019.**

_____
Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE