

ENTERED

07/05/2019

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| IHEARTMEDIA, INC., *et al.*,[1] | § | Case No. 18-31274 (MI) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |
| | § | |

**ORDER APPROVING FINAL FEE**
**APPLICATION OF JEFFERIES LLC, AS INVESTMENT BANKER**
**TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**
**FOR THE PERIOD FROM MARCH 30, 2018 THROUGH MAY 1, 2019**
(Relates to Docket No._____)

Upon consideration of the final fee application (the "Final Application") of Jefferies LLC

("Jefferies") for allowance of compensation for services rendered and for reimbursement of

expenses incurred as the Committee's investment banker for the period from March 30, 2018 to

and including May 1, 2019 (the "Final Application Period"); and having reviewed the Final

Application; and finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C.

§ 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b) and (c) venue is proper

before this Court pursuant to 28 U.S.C. § 1408; and determining that proper and adequate notice

has been given and that no other or further notice is necessary; and after due deliberation

thereon; and good and sufficient notice appearing therefor, IT IS HEREBY ORDERED that:

1.      The Final Application is GRANTED.

---

[1]     Due to the large number of Debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the Debtors and the last four digits of their tax identification, registration, or like numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.primeclerk.com/iheartmedia.  The location of Debtor iHeartMedia, Inc.'s principal place of business and the Debtors' service address is: 20880 Stone Oak Parkway, San Antonio, Texas 78258.

2.      All capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms as set forth in the Final Application.

3.      Jefferies is allowed on a final basis, for the Final Application Period, (a) compensation for Jefferies' professional services to the Committee during the Final Application Period in the amount of $7,311,290.32 and (b) reimbursement of actual and necessary expenses incurred by Jefferies during the Final Application Period in connection with such services in the amount of $239,727.07, for a total award of $7,551,017.39.

4.      The Debtors are authorized and directed to pay Jefferies $7,551,017.39, less any amounts already paid to Jefferies on account of fees earned and expenses incurred by Jefferies during the Final Application Period.

5.      This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

6.      This Order shall be effective immediately upon entry.

Signed: July 05, 2019

_____
Marvin Isgur
United States Bankruptcy Judge