**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

ENTERED
07/19/2019

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| IHEARTMEDIA, INC., *et al.*,[1] | ) | Case No. 18-31274 (MI) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) |  |

**ORDER APPROVING THIRD INTERIM AND FINAL FEE APPLICATION**
**OF AKIN GUMP STRAUSS HAUER & FELD LLP FOR ALLOWANCE**
**AND PAYMENT OF FEES AND EXPENSES AS COUNSEL TO THE**
**OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD**
**FROM MARCH 26, 2018 THROUGH JANUARY 22, 2019**

Upon consideration of the *Third Interim and Final Fee Application of Akin Gump Strauss Hauer & Feld LLP for Allowance and Payment of Fees and Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from March 26, 2018 through January 22, 2019* (the "Application")[2] filed by Akin Gump Strauss Hauer & Feld LLP ("Akin Gump"), counsel for the official committee of unsecured creditors (the "Committee") of iHeartMedia, Inc., et al. (collectively, the "Debtors"), the Court finds that: (a) it has jurisdiction over the matters raised in the Application pursuant to 28 U.S.C. § 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b); (c) the fees and expenses requested are reasonable, necessary, and beneficial to the Debtors' estates and should be allowed; (d) proper and adequate notice of the Application and hearing thereon has been given, no objections to the Application having been filed, and no other

---

[1] Due to the large number of Debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the Debtors and the last four digits of their tax identification, registration, or like numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.primeclerk.com/iheartmedia. The location of Debtor iHeartMedia, Inc.'s principal place of business and the Debtors' service address is: 20880 Stone Oak Parkway, San Antonio, Texas 78258.

[2] Capitalized terms not defined herein shall have the meaning set forth in the Application.

or further notice is required; and (e) good and sufficient cause exists for granting the relief herein, after due deliberation upon the Application and all relevant proceedings before the Court in connection with the Application. Therefore, **IT IS HEREBY ORDERED THAT**:

1.      Akin Gump shall be allowed final compensation of fees in the amount of $12,965,960.50 and reimbursement of expenses in the amount of $841,070.77 for services rendered on behalf of the Committee for the period of March 26, 2018 to January 22, 2019.

2.      The Debtors are authorized and directed to pay Akin Gump and the Committee members the unpaid portion of all fees and expenses allowed pursuant to this Order.

3.      This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Signed:  July 19, 2019

_____
                            Marvin Isgur
              United States Bankruptcy Judge