ENTERED

07/19/2019

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| IHEARTMEDIA, INC., *et al.*,[1] | ) | Case No. 18-31274 (MI) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) |  |

**ORDER APPROVING FINAL FEE APPLICATION
OF FTI CONSULTING, INC., FINANCIAL ADVISOR TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF
COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF
EXPENSES INCURRED FOR THE PERIOD MARCH 26, 2018
THROUGH JANUARY 22, 2019**

Upon consideration of the *Third Interim and Final Fee Application of FTI Consulting, Inc., Financial Advisor to the Official Committee of Unsecured Creditors, For Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period March 26, 2018 through January 22, 2019* (the "Application")[2] filed by FTI Consulting, Inc. ("FTI"), financial advisor to the official committee of unsecured creditors (the "Committee") of iHeartMedia, Inc., et al. (collectively, the "Debtors"), the Court finds that: (a) it has jurisdiction over the matters raised in the Application pursuant to 28 U.S.C. § 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b); (c) the fees and expenses requested are reasonable, necessary, and beneficial to the Debtors' estates and should be allowed; (d) proper and adequate notice of the Application and hearing thereon has been given, no objections to the Application

---

[1] Due to the large number of Debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the Debtors and the last four digits of their tax identification, registration, or like numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.primeclerk.com/iheartmedia.  The location of Debtor iHeartMedia, Inc.'s principal place of business and the Debtors' service address is: 20880 Stone Oak Parkway, San Antonio, Texas 78258.

[2] Capitalized terms not defined herein shall have the meaning set forth in the Fee Application.

having been filed, and no other or further notice is required; and (e) good and sufficient cause exists for granting the relief herein, after due deliberation upon the Application and all relevant proceedings before the Court in connection with the Application. Therefore, **IT IS HEREBY ORDERED THAT**:

1.	FTI shall be allowed final allowance of fees in the amount of $3,910,808.75 and reimbursement of expenses in the amount of $7,146.70 for the period from March 26, 2018 through January 22, 2019, less $26,000.00 in connection with FTI's negotiated adjustment with the Fee Examiner for a total allowed amount of fees and expenses of $3,891,955.45.

2.	The Debtors are authorized and directed to pay FTI the unpaid portion of all fees and expenses allowed pursuant to this Order.

3.	This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Signed:  July 19, 2019

---
Marvin Isgur
United States Bankruptcy Judge