IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>IHEARTMEDIA, INC., *et al.*,<br><br>Reorganized Debtors.[1] | Chapter 11<br><br>Case No. 18-31274 (MI)<br><br>(Jointly Administered) |

### SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Darius T. Coke, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims, noticing and solicitation agent for the Reorganized Debtors in the above-captioned chapter 11 cases.

On August 6, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on EMPLOYEE NAME ON FILE 2017-2789118, at an address that is redacted in the interest of privacy:

- Notice of (I) Entry of Order Confirming the Modified Fifth Amended Joint Chapter 11 Plan of Reorganization of iHeartMedia, Inc. and its Debtor Affiliates and (II) Occurrence of the Effective Date [Docket No. 3298]

Dated: August 7, 2019

_____
Darius T. Coke

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on August 7, 2019, by Darius T. Coke, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

LIZ SANTODOMINGO
Notary Public, State of New York
No. 01SA6301250
Qualified in New York County
Commission Expires April 14, 2018 22

---

[1] Due to the large number of Reorganized Debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the Reorganized Debtors and the last four digits of their tax identification, registration, or like numbers is not provided herein. A complete list of such information may be obtained on the website of the Reorganized Debtors' claims, noticing and solicitation agent at https://cases.primeclerk.com/iheartmedia. The location of Reorganized Debtor iHeartMedia, Inc.'s principal place of business and the Reorganized Debtors' service address is: 20880 Stone Oak Parkway, San Antonio, Texas 78258.

SRF 34905