IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| IHEARTMEDIA, INC., *et al.*,[1] | § § § | Case No. 18-31274 (MI) |
| Reorganized Debtors. | § § § § | (Jointly Administered) |

**ORDER AUTHORIZING REORGANIZED
DEBTORS TO FILE THE SETTLEMENT AGREEMENT UNDER SEAL**

(Relates to Docket No. ___)

Upon the motion (the "Motion")[2] of the above-captioned Reorganized Debtors for entry of an order (this "Order") authorizing the Reorganized Debtors to file the Settlement Agreement under seal; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157, 1334 and the Amended Standing Order; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that it may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is permissible pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Reorganized Debtors, the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having

---

[1] Due to the large number of Reorganized Debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the Reorganized Debtors and the last four digits of their tax identification, registration, or like numbers is not provided herein. A complete list of such information may be obtained on the website of the Reorganized Debtors' claims, noticing, and solicitation agent at https://cases.primeclerk.com/iheartmedia. The location of Reorganized Debtor iHeartMedia, Inc.'s principal place of business and the Reorganized Debtors' service address is: 20880 Stone Oak Parkway, San Antonio, Texas 78258.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Motion.

reviewed the Motion and having heard any statements in support of the relief requested therein at a hearing before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is granted as set forth in this Order.

2. The Reorganized Debtors are authorized to file the Settlement Agreement under seal.

3. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

4. The Reorganized Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

5. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: _____, 2018  
Houston, Texas

_____  
MARVIN ISGUR  
UNITED STATES BANKRUPTCY JUDGE