# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| IHEARTMEDIA, INC., *et al.*,[1] | ) Case No. 18-31274 (MI) |
| Reorganized Debtors. | ) (Jointly Administered) |

## NOTICE OF WITHDRAWAL AS COUNSEL

**PLEASE TAKE NOTICE THAT** Benjamin M. Rhode hereby withdraws his *Pro Hac Vice* appearance [Docket No. 45] as counsel for the above-captioned debtors and debtors in possession (collectively, the "Debtors"). Mr. Rhode requests that service upon him of all future service and notices and pleadings, electronically or otherwise, be discontinued as of the date hereof, and further requests that he be removed from the electronic (ECF) service list as counsel to the Reorganized Debtors. The contact information is as follows:

> Benjamin M. Rhode
> **KIRKLAND & ELLIS LLP**
> **KIRKLAND & ELLIS LLP INTERNATIONAL LLP**
> 300 North LaSalle
> Chicago, Illinois 60654
> Telephone: (312) 862-2000
> Facsimile: (312) 862-220
> benjamin.rhode@kirkland.com

[*Remainder of page intentionally left blank*]

---

[1] Due to the large number of Reorganized Debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the Reorganized Debtors and the last four digits of their tax identification, registration, or like numbers is not provided herein. A complete list of such information may be obtained on the website of the Reorganized Debtors' claims, noticing, and solicitation agent at https://cases.primeclerk.com/iheartmedia. The location of Reorganized Debtor iHeartMedia, Inc.'s principal place of business and the Reorganized Debtors' service address is: 20880 Stone Oak Parkway, San Antonio, Texas 78258.

Houston, Texas
January 21, 2021

/s/ *Matthew D. Cavenaugh*
----

Elizabeth C. Freeman  (TX Bar No. 24009222)
Matthew D. Cavenaugh (TX Bar No. 24062656)
**JACKSON WALKER L.L.P.**
1401 McKinney Street, Suite 1900
Houston, Texas 77010
Telephone: (713) 752-4200
Facsimile: (713) 752-4221
Email: efreeman@jw.com
mcavenaugh@jw.com

*Co-Counsel to the Reorganized Debtors*

James H.M. Sprayregen, P.C.
Anup Sathy, P.C. (admitted *pro hac vice*)
Brian D. Wolfe (admitted *pro hac vice*)
Benjamin M. Rhode (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: james.sprayregen@kirkland.com
anup.sathy@kirkland.com
brian.wolfe@kirkland.com
benjamin.rhode@kirkland.com

-and-

Christopher Marcus, P.C. (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: christopher.marcus@kirkland.com

*Co-Counsel to the Reorganized Debtors*

**Certificate of Service**

   I certify that on January 21, 2021, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                     */s/ Matthew D. Cavenaugh*
                     Matthew D. Cavenaugh